

# E-filing

1  ROBERT A. NAEVE (CA SBN 106095)
2  RNaeve@mofo.com
   MORRISON & FOERSTER LLP
3  19900 MacArthur Blvd., 12th Floor
   Irvine, California 92612-2445
4  Telephone: 949.251.7541
   Facsimile:  949.251.7441
5
6  DAVID F. McDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
7  MICHAEL J. BOSTROM (CA SBN 211778)
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, California  90013-1024
   Telephone:  213.892.5200
10 Facsimile:   213.892.5454
11
12
   Attorneys for Defendant
13 TARGET CORPORATION
14
15              UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
17                  OAKLAND DIVISION

                        C06-01802

18 NATIONAL FEDERATION OF THE          Case No.
19 BLIND, the NATIONAL FEDERATION
   OF THE BLIND OF CALIFORNIA, on      **NOTICE OF REMOVAL**
20 behalf of their members and Bruce F.
   Sexton, on behalf of himself and all others
21 similarly situated;
22
                    Plaintiffs,
23
          v.
24
   TARGET CORPORATION and DOES
25 ONE-TEN,
26
                    Defendants.
27
28

TARGET'S NOTICE OF REMOVAL                                          1


1  TO PLAINTIFFS NATIONAL FEDERATION OF THE BLIND, NATIONAL

2  FEDERATION OF THE BLIND OF CALIFORNIA, BRUCE SEXTON, THEIR

3  ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED

4  COURT:

5       PLEASE TAKE NOTICE that defendant Target Corporation ("Target")

6  hereby removes this action from the Superior Court of California, County of

7  Alameda to the United States District Court for the Northern District of California,

8  Oakland Division, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 & 1453 as well as

9  Local Rule 3-2(c).  The grounds for removal are as follows: ·

10       **PROCEDURAL HISTORY**

11      1.     On February 7, 2006, Plaintiffs National Federation of the Blind

12  ("NFB"), the National Federation of the Blind of California ("NFB-California"),

13  and Bruce F. Sexton ("Sexton") (collectively, "Plaintiffs") filed a civil action in the

14  Superior Court of California for Alameda County, entitled *National Federation of*

15  *the Blind, the National Federation of the Blind of California and Bruce F. Sexton v.*

16  *Target Corporation and Does One-Ten* (Case No. RG 06254127) (the "Superior

17  Court Action").  A true copy of the complaint in the Superior Court Action is

18  attached as Exhibit "A."

19      2.     On or about February 14, 2006, Plaintiffs served the Superior Court

20  Action on Target.  A true copy of the summons received by Target is attached as

21  Exhibit "B."

22       **TIMELINESS OF REMOVAL**

23      3.     Target first received formal notice of the Superior Court Action,

24  through service of the summons and complaint on Target's registered agent for

25  service of process, on February 14, 2006.

26

27

28

TARGET'S NOTICE OF REMOVAL
la-844434

2

1   4.      This Notice of Removal is timely under 28 U.S.C. § 1446(b),

2   because it has been filed within 30 days of service upon Target of the summons and

3   complaint.

### VENUE IN THE OAKLAND DIVISION

5   5.      Target files this Notice of Removal with the Oakland Division of

6   this Court pursuant to Local Rule 3-2(c) because Plaintiffs allege that the Superior

7   Court Action arose in the County of Alameda.  In particular, Plaintiffs allege that

8   "Target has been and is committing the acts alleged herein in Alameda County, has

9   been and is violating the rights of consumers in Alameda County, and has been and

10  is causing injury to consumers in Alameda County."  (Compl. ¶ 4.)  Plaintiffs

11  further allege that "Plaintiff Sexton . . . resides in Alameda County," and that he

12  "has experienced injury in Alameda County as a result of Target's inaccessible

13  website."  (Compl. ¶ 5.)

### BASIS FOR REMOVAL JURISDICTION

15  6.      Generally.  The Superior Court Action is removable to this Court

16  pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub. L. No. 109-2,

17  119 Stat. 4 (codified in relevant part at 28 U.S.C. §§ 1332(d) and 1453(b)) for at

18  least the following reasons:

19  7.      Covered Class Action.  Plaintiffs purport to prosecute the Superior

20  Court Action on behalf of a class of "all legally blind individuals in the State of

21  California who have been and/or are being denied full and equal access to Target's

22  goods, facilities and/or services due to access barriers on Target.com" (the "Class").

23  (Compl. ¶ 11.)  Plaintiffs allege that the Class includes "hundreds" of NFB

24  members in California.  (Compl. ¶ 17.)  See 28 U.S.C. §§ 1332(d)(1) & (2), 1453(a)

25  & (b).

26  8.      Diversity.  The Superior Court Action satisfies the minimum

27  diversity requirements of CAFA, 28 U.S.C. § 1332(d)(2)(A), for the following

28  reasons:

1           a.     Target is a corporation organized and existing under the laws of

2    the State of Minnesota.  Its principal place of business is located in Minneapolis,

3    Minnesota.  Therefore, Target is a citizen of the State of Minnesota.

4           b.     Plaintiffs allege, and Target is thereby informed and believes,

5    that Sexton is a citizen of the State of California.  (Compl. ¶ 5.)

6           c.     Plaintiffs allege that NFB is a non-profit corporation organized

7    and existing under the laws of the District of Columbia, and that its principal place

8    of business is located in Baltimore, Maryland.  (Compl. ¶ 6.)  Therefore, Target is

9    informed and believes that NFB is a citizen of the District of Columbia and

10   Maryland.

11          d.     Plaintiffs allege that NFB-California is a California corporation.

12   (Compl. ¶ 7.)  Plaintiffs further allege that NFB-California "carries out NFB's

13   objectives at the state level," and that NFB-California "has local chapters

14   throughout California, including Alameda County."  (Compl. ¶ 7.)  For these

15   reasons, Target is informed and believes that NFB-California is a citizen of the

16   State of California.

17          e.     Plaintiffs allege, and Target is thereby informed and believes,

18   that the individual members of the Class reside in and are citizens of the State of

19   California.  (Compl. ¶¶ 6-8.)

20          9.     <u>Matter in Controversy – Statutory Damages.</u>  Plaintiffs generally

21   allege in the Superior Court Action that Target denies members of the Class full

22   and equal access to the goods and services Target offers through its website at

23   www.target.com (the "Subject Website").  (Compl. ¶ 1.)  Plaintiffs allege in their

24   first cause of action that the Subject Website is inaccessible to the Class in violation

25   of the Unruh Civil Rights Act, Cal. Civ. Code § 51 *et seq.*  (Compl. ¶¶ 24-30.)

26   Plaintiffs allege in their second cause of action that the Subject Website is

27   inaccessible to the Class in violation of the Blind and Other Physically Disabled

28   Persons Act, Cal. Civ. Code § 54 *et seq.*  (Compl. ¶¶ 31-38.)  In their third cause of

1    action for declaratory relief, Plaintiffs seek a declaration that the Subject Website

2    discriminates against the Class in violation of California law. (Compl. ¶¶ 39-41.)

3         10.    Plaintiffs do not explicitly allege the value of the matter in

4    controversy in the Superior Court Action.  Target does not concede that it is liable

5    to the Class in any amount, or at all.  However, a fair reading of the complaint

6    demonstrates that the matter in controversy in the Superior Court Action exceeds

7    $5,000,000 for purposes of removal.  Plaintiffs' first cause of action seeks in part to

8    recover statutory damages for violation of the Unruh Act, which provides for the

9    recovery of "actual damages and any amount that may be determined by a jury, or a

10   court sitting without a jury, up to a maximum of three times the amount of actual

11   damage but in no amount less than four thousand dollars," for each and every

12   offense. *See* Cal. Civ. Code § 52; Compl. ¶ 29.  Plaintiffs' second cause of action

13   seeks in part to recover statutory damages for violation of the Blind and Other

14   Physically Disabled Persons Act, which provides for recovery of "actual damages

15   and any amount as may be determined by a jury, or the court sitting without a jury,

16   up to a maximum of three times the amount of actual damages but in no case less

17   than one thousand dollars" for each offense. *See* Cal. Civ. Code § 54.3; Compl.

18   ¶ 37.  While the precise number of Class members is not yet known, NFB claims to

19   have "hundreds" of members in California (Compl. ¶ 17); the National Eye Institute

20   estimates that more than 356,000 blind and visually impaired individuals over the

21   age of 40 reside in California.[1]  The jurisdictional minimum of $5,000,000 would

22   be satisfied if as few as 1.5% of these individuals were able to recover $1,000 in

23   statutory damages on Plaintiffs' second cause of action alone, pursuant to Cal. Civ.

24   Code § 54.3. *See* 28 U.S.C. § 1332(d)(2).

25         11.    Matter in Controversy – Injunctive Relief.  Plaintiffs' complaint in

26   _____

27   [1]    The National Eye Institute is a component of the National Institutes of Health, which is a
     Federal government agency, and a part of the U.S. Department of Health and Human Services.

28

1   the Superior Court Action prays for injunctive relief to remedy alleged

2   discrimination in violation of the Unruh Act and the Blind and Other Physically

3   Disabled Persons Act. (Compl. ¶¶ 28 & 36.) The value of the requested injunctive

4   relief to either Target or the Class should also be included in the amount in

5   controversy. *E.g.*, *Cohn v. Petsmart, Inc.* 281 F.3d 837, 840 (9th Cir. 2002).

6       12.     Matter in Controversy – Attorneys' Fees. Plaintiffs also seek to

7   recover attorneys' fees in this action. (Compl. ¶¶ 30 & 38.) The amount of

8   Plaintiffs' attorneys' fees should therefore be included in the amount in controversy

9   calculations. *Goldberg v. CPC International, Inc.*, 678 F.2d 1365, 1367 (9th Cir.),

10  *cert. denied*, 459 U.S. 945 (1982).

11      13.     No CAFA Exclusions. The Superior Court Action does not fall

12  within any of the exclusions to the removal jurisdiction recognized by 28 U.S.C.

13  § 1332(d) because Target is not a citizen of California, the state in which the

14  Superior Court Action was originally filed.

15              **NOTICE PROVIDED TO STATE COURT**

16      14.     Written notice of the filing of this Notice of Removal will be

17  provided to Plaintiffs, and a copy of this Notice of Removal will be filed in the

18  Superior Court of California, County of Alameda, as required by 28 U.S.C.

19  §§ 1446(d) & 1453(b). A copy of the Notice of Filing Notice of Removal that will

20  be filed with the Alameda County Superior Court is attached as Exhibit "C."

21      15.     In filing this Notice of Removal, Target does not waive any

22  defenses that may be available to it in this action.

23

24

25

26

27

28

TARGET'S NOTICE OF REMOVAL                                                    6
la-844434

## CONCLUSION

16.    Target respectfully request that this Court exercise subject matter jurisdiction over the Superior Court Action; enter such orders and grant relief as may be necessary to secure removal and to prevent further proceedings in the Superior Court of California, County of Alameda; and grant to Target such further relief as is necessary to secure this Court's jurisdiction.

Dated:  March 8, 2006

ROBERT A. NAEVE
DAVID F. McDOWELL
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP


By: _____
                  Robert A. Naeve
Attorneys for Defendant
TARGET CORPORATION

# EXHIBIT A

1  LAURENCE W. PARADIS (California Bar No. 122336)
2  MAZEN M. BASRAWI (California Bar No. 235475)
   DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Third Floor
   Berkeley, California 94704
   Telephone:    (510) 665-8644
4  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
5
6  TODD M. SCHNEIDER (California Bar No. 158253)
   JOSHUA KONECKY (California Bar No. 182897)
7  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
8  Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
9  TTY:          (415) 421-1655

10  DANIEL F. GOLDSTEIN (*pro hac vice* pending)
11  BROWN, GOLDSTEIN & LEVY, LLP
    120 E. Baltimore St., Suite 1700
12  Baltimore, MD 21202
    Telephone:    (410) 962-1030
    Fax:          (410) 385-0869
13

14

15

16          SUPERIOR COURT OF THE STATE OF CALIFORNIA

17                    COUNTY OF ALAMEDA

18
19  NATIONAL FEDERATION OF THE            Case No.:          RG06254127
    BLIND, the NATIONAL FEDERATION OF
20  THE BLIND OF CALIFORNIA, on behalf of    CLASS ACTION
    their members, and Bruce F. Sexton, on behalf
21  of himself and all others similarly situated,    COMPLAINT FOR INJUNCTIVE AND
                                            DECLARATORY RELIEF AND
22                 Plaintiffs,              DAMAGES FOR VIOLATIONS OF THE
                                            UNRUH CIVIL RIGHTS ACT, CAL. CIV.
23  v.                                      CODE § 51, AND THE CALIFORNIA
                                            DISABLED PERSONS ACT, CAL. CIV.
24  TARGET CORPORATION and DOES ONE-        CODE § 54
25  TEN,
26                 Defendants.
27
28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

ENDORSED
FILED
ALAMEDA COUNTY

FEB 0 7 2006

CLERK OF THE SUPERIOR COURT
By Alphonsine Oates, Deputy

EXHIBIT **A** PAGE **1**

02/13/2006   22:57   4157651565          MAIL BOXES ETC SF                    PAGE   04

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

## INTRODUCTION

Plaintiffs complain of Defendants and allege herein as follows:

1.      This class action seeks to put an end to systemic civil rights violations committed by defendant Target Corporation (hereafter "Target") against the blind in California. Target is denying blind Californians equal access to the goods and services Target provides its non-disabled customers through http://www.target.com (hereafter "Target.com" and "the website"). Target.com contains thousands of access barriers that make it difficult if not impossible for blind customers to use the website. Target thus excludes the blind from full and equal participation in the growing internet economy that is increasingly a fundamental part of daily life.

## JURISDICTION

2.      This is a civil action under the California Unruh Civil Rights Act (California Civil Code §§ 51, *et seq.*) and the Disabled Persons Act (California Civil Code §§ 54, *et seq.*). This Court has jurisdiction over the claims alleged herein pursuant to California Civil Code §§ 51, *et seq.* and California Civil Code §§ 54, *et seq.*

3.      This Court has jurisdiction over Target because Target is a corporation authorized to do business in California and Target conducts substantial business in California. Target owns, maintains and operates stores throughout California and in Alameda County.

## VENUE

4.      Venue is proper in Alameda County under Code of Civil Procedure § 395.5 because liability arises in Alameda County. Target has been and is committing the acts alleged herein in Alameda County, has been and is violating the rights of consumers in Alameda County, and has been and is causing injury to consumers in Alameda County. Plaintiffs bring suit in the Oakland division of Alameda County.

5.      Plaintiff Sexton is a California citizen and resides in Alameda County. He has experienced injury in Alameda County as a result of Target's inaccessible website.

## PARTIES

6.      Plaintiff the National Federation of the Blind (hereafter "NFB") is a national advocacy organization. The NFB, the oldest and largest national organization of blind persons,

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

1   is a non-profit corporation duly organized under the laws of the District of Columbia with its

2   principal place of business in Baltimore, Maryland.  It has affiliates in all 50 states (including

3   California) as well as Washington, D.C. and Puerto Rico.  The vast majority of its approximately

4   50,000 members are blind persons.  The NFB is widely recognized by the public, Congress,

5   executive agencies of government and the courts as a collective and representative voice on

6   behalf of blind Americans and their families.  The purpose of the NFB is to promote the general

7   welfare of the blind by (1) assisting the blind in their efforts to integrate themselves into society

8   on terms of equality and (2) removing barriers and changing social attitudes, stereotypes and

9   mistaken beliefs that sighted and blind persons hold concerning the limitations created by

10  blindness and that result in the denial of opportunity to blind persons in virtually every sphere of

11  life.  The NFB and many of its members have long been actively involved in promoting adaptive

12  technology for the blind, so that blind persons can live and work independently in today's

13  technology-dependent world.  NFB members reside throughout the United States, including the

14  state of California, and many of its members would use the services of Target.com if the website

15  is made independently usable by the blind.  NFB sues on behalf of its California members and on

16  behalf of all Californians who are blind.

17        7.        Plaintiff the National Federation of the Blind of California (hereafter "NFB of

18  California") is a state affiliate of the National Federation of the Blind.  NFB of California is a

19  California corporation and carries out NFB's objectives at the state level.  It has local chapters

20  throughout California, including Alameda County.

21        8.        Plaintiff Sexton is a member of the NFB and the NFB of California.  He is blind

22  and has been denied the full use and enjoyment of facilities, goods and services of Target.com.

23  Plaintiff Sexton is a resident of Alameda County.

24        9.        Defendant Target, a for-profit corporation, owns, operates and/or maintains public

25  accommodations known as Target.  There are currently 195 Target retail stores in California,

26  including at least two such stores in Alameda County, which provide to the public important

27  goods, such as clothing and household items.  Plaintiffs seek access to the goods and services

28  provided by Target in California through Target.com.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

EXHIBIT *A* PAGE 2 3

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1    10.    The true names and capacities of DOES ONE through TEN are unknown to

2  plaintiffs, and plaintiffs will seek leave of court to amend this complaint to allege such names

3  and capacities as soon as they are ascertained.  Plaintiffs allege that DOES ONE through TEN

4  have participated in the discriminatory conduct at issue in this case and thereby share in the

5  liability for such discrimination.   All references to Defendants shall mean and refer to Target

6  and DOES ONE through TEN.

7                          **CLASS ACTION ALLEGATIONS**

8    11.    This action is brought on behalf of the named Plaintiffs and on behalf of all

9  persons similarly situated.  The class which these plaintiffs represent is composed of all legally

10  blind individuals in the state of California who have been and/or are being denied full and equal

11  access to Target's goods, facilities and/or services due to access barriers on Target.com.

12    12.    The persons in the class are so numerous that joinder of all such persons is

13  impractical and the disposition of their claims in a class action is a benefit to the parties and to

14  the Court.

15    13.    There is a well-defined community of interest in the questions of law and fact

16  involved affecting the parties to be represented in that they all have been and/or are being denied

17  their civil rights to full and equal access to, and use and enjoyment of, Target's goods, facilities

18  and/or services due to the lack of access to Target.com required by law for persons with

19  disabilities.

20    14.    Common questions of law and fact predominate.

21    15.    The claims of the named Plaintiffs are typical of those of the class and Plaintiffs

22  will fairly and adequately represent the interests of the class.

23    16.    References to Plaintiffs shall be deemed to include the named Plaintiffs and each

24  member of the class, unless otherwise indicated.

25    17.    NFB has 50,000 members.  Hundreds of NFB members reside in California.

26                                  **FACTS**

27    18.    Target.com is owned, controlled and/or operated by Target.  Target.com states

28  that it is "powered by" Amazon.com, Inc.  Target.com is a public accommodation offering

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

3

1   products and services to customers in California. Target.com is also a service and benefit

2   offered by Target stores in California, which are themselves public accommodations. Among

3   the features offered by Target.com are the following:

- a store locator, allowing persons who wish to shop at a Target store to learn its
  location, hours, and phone numbers;

- an online pharmacy, allowing a customer to order a prescription refill online for
  pickup at a Target store;

- an online photo shop, allowing a customer to order photo prints for pickup at a
  Target store;

- weekly ads, allowing a customer to know what items are on sale at a particular
  Target store location;

- coupons for groceries, eyeglasses and portrait photos, among others, that may be
  redeemed at Target stores;

- online wedding and baby registries to allow shoppers at a Target store to purchase
  a gift for a Target.com user;

- information about Target Corporation's employment opportunities, investor
  information and company policies; and

- sale of many of the products and services available at Target stores in California.

19.   This case arises out of Target's policy and practice of denying the blind access to
Target.com, including the goods and services offered by Target stores through Target.com.
Blind individuals have been and are being denied access to Target.com due to Target's failure
and refusal to remove access barriers to Target.com.

20.   Target denies the blind access to goods, services and information made available
on Target.com by preventing them from freely navigating Target.com. The blind access
websites by using keyboards in conjunction with screen-reading software which vocalizes visual
information on a computer screen. Unless websites are designed to allow for use in this manner,
blind persons are unable to fully access internet websites and the information, products and
services contained therein.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

21.    Target.com contains a variety of access barriers that prevent free and full use by blind persons using keyboards and screen reading software. These barriers include but are not limited to: lack of alt-text on graphics, inaccessible image maps, and mouse-only driven transactions. Alt-text is invisible code embedded beneath a graphical image on a website. Screen readers detect and vocalize Alt-text to provide a description of the image to a blind computer user.   An image map combines multiple words and links into one single image. Visual details on this single image highlight different "hot spots," which, when clicked on, allow the user to jump to many different destinations within the website. An accessible image map contains Alt-text for each "hot spot." Blind persons using screen readers are incapable of making purchases using mouse commands. Due to Target.com's inaccessible design that requires the use of a mouse to complete a transaction, blind Target customers are unable to independently make purchases on Target.com.

22.    Target.com thus contains access barriers which deny full and equal access to Plaintiffs, who would otherwise use the facilities, goods, services and information on Target.com and who would otherwise be able to fully and equally enjoy the benefits and services of Target stores in California.

23.    On May 5, 2005, Plaintiff National Federation of the Blind notified Target of the unlawful accessibility barriers on its website. The Parties entered into structured negotiations pursuant to a litigation standstill/tolling agreement executed on September 1, 2005. The Parties have been unable to resolve the matter in negotiations and that standstill agreement has now expired.

## FIRST CAUSE OF ACTION

(Violation of California Civil Code §§ 51, *et seq.* – the Unruh Civil Rights Act)

24.    Plaintiffs incorporate by reference herein the allegations in ¶¶ 1-23, inclusive.

25.    California Civil Code §§ 51, *et seq.* guarantees equal access for people with disabilities to the accommodations, advantages, facilities, privileges and services of all business establishments of any kind whatsoever.  Target is systematically violating the Unruh Civil Rights Act, California Civil Code §§ 51, *et seq.*  Target.com is a "business establishment" within the

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

1    meaning of California Civil Code §§ 51, *et seq*. Patrons of Target.com who are blind have been

2    denied full and equal access to Target.com, have not been provided services that are provided to

3    other patrons who are not disabled, and/or have been provided services that are inferior to the

4    services provided to non-disabled patrons. These violations are ongoing.

5           26.     Target is also violating the Unruh Civil Rights Act, California Civil Code §§ 51,

6    *et seq*., in that Target is denying blind customers the services provided by Target stores located

7    in California. Target stores are "business establishments" within the meaning of California Civil

8    Code §§ 51, *et seq*. Target.com is a service provided by and integrated with these brick-and-

9.   mortar stores. That service is inaccessible to patrons who are blind. This inaccessibility denies

10   blind patrons access to the facilities, goods and services available through the website. Target

11   stores in California are discriminating in violation of the Unruh Civil Rights Act because the

12   services they offer on Target.com are inaccessible.

13          27.     Target is also violating the Unruh Civil Rights Act, California Civil Code § 51, in

14   that the conduct alleged herein constitutes a violation of various provisions of the Americans

15   with Disabilities Act (hereafter "ADA"), 42 U.S.C. §§ 12101, *et seq*., as set forth above.

16   California Civil Code § 51(f) provides that a violation of the right of any individual under the

17   ADA shall also constitute a violation of the Unruh Civil Rights Act.

18          28.     The actions of Defendants were and are in violation of the Unruh Civil Rights

19   Act, California Civil Code §§ 51, *et seq*., and therefore Plaintiffs are entitled to injunctive relief

20   remedying the discrimination.

21          29.     Plaintiffs are also entitled to statutory minimum damages pursuant to California

22   Civil Code § 52 for each and every offense.

23          30.     Plaintiffs are also entitled to reasonable attorneys' fees and costs.

24                  WHEREFORE, Plaintiffs request relief as set forth below.

25   / / /

26   / / /

27   / / /

28   / / /

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1           **SECOND CAUSE OF ACTION**

2       (Violation of Cal. Civ. Code §§ 54, *et seq.* – the Disabled Persons Act)

3     31. Plaintiffs incorporate by reference herein the allegations in ¶¶ 1-30, inclusive.

4     32. California Civil Code §§ 54, *et seq.* guarantees full and equal access for people

5  with disabilities to all public places.  Target.com constitutes a "public place" within the meaning

6  of California Civil Code §§ 54.1 - 54.3.

7     33. Target is violating the right of blind persons to full and equal access to public

8  places by denying full and equal access to Target.com.

9     34. Target is also violating California Civil Code §§ 54, *et seq.* in that Target is

10 denying blind customers full and equal access to the services provided to non-disabled customers

11 by Target stores located in California.  Target stores in California are "public places" within the

12 meaning of California Civil Code §§ 54, *et seq.* Target.com is a service provided by and

13 integrated with these brick-and-mortar stores.  That service is inaccessible to patrons who are

14 blind.  Target stores in California are discriminating in violation of California's Disabled Persons

15 Act because the services they offer on Target.com are inaccessible.

16    35. Target is also violating California Civil Code §§ 54, *et seq.* in that Target's

17 actions are a violation of the ADA.  Any violation of the ADA is also a violation of California

18 Civil Code § 54.1.

19    36. The actions of Defendants were and are in violation of California Civil Code §§

20 54, *et seq.* and therefore Plaintiffs are entitled to injunctive relief remedying the discrimination.

21    37. Plaintiffs are also entitled to damages under California Civil Code § 54.3 for each

22 offense

23    38. Plaintiffs are also entitled to reasonable attorneys' fees and costs.

24    WHEREFORE, Plaintiffs request relief as set forth below.

25 ///

26 ///

27 ///

28 ///

**THIRD CAUSE OF ACTION**

(Declaratory Relief)

39.   Plaintiffs incorporate by reference herein the allegations in ¶¶ 1-38, inclusive.

40.   Plaintiffs contend, and are informed and believe that Target denies, that Target.com, which Target owns, operates, and/or controls, fails to comply with applicable laws including, but not limited to, California Civil Code §§ 51, *et seq.* and California Civil Code §§ 54, *et seq.* prohibiting discrimination against the blind.

41.   A judicial declaration is necessary and appropriate at this time in order that each of the parties may know their respective rights and duties and act accordingly.

WHEREFORE, Plaintiffs request relief as set forth below.

**RELIEF REQUESTED**

WHEREFORE, Plaintiffs pray for judgment as follows:

1.   An order enjoining Target from violating California Civil Code §§ 51, *et seq.* and California Civil Code §§ 54, *et seq.*;

2.   A declaration that Target is owning, maintaining and/or operating Target.com in a manner which discriminates against the blind and which fails to provide access for persons with disabilities as required by law;

3.   Damages in an amount to be determined by proof, including all applicable statutory damages;

4.   Plaintiffs' reasonable attorneys' fees and costs as authorized by California Civil Code §§ 51, *et seq.*, California Civil Code §§ 54, *et seq.*, and pursuant to California Code of Civil Procedure § 1021.5.

5.   Such other and further relief as the Court deems just and proper.

DATED:   *02.06.06*

DISABILITY RIGHTS ADVOCATES,

By: _____

Mazen M. Basrawi
Attorney for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:
Complaint

8

02/13/2006  22:57    4157651565              MAIL BOXES ETC SF                    PAGE  12

| | **CM-010** |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Laurence W. Paradis (State Bar No. 122336)<br>Mazen M. Basrawi (State Bar No. 235475)<br>DISABILITY RIGHTS ADVOCATES, 2001 Center Street, Berkeley, CA 94704-1204<br>TELEPHONE NO.: 510.665.8644      FAX NO.: 510.665.8511<br>ATTORNEY FOR *(Name):* National Federation of the Blind, et al. | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS:
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: René C. Davidson Alameda County Courthouse

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

**FEB 0 7 2006**

CLERK OF THE SUPERIOR COURT
By Alphonsine Oatas, Deputy

CASE NAME:
National Federation of the Blind, et al. v. Target Corporation, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | RG06254127<br><br>JUDGE:<br><br>DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☑ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☑ is   ☐ is not   complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☑ Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply):*
   a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Three: Cal. Civ. Code § 51; Cal. Civ. Code § 54; Declaratory Relief
5. This case ☑ is   ☐ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: February 6, 2006

Laurence W. Paradis
_____
(TYPE OR PRINT NAME)                    ▶ _____
                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT A PAGE 10

F. ADDENDUM TO CIVIL CASE CC        SHEET             *Unified Rules of the St*  *for Court of California, County of Alameda*

| Short Title: | National Federation of the Blind, et al. v. Target Corporation | Case Number: |
|---|---|---|

## CIVIL CASE COVER SHEET ADDENDUM

### THIS FORM IS REQUIRED IN ALL NEW UNLIMITED CIVIL CASE FILINGS IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

[X] Oakland, Rene C. Davidson Alameda County Courthouse (446)

[ ] Hayward Hall of Justice (447)

[ ] Pleasanton, Gale-Schenone Hall of Justice (448)

| | | | | |
|---|---|---|---|---|
| Auto Tort | Auto tort (22) | [ ] | 34 | Auto tort (G) |
| | | | | Is this an uninsured motorist case?  [ ] yes  [ ] no |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] | 75 | Asbestos (D) |
| | Product liability (24) | [ ] | 89 | Product liability (not asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] | 97 | Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [ ] | 33 | Other PI/PD/WD tort (G) |
| Non - PI /PD / . WD Tort | Bus tort / unfair bus. practice (07) | [ ] | 79 | Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [X] | 80 | Civil rights (G) |
| | Defamation (13) | [ ] | 84 | Defamation (G) |
| | Fraud (16) | [ ] | 24 | Fraud (G) |
| | Intellectual property (19) | [ ] | 87 | Intellectual property (G) |
| | Professional negligence (25) | [ ] | 59 | Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] | 03 | Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] | 38 | Wrongful termination (G) |
| | Other employment (15) | [ ] | 85 | Other employment (G) |
| | | [ ] | 53 | Labor comm award confirmation |
| | | [ ] | 54 | Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] | 04 | Breach contract / Wrnty (G) |
| | Collections (09) | [ ] | 81 | Collections (G) |
| | Insurance coverage (18) | [ ] | 86 | Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] | 98 | Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] | 18 | Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] | 17 | Wrongful eviction (G) |
| | Other real property (26) | [ ] | 36 | Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] | 94 | Unlawful Detainer - commercial |
| | Residential (32) | [ ] | 47 | Unlawful Detainer - residential |
| | Drugs (38) | [ ] | 21 | Unlawful detainer - drugs |
| Judicial Review | Asset forfeiture (05) | [ ] | 41 | Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] | 62 | Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] | 49 | Writ of mandate |
| | | | | Is this a CEQA action (Publ.Res.Code section 21000 et seq)  [ ] Yes  [ ] No |
| | Other judicial review (39) | [ ] | 64 | Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] | 77 | Antitrust / Trade regulation |
| | Construction defect (10) | [ ] | 82 | Construction defect |
| | Claims involving mass tort (40) | [ ] | 78 | Claims involving mass tort |
| | Securities litigation (28) | [ ] | 91 | Securities litigation |
| | Toxic tort / Environmental (30) | [ ] | 93 | Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] | 95 | Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] | 19 | Enforcement of judgment |
| | | [ ] | 08 | Confession of judgment |
| Misc Complaint | RICO (27) | [ ] | 90 | RICO (G) |
| | Partnership / Corp. governance (21) | [ ] | 88 | Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] | 68 | All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] | 06 | Change of name |
| | | [ ] | 69 | Other petition |

Is the deft. in possession of the property?
[ ] Yes  [ ] No

202-19 (5/1/00)

EXHIBIT *A*  PAGE *11*

EXHIBIT B

02/13/2006   22:57   4157651565                    MAIL BOXES ETC SF  2/14/06   PAGE  01

350

**SUMMONS**                                                    SUM-100
(CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation and Does One-Ten.

ENDORSED
FILED
ALAMEDA COUNTY

FEB 0 7 2006

CLERK OF THE SUPERIOR COURT
By Alphonsine Oates, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
National Federation of the Blind, the National Federation of the Blind of
California, on behalf of their members, and Bruce Sexton, on behalf of
himself and all others similarly situated.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court for the State of California, County of Alameda<br>1225 Fallon St.<br>Oakland, California 94612 | CASE NUMBER:<br>*(Número del Caso):*<br>R G 0 6 2 5 4 1 2 7 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Laurence Paradis, Disability Rights Advocates
2001 Center Street, Third Floor, Berkeley, California 94704-1204; Telephone: 510.665.8644

| DATE:<br>*(Fecha)*  FEB 0 7 2006 | Clerk, by  ALPHONSINE OATES , Deputy |
|---|---|
| | (Secretario)                                (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Target Corporation

under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Page 1 of 1 |
|---|---|---|
| | | Code of Civil Procedure §§ 412.20, 465 |

EXHIBIT **B** PAGE **1**

# EXHIBIT C

1   ROBERT A. NAEVE (BAR NO. 106095)
     Email: RNaeve@mofo.com
2   MORRISON & FOERSTER LLP
     19900 MacArthur Blvd.
3   Irvine, California 92612-2445
     Telephone: 949.251.7500
4   Facsimile: 949.251.0900

5   DAVID F. MCDOWELL (BAR NO. 125806)
     Email: DMcDowell@mofo.com
6   MICHAEL J. BOSTROM (BAR NO. 211778)
     Email: MBostrom@mofo.com
7   MORRISON & FOERSTER LLP
     555 West Fifth Street, Suite 3500
8   Los Angeles, California 90013-1024
     Telephone: 213.892.5200
9   Facsimile: 213.892.5454

10  Attorneys for Defendant
     TARGET CORPORATION

11

           SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                 COUNTY OF ALAMEDA

13

| | |
|---|---|
| 14  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   RG06254127 |
| | UNLIMITED JURISDICTION |
|           Plaintiffs, | **NOTICE OF FILING NOTICE OF REMOVAL** |
|     v. | |
| TARGET CORPORATION and DOES ONE-TEN, | |
|           Defendants. | |

EXHIBIT **C** PAGE **1**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on March 8, 2006.

A copy of the Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated:  March 8, 2006

ROBERT A. NAEVE
DAVID F. McDOWELL
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP


By: _____
                Robert A. Naeve
Attorneys for Defendant
TARGET CORPORATION

la-846494

2

NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

EXHIBIT **C** PAGE **2**