UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND<br>Plaintiff (s)<br>v.<br>TARGET CORPORATION<br>Defendant(s). | C 06-01802 BZ<br><br>SCHEDULING ORDER FOR CASES<br>ASSERTING DENIAL OF RIGHT OF ACCESS<br>UNDER AMERICANS WITH DISABILITIES<br>ACT TITLE III  (42 U.S.C. §§ 12181- 89) |

IT IS HEREBY ORDERED that this action is assigned to the Honorable **Bernard Zimmerman**.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

## CASE  SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| 3/8/2006 | Notice of removal filed | |
| 5/8/2006 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | **General Order 56; Civil Local Rule 7-11** |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises | **FRCivP 26(a);**<br>**General Order 56 ¶2;** |
| 6/16/2006 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | **General Order 56 ¶3,4;** |

| 10 business days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order 56 ¶4; |
| --- | --- | --- |
| 45 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | General Order 56 ¶6; |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | General Order 56 ¶7; Civil Local Rule 7-11 |