



1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
3  Irvine, CA 92612
4  Telephone: 949.251.7541
   Facsimile: 949.251.7441
5
6  DAVID F. McDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
7  MICHAEL J. BOSTROM (CA SBN 211778)
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, California 90013-1024
10 Telephone: 213.892.5200
   Facsimile: 213.892.5454
11

12 Attorneys for Defendant
   TARGET CORPORATION
13

14               UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16                      OAKLAND DIVISION
17




18 NATIONAL FEDERATION OF THE           Case No.
   BLIND, the NATIONAL FEDERATION
19 OF THE BLIND OF CALIFORNIA, on       **DEFENDANT TARGET
20 behalf of their members and Bruce F.   CORPORATION'S
   Sexton, on behalf of himself and all others DISCLOSURE OF NON-
21 similarly situated,                   PARTY INTERESTED
                                         ENTITIES OR PERSONS**
22              Plaintiffs,

23        v.

24 TARGET CORPORATION AND DOES
25 ONE-TEN,

26              Defendants.

27
28

Dockets.Justia.com

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
2  other than the named parties, there is no such interest to report.

3
4  Dated: March 8, 2006

ROBERT A. NAEVE
DAVID F. McDOWELL
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP

By: _____
      Robert A. Naeve
Attorneys for Defendant
TARGET CORPORATION

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 8, 2006, I served a copy of:

**DEFENDANT TARGET CORPORATION'S DISCLOSURE
OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

[x] **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 213.892.5454 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

[x] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

*Please see attached service list.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 8th day of March, 2006.

_____Nannette Morales_____         *[signature]*
           (typed)                           (signature)

Certificate of Service

## Service List

| | |
|---|---|
| Laurence W. Paradis<br>Mazen M. Masrawi<br>Disability Rights Advocates<br>2001 Center Street, Third Floor<br>Berkeley, California 94704<br>Fax: 510.665.8511 | By Fax and U.S. Mail |
| Todd M. Schneider<br>Joshua Konecky<br>Schneider & Wallace<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Fax: 415.421.7105 | By Fax and U.S. Mail |
| Daniel F. Goldstein<br>Brown Goldstein & Levy LLP<br>120 E. Baltimore Street, Suite 1700<br>Baltimore, MD 21202<br>Fax: 410.385.0869 | By Fax and U.S. Mail |