1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
3  19900 MacArthur Blvd., 12th Floor
   Irvine, California 92612-2445
4  Telephone: 949.251.7541
   Facsimile: 949.251.7441
5
6  DAVID F. McDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
7  MICHAEL J. BOSTROM (CA SBN 211778)
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454
11
12
13 Attorneys for Defendant
   TARGET CORPORATION
14
15               UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17                  SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TARGET CORPORATION and DOES ONE-TEN,<br><br>        Defendants. | Case No. C06-01802 BZ<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

CERTIFICATE OF SERVICE BY MAIL C06-01802 BZ                           1

la-847620

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL**

**DEFENDANT TARGET CORPORATION'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

**SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C §§12181-89)**

**U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES**

**NOTICE OF FILING NOTICE OF REMOVAL**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024 , in accordance with Morrison & Foerster's ordinary business practices:

*Please see attached service list.*

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 9th day of March, 2006.

| Nannette Morales | /S/ |
| --- | --- |
| (typed) | (signature) |

1 **Service List**

2

3 Laurence W. Paradis
Mazen M. Masrawi
4 Disability Rights Advocates
2001 Center Street, Third Floor
5 Berkeley, CA 94704

6

7
Todd M. Schneider
8 Joshua Konecky
Schneider & Wallace
9 180 Montgomery Street, Suite 2000
10 San Francisco, CA 94104

11

12
Daniel F. Goldstein
13 Brown Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
14 Baltimore, MD 21202

15

16

17 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

18 "conformed" signature (/S/) within this efiled document.

19
Dated: March 10, 2006                    ROBERT A. NAEVE
20                                        DAVID F. MCDOWELL
                                         MICHAEL J. BOSTROM
21                                        MORRISON & FOERSTER LLP

22

23                                        By:    /S/
                                              David F. McDowell
24
                                         Attorneys for Defendant
25                                        TARGET CORPORATION

26

27

28

CERTIFICATE OF SERVICE BY MAIL C06-01802 BZ                                              3
la-847620