| | |
|---|---|
| 1 | ROBERT A. NAEVE (CA SBN 106095) |
| | RNaeve@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 19900 MacArthur Boulevard |
| 3 | Irvine, California 92612-2445 |
| | Telephone: (949) 251-7500 |
| 4 | Facsimile: (949) 251-0900 |
| 5 | DAVID F. MCDOWELL (CA SBN 125806) |
| | MICHAEL J. BOSTROM (CA SBN 211778) |
| 6 | DMcDowell@mofo.com |
| | MBostrom@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 555 West Fifth Street, Suite 3500 |
| 8 | Los Angeles, California 90013-1024 |
| | Telephone: (213) 892-5200 |
| 9 | Facsimile: (213) 892-5454 |
| 10 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | | Case No.   C06-01802 BZ |
| Plaintiffs, | | **[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| v. | | |
| TARGET CORPORATION and DOES ONE-TEN, | | |
| Defendant. | | |

[PROPOSED] ORDER GRANTING TARGET'S MOTION TO DISMISS (CASE NO. C06-01802 BZ)
la-848494

1       Having considered Defendant Target Corporation's ("Target") Motion to Dismiss Plaintiffs' Complaint, as well as the Opposition filed by Plaintiffs; and good cause appearing, the Court hereby GRANTS Target's Motion and finds that Plaintiffs' first, second, and third claims for relief fail to state claims upon which relief may be granted. Plaintiffs' Complaint is, therefore, dismissed without leave to amend.

      IT IS SO ORDERED.

Dated: April __, 2006

_____
United States District Judge

[PROPOSED] ORDER GRANTING TARGET'S MOTION TO DISMISS (CASE NO. C06-01802 BZ)
la-848494