```
1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard
3  Irvine, California 92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   MICHAEL J. BOSTROM (CA SBN 211778)
6  DMcDowell@mofo.com
   MBostrom@mofo.com
7  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
8  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
9  Facsimile: (213) 892-5454

10 Attorneys for Defendant
   TARGET CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION and DOES ONE-TEN,<br><br>Defendant. | Case No.   C06-01802 BZ<br><br>**DEFENDANT TARGET CORPORATION'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

TARGET'S REQUEST FOR REASSIGNMENT (CASE NO. 06-01802 BZ)
la-847943

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Judge.

6  Dated: March 15, 2006                    ROBERT A. NAEVE
                                             DAVID F. MCDOWELL
                                             MICHAEL J. BOSTROM
7                                            MORRISON & FOERSTER LLP

9                                            By:    /s/ Robert A. Naeve
                                                    Robert A. Naeve

                                                    Attorneys for Defendant
                                                    TARGET CORPORATION

TARGET'S REQUEST FOR REASSIGNMENT (CASE NO. 06-01802 BZ)
la-847943