UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

National Federation of the Blind,

        Plaintiff(s).

  v.

Target Corporation,

        Defendant(s).
_____/

No. C06-1802 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: March 17, 2006

                Richard W. Wieking, Clerk
                United States District Court

                *Lashanda Scott*

                By: Lashanda Scott - Deputy Clerk to
                Magistrate Judge Bernard Zimmerman

reassign.DCT