**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

National Federation of the Blind, et al.,

                      Plaintiff(s),

    v.

Target Corporation, et al.,

                      Defendant(s).

CASE NO. C-06-1802-~~BZ~~ MHP

~~(Proposed)~~

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Daniel F. Goldstein, an active member in good standing of the bar of U.S. District Court for the District of Maryland (particular court to which applicant is admitted) whose business address and telephone number is Brown, Goldstein & Levy, LLP, 120 East Baltimore Street, Ste. 1700, Baltimore, Maryland 21202, phone: 410-962-1030, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March ~~13~~ 27, 2006

United States ~~Magistrate~~ District Judge

ORIGINAL