# EXHIBIT A

1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard
3  Irvine, California 92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   MICHAEL J. BOSTROM (CA SBN 211778)
6  DMcDowell@mofo.com
   MBostrom@mofo.com
7  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
8  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
9  Facsimile: (213) 892-5454

10 Attorneys for Defendant
   TARGET CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.    C06-01802 MHP |
| 17 | JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND LEAVE UNDER THE COURT'S STANDING ORDER FOR THE LIMITED PURPOSE OF FILING A MOTION TO DISMISS UNDER FRCP 12(b)(6) |
| 18 | |
| 19              Plaintiffs, | |
| 20    v. | |
| 21  TARGET CORPORATION and DOES ONE-TEN, | |
| 22 | |
| 23              Defendant. | [Local Rule 7-11] |

24

25

26

27                                            EXHIBIT __A__ PAGE __1__

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE MOTION TO
DISMISS (Case No. 06-01802 MHP)
la-852615

## RECITALS

1. On February 7, 2006, Plaintiffs filed the action captioned above in the Superior Court of California, County of Alameda. Their original complaint generally alleged that the defendant Target Corporation's ("Target") website located at www.target.com, cannot be accessed by blind individuals in violation of the Unruh Civil Rights Act, Cal. Civ. Code § 51 ("Unruh Act"), the California Disabled Persons Act, Cal. Civ. Code § 54 et seq. ("Disabled Persons Act").

2. On March 8, 2006, Target removed this action from the Superior Court of California, County of Alameda to this Court. Thereafter, on March 15, 2006, Target filed and served its motion to dismiss all claims in Plaintiffs' complaint.

3. On March 24, 2006, this action was reassigned from Magistrate Judge Zimmerman to this Court.

4. On March 30, 2006, Plaintiffs filed their Amended Complaint in this action. As is relevant here, the Amended Complaint continues to allege that Target's website is inaccessible in violation of the Unruh Act and the Disabled Persons Act. Plaintiffs, however, added a new claim for relief under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq. ("ADA"), in which they allege that Target's website is also inaccessible to blind persons in violation of the ADA.

5. Now that Plaintiffs have asserted a claim for relief under the ADA, General Order 56 applies to this case. Paragraph 2 of General Order 56 stays all discovery and proceedings in this case, except a joint inspection and initial disclosures required by Federal Rule of Civil Procedure 26(a), unless this Court orders otherwise.

6. This Court's Standing Order No. 4 provides that "[m]otions to dismiss shall not be filed before the Initial Case Management Conference except by leave of court." Pursuant to General Order 56, an Initial Case Management Conference will not be set until after the parties have held a joint "premises inspection," a settlement meeting following the premises inspection, and a mediation session. (General Order 56, ¶¶ 3, 4, and 6.)

EXHIBIT ___A___ PAGE ___2___

7. The Amended Complaint presents important threshold legal issues, decisions on which will govern whether and how this matter can or should be litigated or otherwise resolved. These issues include:

    a. **Applicability of Public Accommodations Laws to Internet Websites.** Target's motion to dismiss asks this Court to decide whether federal and state laws designed to make public accommodations accessible can and should be applied to Internet websites that exist in cyberspace; and

    b. **Commerce Clause.** Target's motion to dismiss also asks this Court to decide whether, under the Commerce Clause of the United States Constitution, states may regulate Internet websites in interstate commerce;

## STIPULATION

To facilitate a prompt decision on these threshold legal issues, the parties hereby stipulate as follows:

1. Target shall be granted leave under the Court's Standing Order to file a Rule 12(b)(6) motion prior to the Initial Case Management Conference;

2. The stay imposed by General Order 56 shall be lifted for the limited purpose of allowing Target's 12(b)(6) motion to be heard; and

EXHIBIT A PAGE 3

3. Target shall have 10 court days after entry of this order to file its 12(b)(6) motion.

Dated: April __, 2006

ROBERT A. NAEVE
DAVID F. MCDOWELL
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP

By: _____
Robert A. Naeve

Attorneys for Defendant
TARGET CORPORATION

Dated: April __, 2006

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP

By: _____
Laurence W. Paradis

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated April __, 2006

_____
Honorable Marilyn Hall Patel
United States District Court Judge

EXHIBIT __A__ PAGE __4__

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE MOTION TO DISMISS (Case No. 06-01802 MHP)
la-852615

3