# EXHIBIT B

# Bostrom, Michael J.

| | |
|---|---|
| **From:** | Mazen Basrawi [mbasrawi@dralegal.org] |
| **Sent:** | April 10, 2006 5:40 PM |
| **To:** | Bostrom, Michael J. |
| **Cc:** | Naeve, Robert A.; McDowell, David F.; Larry Paradis; 'Joshua Konecky'; 'Daniel F. Goldstein'; 'Camilla Roberson' |
| **Subject:** | RE: NFB v. Target: Accessible documents |

Dear Michael,

Thanks for sending me the documents in accessible format.

We cannot agree to your draft stipulation as we disagree with your characterization of the issues presented in the case. However we will not oppose your motion. Since you indicated in our April 6 conversation that Target is unwilling to stipulate to relief from General Order 56, we will also be submitting a motion for such relief.

Sincerely,

M~


Mazen M. Basrawi
Equal Justice Works/Lieff Cabraser Heimann & Bernstein Fellow Disability Rights Advocates
2001 Center Street, Third Floor Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
TTY: (510) 665-8716

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at
(510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

-----Original Message-----
From: Bostrom, Michael J. [mailto:MBostrom@mofo.com]
Sent: Monday, April 10, 2006 4:58 PM
To: Mazen Basrawi
Cc: Naeve, Robert A.; McDowell, David F.
Subject: RE: NFB v. Target: Accessible documents

Dear Mazen:

As per your request, attached please find a pdf version of the cover letter and the proposed stipulation I faxed to you earlier today. Please let me know if you are unable to access the documents. Future correspondence will be sent via PDF as requested.

Thanks,

Michael

Michael J. Bostrom
Morrison & Foerster LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013-1024
Phone: (213) 892-5776
E-Mail: mbostrom@mofo.com

EXHIBIT  B    PAGE  5

1