| | |
|---|---|
| 1 | ROBERT A. NAEVE (CA SBN 106095) |
| | RNaeve@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 19900 MacArthur Boulevard |
| 3 | Irvine, California  92612-2445 |
| | Telephone: (949) 251-7500 |
| 4 | Facsimile: (949) 251-0900 |
| 5 | DAVID F. MCDOWELL (CA SBN 125806) |
| | MICHAEL J. BOSTROM (CA SBN 211778) |
| 6 | DMcDowell@mofo.com |
| | MBostrom@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 555 West Fifth Street, Suite 3500 |
| 8 | Los Angeles, California  90013-1024 |
| | Telephone: (213) 892-5200 |
| 9 | Facsimile: (213) 892-5454 |
| 10 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | | Case No.   C06-01802 MHP<br>Honorable Marilyn Hall Patel<br><br>**[PROPOSED] ORDER GRANTING TARGET CORPORATION'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND LEAVE UNDER THE COURT'S STANDING ORDER FOR THE LIMITED PURPOSE OF FILING A RULE 12(b)(6) MOTION TO DISMISS** |
| Plaintiffs, | | |
| v. | | |
| TARGET CORPORATION and DOES ONE-TEN, | | |
| Defendant. | | |

[PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-853246

Having considered Defendant Target Corporation's ("Target") Unopposed Motion for Administrative Relief from General Order 56 and Leave Under the Court's Standing Order for the Limited Purpose of Filing a Rule 12(b)(6) Motion to Dismiss; and good cause appearing, the Court hereby GRANTS Target's Motion as follows:

1. Target is granted leave under the Court's Standing Order to file a Rule 12(b)(6) motion prior to the Initial Case Management Conference.

2. The stay imposed by General Order 56 is lifted for the limited purpose of allowing Target's 12(b)(6) motion to be heard.

3. Target has 10 court days after entry of this order to file its 12(b)(6) motion.

IT IS SO ORDERED.

Dated April __, 2006

Honorable Marilyn Hall Patel
United States District Court Judge