ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

DAVID F. MCDOWELL (CA SBN 125806)
MICHAEL J. BOSTROM (CA SBN 211778)
DMcDowell@mofo.com
MBostrom@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION and DOES ONE-TEN,<br><br>Defendant. | Case No.  C06-01802 MHP<br>Honorable Marilyn Hall Patel<br><br>~~[PROPOSED]~~ **ORDER GRANTING TARGET CORPORATION'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND LEAVE UNDER THE COURT'S STANDING ORDER FOR THE LIMITED PURPOSE OF FILING A RULE 12(b)(6) MOTION TO DISMISS** |

[PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-853246

1    Having considered Defendant Target Corporation's ("Target") Unopposed Motion for Administrative Relief from General Order 56 and Leave Under the Court's Standing Order for the Limited Purpose of Filing a Rule 12(b)(6) Motion to Dismiss; and good cause appearing, the Court hereby GRANTS Target's Motion as follows:

1. Target is granted leave under the Court's Standing Order to file a Rule 12(b)(6) motion prior to the Initial Case Management Conference.

2. The stay imposed by General Order 56 is lifted for the limited purpose of allowing Target's 12(b)(6) motion to be heard.

3. Target has 10 court days after entry of this order to file its 12(b)(6) motion.

IT IS SO ORDERED.

Dated April 13, 2006



_____
District Court Judge

PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-853246