1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard
3  Irvine, California  92612-2445
   Telephone:   (949) 251-7500
4  Facsimile:    (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   MICHAEL J. BOSTROM (CA SBN 211778)
6  DMcDowell@mofo.com
   MBostrom@mofo.com
7  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
8  Los Angeles, California  90013-1024
   Telephone:   (213) 892-5200
9  Facsimile:    (213) 892-5454

10 Attorneys for Defendant
   TARGET CORPORATION

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

15 | NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   C06-01802 MHP
---|---|---
18 | Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S  MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**
19 | v. |
20 | TARGET CORPORATION and DOES ONE-TEN, |
21 | Defendant. |

[PROPOSED] ORDER (CASE NO. C06-01802 MHP)

la-848494

1     Having considered Defendant Target Corporation's ("Target") Motion to Dismiss
2 Plaintiffs' Amended Complaint, as well as the Opposition filed by Plaintiffs; and good cause
3 appearing, the Court hereby GRANTS Target's Motion and finds that Plaintiffs' first, second,
4 third, and fourth claims for relief fail to state claims upon which relief may be granted. Plaintiffs'
5 Amended Complaint is, therefore, dismissed without leave to amend.
6     IT IS SO ORDERED.
7
8 Dated: June __, 2006
9
10                                                 Honorable Marilyn Hall Patel
                                                United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28