1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
11 TTY:          (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Fax:          (410) 385-0869

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                          **SAN FRANCISCO DIVISION**

20 | NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP |
21 | | **CLASS ACTION** |
22 | | **DECLARATION OF MARC MAURER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
23 | Plaintiffs, | |
24 | v. | Hearing Date: June 12, 2006 |
25 | TARGET CORPORATION, | Time: 2:00 p.m. |
26 | Defendant. | Judge: The Honorable Marilyn Hall Patel |

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Marc Maurer, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am legally blind.

3. I was graduated from University of Notre Dame with a Bachelor of Arts Degree with honors in 1974 and a Doctor of Jurisprudence from the University of Indiana School of Law in 1977.

4. I am a member of the bars of Indiana, Ohio, Iowa and Maryland and the Supreme Court of the United States. Since 1986, I have served as the President of the National Federation of the Blind. I have received the United States Presidential Medal for Leadership, the Robert Dole Award, and honorary doctorates from the University of Louisville and Menlo College.

5. The National Federation of the Blind ("NFB") is the oldest and largest national advocacy organization of blind persons in the United States. The vast majority of its approximately 50,000 members are blind persons. The NFB is widely recognized by the public, Congress, executive agencies of government and the courts as a collective and representative voice on behalf of blind Americans and their families. Its purpose is to promote the general welfare of the blind by (1) assisting the blind in their efforts to integrate themselves into society on equal terms and (2) removing barriers and changing social attitudes, stereotypes, and mistaken beliefs that sighted and blind persons hold concerning the limitations created by blindness and that result in the denial of opportunity to blind persons in virtually every sphere of life.

6. The explosion of technology, especially information technology, has been boon and bane for the blind. Technology has enabled access in many instances. For example, developments in digital technology made it possible for the NFB to establish in 1994, NFB-Newsline®, a service that provides the blind the ability to browse over 200 newspapers and periodicals every day via touch-tone telephone. At the same time, new technology that could be accessible to the blind is often unnecessarily developed in inaccessible formats. This isolates the bind unnecessarily. Consequently, the NFB has taken an active role in (1) promoting and developing access technologies, (2) raising awareness and educating technology developers as to the need for and

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of Marc Maurer in support of Plaintiffs' Motion for Preliminary Injunction

1

methods of enabling access and (3) using litigation, when necessary, as an advocacy tool to strengthen awareness in certain industries that access is a right guaranteed by law. In pursuit of these goals, the NFB established the International Braille and Technology Center in 1990 for research and experimentation of technological products for the blind and has now hosted four international conferences on technology for the blind.

7.  A continuing concern of our membership has been access to the internet. On May 5, 2005, a letter, attached hereto as Exhibit A, was sent by my attorneys, at my direction, to Target Corporation, advising them of the inaccessibility of the web site, and our desire to negotiate a resolution of the issue. Although I entered into a structured negotiation and tolling agreement with Target Corporation and agreed to extend it twice, negotiations proved fruitless and the agreement was allowed to expire.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of May, 2006, at Baltimore, Maryland.



MARC MAURER

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
**Declaration of Marc Maurer in support of Plaintiffs' Motion for Preliminary Injunction**

2

# Exhibit A

# Disability Rights Advocates

www.dralegal.org
general@dralegal.org

HUNGARY AFFILIATE:
Fax 36-1310-3583

449 15th Street, Suite 303
Oakland, CA 94612-2821
Phone (510) 451-8644
Fax (510) 451-8511
TTY (510) 451-8716

A NON-PROFIT CORPORATION

**BOARD OF DIRECTORS**
Shelley Bergum
*California Communications Access Foundation*
Peter Blanck
*University of Iowa School of Law*
Frederick L. Cannon
*Keefe, Bruyette & Woods, Inc.*
Mark A. Chavez
*Chavez & Gertler LLP*
Dr. Alan Kalmanoff
*Institute for Law and Policy Planning*
Johnnie Lacy
*CRIL (Retired)*
Paul Longmore
*San Francisco State University*
Laurence Paradis
*Disability Rights Advocates*
Walter Park
*Access Consultant*
Anne E. Schneider
*LD Access Foundation, Inc.*
Michael P. Stanley
*Legal Consultant*
Liane Chie Yasumoto
*Corporation on Disabilities and Telecom.*

**ATTORNEYS & MANAGEMENT**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Caroline Jacobs
*Senior Staff Attorney*
Stephen Tollafield
*Staff Attorney*
Roger Heller
*Staff Attorney*
Kevin Knestrick
*DRA Fellow*
Alexius Markwalder
*The California Endowment Fellow*
Mazen Basrawi
*EJW / Lieff Cabraser Heimann & Bernstein Fellow*
Laurie Ferreira
*Finance Director*
Caroline Amimo
*Office Manager*
Patricia Kirkpatrick
*Development Director*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre, Simon & McCarthy*
Hon. Joseph Grodin
*Retired Justice, California Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*President, New Ellis Group*
Yoshi Kawauchi
*Architect - Japan*
Leslie Klinger
*Partner, Kopple & Klinger LLP*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Partner, Roisman Henel LLP*
Guy T. Saperstein
Gerald Uelmen
*Former Dean, Santa Clara University School of Law*

May 5, 2005

Mr. Robert J. Ulrich
Chairman & Chief Executive Officer
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

**Re: Inaccessible Website**

Dear Mr. Ulrich,

We are writing on behalf of the National Federation of the Blind, a nation-wide organization of blind citizens that advances the rights of its members. The NFB is concerned about its members' inability to use the Target website (http://www.target.com) with adaptive software known as screen readers. The complaints include the presence of a large amount of information and interactive features contained in the website that are not made accessible to screen-reading software. After extensive technical analysis and user testing, we have determined that the Target website fails to comply with even the minimum standards of website accessibility.

Title III of the Americans with Disabilities Act requires that places of public accommodation not discriminate against people with disabilities in their goods and services. This obligation entails the construction and maintenance of commercial websites in a manner accessible to all persons including persons who are blind.

We prefer, if possible, to resolve this matter through negotiation. Accordingly, if Target Corporation is willing to sit down with us to negotiate changes in company policies and practices to rectify the inaccessibility of its website, we are pleased to meet with you for that purpose. If you are willing to meet with us and representatives from the NFB for this purpose, please let us know by June 6, 2005. If we do not hear from you by that time, and if we find the Target website to remain inaccessible, then we will consider alternative action, including litigation. Thank you for your earliest attention to the above matter.

Sincerely,

*[signature]*

Mazen M. Basrawi, Esq.

cc:  Laurence W. Paradis, Esq.
     Daniel Goldstein, Esq.