LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:   (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:          (410) 385-0869

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANNE TAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:         2:00 p.m.<br>Judge:        The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

Dockets.Justia.com

I, Ann Taylor, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am legally blind.

3. I was graduated from Western Kentucky University with a Bachelor of Science Degree in Computer Information Systems in 1998.

4. From February of 1999 to November 2000, I was employed by Career Vision, Inc. of Louisville, Kentucky to provide training and technical support to blind clients.

5. Since December 2000 I have worked at the National Center for the Blind, 1800 Johnson Street, Baltimore, MD and was an Access Technology Specialist of the International Braille and Technology Center for the Blind ("IBTC"). My current title is Director of Access Technology for the National Federation of the Blind. In that position I (a) run technology training seminars for rehabilitation professionals and consumers; (b) configure and maintain state-of-the-art access technology and test emerging software; (c) evaluate access technology software and hardware and provide feedback to manufacturer and guidance to consumers; (d) provide technical assistance on the accessibility of GPS systems, voting machines, ATMs, computer systems and other consumer technologies via the NFB Technology Answer Line; provide technical support to the staff of the National Center for the Blind, and direct the progress of the Inclusive Home Initiative Consumer Electronics Accessibility project.

6. At a cost in excess of $2,000,000, the IBTC has collected all categories of access technology for the blind currently available in the United States. The IBTC tests and evaluates that technology, and trains blind trainers in their use. There are two professionals and one support person under my supervision at the IBTC. The NFB devotes these resources to access technology because technology has the potential either to further exclude the blind from the social, economic and commercial life of this country or to integrate the blind more closely into our country's fabric. Unfortunately, with increasing frequency, the blind face gratuitous barriers to entry, that is, the blind are confronted with barriers even when the state of the art offers alternative to sight-based entry or when there would be no significant added cost to accessibility.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Anne Taylor in support of Plaintiffs' Motion for Preliminary Injunction**

1

1  These barriers frequently arise from a failure to consider the blind as full members of society or
2  from a lack of awareness of the adaptive techniques used by the blind.
3  7.    The principal concern of access technology is the use of technology to afford persons
4  with disabilities, in this instance, blind persons, with access to information. Today, information
5  is increasingly presented in a visual electronic format. The internet, in particular, has become an
6  ever more significant source of information for blind persons, just as it has for the sighted.
7  8.    It is apparent to me that the use by the blind of screen access software has become
8  widespread. The International Braille and Technology Center receives, on average, seven
9  telephonic inquiries daily, typically from blind persons. The majority of these inquiries concern
10 screen access software. Each year we train more than 100 trainers, that is, blind persons who
11 teach others the use of screen access software.
12 9.    Blindness is a disability whose incidence is on the increase. As the American population
13 lives longer, as the baby boomers age and as the incidence of diabetes increases, vision loss is on
14 the rise. The fastest growing group of newly blind are seniors. Many of these seniors made use
15 of computers and the internet before their vision loss.
16 10.   Except for a blind person whose residual vision is still sufficient to use magnification,
17 screen access software provides the only method by which a blind person can independently
18 access the internet.

20 I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct.

22 Executed this April day of __28__, 2006, at Baltimore, Maryland.

                                                    _____
                                                    ANN TAYLOR

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anne Taylor in support of Plaintiffs' Motion for Preliminary Injunction          2