1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:   (510) 665-8644
5  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
10 Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
11 TTY:         (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:   (410) 962-1030
15 Fax:         (410) 385-0869

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TIM ELDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:         2:00 p.m.<br>Judge:        The Honorable Marilyn Hall Patel |
|---|---|

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Tim Elder, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

### **Background**

2. I am 26 years old.

3. I reside in Palo Alto, California.

4. I have been legally blind since 2004.

### **Internet Use**

5. I have used the screen reading software "JAWS" to access computers and, especially, the internet for at least six months.

6. I use the internet every day for a variety of functions and activities in my daily life, including: email, shopping for groceries and other products, maintaining my own website, browsing and reference, and search functions.

7. I shop online rather than go to a physical store because I find it significantly easier to do so. To go to a physical store, I must arrange a ride with a friend or family member or use public transportation, which often does not get me within close enough proximity to a store to make such a trip worth the trouble.

8. In addition, when I shop online I can read product labels, descriptions, and price information that I would not be able to read at a physical place without assistance.

9. Using my screen reader to access the internet has significantly improved my own view of my independence to conduct personal business without the help of others.

### **Harms Experienced Because of the Inaccessibility of Target.com**

10. I would like to shop at Target.com because traveling to the physical retail location necessitates a significant expense of time, energy, and money.

11. I have attempted on numerous occasions to access Target.com with my screen reader.

12. I have found it extremely difficult, and at times impossible, to browse for and purchase products on Target.com using my screen reader.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Tim Elder in support of Plaintiffs' Motion for Preliminary Injunction**

1

13. Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text. I have attempted to purchase items at Target.com, but I was unable to complete a purchase using my screen access software.

14. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and a wedding registry, which I would use if they were accessible.

15. Friends of mine were registered at Target's wedding registry, but I could not access the wedding registry page on Target.com and so I went to a different website to purchase a gift for them.

16. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

17. If Target.com were an accessible website I would visit the website and make purchases at the website.

18. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this April day of 25, 2006, at Palo Alto, California.

_____
TIM ELDER

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

---

National Federation of the Blind, et al. v. Target Corporation, et al.
Case No.: C 06-01802 MHP
Declaration of Tim Elder in support of Plaintiffs' Motion for Preliminary Injunction

2