LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT STIGILE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time: 2:00 p.m.<br>Judge: The Honorable Marilyn Hall Patel |

I, Robert Stigile, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

**Background**

2. I am 39 years old.

3. I have been legally blind for 20 years.

4. I reside in Reseda, California.

5. I have been a member of the National Federation of the Blind since 1988.

6. I have been a member of the National Federation of the Blind of California since 1988.

**Internet Use**

7. I have used the screen reading software "JAWS" to access computers and, especially, the internet since 1994.

8. I use the internet every day for a variety of functions and activities in my daily life, including: browsing, online shopping, information and news gathering, and email.

9. In the past, I have also utilized the internet for work. For nine years, part of my job was to teach children how to use the internet.

10. I periodically shop online rather than going to a physical store because it is difficult to get taxis or take the bus, especially if I want to purchase a large amount of goods, and I find it much easier to complete purchases online.

11. Using my screen reader to access the internet has significantly improved my own view of my independence to conduct personal business without the help of others.

**Experience with Target Retail Stores**

12. I have shopped at a Target store that is between five and 10 miles from my home.

13. For me, shopping at Target's physical location near my home requires finding a relative to drive me there, calling a taxi, or taking a bus. If I take a taxi, I must then call and wait for another taxi in order to return home. If I take a bus, I must then walk a significant distance through a shopping mall, and must return to the bus stop carrying everything I purchased at the store. This situation is common, and for that reason I much prefer to shop online.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Robert Stigile in support of Plaintiffs' Motion for Preliminary Injunction**

1

**Harms Experienced Because of the Inaccessibility of Target.com**

14. I would like to shop at Target.com because traveling to the physical retail location necessitates a significant expense of time, energy, and money.

15. I have attempted on numerous occasions to access Target.com with my screen reader.

16. I have found it extremely difficult, and at times impossible, to browse for products on Target.com using my screen reader.

17. Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text that has prevented me from continuing to navigate through the site.

18. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements, which I would like to use.

19. I attempted to purchase a barbecue and compact discs from Target.com, but I found that completing the purchase was impossible.

20. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

21. Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to avoid their website as well as their physical locations and I have instead shopped elsewhere.

22. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this April day of ____, 2006, at Reseda, California.

_____
ROBERT STIGILE

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Robert Stigile in support of Plaintiffs' Motion for Preliminary Injunction**

2

United States of America that the forgoing is true and correct.

Executed this April day of ____, 2006, at Reseda, California.

_____ Robert

*[handwritten signature and date: April 24, 2006]*