1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:   (510) 665-8644
5  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
10 Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
11 TTY:         (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:   (410) 962-1030
15 Fax:         (410) 385-0869

16

# UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

### SAN FRANCISCO DIVISION

19

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TINA THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:  2:00 p.m.<br>Judge:  The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

I, Tina Thomas, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

**Background**

2. I am 37 years old.

3. I have been legally blind since birth.

4. I reside in Los Angeles, California.

5. I have been a member of the National Federation of the Blind and the National Federation of the Blind of California since 1987.

**Internet Use**

6. I have used the screen reading software "JAWS" to access computers and, especially, the internet for 10 years.

7. I use the internet every day for a variety of functions and activities in my daily life, including "surfing" the internet and online shopping.

8. I also use the internet for my work as a special education teacher in a K-12 school.

9. I frequently shop online rather than going to a physical store because it is difficult and time consuming to take a bus or arrange for a paratransit ride, and I find it much easier to complete purchases online.

10. I shop online for many things, including music, movies, coffee, prescriptions and vitamins.

11. Using my screen reader to access the internet has significantly improved my own view of my independence to conduct personal business without the help of others.

**Experience with Target Retail Stores**

12. Shopping at Target's physical location near my home requires me to take a bus or arrange for a paratransit ride, and it is much easier for me to shop online.

**Harms Experienced Because of the Inaccessibility of Target.com**

13. I would like to shop at Target.com because traveling to the physical retail location necessitates a significant expense of time, energy, and money.

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Tina Thomas in support of Plaintiffs' Motion for Preliminary Injunction**

1

14. I have attempted on numerous occasions to access Target.com with my screen reader.

15. I have found it extremely difficult, and at times impossible, to browse for products on Target.com using my screen reader.

16. Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text that has prevented me from continuing to navigate through the site.

17. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements, which I would like to use.

18. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

19. The problems I have encountered on Target.com when using my screen reader have prevented me from making purchases.

20. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this April day of 28, 2006, at Los Angeles, California.

_____
TINA THOMAS

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Tina Thomas in support of Plaintiffs' Motion for Preliminary Injunction

2