LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:          (410) 385-0869

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KEN VOLONTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:  2:00 p.m.<br>Judge:  The Honorable Marilyn Hall Patel |

I, Ken Volonte, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

**Background**

2. I am 55 years old.

3. I have been legally blind since birth due to a congenital disease.

4. I reside in Stockton, California.

5. I have been a member of the National Federation of the Blind for 35 years.

6. I have been a member of the National Federation of the Blind of California for 35 years.

**Internet Use**

7. I have used the screen reading software "JAWS" to access computers and, especially, the internet for eight months. Before that, I used a DOS computer that could not access the internet.

8. I decided to switch to a Windows-based computer in order to take advantage of all the internet has to offer, including newsgroups, shopping, and email.

9. I use the internet every day for a variety of functions and activities in my daily life.

10. I prefer to shop online rather than going to a physical store mostly because I like to avoid crowds, especially around the holiday season.

11. Using my screen reader to access the internet has significantly improved my own view of my independence to conduct personal business without the help of others.

**Experience with Target Retail Stores**

12. I have shopped at a Target store that is near my home.

**Harms Experienced Because of the Inaccessibility of Target.com**

13. I have attempted on numerous occasions to access Target.com with my screen reader.

14. I have found it extremely difficult, and at times impossible, to browse for products on Target.com using my screen reader.

15. Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text that has prevented me from continuing to navigate through the site.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction**

1

16. If Target.com were accessible to my screen reader, I would use it to shop frequently. I like Target's selection of products and their prices.

17. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and an online pharmacy, which I would like to use if the website were accessible.

18. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

19. Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to purchase items on different websites instead of going to the Target retail store near me.

20. Target.com's inaccessibility makes me feel as though Target does not care about me as a customer or my patronage of their stores and website because I am blind.

21. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this April day of ____, 2006, at Stockton, California.

_____
KEN VOLONTE

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction**

2

16.     If Target.com were accessible to my screen reader, I would use it to shop frequently. I like Target's selection of products and their prices.

17.     I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and an online pharmacy, which I would like to use if the website were accessible.

18.     I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

19.     Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to purchase items on different websites instead of going to the Target retail store near me.

20.     Target.com's inaccessibility makes me feel as though Target does not care about me as a customer or my patronage of their stores and website because I am blind.

21.     My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this April day of 18, 2006, at Stockton, California.



KEN VOLONTE

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction**

2