1   ROBERT A. NAEVE (CA SBN 106095)
    RNaeve@mofo.com
2   MORRISON & FOERSTER LLP
    19900 MacArthur Boulevard
3   Irvine, California  92612-2445
    Telephone: (949) 251-7500
4   Facsimile: (949) 251-0900
    (Additional Counsel on Signature Page)

5

    Attorneys for Defendant
6   TARGET CORPORATION

7   LAWRENCE W. PARADIS (CA SBN 122336)
    lparadis@dralegal.org
8   MAZEN M. BASRAWI (CA SBN 235475)
    mbasrawi@drlegal.org
9   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
10  Berkeley, CA 94704
    Telephone:  (510) 665-8644
11  Facsimile:  (510) 665-8716
    TTY:  (510) 665-8716
12  (Additional Counsel on Signature Page)

13  Attorneys for Plaintiffs

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17  NATIONAL FEDERATION OF THE BLIND,        Case No.        C06-01802 MHP
    the NATIONAL FEDERATION OF THE BLIND
    OF CALIFORNIA, on behalf of their members,    **PUTATIVE CLASS ACTION**
18  and Bruce F. Sexton, on behalf of himself and all
    others similarly situated,                 **JOINT STIPULATION AND
19                                             [PROPOSED] ORDER:**
                      Plaintiffs,
20                                              **(1) CONTINUING THE HEARING
            v.                                      ON NFB'S MOTION FOR
21                                                  PRELIMINARY INJUNCTION;**
    TARGET CORPORATION,
22                                             **(2) CONTINUING THE HEARING
                      Defendant.                    ON TARGET'S MOTION TO
23                                                  DISMISS; AND**

24                                             **(3) GRANTING TARGET LEAVE
                                                    TO TAKE LIMITED
25                                                  DISCOVERY**

26                                             **[Local Rule 6-2, 7-11]**

27

28

    JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS
    AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
    la-857999

<u>RECITALS</u>

1.      On April 27, 2006, Defendant Target Corporation ("Target") filed a Rule 12(b)(6) Motion to Dismiss ("Target's Motion") pursuant to this Court's April 13, 2006 Order granting Target leave to do so. Target's Motion is currently scheduled for hearing on June 5, 2006.

2.      On May 8, 2006, Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and Bruce F. Sexton ("NFB") filed a Motion for Preliminary Injunction ("NFB's Motion") pursuant to this Court's May 2, 2006 Order granting NFB leave to do so. NFB's Motion is currently scheduled for hearing on June 12, 2006.

3.      Because NFB's Motion is scheduled for hearing on June 12, 2006, Local Rule 7-3, allows Target only two weeks to respond to NFB's Motion. The parties agree to continue the hearing on NFB's Motion to June 26, 2006 at 2:00 p.m. to allow Target additional time to take limited discovery and prepare a response.

4.      Paragraph 2 of General Order 56, applicable to cases brought under the Americans with Disabilities Act such as this, stays all discovery until this Court orders otherwise.

5.      The parties agree to lift the stay imposed by General Order 56 for the limited purpose of allowing Target to depose up to five of the individuals who submitted declarations in support of NFB's Motion.

6.      The parties also agree, in the interests of efficiency and judicial economy, to continue the hearing on Target's Motion to June 26, 2006 at 2:00 p.m., so that it can be heard at the same time as NFB's Motion.

7.      Target reserves its right to seek additional time to respond to NFB's Motion, if necessary.

<u>STIPULATION</u>

THEREFORE, the parties hereby stipulate as follows:

1.      The hearing date on NFB's Motion shall be continued to June 26, 2006 at 2:00 p.m.

2.      The hearing date on Target's Motion shall also be continued to June 26, 2006 at 2:00 p.m.

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-857999

3

3.    The due dates for the opposition and reply briefs on both NFB's Motion and Target's Motion shall be calculated pursuant to Local Rule 7-3 (a) and (c), based upon the June 26, 2006 hearing date.

4.    The discovery stay imposed by General Order 56 shall be lifted for the limited purpose of allowing Target to depose up to five of the individuals who offered declarations in support of NFB's Motion for Preliminary Injunction.

Dated: May 10, 2006                    ROBERT A. NAEVE
                                       DAVID F. MCDOWELL
                                       MICHAEL J. BOSTROM
                                       MORRISON & FOERSTER LLP


                                       By:   /s/
                                             Robert A. Naeve

                                       Attorneys for Defendant
                                       TARGET CORPORATION

Dated: May 10, 2006                    DISABILITY RIGHTS ADVOCATES
                                       SCHNEIDER & WALLACE
                                       BROWN, GOLDSTEIN & LEVY, LLP


                                       By:   /s/
                                             Laurence W. Paradis

                                       Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated May __, 2006


                                       _____
                                       Honorable Marilyn Hall Patel
                                       United States District Court Judge