| | |
|---|---|
| 1 | ROBERT A. NAEVE (CA SBN 106095) |
|   | RNaeve@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 19900 MacArthur Boulevard |
| 3 | Irvine, California  92612-2445 |
|   | Telephone: (949) 251-7500 |
| 4 | Facsimile: (949) 251-0900 |
|   | (Additional Counsel on Signature Page) |
| 5 | |
|   | Attorneys for Defendant |
| 6 | TARGET CORPORATION |
| 7 | LAWRENCE W. PARADIS (CA SBN 122336) |
|   | lparadis@dralegal.org |
| 8 | MAZEN M. BASRAWI (CA SBN 235475) |
|   | mbasrawi@drlegal.org |
| 9 | DISABILITY RIGHTS ADVOCATES |
|   | 2001 Center Street, Third Floor |
| 10 | Berkeley, CA 94704 |
|   | Telephone:  (510) 665-8644 |
| 11 | Facsimile:  (510) 665-8716 |
|   | TTY:  (510) 665-8716 |
| 12 | (Additional Counsel on Signature Page) |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>          Defendant. | Case No.     C06-01802 MHP<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER:**<br><br> (1) **CONTINUING THE HEARING ON NFB'S MOTION FOR PRELIMINARY INJUNCTION;**<br><br>(2) **CONTINUING THE HEARING ON TARGET'S MOTION TO DISMISS; AND**<br><br>(3) **GRANTING TARGET LEAVE TO TAKE LIMITED DISCOVERY**<br><br>**[Local Rule 6-2, 7-11]** |

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS
AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-857999

RECITALS

1. On April 27, 2006, Defendant Target Corporation ("Target") filed a Rule 12(b)(6) Motion to Dismiss ("Target's Motion") pursuant to this Court's April 13, 2006 Order granting Target leave to do so. Target's Motion is currently scheduled for hearing on June 5, 2006.

2. On May 8, 2006, Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and Bruce F. Sexton ("NFB") filed a Motion for Preliminary Injunction ("NFB's Motion") pursuant to this Court's May 2, 2006 Order granting NFB leave to do so. NFB's Motion is currently scheduled for hearing on June 12, 2006.

3. Because NFB's Motion is scheduled for hearing on June 12, 2006, Local Rule 7-3, allows Target only two weeks to respond to NFB's Motion. The parties agree to continue the hearing on NFB's Motion to June 26, 2006 at 2:00 p.m. to allow Target additional time to take limited discovery and prepare a response.

4. Paragraph 2 of General Order 56, applicable to cases brought under the Americans with Disabilities Act such as this, stays all discovery until this Court orders otherwise.

5. The parties agree to lift the stay imposed by General Order 56 for the limited purpose of allowing Target to depose up to five of the individuals who submitted declarations in support of NFB's Motion.

6. The parties also agree, in the interests of efficiency and judicial economy, to continue the hearing on Target's Motion to June 26, 2006 at 2:00 p.m., so that it can be heard at the same time as NFB's Motion.

7. Target reserves its right to seek additional time to respond to NFB's Motion, if necessary.

STIPULATION

THEREFORE, the parties hereby stipulate as follows:

1. The hearing date on NFB's Motion shall be continued to June 26, 2006 at 2:00 p.m.

2. The hearing date on Target's Motion shall also be continued to June 26, 2006 at 2:00 p.m.

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-857999

3

3. The due dates for the opposition and reply briefs on both NFB's Motion and Target's Motion shall be calculated pursuant to Local Rule 7-3 (a) and (c), based upon the June 26, 2006 hearing date.

4. The discovery stay imposed by General Order 56 shall be lifted for the limited purpose of allowing Target to depose up to five of the individuals who offered declarations in support of NFB's Motion for Preliminary Injunction.

Dated: May 10, 2006                ROBERT A. NAEVE
                                   DAVID F. MCDOWELL
                                   MICHAEL J. BOSTROM
                                   MORRISON & FOERSTER LLP


                                   By:   /s/
                                         Robert A. Naeve

                                   Attorneys for Defendant
                                   TARGET CORPORATION


Dated: May 10, 2006                DISABILITY RIGHTS ADVOCATES
                                   SCHNEIDER & WALLACE
                                   BROWN, GOLDSTEIN & LEVY, LLP


                                   By:   /s/
                                         Laurence W. Paradis

                                   Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated May 11, 2006

Honorable _____ Patel
_____ District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-857999

4