| | |
|---|---|
| 1 | ROBERT A. NAEVE (CA SBN 106095) |
| | RNaeve@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 19900 MacArthur Boulevard |
| 3 | Irvine, California 92612-2445 |
| | Telephone: (949) 251-7500 |
| 4 | Facsimile: (949) 251-0900 |
| | (Additional Counsel on Signature Page) |
| 5 | |
| | Attorneys for Defendant |
| 6 | TARGET CORPORATION |
| 7 | LAWRENCE W. PARADIS (CA SBN 122336) |
| | lparadis@dralegal.org |
| 8 | MAZEN M. BASRAWI (CA SBN 235475) |
| | mbasrawi@drlegal.org |
| 9 | DISABILITY RIGHTS ADVOCATES |
| | 2001 Center Street, Third Floor |
| 10 | Berkeley, CA 94704 |
| | Telephone: (510) 665-8644 |
| 11 | Facsimile: (510) 665-8716 |
| | TTY: (510) 665-8716 |
| 12 | (Additional Counsel on Signature Page) |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C06-01802 MHP<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER:**<br><br>**(1) CONTINUING THE HEARING ON NFB'S MOTION FOR PRELIMINARY INJUNCTION AND TARGET'S MOTION TO DISMISS;**<br><br>**(2) AMENDING BRIEFING SCHEDULE ON BOTH MOTIONS; AND**<br><br>**(3) GRANTING THE PARTIES LEAVE TO TAKE ADDITIONAL DISCOVERY**<br><br>**[Local Rule 6-2]** |

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS
AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-861335

RECITALS

1. Pursuant to the parties' stipulation, this Court's May 11, 2006 order consolidated and continued to June 26, 2006 the hearings on Defendant Target Corporation's ("Target") motion to dismiss the amended complaint on file in this action ("Target's Motion") and on Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and Bruce F. Sexton's ("NFB") motion for preliminary injunction ("NFB's Motion"). The Order also granted Target leave from the stay imposed by General Order 56 to depose five individuals who offered declarations in support of NFB's motion for preliminary injunction.

2. The parties agree the stay imposed by General Order 56 should be further lifted (1) to allow Target to depose four additional witnesses who have offered declarations in support of NFB's Motion (to expedite matters, the parties have already commenced these depositions); and (2) to allow NFB to depose any witnesses who offer declarations in support of Target's opposition to NFB's Motion.

3. The parties also agree that the hearing on both Target's Motion and NFB's Motion should be continued from June 26, 2004 to July 24, 2006 at 2:00 p.m., pursuant to the schedule outlined below, in order to allow the parties additional time to take discovery in connection with NFB's Motion and to and prepare and file opposition and reply memoranda in connection with NFB's Motion and Target's Motion.

4. The parties agree that the continuance does not affect the timeliness of NFB's Motion.

STIPULATION

THEREFORE, the parties hereby stipulate as follows:

1. The hearing date on NFB's Motion and Target's Motion shall be continued to July 24, 2006 at 2:00 p.m.

2. NFB's opposition to Target's Motion and Target's opposition to NFB's Motion shall be filed on or before June 12, 2006. Reply briefs shall be filed on or before July 10, 2006.

///

///

JOINT STIP. AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-861335

1

3. The stay imposed by General Order 56 is further lifted to allow Target to depose four additional witnesses who offered declarations in support of NFB's Motion and to allow NFB to depose those witnesses who will offer declarations in support of Target's opposition to NFB's Motion.

Dated: June 1, 2006

ROBERT A. NAEVE
DAVID F. MCDOWELL
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP

By:  /s/
     Robert A. Naeve

Attorneys for Defendant
TARGET CORPORATION

Dated: June 1, 2006

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP

By:  /s/
     Laurence W. Paradis

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated June __, 2006

Honorable Marilyn Hall Patel
United States District Court Judge

JOINT STIP. AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-861335

2