1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard
3  Irvine, California  92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900
   (Additional Counsel on Signature Page)
5
   Attorneys for Defendant
6  TARGET CORPORATION

7  LAWRENCE W. PARADIS (CA SBN 122336)
   lparadis@dralegal.org
8  MAZEN M. BASRAWI (CA SBN 235475)
   mbasrawi@drlegal.org
9  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
10 Berkeley, CA 94704
   Telephone:  (510) 665-8644
11 Facsimile:  (510) 665-8716
   TTY:  (510) 665-8716
12 (Additional Counsel on Signature Page)

13 Attorneys for Plaintiffs

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16

17 NATIONAL FEDERATION OF THE BLIND,       Case No.       C06-01802 MHP
   the NATIONAL FEDERATION OF THE BLIND
   OF CALIFORNIA, on behalf of their members,  **PUTATIVE CLASS ACTION**
18 and Bruce F. Sexton, on behalf of himself and all
   others similarly situated,               **JOINT STIPULATION AND**
19                                          ~~[PROPOSED]~~ **ORDER:**

20                      Plaintiffs,          **(1) CONTINUING THE HEARING**
                                                 **ON NFB'S MOTION FOR**
21        v.                                     **PRELIMINARY INJUNCTION**
                                                 **AND TARGET'S MOTION TO**
22 TARGET CORPORATION,                           **DISMISS;**

                           Defendant.
23                                           **(2) AMENDING BRIEFING**
                                                 **SCHEDULE ON BOTH**
24                                               **MOTIONS; AND**

25                                           **(3) GRANTING THE PARTIES**
                                                 **LEAVE TO TAKE ADDITIONAL**
26                                               **DISCOVERY**

27                                           **[Local Rule 6-2]**

28

JOINT STIPULATION AND [PROPOSED] ORDER RE: TARGET'S MOTION TO DISMISS
AND NFB'S MOTION FOR PRELIMINARY INJUNCTION (Case No. 06-01802 MHP)
la-861335

## RECITALS

1.      Pursuant to the parties' stipulation, this Court's May 11, 2006 order consolidated and continued to June 26, 2006 the hearings on Defendant Target Corporation's ("Target") motion to dismiss the amended complaint on file in this action ("Target's Motion") and on Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and Bruce F. Sexton's ("NFB") motion for preliminary injunction ("NFB's Motion").  The Order also granted Target leave from the stay imposed by General Order 56 to depose five individuals who offered declarations in support of NFB's motion for preliminary injunction.

2.      The parties agree the stay imposed by General Order 56 should be further lifted (1) to allow Target to depose four additional witnesses who have offered declarations in support of NFB's Motion (to expedite matters, the parties have already commenced these depositions); and (2) to allow NFB to depose any witnesses who offer declarations in support of Target's opposition to NFB's Motion.

3.      The parties also agree that the hearing on both Target's Motion and NFB's Motion should be continued from June 26, 2004 to July 24, 2006 at 2:00 p.m., pursuant to the schedule outlined below, in order to allow the parties additional time to take discovery in connection with NFB's Motion and to and prepare and file opposition and reply memoranda in connection with NFB's Motion and Target's Motion.

4.      The parties agree that the continuance does not affect the timeliness of NFB's Motion.

## STIPULATION

THEREFORE, the parties hereby stipulate as follows:

1.      The hearing date on NFB's Motion and Target's Motion shall be continued to July 24, 2006 at 2:00 p.m.

2.      NFB's opposition to Target's Motion and Target's opposition to NFB's Motion shall be filed on or before June 12, 2006.  Reply briefs shall be filed on or before July 10, 2006.

///

///

1      3.     The stay imposed by General Order 56 is further lifted to allow Target to depose

2  four additional witnesses who offered declarations in support of NFB's Motion and to allow NFB

3  to depose those witnesses who will offer declarations in support of Target's opposition to NFB's

4  Motion.

5

6  Dated: June 1, 2006            ROBERT A. NAEVE
                                  DAVID F. MCDOWELL
7                                 MICHAEL J. BOSTROM
                                 MORRISON & FOERSTER LLP

8

9                         By:   /s/
10                                Robert A. Naeve

11                               Attorneys for Defendant
                                TARGET CORPORATION

12

13  Dated: June 1, 2006            DISABILITY RIGHTS ADVOCATES
                                 SCHNEIDER & WALLACE
14                                BROWN, GOLDSTEIN & LEVY, LLP

15

16                         By:   /s/
                                Laurence W. Paradis
17

                               Attorneys for Plaintiffs
18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED

20  Dated June 2, 2006

21

22                                                H. Patel
23                                          ct Court Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27

28