1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: 949.251.7500
4  Facsimile: 949.251.0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  MICHAEL J. BOSTROM (CA SBN 211778)
   DMcDowell@mofo.com
7  SBahar@mofo.com
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
10 Facsimile: (213) 892-5454

11 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 Attorneys for Defendant
   TARGET CORPORATION
16

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19
20  NATIONAL FEDERATION OF THE BLIND,            Case No.     C06-01802 MHP
    the NATIONAL FEDERATION OF THE BLIND
21  OF CALIFORNIA, on behalf of their members,   **DEFENDANT TARGET
    and Bruce F. Sexton, on behalf of himself and all   CORPORATION'S UNOPPOSED
22  others similarly situated,                   MOTION FOR ADMINISTRATIVE
                                                 RELIEF TO EXCEED PAGE
23                  Plaintiffs,                  LIMITATION FOR ITS
                                                 OPPOSITION TO NFB'S MOTION
24          v.                                   FOR PRELIMINARY INJUNCTION**

25  TARGET CORPORATION,                          **[Local Rule 7-11]**

26                  Defendant.

27
28
    TARGET'S MOTION TO EXCEED PAGE LIMITS IMPOSED BY LOCAL RULE 7-3
     (Case No. 06-01802 MHP)
    la-862151

On May 8, 2006, Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and Bruce Sexton ("NFB") filed a motion for preliminary injunction ("NFB's Motion") arguing that Defendant Target Corporation's ("Target") website violates Title III of the Americans with Disabilities Act, California's Unruh Civil Rights Act, and California's Blind and Other Physically Disabled Persons Act.  Pursuant to Local Rule 7-3, Target's Opposition to NFB's Motion is limited to 25 pages.[1]  Target requests relief from Local Rule 7-3 so that it may file and serve an Opposition brief of up to 35 pages in length.  Additional pages are needed for the following reasons:

1. NFB submitted eleven declarations in support of its Motion, including an expert declaration.  In light of the factual issues raised by the Motion, the parties agreed that Target should be entitled to depose NFB's witnesses before filing its Opposition Brief.  Target has now deposed nine of the declarants.  In order to fully address the factual issues raised by this testimony, as well as the legal issues raised by NFB's federal and state claims, Target needs more than the 25 pages allotted by Local Rule 7-3.

2. NFB's Motion asks this Court to issue a mandatory injunction requiring Target to modify its website.  Thus, NFB essentially seeks a full adjudication of its claims through its Motion.  Target respectfully contends that it requires the additional pages to present the Court with a full and complete record to decide the factual and legal issues presented by NFB's Motion.

---

[1] Target's Opposition brief is due on June 12, 2006.

TARGET'S MOTION TO EXCEED PAGE LIMITS IMPOSED BY LOCAL RULE 7-3   1
(Case No. 06-01802 MHP)
la-862151

1  NFB has indicated that it will not oppose this Motion.

2  Respectfully submitted,

3  Dated: June 6, 2006

ROBERT A. NAEVE
DAVID F. MCDOWELL
STUART C. PLUNKETT
SARVENAZ BAHAR
MICHAEL J. BOSTROM
MORRISON & FOERSTER LLP


By: /s/
      Robert A. Naeve

Attorneys for Defendant
TARGET CORPORATION