1   ROBERT A. NAEVE (CA SBN 106095)
    RNaeve@mofo.com
2   MORRISON & FOERSTER LLP
    19900 MacArthur Blvd.
3   Irvine, California  92612-2445
    Telephone: 949.251.7500
4   Facsimile: 949.251.0900

5   DAVID F. MCDOWELL (CA SBN 125806)
    SARVENAZ BAHAR (CA SBN 171556)
6   MICHAEL J. BOSTROM (CA SBN 211778)
    DMcDowell@mofo.com
7   SBahar@mofo.com
    MBostrom@mofo.com
8   MORRISON & FOERSTER LLP
    555 West Fifth Street, Suite 3500
9   Los Angeles, California  90013-1024
    Telephone: (213) 892-5200
10  Facsimile: (213) 892-5454

11  STUART C. PLUNKETT (CA SBN 187971)
    SPlunkett@mofo.com
12  MORRISON & FOERSTER LLP
    425 Market Street
13  San Francisco, CA 94105-2482
    Telephone: (415) 268-7000
14  Facsimile: (415) 268-7522

15  Attorneys for Defendant
    TARGET CORPORATION

16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

20  NATIONAL FEDERATION OF THE BLIND,        Case No.    C06-01802 MHP
    the NATIONAL FEDERATION OF THE BLIND      Honorable Marilyn Hall Patel
21  OF CALIFORNIA, on behalf of their members,
    and Bruce F. Sexton, on behalf of himself and all   **[PROPOSED] ORDER**
22  others similarly situated,                **GRANTING TARGET**
                                              **CORPORATION'S UNOPPOSED**
23              Plaintiffs,                    **MOTION FOR**
                                              **ADMINISTRATIVE RELIEF TO**
24        v.                                   **EXCEED PAGE LIMITATION**
                                              **FOR ITS OPPOSITION TO NFB'S**
25  TARGET CORPORATION and DOES ONE-          **MOTION FOR PRELIMINARY**
    TEN,                                       **INJUNCTION**
26
                Defendant.
27

28

    [PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
    (CASE NO. C06-01802 MHP)
    la-862220

Dockets.Justia.com

1    Having considered Defendant Target Corporation's ("Target") Unopposed Motion for

2  Administrative Relief to Exceed Page Limitation for Its Opposition to NFB's Motion for

3  Preliminary Injunction, and good cause appearing, the Court hereby GRANTS Target's Motion as

4  follows:

5    Target is granted leave to file and serve an Opposition to NFB's Motion for Preliminary

6  Injunction of up to 35 pages in length.

7

8    IT IS SO ORDERED.

9

10  Dated: June __, 2006

11

12  _____
    Honorable Marilyn Hall Patel
    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-862220