1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: 949.251.7500
4  Facsimile: 949.251.0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  MICHAEL J. BOSTROM (CA SBN 211778)
   DMcDowell@mofo.com
7  SBahar@mofo.com
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
10 Facsimile: (213) 892-5454

11 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 Attorneys for Defendant
   TARGET CORPORATION
16

17             UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19

20 NATIONAL FEDERATION OF THE BLIND,           Case No.  C06-01802 MHP
   the NATIONAL FEDERATION OF THE BLIND        Honorable Marilyn Hall Patel
21 OF CALIFORNIA, on behalf of their members,
   and Bruce F. Sexton, on behalf of himself and all   [PROPOSED] ORDER
22 others similarly situated,                  GRANTING TARGET
                                               CORPORATION'S UNOPPOSED
23            Plaintiffs,                      MOTION FOR
                                               ADMINISTRATIVE RELIEF TO
24     v.                                      EXCEED PAGE LIMITATION
                                               FOR ITS OPPOSITION TO NFB'S
25 TARGET CORPORATION and DOES ONE-            MOTION FOR PRELIMINARY
   TEN,                                        INJUNCTION
26
              Defendant.
27

28

[PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-862220

1  Having considered Defendant Target Corporation's ("Target") Unopposed Motion for
2  Administrative Relief to Exceed Page Limitation for Its Opposition to NFB's Motion for
3  Preliminary Injunction, and good cause appearing, the Court hereby GRANTS Target's Motion as
4  follows:

5  Target is granted leave to file and serve an Opposition to NFB's Motion for Preliminary
6  Injunction ~~of up to~~ NOT TO EXCEED 35 pages in length.

8  IT IS SO ORDERED.

10  Dated: June  6 , 2006

IT IS SO ORDERED

*[Signature]*
Judge Marilyn H. Patel

United States District Court
Northern District of California

PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-862220