1  LAURENCE W. PARADIS (California Bar No. 122336)
   MAZEN M. BASRAWI (California Bar No. 235475)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5
   TODD M. SCHNEIDER (California Bar No. 158253)
6  JOSHUA KONECKY (California Bar No. 182897)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
9  TTY:         (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP
11 120 E. Baltimore St., Suite 1700
   Baltimore, MD 21202
12 Telephone:   (410) 962-1030
   Fax:         (410) 385-0869

13

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP |
| 20 | **CLASS ACTION** |
| 21 | **[proposed] ORDER DENYING DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS** |
| 22                  Plaintiffs, | |
| 23  v. | Judge: The Honorable Marilyn Hall Patel |
| 24  TARGET CORPORATION | |
| 25                  Defendant. | |

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.: C 06-01802 MHP**
**[proposed] Order Denying Defendant Target Corporation's Motion to Dismiss**

Dockets.Justia.com

1  Having considered Defendant Target Corporation's ("Target") Motion to Dismiss
2  Plaintiffs' Amended Complaint and Plaintiffs' Opposition; and good cause appearing, the Court
3  hereby DENIES Target's Motion for the following reasons:

    1. plaintiffs have properly pled a claim under the Americans With Disabilities Act ("ADA"), 42 U.S.C. §§12101, *et seq.*, because Target stores are places of public accommodation and target.com is a service, privilege and advantage of Target stores that is denied to the blind;

    2. plaintiffs have properly pled a claim under the Unruh Act, Cal. Civ. Code §§51, *et seq.*, because:

       (a) Target is a business establishment within the meaning of the Unruh Act and target.com is a service, privilege and advantage that Target denies to the blind; and

       (b) plaintiffs have properly pled a claim under Title III of the ADA;

    3. plaintiffs have properly pled a claim under California's Disabled Persons Act ("DPA"), Cal. Civ. Code §§54, *et seq.*, because:

       (a) Target stores are public accommodations within the meaning of the DPA and target.com is a privilege, service and advantage of Target stores that is denied to the blind;

       (b) target.com is a public place within the meaning of the DPA that is denied to the blind; and

       (c) plaintiffs have properly pled a claim under Title III of the ADA;

    4. The Commerce Clause of the Constitution of the United States, U.S. Const. art. I, §8, cl. 3, does not bar the application of the Unruh Act and DPA to target.com.

IT IS SO ORDERED.

Dated: _____, 2006        _____
                                                   HONORABLE MARILYN H. PATEL
                                                   United States District Court Judge

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.: C 06-01802 MHP**
**[proposed] Order Denying Defendant Target Corporation's Motion to Dismiss**