LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CAMILLA ROBERSON IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS**<br><br>Hearing Date: July 24, 2006<br>Time:         2:00 p.m.<br>Judge:        The Honorable Marilyn Hall Patel |

*National Federation of the Blind, et al v. Target Corporation*
**Case. No.: C 06-01802 MHP**
**Declaration Of Camilla Roberson**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

Dockets.Justia.com

I, Camilla L. Roberson, hereby declare as follows:

1. I am an attorney with Schneider & Wallace in San Francisco, California, counsel of record for plaintiffs in the above-referenced action. I am duly licensed to practice law in the State of New York. I am over 18 years of age and make this declaration based on personal knowledge. I submit this declaration in support of Plaintiffs' Request for Judicial Notice. If sworn as a witness, I could competently testify to the facts contained herein.

2. Attached as Exhibit A to this declaration is a true and correct copy of the transcript of the Congressional oversight hearing entitled *Applicability of the Americans With Disabilities Act (ADA) to Private Internet Sites: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary*, 106th Cong. 65-010 (2000). One June 9, 2006, I downloaded and printed the entire transcript from http://commdocs.house.gov/committees/judiciary/hju65010.000/hju65010_0f.htm., a webpage of the official website of the Subcommitttee on the Constitution of the House Committee on the Judiciary of the House of Representatives (http://judiciary.house.gov/legacy/constitution.htm.)

3. Attached as Exhibit B to this declaration is a true and correct copy of the Brief of the United States as Amicus Curiae in Support of Appellant, filed by the U.S. Department of Justice in the case *Hooks v. OKBridge, Inc.,* 232 F.3d 208 (5th Cir. 2000) (No. 99-50891), available at http://www.usdoj.gov/crt/briefs/hooks.pdf. One June 9, 2006 I downloaded this brief from the official website of the United States Department of Justice (www.usdoj.gov).

4. Attached as Exhibit C to this declaration is a Letter from the Assistant Attorney-General for Civil Rights to Senator Tom Harkin (September 9, 1996), 10 NDLR 240, currently available http://www.usdoj.gov/crt/foia/cltr204.txt. One June 9, 2006, I downloaded this brief from the official website of the United State Department of Justice in the section entitled "Legal Documents – ADA core letters" (http://www.usdoj.gov/crt/foia/cltindex.htm).

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al v. Target Corporation*
**Case. No.: C 06-01802 MHP**
**Declaration Of Camilla L. Roberson**                                                                                                1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.  Executed on this 12th day of June, in San Francisco, California.

3  DATED:        June 12, 2006                              /s/ Camilla L. Roberson
4                                                                               Camilla L. Roberson

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al v. Target Corporation*
**Case. No.: C 06-01802 MHP**
**Declaration Of Camilla L. Roberson**                                                                 2