# EXHIBIT A

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   - - - - - - - - - - - - - - - - -
 5   NATIONAL FEDERATION OF THE    )   Case No.
 6   BLIND, et al.,                )   C 06-01802 MHP
 7            Plaintiffs,          )
 8   v.                            )
 9   TARGET CORPORATION,           )
10            Defendant.           )
11   - - - - - - - - - - - - - - - - -
12
13              DEPOSITION OF KEN VOLONTE
14                THURSDAY, MAY 25, 2006
15
16
17
18
19
20
21
22       BY:  CHRISTINE L. JORDAN, CSR NO. 12262
23                          1320 ADOBE DRIVE
24                  PACIFICA, CALIFORNIA 94044
25                            (650) 359-3201
```

1  Q. Who sponsors these classes?
2  A. The classes that I'm taking are at the
3  Community Center for the Blind, and they are offered to
4  any and all blind people who -- who want to avail
5  themselves of these classes.
6  Q. Is it a one-on-one or is it a group class?
7  A. One-on-one.
8  Q. How many classes have you been to thus far?
9  A. Four.
10 Q. And how long is each class?
11 A. An hour to an hour and a half.
12 Q. Have you found that your ability to use JAWS
13 on the Internet has improved in any way as a result of
14 these classes?
15      MS. ROBERSON: Objection; vague, ambiguous,
16 overbroad.
17      THE WITNESS: I find that I'm able to
18 navigate easier.
19 BY MR. PLUNKETT:
20 Q. Can you explain that?
21 A. There -- there are -- there are certain --
22 there are certain commands for -- for exporting from
23 one file to another and from -- and for getting, say,
24 to the top or the bottom immediately of a file. There
25 are reading keys that I did not avail myself of before

1               Let me rephrase, and counsel can state her
2    objection again.
3               Even when counsel objects, unless you're
4    instructed, you should go ahead and answer if you
5    understand the question.
6        A.   Okay.
7        Q.   New question: When you went to Target.com's
8    home page, is it your testimony that there were
9    elements on the home page that JAWS could not read?
10            MS. ROBERSON: Objection; mischaracterizes
11   testimony.
12            THE WITNESS: My answer to that question is
13   I -- my belief is that I was past the home page, and I
14   was into, you know, various departments.
15   BY MR. PLUNKETT:
16       Q.   How did you navigate past the home page?
17       A.   With use of the tab key and with down arrow
18   keys.
19       Q.   Did you have any difficulty navigating past
20   the home page into the departments?
21       A.   No, I don't believe so.
22            MS. ROBERSON: I'm sorry, Counsel, could you
23   repeat your question? I didn't hear it.
24            MR. PLUNKETT: If the court reporter could
25   read it back.

1   A.   I exited the website.
2   Q.   Approximately how long were you on the
3   website at that time?
4   A.   Probably -- probably three or four minutes.
5   Q.   Did you ever attempt to return to Target.com
6   on another occasion?
7   A.   Yes.
8   Q.   When was that?
9   A.   I believe a few days -- a few days after this
10  lawsuit was filed.  It was on a Saturday afternoon.  I
11  don't remember the date, but it was on a Saturday
12  afternoon.  And I entered the website with -- with the
13  thought, you know, I wonder -- I wonder -- I had two
14  thoughts:  I wonder if anything has changed, and I
15  wonder if I can do better, you know, on a Saturday when
16  I'm not, you know, tired or whatever, you know.  I was
17  feeling a little bit different so I thought, well,
18  maybe I can do better.  I couldn't.
19  Q.   How long were you on Target.com on that
20  occasion?
21  A.   Again, just -- just a few minutes.  I've
22  always -- I've never spent more than a few minutes on
23  the website.
24  Q.   How many total -- withdraw.
25       How many times have you been to Target.com?

Page 25

1   I, um -- that I entered the website because I was
2   looking for playhouses.
3       Q.   Do you recall what happened when you
4   attempted to search for a product?
5       A.   Yes.  I couldn't type anything in.
6       Q.   You couldn't type anything into the search
7   field?
8       A.   Yes.
9            MR. PLUNKETT:  Could I have the answer read
10  back?  I may be having trouble hearing.
11  BY MR. PLUNKETT:
12      Q.   Was the answer to that yes?
13      A.   Yes, it was, meaning, that is correct.
14      Q.   Are you familiar with using JAWS in forms
15  mode?
16      A.   Yes.
17      Q.   Were you using JAWS in forms mode at a time
18  you tried to enter something in a search field?
19      A.   Your website prohibited forms mode from
20  coming on.
21      Q.   How do you know that?
22      A.   Because when I typed the first thing, it's --
23  you know, it said something other than the letter P or
24  T, or whatever it was.  I don't know if I typed "toys"
25  or "playhouses," but it said something else pertaining

1  to, you know, what was found on the page. I mean,
2  it -- it would not allow me to type letters and so I
3  left the website.
4      Q.   Are you certain that it was the website
5  preventing you from entering forms mode?
6           MS. ROBERSON: Objection as to form,
7  speculative.
8           THE WITNESS: Um, all -- all I can say is
9  that on other websites you go to the box that you want
10 to fill in; you hit enter, and it says "forms mode on"
11 and it works every time. It didn't work this time.
12 BY MR. PLUNKETT:
13     Q.   How many times did you try it before you
14 exited -- withdraw.
15          How many times did you try to enter
16 information into the search field before you exited the
17 website?
18     A.   I would say just once. And, you know, I
19 just -- I just thought, you know, life's too short. I
20 was frustrated, and so I exited.
21          MS. ROBERSON: I'm hearing lots of sounds on
22 the other end. Are we still connected?
23          THE WITNESS: Yes.
24          MS. ROBERSON: Okay.
25

```
 1              CERTIFICATE OF REPORTER
 2
 3        I hereby certify that the witness in the
 4   foregoing deposition, KEN VOLONTE, was by me duly sworn
 5   to testify to the truth, the whole truth and nothing
 6   but the truth, in the within-entitled cause; that said
 7   deposition was taken at the time and place herein
 8   named; that the deposition is a true record of the
 9   witness's testimony as reported by me, a duly certified
10   shorthand reporter and a disinterested person, and was
11   thereafter transcribed into typewriting by computer.
12        I further certify that I am not interested in
13   the outcome of the said action, nor connected with nor
14   related to any of the parties in said action, nor to
15   their respective counsel.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 26th day of May, 2006.
18
19   _____
20   CHRISTINE   L. JORDAN, CSR #12262
21   STATE OF CALIFORNIA
22
23
24
25
```

37

EXHIBIT __A__ PAGE __9__