# EXHIBIT B

Page 1

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN FRANCISCO DIVISION
4
5    - - - - - - - - - - - - - - - - -x
6    NATIONAL FEDERATION OF THE BLIND,    :   Case No.
7    the NATIONAL FEDERATION OF THE       :   C 06-01802 MHP
8    BLIND OF CALIFORNIA, on behalf of    :
9    their members, and Bruce F. Sexton,  :
10   on behalf of himself and all others  :
11   similarly situated,                  :
12          Plaintiffs,                   :
13       vs.                              :
14   TARGET CORPORATION,                  :
15          Defendant.                    :
16   - - - - - - - - - - - - - - - - -x
17
18   TELEPHONE DEPOSITION OF TERESA LINDA UTTERMOHLEN
19
20
21                        Baltimore, Maryland
22                        Thursday, May 25, 2006
23
24   REPORTED BY:
25   ERIN AVERY

Page 12

1  Q    Do I understand correctly that each time a
2  new version has come out, you have received the new
3  version and used it?
4  A    That would be correct.
5       MS. ROBERSON:  Objection; speculative.
6       Now answer.
7       THE WITNESS:  Now answer, sorry.
8       Yes, since JAWS for Windows came out, I
9  believe I have accessed every version that they've
10 put out as a full version.
11      BY MR. PLUNKETT:
12 Q    Have you noticed any difference in your
13 ability to navigate the Internet -- withdraw.
14      Have you noticed any difference in your
15 ability to use the Internet with successive versions
16 of JAWS?
17 A    I have noticed that with successive
18 versions of JAWS, the access to the Internet has
19 improved significantly.
20 Q    In what ways have you noticed
21 improvements?
22      MS. ROBERSON:  Objection; overbroad.
23      Now answer.
24      THE WITNESS:  I have noticed that -- it's
25 difficult to specify because we're discussing a

Page 25

1  A    The problem in accessing Target.com is
2  that I have actually wanted products that Target has
3  -- with a Google search has indicated that they
4  have. When I've gone to the Web site, I have been
5  unable to read the screen in any meaningful way, so
6  I wasn't able to access the product even though I
7  know Target well enough to know that it was probably
8  something that I wanted.
9        When that's happened, I've just closed it.
10  Q    How long on those occasions were you on
11  Target.com before you closed it?
12  A    I can't say precisely. I would say that I
13  was probably on Target.com for a relatively brief
14  period of time the times that I tried because the
15  graphics labeling and other things were so bad that
16  I couldn't make any progress, so it seemed a waste
17  of time to go further.
18  Q    Give me your best estimation of what a
19  relatively brief period of time was. Withdraw.
20       What is your best estimation of the amount
21  of time you spent on Target on those occasions when
22  you accessed it through a Google search?
23  A    I probably spent, on various occasions,
24  five, 10, 15 minutes on Target.com when I have
25  accessed it through a Google search and when I have

Page 26

1  found it inaccessible, I've closed the site and gone
2  on to something else that would be more productive.
3      Q   Have you ever accessed Target.com by going
4  to the home page, in other words accessing it in
5  some way other than through a Google search?
6      A   Yes, I have tried to access Target.com by
7  going through the home page.
8      Q   When was the first time you did that?
9      A   Best guess would be a couple years ago.
10 Again, it's one of those things, like, when's the
11 first time you ate a peanut butter sandwich.
12     Q   In a deposition, I'm only looking for your
13 best recollection, if you don't have an exact date.
14 That's understandable.
15         The first time you were on Target.com
16 approximately a couple of years ago, how long were
17 on the Web site?
18     A   I don't recall.
19     Q   What was your purpose in going to
20 Target.com?
21     A   My purpose was to shop.
22     Q   Did you encounter difficulties?
23     A   I have not gone to Target.com without
24 encountering difficulties, so I would assume I
25 encountered difficulties.

1  Q   What were the difficulties you encountered
2  the first time you went to Target.com?
3  A   The problems that I have encountered --
4  consistently with Target.com are that the graphics
5  are poorly labeled and it is impossible to navigate.
6  Q   Have you ever navigated past target.com's
7  home page?
8  A   Once. I navigated past the home page
9  once.
10 Q   When was that?
11 A   That was probably two or three weeks ago.
12 Q   What was your purpose for going to
13 Target.com in that time?
14 A   I was shopping for a soap dish.
15 Q   Were you able to complete that purchase?
16 A   I was not able to complete that purchase.
17 Q   Describe for me what happened.
18 A   I noticed when I went to the home page
19 that the graphics were somewhat better. I
20 successfully searched. I found a product that
21 sounded interesting. I tried to purchase that
22 product, and at that point the graphics went back to
23 being garbage and not understandable, so I closed
24 the site.
25 Q   You conducted a search and you were able

Page 28

1  to find the item?
2      A    I conducted a search and I was able to
3  find a list of soap dishes.
4      Q    Did you add an item to your cart?
5      A    I was unable to do that.
6      Q    Why were you unable to do that?
7      A    I was unable to do that because at the
8  point I wished to do that, when I hit what I thought
9  would add the item to the cart, a bunch of other
10 products came up and, you know, people who bought
11 this also bought kind of products.  And I was not
12 able to locate the link that would allow me to
13 actually add it to the cart.  And then just -- it
14 just turned to garbage.  You know, some of the links
15 were reading, like, cake UPR, brr, brr, brr, you
16 know, just garbage, not -- not comprehensible.
17           And after I hit a couple of those, I'm out
18 of here.  I'm a busy person, this is hard to do.
19     Q    About how long were you on Target.com on
20 that occasion?
21     A    I was on Target.com for approximately 15,
22 20 minutes on that occasion.
23     Q    Am I correct that that's the only occasion
24 when you have been past the home page?
25     A    It would not be correct to say that that's

**CERTIFICATE OF NOTARY PUBLIC & REPORTER**

I, ERIN AVERY, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____Erin Avery_____
Notary Public in and for the
State of Maryland

My Commission Expires    **MARCH 11, 2009**

EXHIBIT __B__ PAGE __16__