# EXHIBIT H

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION

**ORIGINAL**

4  - - - - - - - - - - - - - - - -
5  NATIONAL FEDERATION OF THE    )   Case No.
6  BLIND, et al.,                )   C 06-01802 MHP
7         Plaintiffs,            )
8  v.                            )
9  TARGET CORPORATION,           )
10        Defendant.             )
11 - - - - - - - - - - - - - - - -
12
13           DEPOSITION OF TIM ELDER
14           WEDNESDAY, MAY 24, 2006
15
16
17
18
19
20
21
22       BY: CHRISTINE L. JORDAN, CSR NO. 12262
23                     1320 ADOBE DRIVE
24              PACIFICA, CALIFORNIA 94044
25                     (650) 359-3201

Page 32

1  Q. Did you attempt at that time to use
2  Target.com's wedding registry to purchase the item?
3  A. I did attempt to purchase an item through
4  Target.com's wedding registry.
5  Q. And how long did you spend on Target.com
6  trying to make that purchase?
7  A. I do not specifically recall, but it could
8  have been close to an hour or longer.
9  Q. What's your best estimate or your best
10 recollection about how long it was?
11     MR. BASRAWI: Objection; asked and answered.
12     THE WITNESS: My best recollection is that it
13 was very close to an hour if not longer.
14 BY MR. PLUNKETT:
15 Q. Can you describe for me why you were unable
16 to complete the purchase off of the wedding registry on
17 Target.com?
18 A. I was unable to enter a checkout phase on the
19 website.
20 Q. Let me back up just a minute.
21     Were you able to locate the wedding registry
22 on the website?
23 A. Yes, I was able to locate the wedding
24 registry at Target.com.
25 Q. Were you able to run a search to find your

1  friend's registration on the website?
2      A.   I was able to find my friend's registration
3  on the website.
4      Q.   Were you able to select the item from the
5  registry that you wanted to purchase?
6      A.   I had difficulty determining whether or not
7  an item I had purchased was placed in the shopping cart
8  or not.
9      Q.   Can you describe that difficulty?
10     A.   It would be very hard to describe the
11 difficulty, but it was difficult to navigate around the
12 site and determine if the item had been placed in my
13 cart. From my best estimate, the item had reached my
14 cart, but I was not entirely sure because the website
15 is rather hard to navigate around.
16     Q.   Are you able to explain in any greater detail
17 the difficulty in determining whether the item was in
18 fact in your cart?
19     A.   I cannot.
20     Q.   At some point were you able to determine that
21 there was an item in the cart such that you were ready
22 to begin a checkout phase?
23     A.   I was never completely confident that there
24 was an item in the cart, but I did seek to check out.
25     Q.   Did you ever locate information on the screen

```
 1                CERTIFICATE OF REPORTER
 2
 3        I hereby certify that the witness in the
 4   foregoing deposition, TIM ELDER, was by me duly sworn
 5   to testify to the truth, the whole truth and nothing
 6   but the truth, in the within-entitled cause; that said
 7   deposition was taken at the time and place herein
 8   named; that the deposition is a true record of the
 9   witness's testimony as reported by me, a duly certified
10   shorthand reporter and a disinterested person, and was
11   thereafter transcribed into typewriting by computer.
12        I further certify that I am not interested in
13   the outcome of the said action, nor connected with nor
14   related to any of the parties in said action, nor to
15   their respective counsel.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 25th day of May, 2006.
18
19                    _____
20                    CHRISTINE L. JORDAN, CSR #12262
21                    STATE OF CALIFORNIA
22
23
24
25
```