1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: 949.251.7500
4  Facsimile: 949.251.0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  MICHAEL J. BOSTROM (CA SBN 211778)
   DMcDowell@mofo.com
7  SBahar@mofo.com
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454

11 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, CA 94105-2482
   Telephone: 415.268.7000
14 Facsimile: 415.268.7522

15 Attorneys for Defendant
   TARGET CORPORATION

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.  C06-01802 MHP<br><br>**DECLARATION OF CHRIS POLK IN SUPPORT OF TARGET CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 24, 2006<br>Time: 2:00 p.m.<br>Judge: The Honorable Marilyn Hall Patel |

DECLARATION OF CHRIS POLK
(Case No. 06-01802 MHP)
la-863217

**DECLARATION OF CHRIS POLK**

I, Chris Polk, have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify under oath to the following:

1. I am 32 years old, and live in Sacramento, California. I have been blind since birth.

2. I am employed as the Network Administrator for Humanware USA, Inc., a company that designs, manufactures and distributes Personal Digital Assistant products ("PDA's") for the sight-impaired community. I have worked at Humanware for more than 2 years.

3. I have been using computers since the early 1990's. I use various forms of Assistive Technology, including JAWS For Windows, WindowEyes, and Speak Up. Assistive Technology refers to the computer hardware and software that assists sight-impaired individuals to access and use computers. Examples of Assistive Technology include computer integrated Braille displays, scanning software, note takers and screen readers, such as JAWS For Windows ("JAWS"). A screen reader is a software product that audibly reads the content of a computer screen using a speech synthesizer.

4. On or about May 13, 2006, I accessed Target.com with the intention of navigating the web site and purchasing merchandise. This was not my first visit to Target.com. I have visited Target.com in the past to use the "Store Locater" function to find the location of a Target retail store in my area, and to pre-shop for products and merchandise before visiting a store.

5. I spent a little more than an hour on Target.com using both JAWS version 7.0 and WindowEyes to explore the various functions and features on the website. I was able to access Target.com, navigate the various links on the site, and search for specific products. I conducted searches on Target.com by category and department, and was able to find the specific products I was searching for. In addition, I was able to review product descriptions, verify prices, add my product selections to the Target.com virtual shopping cart, and remove

DECLARATION OF CHRIS POLK (Case No. 06-01802 MHP)
la-863217

1

1. items from the shopping cart that I later chose not to purchase. I was also able to complete my purchase using my credit card on Target.com's checkout page.

   6. I had little or no difficulty navigating and using the features on the site. When I did encounter an obstacle, or when a process was unclear, I was able to work around the obstacle using my screen reader.

   7. As a blind person, I enjoy Target.com because it allows me to view product descriptions, and shop with a degree of privacy. I will use Target.com again. I would also recommend Target.com to my sight-impaired friends as I believe the site is easy to use and helpful.

   I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed this 9th day of June 2006, at Sacramento, California.



Chris Polk

DECLARATION OF CHRIS POLK (Case No. 06-01802 MHP)
la-863217

2