ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

DAVID F. MCDOWELL (CA SBN 125806)
SARVENAZ BAHAR (CA SBN 171556)
MICHAEL J. BOSTROM (CA SBN 211778)
DMcDowell@mofo.com
SBahar@mofo.com
MBostrom@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.   C06-01802 MHP <br><br> **DECLARATION OF GREGG BODNAR IN SUPPORT OF TARGET CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:   July 24, 2006 <br> Time:   2:00 p.m. <br> Judge:  The Honorable Marilyn Hall Patel |

DECLARATION OF GREGG BODNAR
C06-01802 MHP
la-861735

## DECLARATION OF GREGG BODNAR

I, Gregg Bodnar, have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify under oath to the following:

1. I am a Manager in Target Corporation's Technology Services department. I manage five employees and a number of contractors who work on technology projects for Target.com.

2. Target.com is a separate merchandising channel through which Target Corporation sells goods and services through a website located at www.target.com.

3. Target.com's website is an amalgam of different webpages that provide, among other things, information about Target.com's products and services, and the opportunity for guests to purchase merchandise on-line without visiting any of Target Corporation's brick and mortar retail stores ("Target's retail stores").

4. Although the various webpages linked through www.target.com have the same Target look and feel (*i.e.*, they have similar layouts, use similar color schemes and fonts, and display Target's tradename and Trade marks), they are separate and distinct webpages. In fact, the webpages linked through www.target.com are administered and hosted by numerous different entities. Some webpages, such as the store locator webpage and corporate information webpages, are hosted on Target Corporation's servers in Minnesota. Other pages are administered by third-party contractors, and are hosted on those contractors' servers. For example, Target.com's e-commerce platform, which includes the product detail webpages, as well as the merchandise checkout webpages, is administered by Amazon.com and hosted on Amazon.com's servers.

5. Internet users from all around the United States, not just California, can and do visit Target.com's website to view Target.com's merchandise and make purchases. Target.com does not have a separate website exclusively for California residents. Thus, if this Court were to order Target.com to alter or modify one or more of the webpages on its website (or to order Target.com to request that its third-party contractors alter or modify the webpages they administer on Target.com's behalf), those alterations and

1 | modifications would affect transactions between Target.com and Internet users throughout the
2 | country, not just transactions between Target.com and Internet users who reside in California.
3 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
4 | true and correct.
5 |     Executed on June 12, 2006, at Minneapolis, Minnesota.

_____
Gregg Bodnar

DECLARATION OF GREGG BODNAR    C06-01802 MHP    3
la-861735