1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  MICHAEL J. BOSTROM (CA SBN 211778)
   DMcDowell@mofo.com
7  SBahar@mofo.com
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
10 Facsimile: (213) 892-5454

11 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 ⸴Attorneys for Defendant
   TARGET CORPORATION
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20

21 NATIONAL FEDERATION OF THE BLIND,        Case No.    C06-01802 MHP
   the NATIONAL FEDERATION OF THE
22 BLIND OF CALIFORNIA, on behalf of their  **DECLARATION OF PAUL SCHUTZ**
   members, and Bruce F. Sexton, on behalf of **IN SUPPORT OF TARGET**
23 himself and all others similarly situated, **CORPORATION'S OPPOSITION TO**
                                             **PLAINTIFFS' MOTION FOR**
24                  Plaintiffs,              **PRELIMINARY INJUNCTION**

25        v.                                 Date:    July 24, 2006
                                             Time:    2:00 p.m.
26 TARGET CORPORATION,                       Judge:   The Honorable Marilyn Hall Patel

27                  Defendant.

28

DECLARATION OF PAUL SCHUTZ
C06-01802 MHP
la-861270

Dockets.Justia.com

1        **DECLARATION OF PAUL SCHUTZ**

2            I, Paul Schutz, have personal knowledge of the facts set forth below, and if called as a

3    witness, I could and would testify under oath to the following:

4            1.       I am Target.com's Senior Manager in charge of logistics.  I have held this position

5    for the past year.  I oversee all inbound transportation of merchandise sold through

6    Target.com, fulfillment of guest orders, outbound transportation of merchandise to Target.com

7    guests, and return of merchandise sold through Target.com's website.

8            2.       Target.com is a separate merchandising channel through which Target Corporation

9    sells goods and services through a website located at www.target.com.  Target.com's website

10   does not exist in any physical location.  Internet users can visit Target.com's website through

11   their computers from anywhere in the United States.  By doing so, Target.com's guests can view

12   and purchase goods from Target.com's website without ever visiting one of Target Corporations'

13   brick and mortar retail stores ("Target's retail stores").

14           3.       Unlike Target's retail stores, Target.com does not need to maintain and refresh

15   inventory displayed on brick and mortar store shelves.  As a result, Target.com does not operate

16   regional warehouses to supply particular stores, and has created separate logistical operations that

17   are different from those used by Target's retail stores.

18           4.       Merchandise sold through Target.com is handled in one of three ways:  (a) it is

19   received from vendors, stored, packed, and shipped out to Target.com guests through

20   Target.com's Woodbury, Minnesota warehouse; (b) it is received, stored, packed, and shipped out

21   to Target.com guests through a facility operated by one of Target.com's third-party contractors;

22   or (c) it is shipped directly to Target.com guests by the merchandise vendor.

23           5.       Target.com's Woodbury facility handles merchandise for Target.com exclusively.

24   It does not also handle merchandise for sale through Target's retail stores.  The same is true for

25   Target.com's third-party contractors.  Those contractors do not also conduct logistical operations

26   for Target's retail stores.

27

28

DECLARATION OF PAUL SCHUTZ
C06-01802 MHP
la-861270

1

1    6.    None of the third-party facilities where Target.com's products are fulfilled is

2    located in California.

3    I declare under penalty of perjury under the laws of the United States that the foregoing is

4    true and correct.

5    Executed on June /2, 2006, at Minneapolis, Minnesota.

6

7

8    _____
     Paul Schutz

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL SCHUTZ    C06-01802 MHP    3

la-861270