# EXHIBIT A

Dockets.Justia.com

# CHARLES (CHUCK) LETOURNEAU

## Highlights of Qualifications

- Founder, sole proprietor and principle consultant for Starling Access Services, and Ottawa, Ontario, Canada based firm (1996-present).

- Principle developer of the Accessible Procurement Toolkit – an online application for Industry Canada – promoting procurement of accessible mainstream products and services to improve access for persons with disabilities in the workplace.

- Two years (2000-2002) leading a Web site Accessibility Testing Service for the Treasury Board Secretariat.

- Past chair of the International Commission on Technology and Accessibility (ICTA) - North America Region (ICTA-NA). Presently Communications Director for both ICTA-NA and ICTA-Global (a sub-commission of Rehabilitation International).

- Alternate member representing the World Wide Web Consortium on the US Access Board's "Electronic and Information Technology Accessibility Advisory Committee (EITAAC)" advising on the development of Section 508 (Rehab. Act) rules. (1999-2000)

- Past co-chair of the Web Content Accessibility Working Group of the World Wide Web Consortium's Web Accessibility Initiative (WAI) (1997-1999).

- Member of the W3C/WAI Education and Outreach Working Group (2000–2006).

- Member of the board of directors of the Assistive Devices Industry Association of Canada. (Now defunct)

- Past secretary of the both of the Treasury Board of Canada Secretariat's "Internet Advisory Committee" and its "Access Working Group".

- Three years (1993-1996) managing a high-profile government initiative to integrate persons with disabilities into the modern electronic office.

- Three years (1990-1993) supervising a diverse team of assistive technology and training specialists.

- Sixteen years (1990-present) of experience in the field of adaptive computer technology.

- Twenty-five years experience working with personal and distributed computer systems and software, primarily in an end-user support role, but also as a scientific and system programmer.

- Outstanding oral presentation and communication skills.

- Demonstrated ability in technical writing for both specialists and non-specialists.

# Summary of Experience

## Accessible Web design background

Developed through independent research and by working with acknowledged world-leaders in the field of accessible Web design, my skills and knowledge include:

- Broad and deep understanding of the how persons with disabilities use the Web and office information technologies and systems.

- Wide exposure to, and familiarity with, mainstream and assistive Web technologies.

- Two years (2000-2002) leading a Web site Accessibility Testing Service for the Treasury Board Secretariat. Was one of the original developers of the concept for a Web site accessibility testing service.

- Extensive knowledge of Common Look and Feel policy requirements especially, but not limited to, accessibility standards. Was a major contributor to the accessibility sections of the third edition of the Government of Canada Internet Guide. Contributed examples and analysis to the Common Look and Feel working groups and web site toolkit.

- Development of accessible design guidelines (1995-1996) and a curriculum (1999-2000) for Web site accessibility.

- Co-chairing of the Web Content Accessibility Guidelines Working Group of the World Wide Web Consortium's (W3C) Web Accessibility Initiative (WAI) (1997 - 1999)

- Recent activity in the W3C WAI Education and Outreach Working Group, developing educational material related to the accessible Web.

- Complete development of three accessible Web sites for the Government of Canada. Advising numerous other government departments on the accessible design of their sites.

## Adaptive Computer Technology Background

Developed through on-the-job experience and by working with an acknowledged world-leader in the field of adaptive technology, my skills and knowledge include:

- The ability to work closely and sensitively with persons with disabilities.

- Awareness of the ability of persons with disabilities to work effectively and efficiently in the electronic office and the ability to communicate that awareness to managers and co-workers.

- A thorough knowledge of the principles of job-accommodation and the technology available to help overcome the barriers presented by standard computer systems.

- The ability to integrate diverse technologies, and to identify and resolve conflicts between adaptive and standard technologies.

- The ability to design and deliver customized training packages for clients.

- A thorough knowledge of the adaptive technology industry, through contacts made with manufacturers, vendors, community and service organizations, and with end-users.

- An up-to-date knowledge of general technology trends (required to ensure that clients' needs are met now, and in the future).

- Familiarity with the need for, and production of information in alternative formats (such as large-print, Braille, audio-cassette, captioned video, and computer format) for communicating information to persons with sensory disabilities.

- Familiarity with the issues and implementation of small-office/home-office and telework situations.

- Extensive knowledge of accessibility issues as those relate to the information highway.

## General Computer and Client-Service Skills

**Knowledge and skills gained through on-the-job experience, training courses and personal interest include:**

- Over ten years experience working in a mixed computing environment with the concurrent use of personal computer and mini- and mainframe systems and software.

- A good knowledge of trends in local and enterprise office systems.

- An end-user's appreciation of the need for effective, efficient client support.

- The technical ability to identify and correct (or mitigate) many personal computer hardware and software problems.

- The ability to identify a client's level of expertise and comfort with office technology and communicate with them at an appropriate level.

## Management and Supervisory Skills

**Knowledge and skills gained through on-the-job experience and management-training courses include:**

- Responsibility for the promotion of Environment Canada's Adaptive Computer Technology (ACT) Centre and its aims (1993-1996).

- Planning and developing new projects for the ACT Centre.

- Management of the day-to-day operations of the ACT Centre, (scheduling resources, planning acquisitions, managing budgets, and implementing cost-recovery procedures).

- Working with senior managers to implement organizational changes and administrative renewal.

- Supervising three full-time staff (a technology specialist, and two trainers/product specialists) and one part-time contract-employee.

## Awareness and Presentation Skills

**On-the-job and personal experience gained by:**

- Using Hypertext Markup Language (HTML) and Cascading Style Sheet Language to develop World Wide Web pages.

- Designing, editing and producing newsletters.

- Developing, coordinating and participating in work-shops, seminars and demonstrations.

- Speaking solo and as a member of panel-discussions on topics such as adaptive computer technology, employment equity issues, job-accommodation, universal-design principles, alternative formats, the Internet, and service to disabled clients.

Public speaking and presentation skills have been improved through membership in Toastmaster's International: Competent Toastmaster (CTM) status achieved in 1995.

---

# Career-Track Employment History

**President**
> 07/96 to Present
> Starling Access Services
> Ottawa, Ontario.

**Chief, Adaptive Computer Technology (ACT) Centre**
> 04/93 to 06/96
> Client Services Branch, Environment Canada,
> Hull, Quebec.

**ACT Technology Specialist**
> 07/90 to 04/93
> Adaptive Computer Technology Centre, Environment Canada,
> Hull, Quebec

**Systems Specialist**
> 11/88 to 07/90
> Product Evaluation & Capacity Planning Branch, Environment Canada,
> Hull, Quebec

**Application Software Information System Administrator**
> 08/86 to 11/88
> Application Software & Quantitative Methods Branch, Environment Canada,
> Hull, Quebec

**Scientific Programmer**
> 06/84 to 08/86
> Scientific Computing Division, Environment Canada,
> Hull, Quebec

**Programmer, Geophysical Data Processor and System Operator**
> 01/82 to 06/84
> Geoterrex Limited,
> Ottawa, Ontario

## Other Employment

**Laboratory Technician and Research Assistant**
   05/81 to 12/81
   University of Ottawa, Department of Biology
**Geochemical Research Assistant**
   07/79 to 12/80 (two 6-month contracts)
   University of Waterloo, Department of Earth Sciences, Waterloo, Ont.
**Field, Laboratory, and Research Technician**
   Four co-op work-terms between 01/77 and 03/79 - average duration 4 months.
   Energy, Mines and Resources, Geological Survey of Canada, Ottawa, Ontario.

## Education

   Bachelor of Science (General Science Program), 1980
   The University of Waterloo, Waterloo, Ontario
   Diploma and/or course transcripts available for viewing.

## References

- Employment and personal references on request.

E-mail: cpl@starlingweb.com
*Last updated: June 2006*