1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  MICHAEL J. BOSTROM (CA SBN 211778)
   DMcDowell@mofo.com
7  SBahar@mofo.com
   MBostrom@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
10 Facsimile: (213) 892-5454

11 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 Attorneys for Defendant
   TARGET CORPORATION

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| 21 | NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   C06-01802 MHP |
|---|---|---|
| 22 | | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 23 | | |
| 24 | Plaintiffs, | Date: July 24, 2006 Time: 2:00 p.m. |
| 25 | v. | Judge: The Honorable Marilyn Hall Patel |
| 26 | TARGET CORPORATION, | |
| 27 | Defendant. | |

28

[PROPOSED] ORDER
CASE NO. 06-01802 MHP
la-863469

1  Plaintiffs National Federation of the Blind, the National Federation of the Blind of
2  California, and Bruce F. Sexton's (collectively, "NFB") filed a motion for preliminary injunction,
3  which came on for hearing on July 24, 2006, counsel of record for all parties appearing.  Having
4  considered NFB's Motion, Defendant Target Corporation's Opposition, NFB's Reply, and
5  additional argument by counsel at the hearing, the Court finds NFB has not met its burden of
6  establishing that it is entitled to preliminary injunctive relief.  The Court, therefore, denies NFB's
7  motion.
8  IT IS SO ORDERED.

10  Dated: July __, 2006

    Honorable Marilyn Hall Patel
    United States District Court Judge