LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE PARADIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 24, 2006<br>Time:  2:00 p.m.<br>Judge: The Honorable Marilyn Hall Patel |

I, Laurence Paradis, declare as follows:

1.  I am an attorney at the firm of Disability Rights Advocates, counsel for plaintiffs in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I would and could competently testify as follows:

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Charles Letourneau, taken July 5, 2006.

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Robert Stigile, taken May 26, 2006.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Gregg Bodnar, taken July 6, 2006.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of James Thatcher, taken June 2, 2006.

6.  Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Tim Elder, taken May 24, 2006.

7.  Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Steve Jacobson, taken May 31, 2006.

8.  Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Chris Polk, taken June 19, 2006.

9.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Bruce Sexton, taken May 23, 2006.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Christina Thomas, taken May 26, 2006.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Teresa Uttermohlen, taken May 25, 2006.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Suzanne Tritten, taken June 30, 2006.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  13.    Attached hereto as Exhibit 12 is a true and correct copy of selected pages from
2  Starlingweb.com, a website authored by Target's expert Charles Letourneau. Mr. Letourneau
3  authenticated this document during his deposition. *See* Letourneau Dep. at 18:9-12.

5  I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

7  Executed on July 10, 2006, in Berkeley, California.

*[signature]*
Laurence Paradis

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.:  C 06-01802 MHP
Declaration of Laurence Paradis                         2