# EXHIBIT 2

Dockets.Justia.com

```
00001
  1              UNITED STATES DISTRICT COURT
  2            NORTHERN DISTRICT OF CALIFORNIA
  3               SAN FRANCISCO DIVISION
  4
  5     _____
                                               )
  6     NATIONAL FEDERATION OF THE             )
        BLIND, the NATIONAL FEDERATION OF      )
  7     THE BLIND OF CALIFORNIA, on behalf     )
        of their members, and Bruce F.         )
  8     Sexton, on behalf of himself and       )
        all others similarly situated,         )
  9                                            )
                   Plaintiffs,                 )
 10                                            )
            vs.                                )CASE NO. C-06-1802MHP
 11                                            )
        TARGET CORPORATION,                    )
 12                                            )
                   Defendant.                  )
 13     _____)
 14
 15
 16
 17            DEPOSITION OF ROBERT STIGILE
 18              LOS ANGELES, CALIFORNIA
 19               FRIDAY, MAY 26, 2006
 20
 21
 22     Reported by Charolette Martinez, CSR No. 11983
                PRS Job No. 118-328422B
 23
 24
 25
```

```
00030
 1              MR. BASRAWI:  Objection.  Mischaracterizes
 2     testimony.
 3              THE WITNESS:  The question again is?
 4              MR. PLUNKETT:  Read it back.
 5              (Record read)
 6              THE WITNESS:  Yes, it is.
 7     BY MR. PLUNKETT:
 8         Q    Can you describe for me what you encountered on
 9     the home page?
10         A    There were some links were going to different
11     areas of their website, but in order to get through to
12     some of those links, there were a lot of different
13     symbols and wording and things that you had to navigate.
14         Q    Did you attempt to access any of the links that
15     you found on the home page?
16              MR. BASRAWI:  Objection.  Vague and
17     ambiguous.
18              THE WITNESS:  I did.
19     BY MR. PLUNKETT:
20         Q    What happened when you did that?
21         A    It didn't seem to go to another page.
22         Q    When you moved from one page of a website to
23     another using JAWS, does JAWS announce something
24     indicating that you're moving to another page?
25         A    It will tell you -- it will start saying what
```

```
00034
 1          Q    Did you find any barbecues when you were
 2    navigating Target.com at this time?
 3          A    No, I did not.
 4          Q    Have you ever attempted to use the search
 5    function on Target.com to find a product?
 6          A    Yes.
 7          Q    Did you attempt to use the search function to
 8    find a barbecue?
 9          A    Yes.
10          Q    Did that work?
11          A    No, it did not.
12          Q    Were you able to enter "barbecue" into the
13    search field?
14          A    Yes, I was.
15          Q    What happened after that?
16          A    It didn't seem to move to any other page.
17          Q    Do you know whether or not you activated the
18    search function key to begin the search?
19               MR. BASRAWI:  Objection.  Vague and ambiguous.
20    Calls for speculation.
21               You can answer.
22    BY MR. PLUNKETT:
23          Q    I'll rephrase.  Did you hit the search button?
24          A    Yes.
25               MR. BASRAWI:  Objection.  Vague and ambiguous.
```

```
00039
 1          Q    Have you sought the assistance from Target or
 2    have you brought someone with you?
 3          A    I have asked for assistance.
 4          Q    And has Target provided that -- withdraw.
 5               Has Target provided that service to you when
 6    you've gone to the store and asked for it?
 7          A    Yes, they have.
 8          Q    Have you ever attempted to contact Target.com
 9    when you encountered difficulties accessing the website?
10          A    When you say "difficulties," you mean --
11          Q    The difficulties that we've talked about.
12          A    Okay.  No, I have not.
13          Q    Did you ever look on the Target.com site for
14    Target.com contact information?
15          A    Yes, I did.
16          Q    When did you do that?
17          A    Each time I've been to Target.com.
18          Q    And what was your purpose for looking for the
19    contact information?
20          A    To try and contact them since I was having
21    problems with the website.
22          Q    Did you find contact information on the
23    website?
24          A    No, I did not.
25          Q    Did you find a link on the home page called
```

```
00040
 1     "contact us"?
 2          A    No, I did not.
 3          Q    Did you look on the home page for a link called
 4     "contact"?
 5          A    I did.
 6          Q    How did you go about looking for that?
 7          A    I went through the home page with the arrow
 8     keys, navigating through like I normally would.
 9          Q    You navigated through all the links?
10          A    I try.
11          Q    Are you able to search using JAWS -- withdraw.
12               Are you able to use JAWS to search for a
13     particular link on a web page?
14          A    Yes.
15          Q    Did you attempt to conduct a search for the
16     word "contact" on Target.com?
17          A    I did.
18          Q    What happened?
19          A    I didn't seem to find anything.
20          Q    Did you attempt to obtain any information about
21     Target.com's contact information using the telephone?
22          A    No, I did not.
23          Q    Do you recall any other features on Target.com
24     that you have tried to access?
25          A    Yes, I do.
```