# EXHIBIT 3.5

Dockets.Justia.com

1              MR. PLUNKETT:  Objection, assumes facts.

2              THE WITNESS:  Not that I'm aware of.

3  BY MR. KONECKY:

4      Q.   Are you aware of any costs or burdens that

5  would make making the online forms accessible to blind

6  people either prohibitive or undesirable from Target's

7  point of view?

8              MR. PLUNKETT:  Objection, calls for

9  speculation, assumes facts, lacks foundation.

10            THE WITNESS:  I don't know of any.

11  BY MR. KONECKY:

12      Q.   And then the navigation issues with respect to

13  the keyboards, but you talked about in the context of

14  navigation forms and the product description page, was

15  there anything in the Amazon document at all that

16  indicated that allowing blind users to navigate through

17  Target.com via the keyboard would be undesirable or

18  prohibitive from a cost or administrative perspective?

19             MR. PLUNKETT:  Objection, assumes facts.

20            THE WITNESS:  There was nothing in the

21  document.

22  BY MR. KONECKY:

23      Q.   And are you aware of any such costs or burdens

24  that would prohibit or make undesirable accessibilities

25  for blind people by allowing them to navigate through the

99

1    site by using the keyboard?

2                    MR. PLUNKETT:  Objection, speculation,

3    assumes facts, lacks foundation.

4                    THE WITNESS:  I don't know of any.

5    BY MR. KONECKY:

6        Q.    Do you know who at Amazon are the point people

7    that deal with -- that have been dealing with the issues

8    raised or contained within this document that you

9    testified about?

10                    MR. PLUNKETT:  Objection, lacks

11   foundation.

12                    THE WITNESS:  I don't know who the

13   person is.  I don't recall who it is.

14   BY MR. KONECKY:

15       Q.    First name?

16       A.    No, I don't know.

17       Q.    Who else from Target has been involved in the

18   review of this document that you are aware of?

19       A.    Todd Nemoir who I mentioned earlier, Deb

20   Flaherty.

21       Q.    Did you mention that person earlier too?

22       A.    No, I did not.

23       Q.    Who is that?

24       A.    Deb Flaherty works for Kelly Spychalla.

25       Q.    Excuse me?

1          Q.   Of 2006?

2          A.   Yes.

3          Q.   About a month ago, month and a half, two

4    months ago?

5          A.   It might have been April.  But early May.

6          Q.   Early May or late April of 2006?

7          A.   I believe so, yes.

8          Q.   Other than the Target's Accessibilities

9    Guideline that was put in Target in late April or early

10   May of 2006 and this document from Amazon that we

11   discussed and that you reviewed two to three weeks ago, is

12   there any other effort that you are aware of with respect

13   to making Target.com accessible to blind individuals?

14              MR. PLUNKETT:  Excluding in your answer

15   anything you've learned from attorneys.

16              THE WITNESS:  No, there's nothing I'm

17   aware of.

18   BY MR. KONECKY:

19         Q.   So no projects in that regard that you've ever

20   participated with?

21              MR. PLUNKETT:  Same instruction.

22              THE WITNESS:  Beyond what I mentioned?

23   Yes.

24   BY MR. KONECKY:

25         Q.   All right.  The Target Accessibilities

1          THE WITNESS:   None that I'm aware of.

2   BY MR. KONECKY:

3          Q.   What particular guidelines was SSB looking at

4   when they were making their comments with respect to the

5   structure of documentation?

6          A.   They were looking at Section 508 and WCAG

7   standards?

8          Q.   Are those guidelines which Target is

9   contemplating using?

10              MR. PLUNKETT:   Objection, calls for

11   speculation.

12              THE WITNESS:   We are using those to

13   inform our guidelines.

14   BY MR. KONECKY:

15         Q.   Are there any particular aspects of the

16   Section 508 guidelines which are impracticable or cost

17   prohibitive or administratively burdensome for Target?

18              MR. PLUNKETT:   Objection, calls for

19   speculation.

20              THE WITNESS:   I don't know.  I don't

21   know of any more.

22   BY MR. KONECKY:

23         Q.   The WCAG guidelines, I assume that's the

24   accessibility guidelines from the worldwide web

25   consortium?

1        A.    Yes.

2        Q.    Are there any provisions in those guidelines

3   which would be or create administrative or financial

4   burdens for Target that would make it impractical or

5   undesirable to implement?

6                MR. PLUNKETT:  Objection, calls for

7   speculation.  Lacks foundation.

8                THE WITNESS:  I don't -- I don't know of

9   any.

10  BY MR. KONECKY:

11       Q.    Are there any specific changes to either the

12  508 or WCAG guidelines that Target has begun to draft or

13  implement?  In other words -- strike that.

14                Are there any -- you said before that you

15  would be basing your guidelines on the 508 and WCAG

16  guidelines.  Are there any particular deviations from the

17  guidelines that Target is completing?

18                MR. PLUNKETT:  Objection,

19  mischaracterizes testimony, calls for speculation, vague.

20                THE WITNESS:  I said we were using those

21  to inform our guidelines.  I don't know of any substantive

22  changes to those guidelines we are making or considering

23  at this point.

24  BY MR. KONECKY:

25       Q.    Okay.  Is there any projected date that Target

1          A.    Group manager is higher than a manager, yes.

2          Q.    Do you know the extent to which Target.com is

3     accessible to blind users today?

4                MR. PLUNKETT:  Objection, vague, lacks

5     foundation.

6                THE WITNESS:  No, I have no knowledge

7     about that.

8     BY MR. KONECKY:

9          Q.    Do you know whether today any alt tag coding

10    is provided?

11               MR. PLUNKETT:  Objection, lacks

12    foundation.

13               THE WITNESS:  I believe there is some,

14    but again, not consistent.

15    BY MR. KONECKY:

16         Q.    Are you familiar with the checkout button on

17    the Target.com website?

18         A.    Yes, I am.

19         Q.    Do you know if any work has been done to that

20    in the past year with respect to accessibilities for blind

21    people?

22         A.    I don't know if anything has been done or not.

23         Q.    Is that anything that has been addressed or

24    talked about either in a document or verbally or e-mail or

25    otherwise, other than your conversations with attorneys?

1          A.    Generally they're kept on our network drive or

2    our Share Point.  It's a document management system.

3          Q.    Online?

4          A.    Yes.

5          Q.    Back to that first issue, are you aware of any

6    policies of Target with respect to providing disability

7    access?

8          A.    I'm not aware of any specific policies, no.

9          Q.    Are there any documents that describe or

10    reflect the management responsibilities for Target.com?

11               MR. PLUNKETT:  Just object that this

12    line of questioning is beyond the scope of the agreement

13    to conduct this deposition.

14               MR. KONECKY:  I'm almost done.

15               MR. PLUNKETT:  Okay.

16               THE WITNESS:  Nothing I would

17    characterize as management responsibilities, no.

18    BY MR. KONECKY:

19          Q.    What about organizational tree or decision

20    making charts?

21          A.    I've seen an organizational chart of

22    Interactive Marketing, but generally Target doesn't like

23    organizational charts for retention reasons.

24          Q.    What do you mean?

25          A.    Recruiter can get ahold of them and start

1         A.   Works for Kelly Spychalla.

2         Q.   Which department is that again?

3         A.   That's part of Target.com.

4         Q.   Okay.

5         A.   David Flemming is someone who works on my

6    team.

7         Q.   Anybody else?

8         A.   I can't remember who else would have been

9    involved.

10        Q.   Anyone else?

11        A.   I don't recall anything else.

12        Q.   Are there any next steps to review in terms of

13   whether these things are going to be implemented or not?

14        A.   I don't know what they are beyond what I've

15   discussed with my attorneys.

16        Q.   Are you aware of any efforts to address access

17   for blind or vision disabled people to Target.com, other

18   than this document from Amazon?

19        A.   I'm aware of a team that is looking at the

20   standards that are available regarding accessibility and

21   how Target may going forward implement those standards.

22        Q.   Does this team have a name?

23        A.   Target Accessibility Guidelines.

24        Q.   When was this team created?

25        A.   I believe it was May.

101

1          Q.    Of 2006?

2          A.    Yes.

3          Q.    About a month ago, month and a half, two

4     months ago?

5          A.    It might have been April.  But early May.

6          Q.    Early May or late April of 2006?

7          A.    I believe so, yes.

8          Q.    Other than the Target's Accessibilities

9     Guideline that was put in Target in late April or early

10    May of 2006 and this document from Amazon that we

11    discussed and that you reviewed two to three weeks ago, is

12    there any other effort that you are aware of with respect

13    to making Target.com accessible to blind individuals?

14               MR. PLUNKETT:  Excluding in your answer

15    anything you've learned from attorneys.

16               THE WITNESS:  No, there's nothing I'm

17    aware of.

18    BY MR. KONECKY:

19         Q.    So no projects in that regard that you've ever

20    participated with?

21               MR. PLUNKETT:  Same instruction.

22               THE WITNESS:  Beyond what I mentioned?

23    Yes.

24    BY MR. KONECKY:

25         Q.    All right.  The Target Accessibilities

1          Q.    Independent or part of a different company?

2          A.    I believe he's independent.

3          Q.    Has Target ever obtained any experts in

4    accessible web design to either review or make

5    recommendations with respect to its website?

6          A.    We have worked with a company called SSB.

7          Q.    And what is SSB for the record?

8          A.    They're a consulting company that works

9    primarily with the government around accessibility.

10         Q.    And when did you start working with them?

11         A.    I started working with them at the time the

12   team started.

13         Q.    Way in April, early May of 2006?

14         A.    Yes.

15         Q.    Have you also been working with them with

16   respect to this litigation?

17         A.    No, I have not.

18         Q.    Do you know whether anybody from Target has

19   worked with SSB consulting company prior to April or May

20   of 2006?

21         A.    I only know what my attorneys have told me

22   with regards to that.

23         Q.    Other than your conversations with your

24   attorneys in this litigation, you are not aware of anybody

25   at Target consulting with any other experts from SSB or

104

1    otherwise on web access issues prior to April or May of

2    2006; is that correct?

3          A.    Yeah, I'm not aware of, outside of what I've

4    been told by attorneys.

5          Q.    Has SSB made any recommendations?

6          A.    As far as?

7          Q.    As far as web design or applications or

8    anything else that might make the site more accessible to

9    blind users?

10                MR. PLUNKETT:  Objection, assumes facts,

11    lacks foundation.

12                THE WITNESS:  They've made some

13    recommendations around process, mostly for their own

14    business benefit.  And some around the structure of

15    document tags.

16    BY MR. KONECKY:

17          Q.    What particular recommendations around

18    process?

19          A.    Basically to use their services more.

20          Q.    And which particular services?

21          A.    Consulting and testing.

22          Q.    With respect to web access or something else?

23          A.    No, with regards to web access.

24          Q.    And are you going to use their services going

25    forward or not?

106

1                    THE WITNESS:  None that I'm aware of.

2    BY MR. KONECKY:

3        Q.    What particular guidelines was SSB looking at

4    when they were making their comments with respect to the

5    structure of documentation?

6        A.    They were looking at Section 508 and WCAG

7    standards?

8        Q.    Are those guidelines which Target is

9    contemplating using?

10                   MR. PLUNKETT:  Objection, calls for

11   speculation.

12                   THE WITNESS:  We are using those to

13   inform our guidelines.

14   BY MR. KONECKY:

15       Q.    Are there any particular aspects of the

16   Section 508 guidelines which are impracticable or cost

17   prohibitive or administratively burdensome for Target?

18                   MR. PLUNKETT:  Objection, calls for

19   speculation.

20                   THE WITNESS:  I don't know.  I don't

21   know of any more.

22   BY MR. KONECKY:

23       Q.    The WCAG guidelines, I assume that's the

24   accessibility guidelines from the worldwide web

25   consortium?

1      A.    Yes.

2           Q.    Are there any provisions in those guidelines

3      which would be or create administrative or financial

4      burdens for Target that would make it impractical or

5      undesirable to implement?

6                      MR. PLUNKETT:    Objection, calls for

7      speculation.    Lacks foundation.

8                      THE WITNESS:    I don't -- I don't know of

9      any.

10     BY MR. KONECKY:

11          Q.    Are there any specific changes to either the

12     508 or WCAG guidelines that Target has begun to draft or

13     implement?    In other words -- strike that.

14                 Are there any -- you said before that you

15     would be basing your guidelines on the 508 and WCAG

16     guidelines.    Are there any particular deviations from the

17     guidelines that Target is completing?

18                      MR. PLUNKETT:    Objection,

19     mischaracterizes testimony, calls for speculation, vague.

20                      THE WITNESS:    I said we were using those

21     to inform our guidelines.    I don't know of any substantive

22     changes to those guidelines we are making or considering

23     at this point.

24     BY MR. KONECKY:

25          Q.    Okay.    Is there any projected date that Target

1    has at which point it will be able to implement

2    accessibility guidelines on Target.com?

3                    MR. PLUNKETT:  Objection, lacks

4    foundation, assumes facts.

5                    THE WITNESS:  No, there is no date at

6    this point.

7    BY MR. KONECKY:

8          Q.   Do you have any estimate about how quickly it

9    could be done?

10                   MR. PLUNKETT:  Objection, vague, lacks

11   foundation, assumes facts.

12                   THE WITNESS:  No, I do not.

13   BY MR. KONECKY:

14         Q.   Less than six months?

15                   MR. PLUNKETT:  Same objections.

16                   THE WITNESS:  I don't know.

17   BY MR. KONECKY:

18         Q.   Less than three months?

19                   MR. PLUNKETT:  Same objections.

20                   THE WITNESS:  I don't know.

21   BY MR. KONECKY:

22         Q.   So other than the Amazon document you reviewed

23   two to three weeks ago, the guidelines team began in late

24   April, early May of 2006, and the SSB consulting which at

25   least you are aware of not starting until April or May of

1    2006, is there any other work with either outside

2    consultants or experts or internal at Target other than

3    your conversations with counsel that you are aware of that

4    has addressed accessibility on Target.com for blind

5    people?

6                    MR. PLUNKETT:  Objection, calls for

7    speculation.

8                    THE WITNESS:  No, I'm not aware of any.

9                    MR. KONECKY:  Why don't we take another

10    break.

11                    (At this time a brief recess was taken from

12                    4:52 p.m. to 4:59 p.m.)

13    BY MR. KONECKY:

14          Q.    How often do you navigate through Target.com?

15          A.    Personally?

16          Q.    Yes.

17          A.    Once a week.

18          Q.    How long have you been doing that for?

19          A.    About a year and a half.  Since I started this

20    position.

21          Q.    For what purposes?  For your job or personal

22    or both?

23          A.    My job.

24          Q.    What are you doing when you navigate through?

25          A.    Generally I'm checking sites that I'm --

1    experience with respect to the issue of making a website

2    accessible to people who have vision disabilities?

3                    MR. PLUNKETT:  Objection, calls for

4    speculation.

5                    THE WITNESS:  I am not aware of anyone.

6    BY MR. KONECKY:

7        Q.   Are you aware of it ever being a job

8    requirement at Target for any particular job that the

9    person who gets the job has training or experience or some

10   level of expertise in ensuring that a website is

11   accessible to blind users or users with other visual

12   disabilities?

13                   MR. PLUNKETT:  Objection, calls for

14   speculation, vague, lacks foundation.

15                   THE WITNESS:  I am not aware of a job

16   description.

17   BY MR. KONECKY:

18       Q.   That would even mention that, right?

19                   MR. PLUNKETT:  Same --

20                   THE WITNESS:  I don't know.

21                   MR. PLUNKETT:  You should wait for me to

22   object.  Same objections.

23   BY MR. KONECKY:

24       Q.   You have never seen personally or heard of

25   personally any job criteria, job description for any job

```
 1   at Target which would include either as a requirement or

 2   desired characteristic the ability or experience or

 3   expertise in making a website accessible to blind users;

 4   is that correct?

 5                    MR. PLUNKETT:  Objection, vague, lacks

 6   foundation.

 7                    THE WITNESS:  I'm not aware of any.

 8   BY MR. KONECKY:

 9        Q.   What is the purpose of Target.com?

10                    MR. PLUNKETT:  Objection, vague.  Calls

11   for speculation.

12                    THE WITNESS:  What do you mean by

13   purpose?

14   BY MR. KONECKY:

15        Q.   Well, in paragraph two of your declaration,

16   you say Target.com is a separate merchandising channel

17   through which Target Corporation sells goods and services

18   through a website located at www.Target.com.  Do you see

19   where I am?

20        A.   Uh-huh.

21        Q.   So I think I understand that you're describing

22   it as a separate merchandising channel, but before I get

23   there, I'm wondering what your understanding of Target.com

24   is to begin with?  What's its function?  What's its

25   purpose for Target?
```

1    industry to use the Internet to provide users with the

2    location of your stores if you have physical.

3    BY MR. KONECKY:

4        Q.    Is it a convenience for the user?  Is that

5    part of the reason why it's done?

6                    MR. PLUNKETT:  Objection, calls for

7    speculation.

8                    THE WITNESS:  It's another -- it's

9    another channel providing information.  Same information

10   you can get in the phone book, call.  Or you can call the

11   1-800 number.

12   BY MR. KONECKY:

13       Q.    Okay.  Do you know whether or not Target

14   provides the store locator function on Target.com in order

15   to make it easier for customers to find convenient

16   location to shop?

17                   MR. PLUNKETT:  Objection, calls for

18   speculation, asked and answered.

19                   THE WITNESS:  I believe it is a service

20   that Target Corporation provides to our users.

21   BY MR. KONECKY:

22       Q.    And do you think that it is a service that

23   Target Corporation provides to your users which can help

24   your users to find or access one or more of the physical

25   stores?

53

1                    MR. PLUNKETT:  Objection, calls for

2       speculation, asked and answered.

3                    THE WITNESS:  I believe I've answered

4       that that, yes, it's used to locate stores.

5    BY MR. KONECKY:

6            Q.   In paragraph three of your declaration, you

7       say that Target.com's website is an amalgam of different

8       web pages -- by the way I'm going to stop there.  How many

9       different web pages?

10           A.   I don't know.

11           Q.   Do you have a range?

12           A.   No, I do not.

13           Q.   A lot?

14           A.   What's a lot?

15           Q.   Hundreds.

16           A.   I really don't know.

17           Q.   Target.com website is an amalgam of different

18      web page that provide, among other things, information

19      about Target.com's products and services, and the

20      opportunity for guests to purchase merchandise online

21      without visiting any of Target Corporation's brick and

22      mortar retail stores.

23                   I've read your declaration accurately up until

24      that point, right?

25           A.   Yes.

54

1        Q.    Okay.   What information does Target.com

2    provide about the products?

3        A.    It provides product descriptions and online

4    pricing.

5        Q.    Anything else?

6        A.    It provides shipping information.

7        Q.    Anything else?

8        A.    Not that I can think of.

9        Q.    And the products that it provides this

10   information for, these are the products that are sold

11   through Target.com; is that right?

12       A.    Yes, they are purchased by users using

13   Target's dot com, yes.

14       Q.    Are some of these products also sold else

15   where?

16               MR. PLUNKETT:  Objection, vague, calls

17   for speculation.

18   BY MR. KONECKY:

19       Q.    Such as in Target stores?

20               MR. PLUNKETT:  Same objection.

21               THE WITNESS:  These would be sold at

22   Target stores, some of them would be sold on other

23   Internet sites, other physical stores.

24   BY MR. KONECKY:

25       Q.    Am I correct that some of the products which

55

1    you are referring to here in your declaration as

2    Target.com's products are products that are sold both

3    through Target.com, but can also be bought at the Target

4    store; is that correct?

5                    MR. PLUNKETT:  Objection, vague, lacks

6    foundation.

7                    THE WITNESS:  Yes, they are products

8    that are available both online and at Target stores.

9    BY MR. KONECKY:

10        Q.   And those products are being described on

11    Target.com; isn't that right?

12                    MR. PLUNKETT:  Objection, vague.

13                    THE WITNESS:  The product descriptions

14    appear on Target.com.

15    BY MR. KONECKY:

16        Q.   Tell me about the product description?  How is

17    the product description on Target.com?

18                    MR. PLUNKETT:  Objection, vague, lacks

19    foundation.

20                    THE WITNESS:  You're really kind of

21    moving outside of my area.  Those would be questions that

22    Trish would be able to answer for you.

23    BY MR. KONECKY:

24        Q.   You also say that Target.com provides

25    information about services.  Which services are you

1    that link to or deal with the photo center?

2          A.    No, I haven't.

3          Q.    Does this refresh your recollection at all as

4    to how the photo center works?

5          A.    Yes.

6          Q.    Do you know on the bottom of the first page

7    here where it says print, it says, quote, order digital

8    prints online and them up at your neighborhood Target in

9    as little as one hour, end quote.  I think there's a

10   typo --

11         A.    Typo.

12         Q.    -- in the website.  But am I correct to

13   understand that one of the services provided by Target.com

14   is that you can order digital prints on the website and

15   then actually pick them up or have somebody else pick up

16   the prints at the physical store in your location; is that

17   right?

18         A.    This is a service provided by a third-party

19   vendor which Target Corporation uses to allow guests to

20   print their -- send their photos to the store to be picked

21   up.

22         Q.    Am I correct that it provides a link between

23   the guest, the website, and the store?

24                MR. PLUNKETT:  Could you read that

25   question back?

59

```
 1              (Whereupon, the requested portion of the
 2              record was read aloud by the Court
 3              Reporter.)
 4                   MR. PLUNKETT:  Objection, vague.
 5                   THE WITNESS:  I can say it allows
 6    someone who goes online to perform a function that would
 7    result in an action of the store, yes.
 8    BY MR. KONECKY:
 9         Q.   When you were referring before to photo
10    processing in store, what were you referring to
11    specifically?
12         A.   That's the second part, which is just the
13    in-store, traditional photo processing.
14         Q.   Are you pointing to something specific on the
15    exhibit?
16         A.   Where it says in store.  Look at the bottom of
17    the first page.
18         Q.   Bottom of the first page, I see, which then
19    carries on to the second page.
20              So what does Target -- I take it that
21    Target.com, for one, provides information to consumers
22    about the in-store photo processing that occurs at the
23    Target stores, is that right so far?
24                   MR. PLUNKETT:  Objection, document
25    speaks for itself.
```

60

1                    THE WITNESS:  It provides the

2     information in the document about what is available.

3     BY MR. KONECKY:

4          Q.   What is available at the store itself?

5          A.   Yes.

6                    MR. PLUNKETT:  Same objection.

7                    THE WITNESS:  Yes.

8     BY MR. KONECKY:

9          Q.   Anything else in particular that you are

10    referring to or you were referring to when you were

11    talking about the photo processing in store than what we

12    just talked about, about this in-store part of the web

13    page?

14         A.   No.  That was it.

15         Q.   All right.  Gift registry, what are you

16    referring to there?

17         A.   Target Corporation has a wedding and

18    children's registry, baby registry that provides for our

19    guests.

20         Q.   And how does Target.com interface with that?

21                    MR. PLUNKETT:  Objection, vague.  Calls

22    for speculation.

23                    THE WITNESS:  There's an online

24    component for viewing -- creating and viewing registries

25    and purchasing, and then there's an in-store component.

61

1  BY MR. KONECKY:

2          Q.   And how is the online component linked up with

3  or interacting with in-store?  Can you describe that?

4          A.   You can create a registry in a store and then

5  view it online.  You can make purchases online that will

6  then be reflected in the registry.

7          Q.   At the store?

8          A.   Or online.

9          Q.   Okay.  Can you make purchases online for

10 either wedding or baby registry and then have people come

11 up and browse for and purchase the items at the store?

12                   THE WITNESS:  Can you read that back to

13 me, please?

14                   (Whereupon, the requested portion of the

15                   record was read aloud by the Court

16                   Reporter.)

17                   MR. PLUNKETT:  Objection, vague.

18                   THE WITNESS:  Well, you can create a

19 registry online or make purchases and then people can view

20 those in the store in the kiosks.

21 BY MR. KONECKY:

22         Q.   And they can also purchase the products in the

23 store that have been created -- that are on the registry

24 that was created online?

25         A.   If they are available, yes.