# EXHIBIT 5

Dockets.Justia.com

```
00001
  1                 UNITED STATES DISTRICT COURT
  2              NORTHERN DISTRICT OF CALIFORNIA
  3                   SAN FRANCISCO DIVISION
  4     - - - - - - - - - - - - - - - -
  5     NATIONAL FEDERATION OF THE    )   Case No.
  6     BLIND, et al.,                )   C 06-01802 MHP
  7            Plaintiffs,            )
  8     v.                            )
  9     TARGET CORPORATION,           )
 10            Defendant.             )
 11     - - - - - - - - - - - - - - - -
 12
 13                   DEPOSITION OF TIM ELDER
 14                   WEDNESDAY, MAY 24, 2006
 15
 16
 17
 18
 19
 20
 21
 22          BY:  CHRISTINE L. JORDAN, CSR NO. 12262
 23                              1320 ADOBE DRIVE
 24                      PACIFICA, CALIFORNIA 94044
 25                                (650) 359-3201
```

```
00033
 1   friend's registration on the website?
 2        A.   I was able to find my friend's registration
 3   on the website.
 4        Q.   Were you able to select the item from the
 5   registry that you wanted to purchase?
 6        A.   I had difficulty determining whether or not
 7   an item I had purchased was placed in the shopping cart
 8   or not.
 9        Q.   Can you describe that difficulty?
10        A.   It would be very hard to describe the
11   difficulty, but it was difficult to navigate around the
12   site and determine if the item had been placed in my
13   cart.  From my best estimate, the item had reached my
14   cart, but I was not entirely sure because the website
15   is rather hard to navigate around.
16        Q.   Are you able to explain in any greater detail
17   the difficulty in determining whether the item was in
18   fact in your cart?
19        A.   I cannot.
20        Q.   At some point were you able to determine that
21   there was an item in the cart such that you were ready
22   to begin a checkout phase?
23        A.   I was never completely confident that there
24   was an item in the cart, but I did seek to check out.
25        Q.   Did you ever locate information on the screen
```