# EXHIBIT 9

Dockets.Justia.com

```
00001
  1                UNITED STATES DISTRICT COURT
  2              NORTHERN DISTRICT OF CALIFORNIA
  3                  SAN FRANCISCO DIVISION
  4
  5  _____
                                              )
  6  NATIONAL FEDERATION OF THE               )
     BLIND, the NATIONAL FEDERATION OF        )
  7  THE BLIND OF CALIFORNIA, on behalf)
     of their members, and Bruce F.           )
  8  Sexton, on behalf of himself and         )
     all others similarly situated,           )
  9                                           )
                    Plaintiffs,               )
 10                                           )
         vs.                                  )CASE NO. C-06-1802MHP
 11                                           )
     TARGET CORPORATION,                      )
 12                                           )
                    Defendant.                )
 13  _____)
 14
 15
 16
 17          DEPOSITION OF CHRISTINA THOMAS
 18             LOS ANGELES, CALIFORNIA
 19               FRIDAY, MAY 26, 2006
 20
 21
 22     Reported by Charolette Martinez, CSR No. 11983
                PRS Job No. 118-328422A
 23
 24
 25
```

```
00031
 1    paragraph 16 of Exhibit 5 it states, "Upon accessing
 2    Target.com on several occasions I have become frustrated
 3    with inexplicable code and garbled text that has
 4    prevented me from continuing to navigate through the
 5    site."
 6            When you say that inexplicable code and garbled
 7    text prevented you from continuing to navigate through
 8    the site, does that mean that you did not navigate past
 9    the home page?
10         A   I stayed on the home page for quite a while.  I
11    couldn't get through to browse.
12         Q   Did you ever get past Target.com's home page?
13         A   The only way I was able to find what I was
14    looking for was I had to type into the search box and
15    then I was put on another page.
16         Q   What did you type into the search box?
17         A   Towels.
18         Q   And then what happened?
19         A   It took me to a page where they had a bunch of
20    different types of towels on the page.
21         Q   And then what did you do?
22         A   I started to arrow down to see which ones I
23    would like.
24         Q   Did you find one that you liked?
25         A   Yes.
```

```
00032
 1          Q    And what did you do?
 2          A    I -- I clicked on the one that I wanted and I
 3     wanted to try and purchase them.
 4          Q    Did you add the towel to your cart?
 5          A    Yes.
 6          Q    And then what happened?
 7          A    I went to try to purchase it and I couldn't.
 8          Q    Why were you unable to purchase it?
 9          A    Because every time I clicked on the purchase
10     button and got ready to check out, it wouldn't go.
11          Q    Did you find a button on the page that was a
12     purchase button?
13               Was it a proceed-to-check-out button, if you
14     recall?
15          A    I don't recall.
16          Q    But you found a button on the screen that you
17     thought you needed to activate to continue with the
18     purchase?
19          A    Yes.
20          Q    You said that you were unable to activate the
21     button?
22          A    Yes.
23          Q    Can you tell me what you were doing on JAWS to
24     try to activate the button?
25          A    I would push enter and nothing happened.  I
```