# EXHIBIT 10

Dockets.Justia.com

```
00001
   1          * * * ATTORNEY'S AGREEMENTS FOLLOW * * *
   2
   3     REPORTER'S NOTE:  Since this deposition has been
   4     realtimed and you may be in possession of a rough
   5     draft form, please be aware that there may be a
   6     discrepancy regarding page and line numbers when
   7     comparing the realtime screen, the rough draft,
   8     rough ASCII, and the final transcript.  Also please
   9     be aware that the realtime screen and the unedited,
  10     uncertified rough draft transcript may contain
  11     untranslated steno, an occasional RPTR'S NOTE, a
  12     misspelled proper name, and/or nonsensical English
  13     word combinations.  These are not "mistakes" made by
  14     the reporter but are caused by the limitations of
  15     writing the English language stenographically.  All
  16     such entries are corrected on the final certified
  17     transcript.
  18
  19     If the deposition has been videotaped, the realtime
  20     draft, if any, will be compared against the audio of
  21     the videotape in order to assure complete accuracy
  22     on the final transcript.
  23     ATTORNEY'S AGREEMENTS:  By accepting a rough draft
  24     transcript or a rough ASCII diskette, I am hereby
  25     agreeing to the terms as specified below.  I also
```

```
00015
  1              BY MR. PLUNKETT:
  2        Q     Anything else?
  3        A     Can you specify what you're asking?
  4        Q     Any other examples of how improvements to
  5   jaws have made access to websites more accessible?
  6              MS. ROBERSON:  Same objection.
  7              THE WITNESS:  I'm hesitating because I'm
  8   trying to think of specific key strokes or -- I
  9   would say being able to go into the jaws cursor and
 10   route to specific areas of a screen have been
 11   helpful.  But I think that has been part of jaws
 12   even since it was DOS based.  So, again, I'm dealing
 13   with gradual improvements.  It's like gaining
 14   weight.  You only remember -- you only remember when
 15   you step on the scale and suddenly realize that
 16   you're fat.  I don't know how else to express it.
 17              BY MR. PLUNKETT:
 18        Q     Do you remember any other examples of
 19   improvements to jaws making the Internet more
 20   accessible to you?
 21              MS. ROBERSON:  Objection; asked and
 22   answered.
 23              THE WITNESS:  Again, it's that same -- I
 24   have to say I'm with Camilla on this one.  Asked and
 25   answered.  I don't know what else to respond.
```

00025
```
 1    closest is probably Amazon, but I know people who
 2    have succeeded.  My hesitation is that part of it is
 3    a patient issue for me.  If a website is not
 4    friendly after a relatively short period of time, I
 5    take my custom elsewhere.
 6              BY MR. PLUNKETT:
 7         Q    Was that the problem in accessing
 8    Target.com?
 9         A    The problem in accessing Target.com is
10    that I have actually wanted products that Target has
11    with a Google search has indicated that they have.
12    When I've gone to the website, I have been unable to
13    read the screen in any meaningful way, so I wasn't
14    able to access the product even though I know Target
15    well enough to know that it was probably something
16    that I wanted.
17              When that's happened, I've just closed it.
18         Q    How long on those occasions were you on
19    Target.com before you closed it?
20         A    I can't say precisely.  I would say that I
21    was probably on Target.com for a relatively brief
22    period of time the times that I tried because the
23    graphics labeling and other things were so bad that
24    I couldn't make any progress, so it seemed a waste
25    of time to go further.
```

00028
```
 1        Q      Describe for me what happened.
 2        A      I noticed when I went to the home page
 3   that the graphics were somewhat better.  I
 4   successfully searched.  I found a product that
 5   sounded interesting.  I tried to purchase that
 6   product, and at that point the graphics went back to
 7   being garbage and not understandable, so I closed
 8   the site.
 9        Q      You conducted a search and you were able
10   to find the item?
11        A      I conducted a search and I was able to
12   find a list of soap dishes.
13        Q      Did you add an item to your cart?
14        A      I was unable to do that.
15        Q      Why were you unable to do that?
16        A      I was unable to do that because at the
17   point I wished to do that, when I hit what I thought
18   would add the item to the cart, a bunch of other
19   products came up and, you know, people who bought
20   this also bought kind of products.  And I was not
21   able to locate the length that would allow me to
22   actually add it to the cart.  And then just -- it
23   just turned the garbage.  You know, some of the
24   links were reading, like, cake UPR, garbage, not
25   comprehensible.
```

00030
1           BY MR. PLUNKETT:
2      Q    Paragraph 20 of the declaration, it
3   states "upon accessing Target.com on several
4   occasions, I have become frustrated with
5   inexplicable codes and garbled text that has
6   prevented me from continuing to navigate through the
7   site, and I have never navigated past the home page
8   except on the occasions I found a direct link
9   through Google.com."
10          What do you mean by inexplicable code and
11  garbled text?
12      A    By inexplicable code and garbled text, I
13  mean what I was tribing earlier, where you hit a
14  link, and instead of saying the product or put in
15  basket or something recognizable, it is -- you know,
16  I can't -- I can't do it because it's not
17  understandable.  It's like -- so how did the sound
18  you can't hear sound?  You know, it's just crap.
19  It's a series of letters, numbers, symbols glommed
20  together which probably means something somewhere in
21  computer code.  And when jaws tries to read them,
22  it's highly amusing and not very effective.
23      Q    And is this inexplicable code and garbled
24  text on Target's home page?
25      A    I have encountered it on target's home