1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:   (510) 665-8644
5  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
11 TTY:         (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:   (410) 962-1030
15 Fax:         (410) 385-0869

16

## UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

## SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP |
| | **CLASS ACTION** |
| | **DECLARATION OF YELENA TREPETIN** |
| Plaintiffs, | |
| v. | |
| TARGET CORPORATION, | |
| Defendants. | |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

Dockets.Justia.com

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1. My name is Yelena Trepetin. I am over 18 years of age and competent to testify. This declaration is made upon personal knowledge.

2. I am employed as a law clerk at the law firm of Brown, Goldstein & Levy, LLP.

3. On Tuesday, June 20, 2006, I searched the Target website (http://www.target.com) to find a 1-800 number to use to reach Target's customer service.

4. In order to reach Target's 1-800 number from their website, I typed in www.target.com into the browser.

5. Once the website came up, I clicked on "Help" on the upper right hand corner.

6. After clicking on "Help," another list of options came up. One of the options was "Contact Us."

7. Under "Contact Us," I found the "more" option.

8. After clicking on "more," another list of options came up. In the middle of the screen, "Our Stores & Company" appeared in red letters. Under those words, there were several additional options, one of which was "Target Stores."

9. After clicking on "Target Stores," a new screen appeared that said "Target Stores Information." On the screen, there were several additional options, one of which was an online form. Once I clicked on the online form, I was given the 1-800-440-0680 number to call for "Guest Services."

10. Calling the 1-800-440-0680 gave me a list of options. I was instructed to press number 1 if I had questions about Target.com or any purchases made on Target.com. I was instructed to press number 2 if I wanted to talk about my store experience, any returns or any store merchandise. I was instructed to press number 3 for information about the Target credit card. I was instructed to press number 4 for "anything else."

11. I chose to press number 4, the "anything else" option, and was given 4 additional options. I was instructed to press number 1 to find the store nearest me, press number 2 if I was an employee or wanted to be one, number 3 if I was a vendor or wanted to be one, and number 4 to return to the main menu.

---

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP

1

12. I did not find any options for obtaining coupons, accessing the photo center or the pharmacy.

13. From what I gathered, the customer may be able to access the photo center or pharmacy of a specific store after locating that specific store's phone number by using the 1-800 number and then calling that specific store directly. The coupons only seem to be available online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this July day of 7, 2006.

_____
YELENA TREPETIN

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP

2