1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
11 TTY:          (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Fax:          (410) 385-0869

16
17                                    UNITED STATES DISTRICT COURT
18                                    NORTHERN DISTRICT OF CALIFORNIA
19                                         SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HEATHER AKERS-HEALY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 24, 2006<br>Time:         2:00 p.m.<br>Judge:        The Honorable Marilyn Hall Patel |

I, Heather Akers-Healy, declare as follows:

1. I am a paralegal at the firm of Disability Rights Advocates, counsel for plaintiffs in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I would and could competently testify as follows:

2. Attached hereto as Exhibit A is a true and correct copy of the "Target Weekly Ad" for zip code 94704 on http://weeklyad.target.com, which I printed directly from the website on July 6, 2006.

3. Within a month's time from May 19, 2006 through June 22, 2006, over 113 pages of such weekly ads appeared on target.com.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on July 10, 2006, in Berkeley, California.

_____
Heather Akers-Healy

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
**Declaration of Heather Akers-Healy**          1