# EXHIBIT A





Target : **Weekly Ad**









Weekly Ad
Terms & Conditions




> Apply for a Card
> Target Business Card

> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory
  More»

> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly Ad
> Optical
> Pharmacy
> Promotions
  More»

Case 3:06-cv-01802-MHP    Document 47-2    Filed 07/10/2006    Page 4 of 20

  

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions                                   ©2006 Target.com. All rights reserved.
California Privacy Rights                            The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.



Target : Weekly Ad : **Browse by Page**








Target : Weekly Ad : **Browse by Page**





**TRUTECH® CD MICRO SYSTEM**

**SALE 24.88**

**VIRGIN MOBILE**

**SALE 39.88**

**VISOR SIRIUS SATELLITE RADIO**

**SALE 39.88**

Weekly Ad
Terms & Conditions

PREVIOUS | NEXT



- Apply for a Card
- Target Business Card

**Help**
- Shipping Rates + Policies
- Track an Order
- Update an Order
- Return an Item

- Product Rebates
- Product Recalls
- Contact Us
- Shopping Directory

More»



- Store Locator
- Grocery Coupons
- Photo Center
- Portrait Studio

- Weekly Ad
- Optical
- Pharmacy
- Promotions

More»

Stronger together.
› Learn what Target is doing in your community

See yourself here.
› Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.



Target : Weekly Ad : **Browse by Page**



**TRUTECH® 20" TV with built-in DVD player**

**SALE 129.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

PREVIOUS | NEXT

Weekly Ad
Terms & Conditions

The REDcards℠

> Apply for a Card
> Target Business Card

Help
> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory
  More»

Target Stores
> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly Ad
> Optical
> Pharmacy
> Promotions
  More»

Stronger together.
> Learn what Target is doing in your community

See yourself here.
> Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.



Weekly Ad
Terms & Conditions





**Nintendo DS - Magnetica**
Low Price 29.99

**Nintendo DS - Nintendogs**
Low Price 29.99

**Nintendo DS - Over The Hedge**
Low Price 29.99

**Nintendo DS - Sudoku**
Low Price 19.99

**NINTENDO DS LITE**
LOW PRICE 129.99

**Rihanna - A Girl Like Me CD**
11.98

**Rise Against**
EXCLUSIVE SONG
7.98

**Snow Patrol - Eyes Open CD**
EXCLUSIVE LIMITED EDITION
12.98

**Star Wars games at Target!**
14.99 - 29.99





Target : Weekly Ad : **Browse by Page**



Weekly Ad
Terms & Conditions



**Charlie's Angels, season 3 DVD**

**34.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**Cheaper by the Dozen 2 DVD**

**$14.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**Confessions of a Teenage Drama Queen DVD**

**$7.50**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**Dawson's Creek Season 6 DVD**

**$19.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**Failure to Launch DVD**

**Low Price**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**Fun with Dick and Jane DVD**

**$14.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**I Dream of Jeannie Season 1 DVD**

**$19.99**

ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE



**Last Holiday DVD**

$14.99

**Lord of the Rings: Fellowship of the Ring DVD**

$7.50

**M:I 2 DVD**

$7.50

**Mean Girls DVD**

$7.50

**Memoirs of a Geisha DVD**

$14.99

**Napoleon Dynamite DVD**

$14.99

**Rescue Me Season 1 DVD**

$19.99



**Rescue Me Season 2 DVD**

**$19.99**

**Seinfeld Season 3 DVD**

**$19.99**

**Seinfeld Season 4 DVD**

**$19.99**

**Seinfeld Season 5 DVD**

**$19.99**

**Seinfeld Season 6 DVD**

**$19.99**

**Seinfeld Seasons 1 and 2 DVD**

**$19.99**

**Stoned DVD**

**9.99**





Target : Weekly Ad : **Browse by Page**








Target : Weekly Ad : **Browse by Page**

