





National Federation of the Blind et al v. Target Corporation Doc. 47 Att. 2
Case 3:06-cv-01802-MHP Document 47-3 Filed 07/10/2006 Page 1 of 21

CART | MY ACCOUNT | REDCARDS | HELP

TARGET PHOTO | STORE LOCATOR | WEEKLY AD

CLUB WEDD REGISTRY | TARGET BABY REGISTRY | WISH LIST | GIFT FINDER | GIFTCARDS

Women | Men | Baby | Kids | Home | Bed + Bath | Furniture | Patio + Garden | Sports | Toys | Electronics | Entertainment

Can we help you find something? **Search** All Products GO

Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

VIEW STORE SHOPPING LIST

STORE LOCATOR

WEEKLY AD E-MAIL REMINDER

Add RSS Feed XML

Weekly Ad highlights early: Get a jump on Sunday's paper.

Search Ad by Keyword

GO

Browse by Department

- SPORTING GOODS
- ELECTRONICS
- ENTERTAINMENT
- HOME
- FASHION
- SNACKS + ESSENTIALS

Your Location

Berkeley, CA 94705

Change Your Location

anyone.
anywhere.
**anytime.**

Give a GiftCard

Weekly Ad
Terms & Conditions

VIEW THIS PAGE WITH FACING PAGE | VIEW ALL WEEKLY AD PAGES | VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view

PREVIOUS | NEXT

**2-PC. SOFA-SIZE SLIPCOVER**

our lowest price of the season!

**SALE $78**

VIEW DETAILS

**84x84" COTTON SAILCLOTH PANELS**

**SALE $18** PAIR

VIEW DETAILS

**RINGSPUN COMBED COTTON 30x54" Casual Home bath towel**

**SALE 2 for $9**

VIEW DETAILS

**TWIN 200 THREAD COUNT cotton/polyester Home Percale sheet set**

**SALE $9** EACH SET

VIEW DETAILS

**TWIN COMFORTER**

**SALE $13** EACH

ADD TO STORE SHOPPING LIST NOT AVAILABLE ONLINE

PREVIOUS | NEXT

Dockets.Justia.com

CART   MY ACCOUNT   REDCARDS   HELP

TARGET PHOTO   STORE LOCATOR   WEEKLY AD

CLUB WEDD REGISTRY   TARGET BABY REGISTRY   WISH LIST   GIFT FINDER   GIFTCARDS

Women ▾ | Men ▾ | Baby ▾ | Kids ▾ | Home ▾ | Bed + Bath ▾ | Furniture ▾ | Patio + Garden ▾ | Sports ▾ | Toys ▾ | Electronics ▾ | Entertainment ▾

Can we help you find something? **Search** [_____] All Products ▾ **GO ▸**    Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ▸** **XML**
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

[_____] **GO**

**Browse by Department**

SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard ▸**

⊕ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◷ **PREVIOUS** | **NEXT** ◷



### 29" PENDULUM FRAMELESS WALL CLOCK

**OUR LOWEST PRICES OF THE SEASON!**

**SALE $79**

➜ VIEW DETAILS

### CASUAL HOME APPROX. 5x8' SOFT-LOOP

**SALE $59**

➜ VIEW DETAILS

### CLASSIC HOME APPROX. 5x8' TRADITIONAL AREA RUGS

**SALE $99**

➜ VIEW DETAILS

### CLICK "ITEM AVAILABLE ONLINE" FOR THESE AREA RUGS AND MORE

⊕ ADD TO STORE SHOPPING LIST   ➜ ITEM AVAILABLE ONLINE

### MODERN HOME APPROX. 5x8' WOVEN AREA RUGS

**ALL Modern, Casual and Classic Home rugs ON SALE**

**SALE $79**

➜ VIEW DETAILS



CART | MY ACCOUNT | REDCARDS | HELP

TARGET PHOTO | STORE LOCATOR | WEEKLY AD

CLUB WEDD REGISTRY | TARGET BABY REGISTRY | WISH LIST | GIFT FINDER | GIFTCARDS

**Women** ⌄ | **Men** ⌄ | **Baby** ⌄ | **Kids** ⌄ | **Home** ⌄ | **Bed + Bath** ⌄ | **Furniture** ⌄ | **Patio + Garden** ⌄ | **Sports** ⌄ | **Toys** ⌄ | **Electronics** ⌄ | **Entertainment** ⌄

Can we help you find something? **Search**  [          ]  All Products ⌄  **GO ▶**     Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ⁖** [XML]
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**
[          ] GO

**Browse by Department**
SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard ⁖**

Weekly Ad
Terms & Conditions

⊕ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◀ PREVIOUS | NEXT ▶



**Simply Shabby Chic™ 250 THREAD COUNT TWIN SHEET SET**

**SALE $24** EACH SET

➲ VIEW DETAILS

**Simply Shabby Chic™ 54X84" WINDOW PANEL**

**$16**, REG. 19.99 EACH

➲ VIEW DETAILS

**Simply Shabby Chic™ BEDROOM FURNITURE**

**SALE $120 & $369**

➲ VIEW DETAILS

**Simply Shabby Chic™ VANITY TABLE AND MIRROR OR ÉTAGÈRE BATH FURNITURE**

**SALE $75**

➲ VIEW DETAILS

◀ PREVIOUS | NEXT ▶

**The REDcards℠**




> Apply for a Card
> Target Business Card

**Help** ?
› Shipping Rates + Policies
› Track an Order
› Update an Order
› Return an Item

› Product Rebates
› Product Recalls
› Contact Us
› Shopping Directory
More »

**Target Stores**
› Store Locator
› Grocery Coupons
› Photo Center
› Portrait Studio

› Weekly Ad
› Optical
› Pharmacy
› Promotions
More »



CART    MY ACCOUNT    REDCARDS    HELP

TARGET PHOTO    STORE LOCATOR    WEEKLY AD

CLUB WEDD REGISTRY    TARGET BABY REGISTRY    WISH LIST    GIFT FINDER    GIFTCARDS

Women ⌄   Men ⌄   Baby ⌄   Kids ⌄   Home ⌄   Bed + Bath ⌄   Furniture ⌄   Patio + Garden ⌄   Sports ⌄   Toys ⌄   Electronics ⌄   Entertainment ⌄

Can we help you find something? **Search** | All Products ⌄ | **GO ▶**

Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed :•** XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

[ ] GO

**Browse by Department**

SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard :•**

⊞ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊙ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ⟨ PREVIOUS   NEXT ⟩



**DIRT DEVIL Vibe deep cleaner**

EXCLUSIVELY AT TARGET!
SALE $99

⊕ ADD TO STORE SHOPPING LIST   ➔ ITEM AVAILABLE ONLINE

**DIRT DEVIL VIBE SWIVEL GLIDE**

SALE $75

⊕ ADD TO STORE SHOPPING LIST   ➔ ITEM AVAILABLE ONLINE

**DYSON DC14 Drive bagless vacuum**

EXCLUSIVELY AT TARGET!
LOW PRICE $459

⊕ ADD TO STORE SHOPPING LIST   ➔ ITEM AVAILABLE ONLINE

**EUREKA Uno bagless vacuum**

EXCLUSIVELY AT TARGET!
SALE $119

⊕ ADD TO STORE SHOPPING LIST   ➔ ITEM AVAILABLE ONLINE

**HOOVER WINDTUNNEL 2**

LOW PRICE $299

⊕ ADD TO STORE SHOPPING LIST   ➔ ITEM AVAILABLE ONLINE



### OSTER 6-slice convection toaster oven OR EMERSON .9 cu. ft. 900-watt microwave

**our lowest price of the season!**

**SALE 47.44** EACH

 VIEW DETAILS



### STAINLESS STEEL refrigerator OR OSTER water cooler

**SALE $119** EACH

VIEW DETAILS

 PREVIOUS | NEXT 

Weekly Ad
Terms & Conditions



## The REDcards℠

> Apply for a Card
> Target Business Card

## Help

> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory
  More»

## Target Stores

> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly Ad
> Optical
> Pharmacy
> Promotions
  More»




**Stronger together.**
> Learn what Target is doing in your community

**See yourself here.**
> Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.



CART   MY ACCOUNT   REDCARDS   HELP

TARGET PHOTO   STORE LOCATOR   WEEKLY AD

CLUB WEDD REGISTRY   TARGET BABY REGISTRY   WISH LIST   GIFT FINDER   GIFTCARDS

Women ▾   Men ▾   Baby ▾   Kids ▾   Home ▾   Bed + Bath ▾   Furniture ▾   Patio + Garden ▾   Sports ▾   Toys ▾   Electronics ▾   Entertainment ▾

Can we help you find something? **Search**     All Products ▾   **GO ▸**     Shop **All Departments**

Target : Weekly Ad : **Browse by Page**



**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ▸** XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

GO

**Browse by Department**

SPORTING GOODS ▸

ELECTRONICS ▸

ENTERTAINMENT ▸

HOME ▸

FASHION ▸

SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

Give a GiftCard ▸

⊕ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◐ **PREVIOUS**   NEXT ◑

**Clearance 30% off patio furniture, gazebos and more in Garden Place!**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

⊙ TARGET   **CLICK "ITEM AVAILABLE ONLINE" FOR MORE DEHUMIDIFIERS, FANS AND AIR CONDITIONERS**

⊕ ADD TO STORE SHOPPING LIST   ⊙ ITEM AVAILABLE ONLINE

**HAIER 30-pint dehumidifier**

**129.99**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**HAIER 5,200-BTU air conditioner**

**89.99**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**HONEYWELL FANS**

**TEMPORARY PRICE CUT 34.99** 40" TOWER FAN

➔ VIEW DETAILS

◐ **PREVIOUS**   NEXT ◑



Women ▾  Men ▾  Baby ▾  Kids ▾  Home ▾  Bed + Bath ▾  Furniture ▾  Patio + Garden ▾  Sports ▾  Toys ▾  Electronics ▾  Entertainment ▾

Can we help you find something? **Search**  [            ]  All Products ▾  **GO ▸**        Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ▸** XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**
[            ] GO

**Browse by Department**
SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard ▸**



⊕ VIEW THIS PAGE WITH FACING PAGE    ⊕ VIEW ALL WEEKLY AD PAGES    ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view        ◁ **PREVIOUS**   **NEXT** ▷

**Clearance 30% off patio furniture, gazebos and more in Garden Place!**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**CLICK "ITEM AVAILABLE ONLINE" FOR MORE DEHUMIDIFIERS, FANS AND AIR CONDITIONERS**

⊕ ADD TO STORE SHOPPING LIST  ⊕ ITEM AVAILABLE ONLINE

**HAIER 30-pint dehumidifier**
**129.99**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**HAIER 5,200-BTU air conditioner**
**89.99**

⊕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**HONEYWELL FANS**
**TEMPORARY PRICE CUT**
**34.99** 40" TOWER FAN

⊕ VIEW DETAILS

◁ **PREVIOUS**   **NEXT** ▷



CART   MY ACCOUNT   REDCARDS   HELP

TARGET PHOTO   STORE LOCATOR   WEEKLY AD

CLUB WEDD REGISTRY   TARGET BABY REGISTRY   WISH LIST   GIFT FINDER   GIFTCARDS

**Women** ▾ | **Men** ▾ | **Baby** ▾ | **Kids** ▾ | **Home** ▾ | **Bed + Bath** ▾ | **Furniture** ▾ | **Patio + Garden** ▾ | **Sports** ▾ | **Toys** ▾ | **Electronics** ▾ | **Entertainment** ▾

Can we help you find something? **Search** [_____] All Products ▾ **GO ▸**    Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ▸** XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

[_____] GO

**Browse by Department**

SPORTING GOODS ▸

ELECTRONICS ▸

ENTERTAINMENT ▸

HOME ▸

FASHION ▸

SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard ▸**

⊞ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◂ PREVIOUS | NEXT ▸



**Click "Item Available Online" for more Xhilaration® intimates and sleepwear**

⊕ ADD TO STORE SHOPPING LIST   ➤ ITEM AVAILABLE ONLINE

**FRENCH TERRY SLEEP CROPS by Xhilaration®**

**SALE 9.99**

⊕ ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

**SLEEP TANK by Xhilaration®**

**SALE 5.99**

⊕ ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

**WOVEN BOXERS by Xhilaration®**

**SALE 7.99**

➤ VIEW DETAILS

**XHILARATION®**

**SALE 4.99 & 11.99**

➤ VIEW DETAILS

◂ PREVIOUS | NEXT ▸



TARGET

CART | MY ACCOUNT | REDCARDS | HELP

TARGET PHOTO | STORE LOCATOR | WEEKLY AD

CLUB WEDD REGISTRY | TARGET BABY REGISTRY | WISH LIST | GIFT FINDER | GIFTCARDS

Women ▾ | Men ▾ | Baby ▾ | Kids ▾ | Home ▾ | Bed + Bath ▾ | Furniture ▾ | Patio + Garden ▾ | Sports ▾ | Toys ▾ | Electronics ▾ | Entertainment ▾

Can we help you find something? **Search** [　　　　　　] All Products ▾ **GO ▶**    Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**

**STORE LOCATOR**

**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed ▸** XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

[　　　　　　] GO

**Browse by Department**
SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**

**Give a GiftCard ▸**

⊞ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ◉ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◀ PREVIOUS | NEXT ▶



**INFANT AND TODDLER GIRLS' BOTTOMS by Cherokee®**
our lowest prices of the season!
**SALE 8.99**
● VIEW DETAILS

**INFANTS' AND TODDLERS' BOTTOMS by Circo®**
**SALE 2 for $9**
● ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

**INFANTS' AND TODDLERS' TOPS by Cherokee®**
our lowest prices of the season!
**SALE 4.99**
● VIEW DETAILS

**INFANTS' AND TODDLERS' TOPS by Circo®**
**SALE 2 for $6**
● ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

**NEWBORN BODYSUIT OR PANTS by Circo® Baby**
our lowest prices of the season!
**SALE 2 for $6**
● ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

**NEWBORN SEPARATES by Cherokee® Baby**

**our lowest prices of the season!**

**SALE 5.99** EACH

● VIEW DETAILS

◉ PREVIOUS | NEXT ◉

Weekly Ad
Terms & Conditions

The REDcards℠

› Apply for a Card
› Target Business Card

**Help**

› Shipping Rates + Policies
› Track an Order
› Update an Order
› Return an Item

› Product Rebates
› Product Recalls
› Contact Us
› Shopping Directory
  More»

**Target Stores**

› Store Locator
› Grocery Coupons
› Photo Center
› Portrait Studio

› Weekly Ad
› Optical
› Pharmacy
› Promotions
  More»

**Stronger together.**
› Learn what Target is doing in your community

**See yourself here.**
› Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.







### FISHER-PRICE SOUNDS & LIGHT MONITOR

**SALE $17**

VIEW DETAILS

### GRACO PACK 'N PLAY PORTABLE PLAYARD

**SALE $79**

ADD TO STORE SHOPPING LIST   ITEM AVAILABLE ONLINE

### GRACO PASSAGE TRAVEL SYSTEM

**SALE $149**

ADD TO STORE SHOPPING LIST   ITEM AVAILABLE ONLINE

### INFANTS' AND TODDLERS' 4-PC. COTTON PAJAMA SET by Just One Year

**SALE 11.99**

ADD TO STORE SHOPPING LIST   NOT AVAILABLE ONLINE

Weekly Ad
Terms & Conditions

PREVIOUS    NEXT



## The REDcards℠

> Apply for a Card
> Target Business Card

## Help

› Shipping Rates + Policies
› Track an Order
› Update an Order
› Return an Item

› Product Rebates
› Product Recalls
› Contact Us
› Shopping Directory
   More»

## Target Stores

› Store Locator
› Grocery Coupons
› Photo Center
› Portrait Studio

› Weekly Ad
› Optical
› Pharmacy
› Promotions
   More»



**Stronger together.**
› Learn what Target is doing in your community

**See yourself here.**
› Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.

Case 3:06-cv-01802-MHP    Document 47-3    Filed 07/10/2006    Page 13 of 21



**PEPPERIDGE FARM**

3 for $8

➕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**SEATTLE'S BEST COFFEE**

SALE $7

◉ VIEW DETAILS

**SNACKS**

SALE 2 for $8

➕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**SPECIALTY WATER**

SALE 5 for $5

◉ VIEW DETAILS

**TARGET® FOOD STORAGE**

2.34

◉ VIEW DETAILS

**TUNA AND DINNER HELPERS**

4 for $5

◉ VIEW DETAILS

Weekly Ad
Terms & Conditions

◉ PREVIOUS    NEXT ◉

**The REDcards℠**

> Apply for a Card
> Target Business Card

**Help**
> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory
   More»

**Target Stores**
> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly Ad
> Optical
> Pharmacy
> Promotions
   More»

**Stronger together.**
> Learn what Target is doing in your community

**See yourself here.**
> Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.



CART  |  MY ACCOUNT  |  REDCARDS  |  HELP

TARGET PHOTO  |  STORE LOCATOR  |  WEEKLY AD

CLUB WEDD REGISTRY  |  TARGET BABY REGISTRY  |  WISH LIST  |  GIFT FINDER  |  GIFTCARDS

Women ▾ | Men ▾ | Baby ▾ | Kids ▾ | Home ▾ | Bed + Bath ▾ | Furniture ▾ | Patio + Garden ▾ | Sports ▾ | Toys ▾ | Electronics ▾ | Entertainment ▾

Can we help you find something? **Search** [ ] All Products ▾ GO ▶     Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

VIEW STORE SHOPPING LIST

STORE LOCATOR

WEEKLY AD E-MAIL REMINDER

**Add RSS Feed** ❯ XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**
[ ] GO

**Browse by Department**
SPORTING GOODS ❯
ELECTRONICS ❯
ENTERTAINMENT ❯
HOME ❯
FASHION ❯
SNACKS + ESSENTIALS ❯

**Your Location**
Berkeley, CA 94705
Change Your Location ❯

anyone.
anywhere.
**anytime.**
Give a GiftCard ❯

⊕ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ⊕ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view     ◀ PREVIOUS | NEXT ▶



**COVERGIRL**

**SALE 5.49** EACH

➲ VIEW DETAILS

**FEMININE CARE**

**6.99** EACH

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**FRUCTIS**

**SALE 2.89** EACH

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**L'ORÉAL**

**SALE 8.99**

➲ VIEW DETAILS

**L'ORÉAL SUBLIME**

**7.50**

➲ VIEW DETAILS



**LOTION**

**2 for $9**

➡ VIEW DETAILS

**MAYBELLINE**

**SALE 5.99**

➡ VIEW DETAILS

**NEUTROGENA**

**SALE 2 for $15**

➡ VIEW DETAILS

**PERSONAL CARE**

**11.49** EACH

➕ ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**PHYSICIANS FORMULA**

**9.99**

➡ VIEW DETAILS

**SKIN CARE**

**SALE 4.50** EACH

➡ VIEW DETAILS

**VEET Rasera bladeless kit**

**SALE 5.99**

➡ VIEW DETAILS

◀ PREVIOUS   NEXT ▶



CART | MY ACCOUNT | REDCARDS | HELP

TARGET PHOTO | STORE LOCATOR | WEEKLY AD
CLUB WEDD REGISTRY | TARGET BABY REGISTRY | WISH LIST | GIFT FINDER | GIFTCARDS

Women ▾ | Men ▾ | Baby ▾ | Kids ▾ | Home ▾ | Bed + Bath ▾ | Furniture ▾ | Patio + Garden ▾ | Sports ▾ | Toys ▾ | Electronics ▾ | Entertainment ▾

Can we help you find something? **Search** [          ] All Products ▾ **GO ▶**    Shop **All Departments**

Target : Weekly Ad : **Browse by Page**

**VIEW STORE SHOPPING LIST**
**STORE LOCATOR**
**WEEKLY AD E-MAIL REMINDER**

**Add RSS Feed** ⯈ XML
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**
[                    ] GO

**Browse by Department**
SPORTING GOODS ▸
ELECTRONICS ▸
ENTERTAINMENT ▸
HOME ▸
FASHION ▸
SNACKS + ESSENTIALS ▸

**Your Location**
Berkeley, CA 94705
Change Your Location ▸

anyone.
anywhere.
**anytime.**
Give a GiftCard ⯈

⊞ VIEW THIS PAGE WITH FACING PAGE   ⊕ VIEW ALL WEEKLY AD PAGES   ◉ VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view    ◀ PREVIOUS | NEXT ▶



**100-OZ. DREFT LIQUID**
**SALE $7**
● VIEW DETAILS

**ENERGIZER BATTERIES**
**SALE 7.99**
● ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**FUJIFILM**
**SALE 6.97**
● ADD TO STORE SHOPPING LIST    NOT AVAILABLE ONLINE

**GERBER FEEDING**
**SALE $5** EACH
● VIEW DETAILS

**HUGGIES**
**SPECIAL PURCHASE $26** PACK
● VIEW DETAILS



### Kodak Picture Maker

**BUY 1, GET 4 FREE!**

**32¢**

⊕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

### KRAFT OR TACO BELL

**SPECIAL PURCHASE 5.99** EACH

⊕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

### MEN'S FRUIT OF THE LOOM

**8.49**

➡ VIEW DETAILS

### SONY

**SALE 7.99** EACH

⊕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

### STERILITE

**SALE 3.79**

➡ VIEW DETAILS

Weekly Ad
Terms & Conditions

◀ PREVIOUS  |  NEXT ▶

The REDcards℠

> Apply for a Card
> Target Business Card

**Help**

> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory
More»

**Target Stores**

> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly Ad
> Optical
> Pharmacy
> Promotions
More»

**Stronger together.**
> Learn what Target is doing in your community

**See yourself here.**
> Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.



Target : Weekly Ad : **Browse by Page**

VIEW STORE SHOPPING LIST

STORE LOCATOR

WEEKLY AD E-MAIL REMINDER

**Add RSS Feed** **XML**
Weekly Ad highlights early:
Get a jump on Sunday's paper.

**Search Ad by Keyword**

GO

**Browse by Department**
SPORTING GOODS
ELECTRONICS
ENTERTAINMENT
HOME
FASHION
SNACKS + ESSENTIALS

**Your Location**
Berkeley, CA 94705
Change Your Location

anyone.
anywhere.
**anytime.**

Give a GiftCard :►



VIEW THIS PAGE WITH FACING PAGE      VIEW ALL WEEKLY AD PAGES      VIEW LARGER IMAGE OF THIS PAGE

Click items on the Weekly Ad page below to view          PREVIOUS | NEXT

**10% off SMOKING CESSATION**

ADD TO STORE SHOPPING LIST      NOT AVAILABLE ONLINE

**8-PK. TARGET® PAPER TOWELS**

**2 pks. $11**

ADD TO STORE SHOPPING LIST      NOT AVAILABLE ONLINE

**CLEANING VALUE PACKS**

**SPECIAL PURCHASE 4.99** PACK

ADD TO STORE SHOPPING LIST      NOT AVAILABLE ONLINE

**DEODORANT**

**3 for $10**

ADD TO STORE SHOPPING LIST      NOT AVAILABLE ONLINE

**GREENIES**

**SALE 9.99**

VIEW DETAILS





**COME IN AND CHECK OUT OUR SALE PRICES ON COCA-COLA PRODUCTS**

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**CREST WHITESTRIPS CLASSIC**

SALE 18.89

➕ VIEW DETAILS

**DIAL SOAP**

2 for $9

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**FRITO-LAY**

SALE 3 for $5

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**LAUNDRY DETERGENT**

$5 EACH

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**MILK IS AVAILABLE IN ALL TARGET STORES!**

➕ ADD TO STORE SHOPPING LIST     NOT AVAILABLE ONLINE

**MR. CLEAN**

SALE 2.25

➕ VIEW DETAILS

Weekly Ad
Terms & Conditions

◀ PREVIOUS  |  NEXT ▶

The REDcards℠

Apply for a Card
Target Business Card

Help
Shipping Rates + Policies
Track an Order
Update an Order
Return an Item

Product Rebates
Product Recalls
Contact Us
Shopping Directory
More>>

Target Stores
Store Locator
Grocery Coupons
Photo Center
Portrait Studio

Weekly Ad
Optical
Pharmacy
Promotions
More>>

**Stronger together.**
Learn what Target is doing in your community

**See yourself here.**
Learn more about working at Target

About Target | Careers | News | Investors | Community | Diversity | Affiliates | Team Member Services

**PRIVACY** | Terms + Conditions
California Privacy Rights

©2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.