1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:  (510) 665-8644
5  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:  (415) 421-7100
   Fax:        (415) 421-7105
11 TTY:        (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:  (410) 962-1030
15 Fax:        (410) 385-0869

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**AMENDED DECLARATION OF LAURENCE PARADIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 24, 2006<br>Time: 2:00 p.m.<br>Judge: The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Laurence Paradis, declare as follows:

1. I am an attorney at the firm of Disability Rights Advocates, counsel for plaintiffs in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I would and could competently testify as follows:

2. Exhibits were inadvertently omitted from the filing of my declaration on July 10, 2006 and have now been added to this amended declaration. Please reference the corrected exhibit list below.

3. These pages were also inadvertently omitted and have now been added to the following exhibits: Page 113, Exhibit 1; Pages 116 through 117, Exhibit 3.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Charles Letourneau, taken July 5, 2006.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Robert Stigile, taken May 26, 2006.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Gregg Bodnar, taken July 6, 2006.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of James Thatcher, taken June 2, 2006.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Tim Elder, taken May 24, 2006.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Steve Jacobson, taken May 31, 2006.

10. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Chris Polk, taken June 19, 2006.

11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Bruce Sexton, taken May 23, 2006.

12. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Christina Thomas, taken May 26, 2006.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.:  C 06-01802 MHP**
**Amended Declaration of Laurence Paradis**         1

1  13.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition
2  of Teresa Uttermohlen, taken May 25, 2006.
3  14.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition
4  of Suzanne Tritten, taken June 30, 2006.
5  15.    Attached hereto as Exhibit 12 is a true and correct copy of selected pages from
6  Starlingweb.com, a website authored by Target's expert Charles Letourneau.  Mr. Letourneau
7  authenticated this document during his deposition.  *See* Letourneau Dep. at 18:9-12.
8  16.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition
9  of Dawn Wilkinson, taken June 21, 2006.
10 17.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition
11 of David Wilkinson, taken June 21, 2006.

13 I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

15 Executed on July 11, 2006, in Berkeley, California.

17                                            /s/ Laurence Paradis
                                                Laurence Paradis

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

---

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.: C 06-01802 MHP**
**Amended Declaration of Laurence Paradis**          2