# EXHIBIT 7

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION
OF THE BLIND OF CALIFORNIA, on
behalf of their members, and Bruce
F. Sexton, on behalf of himself
and all others similarly situated,

        Plaintiffs,

  vs.                               No. C06-01802 MHP

TARGET CORPORATION,

        Defendant.
_____/

Videotaped Deposition of

CHRISTOPHER POLK

Monday, June 19, 2006

Reported by:

SHARON CABELLO, RPR

CSR No. 3080

Job No. 2758CC

```
 1            INDEX OF CERTIFIED QUESTIONS (Continued)
 2
 3    Page 136, Line 8:
 4    "Q. MR. PARADIS:  Did Mr. Plunkett or any other
 5    attorney at target.com advise you of this before
 6    offering to represent you in connection with this
 7    litigation?"
 8
 9                          --oOo--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | BE IT REMEMBERED, that on Monday, June 19,                       |
|          | 2  | 2006, commencing at the hour of 3:02 p.m. thereof, at            |
|          | 3  | the offices of MORRISON & FOERSTER, LLP, Sacramento,             |
|          | 4  | California, before me, SHARON CABELLO, a Certified               |
|          | 5  | Shorthand Reporter in the State of California, duly              |
|          | 6  | authorized to administer oaths and affirmations, the             |
|          | 7  | following statement was made:                                    |
| 03:02:04 | 8  | --oOo--                                                          |
| 03:02:04 | 9  | THE VIDEOGRAPHER: We are on record at                            |
| 03:03:15 | 10 | approximately 3:02. It's June 19, 2006. The                      |
| 03:03:20 | 11 | videographer is Don Anglin, the court reporter Sharon            |
| 03:03:23 | 12 | Cabello of Phillip Legal Services.                               |
| 03:03:25 | 13 | This is the matter of National Federation of                     |
| 03:03:27 | 14 | the Blind versus Target, et al., U.S. District Court             |
| 03:03:32 | 15 | C06-01802, the deposition of Christopher Polk.                   |
| 03:03:41 | 16 | Tape 1, please begin. Please swear in the                        |
|          | 17 | witness.                                                         |
|          | 18 | --oOo--                                                          |
|          | 19 | CHRISTOPHER POLK,                                                |
|          | 20 | a witness called by the Defendant in the                         |
|          | 21 | above-entitled action, who, having been duly sworn by            |
|          | 22 | the Certified Shorthand Reporter to tell the truth, the          |
|          | 23 | whole truth and nothing but the truth, testified under           |
|          | 24 | oath as follows:                                                 |
| 03:03:54 | 25 | --oOo--                                                          |

5

```
03:03:54   1                EXAMINATION BY MR. BASRAWI
03:03:55   2   Q.      Good afternoon, Mr. Polk.  My name is Mazen
03:03:58   3   Basrawi, I am an attorney with Disability Rights
03:04:01   4   Advocates and I represent the plaintiffs in the case of
03:04:04   5   National Federation of the Blind, et al., versus the
03:04:07   6   Target Corporation.
03:04:08   7           This is a deposition in that case.  You were
03:04:10   8   sworn -- you have been duly sworn and are under oath as
03:04:13   9   if you were in court.  Is there any reason that you
03:04:18  10   cannot give full and truthful testimony today?
03:04:22  11   A.      I do need to make you guys aware that I've had
03:04:26  12   a pretty urgent incident at work that did require me to
03:04:31  13   be up all of last night.  So that's something that I
03:04:34  14   feel that you need to be aware of.  So I am working on
03:04:36  15   27 hours now.
03:04:38  16   Q.      All right.  I understand, and I will try not
03:04:40  17   to keep you up too much longer.  But is there anything
03:04:43  18   other than that that you think might affect your memory
03:04:46  19   or testimony otherwise?
03:04:47  20   A.      No, there is not.
03:04:48  21   Q.      Mr. Plunkett, who is sitting next to you
03:04:55  22   today, is an attorney for the Target Corporation.
03:05:00  23           And you have not taken any medication that
03:05:02  24   might affect your memory?
03:05:03  25   A.      No, I have not.
```

6

```
03:06:12  1              Okay.  Mr. Polk, can you state and spell your
03:06:17  2    name for the record.
03:06:17  3    A.       Christopher, C-h-r-i-s-t-o-p-h-e-r, P-o-l-k,
03:06:24  4    Polk is my last name.
03:06:25  5    Q.       What is your age?
03:06:27  6    A.       32.
03:06:28  7    Q.       And what is your current address?
03:06:30  8    A.       2320 P Street, Apartment 309, Sacramento,
03:06:36  9    California 95816.
03:06:38 10    Q.       How long have you lived at that address?
03:06:40 11    A.       Two and a half years.
03:06:42 12    Q.       All right.  Mr. Polk, are you blind?
03:06:45 13    A.       Yes, I am.
03:06:46 14    Q.       And how long have you been blind?
03:06:48 15    A.       Since birth.
03:06:50 16    Q.       Mr. Polk, beginning with your high school
03:06:54 17    education, would you mind describing your educational
03:06:56 18    background?
03:06:58 19    A.       I finished high school in 1992, I then
03:07:04 20    attended the Louisiana Center For the Blind in Ruston,
03:07:11 21    Louisiana.  And then I went on to LSU to obtain my
03:07:15 22    associates degree in Information Technology.
03:07:18 23    Q.       Okay.  And when did you receive that degree?
03:07:20 24    A.       1995.
03:07:23 25    Q.       Since then have you had any other -- do you
```

8

```
03:22:58  1    would you be able to identify what goes in that form
03:23:02  2    field if it were not labeled?
03:23:04  3             MR. PLUNKETT:  Objection, incomplete
03:23:06  4    hypothetical.
03:23:07  5             THE WITNESS:  If it's a form that you are
03:23:10  6    going to sign into a Web page, or if you are familiar
03:23:16  7    with forms on a page, you can tell boxes like password
03:23:20  8    boxes.  You can also tell some phone number boxes
03:23:25  9    because it will move you to the next one when you are
03:23:29 10    entering in your phone number.
03:23:31 11             I would say that it mikes it a little bit more
03:23:34 12    difficult than if the boxes were labeled properly.
03:23:38 13    Q.       MR. BASRAWI:  Okay.  Is there a level of
03:24:01 14    uncertainty if the boxes are not properly labeled?
03:24:05 15    A.       Yes.
03:24:05 16             MR. PLUNKETT:  Objection, vague.
03:24:06 17             You should give me time to object, especially
03:24:09 18    on questions like that.
03:24:35 19    Q.       MR. BASRAWI:  I'm a little unclear on what you
03:24:37 20    mean by the problems with the tables, that they are not
03:24:40 21    laid out in a way that JAWS can explain.  Can you
03:24:42 22    explain that in a little more detail?
03:24:45 23             MR. PLUNKETT:  Objection, vague, lacks
03:24:47 24    foundation.
03:24:47 25             THE WITNESS:  I don't understand what you are
```

19

```
03:20:41   1    screen reader has no idea of what to do, it has no idea
03:20:44   2    of what to say.
03:21:23   3    Q.       You mentioned tables as causing rough spots or
03:21:27   4    glitches.  Can you describe how they are glitches?
03:21:33   5    A.       Can you repeat that, please?
03:21:35   6    Q.       You mentioned that you have encountered tables
03:21:38   7    that might cause glitches or rough spots on a Web site.
03:21:41   8    Can you describe how they would?
03:21:43   9    A.       I have seen a table that does not have the
03:21:47  10    column headers at the top.  And when you are using the
03:21:50  11    table commands of JAWS you can't tell if you have -- if
03:21:54  12    columns of information, what belongs in which column.
03:21:58  13    Or I have seen where the table commands do not work
03:22:02  14    properly in JAWS and it just skips in and out of the
03:22:05  15    table.
03:22:10  16    Q.       You mentioned another glitch having to do with
03:22:22  17    switching to forms mode.  Can you describe that?
03:22:27  18    A.       If there is an edit box on the page, for
03:22:33  19    example, an edit box to enter your first name and then
03:22:36  20    one underneath to enter your last name, in forms mode
03:22:40  21    if you tab between those boxes, if the boxes are
03:22:43  22    labeled correctly, it will read them.  If not, you may
03:22:47  23    have to go out of forms mode to read what is above the
03:22:49  24    field to find out what goes in the edit box.
03:22:55  25    Q.       Okay.  If there is nothing above the field
```

```
04:13:49  1    that incorrect?
04:13:52  2    A.      How many defines "large"?
04:13:57  3    Q.      Your choice, Mr. Polk, I am just asking in
04:14:02  4    your understanding of large.  And you are free to
04:14:10  5    explain.
04:14:10  6    A.      I am totally confused about what you want from
04:14:14  7    me right now.
04:14:15  8    Q.      I am asking you -- or I have asked you before
04:14:17  9    about a Web site that contains inaccessible elements,
04:14:22  10   such as links that are not labeled, buttons that are
04:14:26  11   not labeled, forms that are not labeled, and a Web site
04:14:30  12   that lacks the blind person from being able to use hot
04:14:36  13   keys.
04:14:36  14           What are examples of those Web sites?  And you
04:14:39  15   named weather.com as an example.
04:14:47  16   A.      Is that a question?
04:14:47  17   Q.      Yes, that is a question.  Is that correct?
04:14:49  18   A.      Yes, that is.
04:14:51  19   Q.      Okay.  You said that weather.com does not
04:14:55  20   contain these elements in your experience.  But a blind
04:14:59  21   person was able to use those -- was able to use all of
04:15:03  22   the features of that Web site, correct?
04:15:07  23   A.      I did not state that it didn't have any of
04:15:11  24   those elements.  There were some elements on the Web
04:15:24  25   site that were not properly labeled, such as an edit
```

```
04:18:16  1    person that can sit and do Excel spread sheets and
04:18:19  2    Power Point presentations, and things like, that may
04:18:22  3    not have any interest on the Web, may not be patient
04:18:26  4    enough to click on the Web and wait for the pages to
04:18:29  5    come up, they just might not have the patience or the
04:18:32  6    drive to care about the Web.  So therefore they are not
04:18:34  7    Web savvy, they are computer savvy.
04:18:37  8    Q.      Okay.  So what about somebody who is Web
04:18:41  9    savvy, how would you define that?
04:18:43 10    A.      Oh, someone that spends time on the Web, has
04:18:48 11    patience, doesn't run from sites when they take time to
04:18:55 12    load or doesn't get impatient with having to actually
04:19:03 13    browse the Web for things they are looking for.  I
04:19:07 14    think the key word is "browse," you have to browse and
04:19:09 15    click things to get what you want.
04:19:12 16    Q.      Does a sighted person have to be Web savvy in
04:19:19 17    order to use Internet Web sites?
04:19:21 18    A.      Yes.
04:19:22 19            MR. PLUNKETT:  Objection, calls for
04:19:23 20    speculation, incomplete hypothetical.
04:19:24 21    Q.      MR. BASRAWI:  So --
04:19:45 22            Can you please read back the answer to the
04:19:47 23    previous question?
04:20:25 24            (Record was read by the reporter as follows:
         25            "A. Oh, someone that spends time on the Web,
```

45

| | | |
|---|---|---|
| 04:34:55 | 1 | the screen reader's responsibility to keep up with new |
| 04:34:58 | 2 | ways of doing things, like new shapes of buttons and -- |
| 04:35:05 | 3 | for example, I mean, I don't know how else to do this. |
| 04:35:08 | 4 | But it wasn't too long ago the tables didn't work in |
| 04:35:14 | 5 | Microsoft Word.  It wasn't Microsoft's responsibility |
| 04:35:17 | 6 | solely to make that work.  There had to be a |
| 04:35:19 | 7 | corroboration between screen readers and Microsoft to |
| 04:35:23 | 8 | make things like that work. |
| 04:35:24 | 9 | Q.       Is it ever the job of a Webmaster to remove |
| 04:35:40 | 10 | inaccessible elements or modify inaccessible elements |
| 04:35:44 | 11 | to make them accessible? |
| 04:35:47 | 12 |          MR. PLUNKETT:  Objection, vague. |
| 04:35:48 | 13 |          THE WITNESS:  I don't think it's the Web |
| 04:35:53 | 14 | designer's job to remove content from their site to |
| 04:36:01 | 15 | follow -- I am putting this wrong. |
| 04:36:06 | 16 |          I don't think it's their job to remove |
| 04:36:11 | 17 | content, to degrade their site visually for sighted |
| 04:36:15 | 18 | people so blind people can access it in the same way as |
| 04:36:22 | 19 | a sighted person. |
| 04:36:23 | 20 | Q.       MR. BASRAWI:  Do you believe -- I'm sorry, go |
| 04:36:25 | 21 | on. |
| 04:36:25 | 22 | A.       No, go ahead. |
| 04:36:25 | 23 | Q.       No, if you had something else to say. |
| 04:36:27 | 24 | A.       I lost it. |
| 04:36:28 | 25 | Q.       Okay.  Do you believe that -- |

```
04:48:45  1                THE WITNESS:  Yes, I have.
04:48:50  2      Q.   MR. BASRAWI:  And what was -- do you recall
04:48:55  3   what those were?
04:48:59  4                MR. PLUNKETT:  Objection, vague.
04:49:00  5                THE WITNESS:  What do you mean what they were?
04:49:04  6      Q.   MR. BASRAWI:  What those buttons that you were
04:49:06  7   unable to use were, on which Web sites?
04:49:12  8                MR. PLUNKETT:  Objection, vague.
04:49:14  9                THE WITNESS:  I see buttons every day that I
04:49:18 10   can't click that don't describe what they do.
04:49:21 11      Q.   MR. BASRAWI:  Okay.  Can you tell me about
04:49:24 12   your experience with the Proceed to Checkout button on
04:49:26 13   target.com?
04:49:33 14                MR. PLUNKETT:  Objection, lacks foundation.
04:49:39 15                THE WITNESS:  One of the checkout buttons at
04:49:41 16   the top of the page did actually click and bring me to
04:49:43 17   a new page.  The one at the bottom did not.
04:49:46 18      Q.   MR. BASRAWI:  Okay.  Let's talk about the one
04:49:49 19   at the top of the page.  When you said it did take you
04:49:54 20   to the next page, another page, what steps did you take
04:49:58 21   in order to activate the button to make it to go to
04:50:01 22   another page?
04:50:02 23      A.   I pressed Enter on it.
04:50:04 24      Q.   You pressed Enter on it?
04:50:05 25      A.   I did.
```

```
05:39:42  1    A.        Because I am not sure what level of knowledge
05:39:44  2    is needed to obtain expertise in anything.
05:39:58  3    Q.        Did you tell me that a non expert could not do
05:40:01  4    what you did on target.com?
05:40:05  5              MR. PLUNKETT:  Objection, asked and answered.
05:40:07  6              THE WITNESS:  What are we classifying as
05:40:15  7    expert and not expert here?
05:40:16  8    Q.        MR. BASRAWI:  I am just asking you a question
05:40:18  9    about what you told me on Friday.  I am not asking for
05:40:22 10    your opinion here, I am just asking for what you told
05:40:25 11    me on Friday.
05:40:27 12    A.        I don't know that I understood where we were
05:40:29 13    going with the conversation on Friday.  I don't
05:40:35 14    remember.
05:40:35 15    Q.        You don't remember?
05:40:36 16    A.        No, actually, I don't remember.
05:40:39 17    Q.        Okay.  Did you tell me that a blind person who
05:41:13 18    did not have advance training would have encountered
05:41:17 19    difficulties using target.com?
05:41:29 20    A.        I think what I said was a person that did not
05:41:32 21    have training would have trouble using JAWS on
05:41:36 22    target.com.
05:41:37 23    Q.        What level of training?
05:41:38 24    A.        It depends on the individual.
05:41:40 25    Q.        Mr. Polk, do you recall me asking you whether
```

83

```
05:18:17  1    clicked on the electronics link.  What else?
05:18:23  2              I can't remember what else I clicked on.
05:18:25  3    Q.        Okay.  You said you clicked on the create an
05:18:28  4    account or sign up for a new account?
05:18:30  5    A.        Right.
05:18:30  6    Q.        Was that a link, do you recall?
05:18:35  7    A.        Actually, it was the quick sign in.
05:18:41  8    Q.        Okay.  Did you have an account prior to this
05:18:46  9    particular visit?
05:18:48 10    A.        No, I did not.
05:18:49 11    Q.        Okay.
05:18:51 12    A.        I -- sorry.
05:18:52 13    Q.        Why did you decide to create an account at
05:18:58 14    this particular time?
05:18:59 15    A.        I was asked to purchase something from
05:19:07 16    target.com.
05:19:09 17    Q.        Okay.  So when you clicked on a link for
05:19:19 18    signing in, do you recall what you did next?
05:19:24 19    A.        There was a thing on the page, if I remember
05:19:33 20    correctly, for you to enter your email address in, and
05:19:38 21    it said leave blank the password if you don't have one.
05:19:42 22    Q.        It said that where?
05:19:43 23    A.        On that first page.
05:19:46 24    Q.        Okay.
05:19:46 25    A.        I'm really having a rough time right now.
```

72

```
05:19:49  1   Q.         Okay.  I understand.  I am just asking you
05:19:51  2   what you can remember.
05:19:53  3   A.         Right, I know.
05:19:53  4   Q.         Okay.  Do you remember what you did after
05:19:58  5   that?
05:19:58  6   A.         There was an area to -- then I went -- once I
05:20:06  7   created the account, is that what you want to know?
05:20:09  8   Q.         I want to know after you entered your email as
05:20:14  9   you said, what you did next?
05:20:15 10   A.         Then I went to -- where did I go next?  I
05:20:22 11   don't remember my next step.
05:20:23 12   Q.         Okay.  That's fine.
05:20:25 13              MR. PLUNKETT:  Do you want me to get you
05:20:29 14   another Coke?  I mean, I'm not trying get you too
05:20:32 15   hopped up on caffeine, but I notice your can is empty,
05:20:36 16   so if you want another drink.
05:20:38 17              THE WITNESS:  Yes, sure, thank you.
05:20:39 18              MR. PLUNKETT:  Then why don't we go off the
05:20:42 19   record briefly.
05:20:43 20              THE WITNESS:  Sorry.
05:20:45 21              THE VIDEOGRAPHER:  Going off record at 5:19.
05:21:04 22              (Break.)
05:24:44 23              THE VIDEOGRAPHER:  Back on record 5:23.
05:24:48 24   Q.         MR. BASRAWI:  Okay.  Mr. Polk, when you were
05:24:55 25   navigating for the target.com Web site did you have to
```

73

```
05:41:48   1    somebody with -- who has taken the training courses
05:41:53   2    offered by a training center such as the Lighthouse For
05:42:00   3    the Blind, or who has learned JAWS by reading through
05:42:03   4    the training materials, whether they would encounter
05:42:06   5    difficulty?  Do you recall that?
05:42:08   6    A.        No, I don't.
05:42:09   7    Q.        You don't recall that, all right.  Well, let
05:42:22   8    me ask you this now, then.  Would a person who took a
05:42:27   9    beginning training course on how to use JAWS or another
05:42:33  10    screen reader at the Lighthouse or a similar
05:42:36  11    institution encounter difficulties on target.com
05:42:41  12    because of accessibility elements?
05:42:44  13              MR. PLUNKETT:  Objection, calls for
05:42:45  14    speculation.
05:42:45  15              THE WITNESS:  I don't know how to answer that
05:42:49  16    because I don't know the level of knowledge that the
05:42:53  17    person would come out of the class with.
05:42:57  18              For instance, I may teach somebody one way of
05:43:00  19    doing things and John Smith may teach a student another
05:43:07  20    way of doing things, so I really don't know how to
05:43:10  21    answer that.
05:43:10  22    Q.        MR. BASRAWI:  And do you believe that that
05:43:12  23    would affect their ability to use target.com?
05:43:16  24              MR. PLUNKETT:  Objection, calls for
05:43:17  25    speculation.
```

```
05:43:17  1            THE WITNESS:  Do I believe that what would
05:43:20  2   affect their ability?
05:43:20  3   Q.        MR. BASRAWI:  What techniques they were taught
05:43:22  4   on JAWS use.
05:43:23  5   A.        Yes.
05:43:23  6   Q.        Okay.  So somebody who did experience a
05:43:29  7   beginning training course who was not taught the
05:43:34  8   techniques that you might teach may experience
05:43:39  9   difficulties using target.com?
05:43:44 10            MR. PLUNKETT:  Objection, calls for
05:43:45 11   speculation.
05:43:45 12            THE WITNESS:  I'm saying that one user taught
05:43:49 13   by someone and another user taught by someone else may
05:43:52 14   have different experiences on target.com.
05:43:58 15   Q.        MR. BASRAWI:  You told me that a non expert
05:44:21 16   would encounter difficulties on target.com or problems
05:44:26 17   on target.com, correct?
05:44:27 18            MR. PLUNKETT:  Objection, asked and answered.
05:44:29 19            Counsel, you really need to move on, you have
05:44:31 20   asked him this several times.  And if you want to
05:44:35 21   testify about what you remember, that's fine.  But you
05:44:37 22   have already asked the witness his recollection of your
05:44:39 23   conversation with him.
05:44:40 24            MR. BASRAWI:  Well, I am entitled to probe the
05:44:43 25   witness, Counsel.
```

85

```
05:50:09  1   Q.       MR. BASRAWI:  Mr. Polk, did you tell me on
05:50:10  2   Friday that target.com is not as fully and equally
05:50:16  3   accessible to a blind user as it is to a sighted user?
05:50:25  4   A.       Yes.  Which I stated earlier today, as well.
05:50:28  5   Q.       So you believe that target.com is not as fully
05:50:32  6   and equally accessible to a blind user as it is to a
05:50:36  7   sighted user?
05:50:37  8            MR. PLUNKETT:  Objection, asked and answered.
05:50:45  9            THE WITNESS:  There are aspects on target.com
05:50:47 10   that are not accessible.
05:50:50 11   Q.       MR. BASRAWI:  Again, I don't believe that
05:50:51 12   that's answering my question.
05:50:53 13   A.       I have answered three times.
05:50:54 14   Q.       You have responded, yes, but you have not
05:50:57 15   answered my question.
05:50:58 16            MR. PLUNKETT:  Counsel, that's not a fair
05:51:01 17   characterization.  You were absolutely repeating
05:51:04 18   yourself over and over again when you know that the
05:51:07 19   witness is tired.
05:51:08 20            MR. BASRAWI:  I am entitled to ask a question
05:51:11 21   and get an answer to my question.
05:51:15 22   Q.       My question is is target.com in your opinion
05:51:21 23   fully and equally accessible to the blind as it is to a
05:51:26 24   sighted user?
05:51:28 25            MR. PLUNKETT:  Objection, asked and answered.
```

```
05:51:28   1              THE WITNESS:  My answer is the same as it was
05:51:38   2     earlier, I can't answer that without knowing what the
05:51:40   3     links do at the top of the page.
05:51:50   4     Q.        MR. BASRAWI:  Mr. Polk, on Friday you told me
05:51:51   5     that you did not believe that you were represented by
05:51:53   6     any attorneys in connection with this litigation; is
05:51:57   7     that correct?
05:51:57   8     A.        That is correct.
05:51:58   9     Q.        I understand that you have used the target.com
05:52:15  10     Web site store locator feature before; is that correct?
05:52:18  11     A.        Correct.
05:52:18  12     Q.        And did that function assist you in finding a
05:52:24  13     Target store in which you then physically shopped?
05:52:28  14     A.        Yes, it did.
05:52:28  15     Q.        I understand that you visited target.com in
05:52:34  16     the past to preshop for items that you intended to
05:52:37  17     purchase at a physical store; is that correct?
05:52:39  18     A.        It is also correct.
05:52:41  19     Q.        And what does preshopping entail?
05:52:45  20     A.        If I am going to go look for different brands
05:52:50  21     of things, or find out how much something costs, or
05:52:54  22     find out if Target even has it, or looks like I know
05:53:01  23     what I need so when I have the assistance of a CSR in
05:53:05  24     Target I'm not fumbling around thinking about what I
05:53:08  25     want or what brand I need.
```