# EXHIBIT 11

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION
OF THE BLIND OF CALIFORNIA,
on behalf of their members;
and BRUCE F. SEXTON, on behalf
of himself and all others
similarly situated,

        Plaintiffs,

-vs-                            No. C06-01802 MHP

TARGET CORPORATION,        CERTIFIED

        Defendant.          COPY

---

VIDEOTAPED DEPOSITION OF SUZANNE TRITTEN

OKLAHOMA CITY, OKLAHOMA

FRIDAY, JUNE 30, 2006

REPORTED BY:
TRENA K. BLOYE
CSR

JOB No. 49610

www.sarnoffcourtreporters.com

Irvine • Los Angeles • San Francisco
phone 877.955.3855 • fax 949.955.3854



SARNOFF
Court Reporters and
Legal Technologies

| | | |
|---|---|---|
| 01:53:18 | 1 | website before? |
| 01:53:19 | 2 | A    No. |
| 01:53:19 | 3 | Q    So, that was your very first time going? |
| 01:53:22 | 4 | A    That was my very first visit. |
| 01:53:25 | 5 | Q    Okay.  And when you visited target.com, |
| 01:53:29 | 6 | did you receive advice, assistance, or instruction |
| 01:53:32 | 7 | from anyone? |
| 01:53:33 | 8 | A    No. |
| 01:53:33 | 9 | Q    So I'm to understand all you are told is |
| 01:53:38 | 10 | to look over it and see if you could make a |
| 01:53:41 | 11 | purchase? |
| 01:53:42 | 12 | A    Correct. |
| 01:53:42 | 13 | Q    About how much time did you spend on the |
| 01:53:52 | 14 | site on the 13th? |
| 01:53:53 | 15 | A    On the 13th, all total I spent about four |
| 01:53:57 | 16 | hours. |
| 01:53:59 | 17 | Q    Did the target.com website pose any |
| 01:54:08 | 18 | initial confusion for you when you accessed their |
| 01:54:11 | 19 | home page? |
| 01:54:12 | 20 | A    Confusion is not the appropriate term. |
| 01:54:17 | 21 | Q    I'm looking at Plaintiff's Exhibit A |
| 01:54:24 | 22 | (sic.), which is your declaration -- |
| 01:54:24 | 23 | A    Well -- |
| 01:54:27 | 24 | Q    Let me just read it to you.  And I'm sure |
| 01:54:30 | 25 | counsel will tell me if I have it incorrect. |

27

| | | |
|---|---|---|
| 01:59:29 | 1 | 450 words a minute without stopping or taking a |
| 01:59:32 | 2 | break, how much of it would you absorb? |
| 01:59:36 | 3 | Q        Okay.  And then you said that you |
| 01:59:42 | 4 | realized there were a lot of links.  You turned off |
| 01:59:45 | 5 | the JAWS speaking key, and then you used the arrow |
| 01:59:50 | 6 | keys? |
| 01:59:50 | 7 | A        Yes. |
| 01:59:50 | 8 | Q        Okay.  Now, what was happening as you |
| 01:59:52 | 9 | used the arrow keys? |
| 01:59:53 | 10 | A        Basically, I was moving from link to link |
| 01:59:57 | 11 | in whatever order they came. |
| 02:00:03 | 12 | Q        And you stated that -- let me understand. |
| 02:00:08 | 13 | A lot of those links, there was no clear indication |
| 02:00:11 | 14 | of what they were; is that correct? |
| 02:00:13 | 15 | A        Correct. |
| 02:00:14 | 16 | Q        Okay.  So, was JAWS reading off the URL? |
| 02:00:19 | 17 | Is that what happened? |
| 02:00:20 | 18 | A        Yes. |
| 02:00:21 | 19 | Q        About how many links, approximately, did |
| 02:00:25 | 20 | you go through? |
| 02:00:32 | 21 | A        Um, before I stopped reviewing the page |
| 02:00:36 | 22 | link by link, somewhere between 50 and 60, maybe. |
| 02:00:44 | 23 | I really can't tell you 100 percent for sure.  It |
| 02:00:49 | 24 | was several. |
| 02:00:51 | 25 | Q        And these all had that long URL? |

31

```
02:02:33   1    to be the same type of link that I had already
02:02:37   2    heard.
02:02:37   3         Q    Okay.  So you did about ten or fifteen.
02:02:43   4    You realized there was a whole grouping of that.
02:02:45   5    Then what did you do?  How did you get around these
02:02:48   6    groupings?
02:02:49   7         A    Well, I realized that what I needed as
02:03:02   8    far as getting around the site was really at the
02:03:04   9    top.  If I could move back and go to the home
02:03:07   10   department or the bed and bath department, I could
02:03:10   11   get off this home page and get on with things.
02:03:15   12        Q    So which keys did you press at that point
02:03:18   13   when you realized you had to get back to the top of
02:03:21   14   the page?
02:03:21   15        A    I used control plus home and followed
02:03:27   16   that with a few presses of the tab key.
02:03:43   17        Q    When you visit other websites, does this
02:03:46   18   usually happen, that you have so many groupings of
02:03:51   19   links?
02:03:51   20             MR. PLUNKETT:  Objection.  Vague.
02:03:52   21        A    Well, every website is different.
02:03:56   22        Q    (By Ms. Roberson) Have you had this
02:03:57   23   happen before?
02:03:58   24             MR. PLUNKETT:  Objection.  Vague.
02:04:04   25        A    I have had -- well, probably in this
```

33

| | | |
|---|---|---|
| 02:04:19 | 1 | instance, the group of links that -- the group of |
| 02:04:28 | 2 | image map links was larger than pretty much |
| 02:04:33 | 3 | anything I had encountered before. |
| 02:04:47 | 4 | Q        (By Ms. Roberson) I'm just looking at my |
| 02:04:49 | 5 | notes.  That's why I'm silent.  I'm sorry. |
| 02:04:52 | 6 | A        Um-hum. |
| 02:04:53 | 7 | Q        Do you have any idea what was on those |
| 02:05:01 | 8 | links? |
| 02:05:03 | 9 | A        I have no idea, because I never asked |
| 02:05:05 | 10 | anyone to tell me. |
| 02:05:07 | 11 | Q        Does that -- |
| 02:05:09 | 12 | A        My guess is that they are pictures of |
| 02:05:12 | 13 | things that Target is advertising. |
| 02:05:20 | 14 | Q        Okay.  Does it bother you that you |
| 02:05:23 | 15 | couldn't tell what those were? |
| 02:05:25 | 16 | A        No. |
| 02:05:28 | 17 | Q        So you're on the home page.  You realize |
| 02:05:32 | 18 | that there are all of these image links and that's |
| 02:05:38 | 19 | it's easier to go back up to the top of the home |
| 02:05:41 | 20 | page, correct, or the beginning of the home page? |
| 02:05:46 | 21 | A        Correct. |
| 02:05:47 | 22 | Q        Okay.  What did you do next? |
| 02:05:48 | 23 | A        I found the home link and pressed enter. |
| 02:05:55 | 24 | Q        And what happened? |
| 02:05:56 | 25 | A        A new page loaded.  And below the links |

34

| | | | |
|---|---|---|---|
| 02:23:19 | 1 | A | But, no, not websites. I wouldn't try. |
| 02:23:23 | 2 | Q | Why not? |
| 02:23:23 | 3 | A | Because, for one thing, what you hear and |
| 02:23:30 | 4 | | probably what are seen -- is seen on the screen, I |
| 02:23:33 | 5 | | can't guarantee they are going to be the same. |
| 02:23:38 | 6 | Q | And why is that? |
| 02:23:40 | 7 | A | Because some graphics have what they call |
| 02:23:47 | 8 | | alt tags, which means that while there is a nice, |
| 02:23:51 | 9 | | pretty little picture on the screen, in the |
| 02:23:54 | 10 | | underpinnings of the programming there is text. |
| 02:23:58 | 11 | Q | Okay. And is that what you would hear? |
| 02:24:08 | 12 | A | And that's what I would hear. |
| 02:24:11 | 13 | Q | Okay. Now, if there is isn't alt tags, |
| 02:24:17 | 14 | | what would you hear? |
| 02:24:18 | 15 | A | If there aren't alt tags I would here |
| 02:24:23 | 16 | | sometimes, usually the URL, like we -- like I |
| 02:24:27 | 17 | | mentioned on the home page. |
| 02:24:31 | 18 | Q | Okay. So on the home page, all of those |
| 02:24:34 | 19 | | image maps where you heard the URL did not have alt |
| 02:24:39 | 20 | | tags; is that correct? |
| 02:24:41 | 21 | | MR. PLUNKETT: Objection. Calls for |
| 02:24:42 | 22 | | speculation. |
| 02:24:43 | 23 | A | All I can say is that's my guess. |
| 02:24:46 | 24 | Q | (By Ms. Roberson) Okay. Based on what |
| 02:24:47 | 25 | | the screen reader was -- |

46

| | | |
|---|---|---|
| 02:47:47 | 1 | Q        Is that important to you? |
| 02:47:50 | 2 | A        It's not so much that it's important.  It |
| 02:47:54 | 3 | was just fun, because even though I did a lot of |
| 02:48:02 | 4 | this shopping and looking around, eventually, most |
| 02:48:05 | 5 | of it I realized I was going to ask my husband if |
| 02:48:10 | 6 | it looked good or if it -- eventually, I was going |
| 02:48:14 | 7 | to get some other input.  But it was just fun to |
| 02:48:21 | 8 | do. |
| 02:48:21 | 9 | Q        Would you say it was a more independent |
| 02:48:24 | 10 | way of shopping? |
| 02:48:25 | 11 | MR. PLUNKETT:  Objection.  Vague. |
| 02:48:27 | 12 | A        No, I would not say it was more |
| 02:48:30 | 13 | independent, because eventually I was going to ask |
| 02:48:36 | 14 | for assistance. |
| 02:48:38 | 15 | Q        (By Ms. Roberson) Okay.  But in the |
| 02:48:43 | 16 | meantime you got to look around on your own terms? |
| 02:48:47 | 17 | A        Um-hum, I got to look around on my own. |
| 02:48:51 | 18 | Q        Did you run into any more image maps that |
| 02:48:58 | 19 | weren't coded correctly or had long URLs when you |
| 02:49:02 | 20 | were doing this? |
| 02:49:03 | 21 | A        Here and there I would run into one or |
| 02:49:06 | 22 | two. |
| 02:49:06 | 23 | Q        And what did you do? |
| 02:49:08 | 24 | A        I just ignored them. |
| 02:49:10 | 25 | Q        Okay.  So what did you do next? |

56

| | | | |
|---|---|---|---|
| 02:53:14 | 1 | A | Here, this page, I pressed the add to bag |
| 02:53:18 | 2 | button. This page came up and it said, "People who |
| 02:53:20 | 3 | bought these wind chimes also bought this." |
| 02:53:24 | 4 | Q | Um-hum. |
| 02:53:24 | 5 | A | And we had all kinds of wonderful |
| 02:53:27 | 6 | advertisements, and I had to find -- you know, I |
| 02:53:32 | 7 | had to locate the "Proceed to checkout" button, |
| 02:53:38 | 8 | because I didn't want any of these other things. |
| 02:53:40 | 9 | Q | Okay. |
| 02:53:41 | 10 | A | And -- |
| 02:53:55 | 11 | Q | Are you -- |
| 02:53:56 | 12 | A | And when I found it, I found out that -- |
| 02:54:08 | 13 | I guess I'm going to go on here. I found out that |
| 02:54:13 | 14 | this button did not activate by pressing enter. |
| 02:54:18 | 15 | Q | The "Proceed to checkout" button? |
| 02:54:20 | 16 | A | Um-hum. |
| 02:54:21 | 17 | Q | So what did you do? |
| 02:54:22 | 18 | A | I used a standard work around. |
| 02:54:31 | 19 | Q | Okay. What was that standard work |
| 02:54:34 | 20 | around? |
| 02:54:34 | 21 | A | I routed the JAWS cursor -- |
| 02:54:39 | 22 | Q | I'm sorry? |
| 02:54:40 | 23 | A | Okay. |
| 02:54:43 | 24 | Q | Please bring it to -- |
| 02:54:45 | 25 | A | Okay. Let's do this in -- |

60

| | | |
|---|---|---|
| 02:54:48 | 1 | Q       You can use the same terms, just slowly. |
| 02:54:51 | 2 | A       Okay. What I did is -- you know, you |
| 02:54:55 | 3 | asked me about the virtual cursor early on. |
| 02:54:59 | 4 | Q       Right. |
| 02:55:00 | 5 | A       That's what I'm using at the time I press |
| 02:55:03 | 6 | enter on that button. |
| 02:55:04 | 7 | Q       Okay. |
| 02:55:05 | 8 | A       It didn't work. That doesn't mean -- |
| 02:55:10 | 9 | there's something there, it didn't activate. So I |
| 02:55:13 | 10 | simulated using the mouse by pressing a keyboard |
| 02:55:19 | 11 | command that moved the JAWS cursor, or the mouse, |
| 02:55:26 | 12 | to that button where the virtual cursor was. |
| 02:55:34 | 13 | Q       Um-hum. |
| 02:55:35 | 14 | A       And then I pressed the simulated -- I |
| 02:55:42 | 15 | pressed a button on the keyboard that simulates a |
| 02:55:45 | 16 | left mouse click. |
| 02:55:47 | 17 | Q       And what button is that? I could bring |
| 02:55:53 | 18 | out a computer if you -- |
| 02:55:54 | 19 | A       No. Just give me a second. The slash on |
| 02:55:58 | 20 | the number pad. |
| 02:55:59 | 21 | Q       Just the slash on the number pad? |
| 02:56:02 | 22 | A       Um-hum. |
| 02:56:02 | 23 | Q       Okay. |
| 02:56:07 | 24 | A       No. I'm sorry. It's the star. |
| 02:56:08 | 25 | Q       So the star on the number pad? |

61

| | | |
|---|---|---|
| 02:56:10 | 1 | A      Yeah.  I'm sorry.  It's the star. |
| 02:56:16 | 2 | Q      Okay.  So you simulated using the -- and |
| 02:56:19 | 3 | what did you call this process?  You used a term I |
| 02:56:23 | 4 | didn't understand. |
| 02:56:24 | 5 | A      Route the JAWS cursor to the PC cursor. |
| 02:56:29 | 6 | Q      Okay. |
| 02:56:29 | 7 | A      And, actually, in this case it's the |
| 02:56:32 | 8 | Virtual PC cursor. |
| 02:56:39 | 9 | Q      And this a standard work around, you |
| 02:56:44 | 10 | said? |
| 02:56:44 | 11 | A      Excuse me.  Yes. |
| 02:56:46 | 12 | Q      That's all right.  Just out of curiosity, |
| 02:56:57 | 13 | how did you learn about this particular command? |
| 02:57:05 | 14 | A      Through the tutorials I had read over |
| 02:57:09 | 15 | time. |
| 02:57:10 | 16 | Q      Okay.  Okay.  So you routed the JAWS |
| 02:57:18 | 17 | cursor to the PC cursor, and then what happened? |
| 02:57:25 | 18 | A      When I pressed the star on the number |
| 02:57:29 | 19 | pad, I heard the click, meaning that the link had |
| 02:57:32 | 20 | activated, or the button had activated, and I was |
| 02:57:36 | 21 | on my way. |
| 02:57:40 | 22 | Q      How long did it take you to figure out to |
| 02:57:42 | 23 | do this once you found the "Proceed to checkout" |
| 02:57:47 | 24 | out button? |
| 02:57:50 | 25 | A      About ten seconds, at most. |

62

```
03:07:56   1        Q    And that's when you decided to switch to
03:07:59   2   the virtual cursor to find out what was supposed to
03:08:03   3   be in those fields?
03:08:04   4        A    Yes.
03:08:05   5        Q    I'm just going to ask you about some
03:08:23   6   other features on the target.com website.  And I am
03:08:29   7   representing to you that they show up on the
03:08:31   8   target.com website.  Did you use the target.com
03:08:35   9   store locator?
03:08:37  10        A    No.
03:08:37  11        Q    Did you come to find any weekly ads?
03:08:42  12        A    I was asked if I wanted to subscribe to
03:08:46  13   their weekly ad.
03:08:48  14        Q    When were you asked that?
03:08:49  15        A    Sometime during the checkout procedure, I
03:08:58  16   think.
03:08:58  17        Q    Did you know that target.com usually has
03:09:02  18   weekly ads. on its home page?
03:09:05  19        A    I did not.
03:09:11  20        Q    And you didn't come across anything that
03:09:14  21   said "Weekly ad." when you were on the home page;
03:09:21  22   is that correct?
03:09:21  23        A    Correct.
03:09:22  24        Q    Did you come across any grocery coupons?
03:09:27  25        A    I believe at some points I found a
```

70

| | | | |
|---|---|---|---|
| 03:09:32 | 1 | | coupons link, but I never activated it. |
| 03:09:36 | 2 | Q | How did you know it was a coupons link? |
| 03:09:38 | 3 | A | It was labeled. |
| 03:09:39 | 4 | Q | Did you use the target.com pharmacy? |
| 03:09:39 | 5 | A | Excuse me? |
| 03:09:44 | 6 | Q | I'm sorry. The target.com pharmacy. |
| 03:09:49 | 7 | A | No. |
| 03:09:49 | 8 | Q | How about the Club Wed registry? |
| 03:09:52 | 9 | A | No. |
| 03:09:52 | 10 | Q | Target baby registry? |
| 03:09:52 | 11 | A | No. |
| 03:09:53 | 12 | Q | Portrait studio? |
| 03:09:56 | 13 | A | No. |
| 03:09:56 | 14 | Q | Photo center? |
| 03:09:57 | 15 | A | No. |
| 03:09:58 | 16 | Q | Optical center? |
| 03:09:58 | 17 | A | No. |
| 03:09:59 | 18 | Q | Did you access the page describing |
| 03:10:02 | 19 | | privacy rights? |
| 03:10:03 | 20 | A | Actually, no. |
| 03:10:03 | 21 | Q | Did you access the page providing |
| 03:10:06 | 22 | | information to investors? |
| 03:10:07 | 23 | A | No. |
| 03:10:07 | 24 | Q | Did you come across the page providing |
| 03:10:12 | 25 | | employment information to prospective employees? |

71

| | | | |
|---|---|---|---|
| 03:10:15 | 1 | A | Did I come -- I came across the link. |
| 03:10:19 | 2 | Q | You came across -- |
| 03:10:20 | 3 | A | In fact, in most of those cases, other |
| 03:10:26 | 4 | than maybe the optical site, I think I -- I | |
| 03:10:30 | 5 | remember seeing a financial services link and | |
| 03:10:34 | 6 | looking at some of -- you know, looking at those | |
| 03:10:37 | 7 | links, but I never activated them. | |
| 03:10:39 | 8 | Q | Okay. And were those links up in the |
| 03:10:41 | 9 | Target, the top -- | |
| 03:10:44 | 10 | A | Actually, no. |
| 03:10:45 | 11 | Q | Where were they? |
| 03:10:46 | 12 | A | They were -- as JAWS would represent the |
| 03:10:50 | 13 | page, they were at the end of the page, or the | |
| 03:10:52 | 14 | bottom is not -- well, maybe the bottom, the end. | |
| 03:10:56 | 15 | They were the last things JAWS read starting with | |
| 03:11:00 | 16 | the financial services link and then -- | |
| 03:11:06 | 17 | Q | How did you know they were the last |
| 03:11:08 | 18 | things that came up on the page? | |
| 03:11:15 | 19 | A | Because they appeared at the bottom.  I |
| 03:11:20 | 20 | did take some time at one point to look and see | |
| 03:11:25 | 21 | what was at the bottom of the page.  Not at the | |
| 03:11:27 | 22 | home page, but at the bottom of other search pages | |
| 03:11:35 | 23 | I had used. | |
| 03:11:35 | 24 | Q | How did you do that? |
| 03:11:37 | 25 | A | Initially, I came across it by -- I came |

72