# EXHIBIT 14

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN FRANCISCO DIVISION
 4   NATIONAL FEDERATION OF THE BLIND,  )
 5   the NATIONAL FEDERATION OF THE     )
 6   BLIND OF CALIFORNIA, on behalf of  )
 7   their members, and Bruce F. Sexton,)
 8   on behalf of himself and all others)
 9   similarly situated,                )
10                       PLAINTIFFS     )
11   V.                                 ) NO. C06-01802 MHP
12                                      )
13   TARGET CORPORATION,                )
14                       DEFENDANT      )
15                     ORAL DEPOSITION OF
16                     DAVID HENRY WILKINSON
17               TAKEN IN LITTLE ROCK, ARKANSAS
18                         JUNE 21, 2006
19
20
21
22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24   FILE NO.: A00554A
25   REPORTED BY: TERESA IDEN, CCR NO. 646
```

1   A    I graduated from high school in 1985, from Forrest
2   City High School.  I have a Bachelor of Fine Arts in
3   Radio and History from New York University.  And I have
4   a Masters Degree in Student Personnel Administration in
5   Higher Education, also from New York University.
6   Q    Okay.  When did you receive your degrees?
7   A    I received my Bachelor of Fine Arts in 1991.  I
8   received my Master of Arts in 1994.
9   Q    Since those degrees, have you had any other formal
10  training -- or I'm sorry --
11  A    I have not.
12  Q    -- formal educational experience?
13  A    No.
14  Q    Have you had any other kind of educational
15  training, other than what you've just described?
16  A    Can you clarify?
17  Q    Any kind of training implemented by an organization
18  that is designed to train people to do certain things.
19  A    Not that I am immediately aware of.  If I
20  understand your question correctly, then I have not.
21  Q    Okay.  Have you taken -- have you had any
22  instruction of any kind, other than what you've
23  described?
24  A    I don't believe so.  I took a -- actually, I guess
25  two potential exceptions.  I took a course through

```
1    Project Assist in using Microsoft Word.  And I was
2    enrolled in, but didn't attend on a regular basis, a
3    course in HTML a number of years ago.
4    Q    Okay.  Did you receive any kind of certification of
5    completion of these courses?
6    A    No.
7    Q    Okay.  With respect to adaptive software, have you
8    had any kind of formal training?
9    A    I have not.
10   Q    How did you learn to use adaptive software?
11   A    I read product manuals.  I learned how to use the
12   Help System. I called tech support, and I fought and
13   slogged my way through it.
14   Q    Okay.  No one has ever taught you how to use
15   adaptive equipment --
16   A    That is correct.
17   Q    -- or software?
18   A    That is correct.
19   Q    Other than the HTML or Microsoft courses that
20   you've taken, have you had any other training or
21   instruction in computers, generally?
22   A    I'm trying to think, to make sure I don't leave
23   anything out.
24   Q    To the best of your recollection.
25   A    I don't believe so.  To the best of my
```

1   recollection, no.  I take that back.  I had a course in
2   D-Base when it was a DOS based program.
3   Q   And when was that course?
4   A   A long time ago.
5   Q   When were the courses that you -- when did you take
6   the courses in -- for Microsoft and/or HTML?
7   A   Microsoft Word was -- would have been a few months
8   ago.  HTML would have been 2000, 2001.  Somewhere in
9   there.
10  Q   And how long was the Microsoft course?
11  A   Oh, what was it?  It was, like, an eight week
12  little deal where you met, like, an hour a week or so.
13  Q   And how long was the HTML course?
14  A   I have no idea.  It wasn't very long.
15  Q   How many lessons did you attend?
16  A   I have no idea.  The idea behind that course,
17  frankly, wasn't for me to learn very much.  The idea
18  behind that course was to see Internet based learning in
19  action.  And my employer and I got what we needed out of
20  the course and it fortunately didn't require me to know
21  much.
22  Q   Can you explain a little bit more about that?
23  A   I was working for a company that -- I was working
24  for a company called Bartemaes Group that was an
25  adaptive technology vendor.  I was a Sales Manager, and

1   who wasn't home and whom I wouldn't have asked anyway.
2   The point was, I wanted to look around the website and
3   see what I could find, so I did.
4   Q   Okay.  You say in your declaration that you
5   encountered obstacles on target.com.  Do you recall what
6   those obstacles were?
7   A   Certainly a link that doesn't tell me where it's
8   going to go is a barrier to being able to get there.  I
9   also -- well, I'm trying to think if that's -- that's
10  Target-specific.  I think that it would be great if
11  those links -- I mean, if that -- if -- I'm -- and it
12  would be nice if they were labeled specifically.  Could
13  it be probably designed a bit better?  Okay.  But it
14  certainly didn't keep me from using the site.
15              MR. BASRAWI:  I'm sorry.  Can you read back
16         that last answer, please?
17              COURT REPORTER:  Answer, "Certainly the
18         link that doesn't tell me where it goes is a
19         barrier to being able to get there.  I also
20         know -- I'm trying to think if those are
21         Target-specific.  And it would be great if
22         those links -- it would be nice if they were
23         labeled.  Could it be designed a bit better?
24         Okay.  As for that, it didn't keep me from
25         using the site."

1          please.

2                    MR. PLUNKETT:  Okay.

3                    (WHEREUPON, a short break was taken, after

4          which deposition proceedings resumed as

5          follows, to-wit:)

6                    MR. BASRAWI:  Okay.  Back on the record?

7                    COURT REPORTER:  Yes.

8     BY MR. BASRAWI:

9     Q    Mr. Wilkinson, I have a couple more questions.

10    One.  How long did it take you to get to your current

11    level of proficiency with screen reader use?

12                   MR. PLUNKETT:  Objection.  Vague.

13    BY THE WITNESS:

14    A    I'm frankly not sure.  I've been using screen

15    readers, as you know, for quite a long time, but I'm --

16    I'm not really sure.  It's been an ongoing -- it's been

17    an ongoing process.

18    BY MR. BASRAWI:

19    Q    Okay.  Do you know how long it would take someone

20    who is just starting to learn how to use a screen reader

21    -- how long to get to your level of proficiency?

22                   MR. PLUNKETT:  Objection.  Vague.  Calls

23              for speculation.

24    BY THE WITNESS:

25    A    I'm frankly not sure what my level of proficiency

```
 1   A    I'm not sure what my level of proficiency is.  I
 2   believe they've reached -- I believe that some people,
 3   in varying degrees of time, depending on their interest,
 4   ability, and willingness to work at it, will be able to
 5   get to where they need to be, using a computer.
 6   Q    Do you believe that someone who's learning, who
 7   took several weeks or months to learn how to use a
 8   screen reader for the first time, is qualified to be a
 9   consultant in access technologies?
10             MR. PLUNKETT:  Objection.  Incomplete
11         hypothetical.  Vague.  Calls for speculation.
12   BY THE WITNESS:
13   A    I believe we established earlier that I have more
14   of a breadth of knowledge of specific devices that may
15   be useful than someone who is going through classes and
16   learning how to use -- how to use a screen reader.
17             MR. BASRAWI:  Okay.  No further questions.
18             (WHEREUPON, there being no further
19         questions the deposition concluded at 12:15
20         p.m.)
21                      * * * * * * * * * *
22                       WITNESS EXCUSED
23
24
25
```