1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
11 TTY:          (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Fax:          (410) 385-0869

16

# UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

### SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP |
| | **CLASS ACTION** |
| | **ERRATA SHEET TO CORRECT CITATIONS OF TESTIMONY IN PLAINTIFF'S REPLY TO OPPOSITION TO PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | Hearing Date: July 24, 2006 |
| TARGET CORPORATION, | Time: 2:00 p.m. |
| Defendant. | Judge: The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1.   Plaintiffs' Reply to Defendant's Opposition to Motion for a Preliminary Injunction contained a number of unintentional errors concerning the citations to particular page/line numbers in several deposition transcripts. Plaintiffs request leave to file this errata sheet to correct those errors.

2.   In discussing the deposition testimony of Christopher Polk plaintiffs inadvertently referenced the rough transcript of his deposition rather than the final transcript. A new Exhibit 7 to the Declaration of Larry Paradis with excerpts from the final transcript is attached. The correct citations to the Polk final transcript are as follows:

| Page number | Line number | Currently reads | Should read |
|---|---|---|---|
| 6 | 14 | at 60:18-24 | at 60:11-65:3 |
| 6 | 16 | at 83.5-84.10 | at 87:21-88:18 |
| 6 | 19 | at 72:21-73:14 | at 77:16-21 |
| 6 | 21-22 | at 84:18-85.2 | at 89:1-4 |
| 6 | 23 | at 89:18-90:2 | at 94:1-10 |
| 6 | 28 (footnote 7) | at 4:23-5:3; 6:5-14; 8:7-21; 53:10-23; 18:23-19:12; 42:4-9; 45:3-5 | at 8:21-22; 9:2-10:17; 11:2-11:25; 12:7-13:5; 49:15-24 |

3.   In discussing the testimony of Dawn Wilkinson plaintiffs inadvertently referenced the rough transcript at one point and mis-cited the page/line reference at another point. A new Exhibit 13 to the Declaration of Larry Paradis is attached with excerpts from the final transcript and the correct citations are as follows:

| Page number | Line number | Currently reads | Should read |
|---|---|---|---|
| 6 | 28 (footnote 7) | Dawn Wilkinson Dep. at 7:12-8:8; 11:1-23 | Dawn Wilkinson Dep. at 9:17-10:15; 13:12-14:11 |
| 7 | 7 - 8 | Dawn Wilkinson Dep. at 86:10-91:11 | Dawn Wilkinson Dep. at 86:10-88:11 |

4.   In discussing the testimony of David Wilkinson, plaintiffs inadvertently referenced the rough transcript at one point and mis-cited the page/line reference at another point. A new

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Errata Sheet to Correct Citations of Testimony in Plaintiff's Reply to Opposition to Preliminary Injunction   1

Exhibit 14 to the Declaration of Larry Paradis is attached with excerpts from the final transcript and the correct citations are as follows:

| Page number | Line number | Currently reads | Should read |
|---|---|---|---|
| 6 | 28 (footnote 7) | David Wilkinson Dep. at 8:22-9:5; 106:16-24; 108:13-23 | David Wilkinson Dep. at 11:17-12:24; 116:9-17; 118:6-16 |
| 7 | 5 | ("David Wilkinson Dep.") at 84:4-8 | ("David Wilkinson Dep.") at 84:4-14 |

5.   In discussing the Deposition of Suzanne Tritton, plaintiffs inadvertently mis-cited the page/line reference at one point.  A new Exhibit 11 to the Declaration of Larry Paradis is attached with excerpts from the final transcript and the correct citations are as follows:

| Page number | Line number | Currently reads | Should read |
|---|---|---|---|
| 7 | 17 | *Id.* at 60:12-15 | *Id.* at 60:12-16 |

6.   In discussing the Deposition of James Thatcher on page 3, plaintiffs inadvertently mis-cited the page/line reference at two points.  A new Exhibit 4 to the Declaration of Larry Paradis is attached with excerpts from the final transcript and the correct citations are as follows:

| Page number | Line number | Currently reads | Should read |
|---|---|---|---|
| 3 | 23 (footnote3) | ("Thatcher Dep.") at 43:19 | ("Thatcher Dep.") at 43:19-21 |
| 3 | 27 (footnote 4) | *Id.* at 108:14-109:1 | *Id.* at 137:17-138:5; 138:6-16 |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on July 14, 2006, in Berkeley, California.

*[signature]*
Heather Akers-Healy

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.:  C 06-01802 MHP
Errata Sheet to Correct Citations of Testimony in Plaintiff's Reply to Opposition to Preliminary Injunction   2