# EXHIBIT 13

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   NATIONAL FEDERATION OF THE BLIND,  )
 5   the NATIONAL FEDERATION OF THE     )
 6   BLIND OF CALIFORNIA, on behalf of  )
 7   their members, and Bruce F. Sexton,)
 8   on behalf of himself and all others)
 9   similarly situated,                )
10                      PLAINTIFFS)
11   V.                  ) NO. C06-01802 MHP
12                                     )
13   TARGET CORPORATION,                )
14                      DEFENDANT )
15              ORAL DEPOSITION OF
16                DAWN WILKINSON
17         TAKEN IN LITTLE ROCK, ARKANSAS
18                JUNE 21, 2006
19
20
21
22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24   FILE NO.: A00554A
25   REPORTED BY: TERESA IDEN, CCR NO. 646
```

1

1  A  No.
2  Q  You don't have any kind of training with related to
3  adaptive software?
4  A  No.
5  Q  Okay. How about in computer use, generally?
6  A  No.
7  Q  Okay. If I'm silent, by the way, it's because I'm
8  listening to my notes here, so --
9  A  Oh.
10 Q  -- don't -- don't worry about that. Have you had
11 any training in computer software?
12 A  No, I have not.
13 Q  How about web design?
14 A  No. I'm clueless --
15 Q  Okay.
16 A  -- in web design.
17 Q  Okay. Can you please describe your job history,
18 beginning with your current job and going backwards?
19 A  Okay. That's easy. It's the only job I've had. I
20 started in the fall of '98 -- in August of 1998. And I
21 started as a Braille Instructor at the School for the
22 Blind, teaching elementary children K-6.
23 Q  Okay.
24 A  And I taught braille with the addition of -- one
25 year I think they added an Arkansas History course on

9

1  me, and one year I -- I taught a couple of math classes
2  with the only three students in there, as well.  And
3  then, until August of this past year, when I began
4  teaching Adaptive Technology to secondary students.  And
5  so, this is my first year working with 7-12.  There were
6  one or two occasions where I had, like, one or two
7  students, during my braille instruction time that they
8  were students who had just come in and lost their
9  vision, you know, right recently within the last six
10  months or so.  And just -- they wanted someone to help
11  them with braille and just sort of, you know, show them
12  a little bit about what they could still do on a
13  computer --very, very basic stuff, but other than that,
14  this is my first year of ever actually teaching adaptive
15  technology full-time.
16  Q    And you said that you teach adaptive technology to
17  7th through 12th graders?
18  A    Uh-huh.
19  Q    Is that right?
20  A    Uh-huh.
21  Q    But not elementary school?
22  A    No.
23  Q    Is it a mixed classroom that you teach in?
24  A    I have -- I usually have on average of three to
25  four students at a time, per class period.  And they're

1  braille displays and I have various types of braille
2  displays in my classroom.  All of my students that I
3  have are -- I have probably -- well, all of them are
4  braille readers currently, that I'm teaching.  I don't
5  have any students that I'm teaching any screen-
6  magnification software or any of that kind of stuff.
7  They're all braille readers, and so we do a lot with
8  note-takers and that kind of thing.  So, there is
9  probably, you know, there is not as much time on JAWS as
10 you would -- as you might think.  But there's a wide
11 variety of stuff going on.
12 Q    Okay.  You mentioned that you teach more than one
13 screen reader; is that right?
14 A    I -- well, we have JAWS as our -- it's on our
15 network, so we're kind of stuck to using pretty much
16 JAWS, but I bring in a lot of, like, demos and things
17 that, you know, Window-Eyes and Freedom Box and things
18 that, you know.  I have some students that have laptops
19 and that have -- like, with Toshiba's laptop, for
20 instance, you know, you get a -- it comes with its own
21 little screen reader -- makeshift screen reader thing.
22 And but you know, and so we'll try things like that out.
23 You know, we'll discuss, "Okay.  Why is this not exactly
24 -- you know, what are some of the things that this can
25 do that, you know -- or can't do that JAWS can probably

13

1  handle better?" Or you know, for if you just want to do
2  your Windows Media Player or whatever, you know, if
3  you're interested in a certain task then maybe this is
4  okay for you for this particular part of your, you know,
5  whatever you're going to need it for over the summer.
6  And we've even played with Microsoft Narrator, if you
7  know what that's like. Just to see, you know, because
8  some of the kids didn't even know that it existed. They
9  were like, "What?" And so, you go, "Yeah, it's here."
10  And it's a very minimal option, but there it is. We --
11  we just do different comparisons and such.
12  Q    Okay. Well, I guess that -- just asking you about
13  those pieces of technology that you use to --
14  A    Uh-huh.
15  Q    -- access the Internet, what do you -- what piece
16  of technology do you use with kids?
17  A    Most.
18  Q    All of them.
19  A    Um, --
20  Q    I'm sorry. Were you asking a question or was that
21  --
22  A    No. What do you mean? Out of all those different
23  --
24  Q    Right.
25  A    -- screen reader options and --

14

1  BY MR. BASRAWI:
2  Q   Do you -- I'm sorry.
3  A   Well, I just know that some links could be labeled
4  a little better than others.  But --
5  Q   So, you have gone to web pages that say, "Graphic,"
6  and then --
7  A   Uh-huh.
8  Q   -- has a label on it, correct?
9  A   Uh-huh.
10 Q   For a link?
11 A   Uh-huh.
12 Q   And does that make it easier than if there wasn't a
13 label on that graphic, to identify that link?
14           MR. PLUNKETT:  Objection.  Vague.
15 BY THE WITNESS:
16 A   Well, for essence of time -- for essence of time
17 and you know, the speaking commands, on trying to figure
18 out what it is, you know, yes.  It's obviously easier.
19 BY MR. BASRAWI:
20 Q   Okay.
21           MR. BASRAWI:  All right.  Let's take a
22       break, if you want.  Five minutes?
23           MR. PLUNKETT:  Sure.
24           (WHEREUPON , a short break was taken, after
25       which the deposition proceedings resumed as

43

1  Q    Okay.  Well, I mean, have you ever been to a
2  website that you have found difficult to use?
3          MR. PLUNKETT:  Objection.  Vague.
4  BY THE WITNESS:
5  A    Difficult to use, yes.
6  BY MR. BASRAWI:
7  Q    Okay.  And what websites would those be, if you
8  remember?
9  A    Offhand, I don't really remember specifically.  I
10 mean, it's been a long time since I've probably found
11 something that I just thought, "Oh," you know.  In my
12 personal experience, in most of them, even if things
13 aren't labeled or whatever it's been just -- it's -- you
14 know, you can access a link and find out what it is.
15 And then a lot of times, if you get -- depending on the
16 website -- but if you get -- even in the very first
17 page, if the very first homepage or something doesn't
18 work so well and you get on to the next link, everything
19 else works, you know, fine in some -- in some instances.
20 But you know, you might not have been able to read the
21 label for the link but, boy, once you hit it and found
22 out that that was the calendar or that was the, you
23 know, whatever, it read wonderfully.  It's -- but that's
24 one that has just been my --
25 Q    Okay.

50

1  A    -- my experience as far as -- you know, most things
2  I pretty much think I've been able to figure out, work
3  around, and do -- do what I needed to get done.  It
4  might not have been always the easiest thing in the
5  world, but it was -- it was doable.
6  Q    And do you find it frustrating when you encounter
7  websites like that?
8         MR. PLUNKETT:  Objection.  Lacks
9          foundation.  Vague.
10  BY THE WITNESS:
11  A    Maybe initially.
12  BY MR. BASRAWI:
13  Q    You do?
14  A    Initially.  I mean, I go, "You know, okay, I'll
15  figure this out."  And you usually do, you know.
16  Q    Just so we're -- we understand what we're talking
17  about, what -- you know, what do you mean by "difficult
18  to use"?
19         MR. PLUNKETT:  Objection.  Lacks
20          foundation.
21  BY THE WITNESS:
22  A    Um -- I think it -- I mean, it varies.  I mean, it
23  just totally varies on whatever kind of website.  I
24  mean, some of them will just say, "Graphic," and that's
25  it.  Or some of them will say a bunch of stuff and it'll

51

1  Q   Okay.  I understand that you visited target.com on
2  May 23rd; is that correct?
3  A   Yes.
4  Q   Okay.  And at that visit, you used Freedom Box; is
5  that correct?
6  A   Yes.
7  Q   Did you notice any differences in the way you were
8  able to access target.com on that occasion from previous
9  occasions?
10 A   When it first comes up, the first thing it says is,
11 "Can I help you find something?"  And where as, you
12 know, JAWS would start reading more of the, "Target.com,
13 duh, duh, duh, duh."  You know, it would read the whole
14 thing and then it would get to the, "Can I help you find
15 something?"  You know, it was -- Freedom Box, when it
16 comes up, it's kind of designed to kind of start at the
17 -- like you know, big catch phrase.  And then, of course
18 with Freedom Box, when you -- a portion of the page --
19 you have to change that a little.  I mean, the page is -
20 - was going to be a little different that time because I
21 had been -- I had already created my account with JAWS
22 the time before.  But I did actually log out and, you
23 know, tell it that I wasn't me at one point just to see
24 kind of how it came up and what it said.  But other than
25 not having to enter, of course, Forms Mode when you fill

86

1  in -- like if you want to do a Search or if you're
2  entering your username or password or any of the other
3  stuff, the quantity.  You -- of course, you don't have
4  those shortcuts.  Like, there's certain shortcuts that
5  maybe JAWS might have that Freedom Box doesn't.  I mean,
6  you can still use -- you can still use, like you know,
7  "E" to go to Edit for, you know, form fields and that
8  kind of thing.  There are some things -- of course
9  Windows Find is going to work the same as it always
10  does.  But, like, "B" for  -- things like "B" for button
11  and things like that are -- you know, are different.  It
12  uses -- you use a modifier key and "H" to do headings.
13  You can use your -- whatever your modifier key is
14  because you can customize that.  You can have it either
15  be your Insert or your Shift key -- you can -- you have
16  control over what your modifier key is, with Freedom
17  Box.  So, you can -- you can still do things, it's just
18  a little bit different.  And then, like, the checkout --
19  the "Proceed to Checkout" button.  With Freedom Box, you
20  hit Enter and it works great.  So, with JAWS, when I got
21  to the "Proceed to Checkout" button -- and honestly,
22  every other button worked fine -- but "Proceed to
23  Checkout", you hit Enter -- and you can hit Enter all
24  day, and it just sits there.
25  Q    And this is with which?

87

1  A   With JAWS. And so, with JAWS, you -- you do your
2  Insert+Z and turn off your virtual cursor and then you
3  tab over to find that "Proceed to Checkout" button
4  again, with your Virtual PC cursor off, and hit Enter
5  and it works fine. And then you can turn your cursor
6  back on and everything works beautifully. But with
7  Freedom Box, you didn't have to do that. You just hit
8  Enter and it will --
9  Q   And you're talking about the "Proceed to Checkout"
10  button when you're going to make a purchase?
11  A   Uh-huh.
12  Q   And do you know where that button was located, on
13  the page?
14  A   It's after you -- you've got your "Contents of Your
15  Cart" and you've got -- it'll say, you know, "Quantity,"
16  "Update," "Delete," you know, for each item that's in
17  there. And you keep tabbing across and you'll see all
18  the stuff in your cart. And then there's something that
19  says -- you've got, like, a "Continue Shopping," button
20  and then there's -- and it's right -- right in that
21  vicinity when you're -- when you're tabbing across. And
22  when your Virtual PC cursor is off, your arrow keys do
23  not work so well. It jumps around the screen too much.
24  So, you have to tab to find it. Because even if you're
25  directly on it and you -- and you do that Insert+C, to

88