# EXHIBIT 14

Dockets.Justia.com

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4  NATIONAL FEDERATION OF THE BLIND,  )

5  the NATIONAL FEDERATION OF THE     )

6  BLIND OF CALIFORNIA, on behalf of  )

7  their members, and Bruce F. Sexton,)

8  on behalf of himself and all others)

9  similarly situated,               )

10              PLAINTIFFS   )

11  V.                    ) NO. C06-01802 MHP

12                    )

13  TARGET CORPORATION,           )

14            DEFENDANT   )

15            ORAL DEPOSITION OF

16            DAVID HENRY WILKINSON

17        TAKEN IN LITTLE ROCK, ARKANSAS

18              JUNE 21, 2006

19

20

21

22  ATKINSON-BAKER, INC.
    COURT REPORTERS
23  (800) 288-3376
    www.depo.com
24  FILE NO.: A00554A

25  REPORTED BY: TERESA IDEN, CCR NO. 646

                    1

1    part of what I marketed was training.  And as a result

2    of that, we were interested to see how people were using

3    the Internet to conduct training seminars.  And as a

4    result of that, I was enrolled in an HTML course,

5    basically to see how it worked, how stable the

6    environment was to see if a class, at that point in

7    time, could be effectively conducted over the Internet.

8    Q    And what was the -- your feeling about that

9    afterwards?  I mean, what -- what did you gain from this

10   experience?

11   A    I'm frankly not sure if I gained much of anything.

12   Q    Okay.

13   A    I saw it work, and I saw it crash a lot.  And it

14   convinced me that, at that point, it wasn't something

15   that we should be pursuing until technology caught up

16   with the concept a bit more.

17   Q    Okay.  Beginning -- can you please describe your

18   job history, beginning with your current job and going

19   backwards?

20   A    I currently am a Low Vision Consultant for Easter

21   Seals of Arkansas.  I also am an Assistive Technology

22   Consultant.  I do a number of different little projects

23   here and there and everywhere.  Before that, I was a

24   Sales Manager for Freedom Scientific.  I'm sorry, I

25   skipped a job.  I was an Assistive Technology Instructor

11

1  at Lion's World Services for the Blind in Little Rock,

2  which is a vocational rehabilitation center.  Before

3  that, I was a Sales Manager at Freedom Scientific.

4  Before that, I was a Sales Manager for Bartemaes Group,

5  and I was a Sales Manager and the entire sales force.

6  Before that, I was a Residence Hall Director at American

7  University with a building of several hundred freshman

8  and sophomores under my leadership and guidance.

9  Previous to that, I was a Residence Hall Director at

10  Salem State College in Salem, Massachusetts.  The same

11  type of position, but a smaller school, state-run

12  instead of private.  Continuing backwards, now we're to

13  the college years.  I had an internship in the Program

14  Office at the New York University Office of Student --

15  Center for Student Activities or whatever it was called,

16  where we planned a lot of events that were brought onto

17  campus and satisfied the entertainers, negotiated the

18  contracts, etcetera.  I had a position as a desk clerk

19  as I worked my way through my undergrad degree.  I have

20  tuned pianos.  I have worked in a music library.  And

21  I've worked in a photocopy shop.  And I've probably left

22  something out in there.  I also brailed texts for a

23  deaf/blind individual while at NYU, for a couple of

24  years.

25  Q    Okay.  Can you give me the dates for these jobs?

12

1    who wasn't home and whom I wouldn't have asked anyway.

2    The point was, I wanted to look around the website and

3    see what I could find, so I did.

4    Q    Okay.  You say in your declaration that you

5    encountered obstacles on target.com.  Do you recall what

6    those obstacles were?

7    A    Certainly a link that doesn't tell me where it's

8    going to go is a barrier to being able to get there.  I

9    also -- well, I'm trying to think if that's -- that's

10    Target-specific.  I think that it would be great if

11    those links -- I mean, if that -- if -- I'm -- and it

12    would be nice if they were labeled specifically.  Could

13    it be probably designed a bit better?  Okay.  But it

14    certainly didn't keep me from using the site.

15              MR. BASRAWI:  I'm sorry.  Can you read back

16         that last answer, please?

17              COURT REPORTER:  Answer, "Certainly the

18         link that doesn't tell me where it goes is a

19         barrier to being able to get there.  I also

20         know -- I'm trying to think if those are

21         Target-specific.  And it would be great if

22         those links -- it would be nice if they were

23         labeled.  Could it be designed a bit better?

24         Okay.  As for that, it didn't keep me from

25         using the site."

84

1     please.

2          MR. PLUNKETT:  Okay.

3          (WHEREUPON, a short break was taken, after

4     which deposition proceedings resumed as

5     follows, to-wit:)

6          MR. BASRAWI:  Okay.  Back on the record?

7          COURT REPORTER:  Yes.

8   BY MR. BASRAWI:

9   Q   Mr. Wilkinson, I have a couple more questions.

10  One.  How long did it take you to get to your current

11  level of proficiency with screen reader use?

12          MR. PLUNKETT:  Objection.  Vague.

13  BY THE WITNESS:

14  A   I'm frankly not sure.  I've been using screen

15  readers, as you know, for quite a long time, but I'm --

16  I'm not really sure.  It's been an ongoing -- it's been

17  an ongoing process.

18  BY MR. BASRAWI:

19  Q   Okay.  Do you know how long it would take someone

20  who is just starting to learn how to use a screen reader

21  -- how long to get to your level of proficiency?

22          MR. PLUNKETT:  Objection.  Vague.  Calls

23          for speculation.

24  BY THE WITNESS:

25  A   I'm frankly not sure what my level of proficiency

116

1  A   I'm not sure what my level of proficiency is.  I

2  believe they've reached -- I believe that some people,

3  in varying degrees of time, depending on their interest,

4  ability, and willingness to work at it, will be able to

5  get to where they need to be, using a computer.

6  Q   Do you believe that someone who's learning, who

7  took several weeks or months to learn how to use a

8  screen reader for the first time, is qualified to be a

9  consultant in access technologies?

10         MR. PLUNKETT:  Objection.  Incomplete

11           hypothetical.  Vague.  Calls for speculation.

12  BY THE WITNESS:

13  A   I believe we established earlier that I have more

14  of a breadth of knowledge of specific devices that may

15  be useful than someone who is going through classes and

16  learning how to use -- how to use a screen reader.

17         MR. BASRAWI:  Okay.  No further questions.

18         (WHEREUPON, there being no further

19         questions the deposition concluded at 12:15

20         p.m.)

21           ***********

22         WITNESS EXCUSED

23

24

25

118