ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: 949.251.7500
Facsimile: 949.251.0900

DAVID F. MCDOWELL (CA SBN 125806)
SARVENAZ BAHAR (CA SBN 171556)
MICHAEL J. BOSTROM (CA SBN 211778)
DMcDowell@mofo.com
SBahar@mofo.com
MBostrom@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant. | Case No.　　C06-01802 MHP<br><br>**DEFENDANT TARGET CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY BRIEF IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Local Rule 7-11]** |

TARGET'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY BRIEF
 (Case No. 06-01802 MHP)
la-868832

1       Defendant Target Corporation ("Target") seeks leave to file the surreply brief attached
2  hereto as Exhibit 1, as well as the two supporting declarations attached as Exhibits 2 and 3.  The
3  surreply is in support of Target's opposition to the motion for preliminary injunction filed by
4  Plaintiffs National Federation of the Blind, the National Federation of the Blind of California and
5  Bruce Sexton (jointly, "NFB").

6       Target is mindful of the fact that surreply briefs are ordinarily disfavored.  But here, the
7  parties, by agreement and with leave of the Court, conducted depositions of the witnesses who
8  submitted declarations in support of Target's opposition to the motion for preliminary injunction.
9  NFB has thus submitted new evidence in its reply brief that was not available to the parties at the
10 time the opposition was filed.  The surreply brief addresses *only* the new evidence submitted by
11 NFB.  The surreply brief is thus warranted and would assist the Court in resolving NFB's motion.
12 *See Pfohl v. Farmers Ins. Group*, 2004 U.S. Dist. LEXIS 6447 at *4 (C.D. Cal. March 1, 2004)
13 (defendant permitted to file surreply where plaintiff submitted new evidence and raised new
14 argument in reply); *Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga.
15 2005) (allowing surreply "where a valid reason for such additional briefing exists, such as where
16 the movant raises new arguments in its reply brief"); *Murray v. TXU Corp.*, 2005 U.S. Dist.
17 LEXIS 10298 at *4 (N.D. Tex. May 27, 2005) (surreply appropriate "when the movant raises new
18 legal theories or attempts to present new evidence at the reply stage").

19      Target is also mindful of the fact that the hearing on the motion for preliminary injunction
20 is set in less than one week.  Target filed this motion for administrative relief within two business
21 days after NFB filed a notice of errata regarding citations in its reply brief (which it did after
22 Target notified NFB that certain citations appeared to be incorrect).  Target thus acted with
23 diligence in preparing and seeking leave to file a surreply.

24
25
26
27
28

TARGET'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY BRIEF          1
 (Case No. 06-01802 MHP)
la-868832

1     NFB opposes this motion.

2     Respectfully submitted,

3   Dated: June 18, 2006                ROBERT A. NAEVE
                                              DAVID F. MCDOWELL
4                                                 STUART C. PLUNKETT
                                                SARVENAZ BAHAR
5                                                 MICHAEL J. BOSTROM
                                                MORRISON & FOERSTER LLP
6

7

8                                        By:   /s/
                                                 Robert A. Naeve

9                                                 Attorneys for Defendant
10                                                 TARGET CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TARGET'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY BRIEF     2
(Case No. 06-01802 MHP)
la-868832