# EXHIBIT 3

Dockets.Justia.com

ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

DAVID F. MCDOWELL (CA SBN 125806)
SARVENAZ BAHAR (CA SBN 171556)
MICHAEL J. BOSTROM (CA SBN 211778)
DMcDowell@mofo.com
SBahar@mofo.com
MBostrom@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.    C06-01802 MHP<br><br>**DECLARATION OF PAMELA MCGLONE IN SUPPORT OF TARGET CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    July 24, 2006<br>Time:    2:00 p.m.<br>Judge:   The Honorable Marilyn Hall Patel |

1

## DECLARATION OF PAMELA MCGLONE

2      I, Pamela McGlone, declare as follows:

3      I have personal knowledge of the facts set forth herein. If called as a witness, I would

4  and could competently testify thereto.

5      1.    I am a Senior Account Manager at NCO Customer Management Ltd. I am in

6  charge of NCO's account with Amazon.com. NCO partners with Amazon.com, which hosts

7  Target Corporation's website, to provide customer service for callers with questions regarding

8  Target.com.

9      2.    I understand that Bruce Sexton submitted a declaration describing a phone call

10  with a customer service representative who assisted him with questions regarding Target.com

11  at approximately 1:00 a.m. on June 23, 2006. I have reviewed the records of this call and have

12  spoken with the customer service representatives involved.

13      3.    Mr. Sexton first spoke with Vinson, a customer service representative in our

14  Vancouver call center. Mr. Sexton spoke with Vinson for 1 hour and 20 minutes. The call,

15  like all outside calls received by the call center, was recorded. After 1 hour and 8 minutes,

16  Vinson was asked by his supervisor, Terry, the reason he had been on an unusually lengthy

17  call. At that time of night, Vinson represented 25% of the staff available to take Target.com

18  calls, and a queue of other callers had developed. When Vinson explained that Mr. Sexton

19  was blind and was asking for help shopping on Target.com, Terry suggested that Vinson help

20  Mr. Sexton with a few more items and then ask Mr. Sexton to call back to continue his

21  shopping when more representatives were available to help.

22      4.    After 1 hour and 20 minutes, Vinson transferred Mr. Sexton to Terry. The call

23  was not recorded after the transfer, because internal transfers trigger the recording system to

24  stop. Terry proceeded to assist Mr. Sexton to shop on Target.com for at least an additional 40

25  minutes. Thus, Mr. Sexton's call lasted a total of at least 2 hours.

26

27

28

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3     Executed this 18th day of July, 2006, at Seattle, Washington.

4

5     _____

6                              Pamela McGlone

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28