1　ROBERT A. NAEVE (CA SBN 106095)
　　RNaeve@mofo.com
2　MORRISON & FOERSTER LLP
　　19900 MacArthur Blvd.
3　Irvine, California 92612-2445
　　Telephone: 949.251.7500
4　Facsimile: 949.251.0900

5　DAVID F. MCDOWELL (CA SBN 125806)
　　SARVENAZ BAHAR (CA SBN 171556)
6　MICHAEL J. BOSTROM (CA SBN 211778)
　　DMcDowell@mofo.com
7　SBahar@mofo.com
　　MBostrom@mofo.com
8　MORRISON & FOERSTER LLP
　　555 West Fifth Street, Suite 3500
9　Los Angeles, California 90013-1024
　　Telephone: (213) 892-5200
10　Facsimile: (213) 892-5454

11　STUART C. PLUNKETT (CA SBN 187971)
　　SPlunkett@mofo.com
12　MORRISON & FOERSTER LLP
　　425 Market Street
13　San Francisco, CA 94105-2482
　　Telephone: (415) 268-7000
14　Facsimile: (415) 268-7522

15　Attorneys for Defendant
　　TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　Defendant. | Case No.　　C06-01802 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY BRIEF IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Local Rule 7-11]** |

[PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(Case No. 06-01802 MHP)
la-869580

1  Having considered Defendant Target Corporation's ("Target") Motion for Administrative
2  Relief to File Surreply Brief In Support of Opposition to Plaintiffs' Motion for Preliminary
3  Injunction, and good cause appearing, the Court hereby GRANTS Target's Motion.

5  IT IS SO ORDERED.

7  Dated: July __, 2006

_____
Honorable Marilyn Hall Patel
United States District Court Judge

[PROPOSED] ORDER GRANTING TARGET'S MOTION FOR ADMINISTRATIVE RELIEF
(CASE NO. C06-01802 MHP)
la-869580