1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
6
   TODD M. SCHNEIDER (California Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
11 TTY:          (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Fax:          (410) 385-0869

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.: C 06-01802 MHP <br><br> **CLASS ACTION** <br><br> **[proposed] ORDER GRANTING BOTH PARTIES' MOTIONS FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY AND SURREBUTTAL BRIEFS.** <br><br> Judge: The Honorable Marilyn Hall Patel |

1  Having considered Defendant's Motion for Administrative Relief to File Surreply Brief,

2  and Plaintiff's response, good cause appearing, the Court hereby GRANTS parties leave

3  to submit surreply and surrebuttal.

4  IT IS SO ORDERED.

6  Dated: July 20, 2006

_____

Honorable Marilyn Hall Patel

United States District Court Judge

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.:  C 06-01802 MHP
 **[proposed] Order Granting Both Parties' Motions for Administrative Relief to File Surreply and Surrebuttal Briefs**

2