LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS TO EVIDENCE IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 24, 2006<br>Time:         2:00 p.m.<br>Judge:        The Honorable Marilyn Hall Patel |

1  To the extent that the Court considers Target Corporation's Objections to, and Motion to Strike, Evidence, Plaintiffs offer the following general comments:

1. <u>Dr. James W. Thatcher</u>

It is undisputed that Plaintiffs' expert, Dr. James W. Thatcher, has extensive experience testing and evaluating websites to determine the extent to which they are accessible to blind users. *See* Thatcher Dep. at 32:15-35:8; 47:3-49:6; 83:4-85:19 and Thatcher Decl. at ¶4. His experience also includes developing accessibility guidelines and actually working with blind internet users to develop assistive technology. *See* Thatcher Dep. at 22:8-24:24; 27:5-28:22 and Thatcher Decl. at ¶¶7-10. Moreover, unlike Target's expert, Dr. Thatcher spent extensive time and effort specifically evaluating the extent to which target.com is accessible to blind users. *See* Thatcher Dep at 101:9-104:25; 106:13-109:11; 117:23-119:25; 126:1-128:16; 129:2-134:19; 136:12-26; Thatcher Decl. at ¶¶20-61 and Thatcher Decl. Ex. A. Thus, there is more than sufficient foundation for his opinions and conclusions in this matter. Additionally, as is evident from the issues and testimony discussed in the briefs, Dr. Thatcher's opinions are specific and directly relevant to this matter.

Target continues to mischaracterize Dr. Thatcher's testimony by incorrectly claiming that he made no analysis of the actual usability of the website. Target's contention is directly contrary to what Dr. Thatcher states in his report, declarations and deposition. *See* Pl's. Reply Br. at 3-4. In fact, Dr. Thatcher specifically evaluated which types of non-compliance issues pose difficulty for blind users and which do not. *See* Thatcher Decl. Ex. A ¶ 6.1. As an extra level of usability testing, Dr. Thatcher even tested Target.com with JAWS to simulate what the experience of a blind user would be. *See* Thatcher Dep. at 62:11-64:2; 66:3-68:5.

Target simply refuses to acknowledge the content of Dr. Thatcher's assessment report. Instead, Defendant attempts to take one quote from his deposition out of context, while refusing to acknowledge Dr. Thatcher's remaining deposition testimony, which specifically discusses the impact of various types of barriers on the usability of target.com. Finally, Target's contention that the assessment does not apply to the website in its current state is belied by Dr. Thatcher's

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.:  C 06-01802 MHP**
**Plaintiff's Response to Defendant's Objections to Evidence in Support of Preliminary Injunction**     1

1  testimony explaining that he checked target.com the day before his deposition and found that it
2  was still inaccessible. *See* Thatcher Dep. at 62:11-64:2; 64:25-65:11; 66:3-68:5; 95:3-97:21.
3  2.   <u>Dr. Charles Letourneau</u>
4         Defendant's objections to the foundation for the opinion testimony of its own expert
5  witness, Dr. Charles Letourneau, only serve to underscore the fact that Target has failed to rebut
6  Plaintiffs' showing that target.com is generally inaccessible to the blind.  Given Dr. Letourneau's
7  experience as the co-chair of the World Wide Web's Web Accessibility Initiative (the committee
8  that developed the WCAG 1.0 Standards) he is certainly qualified to render the opinions he
9  testified to in his deposition.  Those opinions concerned which features are required for
10 compliance with web accessibility standards and which are required for websites to be readily
11 usable by the blind.  These opinions are relevant in that, among other things, they confirm most
12 of the opinions rendered by Dr. Thatcher concerning the features needed for a website to be
13 accessible to and usable by the blind.
14 3.   <u>Defendant's Declarants</u>
15        With respect to Defendant's objections to the testimony of their own declarants, the
16 attempts by these individuals to use target.com provide the foundation for their admission that
17 the site lacks alternative text and other access features.  In fact, there is no real dispute that
18 target.com generally lacks alt tags and other basic access features.  Whether this absence of
19 access features results in the denial of "full and equal" access is one of the issues in this case.
20        Should the Court have any further questions or concerns regarding the admissibility of
21 evidence, Plaintiffs' counsel will be prepared to address them during the hearing on July 24,
22 2006.
23
24 Respectfully submitted,
25                                          DISABILITY RIGHTS ADVOCATES
26                                          LAURENCE W. PARADIS
                                            MAZEN M. BASRAWI
27
                                            SCHNEIDER & WALLACE
28                                          TODD M. SCHNEIDER
                                            JOSHUA KONECKY

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation*
**Case No.: C 06-01802 MHP**
**Plaintiff's Response to Defendant's Objections to Evidence in Support of Preliminary Injunction**     2

1  
2                                                                BROWN, GOLDSTEIN & LEVY, LLP  
                                                                 DANIEL F. GOLDSTEIN (*pro hac vice*)  
3  
   DATED:       July 20, 2006                      By:      /s/ Laurence W. Paradis  
4                                                                Laurence W. Paradis  
                                                                 Attorneys for Plaintiffs  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

DISABILITY RIGHTS ADVOCATES  
2001 CENTER STREET, THIRD FLOOR  
BERKELEY, CALIFORNIA 94704-1204  
510.665.8644  

---

*National Federation of the Blind, et al. v. Target Corporation*  
**Case No.:  C 06-01802 MHP**  
**Plaintiff's Response to Defendant's Objections to Evidence in Support of Preliminary Injunction**         3