## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 24, 2006

Case No.   C 06-1802  MHP                Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf: Laurence Paradis, Joshua Konecky, Daniel Goldstein, Mazen Basrow
            Dft: Robert Naeve, Stuart Plinkett, Jason Walbourn

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

## PROCEEDINGS

1)   Plaintiffs' Motion for Preliminary Injunction

2)   Defendant's Motion to Dismiss

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motions deemed submitted; Court to issue order.