ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

DAVID F. MCDOWELL (CA SBN 125806)
SARVENAZ BAHAR (CA SBN 171556)
DMcDowell@mofo.com
SBahar@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No.　C06-01802 MHP<br><br>**[PROPOSED] ORDER DENYING NFB'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge:　Hon. Marilyn Hall Patel |

PROPOSED ORDER DENYING ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. 06-01802 MHP

# [PROPOSED] ORDER

This Court has read and reviewed Plaintiffs' Motion for Administrative Relief from General Order 56, as well as Defendant's Opposition thereto.  For good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' Motion for Administrative Relief from General Oder 56 is hereby denied;

2. This Court order the parties to comply with paragraph 6 of General Order 56 within a reasonable period of time; and

3. This Court will schedule a post-mediation status conference to discuss NFB's request for relief from General Order 56, and to discuss a discovery plan in this action.

IT IS SO ORDERED.

Dated:  September __, 2006.

_____
United States District Court Judge