LAURENCE W. PARADIS (Cal. Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (Cal. Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716

TODD M. SCHNEIDER (Cal. Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (Cal. Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Fax: (410) 385-0869

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. C-06-01802 MHP<br><br>**CLASS ACTION**<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56 AS AMENDED**<br><br>Judge: The Honorable Marilyn Hall Patel |

1    **[PROPOSED] ORDER**

2    Having reviewed Plaintiffs' submission titled "Plaintiff's Motion for Administrative

3    Relief from General Order No. 56" and finding good cause therein, the Court grants relief from

4    the remaining requirements under General Order No. 56.  The Court will set a Case Management

5    Conference and the parties may proceed with discovery.  **The parties shall appear for a case

6    management conference on October 23, 2006 at 3:00 p.m., and shall submit a joint cmc statement ten (10) days prior to the conference.**

7    IT IS SO ORDERED.

9    DATED: September_8_, 2006



IT IS SO ORDERED

Judge Marilyn H. Patel

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C-06-01802-MHP**
**[Proposed] Order Granting Plaintiffs' Motion for Administrative Relief from General Order No. 56**

1