**FILED**
SEP 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
06 SEP -6 PM 2: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

National Federation of the Blind, et al.,

CASE NO. C06-01802 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

Target Corporation

Defendant(s).
_____/

Peter Blanck _____, an active member in good standing of the bar of

US District Courts of Massachusetts and D.C. _____ whose business address and telephone number

(particular court to which applicant is admitted)

is

900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300, Syracuse, NY 13244-2130   phone: 315-443-9703

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/18/06

Marilyn Hall Patel
United States District Judge