<div style="margin-left: sidebar">
DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644
</div>

1  LAURENCE W. PARADIS (Cal. Bar No. 122336)
   lparadis@dralegal.org
2  ROGER HELLER (Cal. Bar No. 215348)
   rheller@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:   (510) 665-8644
5  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
6
   TODD M. SCHNEIDER (Cal. Bar No. 158253)
7  tschneider@schneiderwallace.com
   JOSHUA KONECKY (Cal. Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
10 Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
11 TTY:         (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
   dfg@browngold.com                           pblanck@syr.edu
13 BROWN, GOLDSTEIN & LEVY, LLP                900 S. Crouse Ave.
   120 E. Baltimore St., Suite 1700            Crouse-Hinds Hall, Suite 300
14 Baltimore, MD 21202                         Syracuse, NY 13244-2130
   Telephone:   (410) 962-1030                 Telephone:   (315)443-9703
15 Fax:         (410) 385-0869

16 Attorneys for Plaintiffs

17
                    **IN THE UNITED STATES DISTRICT COURT**
18
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19

20 | NATIONAL FEDERATION OF THE                | Case No. C-06-01802 MHP
   | BLIND, the NATIONAL FEDERATION OF
21 | THE BLIND OF CALIFORNIA, on behalf of
   | their members, and Bruce F. Sexton, on behalf | **NOTICE OF SUBSTITUTION OF**
22 | of himself and all others similarly situated, | **COUNSEL**
23 |
   |        Plaintiffs,
24 |                                            | Judge: The Honorable Marilyn Hall Patel
   | v.
25 |
   | TARGET CORPORATION,
26 |
   |        Defendant.
27
28

1   NOTICE IS HEREBY GIVEN that starting on October 2, 2006 and until further notice
Mazen Basrawi will no longer be counsel of record in this matter.  Disability Rights Advocates
remains as counsel and substitutes Roger Heller (State Bar No. 215348) in place of Mr. Basrawi.
All legal documents and correspondence on and after October 2, 2006 should be directed to Mr.
Heller.

DISABILITY RIGHTS ADVOCATES

DATED:     10/03/06            /s/Laurence W. Paradis____
                               Laurence W. Paradis

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C-06-01802-MHP**
**Notice of Substitution of Counsel**

1