## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: October 23, 2006

Case No.   C 06-1802  MHP               Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf:  Laurence Paradis, Joshua Konecky, Daniel Goldstein
            Dft: Harold McElhinny, Stuart Plinkett

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)  Status Conference

2)

### ORDERED AFTER HEARING:

Briefing schedules as follows:

    Motions for Class Certification/Bifurcation to be filed by 2/1/2007;
    Oppositions to be filed by 3/8/2007;
    Replies to be filed by 3/29/2007;
    Motions to be heard 2:30 pm on 4/12/2007;

Discovery limited to Class Certification issues; Admissions limited 60/side; Interrogatories 60/side; Document production 60/side; Depositions limited to 20/side;