1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:    (510) 665-8644
4  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
5
6  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:    (415) 421-7100
   Fax:          (415) 421-7105
9  TTY:          (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)         PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                 900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                          Syracuse, NY 13244-2130
12 Telephone:    (410) 962-1030                 Telephone:   (315) 443-9703
   Fax:          (410) 385-0869                 Fax:         (315) 443-9725

13
14
15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:<br>Time:<br>Judge: The Hon. Marilyn Hall Patel |

26
27
28

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
Plaintiffs' Administrative Motion to File Documents Under Seal

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 79-5(d) and 7-11, Plaintiffs hereby move to file portions of the following documents under seal:

1. Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities.

2. Declaration of Laurence W. Paradis in Support of Plaintiffs' Motion for Class Certification.

The above documents contain deposition testimony that Defendant has designated as confidential pursuant to the Protective Order entered by the Court in this case, on December 19, 2006.

Pursuant to Local Rule 79-5(d) and 79-5(c), Plaintiffs hereby submit: (1) these documents, in their entirety, sealed and marked in accordance with Local Rule 79-5(c)(3); (2) for the Judge, these documents, in their entirety, sealed and marked in accordance with Local Rule 79-5(c)(4); and (3) redacted versions of these documents for the public record in accordance with Local Rule 79-5(c)(5).

Date:   February 1, 2007

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP
PETER BLANCK, J.D., Ph.D.

By: _____
Roger N. Heller
Counsel for Plaintiff

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
Plaintiffs' Administrative Motion to File Documents Under Seal