1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5

6  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
8  Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
9  TTY:         (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)       PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP               900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700           Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                        Syracuse, NY 13244-2130
12 Telephone:   (410) 962-1030                Telephone:   (315) 443-9703
   Fax:         (410) 385-0869                Fax:         (315) 443-9725

13

14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**MANUAL FILING NOTIFICATION**<br><br>**DECLARATION OF LAURENCE PARADIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [PUBLIC AND SEALED VERSIONS]**<br><br>Hearing Date: April 12, 2007<br>Time: 2:30 PM<br>Judge: The Hon. Marilyn Hall Patel |

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

dockets.Justia.com

# MANUAL FILING NOTIFICATION

Regarding: Declaration of Laurence Paradis in Support of Plaintiffs' Motion for Class Certification [Public and Sealed Versions]

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: February 1, 2007

Respectfully Submitted,
DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP
PETER BLANCK, J.D., Ph.D.

By: _____
Roger Heller
Attorney for Plaintiffs

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities

1