1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:     (510) 665-8644
4  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716
5
   JOSHUA KONECKY (California Bar No. 182897)
6  RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:     (415) 421-7100
   Fax:           (415) 421-7105
9  TTY:           (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP
11 120 E. Baltimore St., Suite 1700
   Baltimore, MD 21202
12 Telephone:     (410) 962-1030
   Fax:           (410) 385-0869

13

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17 NATIONAL FEDERATION OF THE              Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
18 THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
19 of himself and all others similarly situated,   **DECLARATION OF JOSHUA
                                            KONECKY IN SUPPORT OF
20                                          PLAINTIFFS' MOTION FOR CLASS
                 Plaintiffs,                CERTIFICATION**
21
                                            Date:   April 12, 2007
22 v.                                       Time:   2:30 p.m.
                                            Judge:  Honorable Marilyn H. Patel
23 TARGET CORPORATION,

                 Defendant.
24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

I, Joshua G. Konecky, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California. I am a member in good standing of the State Bar of California, the Northern District of California, the Eastern District of California, the Central District of California, and the Eleventh Circuit Court of Appeals.

2.     I am a partner at Schneider & Wallace and one of Plaintiff's attorneys in the above-captioned case. Schneider & Wallace is a leading private plaintiff's law firm in employment and civil rights class actions. We specialize in class action litigation in state and federal court. A substantial portion of our class action cases are civil rights class actions in federal court. A copy of the firm resume is attached hereto as Exhibit A.

3.     Schneider & Wallace has acted or is acting as class counsel in numerous cases that have been certified as class actions. A partial list of these cases is: *Bates v. UPS, Inc.* (2004 WL 2370633) (N.D. Cal.) (certified national class action on behalf of deaf employees of UPS, brought to trial with liability finding in favor of Plaintiff class), *affirmed* 465 F.3d 1069 (9th Cir. 2006); *Turner, et al. v. AAMC* (Case No. RG04166148) (Alameda County Superior Court) (class action certified and successfully tried with judgment in favor of the plaintiff class regarding the legality of policies used to evaluate requests for testing accommodations); *Marin, et al., v. Costco Wholesale Corporation* (Case No. RG 04150447) (Alameda County Superior Court) (certified class action for overtime pay and summary judgment entered in favor of the plaintiff class); *De Soto v. Sears, Inc.* (Case No. RG03096692) (Alameda County Superior Court) (certified class action regarding travel time for non-exempt employees); *Satchell v. FedEx Express, Inc.* (Case No. 03-02659 SI) (N.D. Cal) (certified regional class action alleging widespread racial discrimination within FedEx); *Siddiqi v. Regents* 99-0790 SI (N.D. Cal.) (certified class action in favor of deaf plaintiffs alleging disability access violations at the University of California); *Lopez v. San Francisco Unified School District* C-99-03260 SI (N.D. Cal.) (certified class action in favor of Plaintiffs in class action against school district for widespread disability access violations); *Campos v. San Francisco State University* C-97-02326

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
[Proposed] Order Granting Class Certification and Bifurcation

1

1  MCC (N.D. Cal) (certified class action in favor of disabled plaintiffs for widespread disability

2  access violations); *Singleton v. Regents of the University of California* (Alameda County

3  Superior Court) (class settlement for women alleging gender discrimination at Lawrence

4  Livermore National Laboratory); *McMaster v. BCI Coca-Cola Bottling Co.* (Case No.

5  RG04173735) (Alameda County Superior Court) (settlement class action certified on behalf of

6  Coca-Cola "account managers" for denial of overtime pay); *Portugal v. Macy's West, Inc.* (Case

7  No. BC 324247) (Los Angeles County Superior Court) (preliminary approval of class action

8  settlement for misclassification of "loss prevention managers"); *Rios v. Siemens Business*

9  *Services Corporation* (Case No. C05-04697 PJH ADR) (Northern District of California)

10  (settlement class action certified on behalf of former employees for recovery of forfeited

11  vacation benefits).

12      4.      I received my Juris Doctor degree from New York University School of Law in

13  May 1995. From 1995 to 1997, I served as a judicial law clerk for the Honorable Lawrence K.

14  Karlton, Chief Judge Emeritus for the Eastern District of California. Prior to joining Schneider

15  & Wallace, I litigated national disability rights class actions at Disability Rights Advocates in

16  Oakland, California, as well as employment discrimination and minimum wage and hour class

17  actions at the public interest law firm of Saperstein, Goldstein, Demchak & Baller (now

18  Goldstein, Demchak, Baller, Borgen & Dardarian), also in Oakland. I am a former Skadden

19  Public Interest Law Fellow and U.S. Fulbright Scholar in Argentina.

20      5.      I have substantial experience in the area of employment and civil rights law. My

21  practice has involved the representation of Plaintiffs under the California Labor Code, the

22  California Unruh Civil Rights Act, the federal Fair Labor Standards Act (FLSA), Title VII of the

23  Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and the Americans with

24  Disabilities Act of 1990 (ADA). I have actively participated in over 30 class actions filed

25  pursuant to these statutes, including several cases raising issues of first impression. I also have

26  participated actively in three class action trials, all of which resulted in liability findings in favor

27  of the Plaintiff class. The most recent case, *Turner v. AAMC*, was tried in the Complex Case

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
[Proposed] Order Granting Class Certification and Bifurcation

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1    Department of Alameda County Superior Court in June 2006, and resulted in a judgment in favor

2    of the Plaintiff class.

3        6.    I am familiar with the qualifications and experience of Peter Blanck, J.D., Ph.D.,

4    one of Plaintiffs' co-counsel in this case.  Dr. Peter Blanck is University Professor at Syracuse

5    University, where he is chair of the Burton Blatt Institute (BBI).  Dr. Blanck has written articles

6    and books on the Americans with Disabilities Act (ADA) and related laws, received grants to

7    study disability law and policy, represented clients before the U.S. Supreme Court in ADA cases,

8    and testified before Congress.  Dr. Blanck received a Bachelor of Arts from the University of

9    Rochester, a Juris Doctorate from Stanford University, where he was president of the Stanford

10   Law Review, and a Ph.D. from Harvard University.  Dr. Blanck is a former member of the

11   President's Committee on Employment of People with Disabilities, and a Senior Fellow of the

12   Annenberg Washington Program, a Fellow at Princeton University's Woodrow Wilson School,

13   and a Mary Switzer Scholar.  Prior to teaching, Dr. Blanck practiced law at the Washington D.C.

14   firm Covington & Burling, and served as law clerk to the late Honorable Carl McGowan of the

15   United States Court of Appeals for the D.C. Circuit.  Dr. Blanck's books in the area include: The

16   Americans with Disabilities Act and the Emerging Workforce (AAMR, 1998); Employment,

17   Disability, and the Americans with Disabilities Act (Northwestern U. Press 2000); and Disability

18   Civil Rights Law and Policy (with Hill, Siegal & Waterstone) (West, 2003, 2005).  In addition,

19   Dr. Blanck is one of the editors of the Cambridge University Press series Disability Law and

20   Policy.  Attached as Exhibit B is a true and correct copy of the biography of Dr. Peter Blanck,

21   one of Plaintiffs' co-counsel in this case, found at http://bbi.syr.edu/blanck/ (last visited January

22   31, 2007).

23

24

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
[Proposed] Order Granting Class Certification and Bifurcation

3

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed this **3l** day of January, 2007, in San Francisco, California.

Joshua Konecky

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**[Proposed] Order Granting Class Certification and Bifurcation**

4

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

EXHIBIT A

# SCHNEIDER & WALLACE

Schneider & Wallace, founded in 1993, is a 13-attorney law firm that specializes in employment, disability and civil rights litigation. Our class action practice focuses on "impact litigation" with a goal of remedying systemic violations of the law in employment, public accommodations, testing and education.

Schneider & Wallace and/or its partners have been appointed class counsel in many cases over the last 13 years, including, but not limited to:

- *Bates v. United Parcel Service*: a national disability discrimination class action on behalf of all deaf employees of UPS which resulted in a partial settlement of $5.8 million and, after a trial on the remaining claims, a liability verdict in favor of the Plaintiff class. The Ninth Circuit recently affirmed the liability verdict. The damages phase is to follow.

- *Lopez, et al. v. San Francisco Unified School District*: a disability access class action on behalf of all mobility impaired students of the San Francisco Unified School District, which resulted in a stipulated judgment requiring the District to make architectural and other access changes valued at $100 million.

- *Turner, et al. v. AAMC*: a class action challenging policies used to evaluate requests for testing accommodations on the Medical School Admissions Test (MCAT). After a trial in June 2006, the Court issued a final statement of decision in favor of the Plaintiffs and Plaintiff Class.

- *Satchell, et al. v. FedEx Express, Inc.*: a race discrimination case, certified as a class action on behalf of approximately 20,000 current and former employees of FedEx seeking pay equity and an equal opportunity for promotions.

- *Marin, et al., v. Costco Wholesale Corporation*: a state-wide wage and hour class action for the denial of overtime pay. After a summary judgment ruling in favor of the Plaintiff Class, a damages trial is set for December 2006.

- *McMaster v. Coca-Cola Bottling Company Of California*: a California state-wide wage and hour class action alleging "travel time" violations which resulted in a class-wide settlement of $3.85 million.

- *Portugal v. Macy's West*: a California state-wide wage and hour "misclassification" class action which resulted in a class-wide $3.25 million settlement.

- *Singleton v. Regents of the University of California*: a gender discrimination class action on behalf of all female employees of the Lawrence Livermore National Laboratory, which resulted in a $10.8 million settlement.

Mr. Schneider serves on the Board of Directors of The San Francisco Trial Lawyers Association and the Board of Governors of the Consumer Attorneys of California. He is a member of the State Bar of California, the Association of Trial Lawyers of America, and the California Employment Lawyers Association. He is a frequent lecturer on civil rights matters and regularly appears as a panelist at MCLE seminars regarding civil rights, wage and hour class actions and employment matters. Mr. Schneider won the San Francisco Trial Lawyers Association's 2005 Trial Lawyer of the Year award for his work as co-lead counsel in the class action trial of *Bates v. UPS* (described above). Mr. Schneider has been listed as a "Super Lawyer" in the field of class actions by *Law and Politics Magazine* for both 2004 and 2005.

Mr. Wallace graduated from Harvard Law School in 1993. From 1993 to 1994, he was a Skadden Fellow at the Disability Rights Education and Defense Fund (DREDF). From 1994 to 1998 he was a Skadden Fellow and then Staff Attorney at Disability Rights Advocates. Between March 1998 and June 2000, he was a Staff Attorney at the Legal Aid Society of San Francisco/Employment Law Center and served as head of the disability rights practice at ELC. Mr. Wallace became a partner in the firm of Schneider & Wallace in June 2000. Mr. Wallace specializes in disability civil rights class actions and in employment class actions. He has served as lead counsel, co-lead counsel or class counsel in more than eleven civil rights class actions, and has done so through trial and on appeal.

Joshua Konecky is a partner at Schneider & Wallace. Prior to joining Schneider & Wallace in 2004, Mr. Konecky litigated national disability rights class actions at Disability Rights Advocates in Oakland, CA, as well as employment discrimination and minimum wage & hour class actions at the public interest law firm of Saperstein, Goldstein, Demchak & Baller, also in Oakland. His experience includes trial and appellate work in federal and state court. Mr. Konecky also has authored and edited publications on discrimination and employment law, and he frequently lectures on these subjects as well. Mr. Konecky is a former Skadden Public Interest Law Fellow, U.S. Fulbright Scholar in Argentina, and judicial law clerk for the Honorable Lawrence K. Karlton, U.S. District Court for the Eastern District of California. He holds a J.D. from New York University School of Law (1995) and a B.A. from Haverford College (1990).

EXHIBIT B



**Peter Blanck,** *Chair*
**University Professor**

Dr. Blanck is University Professor at Syracuse University, which is the highest faculty rank granted to only eight prior individuals in the history of the University. He is chair of the Burton Blatt Institute (BBI) at Syracuse University. Blanck holds appointments at the Syracuse University Colleges of Law, of Human Services and Health Professions, and of Arts and Sciences, School of Education, and the Maxwell School of Citizenship and Public Affairs. Prior to his appointment at Syracuse, Blanck was Kierscht Professor of Law and director of the Law, Health Policy, and Disability Center at the University of Iowa.

Blanck has written articles and books on the Americans with Disabilities Act (ADA) and related laws, received grants to study disability law and policy, represented clients before the U.S. Supreme Court in ADA cases, and testified before Congress. His work has received national and international attention. He is a board member of the National Organization on Disability (N.O.D.), Disability Rights Law Center (DRLC), and Disability Rights Advocates (DRA). He is a trustee of YAI/National Institute for People with Disabilities Network.

Blanck received a Bachelor of Arts from the University of Rochester, a Juris Doctorate from Stanford University, where he was president of the Stanford Law Review, and a Ph.D. from Harvard University. Blanck is a former member of the President's Committee on Employment of People with Disabilities, and a Senior Fellow of the Annenberg Washington Program, a Fellow at Princeton University's Woodrow Wilson School, and a Mary Switzer Scholar. Prior to teaching, Blanck practiced law at the Washington D.C. firm Covington & Burling, and served as law clerk to the late Honorable Carl McGowan of the United States Court of Appeals for the D.C. Circuit.

Blanck's books in the area include: The Americans with Disabilities Act and the Emerging Workforce (AAMR, 1998); Employment, Disability, and the Americans with Disabilities Act (Northwestern U. Press 2000); and Disability Civil Rights Law and Policy (with Hill, Siegal & Waterstone) (West, 2003, 2005). In addition, Blanck and Robin Malloy are editors of the Cambridge University Press series Disability Law and Policy.

# VITA

# PETER BLANCK

Birth: 27 August 1957. Elmont, New York, U.S.A.
Married, Wendy; four children, Jason, Daniel, Albert, & Caroline

## EDUCATION

| | |
|---|---|
| 1983-1986 | STANFORD UNIVERSITY SCHOOL OF LAW, Stanford, CA. J.D. President, Volume 38, STANFORD LAW REVIEW. |
| 1982-1983 | HARVARD UNIVERSITY, Department of Psychology and Social Relations, Cambridge, MA. Post Doctoral Fellow. |
| 1979-1982 | HARVARD UNIVERSITY, Cambridge, MA. Ph.D., Social Psychology. |
| | Doctoral Thesis: "Children's ability to decode discrepant and consistent social communications: Learning how, when, and who to decode." |
| | Minor field: Organizational Behavior—"Field research in organizations." |
| 1975-1979 | UNIVERSITY OF ROCHESTER, Rochester, N.Y. B.A. Magna cum laude, Psychology. |

## EMPLOYMENT

| | |
|---|---|
| 2005-current | *University Professor*, Syracuse University–highest faculty rank granted to eight prior individuals in the history of the University, "honors faculty whose exceptional scholarly and other professional accomplishments merit recognition by peers in the U.S. and abroad." The late U.S. Senator Daniel P. Moynihan was University Professor at Syracuse. |
| | In addition, appointments as professor in the Syracuse University Colleges of Law, of Human Services and Health Professions, and of Arts and Sciences, School of Education, and the Maxwell School of Citizenship and Public Affairs. |
| 2005-current | *Chair*, The Burton Blatt Institute: Centers of Innovation on Disability at Syracuse University |
| 2002-2006 | *Charles M. and Marion Kierscht Professor of Law*, University of Iowa, College of Law |
| 2000-2006 | *Director*, Law, Health Policy & Disability Center, University of Iowa, College of Law |
| 1999-2006 | University of Iowa, College of Public Health, Department of Occupational Medicine and Environmental Health, Professor (by Courtesy) |
| 1997-2006 | University of Iowa, College of Medicine, Department of Preventive Medicine and Environmental Health, Professor (by Courtesy) |
| 1994-1995 | Princeton University, Woodrow Wilson School of Public and International Affairs, Center of Domestic and Comparative Policy, Fellow |

| 1994-2006 | University of Iowa, Department of Psychology, Professor |
| 1993-2006 | University of Iowa, College of Law, Professor of Law |
| 1990-1993 | University of Iowa, College of Law, Associate Professor of Law |
| 1987-1990 | Covington & Burling. Associate, Washington, D.C. |
| 1986-1987 | Law Clerk, Judge Carl McGowan, United States Court of Appeals, D.C. Circuit. |
| 1982-1983 | Harvard University, Graduate School of Business. Research Associate and faculty. |

### RESEARCH GRANTS, CONTRACTS, AND MAJOR GIFTS AS PRINCIPAL INVESTIGATOR (PI)

Illustrative, for complete listing and details of awards, see http://bbi.syr.edu or http://www.disability.law.uiowa.edu

| 2007 | From the Israeli Ministry of Social Welfare, for the BBI/Israel Project. |
| 2006 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, South East Disability Business & Technical Assistance Center (SE DBTAC), 5 year grant. |
| 2006 | From the U.S. Department of Labor, Office of Disability Employment Policy (ODEP), for national consortium on "Disability Case Study Research Consortium On Employer Organizational Practices In Employing People With Disabilities." |
| 2006 | From U.S. Department of Labor, Employment Training Administration (ETA), to evaluate emergency preparedness policies in gulf coast. |
| 2006 | From the U.S. Department of Labor, Office of Disability Employment Policy (ODEP), to study Self-Employment with Onondaga County, New York. |
| 2006 | From the Center for International Rehabilitation (CIR), to study international disability rights developments. |
| 2006 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Demand-Side Employment Placement Models for Persons with Disabilities. |
| 2006 | From Destiny Corporation, BBI Project Gift. |
| 2005 | From the Hammerman Family Foundation, BBI Endowment Gift. |
| 2005 | Appropriation in FY 2005 Omnibus Appropriations Bill – Rehabilitation Research and Training Center (RRTC) on Workforce Investment and Employment Policy. |
| 2004 | From the U.S. Dept. Labor and Social Security Administration–research on Workforce Investment Act One-Stops, and Disability Program Navigators. |
| 2004 | From Stan and Gail Richards, LHPDC Endowment Gift. |
| 2003 | From NIDRR, U.S. Dept. Education, Asset Accumulation and Tax Policy for Persons with Disabilities. |

| | |
|---|---|
| 2003 | From Merrill Lynch Global Philanthropy, "Corporate Culture and Disability." |
| 2003-2005 | From the Nellie Ball Trust Research Grant, "Stigma and Mental Disability." |
| 2003 | From Guardsmark LLC, gift to establish the Alan Ross Hawley Lecture Series at the Law Health Policy & Disability Center. |
| 2002 | From NIDRR, Technology for Independence: A Community-Based Resource Center (TI: CBRC). |
| 2002 | From the Job Accommodation Network (JAN), U.S. Department of Labor, research of provision of workplace accommodations. |
| 2002 | From the U.S. Department of Labor, research on Workforce Investment Act. |
| 2002-2006 | From NIDRR, direct Rehabilitation Research and Training Center (RRTC) on Workforce Investment and Employment Policy for Persons with Disabilities |
| 2002 | From Milbank Foundation, research disaster mitigation persons with disabilities. |
| 2001 | From NIDRR, for "IT Works," research on information technology jobs for persons with disabilities. |
| 2001 | From the U.S. Dept. Labor – research on Workforce Investment Act One-Stops. |
| 2000 | From Microsoft – Research on Corporate disability and employment policy. |
| 2000 | From (NIDRR, subcontract with Community Options, Inc., Director, Researchers' Symposium – Qualitative Research Methods research on ADA and employment policy. |
| 1999-2005 | From Robert Wood Johnson Foundation, subcontract with George Washington Univ., research and technical assistance employment policy and persons with disabilities. |
| 1999-2005 | From U.S. Department of Justice, subcontract Great Plains Disability Bus. & Tech. Ass't. Ctr, research, technical assistance on employment policy, persons with disabilities. |
| 1999-2005 | From U.S. Rehabilitation Services Administration (RSA), subcontract with Univ. Missouri, provide technical assistance, employment policy persons with disabilities. |
| 1999 | Polk County Health Services to conduct research and provide technical assistance on employment policy and persons with mental disabilities. |
| 1998-1999 | From U.S. Social Security Administration, subcontract Iowa Dept. Human Services, conduct research employment policy, persons with disabilities. |
| 1998-2004 | From NIDRR, subcontract with Community Options, Inc., conduct research on ADA and employment policy. |
| 1997-1998 | From Iowa CEO, to study the implications of the staffing industry on the employment of persons with disabilities, and case study of Manpower Inc. |
| 1997 | From National Organization on Disability, social participation persons with disabilities. |
| 1997 | Director, Obermann Center for Advanced Studies Fellowship Grant, University of Iowa grant to study ADA. |

| | |
|---|---|
| 1997 | From National Council on Disability to Iowa Law, Health Policy and Disability Center, grant to support conference and study of "Socially Assisted Dying." |
| 1994-2006 | Director, Law, Health Policy & Disability Center, Iowa College of Law Foundation. |
| 1992-1996 | From the Annenberg Washington Program, grant to study the ADA. |
| 1991-1996 | From State of Wyoming, grant to Iowa College of Law, Integration Persons with Mental Disabilities. |
| 1990-1994 | From State of Oklahoma, data sharing administered at University of Iowa College of Law, Empirical Study of the Americans with Disabilities Act. |

**RESEARCH and APPLIED EXPERIENCE (Illustrative)**

| | |
|---|---|
| 2006- | Faculty Affiliate, University Gerontology Center, Maxwell School, Syracuse University |
| 2004-2006 | Chair, Blue Ribbon Panel, ADA Impact Study, National Council on Disability. |
| 1995-2001 | U.S. District Court Facilitator, *Chris S. et al. v Geringer et al.,* State of Wyoming. |
| 1994-1996 | Senior Fellow, Annenberg Washington Program – "Communicating the ADA." |
| 1993-1996 | Senior Fellow, Annenberg Washington Program – "Communications Technology for Everyone: Implications for the Classroom and Beyond" |
| 1992-1993 | Fellow, Annenberg Washington Program – "The Americans with Disabilities Act" Annenberg Washington Program – "Communicating with Juries." |
| 1991-1994 | Member, Compliance Advisory Board, *Weston v. WSTS,* State of Wyoming. |
| 1988-1992 | Legal/Program Counsel, Developmental Disabilities Ser. Division, State of Oklahoma. |
| 1982-1983 | Research Associate, Graduate School of Business Administration, Harvard University. |
| 1979-1982 | Research Assistant to Robert Rosenthal, Psychology & Social Rel., Harvard University. |
| 1978-1979 | Research Assistant to Miron Zuckerman, Department of Psychology, Univ. of Rochester. |
| 1977-1978 | Research Assistant to Edward L. Deci, Department of Psychology, Univ. of Rochester. |

**PRIMARY RESEARCH, TEACHING AND PRACTICE INTERESTS**

Legal:  Contracts; public law litigation; health law; pension law.

Disability Law:  Rights of individuals with mental retardation and mental illness residing in institutions and in community settings; Americans with Disabilities Act law; learning disability and the law.

Psychology and the Law:  Law and ethics in behavioral sciences; verbal and nonverbal communication in applied settings; sociology of the law firm; social science experimental and field research methods; law, family and society.

**TEACHING EXPERIENCE**

| | |
|---|---|
| 2006-2007 | Syracuse University Undergraduate Honors Program. |
| 2000-2005 | Law, Health Policy, and Disability Law. |
| 1998-1999 | Learning Disability and the Law. |
| 1995 | Family, Society, and Disability Law, University of Iowa, College of Law. |
| 1991 | Federal Disability Law, University of Iowa, College of Law. |
| 1991-1993 | Litigation, Social Science & Social Change, University of Iowa, College of Law. |
| 1990-1998, 2001 | Contracts I, University of Iowa, College of Law (small and large section classes). |
| 1982 | Social Psychology, Harvard University.  Career Management, Harvard Business School. |
| 1981 | Social Psychology, Harvard University. |
| 1980 | Psychological Statistics, Harvard University. |
| 1978-1979 | Social Psychology, Introductory Psychology, University of Rochester. |

**HONORS**

| | |
|---|---|
| 2004 | Inaugural Lecturer, Thornburgh Family Lecture, Disability Law Policy, Univ. Pittsburgh. |
| 2003-2005 | Recipient, The Nellie Ball Trust Research Grant. |
| 2000 | Switzer Scholar in Rehabilitation, National Rehabilitation Association. |
| 2000-2005 | Center Fellow, University of Iowa Center for Human Rights. |
| 1998-1999 | Advisory Committee, The Research Alliance for Wellness at Work, Inc. |
| 1995-1996 | Member, General Accounting Office (GAO) Advisory Board, Report on ADA Title I. |
| 1995-1996 | Chair, Legislative & Social Issues Committee, American Association Mental Retardation. |
| 1994-2000 | Member, President's Committee on Employment of People with Disabilities. |
| 1993-1996 | Member, Leg. & Social Issues Committee, American Association Mental Retardation. |
| 1993-1995 | Commissioner, American Bar Assoc. Commission on Mental & Physical Disability Law. |
| 1993-1996 | Senior Fellow, Washington Annenberg Program |

| | |
|---|---|
| 1992-1994 | President, Legal Process and Advocacy Division, Amer. Assoc. on Mental Retardation. |
| 1990 | Order of the Coif, Honorary, University of Iowa, College of Law. |
| 1987 | Society of Experimental Social Psychology, member. |
| 1984 | Irving H. Hellman, Jr. Memorial Fund Grant, <u>Stanford Law Review</u>, Stanford Law. |
| 1981 | Edwin B. Newman Psi-Chi/American Psychological Association Award for Excellence in Graduate Research. |
| 1981 | Sigma Xi, member; Psi-Chi, member. |
| 1977-1979 | Captain, Varsity Squash, University of Rochester. |

## STATE BAR AND COURT ADMITTANCE

Commonwealth of Massachusetts Bar, Admitted January 16, 1987.
District of Columbia Bar, Admitted November 30, 1987.
United States Court of Appeals, District of Columbia Circuit Bar, Admitted January 28, 1987.
United States Court of Appeals, Tenth Circuit Bar, Admitted March 8, 1988.
United States District Court for the District of Columbia, Admitted October 3, 1988.
United States Court of Appeals for the Federal Circuit, Admitted October 13, 1988.
Supreme Court of the United States, Admitted February 20, 1990.

## EDITORIAL BOARDS/JOURNAL & BOOK REFEREE (Illustrative)

Guest Editor, *Assistive Technology Journal* (2006-2007)
Editorial Board, *Psychology, Public Policy and Law* (2006-)
Editorial Board, and Guest Editor, *Disability Studies Quarterly* (2004-)
Contributing Editor, In Pursuit: A Blueprint for Disability Law and Policy. *American Bar Association* (1999).
Advisory Committee, National Organization on Disability, *Disability Agenda* (1998-1999).
Editorial Board, and Guest Editor, *Behavioral Sciences & The Law* (1997- ).
Editorial Advisory Board, *Special Education Reporter* (1995-1997).
Associate Editor, Legal Forum, *Spine* (19941999).
Editorial Advisory Board, *Mental & Physical Disability Law Reporter* (1993-1997), Chair (1995-1997).
Consulting Editor, *Psychology, Public Policy and Law* (1995- ).
Basic and Applied Social Psychology.
Developmental Psychology.
Journal of Personality and Social Psychology.
Journal of Occupational Behavior.
Law & Society Review.
Mental Retardation.
National Science Foundation Grants in Law & Psychology.
Personality & Social Psychology Bulletin.
Social Science & Medicine.
Telecommunications Policy Journal.
University of Nebraska Press.
University of Michigan Press.
Journal of Comparative Policy Analysis.

## PROFESSIONAL ACTIVITIES (Illustrative)

Consultant, Aging of the Union Army Research Project, University of Chicago, Dr. Robert Fogel, PI. 2000-.
Member, Advisory Committee for The Research Alliance for Wellness at Work, Inc. 1998-1999.
Facilitator, The Partnership for Resolution of Mental Health Issues in Wyoming, 1995-2000.
Chairman, Quality Assurance Committee, State of Wyoming, 1995-1996.
Member, State-County Management Committee, Dept Health & Human Services, State of Iowa, 1994-1996.
Member, Executive Committee, Ctr International Rural & Environmental Health, University of Iowa, 1992-1993.

Annenberg Washington Program, Convener, Programs on the Americans with Disabilities Act, 1992-1996.
Annenberg Washington Program, Co-Convener, Program on Communicating with Juries, 1992.
Member, Compliance Advisory Board, Weston v. WSTS, Dept of Human Services, State of Wyoming, 1991-1994.
APA/Committee on Standards in Research (CSR), Chairman, 1990-1992.
APA/Division 41, Core Committee on Amicus Briefs, Member, 1990-1992.
APA/Division 41 Liaison with Coalition for Psychology in the Public Interest (CPPI), 1989-1990.
Amer. Acad. Judicial Ed., Course Fact Finding, Communication in the Courtroom, Harvard Law School, 1990-1993.
Henry Murray Research Center, Radcliffe College, MacArthur Foundation Grant on Longitudinal Studies Mental Health, Consultant, 1990-1991.


## AMICUS BRIEF PARTICIPATION

U.S. v. Georgia, et al. / Goodman, Tony v. Georgia, et al., United States Supreme Court (2005, co-author Brief of the Honorable Dick Thornburgh and the National Organization on Disability as Amici Curiae).
Chevron v. Echazabal, No. 00-1406, United States Supreme Court (2002, counsel of record, co-author of Brief of the National Counsel on Disability as Amicus Curiae).
EEOC v. Hertz, Case No. 96-CV-72421 DT, (E.D. Mich. S.D. Oct. 16, 1997).


## TESTIMONY BEFORE CONGRESS, LEGISLATURES, AND ADMINISTRATIVE BODIES (Illustrative)

U.S. House of Representatives, Committee on Government Reform, Subcommittee on Human Rights and Wellness, Testimony on "Living with Disabilities in the United States: A Snapshot," June 24, 2004.
U.S. House of Representatives, Subcommittee on Social Security, Testimony on the definition of disability under Social Security and the ADA, July 11, 2002.
General Accounting Office (GAO), Testimony on Expert Advisory Panel, The Future of Federal Disability Policies and Programs, July 10, 2002.
U.S. House of Representatives, Subcommittee on The Constitution, Testimony on the Application of the ADA's Accessibility Requirements to Private Internet Web Sites and Services, February 9, 2000.
U.S. House of Representatives, Committee on Education and the Workforce, Remarks on the ADA, Oct. 1998.
Wyoming Legislature, Select Committee on Mental Health Issues, September & November, 1998.


## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS/NON-PROFIT BOARDS (Illustrative)

American Association of Applied & Preventative Psychology, Fellow.
American Bar Association, Member.
Massachusetts Bar Association, Member.
District of Columbia Bar Association, Member.
American Association on Mental Retardation, Member, and President, Legal Process & Advocacy Division.
American Psychological Association, Member.
  Personality and Social Psychology - - Division 8.
  Psychology and Law - - Division 41.
American Psychological Society, Charter Fellow.
Law and Society Association, Member.

Disability Rights Advocates, Board Member.
National Organization on Disability (N.O.D.), Board member.
Disability Rights Law Center, Board Member.
YAI/National Institute for People with Disabilities Network, Trustee.
Beit Issie Shapiro, Professional Advisory Committee
Iowa Childrens' Museum, Board Member (2003-2005).

**UNIVERSITY SERVICE/COMMITTEES**

**Iowa College of Law**

Building & Equipment
Computer (2001-2002, 2003-2004, Chair)
Joint Program, Interdisciplinary Studies & Undergraduate Education
Placement Research & Professional Development
Speakers (2002-2003, Co-Chair)

**Iowa University-Wide**

Member Executive Board, University of Iowa Center on Aging (2001-2005).
Chair, Provost Task Force to Examine Issues Facing Students with Learning Disabilities (1998-1999).
Co-Chair, Task Force on the Health of the Student (1994-1995).
Advisor, Undergraduate Honors Program in Psychology (1993-2005).
Committee for Ethical, Legal and Social Issues for the Human Genome Project (ELSI) (1993-1995).
Research Advisory Committee in the Social Sciences (1993-1994).

**Syracuse University College of Law**

Appointments (2006-)
Ad Hoc Committee on Centers and Institutes (Chair, 2006-)
Promotion & Tenure (2006-)

### PUBLICATIONS

See also http://bbi.syr.edu for listing of other web-based articles and accessible formats where possible

1.  Blanck, P.D., Zuckerman, M., DePaulo, B.M., & Rosenthal, R. (1980). Sibling resemblance in nonverbal skill and style. Journal of Nonverbal Behavior, 4, 219-26.

2.  Zuckerman, M., Blanck, P.D., DePaulo, B.M. & Rosenthal, R. (1980). Developmental changes in decoding discrepant and nondiscrepant nonverbal cues. Developmental Psychology, 16, 220-28.

3.  Zuckerman, M., Larrance, D.T., Porac, J.F., & Blanck, P.D. (1980). Effects of fear of success on intrinsic motivation, causal attribution, and choice behavior. J. Personality & Social Psychology, 39, 503-13.

4.  Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1980). Longitudinal and cross-sectional age effects in nonverbal decoding skill and style. Resources in Education. November (ERIC Documents).

5.  Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1981). Sex differences in eavesdropping on nonverbal cues: Developmental changes. Journal of Personality and Social Psychology, 41, 391-96.

6.  Blanck, P.D., Rosenthal, R. (1982). Developing strategies for decoding "leaky" messages: On learning how and when to decode discrepant and consistent social communications. In R.S. Feldman (ed.), Development of nonverbal behavior in children. Pp. 203-29. New York: Springer-Verlag.

7.  Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1982). Longitudinal and cross-sectional age effects in nonverbal decoding skill and style. Developmental Psychology, 18, 491-98.

8.  Snodgrass, S.E., Rosenthal, R., & Blanck, P.D. (1982). Sex role socialization via teacher's behavior and sexually stereotyped materials. Resources in Education. (ERIC Documents - - ED209588).

9.  Blanck, P.D., Reis, H.T., & Jackson, L. (1984). The effects of verbal reinforcement on intrinsic motivation for sex-linked tasks. Sex Roles, 10, 369-86.

10. Blanck, P.D. & Rosenthal, R. (1984). The mediation of interpersonal expectancy effects: The counselor's tone of voice. Journal of Educational Psychology, 76, 418-26.

11. Rosenthal, R., Blanck, P.D., & Vannicelli, M. (1984). Speaking to and about patients: Predicting therapists' tone of voice. Journal of Clinical and Consulting Psychology, 52, 679-86.

12. Blanck, P.D., & Sonnenfeld, J.A. (1984). The Wane Division of the American Instruments Corporation (A). In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 203-26. Illinois: Irwin.

13  Blanck, P.D. & Sonnenfeld, J.A. (1984). The Wane Division of the American Instruments Corporation (B). In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 227-41. Illinois: Irwin.

14. Blanck, P.D., Dowd, J.J., & Sonnenfeld, J.A. (1984). Patrick J.J. Rich. In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 477-89. Illinois: Irwin.

15. Blanck, P.D., Rosenthal, R., & Cordell, L.H. (1985). The appearance of justice: Judges' verbal and nonverbal behavior in criminal jury trials. 38 Stanford Law Review 89-164.

16.    Blanck, P.D., Buck, R., & Rosenthal, R. (1986). General introduction: Nonverbal communication in the clinical context. In P.D. Blanck, R. Buck, & R. Rosenthal (eds.), Nonverbal communication in the clinical context. pp. 1-12. Univ. Park: Penn State Press.

17.    Blanck, P.D., Rosenthal, R., Vannicelli, M., & Lee, D.T. (1986). Therapists' tone of voice: Descriptive, psychometric, interactional, and competence analyses. Journal of Social & Clinical Psychology, 4, 154-78.

18.    Blanck, P.D., Rosenthal, R., & Vannicelli, M. (1986). Talking to and about patients: The therapists' tone of voice. In P.D. Blanck, R. Buck, & R. Rosenthal (eds.). Nonverbal communication in the clinical context. pp. 99-143. University Park: Penn State Press.

19.    Blanck, P.D., & Turner, A.N. (1987). Gestalt research: Clinical field research approaches to studying organizations. In J. Lorsch (ed.), The handbook of organizational behavior. pp. 109-125. New York: Prentice-Hall.

20.    Blanck, P.D. (1987). Off the record: Nonverbal behavior in the courtroom.  Stanford Lawyer, 21 (spring), 18-23 (Author's Reply-Letters, Stanford Lawyer, 22 (Fall), 84); also reprinted in Student Lawyer (1987, December), 16(4), 8-10.

21.    Blanck, P. (1987). The process of field research in the courtroom: A descriptive analysis. Law and Human Behavior, 11(4), 337-358.

22.    Blanck, P.D., Rosenthal, R., Hart, A.J., & Bernieri, F. (1990). The measure of the judge: An empirically-based framework for exploring trial judges' behavior. Iowa Law Review, 75(3), 653-684.

23.    Blanck, P.D. (1991). What empirical research tells us: Studying judges' and juries' behavior. American University Law Review, 40(2), 775-804.

24.    Grisso, T., Baldwin, E., Blanck, P.D., & Rotheram-Borus, M.J. (1991). Standards in research: APA's mechanism for monitoring the challenges. American Psychologist, 46(7), 758-766.

25.    Blanck, P.D. (1991). The emerging work force: Empirical study of the Americans with Disabilities Act, Journal of Corporation Law, 16(4), 693-803).

26.    Blanck, P.D. (1992). Psychiatry in a litigious society. Review of Review of Clinical Psychiatry and the Law- Volume 2, Contemporary Psychology, 37(1), 15-16.

27.    Blanck, P.D. (1992). Empirical study of the employment provisions of the Americans with Disabilities Act: Methods, preliminary findings and implications, New Mexico Law Review, 22(3), 119-241.

28.    Blanck, P.D. (1992). On integrating persons with mental retardation: The ADA and ADR, New Mexico Law Review, 22(3), 259-76.

29.    Blanck, P.D. (1992). Review of Mental health experts and the criminal courts. Clinical Psychology Review, 12, 3-4.

30.    Saks, M.J. & Blanck, P.D. (1992). Justice Improved: The unrecognized benefits of aggregation and sampling in the trial of mass torts, Stanford Law Review, 44, 815-51.

31.    Blanck, P.D., Bellack, A., Rotheram-Borus, M.J., Rosnow, R.L. & Schooler, N. (1992). Scientific rewards and conflicts of ethical choices in human subject research. American Psychologist, 47(7), 959-65.

32.    Blanck, P.D. & Rosenthal, R. (1992). Nonverbal behavior in the courtroom. In Applications of nonverbal behavioral theories and research (R. Feldman, ed.) pp. 89-115. Lawrence Erlbaum Press: New York.

33.    Blanck, P.D. (1993).  The Americans with Disabilities Act: Putting the employment provisions to work, The Annenberg Washington Program, White Paper, Washington, D.C.

34.    Blanck, P.D. (1993). Calibrating the scales of justice: Studying judges' behavior in bench trials, Indiana Law Journal, 68(4), 1119-98.

35.    Rosenthal, R. & Blanck, P.D. (1993).  Science and ethics in conducting, analyzing, and reporting social science research: Implications for social scientists, judges and lawyers, Indiana Law J., 68(4), 1209-28.

36.    Rosnow, R.L., Rotheram-Borus, M.J., Ceci, S.J., Blanck, P.D., & Koocher, G.P. (1993).  The Institutional Review Board as a mirror of scientific and ethical standards, American Psychologist, 48(7), 821-26. Reprinted in (1998) Methodological Issues & Strategies in Clinical Research, Joan E. Sieber & Alan E. Kazdin (eds.), pp. 603-709.

37.    Blanck, P.D. (1993). Interpersonal expectations in the courtroom.  In P.D. Blanck (ed.), Interpersonal expectations:  Theory, research and applications, pp. 64-87.  Cambridge University Press: New York.

38.    Blanck, P.D. (1994).  The Americans with Disabilities Act: Issues for back and spine-related disability, Spine, 19(1), 103-107.

39.    Blanck, P.D. (1994).  Straight talk on the ADA, Journal of Orthopaedic & Sports Physical Ther., 19(1), 1.

40.    Blanck, P.D., Schoenberg, C., & Tenney, J. (Feb. 28, 1994).  AIDS-related benefits equation: Soaring costs times soaring needs divided by federal law, New York Law Journal, 211(38), 1-4.

41.    Blanck, P.D., Schoenberg, C., & Tenney, J. (1994). AIDS-related benefits equation: Soaring needs times soaring needs divided by federal law, AIDS Policy & Law, 9(4), 1-7

       Reprinted in Mealey's Litigation Reports: Americans with Disabilities Act 2(5), 20-28 (June, 1994); expanded version, AIDS Policy & Law, Buraff Publications, Washington, DC (March 4, 1994).

42.    Blanck, P.D. (1994).  Reflections on the law and ethics of the Human Genome initiative.  In Genes and human self-knowledge. pp. 183-88 (S. Lawrence, E. Fales & R. Weir, eds.), University of Iowa Press.

43.    Blanck, P.D. (1994)  Empirical Study of the Americans with Disabilities Act (1990-1993), Journal of Vocational Rehabilitation, 4(3), 211-23.

44.    Blanck, P.D. (1994).  The emerging society and the Americans with Disabilities Act.  Review of Implementing the Americans with Disabilities Act; Rights and responsibilities of all Americans, Contemporary Psychology, 39(6), 596-97.

45.    Blanck, P.D. (1994). Legal Forum, Spine, 19(15), 1653.

46.    Blanck, P.D., Anderson, J.A., Wallach, E.J., & Tenney, J.P. (1994).  Implementing reasonable accommodations using ADR under the ADA: A case of a white collar employee with bipolar mental illness, Mental & Physical Disability Law Reporter, 18(4), 458-64.

47.    Blanck, P.D. (1994).  Communications Technology for Everyone: Implications for the classroom and beyond, The Annenberg Washington Program, Washington, D.C. [Accessible CD Rom Version, 1995].

48.    Blanck, P.D. (1994).  Communicating the Americans with Disabilities Act: Transcending Compliance - - A case report on Sears Roebuck & Co., The Annenberg Washington Program, White Paper, Washington, D.C. Reprinted (1996).  In Driving Down Health Care Costs (J. Burns, ed.), pp. 209-241, Panel Publishers: New York.

49.  Blanck, P.& Folberg, R. (1994). The Americans with Disabilities Act: Emerging issues for ophthalmologists, Ophthalmology, 101, 1635-40.

50.  Blanck, P.D. (1994).  Review of Implementing the Americans with Disabilities Act: Rights and responsibilities of all Americans, American Journal on Mental Retardation, 99(2), 224-26.

51.  Blanck, P.D. (1994).  Employment integration, economic opportunity and the Americans with Disabilities Act: Empirical Study from 1990 to 1993, Iowa Law Review, 79(4), 853-923.

52.  Wallach, E.J., Tenney, J.P. & Blanck, P.D. (Dec. 19, 1994).  Extending the ADA's reach: Sponsors of self-insured funds may be sued under Title I of the ADA, National Law Journal, B5-B7.

53.  Blanck, P.D. (1994).  Celebrating Communications Technology for Everyone, Federal Communications Law Journal, 47(2), 185-91.

54.  Blanck, P.D. (1995).  Recent developments in ADA case law and implications for spine professionals, Spine, 20(1), 116-19.

55.  Wallach, E.J., Tenney, J.P., & Blanck, P.D. (Apr. 17, 1995).  If Supervisors may be personally liable for ADA discrimination, how should employers respond?, National Law Journal, C2-C3, C17.

56.  Blanck, P.D. (1995).  Resolving disputes under the Americans with Disabilities Act: A case example of an employee with a back impairment, Spine, 20(7), 853-59.

57.  Blanck, P.D. (1995).  Communications technology for everyone: Accessible curriculum, AAMR News & Notes, 7(6), 1&6; 8(1), 1&6.

58.  Blanck, P.D., Wallach, E.J., & Tenney, J.P. (1995).  Supervisor personal liability for ADA discrimination: Emerging issues for physicians, Spine, 20(13), 1528-32.

59.  Wallach, E.J., Tenney, J.P., & Blanck, P.D. (1995).  Employee rights under the ADA, Employment Law Strategist, 2(11), 8,5 (Lender Pub.).

60.  Blanck, P.D. (1995).  Assessing five years of Employment Integration and economic opportunity under the Americans with Disabilities Act, Mental & Physical Disability Law Reporter, 19(3), 385-93.

61.  Blanck, P.D. (1995).  Disaster Mitigation for Persons with Disabilities: Fostering a New Dialogue, The Annenberg Washington Program, Washington, D.C.  Reprinted in AAMR News & Notes (Nov.-Dec. 1995), 8(6), 3-5.

62.  Blanck, P.D. (1995).  Implementing the Americans with Disabilities Act: A Case Report on Sears, Roebuck & Co., Spine, 20(19), 2161-67.

63.  Cate, F.H., Blanck, P.D., & Makoul, G. (1995).  Communications in Medicine: The Annenberg Washington Program and a decade of making a difference, The Annenberg Washington Program, Washington, D.C.

64.  Blanck, P.D. (1995).  Implementing the Americans with Disabilities Act: 1996 Follow-up Report on Sears, Roebuck & Co., Spine, 21(13), 1602-08.

65.  Blanck, P.D. (1996).  The Appearance of Justice revisited, Journal of Criminal Law & Criminology, 86(3), 887-927.

66.  Blanck, P.D. (1996).  Communicating the Americans with Disabilities Act:  Transcending Compliance – 1996 Follow-up report on Sears, Roebuck & Co., The Annenberg Washington Program, Washington, D.C.

67.    Blanck, P.D. (1996). Empirical Study of the Americans with Disabilities Act: Employment Issues from 1990-1994, Behavioral Sciences & the Law, 14(1), 5-27.

68.    Blanck, P.D. (1996). Transcending Title I of the Americans with Disabilities Act: A Case Report on Sears, Roebuck & Co., Mental & Physical Disability Law Reporter, 20(2), 278-86.

69.    Moseley, P.L., Blanck, P., & Merritt, R. (1996). Hospital privileges and the Americans with Disabilities Act, Spine, 21(19), 2288-93.

70.    Blanck, P.D. (1996). Studying the Employment Provisions of the Americans with Disabilities Act, Encyclopedia Britannica: 1997 Medical and Health Annual, 215-19.

71.    Blanck, P.D. & Marti, M.W. (1996). Genetic Discrimination and the Americans with Disabilities Act: Legal, Health and Policy Implications, Behavioral Sciences and the Law, 14, 411-32.

72.    Blanck, P.D. & Marti, M.W. (1997). Attitudes, Behavior, and the Employment Provisions of the Americans with Disabilities Act, Villanova Law Review, 42(2), 345-408.

73.    Blanck, P.D. (1997). Assessing Employment Integration under Title I of the Americans with Disabilities Act. The Continuing Struggle: Civil Rights and the Clinton Administration (C. Yu & W. Taylor, eds., Citizen's Commission on Civil Rights), 169-76.

74.    Blanck, P.D. (1997). The Economics of the Employment Provisions of The Americans with Disabilities Act: Part I – Workplace Accommodations, DePaul Law Review, 46(4), 877-914.

75.    Blanck, P.D., Kirschner, K. & Bienen, L. (1997). Socially-Assisted Dying and People with Disabilities: Some Emerging Legal, Medical, and Policy Implications. Mental & Physical Disability Law Reporter, 21(4), 538-43.

76.    Blanck, P.D. (1997). Students with Learning Disabilities, Reasonable Accommodations, and the Rights of Colleges and Universities to Establish and Enforce Academic Standards: Guckenberger v. Boston University. Mental & Physical Disability Law Reporter, 21(5), 679-86.

77.    Blanck, P. (1998). Debunking Myths about the Employment of Persons with Mental Disabilities, Contemporary Psychology, 43(1), 68-70.

78.    Blanck, P.D. & Butkowski, C. (1998). Pregnancy-Related Impairments and the Americans with Disabilities Act. Sorosky, J. (ed.) Obstetrics and Gynecology Clinics of North American, 25(2), 435-445.

79.    Blanck, P.D. (1998). The Americans with Disabilities Act and the Emerging Workforce: Employment of People with Mental Retardation. American Association on Mental Retardation, Washington, D.C.

80.    Blanck, P.D. & Steele, P. (1998). The Emerging Role of the Staffing Industry in the Employment of Persons with Disabilities – A Case Report on Manpower Inc. Iowa CEO and Law, Health Policy and Disability Center, Iowa City, IA.

81.    Berven, H.M. & Blanck, P.D. (1998). The Economics of the Americans with Disabilities Act: Part II: Patents, Innovations and Assistive Technology. Notre Dame Journal of Law, Ethics & Public Policy, 12(1), 9-120.

82.    Bienen, L., Kirschner, K., & Blanck, P.D. (1998). Introduction to Conference on Socially-Assisted Dying. Cornell Journal of Law & Public Policy, 7, 255-66.

83.    Blanck, P.D. (1998). Job placement for Employees with Disabilities – Manpower Leads the Way, Employment Relations Today, 25, 57-65.

84.    Blanck, P.D. (1998).  Civil Rights, Learning Disability, and Academic Standards, <u>Journal of Gender, Race, & Justice</u>, 2(1), 33-58.

85.    Blanck, P.D. (1999).  Empirical Study of Disability, Employment Policy, and the ADA, <u>Mental & Physical Disability Law Reporter</u>, 23Z(2), 275-80.

86.    Berven, H.M. & Blanck, P.D. (1999).  Assistive Technology Patenting Trends and the Americans with Disabilities Act, <u>Behavioral Sciences & the Law</u>, 17(1), 47-71.

87.    Blanck, P.D. (1999).  Introduction to the Special Section: Employment and the Americans with Disabilities Act, <u>Behavioral Sciences & the Law</u>, 17(1), 3-5.

88.    Blanck, P.D. & Pransky, G. (1999).  Workers with Disabilities, in 14(3) <u>State of the Art Reviews in Occupational Medicine: Special Populations and Occupational Health</u>, 581-93 (Hanley and Belfus Pub., Glenn Pransky & Howard Frumkin, eds.).

89.    Blanck, P.D. & Berven, H.M. (1999).  Evidence of Disability after *Daubert*, <u>Psychology, Public Policy and Law</u>, 5(1), 16-40.

90.    Schwochau, S. & Blanck, P.D. (2000).  The Economics of the Americans with Disabilities Act: Part III - - Does the ADA Disable the Disabled?, <u>Berkeley Journal of Employment and Labor Law</u>, 21(1), 271-313.

91.    Blanck, P.D. (2000).  Studying Disability, Employment Policy, and the ADA.  In Leslie Francis & Anita Silvers (eds.), <u>Tenth Anniversary of the Americans with Disabilities Act</u> 209-20 (Routledge Press).

92.    Blanck, P.D. & Sandler, L.A. (2000).  ADA Title III and the Internet: Technology and Civil Rights, <u>Mental & Physical Disability Law Reporter</u>, 24(5), 855-59.

93.    Blanck, P.D. (ed.)(2000).  <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research</u>, 329-55, Northwestern University Press.

94.    Blanck, P.D. (2000).  The Economics of the ADA, in P.Blanck, (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, & Research</u>, 201-27, Northwestern U. Press.

95.    Berven, H.M. & Blanck, P.D. (2000).  Unanticipated Economic Gains and the ADA: Assistive Technology Patent Trends, in P.D. Blanck, (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research</u>, 329-55, Northwestern University Press.

96.    Marti, M.W. & Blanck, P.D. (2000).  Attitudes, Behavior, and the ADA, in P.D. Blanck (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research</u>, 356-84, Northwestern University Press.

97.    Blanck, P.D., Sandler, L.A., Schmeling, J.L., & Schartz, H.A. (2000).  The Emerging Workforce of Entrepreneurs with Disabilities: Preliminary Study of Entrepreneurship in Iowa, <u>Iowa Law Review</u>, 85, 1583-1670.

98.    Debate - - Blanck, P.D. & Olson, W. (2000).  The Unintended Consequences of the Americans with Disabilities Act [Proceedings], <u>Iowa Law Review</u>, 85, 1811-34.

99.    Blanck, P.D. & Millender, M. (2000).  Before Civil Rights: Civil War Pensions and the Politics of Disability in America, <u>Alabama Law Review</u>, 52, 1-50.

100.   Blanck, P.D. (2001).  Civil War Pensions and Disability. <u>Ohio State Law Journal</u>, 62, 109-249.

101.    Blanck, P.D. & Schartz, H.A. (2001).  Towards Reaching a National Employment Policy for Persons with Disabilities, 1-10, in Emerging Workforce Issues: W.I.A., Ticket to Work, and Partnerships, R. McConnell (ed.), Switzer Seminar Monograph Series, National Rehabilitation Association.

102.    Blanck, P.D., Schartz, H.A. & Schartz, K.M. (2001).  Labor Force Participation and Income of Individuals with Disabilities in Sheltered and Competitive Employment: Cross-Sectional and Longitudinal Analyses from Seven States during the 1980s and 1990s, President's Task Force on Employment of Adults with Disabilities.

103.    Blanck, P.D. & Song, C. (2001).  "With Malice Toward None: With Charity Toward All": Civil War Pensions for Native and Foreign-Born Union Army Veterans, Journal of Transnational Law & Contemporary Problems, 11(1), 1-76.

104.    Blanck, P.D. (2001).  Introduction to The Social Construction of Disability: Historical, Contemporary, and Comparative Views, Journal of Transnational Law & Contemporary Problems, 11(1), i-ii.

105.    Blanck, P.D. & Song, C. (2002).  Civil War Pension Attorneys and Disability Politics, University of Michigan Journal of Law Reform, 35(1 & 2), 137-217.

106.    Blanck, P.D. & Schmeling, J.L. (2002).  Americans with Disabilities Act: Recent and Pending U.S. Supreme Court Decisions and Implications for Spine Professionals, Spine, 27(4), 439-443.

107.    Zwerling, C., Whitten, P.S., Sprince, N.L., Davis, C.S., Wallace, R.B., Blanck, P.D., & Heeringa, S.G. (2002).  Workforce Participation by Persons with Disabilities: The National Health Interview Survey Disability Supplement, 1994-5, Journal of Occupational and Environmental Medicine, 44(2), 358-64.

108.    O'Day, B., Schartz, H., & Blanck, P. (eds.) (2002).  Introduction: Disability, Public Policy and Employment, Behavioral Sciences & the Law, 20(6), 537-39.

109.    Schartz, K., Schartz, H., & Blanck, P.  (2002). Employment of Persons with Disabilities in Information Technology Jobs: A Literature Review for "IT Works," Behavioral Sciences & the Law, 20(6), 637-57.

110.    Blanck, P., Clay, L., Schmeling, J., Morris, M., & Ritchie, H. (2002).  Applicability of the ADA to "Ticket to Work" Employment Networks, Behavioral Sciences & the Law, 20(6), 621-36.

111.    Blanck, P., Linares, C., & Song, C. (2002).  Evolution of Disability in Late Nineteenth Century America: Civil War Pensions for Union Army Veterans with Musculoskeletal Conditions, Behavioral Sciences & the Law, 20(6), 681-97.

112.    Schwochau, S. & Blanck, P.D. (2003).  Does the ADA Disabled the Disabled?: More Comments, Industrial Relations, 42(1), 67-77.

113.    Blanck, P.D. & Song, C. (2003).  "Never Forget What They Did Here": Civil War Pensions for Gettysburg Union Army Veterans and the Politics of Disability in Late Nineteenth Century America, William & Mary Law Review, 44, 1109-71.

114.    Blanck, P.D. & Schartz, H.A., & Schartz, K.M. (2003).  Labor Force Participation and Income of Individuals with Disabilities in Sheltered and Competitive Employment: Cross-Sectional and Longitudinal Analyses of Seven States during the 1980s and 1990s, William & Mary Law Review, 44, 1029-1108.

115.    Odem, N. & Blanck, P. (2003).  Physician Shareholder Practice Groups and ADA Coverage, Spine, 28(3), 319-12 (Feb. 1, 2003).

116.    Schartz, H., O'Day, B., & Blanck, P. (eds.) (2003).  Introduction: Disability, Public Policy, and Technology, Behavioral Sciences & the Law, 21(1), 1-3.

117.    Ritchie, H. & Blanck, P. (2003). Promise of the Internet for Disability: Study of Online Services and Accessibility of Centers for Independent Living Web Sites, Behavioral Sciences & the Law, 21(1), 5-26.

118.    Klein, D., Myhill, W., Hansen, L., Asby, G., Michaelson, S., & Blanck, P. (2003). Opening Doors to Education: Iowa School Website Accessibility, Behavioral Sciences & the Law, 21(1), 27-49.

119.    Blanck, P., Ritchie, H., Schmeling, J.A., & Klein, D. (2003). Technology for Independence: A Community-Based Resource Center, Behavioral Sciences & the Law, 21(1), 51-62.

120.    Blanck, P. (2003). Topic Paper: Righting the ADA--Chevron v. Echazabal: The ADA's "Direct Threat" Defense, Prepared for the National Council on Disability, Washington, DC, at http://www.ncd.gov/newsroom/publications/03publications.html.

121.    Blanck, P.D. & Schartz, H.A. (2003). Comparative Study of the Emerging Workforce of Persons with Disabilities 347-85, in Different But Equal: The Rights of People with Intellectual Disabilities, S. Herr, H. Koh, & L. Gostin (eds.), Oxford University Press.

122.    Blanck, P., Schartz, H.A., Schartz, K., & Schmeling, J. (2003). "IT Works:" Disability and Employment in Information Technology, SCI/Life, Fall 2002/Winter 2003, 26-27.

123.    Blanck, P., Schur, L., Kruse, D., Schwochau, S. & Song. C. (2003). Calibrating the Impact of the ADA's Employment Provisions, Stanford Law & Policy Review, 14(2), 267-90.

124.    Zwerling, C., Whitten, P.S., Sprince, N.L., Davis, C.S., Wallace, R.B., Blanck, P., & Heeringa, S.G. (2003). Workplace Accommodations for People with Disabilities: National Health Interview Survey Disability Supplement, 1994-5, Journal of Occupational and Environmental Medicine, 45(5): 517-525.

125.    Blanck, P., Schwochau, S. & Song. C. (2003). Is it Time to Declare the ADA A Failed Law? 301-37, in What is Causing the Decline in the Employment of People with Disabilities? : A Policy Puzzle, David C. Stapleton and Richard V. Burkhauser (eds.), UpJohn Institute.

126.    Blanck, P., Hill, E., Siegal, C., & Waterstone, M. (2003). Disability Civil Rights Law and Policy, Thomson/West Publishers.

127.    Logue, L. & Blanck, P. (2004). "There Is Nothing That Promotes Longevity Like A Pension:" Public Policy and Mortality of Civil War Union Army Veterans, Wake Forest Law Review, 39, 49-67.

128.    Blanck, P. (2004). Justice for All?: Stories about Americans with Disabilities and their Civil Rights, Journal of Gender, Race & Justice, 8, 1-32.

129.    Blanck, P., Wilichowski, A, & Schmeling, J. (2004). Disability Civil Rights Law and Policy: Accessible Courtroom Technology, William and Mary Bill of Rights Journal, 3, 825-42.

130.    Schmeling, J., Schartz, H.A., & Blanck, P. (2004). United States Country Report in 2004, in International Disability Rights Monitor, Center for International Rehabilitation, 349-70.

131.    Sewell, R., Song, C., Smith, R., Bauman, N., & Blanck, P. (2004). Union Army Veterans with Hearing Loss and the Evolution of Disability in America During 1862-1920, The Laryngoscope: Journal for the Triological Society, 114(12), 2147-2153, December.

132.    Schmeling, J., Schartz, H.A., & Blanck, P. (2005). The New Disability law and Policy Framework: Implications for Case Managers, 88-121, in Case Management for Rehabilitation Health Professionals (2nd Ed., Vol. 1, Foundational Aspects), edited by Fong Chan, Michael J. Leahy, & Jodi Saunders, Aspen Professional Services Publisher.

133. Blanck, P. & Schartz, H. (2005). Special Issue: Corporate Culture and Disability, Behavioral Sciences & the Law, 23(1), 1-2.

134. Schur, L., Kruse, D., & Blanck, P. (2005). Corporate Culture and the Employment of Persons with Disabilities, Behavioral Sciences & the Law, 23(1), 3-20.

135. Sandler, L. & Blanck, P. (2005). Accessibility As A Corporate Article of Faith at Microsoft: Case Study of Corporate Culture and Human Resource Dimensions, Behavioral Sciences & the Law, 23(1), 39-64.

136. Klein, D., Schmeling, J., & Blanck, P. (2005). Emerging Technologies and Corporate Culture at Microsoft: A Methodological Note, Behavioral Sciences & the Law, 23(1), 65-96.

137. Ball, P., Monaco, G., Schmeling, J., Schartz, H., Blanck, P. (2005). Disability as Diversity in Fortune 100 Companies, Behavioral Sciences & the Law, 23(1), 97-121.

138. Searcy, M., Duck, S., & Blanck, P. (2005). Nonverbal Behavior in the Courtroom and the "Appearance of Justice." 41-61. In Ronald Riggio & Robert Feldman (Eds.), Applications of Nonverbal Communication, Lawrence Erlbaum Publishers.

139. Blanck, P. (2005). Review of the "The Disability Pendulum," Law and Politics Book Review, 15(5) (May), pp. 354-58, available at http://www.bsos.umd.edu/gvpt/lpbr.

140. Blanck, P., Hill, E., Siegal, C., & Waterstone, M. (2005). Disability Civil Rights Law and Policy: Cases and Materials, Thomson/West Publishers. [Teacher's Manual, 2006.]

141. Blanck, P. (Ed.) (2005). Disability Rights, in the collection of the International Library of Essays on Rights (senior eds. of the library, T.D. Campbell & C. Stuart), Ashgate Publishing Limited [with reprints of Blanck et al. articles].

142. Blanck, P., Schartz, H.A., Ritchie, H., & Rosenthal, R. (2005). Science and Ethics In Conducting, Analyzing, and Reporting Disability Policy Research, 141-59. In Advances in Social and Organizational Psychology: A Tribute to Ralph Rosnow, Lawrence Erlbaum Publishers.

143. Blanck, P. (ed.) (Fall 2005). Introduction: Special Issue on Disability Law and Policy, 25(4) Disability Studies Quarterly, Part 1, available at http://www.dsq-sds.org/_articles_html/2005/fall. (Part 2 co-edited with H. Schartz).

144. Hendricks, D.J., Batiste, L., Hirsh, A., Dowler, D. Schartz, H., & Blanck, P. (Fall 2005). Cost and Effectiveness of Accommodations in the Workplace: Preliminary Results of a Nationwide Study, 25(4) Disability Studies Quarterly, Part 1, available at http://www.dsq-sds.org/_articles_html/2005/fall/.

145. Ball, P., Morris, Hartnett, J., & Blanck, P. (2005). Breaking the Cycle of Poverty: Asset Accumulation by People with Disabilities, 25(4) Disability Studies Quarterly, Part 2; available at http://www.dsq-sds.org/_articles_html/2005/fall/.

146. Schmeling, J., Schartz, H., Morris, M. & Blanck, P. (2005). Tax Credit and Asset Accumulation: Finding from the Harris/NOD Survey of Americans with Disabilities, 25(4) Disability Studies Quarterly, Part 2; available at http://www.dsq-sds.org/_articles_html/2005/fall/.

147. Blanck, P. (2005). Americans with Disabilities and their Civil Rights: Past, Present, Future, Workplace Discrimination and the Law in North America, NAFTA Labor Secretariat Publisher, Washington, D.C.

148. Hill, E., Siegal, C., Waterstone, M., & Blanck, P. (2006). Anti-Discrimination Law: Judicial Interpretations, Vol. 1: 112-116, in Encyclopedia of Disability, Sage Publishers.

149.    Schwartz, J.A., Siegal, C., Waterstone, M., Hill, E., & Blanck, P. (2006). Disability Policy, Vol. 1: 468-476, in <u>Encyclopedia of Disability</u>, Sage Publishers.

150.    Waterstone, M., Hill, E., Siegal, C., & Blanck, P. (2006). Discrimination Law: United States, Vol. 1: 452-461, in <u>Encyclopedia of Disability</u>, Sage Publishers.

151.    Schmeling, J. & Blanck, P. (2006). United States Country Report in 2005, in <u>International Disability Rights Monitor</u>, Center for International Rehabilitation, xxx-xxx.

152.    Blanck, P. & Song, C. (2005). "I Don't Believe Any Colored Ex-Soldier Can Get Justice:" Disability, Race and Pensions for Union Army Veterans, Unpublished Manuscript; on file at http://disability.law.uiowa.edu.

153.    Blanck, P. (2005). Americans with Disabilities and their Civil Rights: Past, Present, Future, <u>University of Pittsburgh Law Review</u>, 66, 687-719.

154.    Blanck, P. (2005). The Burton Blatt Institute: Centers of Innovation on Disability at Syracuse University, <u>Syracuse Law Review</u>, 56(2), 201-32.

155.    Rich , R.F., Erb, C.T., Prudhomme, T.I., & Blanck, P. (2006). Disability Claims, Review, Hearings and Appeals Procedures: An Analysis Of Administrative Best Practices; Technical Report submitted to the U.S. Social Security Administration, Disability Research Institute, available at: http://www.dri.uiuc.edu/research/p04-03c/legal_issues_final_report.doc.

156.    Blanck, P., Hill, E., Siegal, C., & Waterstone, M. (2006 Supp. to the 1st Ed.). <u>Disability Civil Rights Law and Policy: Cases and Materials</u>, Thomson/West Publishers.

157.    Schartz, H., Schartz, K., Hendricks, D.J., & Blanck, P. (2006). Workplace Accommodations: Empirical Study of Current Employees, <u>Mississippi Law Journal</u>, 75, 917-43.

158.    Blanck, P. (2006). U.S. Society and Laws Protect the Rights of Persons with Disabilities, <u>e-Journal USA</u>, 5-8, at http://usinfo.state.gov/journals/itsv/1106/ijse/ijse1106.htm, http://usinfo.state.gov/journals/itsv/1106/ijse/blanck.htm.

159.    Schartz, H., Hendricks, D.J., & Blanck, P. (2006). Workplace Accommodations: Evidence-Based Outcomes, <u>Work</u>, 27, 345–354.

160.    Reina, M.V., Adya, M. & Blanck, P. (2007). Defying Double Discrimination, <u>Georgetown Journal of International Affairs</u>, 8, 95-104.

**FORTHCOMING**

161.    Schur, L., Kruse, D. Blasi, J, & Blanck, P. (2006). Corporate Culture and the Experiences of Employees with Disabilities (submitted to <u>Industrial and Labor Relations Review</u>).

162.    Blanck, P. (2007). Empirical Study of the Americans with Disabilities Act, in <u>Assessing the Employment Provisions of the Americans with Disabilities Act</u>, M. Stein & S. Estreicher (eds.), Kluwer Publishers (submitted).

163.    Blanck, P. (2007). ADA's Application to Foreign-Flagged Cruise Ships In U.S. Waters: *Spector v. Norwegian Cruise Lines*, in <u>Disability and Human Rights in Europe</u>; Olivier Deschutter & Gerard Quinn (eds.), Bruyant Publishers (forthcoming).

164.    Baker, P., Caves, K. & Blanck, P. (Eds.) (2007). Special Issue on Disability Policy and Law, <u>Assistive Technology Journal</u> (forthcoming).

165.   Myhill, W., Cogburn, D.L., Samant, D., Kwasi Addom, B., & Blanck, P. (2007). Accessible
       Cyberinfrastructure-enabled Knowledge Communities in the National Disability Community: Theory,
       Practice and Policy, Assistive Technology Journal (forthcoming).

166.   Blanck, P. (2007). Closing: Special Issue on Disability Policy and Law, Flattening the (In-Accessible)
       Cyber World for People with Disabilities, Assistive Technology Journal (forthcoming).

167.   Logue, L. & Blanck, P. (2007). Benefit of the Doubt: African-American Veterans and Civil War Pensions
       (submitted, Journal of Interdisciplinary History).

168.   Blanck, P. & Adya, M., Juries and Judges' Nonverbal Behavior, in Encyclopedia of Psychology and Law,
       ed. Brian L. Cutler, Sage Publishers (forthcoming).

169.   Blanck, P., Adya, M., Myhill, W., Samant, D., & Chen, P. Employment of Persons with Disabilities: 25
       Years Back and Forward, Minnesota Law and Inequality: A Journal of Theory and Practice (forthcoming).

170.   Myhill, W., Cogburn, D.L., Samant, D., Kwasi Addom, B., & Blanck, P. (2007). Distance Learning and
       Accessible Cyberinfrastructure Communities in the National Disability Community, in "Distance
       Education Research Trends" (ed. F. Columbus, Nova Science Publishers) (forthcoming).

171.   Blanck, P. & Malloy, R.P. (Eds.) (2006 - ). Disability Law and Policy, Book Series for Cambridge
       University Press (forthcoming).

172.   Stein, M.A., Stein, P.J.S. & Blanck, P. (2007). Disability, Legal History Encyclopedia, Oxford University
       Press (forthcoming).

173.   Blanck, P. (2007). Americans with Disabilities and their Civil Rights, (book proposal in preparation for
       Cambridge University Press series).

174.   Logue, L. & Blanck, P. (2007). Civil War Pensions and Disability Politics in America,
       (book proposal in preparation).

175.   Logue, L. & Blanck, P. (2007). The Civil War and Disability, Encyclopedia of American Disability
       History (submitted).

176.   Blanck, P. & Logue, L. (2007). Civil War Pension Attorneys—George Lemon, Encyclopedia of American
       Disability History (in preparation).

177.   Blanck, P. & Myhill, W. (2007). Disabilities, Care of Children with: Legal and Public-policy
       Perspectives; Care for Children with Mental and/or Physical Disabilities from Birth through Adolescence,
       The Chicago Companion to the Child, The University of Chicago Press (forthcoming).

178.   Duck, S. & Blanck, P. (2007). Primer on Nonverbal Behavior in the Courtroom (in preparation).

## NEWSPAPER/MAGAZINE/NEWSLETTER ARTICLES

Blanck, P. (Nov. 11, 1991). Persons with disabilities can be assets to business. O'Brien County Bell, Primghar, IA.

[Reprinted] (November 14, 1991).  Disability act being phased in.  Tama News-Herald, Tama, Iowa.

[Reprinted] (Dec. 4, 1991). Disability act will soon begin to have an impact.  Bloomfield Democrat, Bloomfield, IA.

Blanck, P.D. (Oct. 7, 1992).  Disabilities act myths are often unfounded.  Journal-Gazette, Fort Wayne, IN.

[Reprinted] (October 12, 1992).  Disabilities getting a bad rap. Middlesex News, Framingham, MA.

[Reprinted] (October 22, 1992).  Look at reality, not myth, in disabilities act.  Valley Foothills News, Yuma, AZ.

[Reprinted] (October 23, 1992).  Realities, myths of disabilities.  The Evening Bulletin, Providence, RI.

[Reprinted] (October 23, 1992).  Realities, myths of disabilities.  The Providence Journal, Providence, RI.

Blanck, P. (Jan. 1993).  Americans with disabilities: The hidden electorate. Region VIII, AAMR Newsletter, ND.

Blanck, P.D. (September 24, 1993).  ADA – Separating fact from fiction. 31(3) FYI at 4, U. of Iowa.

[Reprinted] (Oct. 19, 1993).  Emphasize the facts about disabilities act.  Des Moines Register, Iowa (at 7a).

Blanck, P.D. (Dec. 1993).  Americans with Disabilities Act and health care reform.  Scripps-Howard News service.

Blanck, P.D. (December 1993).  Judges and juries are getting a bad rap.  Scripps-Howard News service.

[Reprinted] (November 26, 1993).  Judging juries.  Syracuse Herald-Journal, Syracuse, NY.

[Reprinted] (Nov. 29, 1993).  Judges and juries do better than the public might think. Daily Local News, West
     Chester, PA.

[Reprinted] (November 30, 1993).  Jurors do a better job than most people think.  Winston-Salem Journal, Winston-
     Salem, NC.

Blanck, P. (Dec. 1994).  Transcending the ADA at Sears, Roebuck and Co. . . . . For the price of dinner and a movie.

Blanck, P.D. (January 1995).  Buck v. "The Bell Curve."

Blanck, P.D. & Pope, M.H. (1995).  Editorial: Spine research, law and public policy. 20(5) Spine 511-12.

Blanck, P.D. (September 1995).  Editorial: Disaster Mitigation for People with Disabilities.

Blanck, P.D. (May 6, 1998).  Letter to Editor: JAMA, 279(17), 1349.

Blanck, P. (Sunday, Sept. 2, 2001). Op. Ed. Business: Make Use of Disabled Work Force.  IA City Press Cit., 9A.

Blanck, P. (August 2005). Guest Column, Corporate Culture & Disability, ADA Compliance Guide Newsletter,
Washington, D.C., available at http://www.thompson.com.

**HARVARD BUSINESS SCHOOL CASE PUBLICATIONS**

9-483-031(1982). Patrick J.J. Rich (with J. Dowd).

9-483-050 (1982).          A note on career planning in industry.

9-483-058 (1982).          The Wane Division of the American Instruments, Corporation (A).

9-483-094 (1982).          The Wane Division of the American Instruments, Corporation (B).

## PRESENTATIONS

See also http://bbi.syr.edu for listing of other web-based presentations and accessible formats where possible

1.    Blanck, P., Reis, H.T., & Jackson, L. (1979). The effects of the verbal reinforcement on intrinsic motivation for sex-linked tasks. Presentation meeting of the American Psychological Association, NY.

2.    Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M, & Zuckerman, M. (1980). Longitudinal and cross-sectional age effects in nonverbal decoding skill and style. Presentation at the meeting of the Eastern Psychological Association, Hartford.

3.    Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1980). Developmental changes in females' superiority at decoding nonverbal cues. Presentation at the meeting of the American Psychological Association, Montreal.

4.    McLeod, P.L., Rosenthal, R., Blanck, P., & Snodgrass, S.E. (1980). Micromomentary movement and the decoding of face and body cues. Presentation meeting of American Psychological Association, Montreal.

5.    Blanck, P.D. & Rosenthal, R. (1980). Nonverbal sensitivity and athletic team performance. Presentation at the meeting of the New England Psychological Association, Boston.

6.    Blanck, P.D. & Rosenthal, R. (1981). Measuring sensitivity to verbal and nonverbal discrepant and consistent multichannel messages: The MOVANS Test. Presentation at the meeting of the Eastern Psychological Association, New York.

7.    Snodgrass, S.E., Rosenthal, R., & Blanck, P. (1981). Sex role association via teachers' behavior and sexually stereotyped materials. Presentation at meeting of Association of Women in Psychology, Boston.

8.    Blanck, P.D. & Rosenthal, R. (1981). Nonverbal styles and skills in best-friend relationships. Presentation at the meeting of the New England Psychological Association, Brandeis University.

9.    Blanck, P.D., Rosenthal, R., & Cordell, L.H. (1985). Nonverbal communication in the clinical and legal context. Presentation at the meeting of the California Psychological Association, San Francisco.

10.   Blanck, P.D. & Rosenthal, R. (1986). Judges' verbal and nonverbal in criminal jury trials. Symposium of jury decision-making. Presentation at the meeting of the American Psychological Association, Washington, D.C.

11.   Colloquium. (1986). Trial judges' behavior in criminal jury trials. U. Nebraska, Lincoln, Law School.

12.   Blanck, P.D. (1988). The Archeology of Field Research in the Courtroom. Presentation at the meeting of the Law and Society Association, Vail, Colorado.

13.   Blanck, P.D. (1989). Trial judges' behavior in criminal jury trials. University of Iowa, College of Law.

14. Bernieri, F., Blanck, P.D., Rosenthal, R., Vannicelli, M., & Yerrell, P.H. (1990). Therapists' speech: Channel congruency, affect, and variability. Presentation at the meeting of the American Psychological Association, Boston, MA.

15. Blanck, P.D. (1990). Legal policy and methodological issues in deinstitutionalizing the mentally retarded. Presentation at the meeting of American Psychology-Law Society Division 41 Conf., Williamsburg, VA.

16. Blanck, P.D. (1990). Panelist on "Selecting impartial juries." Annenberg Washington Program Forum, Washington, D.C.

17. Blanck, P. (1991). Ethical, moral, and legal issues in the primary and secondary analysis of videotape data of family interactions. Presentation at Henry Murray Research Center, Radcliffe College, Harvard Univer.

18. Blanck, P.D. (1991). Empirical study of the Americans with Disabilities Act: Model of Study and Preliminary Results. Presentation at the American Association for Mental Retardation, Washington, D.C.

19. Blanck, P.D. (1991). The interface of law and psychology, Keynote at the Iowa Psychological Association meeting, Iowa City, IA.

20. Blanck, P.D. (1991). The Americans with Disabilities Act: A new Bill of Rights, Presentation at the University of Iowa, College of Law celebration of the Bicentennial of the Bill of Rights, Iowa City, IA.

21. Saks, M.J. & Blanck, P.D. (1992). Improving on Justice: The Unrecognized Benefits of Sampling and Aggregation in the Trial of Mass Torts. Presentation at the meeting of the American Association of Law Schools, San Antonio, TX.

22. Blanck, P.D. (1992). The Americans with Disabilities Act, Colloquium, Department of Sociology, University of Iowa.

23. Blanck, P.D. (1992). Ethical and legal implications of the human genome initiative. Presentation at the Iowa Humanities Symposium, "Genes and Human Self-Knowledge," University of Iowa, College of Medicine, Iowa City, IA.

24. Blanck, P.D. (1992). Americans with Disabilities Act: Advising employers and employees. Presentation at the University of Iowa, College of Law Symposium (CLE) on Employee Rights and Benefits.

25. Blanck, P.D. (1992). Introduction to Program on "Communicating with Juries." Presentation at the Annenberg Washington Program, Washington, D.C.

26. Blanck, P.D. (1992). The Emerging Work Force of Persons with Disabilities: The ADA and ADR. Address to the Industry-Labor Council Meeting "Giving Us the Tools," National Center for Disability Services, St. Louis, MO.

27. Blanck, P.D. (1992). The Emerging Work Force of Persons with Disabilities. Address to the Equal Employment Opportunity Commission, Washington, D.C.

28. Blanck, P.D. (1992). Americans with Disabilities Act: Advising employers and employees. Presentation at the University of Iowa, College of Law (CLE).

29. Blanck, P.D. (1992). Fact Finding and Decision Making, Address at the meeting of the Ohio Judicial Conference, Columbus, OH.

30. Blanck, P.D. ((1992). Americans with Disabilities Act: Facts and Myths. Presentation at the University Hospital School Rounds, University of Iowa.

31.  Blanck, P.D. (1992).  Americans with Disabilities Act: The Basics, Invited Lecture at Goodwill Industries, Inc. & Iowa City Chamber of Commerce, Iowa City, IA.

32.  Blanck, P.D.(1992).  Americans with Disabilities Act: Basics, Invited Lecture at Alliance for the Mentally Ill meeting, Iowa City, IA.

33.  Blanck, P.D. (1993).  The Emerging Work Force: Studying the ADA.  Invited Public Address at the Woodrow Wilson School of Public Policy, Princeton University.

34.  Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Rehabilitation Professionals, Invited Lecture at Rehabilitation Psychology Program, University of Iowa.

35.  Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Pulmonary Physicians, Invited Rounds at Univ. Iowa Hospitals.

36.  Blanck, P.D. (1993).  Social Change through Law:  Where is the Difference, Invited Presentations, Teaching Texts & Diversity, University of Iowa.

37.  Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, American Association on Mental Retardation Convention, Washington, D.C.

38.  Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Eye Researchers and Clinicians, Invited Rounds Univ. Iowa Hosp.

39.  Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, USPDI Conference on ADA and Technology, Washington, D.C.

40.  Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, Access Center Conference, Davenport, IA.

41.  Blanck, P.D. (1993).  Field of Dreams and the ADA, Keynote Address, Iowa ARC, Cedar Rapids, IA.

42.  Blanck. P. (1993). Rural employment and the ADA, Invited Address, Rural Employment Alt., Conroy, IA.

43.  Blanck, P.D. (1993).  Implementing the ADA, Keynote, Missouri Association County Developmental Disabilities Ser., St. Louis, MO.

44.  Blanck, P.D. (1993).  Implementing the ADA, Invited Address, Iowa City Public Library, IA.

45.  Blanck, P.D. (1994).  Health care reform: Access and partnerships. Presentation to the President's Committee on Mental Retardation Health Care Reform Conference, Washington, D.C.

46.  Blanck, P.D. (1994).  ADA and ADR, Address to the Iowa Risk Project, Iowa City, IA.

47.  Blanck, P.D. (1994).  Putting the employment provisions of the ADA to work, CLE, Univ. Iowa, College of Iowa, Iowa City, IA.

48.  Blanck, P.D. (1994).  Introduction/Moderator to Program "Communications technology for everyone," Conference at the Annenberg Washington Program, Washington, D.C.

49.  Blanck, P.D. (1994).  Emerging issues in ADA and ADR, Address to the American Association on Mental Retardation Annual Convention, Boston, MA.

50.  Blanck, P.D. (1994).  Moderator, Implementing Consent Decrees, American Association on Mental Retardation Annual Convention, Boston, MA

51.　　Blanck, P. (1994). Inclusive Education and the ADA, Presentation at the Department of Special Education, Univ. Iowa, Iowa City, IA.

52.　　Blanck, P.D. (1994). Community integration and the ADA, Invited Address, Barry-Lawrence Retreat, Branson, MO.

53.　　Blanck, P.D. (1994). Communications Technology for everyone. Invited Address, Smithsonian Museum, Washington, D.C.

54.　　Blanck, P.D. (1994). Empirical Study of the ADA, Invited Address, Department of Psychology, & Woodrow Wilson School, Princeton University, NJ.

55.　　Blanck, P.D. (1994). The Appearance of Justice, Moderator for conference co-sponsored by Princeton University, Woodrow Wilson School, and the Annenberg Washington Program, Princeton, NJ.

56.　　Blanck, P.D. (1995). On diversity, disability, and employment, Invited address, American Association of Law Schools Conference, New Orleans, LA.

57.　　Blanck, P.D. (1995). Human rights and persons with intellectual disability: International and national perspectives, Symposium, Yale Law School, New Haven, CT.

58.　　Blanck, P.D. (1995). ADA and occupational medicine, Invited address, Iowa Conference on Occupational Medicine, Iowa City, IA.

59.　　Blanck, P.D. (1995). Implications of ADA for Psychologists, Invited address, American Psychology–Law Society Conv., NY, NY.

60.　　Blanck, P.D. (1995). ADA in the Workplace – Evolutionary or Revolutionary, Invited address, California Committee on Employment of Persons with Disabilities Conference, Sacramento, CA.

61.　　Blanck, P.D. (1995). ADA in the workplace: "Back" to work, Invited address, Southam Occupational Health & Safety Conference, Toronto, Canada.

62.　　Blanck, P.D. (1995). ADA's Impact on the Workplace: Empirical Findings, Invited address, National Employment Lawyer's Association, San Francisco, CA.

63.　　Blanck, P.D. (1995). U.S. Disability Policy and Law, Invited Address to Handikapp Ombudsmannen, Stockholm, Sweden.

64.　　Blanck, P.D. (1995). Voices of Freedom: America Speaks Out on ADA, National Council on Disability Forum, Washington, D.C.

65.　　Blanck, P.D. (1995). Work Force Diversity and the ADA, Invited Address, Northern States Power Company, Minneapolis, MN.

66.　　Blanck, P.D. (1995). ADA, Employment, Civil Rights. Invited Address, American Association on Mental Retardation Public Policy Forum, Washington, D.C.

67.　　Blanck, P.D. (1996). Persons with Mental Retardation in the Juvenile Justice System. Invited Address, American Association on Mental Retardation Annual Conference, San Antonio, TX.

68.　　Blanck, P.D. (1996). Institutional reform litigation. Panel Address, American Association on Mental Retardation Annual Conference, San Antonio, TX.

69.　　Blanck, P.D. (1996). How Does ADA Work for You?/Getting ADA to Work for You. Invited Address, St. Francis Health Care Center, Green Springs, OH.

70.    Blanck, P.D. (1996). The ADA and internal medicine, Medicine & Society Lecture Series, Department of Internal Medicine, University of Iowa.

71.    Blanck, P.D. (1996). The ADA and rehabilitation medicine, Prince Lecture and Prince Visiting Professorship, Rehabilitation Institute of Chicago, Northwestern University, IL.

72.    Blanck, P.D. (1996). Emerging ADA Law, Faculty Workshop, Northwestern University Law School.

73.    Blanck, P. (1996). Emerging Issues under the ADA, Keynote Address, Assoc. ADA Coordinators Conference, Raleigh Durham, NC.

74.    Blanck, P.D. (1996). ADA Title I, Ergonomics and Workers' Compensation Law, Invited Address, Worksafe Iowa Conference, Reducing Workplace Injuries & Illnesses Through Ergonomics, Iowa City, IA.

75.    Blanck, P.D. (1996). Transcending the ADA, Invited Address, Villanova Law School Symposium on the ADA, Villanova, PA.

76.    Blanck, P. (1996). Disability and Rural Health, Health in a Changing Rural Environment Conf., IA City.

77.    Blanck, P.D. (1997). The Ergonomics of the ADA, Invited Address, DePaul Law School, Symposium on the ADA, Chicago, IL.

78.    Blanck, P. (1997). Socially Assisted Dying: Opening Remarks. Conf. Socially Assisted Dying, Northwestern University, Chicago, IL.

79.    Blanck, P.D. (1997). ADA and Psychiatry, Grand Rounds, Department of Psychiatry, University of Iowa.

80.    Blanck, P. (1997). Corporate Culture and the ADA, ADA Title I Conference Sponsored by the Industry-Labor Council, Chicago, IL.

81.    Blanck, P.D. (1997). The emerging role of the staffing industry in employing people with disabilities. Working together, leading the way, Conference sponsored by Iowa CEO, Des Moines, IA.

82.    Blanck, P.D. (1997). Students with Learning Disabilities, Reasonable Accommodations, and the rights of institutions of higher education to establish and enforce academic standards. Invited Presentation at the Journal of Gender, Race and Justice, Annual Symposium, Iowa City, IA.

83.    Blanck, P.D. (1998). Exploring the Future: Trends and Challenges. Keynote Address at Region VII, Four State, Issues Forum, Kansas City, MO. [also speaking Economic Cents of Hiring Persons with Disabilities.]

84.    Blanck, P. (1998). Human & Civil Rights: An Iowa Perspective. Keynote 1998 Iowa Civil Rights Commission, Des Moines, IA.

85.    Blanck, P. (1998). ADA: Issues and Impact. Invited Presentation at Current Topics in Occupational Health Symp., Iowa City, IA.

86.    Blanck, P.D. (1998). Treatment and Habilitation and the ADA. Invited Presentation, American Bar Assoc. Conference "In Pursuit" … A Blueprint for Disability Law and Policy: ABA National Conference.

87.    Blanck, P.D. (1998). Closing Roundtable. Invited Moderator at American Bar Association Conference "In Pursuit" … A Blueprint for Disability Law and policy: An ABA National Conference.

88.    Blanck, P.D. (1998). The Emerging Role of the Staffing Industry in Employing People with Disabilities and Manpower, Inc., Keynote Address, Shriners Hospitals Choices Conference, Chicago, IL.

89.   Blanck, P.D. (1998). The ADA and The Emerging Workforce. Invited Address, American Association on Mental Retardation Disability Summit, Washington, D.C.

90.   Blanck, P. (1998). ADA, Disabilities, and Discrimination in Health Care, Presentation Before the Bioethics Forum, Univ. Iowa.

91.   Blanck, P.D. (1998). Statement of Professor Peter David Blanck, Before the U.S House of Representatives Committee on Education and the Workforce, Monday, October 5, 1998, Washington, D.C.

92.   Blanck, P.D. (1998). Statement of Professor Peter David Blanck, Before the U.S. Commission on Civil Rights, Public Hearings on the Americans with Disabilities Act, Thursday, November 12, 1998, Washington, D.C.

93.   Blanck, P. (1999). Work and Disability. Invited Address, Annual Meeting of the American Assoc. Law Schools, New Orleans, LA.

94.   Blanck, P.D. (1999). Civil War Pensions, Civil Rights, and the Americans with Disabilities Act. Invited Address, Symposium on ADA Backlash, University of California at Berkeley.

95.   Blanck, P.D. (1999). The ADA and the Emerging Workforce. Invited Address, Annual Colloquium, University of Iowa, Department of Rehabilitation Counseling.

96.   Blanck, P. (1999). Genetic Knowledge and Disability, Symposium Moderator, Rehab. Inst. Chicago, IL.

97.   Blanck, P.D. (1999). The ADA and the Emerging Workforce. Invited Plenary Address, Joint Employment & Technical Training Conference, U.S. Department of Labor, Washington, D.C.

98.   Blanck, P.D. (1999). The Unintended Consequence of the ADA. Invited Address, National Disability Management Conference, Rehearsing Your Future, Washington Business Group on Health & Unum-Provident Corp., Washington, D.C.

99.   Blanck, P. (1999). Disability and Compliance. Invited Address, National Workers' Compensation and Disability Conf., Chicago, IL.

100.  Blanck, P.D. (1999). The Year of the ADA at the U.S. Supreme Court, University of Iowa College of Law Continuing Legal Education, Iowa City, IA.

101.  Blanck, P.D. (2000). The Disabilities of Civil War Veterans: Empirical Study. Invited Address, Disability Institute ADA Symposium, University of Alabama School of Law, Tuscaloosa, AL.

102.  Blanck, P.D. (2000). Entrepreneurs with Disabilities. Invited Address, President's Committee on Employment of People with Disabilities Annual Meeting, Washington, D.C.

103.  Blanck, P.D. (2000). Civil War Pensions and Disability in America. Invited Address, ADA Tenth Anniversary Symposium, Ohio State University, Columbus, OH.

104.  Blanck, P.D. (2000). Employment, the ADA, and the Supreme Court. Invited Address, Issues Forum, Kansas City, MO.

105.  Blanck, P.D. (2000). Graduating from High School/High Tech, Keynote Address, Grant Wood area Educational Agency Graduation, Cedar Rapids, IA.

106.  Blanck, P.D. (2000). Disability, Employment Policy and the ADA. Invited Address, Central States Occupational Medicine Association Meeting, Davenport, IA.

107.    Blanck, P. (2000). ADA and Health Care, Panel, Rehabilitation Institute Chicago and Northwestern Univ. Conf., Chicago, IL.

108.    Blanck, P.D. (2000). Rethinking ADA Civil Rights Enforcement, Moderator for National Retreat for the National Council on Disability Meeting, Washington, D.C.

109.    Blanck, P. (2000). Employment Policy and the ADA: Research Questions and Challenges. Invited Address, Mary Switzer Lec. Ser., NIDRR, Lansing, MI.

110.    Blanck, P.D. (2000). Studying Employment Policy and the Workforce of Persons with Disabilities. Rehabilitation Services Administration Annual Conference, Plenary Address, Philadelphia, PA.

111.    Blanck, P.D. (2000). The Disabilities of Civil War Veterans. Invited Address, University of Nebraska College of Law, Lincoln, NE.

112.    Blanck, P.D. (20000. Conceptions of Disability after the Civil War, Invited Address, University of Chicago, Center for Population Economics, Graduate School of Business, Chicago, IL.

113.    Blanck, P.D. (2000). Studying the Impact of the ADA: Past and Present Issues, University of Michigan Law School, Invited Address, ADA Symposium, Ann Arbor, MI.

114.    Blanck, P.D. (2001). Employment, Disability Policy and the ADA, Featured Address, "The Future is Not What it Used to Be," Conference on Workforce of Iowans with Disabilities, Des Moines, IA.

115.    Blanck, P.D. (2001). Before Civil Rights: Veterans' Pensions and the Politics of Disability in America, 1862-1907, Invited Faculty Colloquium, Stanford Law School, CA.

116.    Blanck, P.D. (2001). Veterans' Pensions and the Politics of Disability in America, Invited Discussant, National Bureau of Economic Research Conference, Health and Labor Force Participation over the Life Cycle: Evidence from the Past, Cambridge, MA.

117.    Blanck, P.D. (2001). Before Civil Rights: Veterans' Pensions and the Politics of Disability in America, 1862-1907, Invited Faculty Colloquium, William & Mary Law School, VA.

118.    Blanck, P.D. (2001). Keynote Address: Emerging Issues for the New Millennium, Annual Conference on Vocational Rehabilitation, Rehabilitation Institute of Chicago, Chicago, IL.

119.    Blanck, P.D. (2001). Civil War Pensions and the Politics of Disability, Invited Enrichment Speaker Series/Faculty Colloquium, University of Houston, School of Law, Houston, TX.

120.    Blanck, P.D. (2001). The Emerging Workforce of Entrepreneurs with Disabilities, America's Workforce Network Research Conference, U.S. Department of Labor, Washington, D.C.

121.    Blanck, P.D. (2001). Civil War Pension Attorneys and the Politics of Disability in America, Invited Address, Conceptions of Disability Symposium, Bills of Right Institute, William & Mary Law School, VA.

122.    Blanck, P. (2001). Economics of Employing People with Disabilities, Invited Speaker, Cornell Univ., RRTC Employment Conference, Washington, D.C.

123.    Blanck, P.D. (2001). Ticket to Work and Work Incentives, Expert Roundtable Participant, Social Security Administration Conference, Washington, D.C.

124.    Blanck, P.D. (2001). Civil War Pensions and the Politics of Disability in America, Invited Address, American Historical Association Convention, Chicago, IL.

125.    Blanck, P.D. (2001). National Workplace Forum: Setting a National Agenda for Increasing the
        Employment of Individuals wit Disabilities, U.S. Chamber of Commerce & Virginia Commonwealth
        University, Invited Presented, Washington, D.C.

126.    Blanck, P. (2002). Exploring the Future of Disability Civil Rights. Keynote Region VII, Four State, Issues
        Forum, Kansas City, MO.

127.    Blanck, P.D. (2002). Exploring the Future of Disability Rights. Keynote Conversations with J. Young at
        the World Institute on Disability/Virginia Commonwealth University Policy Forum, Los Angeles, CA.

128.    Blanck, P.D. (2002). Exploring the Future of American Disability Civil Rights, and Comparisons to the
        UK Disability Discrimination Act. Keynote Address, Employers' Forum on Disability, London, England.

129.    Blanck, P.D. (2002). Ticket to Work and Work Incentives, Expert Roundtable Participant, Applicability of
        the ADA to Employment Networks (ENs), Social Security Administration Conference, Washington, D.C.

130.    Blanck, P.D. (2002). The Definition of Disability under the Social Security Act and its Relation to the
        Americans with Disabilities Act, Testimony before the U.S. House of Representatives Subcommittee on
        Social Security, Thursday, July 11, Washington, D.C.

131.    Blanck, P.D. (2002). ADA Research & Policy Agenda, Advisory Panel, GAO Meetings, Washington, D.C.

132.    Blanck, P.D. (2002). The Future of American Disability Civil Rights, Keynote Address at the Iowa
        Rehabilitation Professionals Annual Meeting, Des Moines, IA.

133.    Blanck, P.D. (2002). National Summit on Technology and Disabilities, Invited participant and facilitator,
        RESNA Conference, Providence, RI.

134.    Blanck, P. (2002). AT Outcome Measurement: Where are we now and where are we headed? Washington
        University Program in Occupational Therapy Conference, St. Louis, MO.

135.    Blanck, P. (2003). Nonverbal Communication in Applied Research Involving Persons with Disabilities,
        Invited participant, Claremont Applied Social Psychology Conference, Applications of Nonverbal
        Communication, Claremont, CA.

136.    Blanck, P. (2003). "It Works," Invited moderator, The Information Technology Association of America
        (ITAA) Annual Workforce Convocation, Arlington, VA.

137.    Blanck, P. (2003). The De-Evolution of the ADA: Federalism, and the Rise of State Disability Law,
        Invited speaker, Annual Conference of State Court Chief Justices, San Juan, PR.

138.    Blanck, P. (2003). Politics and Practice of Accommodation, Invited Speaker, Job Accommodation
        Network (JAN), Annual Conference, Arlington, VA.

139.    Blanck, P. (2003). Poverty and Disability, Invited Speaker, Intersection of Disability with Gender, Race
        and Justice, Symposium sponsored by the Journal of Race, Gender and Justice, Iowa City, IA.

140.    Blanck, P. (2003). Keynote Address, Journal of Gender, Race & Justice Annual Symposium, Justice for
        All? Exploring Gender, Race and Sexual Orientation Within Disability Law, Iowa City, IA.

141.    Blanck, P. (2003). American Disability Law and Policy, Invited Speaker, International Seminar: Anti-
        Discrimination Legislation: Disability Experience, Organised by the Norwegian "Commission against
        Discrimination of Disabled People", appointed by the Norwegian Government 2003-2004, Oslo, Norway.

142.   Blanck, P. (2003). Law and Ethics of Data Sharing, Invited Speaker, Data Sharing Workshop, Sponsored by The National Institutes of Health, National Institute of Child Health and Development (NIH/NICHD), Bethesda, MD.

143.   Blanck, P. (2003). ADA and the European Year of the Disabled, Invited Address, Merrill Lynch Conf. European Year Disabled, London, UK.

144.   Blanck, P. (2003). The Law and Politics of the ADA, Invited Speaker, Research Council of Norway, Conference on "Anti-Discrimination Legislation as an Instrument to Promote Equal Opportunities for People with Disabilities - International Experiences", Oslo, Norway.

145.   Blanck, P. (2003). The Law and Politics of the ADA, Invited Speaker, Conference on "Anti-discrimination Legislation: The Disability Experience," Norwegian Governmental Commission Against Discrimination of People with Disabilities, Oslo, Norway.

146.   Blanck, P. (2003). Is the ADA a Failed Law?, Speaker, Middlesex University, London, GB.

147.   Blanck, P. (2004). Disability Law and Policy in Rehabilitation Education. Keynote Address, National Council on Rehabilitation Education (NCRE), Annual Meeting, Tucson, AZ.

148.   Blanck, P. (2004). The Accessible Courtroom, Invited Speaker, The Legal and Policy Implications of Courtroom Technology, International Conference Sponsored by The Courtroom 21 Project and William and Mary Bill of Rights Journal, Williamsburg, VA.

149.   Blanck, P. (2004). Realities and Opportunities in the 21st Century Workplace–Disability Issues, Invited Panelist, U.S. Equal Employment Opportunity Commission, Forum with Chair Cari Dominguez, DC.

150.   Blanck, P. (2004). Future of Disability Law and Policy, Invited Talk, U.S. Equal Employment Opportunity Commission, Office of Legal Counsel, Washington, DC.

151.   Blanck, P. (2004). Union Army Veterans' Pensions and the Politics of Disability in Nineteenth Century America, Distinguished Lecture on Human Rights, Syracuse University College of Law, Syracuse, NY.

152.   Blanck, P. (2004). Employees with Disabilities: Employer Misconceptions Versus Data and Practice, Master Tutorial Presenter, Society for Industrial and Organizational Psychology, Ann. Conf., Chicago, IL.

153.   Sewell, R., Song, C., Smith, R., Bauman, N., & Blanck, P. (2004). Union Army Veterans with Hearing Loss and the Evolution of Disability in America During 1862-1920, Paper, Annual Meeting of the Triological Society, Phoenix, AZ.

154.   Blanck, P. (2004). Disability Rights: Thematic Issues, Moderator at Equality and Disability: Exploring The Challenge and Potential of Framework Directive 2000/78/EC, Conference Organised in Louvain-La-Neuve, Belgium (29-30 April).

155.   Blanck, P. (2004). Definition of Disability, Social Security Advisory Board Forum, Invited Discussant, DC.

156.   Blanck, P. (2004). Disability Law and Technology Policy, State of Technology Conference, Rehabilitation Engineering Research Center (RERC) on Mobile Wireless Technologies for Persons with Disabilities, Georgia Centers for Advanced Telecommunications Technology, Invited Address, Atlanta Georgia.

157.   Blanck, P. (2004). The Past, Present and Future of Disability Rights, Keynote address, at the Job Accommodation Network (JAN), Annual Conference, Orlando, FL.

158.   Blanck, P. (2004). Past and Future of Disability Law and Policy, Inaugural Thornburgh Family Lecture on Disability Law and Policy, University of Pittsburgh, PA.

159.    Blanck, P. (2004). Celebrating Disability Rights, Keynote address for the Arkansas Rehabilitation Services Commission Meeting for Disability Awareness Month, Little Rock, Arkansas.

160.    Blanck, P. (2004). Disability Law and Policy, Invited address, at the Miller Center of Public Affairs, University of Virginia, Charlottesville, VA.

161.    Blanck, P. (2004). Demystifying Workplace Accommodations, Panel at National Business Group on Health Annual Conference, Orlando, FL.

162.    Blanck, P. (2004). Disability Discrimination in North America, Panel at Workplace Discrimination and the Law in North America, NAFTA Labor Secretariat, Washington, DC.

163.    Blanck, P. (2004). Disability Civil Rights Law and Policy. Keynote Address, Israeli Association of Rehabilitation Professionals, Annual Meeting, Tel Aviv, Israel.

164.    Blanck, P. (2004). Disability Civil Rights Law and Policy. Invited Address, Israeli Knesset, A special meeting of the Committee on Labour, Social Welfare and Health Committee, chaired by MK Shaul Yahalom, Jerusalem, Israel.

165.    Blanck, P. (2005). Fifth Meeting of the Working Group on Data Collection to Measure the Extent and Impact of Discrimination in Europe, European Commission, Section on Employment, Social Affairs and Equal Opportunities, Invited Presentation on the U.S. Experience with the Measurement of the Americans with Disabilities Act, Brussels, Belgium.

166.    Blanck, P. (2005). Disability Rights and Legal Education. Invited Lecture Series on Diversity and Legal Education, University of Mississippi, School of Law, Oxford, Miss.

167.    Blanck, P. (2005). Future of Disability Law and Policy, Keynote Address, Alabama Transition Conference, Auburn University.

168.    Blanck, P. (2005). Introduction to Disability Law, Invited Address, Library of Congress, Center for International Rehabilitation, & the American Society for International Law (ASIL) Conference on International Disability Rights, Washington, D.C.

169.    Blanck, P. (2005). Employment and Disability, Annual Symposium, Invited Panelist, Disability Research Institute (DRI), University of Illinois at Urbana-Champaign, Funded by a grant from the U.S. Social Security Administration, National Press Club, Washington, D.C.

170.    Blanck, P. (2005). Americans with Disabilities and Civil Rights, Invited Address, Grinnell College, IA.

171.    Blanck, P. (2005). Disability Civil Rights Law and Policy, Keynote Address, YAI/National Institute for People with Disabilities Network, Annual Conference, New York, NY.

172.    Blanck, P. (2005). ADA as Disability Law and Policy, 29th International Congress on Law and Mental Health, International Academy of Law and Mental Health Congress, Paris, France.

173.    Blanck, P. (2005). Disability Law and Policy, Disability Law Summer Symposium, National University of Ireland, Galway.

174.    Blanck, P. (2005). EEOC ADA Workshop, Moderator, Iowa City, Iowa.

175.    Blanck, P. (2005). Disability Law and Policy, Evidence-Based Outcomes, Plenary address for the RERC on Workplace Accommodations State of the Science Conference, Atlanta, Georgia.

176.    Blanck, P. (2005). Disability Law and Policy, Keynote address for the Arkansas Workers' Compensation Annual Conference, Little Rock, Arkansas.

177.    Blanck, P. (2005). The Future of Disability Law and Policy, Loyola Law School, Los Angeles, CA.

178.    Blanck, P. (2005). The Future of the Americans with Disabilities Act, invited speaker, University of Mississippi Law School, Conference on the ADA at 15, Oxford, Miss.

179.    Blanck, P. (2005). The Americans with Disabilities Act, invited lecturer, Harvard Law School, Cambridge, MA.

180.    Blanck, P. (2005). The Burton Blatt Institute and the Future of Disability Law and Policy, faculty colloquium, Center for Policy Research. Maxwell School, Syracuse University, NY.

181.    Blanck, P. (2006). Empirical Study of the Americans with Disabilities Act, invited speaker, New York University School of Law Conference on Assessing the Employment Provisions of the Americans with Disabilities Act, NYC, NY.

182.    Blanck, P. (2005). The Burton Blatt Institute and the Future of Disability Law and Policy, Syracuse University College of Law Lecture Series, N.Y.C. Lubin House Lecture Series, NY.

183.    Blanck, P. (2006). Disability Law and Policy, Disability Law Summer Symposium, National University of Ireland, Galway.

184.    Blanck, P. (2006). On the Legacy of Professor Stanley Herr, Beit Issie Shapiro's First Fellow, Keynote Address, Beit Issie Shapiro Annual Conference, Tel Aviv, Israel.

185.    Blanck, P. (2006). The Challenge of Monitoring Social Reform in the Area of Disability--The International Perspective, Keynote Address, Conference on Disability Studies as a Field of Human Rights, Inquiry and Teaching, US–Israel Binational Conference; sponsored by the Israeli Ministry of Justice, Commission for Equal Rights of People with Disabilities, Tel Aviv, Israel.

186.    Blanck, P. (2006). Employment Demand, Invited panelist, Interagency Committee on Disability Research (ICDR), Interagency Subcommittee on Employment, Research Summit on "Employer Perspectives on Workers with Disabilities: A National Summit to Develop a Research Agenda," Crystal City, VA.

187.    Blanck, P. (2006). New Paths in Disability Law and Policy, Keynote Address, The Indiana Governor's Council for People with Disabilities Annual Conference, Indianapolis, Indiana.

188.    Blanck, P. (2006). The US (ADA) approach and its impact on eAccessibility, speaker at the European Workshop on Achieving eAccessibility: The role of Equality Legislation and Other Measures, European Union Commission, Brussels, Belgium.

189.    Blanck, P. (2006). Social regulation of accessibility to ICT for people with disabilities: What can Norway learn from other countries?, invited speaker, NOVA Institute, Oslo, Norway.

190.    Blanck, P. (2006). Disability Politics Historically and Today, Faculty Colloquium, University of San Diego School of Law, San Diego, CA.

191.    Blanck, P. (2006). The Future and Past of Disability, Colloquium, Social Psychology Department, University of California, Riverside, CA.

192.    Morris, M. & Blanck, P. (2007). Access to Ownership for Persons with Disabilities: A Post Katrina Analysis, Presentation at the American Association of Law Schools Annual Meeting, Washington, DC.

**FORTHCOMING**

193.  Blanck, P. (2007).  The Politics of Disability Inequality after the Civil War, Presentation at the Journal of Law and Inequality Symposium Commemorating the First 25 Years of Academic Legal Analysis of Issues in Inequality, University of Minnesota Law School, Minneapolis, Minn.

194.  Logue, L. & Blanck, P. (2007).  African-American Veterans and Civil War Pensions, Presentation at "Military Service, Social (Dis)advantage, and the Life Course," Maxwell School Conference, Syracuse University, NY.

195.  Blanck, P. (2007).  People with Disabilities in Times of Crisis and War, Presentation at the Israeli OMRDD Conference, Haifa, Israel.

196.  Blanck, P. (2007).  Aging and Disability, Presentation at "Aging and Disability Conference," Maxwell School, Syracuse University, NY.

197.  Blanck, P. (2007).  Disability Law and Policy in the Theater, Presentation at the Kennedy Center's Leadership Exchange in Arts and Disability (LEAD) conference, Minneapolis, MN.