LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Fax: (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone: (315) 443-9703
Fax: (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.: C 06-01802 MHP <br><br> CLASS ACTION <br><br> DECLARATION OF ROBERT STIGILE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION <br><br> Date: April 12, 2007 <br> Time: 2:30 p.m. <br> Judge: Honorable Marilyn H. Patel |

I, Robert Stigile, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am 40 years old.

3. I have been legally blind for more than 20 years.

4. I reside in Reseda, California.

5. I have been a member of the National Federation of the Blind (NFB) since 1988. The NFB has affiliates in all fifty states plus Washington, D.C. and Puerto Rico.

6. The National Federation of the Blind of California (NFB-C) is a state affiliate of the NFB. NFB-C was founded in 1935 as the California Council of the Blind, and became NFB-C in 1978. The NFB-C is a California corporation that carries out the NFB's objectives at the state level. Like the NFB, the NFB-C aims to promote the general welfare of the blind by helping them integrate into society on equal terms and removing the barriers that deny them opportunities in virtually every sphere of life.

7. The NFB-C has approximately 300-400 members. The vast majority of the NFB-C's members are blind persons.

8. I have been a member of the NFB-C since 1988, and am currently the President of the NFB-C. The NFB-C has dozens of local chapters and affiliates throughout the state of California, including in Alameda County.

9. The internet is becoming increasingly important to the day to day lives of sighted and blind Americans alike. Over the years, the NFB-C has become increasingly concerned that blind people are being denied, to their detriment, equal access to the internet and everything that comes with that. NFB-C joined this litigation as a named plaintiff and proposed class representative because it is concerned, as an organization and on behalf of its members, that the barriers which make Target.com and other websites inaccessible are preventing blind people, including NFB-C members, from fully participating in society and the economy.

10. The NFB-C has joined the above captioned case on behalf of its members, and is fully committed to protecting the interests of its members in this case. Moreover, if appointed a class

---

National Federation of the Blind, et al. v. Target Corporation, et al.
Case No.: C 06-01802 MHP
Declaration of Robert Stigile in Support of Plaintiffs' Motion for Class Certification 1

representative by the Court, the NFB-C will represent the interests of the entire class vigorously, diligently and faithfully, in the same way it will strive to represent the interests of its members.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 1/26, 2007, at Reseda, California.

ROBERT STIGILE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

National Federation of the Blind, et al. v. Target Corporation, et al.
Case No.: C 06-01802 MHP
Declaration of Robert Stigile in Support of Plaintiffs' Motion for Class Certification 2