LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone:   (315) 443-9703
Fax:         (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF DANIEL BROME IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date:   April 12, 2007<br>Time:   2:30 p.m.<br>Judge:  Honorable Marilyn H. Patel |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

Dockets.Justia.com

I, Daniel Brome, declare as follows:

1. I am a paralegal at the firm of Disability Rights Advocates, counsel for the Plaintiffs in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I would and could competently testify as follows:

2. I have researched the publicly available information regarding the number of blind or visually impaired individuals in California and the United States.

3. According to a survey from 2002 conducted by the U.S. Census Bureau, 1.8 million Americans were unable to see. Attached hereto as Exhibit A is a true and correct copy of a press release containing this information, which can be found at: http://www.census.gov/Press-Release/www/releases/archives/aging_population/006809.html.

4. According to the 2002 U.S. Census, there were 51.2 million Americans with a disability, of whom 1.8 million were unable to see. According to a 2005 survey by the U.S. Census, there were 4.1 million people with a disability in California. Assuming that the blind account for the same portion of people with disabilities in California as in the U.S. as a whole, approximately 140,000 people in California were unable to see as of 2005. Attached hereto as Exhibit B is a true and correct copy of the Census information pertaining to California, which can be found at: http://factfinder.census.gov/servlet/ACSSAFFFacts?_event=Search&geo_id=&_geoContext=&_street=&_county=&_cityTown=&_state=04000US06&_zip=&_lang=en&_sse=on&pctxt=fph&pgsl=010.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on January 30, 2007, in Berkeley, California

_____
Daniel Brome

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Daniel Brome in Support of Plaintiffs' Motion for Class Certification** 1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

# EXHIBIT A

Case 3:06-cv-01802-MHP   Document 82   Filed 02/01/2007   Page 3 of 8



# U.S. Census Bureau News
U.S. Department of Commerce · Washington, D.C. 20233

## RELEASED: 12:01 A.M. EDT, MAY 12, 2006 (FRIDAY)

Robert Bernstein                    CB06-71
Public Information Office
(301) 763-3030/457-3670 (fax)
(301) 457-1037 (TDD)
e-mail: <pio@census.gov>

## More Than 50 Million Americans Report Some Level of Disability

About 18 percent of Americans in 2002 said they had a disability, and 12 percent had a severe disability, according to a report released today by the U.S. Census Bureau. Among people with disabilities, more than half of those 21 to 64 years old had a job, more than 4-in-10 of those ages 15 to 64 used a computer at home and a quarter of those age 25 to 64 had a college degree.

"The demographic snapshots contained in this report help planners and decision-makers assess the needs of this important segment of our population," said Census Bureau Director Louis Kincannon. Americans with Disabilities: 2002 was compiled from the Survey of Income and Program Participation.

Approximately 51.2 million people said they had a disability; for 32.5 million of them, the disability was severe.

About 56 percent of people ages 21 to 64 who had a disability were employed at some point in the one-year period prior to the interview. People with a severe disability status reported the lowest employment rate (42 percent). This compared with the employment rates of people with a nonsevere disability (82 percent) and those with no reported disability (88 percent).

Similarly, 32 percent of people ages 25 to 64 with a nonsevere disability and 22 percent with a severe disability were college graduates. The corresponding rate for those without a disability was 43 percent.

Among other findings, people with a severe disability had an increased likelihood of

having Medicare or Medicaid coverage, living below the poverty level, reporting their health status to be "fair or poor," receiving public assistance and having a household income below $20,000. For instance, the poverty rate for people 25 to 64 with no disability was 8 percent, compared with 11 percent for those with a nonsevere disability and 26 percent for people with a severe disability.

The report defines a person as having a disability if they have difficulty performing a specific activity such as seeing, hearing, bathing or doing light housework, or had a specified condition, such as Alzheimer's disease or autism. (See attachment.) People are considered to have a severe disability if they are completely unable to perform one or more of these tasks or activities, need personal assistance or have one of the severe conditions described in the report.

Other highlights:

- Four million children ages 6 to 14, or 11 percent, had a disability. The chances of having a disability rise with age: 72 percent of people age 80 and older had disabilities.
- Approximately 11 million people ages 6 and older, or 4 percent, needed personal assistance with an everyday activity. Among the population age 15 and older, 2.7 million used a wheelchair and 9.1 million an ambulatory aid such as a cane, crutches or a walker.
- About 7.9 million people age 15 and older had difficulty seeing the words and letters in ordinary newspaper print, including 1.8 million who were unable to see.
- There were 7.8 million people age 15 and older who had difficulty hearing a normal conversation, including 1 million unable to hear.
- About 14.3 million people age 15 and older had limitations in cognitive functioning or a mental or emotional illness that interfered with their daily activities, such as Alzheimer's disease, depression or mental retardation. This group comprised 6 percent of the population.
- Among adults ages 16 to 64, 11.8 million or 6 percent reported the presence of a condition that makes it difficult to remain employed or find a job.
- Median earnings for people with no disability were $25,000, compared with $22,000 for people with a nonsevere disability and $12,800 for those with a severe disability.
- Of those ages 15 to 64, 36 percent with a severe disability used a computer and 29 percent used the Internet at home.



-X-

**These data were collected from June through September 2002 in the Survey of Income and Program Participation. As in all surveys, these data are subject to sampling variability and other sources of error.**

Source: U.S. Census Bureau | Public Information Office | (301) 763-3030 | Last Revised: December 11, 2006

# EXHIBIT B



**U.S. Census Bureau — American FactFinder**

FACT SHEET

## California

2005 American Community Survey
Data Profile Highlights:

**Note**: The 2005 American Community Survey universe is limited to the household population and excludes the population living in institutions, college dormitories, and other group quarters.

| General Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total population | 35,278,768 | | | ***** | |
| Male | 17,497,507 | 49.6 | 49.0% | +/-4,744 | rank |
| Female | 17,781,261 | 50.4 | 51.0% | +/-4,744 | rank |
| Median age (years) | 34.4 | (X) | 36.4 | +/-0.2 | rank |
| Under 5 years | 2,679,311 | 7.6 | 7.0% | +/-3,023 | |
| 18 years and over | 25,623,626 | 72.6 | 74.6% | +/-2,156 | |
| 65 years and over | 3,701,104 | 10.5 | 12.1% | +/-2,855 | rank |
| One race | 34,182,772 | 96.9 | 98.1% | +/-23,933 | |
| White | 21,491,336 | 60.9 | 74.7% | +/-78,683 | rank |
| Black or African American | 2,163,530 | 6.1 | 12.1% | +/-16,014 | rank |
| American Indian and Alaska Native | 253,774 | 0.7 | 0.8% | +/-11,432 | rank |
| Asian | 4,365,548 | 12.4 | 4.3% | +/-14,931 | rank |
| Native Hawaiian and Other Pacific Islander | 124,511 | 0.4 | 0.1% | +/-4,759 | rank |
| Some other race | 5,784,073 | 16.4 | 6.0% | +/-80,501 | rank |
| Two or more races | 1,095,996 | 3.1 | 1.9% | +/-23,933 | rank |
| Hispanic or Latino (of any race) | 12,523,379 | 35.5 | 14.5% | ***** | |
| Household population | 35,278,768 | 100.0 | 100.0% | ***** | |
| Group quarters population | (X) | (X) | (X) | (X) | |
| Average household size | 2.92 | (X) | 2.60 | +/-0.01 | rank |
| Average family size | 3.53 | (X) | 3.18 | +/-0.01 | |
| Total housing units | 12,989,254 | | | ***** | |
| Occupied housing units | 12,097,894 | 93.1 | 89.2 | +/-20,853 | |
| Owner-occupied housing units | 7,070,138 | 58.4 | 66.9 | +/-36,338 | rank |
| Renter-occupied housing units | 5,027,756 | 41.6 | 33.1 | +/-31,936 | |
| Vacant housing units | 891,360 | 6.9 | 10.8 | +/-20,853 | |

| Social Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Population 25 years and over | 22,299,041 | | | +/-5,730 | |
| High school graduate or higher | (X) | 80.1 | 84.2% | (X) | rank |
| Bachelor's degree or higher | (X) | 29.5 | 27.2% | (X) | rank |
| Civilian veterans (civilian population 18 years and over) | 2,193,336 | 8.6 | 10.9% | +/-21,575 | rank |
| Disability status (population 5 years and over) | 4,122,404 | 12.7 | 14.9% | +/-37,435 | |
| Foreign born | 9,611,356 | 27.2 | 12.4% | +/-53,997 | rank |
| Male, Now married, except separated (population 15 years and over) | 7,195,952 | 53.8 | 55.9% | +/-34,327 | |
| Female, Now married, except separated (population 15 years and over) | 6,884,327 | 49.7 | 51.0% | +/-33,912 | |
| Speak a language other than English at home (population 5 years and over) | 13,791,180 | 42.3 | 19.4% | +/-59,671 | rank |

| Economic Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| In labor force (population 16 years and over) | 17,324,829 | 64.9 | 65.9% | +/-36,809 | rank |
| Mean travel time to work in minutes (workers 16 years and over) | 27 | (X) | 25 | +/-0.1 | rank |
| Median household income (in 2005 inflation-adjusted dollars) | 53,629 | (X) | 46,242 | +/-324 | rank |
| Median family income (in 2005 inflation-adjusted dollars) | 61,476 | (X) | 55,832 | +/-280 | rank |

|  | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Per capita income (in 2005 inflation-adjusted dollars) | 26,800 | (X) | 25,035 | +/-129 | |
| Families below poverty level | (X) | 10.3 | 10.2 | (X) | |
| Individuals below poverty level | (X) | 13.3 | 13.3 | (X) | rank |
| **Housing Characteristics - show more >>** | **Estimate** | **Percent** | **U.S.** | **Margin of Error** | |
| Owner-occupied homes | 7,070,138 |  |  | +/-36,338 | rank |
| Median value (dollars) | 477,700 | (X) | 167,500 | +/-1,683 | rank |
| Median of selected monthly owner costs | (X) | (X) |  | (X) | |
| With a mortgage (dollars) | 1,912 | (X) | 1,295 | +/-8 | rank |
| Not mortgaged (dollars) | 388 | (X) | 369 | +/-3 | rank |

Source: U.S. Census Bureau, 2005 American Community Survey

Explanation of Symbols:
1. An '(X)' entry indicates that a value is not applicable or not available for the characteristic.
2. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
3. An 'N' entry indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.

---

The letters PDF or symbol 📄 indicate a document is in the Portable Document Format (PDF). To view the file you will need the Adobe® Acrobat® Reader, which is available for **free** from the Adobe web site.