# EXHIBIT G

Dockets.Justia.com

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:        (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>　　　　　Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JENNIFER DUNNAM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Jennifer Dunnam, declare as follows:

1.     The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

## Background

2.     My name is Jennifer Marie Dunnam, and I was born October 26, 1970.

3.     I have been totally blind since birth due to lack of development of my optic nerve.

4.     My primary residence is in Minneapolis, Minnesota.

5.     I am manager of access programs in the Disability Services department at the University of Minnesota.

6.     I have been a member of the National Federation of the Blind since April 1985.

## Computer and Internet Use

7.     I have used computers for more than fifteen years, and I am a competent and proficient computer user.

8.     I have accessed the Internet for ten years, and I use it to shop online, reserve airline tickets, conduct research, send and receive e-mail, and read the news, among other tasks.

9.     I have used JAWS screen-reading software for ten years. I would be able to use a computer neither independently nor efficiently in order to perform the functions mentioned above without this software.

10.     When web sites are properly coded, I can use them. I regularly use the web sites of Google, Northwest Airlines, the Minneapolis Public Library, and Bookshare.org. I believe a majority of web pages I have come across are more accessible than Target.com.

## Experience with Target Retail Stores

11.     My family, friends, and I use Target stores. There are a number of Target Retail Stores in my area. I like Target products because they are high quality for the price that consumers pay. Target provides a wide variety of products that I am interested in purchasing.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Jennifer Dunnam in Support of Plaintiff's Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

12.    To travel to a physical Target store, I take a public bus which takes between twenty five and thirty minutes of travel time each direction. Once I am at the store, I need a store member to assist me with my shopping.

**Harms Experienced Because of the Inaccessibility of Target.com**

13.    I prefer to shop online whenever I can because I can more easily access information regarding a wide variety of products.

14.    I want access to Target.com primarily because I want to purchase products directly from the web site. This would allow me to avoid the inconveniences of traveling to the Target stores and encountering the holiday crowds. I am also interested in using Target.com's wedding registry features. However, there are times that I do go to physical stores to do my shopping. If Target.com were easily accessible, I would definitely use it in connection with my future visits to Target's retail stores.

15.    I have attempted to use Target.com three times between December 2005 and March 2006. The last time I used it, I spent between roughly forty five minutes on Target.com in order to ensure I had not missed a means of checking out and purchasing products.

16.    The last time I visited Target.com, I hoped to purchase a water filter for my sink. After determining that Target had the product I wanted, I found that I was unable to proceed to checkout and actually purchase it.

17.    Inexplicable code and garbled text made navigating the site difficult. Since I did not know half of what I was reading, I wondered how much useful content I was missing.

18.    Target.com contained links and images without labels as to what they were or what they did.

19.    I was unable to find and use the Continue to Checkout button despite exhausting all the techniques at my disposal. First, I placed the virtual cursor to the part of the page where I thought the button should be. Second, I used the JAWS cursor to find the button. Third, I "tabbed" through the entire page to ascertain its location. Fourth, I refreshed the page to see if the button had loaded in the first place.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Jennifer Dunnam in Support of Plaintiff's Motion for Class Certification

2

20. Target.com made me feel very frustrated.

21. Target's web site did not treat me the same as it treated sighted individual.

22. Lack of access to Target.com compromised my independence and forced me to rely on others.

23. My hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of _____, 2006, at Minneapolis, Minnesota.

_____
JENNIFER DUNNAM

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Jennifer Dunnam in Support of Plaintiff's Motion for Class Certification

3

# EXHIBIT H

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>         Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANIL LEWIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Anil Lewis, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.   If called to testify,

3    I could testify competently to the facts described in this declaration.

4

5                                          **Background**

6    2.    My name is Anil Lewis, and I was born June 4, 1964.

7    3.    I have been legally blind since 1989 due to retinitis pigmentosa.

8    4.    My primary residence is in Atlanta, Georgia.

9    5.    I am director of the Visionary Center, an advocacy training organization for blind people.

10   6.    I have been a member of the National Federation of the Blind since 1992. I have been

11   president of the National Federation of the Blind of Georgia since 2002. I also serve on the NFB

12   national board.

13

14                              **Computer and Internet Use**

15   7.    I am a proficient computer user. I have used computers since I was in high school in

16   1978. I received my bachelor's degree in Business Administration with an emphasis in Computer

17   Information Systems. I have also taught computer assistive technologies to the blind at the

18   Center for the Visually Impaired.

19   8.    I have used the Internet since 1991. I use the Internet in order to manage my finances

20   with online banking, shop, conduct research, send and receive e-mail, and read the news, among

21   other tasks.

22   9.    I have used JAWS screen-reading software since 1990. Screen-reading software is the

23   primary reason that I remain in my profession. It gives me the ability to perform a wide variety

24   of functions confidently and independently. Moreover, it allows me to thrive in educational

25   environments. I used this software while I received my bachelor's degree and while I earned my

26   master's degree in Public Administration.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Anil Lewis in Support of Plaintiff's Motion for Class Certification**
1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

10.     When web sites are properly coded, I can use them. I regularly use the web pages of the National Federation of the Blind, Google, Bank of America, Georgia State University, and Zifty, a personal shopping service. When compared to the accessibility of other web pages I use, Target.com is very poor since I cannot fulfill the primary function of purchasing goods.

### Experience with Target Retail Stores

11.     My family, friends, and I use Target stores. I like Target Retail Stores because I see these them as a broad shopping "one-stop-shops." I like Target products because I believe they are good quality and affordable.

12.     It is inconvenient for me to travel to a physical Target store. It costs a minimum of thirty dollars to hire a driver to make the round-trip journey. If I need a limited number of items and ask the driver to wait, the meter continues to run and the cost is even greater.

### Harms Experienced Because of the Inaccessibility of Target.com

13.     I prefer to shop online because shopping in a physical store involves many challenges. As a blind person, I find traveling to the store and using customer service to help me navigate the store inconvenient. Using a driver can be expensive and time consuming. Customer service personnel often do not like to read aloud the details of each product that interests me.

14.     At the same time, there are instances when I cannot afford to wait for the product to be delivered. At these moments, I need to be educated about what is available in physical stores so that I can go to there and give the customer service attendant the title and description of what I want in order to purchase this item quickly and efficiently. For example, in September 2006, I wanted to buy a robot for my son from the Sharper Image for his birthday. By searching for the item beforehand online, I was able to be more clear and efficient when I visited the physical store. If Target.com was more accessible to me, I believe my experience at physical Target stores would be greatly improved in a similar way. As such, if Target.com were easily accessible, I would definitely use it in connection with my future visits to Target's retail stores.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anil Lewis in Support of Plaintiff's Motion for Class Certification

2

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

15.    I would like to shop at Target.com to make use of the site's sales.

16.    I attempted to use Target.com twice on December 14, 2006. I was focused on purchasing a single product, and I spent forty five minutes attempting to purchase it.

17.    During this attempt, I sought to purchase the Chronicles of Narnia, a four disc DVD set, for my son for Christmas. It is difficult for me to be a blind parent of a sighted child, especially since I am on a fixed income. I wanted to make sure my son had a Christmas that he would enjoy. I knew that this purchase would help me provide my son the enjoyment I wanted to provide him during the holidays. Through a television commercial, I knew this product was on sale at Target, and I found out that this sale also extended to Target.com by word of mouth.

18.    Forms where I was expected to provide personal data were unaccompanied by labels indicating the type of information needed.

19.    Target.com did not use headings so that I could skim the contents of its web pages. The subheadings on each page I visited were not labeled as such. As a result, I would often confuse web page text with these headings, and I was unable to navigate the page efficiently. I would liken my use of Target.com to a sighted person attempting to use a phone book with names that are not listed in alphabetical order. Since the site was functionally inaccessible in this way, I decided to use the search function to find the Chronicles of Narnia.

20.    I was unable to use the Continue to Checkout button. I unsuccessfully clicked on this button with three different methods. I used the space bar, enter key, and the JAWS cursor in attempts to use the button. After each attempt, I was brought back to the same page.

21.    Given my desire to give my son an ideal Christmas, Target.com made me feel extremely angry, frustrated, and upset.

22.    Target's web site did not treat me the same as it treated a sighted individual.

23.    Lack of access to Target.com compromised my independence.

24.    It is my hope that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anil Lewis in Support of Plaintiff's Motion for Class Certification                    3

1   I declare under penalty of perjury under the laws of the United States of America that the

2   forgoing is true and correct.

3

4   Executed this January day of ___, 2007, at Atlanta, Georgia.

5                                                   _____

6                                                   ANIL LEWIS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Anil Lewis in Support of Plaintiff's Motion for Class Certification

4

# EXHIBIT I

1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  ROGER HELLER (California Bar No. 215348)
   rheller@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716

6  TODD M. SCHNEIDER (California Bar No. 158253)
   tschneider@schneiderwallace.com
7  JOSHUA KONECKY (California Bar No. 182897)
   jkonecky@schneiderwallace.com
8  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Telephone:    (415) 421-7100
10 Fax:          (415) 421-7105
   TTY:          (415) 421-1655

11

12 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   dfg@browngold.com                            900 S. Crouse Avenue
13 BROWN, GOLDSTEIN & LEVY, LLP                 Crouse-Hinds, Suite 300
   120 E. Baltimore St., Suite 1700             Syracuse, NY 13244-2130
14 Baltimore, MD 21202                          Telephone:    (315) 443-9703
   Telephone:    (410) 962-1030                 Fax:          (315) 443-9725
15 Fax:          (410) 385-0869

16

17                   UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20 NATIONAL FEDERATION OF THE              Case No.: C 06-01802 MHP
21 BLIND, the NATIONAL FEDERATION OF
   THE BLIND OF CALIFORNIA, on behalf of   CLASS ACTION
22 their members, and Bruce F. Sexton, on behalf
   of himself and all others similarly situated,   DECLARATION OF LISAMARIA
23                                                 MARTINEZ IN SUPPORT OF
                                                   PLAINTIFFS' MOTION FOR CLASS
24              Plaintiffs,                        CERTIFICATION

25 v.

26 TARGET CORPORATION,
                Defendant.
27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Lisamaria Martinez, declare as follows:

2  1.       The facts in this declaration are based upon my personal knowledge.   If called to testify,

3  I could testify competently to the facts described in this declaration.

4

5                              **Background**

6  2.       My name is Lisamaria Martinez, and I am twenty five years old.

7  3.       I have been legally blind for over twenty years. My blindness resulted from Steven

8  Johnson syndrome.

9  4.       I finished a graduate program in educational psychology, and I am currently looking for a

10  job.

11  5.       My primary residence is in San Leandro, California.

12  6.       I have been a member of the National Federation of the Blind since 1988.

13

14                        **Computer and Internet Use**

15  7.       I have been using computers since 1987. I believe I am a proficient computer user

16  because I can use most programs and access most Internet web pages.

17  8.       I have accessed the Internet since 1999. I use the Internet to do research, shop at grocery

18  and convenience stores, communicate via e-mail, access news sites, use search engines, chat,

19  among other tasks.

20  9.       For the last year, I have used JAWS screen-reading software. Before then, I used

21  Window Eyes screen-reading software for six years. When I accessed Target.com, I had been

22  using Window Eyes for about five years. Before I used these programs, either I had someone

23  help me or I used a program called Outspoken to read computer text out loud to me.

24  10.      Screen-reading software has made me a much more independent person. I would not be

25  able to use the Internet now were it not for this software. It has made it so that I do not have to

26  rely on others nearly as much as I had to in the past.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Lisamaria Martinez in Support of Plaintiff's Motion for Class Certification

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

11.     If a web page is tagged and labeled, then I am generally able to access its content. I regularly used the web pages of Blackboard, Google, my school, and Barnes and Noble. When I think of how it compares to other web pages I have used, I believe Target.com is among the least accessible.

### Experience with Target Retail Stores

12.     I like Target Retail Stores because their products are affordable and of good quality. I prefer their clothing and their household products to those of other stores. My friends and family also use Target stores.

### Harms Experienced Because of the Inaccessibility of Target.com

13.     It is inconvenient for me to shop at a physical Target store. This arises from the fact that I rely on others for transportation and browsing and thus depend on another's schedule. Otherwise, I must rely on public transportation which is troublesome. Commuting to Target often requires more than two hours of time. Given my visual impairment, it can be very difficult to transport my items onto buses or the subway system.

14.     I prefer to shop online. I often find that the customer service at grocery or retail stores do not fully understand my needs. Shopping online allows me to browse items more thoroughly so that I can be more efficient when I visit a physical store to actually examine or try on items. I would like to use Target.com to make use of online sales and coupons.

15.     I have attempted to use Target.com about ten times. I last used the web site in roughly March 2005. The first time I used Target.com, I spent one hour attempting to buy a bracelet for a breast cancer research fundraiser. I failed in this effort.

16.     I found that inexplicable code and garbled text prevented me from navigating the site.

17.     Target.com contained links and images without labels about what they were or what they did. Products were described by odd numbers and letters rather than by words.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Lisamaria Martinez in Support of Plaintiff's Motion for Class Certification

2

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   18.    Target.com did not make use proper use of headings so that I could skim the contents of

2   the web page.

3   19.    I could not locate the "Continue to Checkout" button with the JAWS function used to

4   find such buttons.

5   20.    When I attempted to use Target.com, I felt extremely frustrated and annoyed.

6   21.    Target does not treat me the same as it treats sighted individuals because I cannot fully

7   use its web site.

8   22.    The lack of access on Target.com compromised my independence and forced me to rely

9   on others.

10  23.    My hope is that Target will make and keep its website fully and easily accessible for the

11  blind so that I can shop the website just as sighted people do.

12

13      I declaré under penalty of perjury under the laws of the United States of America that the

14  forgoing is true and correct.

15

16      Executed this December day of ___31___, 2006, at San Leandro, California.

17

18      *Lisamaria Martinez*
        LISAMARIA MARTINEZ

19

20

21

22

23

24

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Lisamaria Martinez in Support of Plaintiff's Motion for Class Certification

3

# EXHIBIT J

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:          (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:          (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ELIZABETH MCNALLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Elizabeth McNally, declare as follows:

1.       The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

## Background

2.       My name is Elizabeth Helene McNally, and I was born February 24, 1943.

3.       I have been totally blind since 1980 and legally blind since birth.

4.       I am a retired rehabilitation teacher. I am currently an unpaid advocate for people with disabilities. I am chairman of the Miami Dade County Commission on the Disability Issues as well as the president of Miami Dade chapter of the National Federation of the Blind.

5.       My primary residence is in North Miami Beach, Florida.

6.       I have been a member of the National Federation of the Blind since 1968.

## Computer and Internet Use

7.       I have used computers for over ten years, and I believe I am a proficient computer user.

8.       I have used the Internet for eight years for shopping, research, personal enjoyment, and e-mail, among other tasks.

9.       I have used JAWS screen-reading software since 1995. Screen-reading software has impacted my independence dramatically. Before such programs, I used a type-writer, and I did not use computers.

10.       When web sites are properly coded, I can generally use them. I regularly use the web pages of PulseTV, Channel 10, Social Security, the AMC channel, and Grocery Taxi.com. The vast majority of web pages I have used are more accessible than Target.com.

## Experience with Target Retail Stores

11.       I purchase products in Target retail stores. I like the products and merchandise sold at Target. However, there is no Target store that I can access by bus. To go to a Target store, I would need special transportation, such as paratransit. The problem with paratransit is that they only allow two bags back on this service.

1

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Elizabeth McNally in Support of Plaintiff's Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

### Harms Experienced Because of the Inaccessibility of Target.com

12.    I like to shop online when I am looking for bulkier, heavier products. Shipping makes receiving these items much more convenient. I also like that shopping online is much more efficient.

13.    I would like to shop at Target.com so that I can buy Target products and make use of the store's reasonable prices. Moreover, I would like to purchase a specific type of cookie that Target sells, Keebler Danish Wedding Cookies, which local grocery stores do not carry. However, if Target.com were easily accessible, I would also definitely use it in connection with my future visits to Target's retail stores.

14.    I have attempted to use Target.com roughly eight to ten times between Spring 2005 and June 2006. A persistent person, I spent one and a half hours the last time I was on the site.

15.    Target's web page made me feel frustrated and a little bit angry. I would even say that I felt violated to a certain degree.

16.    Inexplicable code and garbled text prevented me from navigating the site.

17.    Target's web page contained links and images that did not have labels about what they were or what they did. I had trouble accessing descriptive information on items.

18.    Target.com did not use headings so that I could skim the contents of the site.

19.    Though I applied numerous techniques to do so, I was unable to use the Continue to Checkout button. For instance, I tried to use the JAWS cursor, the enter key, and the space bar key, but these methods were insufficient.

20.    I feel that Target.com does not treat me the same as a sighted individual because I cannot use the site.

21.    Lack of access to Target.com compromised my independence and forced me to rely on others.

22.    It is my hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

2

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Elizabeth McNally in Support of Plaintiff's Motion for Class Certification

2

1   I declare under penalty of perjury under the laws of the United States of America that the

2   forgoing is true and correct.

3

4   Executed this December day of _15_, 2006, at North Miami Beach, Florida.

5

6                                                 _____
                                                  ELIZABETH MCNALLY

7

8

9

10

11

12

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Elizabeth McNally in Support of Plaintiff's Motion for Class Certification

3

# EXHIBIT K

1   LAURENCE W. PARADIS (California Bar No. 122336)
    lparadis@dralegal.org
2   ROGER HELLER (California Bar No. 215348)
    rheller@dralegal.org
3   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
4   Berkeley, California 94704
    Telephone:    (510) 665-8644
5   Facsimile:    (510) 665-8511
    TTY:          (510) 665-8716
6
    TODD M. SCHNEIDER (California Bar No. 158253)
7   tschneider@schneiderwallace.com
    JOSHUA KONECKY (California Bar No. 182897)
8   jkonecky@schneiderwallace.com
    SCHNEIDER & WALLACE
9   180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
10  Telephone:    (415) 421-7100
    Fax:          (415) 421-7105
11  TTY:          (415) 421-1655

12  DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
    dfg@browngold.com                            900 S. Crouse Avenue
13  BROWN, GOLDSTEIN & LEVY, LLP                 Crouse-Hinds, Suite 300
    120 E. Baltimore St., Suite 1700             Syracuse, NY 13244-2130
14  Baltimore, MD 21202                          Telephone:    (315) 443-9703
    Telephone:    (410) 962-1030                 Fax:          (315) 443-9725
15  Fax:          (410) 385-0869

16

17                        UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20  NATIONAL FEDERATION OF THE              Case No.: C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
21  THE BLIND OF CALIFORNIA, on behalf of   CLASS ACTION
    their members, and Bruce F. Sexton, on behalf
22  of himself and all others similarly situated,   DECLARATION OF MARIA MORAIS IN
                                            SUPPORT OF PLAINTIFFS' MOTION
23                                          FOR CLASS CERTIFICATION

24              Plaintiffs,

25  v.

26  TARGET CORPORATION,
                Defendant.
27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Maria Morais, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.  If called to testify, I could testify competently to the facts described in this declaration.

### Background

2.      My name is Maria Ernestina Morais. I was born February 1, 1966.

3.      I have no functional vision. I was born with low vision, but I have lost my sight due a progressive eye condition. I have been legally blind since I was ten years old.

4.      I am a homemaker.

5.      I reside in Ruston, Louisiana.

6.      I have been a member of the National Federation of the Blind since 1986.

### Computer and Internet Use

7.      I have used computers since 1988, and I would say I am an average computer user.

8.      I have accessed the Internet since 2000. I use it everyday. I use it to purchase products online, send and receive e-mail, research information (such as how to fix my house), keep up with the news, among other tasks.

9.      I have used JAWS screen-reading software since 1993. Screen-reading software has enabled me to access information that I could not otherwise obtain without it. Before I used JAWS, I used other screen-reading software.

10.      When web sites are properly coded, I can use them. I regularly use the web sites of Google, my local newspaper, and Lowes. I believe the vast majority of web pages are more accessible than that of Target.

### Experience with Target Retail Stores

11.      I shop at Target stores. I like their merchandise. I think they have a nice variety of high quality products which are available at affordable prices. We do not have a Target store in my

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  town. My friends and family shop at Target stores in other locations.

2

3  ### Harms Experienced Because of the Inaccessibility of Target.com

4  12.    I prefer to shop in online stores for household appliances because transportation no

5  longer becomes an issue and descriptions for these products are reliable and accurate. I also like

6  to use online stores to get a preview of products available in the physical store.

7  13.    I would like to shop at Target.com because we do not have a local Target store. Since my

8  husband and I are both blind, it is very inconvenient for me to travel to a physical Target store. I

9  would have to travel 60-70 miles round trip if I wanted to purchase their products. Moreover,

10  there is no public transportation, and I would need to hire a driver. I estimate this would cost

11  roughly $30. This expense discourages me from visiting Target. Despite these difficulties, if

12  Target.com were easily accessible, I would definitely use it in connection with my future visits to

13  Target's retail stores. Secondly, many people I know have had their baby shower registries

14  through Target.com, and I would like to purchase gifts through the site.

15  14.    I used Target.com twice in June 2006. I spent only 10 minutes on the site because I

16  essentially found the site totally inaccessible.

17  15.    When I first visited the site, I found that I could not access the Baby Shower registry on

18  Target.com. I could only see the "Target" name on the page, but I could not get any other

19  information by which to navigate the page.

20  16.    Target.com had links and images without labels as to what they were or what they did.

21  17.    It did not properly use headings so that I could skim the contents of its web pages.

22  18.    I was unable to find products as well as find or use the button Continue to Checkout.

23  19.    A few weeks ago, I heard about a talking crayon toy for my children, a product which

24  was available on Target.com. To purchase the product, I resorted to giving my personal

25  information, including my credit card information, to a friend so that she could process the order

26  for me.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification**

2

20.    Target.com does not treat me the same as a sighted individual. My experience on the page has made me feel as if Target does not want my business. It is annoying and frustrating to find that an entire web site is inaccessible to me.

21.    Lack of access on Target.com compromised my independence and forced me to rely on others.

22.    It is my hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of ⎿⎽⎺ , 2006, at Ruston, Louisiana.

*Maria Morais*
MARIA MORAIS

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification

3

# EXHIBIT L

1   LAURENCE W. PARADIS (California Bar No. 122336)
    lparadis@dralegal.org
2   ROGER HELLER (California Bar No. 215348)
    rheller@dralegal.org
3   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
4   Berkeley, California 94704
    Telephone:    (510) 665-8644
5   Facsimile:    (510) 665-8511
    TTY:          (510) 665-8716
6
    TODD M. SCHNEIDER (California Bar No. 158253)
7   tschneider@schneiderwallace.com
    JOSHUA KONECKY (California Bar No. 182897)
8   jkonecky@schneiderwallace.com
    SCHNEIDER & WALLACE
9   180 Montgomery Street, Suite 2000
    San Francisco, CA  94104
10  Telephone:    (415) 421-7100
    Fax:          (415) 421-7105
11  TTY:          (415) 421-1655

12  DANIEL F. GOLDSTEIN (*pro hac vice*)      PETER BLANCK (*pro hac vice*)
    dfg@browngold.com                         900 S. Crouse Avenue
13  BROWN, GOLDSTEIN & LEVY, LLP              Crouse-Hinds, Suite 300
    120 E. Baltimore St., Suite 1700          Syracuse, NY 13244-2130
14  Baltimore, MD 21202                       Telephone:    (315) 443-9703
    Telephone:    (410) 962-1030              Fax:          (315) 443-9725
15  Fax:          (410) 385-0869

16

17                      UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20  NATIONAL FEDERATION OF THE          Case No.:  C 06-01802 MHP
21  BLIND, the NATIONAL FEDERATION OF
    THE BLIND OF CALIFORNIA, on behalf of    **CLASS ACTION**
22  their members, and Bruce F. Sexton, on behalf
    of himself and all others similarly situated,   **DECLARATION OF OLGA PETERKIN**
23                                          **IN SUPPORT OF PLAINTIFFS' MOTION**
                                            **FOR CLASS CERTIFICATION**
24              Plaintiffs,

25  v.

26  TARGET CORPORATION,
            Defendant.
27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Olga Peterkin, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.   If called to testify,

3    I could testify competently to the facts described in this declaration.

4

5    ### Background

6    2.    My name is Olga Peterkin, and I was born March 16, 1964.

7    3.    Due to glaucoma, I have been legally blind since birth.

8    4.    I am a full-time mother. I work part-time for the Helping Hands program, which assists

9    developmentally disabled adults.

10    5.    My primary residence is in Orange, California.

11    6.    I have been a member of the Orange County chapter of the National Federation of the

12    Blind since September 2006.

13

14    ### Computer and Internet Use

15    7.    I have used computers since 1998. I believe I am a proficient computer user since I can

16    use most software programs I need as well as access most web pages.

17    8.    I have used the Internet since 2000. The Internet allows me to communicate via e-mail,

18    research home-schooling resources for my children, browse products I want to buy, organize my

19    finances with online banking, surf web sites for fun, among other tasks.

20    9.    I have used JAWS screen-reading software since 1998. Screen-reading software makes

21    me a much more independent person.

22    10.    When web pages are properly coded, I can access them. I regularly use the web pages of

23    MSN, XM radio, Google, CitiBank, and Washington Mutual. The majority of web sites I have

24    used are much more accessible than Target.com.

25

26    ### Experience with Target Retail Stores

27    11.    I like purchasing particular products, such as soaps, shampoos, vitamins, over-the-counter

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  medicines, and other household products, at Target retail stores. I believe Target products are

2  affordable. My family and friends use Target stores.

3

4  <center>**Harms Experienced Because of the Inaccessibility of Target.com**</center>

5  12.    I like to use online stores to get an idea of available products so that I can use my time

6  more efficiently when I visit physical stores. I have previously sought out information regarding

7  vitamins, books, and clocks in this manner.

8  13.    Similarly, access to Target.com would allow me to preview products I can purchase at

9  physical Target stores. It would also allow me to have big items shipped to me directly. These

10  features are of particular importance to me since I am a blind individual.

11  14.    It is somewhat inconvenient for me to travel to a physical Target store. I do not always

12  have someone willing to drive me. Using the public bus, it takes about forty minutes to commute

13  each way to Target. Due to my disability, it is difficult for me to carry products I purchase back

14  with me.

15  15.    I attempted to use Target.com twice. The last instance was in November 2005. I spent at

16  least one hour trying to navigate the site and purchase products. I refrained from revisiting the

17  site due to its inaccessibility.

18  16.    I found inexplicable code and garbled text prevented me from fully navigating

19  Target.com.

20  17.    Target.com contained links and images without labels about what they were or what they

21  did. Since I had to click on images to get to where I wanted to go, I found the site to be difficult

22  to use.

23  18.    Target.com did not have headings so that I could skim the page at hand.

24  19.    I found that the Continue to Checkout button required mouse clicks so as to be

25  inaccessible. I could not place my JAWS cursor on a location where I could click the button.

26  Hence, I was unable to proceed with my purchase.

27  20.    I would like to access wedding and baby shower registries on Target.com.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification**

2

21.    Using Target.com made me frustrated and angry. I felt that Target did not care that blind people like me were struggling to use its web page.

22.    The lack of access on Target.com compromised my independence and forced me to rely on others to shop.

23.    My hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of _16_, 2006, at Orange, California.

_____
OLGA PETERKIN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification

3

# EXHIBIT M

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:             (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Fax:             (415) 421-7105
TTY:             (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:             (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:             (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOYCE PORTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Joyce Porter, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

## Background

2.      My name is Joyce M. Porter. I was born September 28, 1939.

3.      I have been totally blind since birth due to optic atrophy.

4.      My primary residence is in Milton, West Virginia.

5.      I work for Ebenezer Medical Outreach, a health care provider for the uninsured, as a grant specialist.

6.      I have been a member of the National Federation of the Blind since 1960.

## Computer and Internet Use

7.      I am a proficient user of computers. I have used computers since 1989.

8.      I have accessed the Internet since 1998. The Internet plays a central role in my work as it allows me to do the research I need for my job. I also use the Internet to e-mail, shop, read news, and take care of my finances.

9.      I have used JAWS screen-reading software since 1998. Screen-reading software has been the great equalizer in that it enables me to be a much more independent person. I would have more trouble doing my job and other important functions without such a program.

10.     When web pages are properly coded, I can use them. I regularly use the web pages of Google, Monster.com, CNN, and Project Gutenburg. Target.com is not one of the more accessible sites.

## Experience with Target Retail Stores

11.     My friends, family, and I go to Target stores.  I like Target stores. I believe their products are of good quality and reasonably priced, such as their household items and linens. I have also

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Joyce Porter in Support of Plaintiff's Motion for Class Certification

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  found unique products at Target, such as a "pack-and-play" baby kit. My niece used a Target

2  registry for her wedding.

3  <div style="text-align:center"><u>**Harms Experienced Because of the Inaccessibility of Target.com**</u></div>

4  12.     The option to shop solely online would also be convenient to have if I am in rush and do

5  not want to go outside. I would like to shop online so that I can preview products that are

6  available in the physical store. If Target.com were easily accessible, I would definitely use it in

7  connection with my future visits to Target's retail stores.

8  13.     I want to shop at Target.com because I think the site has good sales and coupons as well

9  as a popular wedding registry.

10  14.     I accessed Target.com three or four times between April 2005 and November 2006.

11  During my last visit, I spent ninety minutes on the web site. I am a very persistent person; I

12  would walk away from the computer and come back to it to make sure that I had not overlooked

13  something.

14  15.     As a kitchen enthusiast, I was using Target.com to search for cooking supplies and

15  utensils. I was specifically searching for baking sheets and large cereal bowls.

16  16.     Inexplicable code and garbled text prevented me from navigating the site. Target.com

17  contained links and images without labels indicating what they were or what they did. Entire

18  pages were filled with seemingly endless links without any indication of what they were. I also

19  found myself confused by the site's long lists of meaningless numbers.

20  17.     Target.com had unlabelled forms that required me to input information. The site would

21  often ask me to enter information, but I could not find any indication of the question.

22  18.     Target.com did not have headings so I could skim the contents of the web page.

23  19.     It was very frustrating to find the "Continue to Checkout" button. I had to ask a co-

24  worker to click on the button for me. This was very frustrating because there were no

25  instructions on how to use it.

26  20.     Target.com made me feel utterly frustrated and disgusted.

27  21.     Target did not treat me the same as it treated sighted people because I could not complete

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Joyce Porter in Support of Plaintiff's Motion for Class Certification

2

1  a transaction by myself.

2  22.    Lack of access to Target.com compromised my independence and forced me to rely on

3  others for my shopping needs.

4  23.    My hope is that Target will make and keep its website fully and easily accessible for the

5  blind so that I can shop the website just as sighted people do.

6

7       I declare under penalty of perjury under the laws of the United States of America that the

8       forgoing is true and correct.

9

       Executed this January day of __10__, 2007, at Milton, West Virginia.
10

11                                      _Joyce Porter_
12                                      JOYCE PORTER

13

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Joyce Porter in Support of Plaintiff's Motion for Class Certification**

3

# EXHIBIT N

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:      (510) 665-8511
TTY:             (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:    (415) 421-7100
Fax:             (415) 421-7105
TTY:             (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:             (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:             (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF JUDITH SANDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Judith Ann Sanders, declare as follows:

2  1.    The facts in this declaration are based upon my personal knowledge.   If called to testify,

3  I could testify competently to the facts described in this declaration.

4

5  ### Background

6  2.    My name is Judith Ann Sanders, and I was born February 13, 1947.

7  3.    I have been totally blind since birth.

8  4.    I reside in Minneapolis, Minnesota.

9  5.    I am currently job hunting.

10  6.    I have been a member of the National Federation of the Blind since 1971.

11

12  ### Computer and Internet Use

13  7.    I have used computers since 1984. I would say that I am an intermediate user since I can

14  access most web pages and use the computer programs I need.

15  8.    I have accessed the Internet since 1995. I use the Internet to gather information (such as

16  recipes), shop, conduct surveys, and send and receive e-mail, among other tasks.

17  9.    I have used JAWS screen-reading software since the early 1990's. This software has

18  enabled me to use computers without a human reader.

19  10.    When web sites are properly coded, I can use them. I regularly use the web pages of

20  Google, the National Federation of the Blind, and Sparks Radio. Most of the web pages I have

21  come across are more accessible than Target.com.

22

23  ### Experience with Target Retail Stores

24  11.    My family, friends, and I use Target stores. I like Target Retail Stores because their

25  customer service is excellent. They have a wide variety of products which they provide at

26  affordable prices.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Judith Sanders in Support of Plaintiff's Motion for Class Certification**

1

**Harms Experienced Because of the Inaccessibility of Target.com**

12.    I prefer to shop online for heavy products so that I can have these items shipped directly to my residence. I would like to use Target.com for this purpose as well as to make use of its weekly advertisements, recipes, and gift registry.

13.    However, if Target.com were easily accessible, I would definitely use it in connection with my future visits to Target's retail stores. I would like to use the web site to preview and learn about products available in the physical store that I could then go and purchase in person.

14.    I tried to use Target.com in August 2006 for fifteen minutes. I stopped using the web site soon after I determined that it was inaccessible.

15.    I wanted to use Target.com to buy food products at the time.

16.    Target.com contained links and images without labels as to what they were or what they did. Some of the links were labeled "button" without any indication as to where they led.

17.    Target.com did not use headings in a way that allowed me to skim the contents of the web page.

18.    I was unable to find and use the Continue to Checkout button.

19.    I felt Target.com did not treat me the same as it treated sighted individuals.

20.    It is my hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this January day of 19, 2007, at Minneapolis, Minnesota.



JUDITH SANDERS

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Judith Sanders in Support of Plaintiff's Motion for Class Certification

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

2