LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:   (315) 443-9703
Fax:         (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>                    Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: April 12, 2007<br>Time: 2:30 PM<br>Judge: The Hon. Marilyn Hall Patel |

1

Dockets.Justia.com

# CERTIFICATE OF SERVICE
## (Fed. R. Civ. Proc. rule 5(b))

I, the undersigned, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Disability Rights Advocates and my business address is 2001 Center St., Third Floor, Berkeley, California 94704-1204. On February 1, 2007, I served a true copy of the following documents:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES [SEALED AND PUBLIC VERSIONS]**

**DECLARATION OF LAURENCE PARADIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [SEALED AND PUBLIC VERSIONS]**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy from Disability Rights Advocates' electronic mail system to the e-mail addresses set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Harold J. McElhinny
Stuart C. Plunkett
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
HMcElhinny@mofo.com
SPlunkett@mofo.com

David McDowell
Sarvenaz Bahar
Morrison & Foerster, LLP
555 West Fifth Street
Los Angeles, California 90013-1024
dmcdowell@mofo.com
sbahar@mofo.com

Robert A. Naeve
Morrison & Foerster, LLP
19900 MacArthur Blvd., 12th Floor
Irvine, California 92612-2445
RNaeve@mofo.com

\_\_\_\_ Fax
\_\_\_\_ U.S. Mail
\_\_\_\_ Overnight
\_\_\_\_ Personal
\_X\_ Electronic Service

I declare under penalty of perjury that the above is true and correct.

Executed at Berkeley, California, this 1st day of February, 2007.

Daniel Brome

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C-06-01802-MHP
**Certificate Of Service**

1