```
 1  ROBERT A. NAEVE (CA SBN 106095)
    RNaeve@mofo.com
 2  MORRISON & FOERSTER LLP
    19900 MacArthur Blvd.
 3  Irvine, California 92612-2445
    Telephone: (949) 251-7500
 4  Facsimile: (949) 251-0900

 5  DAVID F. MCDOWELL (CA SBN 125806)
    SARVENAZ BAHAR (CA SBN 171556)
 6  DMcDowell@mofo.com
    SBahar@mofo.com
 7  MORRISON & FOERSTER LLP
    555 West Fifth Street, Suite 3500
 8  Los Angeles, California 90013-1024
    Telephone: (213) 892-5200
 9  Facsimile: (213) 892-5454

10  STUART C. PLUNKETT (CA SBN 187971)
    SPlunkett@mofo.com
11  MORRISON & FOERSTER LLP
    425 Market Street
12  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
13  Facsimile: (415) 268-7522

14  Attorneys for Defendant
    TARGET CORPORATION
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C06-01802 MHP<br><br>**DECLARATION OF JASON WALBOURN IN SUPPORT OF REQUEST TO FILE UNDER SEAL**<br><br>Judge:   Hon. Marilyn Hall Patel |

DECLARATION OF JASON WALBOURN IN SUPPORT OF REQUEST TO FILE UNDER SEAL
CASE NO. 06-01802 MHP
sf-2267005

I, Jason Walbourn, declare as follows:

1. I am an attorney for Target Corporation, the defendant in this matter.

2. I submit this Declaration in support of Plaintiffs' Administrative Motion To File Under Seal, filed on February 1, 2007, pursuant to Civil Local Rule 79-5. That motion seeks to have portions of two documents filed under seal: (1) Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities; and (2) Declaration of Laurence W. Paradis in Support of Plaintiffs' Motion for Class Certification.

3. The relevant portions of the two documents at issue contain confidential deposition testimony from Patricia Ann Perry, who testified as a representative of Target Corporation pursuant to Federal Rule of Civil Procedure 30(b)(6). Ms. Perry's testimony includes sensitive, non-public information, the disclosure of which could cause significant harm to Target Corporation. The testimony of Ms. Perry sought to be sealed contains confidential financial information, including budgets and projected revenues, as well as confidential information regarding Target's agreements with a nonparty, Amazon.com.

4. Accordingly, the portions of Plaintiffs' class certification motion and the Declaration of Laurence W. Paradis that contain Ms. Perry's confidential deposition testimony constitute sealable material within the meaning of Civil Local Rule 79-5(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of February 2007 in Minneapolis, Minnesota.

_____
Jason Walbourn
TARGET CORPORATION