1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California 92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  DMcDowell@mofo.com
   SBahar@mofo.com
7  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
8  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
9  Facsimile: (213) 892-5454

10 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
13 Facsimile: (415) 268-7522

14 Attorneys for Defendant
   TARGET CORPORATION

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 NATIONAL FEDERATION OF THE BLIND,     Case No.   C06-01802 MHP
   the NATIONAL FEDERATION OF THE
21 BLIND OF CALIFORNIA, on behalf of their   [PROPOSED] ORDER GRANTING
   members, and Bruce F. Sexton, on behalf of  PLAINTIFFS' ADMINISTRATIVE
22 himself and all others similarly situated,   MOTION TO FILE DOCUMENTS
                                               UNDER SEAL
23             Plaintiffs,

24      v.

25 TARGET CORPORATION,

26             Defendant.

27

28

CASE NO. 06-01802 MHP

Dockets.Justia.com

1    Whereas the Court has considered Plaintiffs' Administrative Motion to File Documents
2 Under Seal, filed on February 1, 2007, and the supporting Declaration of Jason Walbourn of
3 Target Corporation, filed on February 8, 2007,

4    Whereas the Court has determined that the portions of the following documents that
5 contain confidential deposition testimony of Patricia Ann Perry are properly sealable under Civil
6 Local Rule 79-5: (1) Plaintiffs' Notice of Motion and Motion for Class Certification;
7 Memorandum of Points and Authorities; and (2) Declaration of Laurence W. Paradis in Support
8 of Plaintiffs' Motion for Class Certification,

9    IT IS HEREBY ORDERED that the portions of the following documents that contain
10 confidential deposition testimony of Patricia Ann Perry are to be filed under seal: (1) Plaintiffs'
11 Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities;
12 and (2) Declaration of Laurence W. Paradis in Support of Plaintiffs' Motion for Class
13 Certification.

Dated: _____, 2007

_____
Hon. Marilyn Hall Patel
United States District Judge

CASE NO. 06-01802 MHP