COURTESY COPY

1  ROBERT A. NAEVE (CA SBN 106095)
   RNaeve@mofo.com
2  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
3  Irvine, California  92612-2445
   Telephone: (949) 251-7500
4  Facsimile: (949) 251-0900

5  DAVID F. MCDOWELL (CA SBN 125806)
   SARVENAZ BAHAR (CA SBN 171556)
6  DMcDowell@mofo.com
   SBahar@mofo.com
7  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
8  Los Angeles, California  90013-1024
   Telephone: (213) 892-5200
9  Facsimile: (213) 892-5454

10 STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
13 Facsimile: (415) 268-7522

14 Attorneys for Defendant
   TARGET CORPORATION

15

FILED

FEB 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19

20  NATIONAL FEDERATION OF THE BLIND,        · Case No.    C06-01802 MHP
    the NATIONAL FEDERATION OF THE
21  BLIND OF CALIFORNIA, on behalf of their  [PROPOSED] ORDER GRANTING
    members, and Bruce F. Sexton, on behalf of  PLAINTIFFS' ADMINISTRATIVE
22  himself and all others similarly situated,   MOTION TO FILE DOCUMENTS
                                              UNDER SEAL
23                 Plaintiffs,

24       v.

25  TARGET CORPORATION,

26                 Defendant.

27

28

CASE NO. 06-01802 MHP

1    Whereas the Court has considered Plaintiffs' Administrative Motion to File Documents

2    Under Seal, filed on February 1, 2007, and the supporting Declaration of Jason Walbourn of

3    Target Corporation, filed on February 8, 2007,

4        Whereas the Court has determined that the portions of the following documents that

5    contain confidential deposition testimony of Patricia Ann Perry are properly sealable under Civil

6    Local Rule 79-5:  (1) Plaintiffs' Notice of Motion and Motion for Class Certification;

7    Memorandum of Points and Authorities; and (2) Declaration of Laurence W. Paradis in Support

8    of Plaintiffs' Motion for Class Certification,

9        IT IS HEREBY ORDERED that the portions of the following documents that contain

10   confidential deposition testimony of Patricia Ann Perry are to be filed under seal:  (1) Plaintiffs'

11   Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities;

12   and (2) Declaration of Laurence W. Paradis in Support of Plaintiffs' Motion for Class

13   Certification. *Plaintiffs shall file redacted*

14   *copies in the public record and seal*

15   *only those portions that contain the above-*

16   *described deposition testimony.*

Dated: 2/9 , 2007

17
                                   Hon. Marilyn Hall Patel
18                                 United States District Judge

19

20

21

22

23

24

25

26

27

28

CASE NO. 06-01802 MHP