```
 1  HAROLD J. McELHINNY (CA SBN 66781)
    MATTHEW I. KREEGER (CA SBN 153793)
 2  KRISTINA PASZEK (CA SBN 226351)
    HMcElhinny@mofo.com
 3  MKreeger@mofo.com
    KPaszek@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
 6  Facsimile: (415) 268-7522

 7  Attorneys for Defendant
    TARGET CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 16, 2007<br>Time:   2:00 PM<br>Judge:  Hon. Marilyn Hall Patel |

DECL. OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01802 MHP
sf-2278442

1  I, Matthew I. Kreeger, declare:

2  1. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Target Corporation ("Target") in the above-captioned case. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration.

6  2. Attached as Exhibit A is a true and correct copy of the Court's September 6, 2006 Order on Defendant's Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction [Docket 62].

9  3. Attached as Exhibit B is a true and correct copy of the Declaration of Bruce F. Sexton, dated April 12, 2006, filed in support of Plaintiffs' Motion for Preliminary Injunction.

11  4. Attached as Exhibit C is a true and correct copy of the Declaration of Trish Perry in Support of Target's Opposition to Plaintiffs' Motion for Class Certification.

13  5. Attached as Exhibit D is a true and correct copy of the Reply Declaration of Bruce F. Sexton, dated July 10, 2006, filed in support of Plaintiffs' Motion for Preliminary Injunction.

15  6. Attached as Exhibit E is a true and correct copy of the transcript of the deposition of Plaintiff Bruce F. Sexton, taken May 23, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of March, 2007, at San Francisco, California.

                                                    /s/ Matthew I. Kreeger
                                                  Matthew I. Kreeger