# EXHIBIT D

1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:   (510) 665-8644
5  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
6
7  TODD M. SCHNEIDER (California Bar No. 158253)
   tschneider@schneiderwallace.com
   JOSHUA KONECKY (California Bar No. 182897)
8  jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
10 Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
11 TTY:         (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:   (410) 962-1030
15 Fax:         (410) 385-0869

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

20 NATIONAL FEDERATION OF THE           Case No.: C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
21 THE BLIND OF CALIFORNIA, on behalf of CLASS ACTION
   their members, and Bruce F. Sexton, on behalf
22 of himself and all others similarly situated,  REPLY DECLARATION OF BRUCE F.
                                                  SEXTON IN SUPPORT OF PLAINTIFFS'
23              Plaintiffs,                       MOTION FOR PRELIMINARY
                                                  INJUNCTION
24 v.

25 TARGET CORPORATION,

26              Defendants.

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1  I, Bruce F. Sexton, Jr., declare as follows:

2  1.     The facts in this declaration are based upon my personal knowledge. If called to testify, I
3  could testify competently to the facts described in this declaration.

### Experience Calling Target.com's 1-800 Number

5  2.     I understand that Target is suggesting that blind customers can use an 800 number
6  when they encounter difficulty using Target.com. On or about Thursday, June 22, 2006, at
7  approximately 1:00 am, I attempted to make a purchase using Target.com's 1-800 number. I
8  found this phone service difficult to use and it did not enable me to browse as independently,
9  easily or freely as I would like to be able on Target.com. I believe that Target.com's 1-800
10 number is not an adequate substitute for the independence offered by shopping on an internet
11 site which is fully and equally accessible.

12 3.     During my previous visits to Target.com, I did not even know that there was an 800
13 number to call for help. This number certainly was not prominently presented in any way to me
14 as a blind visitor to Target.com. For the purposes of my June 22, 2006 phone call, I was given
15 the number by my counsel in this litigation.

16 4.     Since I was speaking on the phone with someone else, I could not multi-task the way that
17 I would be able if I were using the internet. For example, I couldn't comfortably answer the door,
18 answer the phone, check email, or send instant messages.

19 5.     I was unable to browse through products by calling Target.com's 1-800 number as I
20 would be able if I had full and equal access to Target.com. As a result, I was never made aware
21 of many features available on Target.com, like the weekly specials. Instead, I was asked to be
22 more specific about what I was looking for and was told that they couldn't help me look around
23 for different products.

24 6.     At one point, the operator suggested that I should go online and look at the products for
25 myself. I had to explain that I was blind, which made me feel like less of a person because I
26 couldn't use Target.com like most other people would. Later, it was suggested that if I wanted to
27 browse for products, I should go to the library to use the internet with a sighted friend to assist
28 me.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Reply Declaration of Bruce F. Sexton in support of Plaintiffs' Motion for Preliminary Injunction

7. I could not go through the links at my own pace, but was hurried along throughout the process. Also, I was told that they could only spend a certain amount of time with me because the lines were getting busy, and that I would have to put a limit on the number of items I was purchasing at that time. As a result, I felt bad because I felt like I was wasting the operator's time. I also felt like if I were browsing through a certain category of items such as electronics, I felt obligated to purchase an item regardless of whether I had found something that I wanted, because I got the sense that the operator felt like his time was being wasted. Otherwise, if I were browsing for products online, I could freely look at different categories of products without feeling obligated to make a purchase after browsing.

8. For these reasons, I believe that Target.com's 1-800 number is a vastly inferior substitute for full and equal access to Target.com.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this July, day of 10, 2006, at Berkeley, California.

BRUCE F. SEXTON, JR.

\\server\Cases\NFB.Target\Pleadings\prelim_injunc_motion\declarations\sexton_reply_decl_draft1.doc

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Reply Declaration of Bruce F. Sexton in support of Plaintiffs' Motion for Preliminary Injunction

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644