| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | KRISTINA PASZEK (CA SBN 226351) |
| | HMcElhinny@mofo.com |
| 3 | MKreeger@mofo.com |
| | KPaszek@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   C 06-01802 MHP |
| | **TARGET CORPORATION'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |
| Plaintiffs, | |
| v. | Local Rule 6-3 |
| TARGET CORPORATION, | NO HEARING REQUESTED |
| Defendant. | Judge:   Hon. Marilyn Hall Patel |

TARGET'S MOTION TO SHORTEN TIME
CASE NO. C 06-01802 MHP
sf-2279686

**NOTICE OF MOTION AND MOTION TO SHORTEN TIME**

TO PLAINTIFFS NATIONAL FEDERATION OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, BRUCE F. SEXTON, AND THEIR ATTORNEYS:

Defendant Target Corporation ("Target") hereby moves to shorten time, pursuant to Civil Local Rule 6-3, on the hearing of its concurrently-filed motion for summary judgment against Plaintiff Bruce F. Sexton. Target requests that its summary judgment motion be heard on Thursday, April 12, 2007, at 2:30 pm, the date and time already set aside for the hearing on Plaintiffs' pending motion for class certification. This motion to shorten time is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the accompanying Declaration of Matthew I. Kreeger; and such other evidence and argument as may be presented before the Court takes this motion under submission.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Target requests that the Court hear its motion for summary judgment against Plaintiff Bruce F. Sexton on Thursday, April 12, 2007 at 2:30 pm, the date and time specially set for the hearing on Plaintiffs' pending motion for class certification. Hearing the summary judgment motion with Plaintiffs' class certification motion on April 12, rather than separately on April 16 (the next available law and motion calendar) would be considerably more convenient and efficient. (*See* Declaration of Matthew I. Kreeger ("Kreeger Decl.") ¶ 4.) The issues raised by the two motions overlap considerably and a combined hearing would permit the Court to consider those intermingled issues together, rather than piecemeal. (*Id.*)

For example, in both motions, at issue is whether Plaintiff Sexton has suffered any legally cognizable injury. (*Id.* ¶ 5.) Target contends that there is no evidence to support any cognizable injury, as defined by the Court in its September 5, 2006 Order on Defendant's Motion to Dismiss. (*Id.*) In that Order, the Court held that Plaintiffs' claims remained in play only to the extent that they alleged a nexus between the problems encountered on Target.com and impeded access to or enjoyment of goods and services at Target's physical stores. In its summary judgment motion, Target argues that the facts beyond genuine dispute

1   demonstrate that Mr. Sexton's access to goods and services at Target's physical stores has
2   not been limited in any way by the alleged inaccessibility of Target.com.  Plaintiffs' failure
3   to make a showing that Mr. Sexton or any other putative class member has suffered any
4   legally cognizable injury is also a central issue in Target's opposition to Plaintiffs' motion for
5   class certification.  (*Id*.)

6   On Friday, March 2, 2007, counsel for Target contacted counsel for Plaintiffs by
7   telephone and proposed that the parties file a stipulated request to have Target's summary
8   judgment motion heard concurrently with Plaintiffs' pending motion for class certification.
9   (*Id*. ¶ 6.)  On Monday, March 5, 2007, counsel for Plaintiffs emailed counsel for Target and
10  declined to so stipulate.  (*Id*. ¶ 7.)  In that same email, Plaintiffs' counsel expressed their
11  contention that Target's limited summary judgment motion is premature since merits
12  discovery has been stayed.  (*Id*.)  However, additional discovery would not alter the outcome
13  of Target's motion in that the motion turns only on facts within Plaintiffs' control, *i.e.*, the
14  nature of Mr. Sexton's injuries.

15  The requested time modification would have no effect on the schedule for the case.
16  (*Id*. ¶ 8.)  Target's summary judgment motion, filed concurrently with the instant motion to
17  shorten time, is being filed 35 days prior to the requested hearing date, complying with Civil
18  Local Rule 7-2.  (*Id*.)  Plaintiffs would still have 14 days to file their opposition, if any, to
19  Target's motion, and are in no way prejudiced by Target's request to have the motion heard
20  on April 12, 2007.  (*Id*.)  No other time modifications have been requested or ordered in this
21  case.  (*Id*. ¶ 9.)

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

TARGET'S MOTION TO SHORTEN TIME
CASE NO. C 06-01802 MHP
sf-2279686

2

**CONCLUSION**

For the foregoing reasons, Target's motion to shorten time should be granted.

Dated:  March 8, 2007       HAROLD J. MCELHINNY
                            MATTHEW I. KREEGER
                            KRISTINA PASZEK
                            MORRISON & FOERSTER LLP

                            By:   /s/ Matthew I. Kreeger
                                  Matthew I. Kreeger

                                  Attorneys for Defendant
                                  TARGET CORPORATION

TARGET'S MOTION TO SHORTEN TIME
CASE NO. C 06-01802 MHP
sf-2279686

3