# EXHIBIT A

-----Original Message-----
**From:** Roger Heller [mailto:rheller@exchange.dralegal.org]
**Sent:** Monday, March 05, 2007 12:41 PM
**To:** Kreeger, Matthew I.
**Cc:** Larry Paradis; Josh G. Konecky; Daniel F. Goldstein; Rachel E. Brill; Daniel Brome
**Subject:** NFB v. Target

Matt-

In response to your request, Plaintiffs cannot stipulate to the Court hearing a summary judgment motion from Target concurrently with Plaintiffs' pending motion for class certification. In fact, it would be improper for Target to bring a motion for summary judgment at this stage of the case. As you know, at Target's insistence, merits discovery has been put on hold pending resolution of the class cert issue. For Target to bring a motion on the merits at this stage is thus: (1) inconsistent with Target's prior position presented to the Court; (2) contrary to the intent and spirit of the Court's case management order; and (3) unfair to Plaintiffs who have not had an opportunity to conduct merits discovery.

Plaintiffs ask that Target reconsider the timing of its motion.

-Roger

Roger Heller
Senior Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California  94704-1204
(510) 665-8644 (Tel)
(510) 665-8511 (Fax)
(510) 665-8716 (TTY)

**STATEMENT OF CONFIDENTIALITY**
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.