1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 NATIONAL FEDERATION OF THE BLIND,          Case No.   C 06-01802 MHP
   the NATIONAL FEDERATION OF THE
14 BLIND OF CALIFORNIA, on behalf of their    **[PROPOSED] ORDER GRANTING
   members, and Bruce F. Sexton, on behalf of TARGET CORPORATION'S
15 himself and all others similarly situated, MOTION TO SHORTEN TIME**

16                Plaintiffs,                 Judge:  Hon. Marilyn Hall Patel

17       v.

18 TARGET CORPORATION,

19                Defendant.

[PROPOSED] ORDER GRANTING TARGET'S MOTION TO SHORTEN TIME
CASE NO. C 06-01802 MHP
sf-2279823

1  This matter comes before the Court on Defendant Target Corporation's ("Target") Motion
2  to Shorten Time ("Motion").  No hearing was requested.  The Court has reviewed the briefs and
3  declarations, and the record in this case, and now grants Target's Motion for the following
4  reasons.
5  Given the overlapping issues addressed in both motions, hearing Target's motion for
6  summary judgment against Bruce F. Sexton concurrently with Plaintiffs' motion for class
7  certification, on April 12, 2007 at 2:30 pm, would be significantly more convenient and efficient
8  than hearing them separately.  Plaintiffs will suffer no prejudice thereby.
9  For the reasons stated above, the Court hereby GRANTS Target's Motion to Shorten
10 Time.
11
12  Dated: _____, 2007
13
14  _____
    Honorable Marilyn Hall Patel
15  United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING TARGET'S MOTION TO SHORTEN TIME                                                                             1
CASE NO. C 06-01802 MHP
sf-2279823