| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | KRISTINA PASZEK (CA SBN 226351) |
| | HMcElhinny@mofo.com |
| 3 | MKreeger@mofo.com |
| | KPaszek@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   C06-01802 MHP |
| Plaintiffs, | **DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF TARGET CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | Date:   April 12, 2007 |
| TARGET CORPORATION, | Time:   2:30 PM |
| Defendant. | Judge:   Hon. Marilyn Hall Patel |

DECL. OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S OPP. TO PLS.' MOT. FOR CLASS CERTIFICATION
CASE NO. 06-01802 MHP
sf-2280416

I, Matthew I. Kreeger, declare:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Target Corporation ("Target") in the above-captioned case. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit A are true and correct copies of relevant excerpts from the Deposition of Michelle Bruns taken in this matter on March 5, 2007.

3. Attached hereto as Exhibit B are true and correct copies of relevant excerpts from the Deposition of Steven Jacobsen taken in this matter on May 31, 2006.

4. Attached hereto as Exhibit C are true and correct copies of relevant excerpts from the Deposition of Christina Thomas taken in this matter on May 26, 2006.

5. Attached hereto as Exhibit D are true and correct copies of relevant excerpts from the Deposition of Ken Volante taken in this matter on May 25, 2006.

6. Attached hereto as Exhibit E are true and correct copies of relevant excerpts from the Deposition of Shannon Dillon taken in this matter on February 28, 2007.

7. Attached hereto as Exhibit F are true and correct copies of relevant excerpts from the Deposition of Robert Ayala taken in this matter on May 31, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Trish Perry in Support of Target Corporation's Opposition to Motion for Preliminary Injunction filed in this matter on June 13, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of an email to James Gashel from Chris Danielson dated December 2, 2006 (Bates numbered NFB 0007).

10. Attached hereto as Exhibit I is a true and correct copy of an email to Chairman Mal and Dan Frye from Dan Frye dated April 29, 2006 (Bates numbered NFB 0006).

11. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Dawn Wilkinson in Support of Target Corporation's Opposition to Motion for Preliminary Injunction filed in this matter on June 13, 2006.

DECL. OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S OPP. TO PLS.' MOT. FOR CLASS CERTIFICATION
CASE NO. 06-01802 MHP
sf-2280416

1

1    12.    Attached hereto as Exhibit K is a true and correct copy of the Declaration of Dave Wilkinson in Support of Target Corporation's Opposition to Motion for Preliminary Injunction filed in this matter on June 13, 2006.

4    13.    Attached hereto as Exhibit L is a true and correct copy of the Declaration of Suzanne Tritten in Support of Target Corporation's Opposition to Motion for Preliminary Injunction filed in this matter on June 13, 2006.

7    14.    Attached hereto as Exhibit M is a true and correct copy of the Declaration of Chris Polk in Support of Target Corporation's Opposition to Motion for Preliminary Injunction filed in this matter on June 13, 2006.

10   15.    Attached hereto as Exhibit N is a true and correct copy of an internet posting dated April 13, 2006, which is Exhibit 2 from the Deposition of Marc Maurer taken in this matter on March 1, 2007.

13   16.    Attached hereto as Exhibit O is a true and correct copy of an internet posting dated March 31, 2006, which is Exhibit 1 from the Deposition of Marc Maurer taken in this matter on March 1, 2007.

16   17.    Attached hereto as Exhibit P are true and correct copies of relevant excerpts and exhibits from the Deposition of Marc Maurer taken in this matter on March 1, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of March, 2007, at San Francisco, California.

                                               /s/ Matthew I. Kreeger_____
                                                  Matthew I. Kreeger