# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
--oOo--

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION
OF THE BLIND OF CALIFORNIA,
on behalf of their members, and
Bruce F. Sexton, on behalf of
himself and all others similarly
situated,

        Plaintiffs,

vs.                       No. C06-01802 MHP

TARGET CORPORATION,

        Defendant.
_____/



Deposition of
MICHELLE R. BRUNS
March 5, 2007

Reported by:
SHARON CABELLO, RPR, CSR
License No. 3080

SHARI MOSS & ASSOCIATES
Certified Shorthand Reporters
877 Cowan Road, Suite A
Burlingame, California 94101
Tel: (650) 692-8900

```
 1        BE IT REMEMBERED THAT, pursuant to the laws
 2   pertaining to the taking and use of depositions, and on
 3   March 5, 2007, commencing at the hour of 1:29 p.m.
 4   thereof, at the offices of Morrison & Foerster LLP, 400
 5   Capital Mall, Sacramento, California, before me, SHARON
 6   CABELLO, CSR No. 3080, a Certified Shorthand Reporter
 7   in and for the State of California, personally
 8   appeared:
 9
10                   MICHELLE R. BRUNS
11
12   being called as a witness by the Defendant, who, having
13   been by me first duly sworn, was thereupon examined and
14   interrogated as hereinafter set forth.
15                        --oOo--
16        Morrison & Foerster, LLP, represented by
17   Kristina Paszek, Attorney at Law, 425 Market Street,
18   San Francisco, California 94105-2482, appeared as
19   counsel on behalf of Defendant.
20        Schneider & Wallace, represented by Rachel
21   Brill, Attorney at Law, 180 Montgomery Street, Suite
22   2000, San Francisco, CA  94104, appeared as counsel on
23   behalf of Plaintiffs.
24
25   //
```

3

1  A.        ~~Well, just depending on what I needed at the~~
2  ~~time,~~ if it were furniture items, or lamps, or just
3  various household products.
4  Q.        Okay. So you mentioned that you were on the
5  site two or three days ago to try to access the baby
6  registry; is that right?
7  A.        For a baby shower, yeah.
8  Q.        And whose baby shower was this?
9  A.        A friend of mine.
10 Q.        Okay. And what were you trying to -- strike
11 ~~that.~~
12           Tell me about your experience accessing the --
13 trying to access the website two or three days ago for
14 your friend's baby shower.
15 A.        I feel that it was a little complicated, more
16 than it needed to be, but it was manageable.
17 Q.        Okay. Did you end up buying gift off of the
18 registry at that time?
19 A.        Actually, at that time I did not because the
20 item that I was looking for was -- you couldn't do it
21 on the website, you had to go to the store to pick it
22 up.
23 Q.        Did you try doing that?
24 A.        I haven't yet, but I am going to.
25 Q.        Okay. And how did you find out that it was

8

```
 1   just available at the store?
 2   A.      It said available in store.
 3   Q.      Okay.  Was that the first time that you tried
 4   to access the baby registry?
 5   A.      No.
 6   Q.      How many times before did you try to access
 7   the baby registry?
 8   A.      I would say over the last few years, probably
 9   two or three times.
10   Q.      Okay.  And were you able to --
11   A.      I'm sorry, it was not just the baby registry,
12   it was also the wedding registry.  So just registry in
13   general would be more specific.
14   Q.      Fair enough.  Two or three times for the baby
15   or wedding registry?
16   A.      Yeah.
17   Q.      And did you buy gifts off of either of the
18   registries during those times?
19   A.      In the past?
20   Q.      Yeah.
21   A.      I wasn't able to.
22   Q.      Okay.  Did you attempt to go to the store to
23   see if -- the Target retail store to see if you could
24   buy the gifts there instead?
25   A.      At that time, yes.
```

9

```
 1   Q.      And were you able to?
 2   A.      Was I able to buy the gifts?
 3   Q.      Yes.
 4   A.      Uh-huh.
 5   Q.      Okay.  How did you become involved in this
 6   lawsuit?
 7   A.      I was at a conference in early October of 2006
 8   and --
 9   Q.      What -- sorry, go ahead.
10   A.      -- and there were people there who were giving
11   information about the update of the case, and that's
12   when I became involved.
13   Q.      And where was this conference?
14   A.      It was in Los Angeles.  I'm trying to remember
15   specifically, but I can't off the top of my head right
16   now.
17   Q.      Who was giving the conference?
18   A.      It was the National Federation of the Blind
19   State Conference.
20   Q.      So the National Federation of the Blind of
21   California?
22   A.      Uh-huh.
23   Q.      So in what form were people at that conference
24   giving information about the case?
25   A.      Verbally.
```

10

1  ~~Q.        And then from there how did you become~~
2  involved?
3  A.        I was speaking to one ~~of the~~ -- I believe he
4  ~~is an attorney with DRA.~~
5  Q.        Okay.  About how often would you say you visit
6  Target's retail stores?
7  A.        Probably weekly.  Yeah, at least two or three
8  times a month.
9  Q.        And so you do a lot of shopping at Target?
10 A.        I do.
11 ~~Q.        Okay.  I think that's all I have today.~~
12 ~~A.        Okay.  Thank you.~~
13           (The deposition concluded at 1:40 p.m..)

15                         --oOo--

20           MICHELLE R. BRUNS

11

```
 1                    REPORTER'S CERTIFICATE
 2

 3          I certify that the witness in the foregoing
 4   deposition was by me duly sworn to testify in the
 5   within-entitled cause; that said deposition was taken
 6   at the time and place therein named; that the testimony
 7   of said witness was reported by me, a duly Certified
 8   Shorthand Reporter of the State of California
 9   authorized to administer oaths and affirmations, and
10   said testimony was thereafter transcribed into
11   typewriting.
12          I further certify that I am not of counsel or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said deposition.
16          IN WITNESS WHEREOF, I have hereunto set my hand
17   this 5th day of March, 2007.
18
19
20                    _____
21                    SHARON CABELLO
                      Certified Shorthand Reporter
22                    State of California
                      Certificate No. 3080
23
24
25
                                                            12
```