# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                SAN FRANCISCO DIVISION
    ------------------------------------------------

3

    NATIONAL FEDERATION OF THE
4   BLIND, the NATIONAL FEDERATION OF
    THE BLIND OF CALIFORNIA on behalf
5   of their members, and BRUCE F.
    SEXTON on behalf of himself and
6   all others similarly situated,
7                    Plaintiffs,
8                              Court File No. C 06-01802 (MHP)
9        -vs-
10  TARGET CORPORATION,
11                   Defendant.
12  ------------------------------------------------
13
14       The Deposition of STEVEN JACOBSON, taken in the
15  above-entitled matter, pursuant to Notice, before Gail M.
16  Hinrichs, RPR and Notary Public, at 710 Marquette Avenue,
17  Bear River Conference Room, in the City of Minneapolis,
18  County of Hennepin, State of Minnesota, on the 31st day of
19  May, 2006, commencing at approximately 9:40 a.m.
20                    *     *     *
21
22
23
24
25

## Page 2

```
 1   APPEARANCES:
 2        CAMILLA ROBERSON, Attorney at Law, of the Law
 3   Firm SCHNEIDER & WALLACE, 180 Montgomery Street,
 4   Suite 2000, San Francisco, California 94104, appeared for
 5   and on behalf of Plaintiffs.
 6        STUART PLUNKETT, Attorney at Law, of the Law Firm
 7   MORRISON FOERSTER, 425 Market Street, San Francisco,
 8   California 94105-2482, appeared for and on behalf of
 9   Defendant.
10                         * * *
```

TSG Reporting - Worldwide   877-702-9580

## Page 3

```
 1                    I N D E X
 2   STEVEN JACOBSON                          PAGE
 3        Examination by Mr. Plunkett           4
 4
 5   Exhibit 7 - Jacobson Declaration           4
```

TSG Reporting - Worldwide   877-702-9580

## Page 4

```
 1        (Whereupon JACOBSON Exhibit 7 was marked for
 2        identification by the court reporter and
 3        attached hereto.)
 4                STEVEN JACOBSON,
 5        after having been first duly sworn, was
 6        examined and testified on his oath as follows:
 7                    EXAMINATION
 8   BY MR. PLUNKETT:
 9     Q. Can you state and spell your name for the
10   record?
11     A. Steve Jacobson, S-t-e-v-e -- Steven I guess,
12   S-t-e-v-e-n, Jacobson, J-a-c-o-b-s-o-n.
13     Q. And what is your current address?
14     A. 5805 Kellogg Avenue, Edina, Minnesota 55424.
15     Q. How long have you been at that address?
16     A. Eight years.
17     Q. Where did you live previously?
18     A. Address? Or city?
19     Q. Location.
20     A. 5613 Oliver Avenue South, Minneapolis,
21   Minnesota 55419.
22     Q. And how long were you at that address?
23     A. Twenty years.
24     Q. What is your date of birth?
25     A. October 10, 1950.
```

TSG Reporting - Worldwide   877-702-9580

## Page 5

```
 1     Q. Have you had your deposition taken before?
 2     A. Yes.
 3     Q. How many times?
 4     A. Once.
 5     Q. When was that?
 6     A. It would have been in the late '70s.
 7     Q. What were the circumstances of that
 8   deposition?
 9     A. There was a nonprofit organization that had
10   expelled its membership inconsistent with its bylaws, and
11   a number of us had been part of an action to be
12   reinstated.
13     Q. Well, just a few reminders about how the
14   deposition will proceed. Your testimony is under oath
15   today as if you were giving testimony in a court. The
16   question -- or the deposition will proceed in a question
17   and answer format and the court reporter will transcribe
18   everything that is said in the room today. Because the
19   court reporter can only take down one voice at a time, I
20   would ask that you allow me to finish my question before
21   you begin your answer and I'll allow you to finish your
22   answer before I begin my next question.
23         You should also give your attorney an
24   opportunity to object to the question before you begin
25   your answer, however, unless your attorney instructs you
```

TSG Reporting - Worldwide   877-702-9580

### Page 58

1  forth, that there was activity with Target having to do
2  with this case, I was very -- wanted to make very sure I
3  understood what was going on. And the person who assisted
4  me found that button, showed me physically by moving the
5  mouse there where that button was, but there was no
6  indication whatsoever by my screen reader that there was a
7  button there. It wasn't just unlabeled, but the button
8  itself wasn't present. A screen reader will tell you if
9  an unlabeled button is present. And I believe at that
10 point I also switched to JFW, that was where I did my
11 comparison to see if the button was found there.
12     Q. Was it?
13     A. No, it was not with either one.
14     Q. How long did you spend on that page with JAWS?
15         MS. ROBERSON: Objection, asked and
16 answered.
17 BY MR. PLUNKETT:
18     Q. I'm talking about this particular page, not
19 the entire site.
20     A. I would guess perhaps ten minutes.
21     Q. And what did you do with JAWS on that page?
22     A. Examined the page very carefully with the
23 virtual cursor, tabbed through it in which there were
24 cases in which the tab order included information that I
25 may have missed with the virtual cursor. And I did the

TSG Reporting - Worldwide    877-702-9580

### Page 59

1  same thing with Window Eyes.
2     Q. When your daughter helped you find the button,
3  did -- did you or she activate the button?
4     A. No. I decided at that point I wasn't going to
5  go any further.
6     Q. Did you at any point on the web site fill out
7  address information for shipping?
8     A. I believe I did, but I don't remember for
9  certain.
10    Q. Do you recall what your daughter told you
11 about what was on this page that she looked at for you?
12    A. She said that the continue to checkout button
13 looked pretty much like the proceed to checkout or
14 something to that effect.
15    Q. So she saw both a continue to checkout button
16 and a proceed to checkout button?
17    A. Yeah.
18    Q. Are you familiar with the function on JAWS
19 where you can tether the JAWS cursor to the PC cursor?
20    A. Yes.
21    Q. Do you know if you attempted to do that on
22 this page when you were using JAWS?
23    A. I don't remember if I did that or not.
24    Q. Does Window Eyes have a similar function?
25    A. Yes.

TSG Reporting - Worldwide    877-702-9580

### Page 60

1     Q. Do you know if you did that when you were
2  working with Window Eyes on this page?
3     A. I don't recall if I did or not.
4     Q. Are you familiar with a function on JAWS where
5  you can turn off the virtual cursor?
6     A. Yes.
7     Q. Did you do that?
8     A. Yes.
9     Q. Does Window Eyes have a similar function?
10    A. Yes.
11    Q. Did you do that?
12    A. Yes, I did.
13    Q. Do you think sitting here today that if you
14 had attempted to tether the JAWS cursor to the PC cursor
15 using either JAWS or Window Eyes on this page it might
16 have made a difference?
17    A. No -- sorry.
18        MS. ROBERSON: Objection, calls for
19 speculation.
20 BY MR. PLUNKETT:
21    Q. And your answer was no?
22    A. No, I don't believe it would have.
23    Q. Why do you not believe it would have?
24    A. Because in looking at the screen with the
25 virtual cursor, with JAWS and the JAWS cursor tabbing

TSG Reporting - Worldwide    877-702-9580

### Page 61

1  through the page with neither cursor active and looking at
2  it with both equivalents of Window Eyes and with my
3  daughter positioning the mouse on the button which Window
4  Eyes provides some feedback for, there is absolutely no
5  indication of something being there. So that had I even
6  gotten to it, I would not have had any clue what it did.
7  I would not have even known it was a button.
8     Q. How long were you on this page before you
9  asked for your daughter's assistance?
10    A. Probably 20 minutes.
11    Q. Have you ever attempted to contact Target.com
12 regarding problems you've had on their web site?
13    A. No.
14    Q. Did you ever attempt to look for contact
15 information for Target.com for the purpose of contacting
16 them about problems?
17    A. No, I didn't.
18    Q. Do you shop in Target stores?
19    A. Yes.
20    Q. How often do you shop at Target stores?
21    A. I probably am there every month or so. My
22 family goes there every week, and my wife is probably
23 there right now.
24    Q. Do you require assistance when you shop at
25 Target?

TSG Reporting - Worldwide    877-702-9580

Page 62

1   A.  When I go in there, I get some assistance.
2   Q.  Who provides the assistance to you?
3   A.  I will usually go to a counter and ask where a
4   department is if I'm not sure where it is. I'm somewhat
5   familiar with the Target store we go to regularly. Once I
6   get to the area, I will usually just ask someone, a
7   salesperson or a shelf person, if they can assist if it's
8   nothing major.
9       Occasionally we hire someone to go with to do
10  shopping, and that's generally how my wife does it.
11  Q.  Whenever you have asked someone in a Target
12  store for assistance in shopping, have you been provided
13  with that service?
14  A.  Yes.
15      MR. PLUNKETT: Those are all the
16  questions I have. Thank you very much for your time.
17      MS. ROBERSON: You're free to go.
18      (Deposition concluded at 11:30 a.m.)
19
20  _____
21  STEVEN JACOBSON
22  Subscribed and sworn to
23  before me this    day
24  of      2005.
25  _____

TSG Reporting - Worldwide    877-702-9580

Page 63

1   (UPON COMPLETION, forward this original Reading and Signing
    Certificate to Attorney Stuart Plunkett, who already has
2   the Sealed Original.)
3   STEVEN JACOBSON
4.      I, STEVEN JACOBSON, do hereby certify that I
    have read the foregoing transcript of my Deposition and
5   believe the same to be true and correct, (or, except as
    follows, noting the page and the line number of the change
6   or addition desired and the reason why):
7
8   Page    Line    Change or Addition    Reason
9
10
11      --
12
...
24  _____
    Dated this _____ day of _____, 2006.
25  GMH

TSG Reporting - Worldwide    877-702-9580

Page 64

1   STATE OF MINNESOTA)
              ) SS.
2   COUNTY OF WRIGHT )
3
        Be it known that I took the deposition of STEVEN
4   JACOBSON, on the 31st day of May, 2006, at 710 Marquette
    Avenue, Bear River Conference Room, Minneapolis,
5   Minnesota;
6       That I was then and there a Notary Public in and
    for the County of Wright, State of Minnesota, and that I
7   was duly authorized to administer an oath;
8       That the witness before testifying was first duly
    sworn to testify the truth and nothing but the truth;
9
        That the testimony was recorded by myself and
10  transcribed into a computer-aided transcript and that the
    deposition is a true record of the testimony given by the
11  witness to the best of my ability;
12      That the cost of the original transcript has been
    charged to the party noticing the deposition, unless
13  otherwise agreed upon by Counsel; and that copies have
    been made available to all parties at the same cost,
14  unless otherwise agreed upon by Counsel;
15      That I am not related to any of the parties
    hereto nor interested in the outcome of the action;
16
        That the reading and signing of the deposition by
17  the witness was not waived, and that the original
    transcript will be retained by Stuart Plunkett;
18
        WITNESS MY HAND AND SEAL THIS 31st day of May,
19  2006.
20
21
22  _____
    GAIL M. HINRICHS
    Registered Professional Reporter
23
24
25

TSG Reporting - Worldwide    877-702-9580