National Federation of the Blind et al v. Target Corporation
Case 3:06-cv-01802-MHP    Document 98-4    Filed 03/08/2007    Page 1 of 5
Doc. 98 Att. 3

# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   _____
                                              )
 6   NATIONAL FEDERATION OF THE               )
     BLIND, the NATIONAL FEDERATION OF        )
 7   THE BLIND OF CALIFORNIA, on behalf       )
     of their members, and Bruce F.           )
 8   Sexton, on behalf of himself and         )
     all others similarly situated,           )
 9                                            )
                    Plaintiffs,               )
10                                            )
           vs.                                ) CASE NO. C-06-1802MHP
11                                            )
     TARGET CORPORATION,                      )
12                                            )
                    Defendant.                )
13   _____)
14
15
16
17            DEPOSITION OF CHRISTINA THOMAS
18                 LOS ANGELES, CALIFORNIA
19                 FRIDAY, MAY 26, 2006
20
21
22   Reported by Charolette Martinez, CSR No. 11983
                 PRS Job No. 118-328422A
23
24
25
```

Page 2

```
 1  Appearances:
 2     For Plaintiff:
 3        Disability Rights Advocates
          By: Mazen Basrawi
 4        2001 Center Street, Third Floor
          Berkely, California 94704-1204
 5        (510) 665-8644
 6     For Defendant:
 7        Morrison & Foerster
          By: Stuart C. Plunkett
 8        425 Market Street
          San Francisco, California 94015-2482
 9        (415) 268-6145
10     Also present:
11        Brett Kaufman
12
13
14
15
16
17
18
19
20
21        DEPOSITION OF CHRISTINA THOMAS,
22  taken at 555 West 5th Street, Suite 3500, Los Angeles,
23  California, on Friday, May 26, 2006, at 9:35 a.m.,
24  before Charolette A. Martinez, Certified Shorthand
25  Reporter, in and for the State of California.
         TSG Reporting - Worldwide    877-702-9580
```

Page 3

```
 1              INDEX
 2  WITNESS: Christina Thomas
 3
 4
 5  EXAMINATION                    PAGE
 6  By Mr. Plunkett                  5
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
         TSG Reporting - Worldwide    877-702-9580
```

Page 4

```
 1           CHRISTINA THOMAS
           National Federation of the Blind
 2                   vs.
               Target Corporation
 3             Friday, May 26, 2006
       Charolette A. Martinez, CSR No. 11983
 4
 5           INDEX TO EXHIBITS
 6  EXHIBITS                         MARKED
 7  Exhibit 5  Declaration of Tina Thomas in Support    30
              of the Plaintiffs' Motion for Preliminary
 8            Injunction
 9                    * * *
10
11
...
25
         TSG Reporting - Worldwide    877-702-9580
```

Page 5

```
 1          LOS ANGELES, CALIFORNIA;
 2         FRIDAY, MAY 26, 2006; 9:30 A.M.
 3
 4             CHRISTINA THOMAS,
 5  having been first duly affirmed, testifies as follows:
 6
 7              EXAMINATION
 8  BY MR. PLUNKETT:
 9     Q  Can you state and spell your name for the
10  record?
11     A  Christina Thomas; C-h-r-i-s-t-i-n-a, Thomas,
12  T-h-o-m-a-s.
13     Q  And what is your current address?
14     A  1311 West 78th Street, Los Angeles, 90044.
15     Q  How long have you been at that address?
16     A  30 years.
17     Q  What is your date of birth?
18     A  1/28/69.
19     Q  Have you ever had your deposition taken before?
20     A  No.
21     Q  All right. Well, it may be worth giving you a
22  few instructions about how the deposition will proceed.
23  Your testimony here today is given under oath as if you
24  were testifying in court. The deposition proceeds in a
25  question-and-answer format with the court reporter
         TSG Reporting - Worldwide    877-702-9580
```

### Page 38

1  trying to purchase it. And I encountered the same
2  problems.
3     Q  Did you try anything that you had not tried
4  before to make it work?
5     A  No. I just basically did the same routine. I
6  figured it would work.
7     Q  When did you go to Target.com next?
8     A  I don't recall.
9     Q  Do you recall your purpose for going to
10 Target.com the next time?
11    A  No.
12    Q  Have you ever -- other than the two occasions
13 we've talked about, have you ever gone to Target.com
14 with the intention of making a purchase?
15    A  I don't recall.
16    Q  When was your most recent visit to Target.com?
17    A  I don't remember.
18    Q  Was it within the last month?
19    A  Not within the last month.
20    Q  What was the reason for going to Target.com on
21 your most recent visit?
22    A  I was looking for weekly ads. And I wanted to
23 see if I could purchase a crate for the dog.
24    Q  What happened?
25    A  Well, I had the same problems because I

TSG Reporting - Worldwide    877-702-9580

### Page 39

1  was -- when I got to the page, there was -- there was
2  error messages at the top, and you have to arrow down to
3  find the links to figure out if you're actually on a
4  page that exists.
5     Q  You already knew how to do that; right?
6     A  Yes.
7     Q  Okay. So what happened after you arrowed down
8  and found that you were on a working page?
9     A  I arrowed down and I clicked on a link because
10 I wanted to get the weekly announcements.
11    Q  What happened when you clicked on that link?
12    A  Well, it -- it didn't move. There was nowhere
13 to type in the information to get the information.
14    Q  The information about the weekly ads?
15    A  Yes.
16    Q  What did you do at that point?
17    A  Well, I kept trying to get in to see if I could
18 get on the mailing list, but I could not. I wasn't able
19 to do that.
20    Q  So what did you do when you were not able to
21 get on the mailing list?
22    A  Basically I just signed off that website.
23    Q  Did you look for the dog crate?
24    A  Oh, by that time I figured if I couldn't get on
25 the -- I couldn't find the -- I couldn't get on their

TSG Reporting - Worldwide    877-702-9580

### Page 40

1  mailing list and I'd been there before and I was
2  intending to try to purchase one and it wasn't going to
3  let me, so I just let it alone.
4     Q  About how long were you on Target.com this
5  time?
6     A  Oh, man, roughly maybe an hour and a half, two
7  hours.
8     Q  And during that time did you do anything other
9  than look for the weekly ads and try to get added to the
10 mailing list?
11    A  I tried to see their career services.
12    Q  And why were you attempting to access that?
13    A  I just wanted to see what kind of jobs they
14 had. I have nieces and nephews who need jobs.
15    Q  What happened when you -- when you did that?
16    A  Basically the same type of problems where it
17 was just a lot of garbled text to go through and it
18 looked like error -- it wasn't even an actual page
19 there.
20    Q  Were you able to find any information out about
21 careers at Target?
22    A  No.
23    Q  Did you find any text that JAWS could read?
24       MR. BASRAWI: Objection. Vague and ambiguous.
25       You can answer.

TSG Reporting - Worldwide    877-702-9580

### Page 41

1        THE WITNESS: No.
2  BY MR. PLUNKETT:
3     Q  Anything else you did on the website when you
4  were on it this time?
5     A  No.
6     Q  Have you ever attempted to contact Target.com
7  regarding any of the difficulties you experienced on the
8  website?
9     A  No.
10    Q  Did you attempt at any time to look for contact
11 information on the website?
12    A  No.
13    Q  Have you ever shopped in a Target store?
14    A  Yes.
15    Q  When was the last time you shopped in a Target
16 store?
17    A  Roughly February.
18    Q  About how many times have you shopped in a
19 Target store?
20    A  Roughly two to three times.
21    Q  Do you require assistance when you shop in
22 Target?
23    A  Yes.
24    Q  What assistance did you have on these occasions
25 when you went to the store?

TSG Reporting - Worldwide    877-702-9580

Page 42

1  A  Well, when I went to Target in February, I -- I
2  was with my guide dog instructor, so she -- she helped
3  me in there. The other time we get customer service.
4  Q  Target's customer service?
5  A  Yes.
6  Q  So Target's customer service provided you the
7  assistance you needed on the other two occasions when
8  you were at the store?
9  A  Yes.
10  Q  That's all the questions I have. Thank you
11  very much for your time.
12     MR. BASRAWI: Thank you. This deposition is
13  complete.
14     THE REPORTER: Would you like a copy?
15     MR. BASRAWI: Copy and a rough.
16     (Deposition concluded at 11:03 a.m.)
17              * * *

TSG Reporting - Worldwide    877-702-9580

Page 43

1  DECLARATION UNDER PENALTY OF PERJURY
2
3     I, Christina Thomas, do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on May 26, 2006; that
6  I have made such corrections as appear noted herein in
7  ink, initialed by me; that my testimony as contained
8  herein, as corrected, is true and correct.
9
10     DATED this _____ day of _____, 2004,
11  at _____, California.
12
13
14
15     _____
16     Christina Thomas

TSG Reporting - Worldwide    877-702-9580

Page 44

1  REPORTER'S CERTIFICATE
2
3     I, Charolette A. Martinez, Certified Shorthand
4  Reporter, in and for the State of California, do hereby
5  certify:
6
7     That the foregoing witness was by me duly sworn;
8  that the deposition was then taken before me at the time
9  and place herein set forth; that the testimony and
10  proceedings were reported stenographically by me and
11  later transcribed into typewriting under my direction;
12  that the foregoing is a true record of the testimony and
13  proceedings taken at that time.
14
15     IN WITNESS WHEREOF, I have subscribed my name this
16  29th day of May, 2006.
17
18
19
20  _____
    Charolette A. Martinez, CSR No. 11983
21

TSG Reporting - Worldwide    877-702-9580