National Federation of the Blind et al v. Target Corporation
Case 3:06-cv-01802-MHP   Document 98-6   Filed 03/08/2007   Page 1 of 5
Doc. 98 Att. 5

# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION
OF THE BLIND OF CALIFORNIA,
on behalf of their members, and
Bruce F. Sexton, on behalf of
himself and all others similarly
situated,

        Plaintiffs,

vs.                      No. C 06-01802 MHP

TARGET CORPORATION,

        Defendant.
_____/



Deposition of

SHANNON DILLON

February 28, 2007

Reported by:
KELLIE A. ZOLLARS, CSR, RPR, CRR
License No. 5735

SHARI MOSS & ASSOCIATES
Certified Shorthand Reporters
877 Cowan Road, Suite A
Burlingame, California 94010
Tel: (650) 692-8900

```
 1            BE IT REMEMBERED THAT, pursuant to the laws
 2   pertaining to the taking and use of depositions, and
 3   on February 28, 2007, commencing at the hour of
 4   1:40 p.m, thereof, at the law offices of Morrison &
 5   Foerster LLP, 425 Market Street, San Francisco,
 6   California, before me, KELLIE A. ZOLLARS, CSR
 7   No. 5735, a Certified Shorthand Reporter in and for
 8   the State of California, personally appeared
 9
10                      SHANNON DILLON
11
12   being called as a witness by the Defendant, who,
13   having been by me first duly sworn, was thereupon
14   examined and interrogated as hereinafter set forth.
15                         -oOo-
16       Morrison & Foerster LLP, represented by Matthew
17   Kreeger, Attorney at Law, 425 Market Street,
18   San Francisco, California 94105-2482, appeared as
19   counsel on behalf of Defendant.
20       Disability Rights Advocates, represented by Roger
21   Heller, Attorney at Law, 2001 Center Street, Third
22   Floor, Berkeley, California 94704-1204, appeared as
23   counsel on behalf of Plaintiffs.
24
25   //
```

1  ~~And I don't remember specifically, but~~
2  it's -- there are other -- I know that was one
3  definite problem.
4      Q.  So there was a inconvenience in having to go
5  back and forth between modes --
6      A.  That's correct.
7      Q.  -- to fill out a form?
8      A.  That's correct.  It takes a long time, and
9  ~~it's not always completely accurate.~~
10     Q.  Okay.  When you had difficulty with the
11 wedding registry, did you go to the Target store to
12 purchase a gift for your friend?
13     A.  No.
14     Q.  Have you ever tried to purchase a gift for
15 someone at the Target retail store based on what's on
16 the wedding registry?
17     A.  No.
18     ~~Q.  Have you learned about any changes to~~
19 Target's website since October of 2006?
20     MR. HELLER:  Object to the form of the question.
21     THE WITNESS:  Could you restate the question?
22     MR. KREEGER:  Could you read it again, please.
23     (Record was read by the reporter.)
24     THE WITNESS:  No, I don't believe so.
25     ~~BY MR. KREEGER:~~

```
 1  STATE OF CALIFORNIA)
 2  COUNTY OF SAN MATEO)
 3          I hereby certify that the witness in the
 4  foregoing deposition, SHANNON DILLON, was by me duly
 5  sworn to testify to the truth, the whole truth, and
 6  nothing but the truth, in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; that the deposition is a true record of
 9  the witness's testimony as reported by me, a duly
10  certified shorthand reporter and a disinterested
11  person, and was thereafter transcribed into
12  typewriting by computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with,
15  nor related to any of the parties in said action, nor
16  to their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 28th day of February, 2007.
19
20
21          _____
22              KELLIE A. ZOLLARS, CSR
23                STATE OF CALIFORNIA
24
25
```