# EXHIBIT H

## Unknown

**From:** Chris Danielsen [cdanielsen1@comcast.net]
**Sent:** Saturday, December 02, 2006 7:33 PM
**To:** Gashel, James
**Cc:** Pare, John
**Subject:** Target Web site

Jim,

You will definitely want to check out the Target Web site. I see now why you asked me if I had been there recently. I wouldn't have believed it, but they have indeed made some rather drastic improvements. I was able to purchase a compact disk, completing the checkout process with no major problems. Even the home page is quite different. The unlabeled navigation links are gone, replaced with either text or alt-text. There are still a few unlabeled links here and there, but overall I'd have to say that the site is usable by a blind person. Don't know how this will affect negotiations, but thought I should let you know as you head out to California. Oh, and as to betsy's point, the heading function in JAWS now works with the site.

Chris

Chris Danielsen
7 North Calvert Street, Apt. 506
Baltimore, MD 21202
Home: 410-752-0642
Mobile: 410-262-1281
Email: cdanielsen1@comcast.net
http://www.nfb.org/nfb/vnb.asp

NFB0007