# EXHIBIT I

**Unknown**

**From:** Dan Frye [dfrye@nfb.org]
**Sent:** Saturday, April 29, 2006 8:43 PM
**To:** Chairman Mal; Frye, Dan
**Cc:** markee.noble@earthlink.net
**Subject:** re: Target suit

Malcolm:

Thank you for your message.  As far as I know, everybody is invited to contact the
Disability Rights Advocates organization, our partners, to share their perspective on the
website.  I imagine that having the diverse views of blind people, from experts to
beginners with adaptive technology, will prove useful.
I encourage you to contact the firm and let them determine if your comments will be useful
in this context.  My best to Mark and Beau.

With Kind Regards,

Dan Frye

> ----- Original Message -----
>From: "Chairman Mal" <chairmanmal@earthlink.net
>To: "Frye, Dan" <DFrye@nfb.org
>Date: Sat, 29 Apr 2006 14:35:43 -0500
>Subject: Target suit

>Dan,
>I reviewed the Target web-site but got nowhere.  I wonder,
however, should I contact the Disability Rights law firm?  I am quite new at JAWS with the
Internet.  Moreover, I really didn't want to purchase anything from them.  I hope you and
Renee are well.  Little Markee is chilling today, and Beau had his annual shots this
morning.
>Malcolm

1

**NFB0006**