# EXHIBIT N

# [nfb-db] Assisting with Target Lawsuit Easier Than Ever

**David Andrews** dandrews at visi.com
Thu Apr 13 22:35:36 CDT 2006

- Previous message: [nfb-db] Fwd: Jernigan Institute News - April 13, 2006
- Next message: [nfb-db] President Maurer on Thru Our Eyes Radio Show
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

Dan Frye has asked me to post the following: it is important.

David Andrews


As part of the Federation's legal action against Target's web operations, we are in need of blind people to examine the website target.com, and offer their
assessment, particularly as it relates to any access problems experienced, as soon as possible. Initially, I thought that the officials at Disability Rights
Advocates wanted people to draft their own declarations. As it turns out, however, they only want people to review the site, and then call and verbally articulate your experiences to them. They will then draft your statement for you to review and sign. If any of you have not done this, please take the time to review the website, and call the law clerk assigned to this case at Disability Rights Advocates, our partner in prosecuting this action.

Please contact, as soon as possible:

Brett Kaufman
Law Clerk
Disability Rights Advocates
510-665-8644
bkaufman at dralegal.org

Finally, please simply let me know when you've made contact with representatives at Disability Rights Advocates so that I can track the number of people
that have been referred to them and who have actually filed a statement. We need at least 30 people to make statements, and if you will keep me informed, I'll be best able to monitor our progress.

Thank you. Please contact me if you have any questions.

Daniel B. Frye
Manager of Affiliate Action Advocacy and Training
National Federation of the Blind
Department of Affiliate Action
1800 Johnson Street
Baltimore, Maryland 21230
Telephone: (410) 659-9314 Ext. 2208
Cell: (410) 241-7006
Fax: (410) 659-6893
E-Mail: dfrye at nfb.org
Web Address:
www.nfb.org
"