National Federation of the Blind et al v. Target Corporation
Case 3:06-cv-01802-MHP   Document 98-16   Filed 03/08/2007   Page 1 of 2
Doc. 98 Att. 15

# EXHIBIT O

# [nfb-db] Assistance Sought with Target Corporation Lawsuit

**David Andrews** dandrews at visi.com
*Fri Mar 31 22:30:43 CST 2006*

- Previous message: [nfb-db] Fwd: PAC Mate 4.0 Released!
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

>*From Dan Frye:*

As you may know, the NFB has filed a lawsuit against Target Corporation for the inaccessibility of its website http://www.target.com.

If you have encountered access barriers on Target.com, and are willing to provide testimony for use in the lawsuit, please contact Brett Kaufman at Disability Rights Advocates using the following contact information as soon as possible.

Brett Kaufman
Law Clerk
Disability Rights Advocates
510-665-8644
bkaufman at dralegal.org

Should you have additional questions about how you can best be of assistance or provide support for this initiative, please contact me directly at my contact
details provided below for a briefing before communicating with the staff at Disability Rights Advocates. Thank you for your cooperation.

Daniel B. Frye
Manager of Affiliate Action Advocacy and Training
National Federation of the Blind
Department of Affiliate Action
1800 Johnson Street
Baltimore, Maryland 21230
Telephone: (410) 659-9314 Ext. 2208
Cell: (410) 241-7006
Fax: (410) 659-6893
E-Mail: dfrye at nfb.org
Web Address:
www.nfb.org
"
Voice of the Nation's Blind"

---

- Previous message: [nfb-db] Fwd: PAC Mate 4.0 Released!
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

More information about the nfb-db mailing list