# EXHIBIT P

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   NATIONAL FEDERATION OF THE
     BLIND, THE NATIONAL FEDERATION
 5   OF THE BLIND OF CALIFORNIA,
     on behalf of their members,
 6   and BRUCE F. SEXTON, on
     behalf of himself and all
 7   others similarly situated,
 8              Plaintiffs,
 9   vs.                              Case No. C06-01802 MHP
10   TARGET CORPORATION,
11              Defendants.
     _____/
12
13
14                   Deposition of
15                   MARC MAURER
16                   March 1, 2007
17
18
19
20
                 SHARI MOSS & ASSOCIATES
21           Certified Shorthand Reporters
                877 Cowan Road, Suite A
22            Burlingame, California  94010
                    (415) 402-0004
23                  (650) 692-8900
                FAX:  (415) 402-0005
24   Reported by:
25       Alfred A. Betz, Realtime Court Reporter
```

1

```
 1   BE IT REMEMBERED that, pursuant to the laws
 2   governing the taking and use of depositions, and on
 3   Thursday, March 1, 2007, commencing at 9:30 a.m.,
 4   thereof, at the Law Offices of Brown, Goldstein &
 5   Levy, 120 E. Baltimore Street, Suite 1700,
 6   Baltimore, Maryland 21202, before me, Alfred A.
 7   Betz, Real-time Court Reporter and Notary Public
 8   for the state of Maryland, personally appeared,
 9                          - - -
10
11                       MARC MAURER
12   a witness, called for examination, having been
13   first duly sworn, was examined and testified as
14   follows:
15             EXAMINATION BY MS. PASZEK:
16        Q.   My name is Kristina Paszek; I'm
17   representing Target Corporation in this case.
18   Could you please state your name for the record.
19        A.   My name is Marc Maurer.
20        Q.   Okay.  Have you been deposed before, Dr.
21   Maurer?
22        A.   Yes.
23        Q.   About how many times?
24        A.   I don't know.  Two or three, I guess.
25        Q.   Okay.  So you know how this goes a bit?
```

4

```
 1            Now, since that time we have asked people
 2   in the organization if they had difficulty dealing
 3   with the Target site if they would provide that
 4   information to us, and we set up a place where
 5   people could talk about it with lawyers at our
 6   national convention.  This occurred last summer we
 7   have also talked about it fairly extensively at the
 8   convention of the National Federation of the Blind
 9   for California, which I guess occurred last
10   October.  I'm not sure of the date.
11       Q.   Okay.  So, I'm sorry, just to clarify you
12   said you think it was in October that the NFB
13   California meeting took place and the national
14   conference was, or convention, was when?
15       A.   Last July.
16       Q.   July.  I'm going to ask you about a
17   document which I'm going to give you a copy, I'll
18   give your attorney that copy here, Mr. Goldstein,
19   and one for the Court Reporter?
20       A.   This is a print copy.
21       Q.   This is a print copy.  So I guess I will
22   just read it for the record and for you.
23       A.   I can read it if you want.  That is, I
24   brought technology so to do.
25       Q.   Oh!  Okay.
```

15

```
 1       Q.   Of the nearly 20 folks that you talked to
 2  how many of them would you say said that they would
 3  contact the lawyers to discuss this?
 4       A.   3-quarters.
 5       Q.   Did any of them, had those people already
 6  accessed Target.com at that time?  Or attempted to
 7  access Target.com?
 8       A.   In many cases they would have.  I talked
 9  to the folks who were computer savvy primarily or
10  at least who I thought would be computer savvy and
11  consequently it was a subject that was being
12  discussed in the organization generally, and so it
13  is likely that they would have.
14       Q.   But did you ask them specifically if they
15  had tried to access Target.com before?
16       A.   No.
17       Q.   Okay.  Just jumping back to that July
18  2006 convention when the announcement was made that
19  there were people, that there were lawyers
20  available to talk about the issue of Target.com's
21  accessibility, about how many people was that
22  announcement made to?
23       A.   1500.
24       Q.   And how was it made?
25       A.   I made it myself from a microphone on a
```

33

```
1   stage in the front of the room where there were
2   1500 people present.
3       Q.  Okay.  What about the October 2006
4   California meeting; were you at that meeting?
5       A.  I was.
6       Q.  How was the announcement made there?
7       A.  I made it myself.  Now, the lawyers were
8   also there, and I introduced them.  Well, I
9   introduced some of them.
10      Q.  And how many people were in the audience
11  when you made the announcement?
12      A.  I didn't count them, but my guess would
13  be about 85.
14      Q.  I'm going to turn to one more document
15  which I'm handing to you, and I'll take the other
16  one back.  And here's a copy for you, Mr.
17  Goldstein.  And if you could mark this Maurer
18  Exhibit 3.
19          (Whereupon, Deposition Exhibit 3,
20  E-mails, marked for identification.)
21          THE WITNESS:  I didn't focus that quite
22  right I can tell, but I get the gist of it.
23          MS. PASZEK:  Okay.
24          MR. GOLDSTEIN:  It being an e-mail string
25  it read it backwards.
```

34

Page 42

1  State of Maryland,

2  City of Baltimore, to wit:

3

4         I, Alfred A. Betz, a Notary Public of the
5  State of Maryland, City of Baltimore do hereby
6  certify that the within-named witness personally
7  appeared before me at the time and place herein set
8  out, and after having been duly sworn by me,
9  according to law, was examined by Counsel.  I
10 further certify that the examination was recorded
11 stenographically by me and this transcript is a
12 true record of the proceedings.
13        I further certify that I am not of
14 Counsel to any of the parties, nor an employee of
15 Counsel, nor related to any of the parties, nor in
16 any way interested in the outcome of this action.
17        As witness my hand and Notarial Seal this
18 5th day of March, 2007.

19

20

21         *[signature: Alfred A. Betz]*

22

23         Alfred A. Betz, Notary Public

24

25 My commission expires:  12/31/2007