1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 NATIONAL FEDERATION OF THE BLIND,            Case No.   C06-01802 MHP
   the NATIONAL FEDERATION OF THE
14 BLIND OF CALIFORNIA, on behalf of their      **[PROPOSED] ORDER DENYING
   members, and Bruce F. Sexton, on behalf of   PLAINTIFFS' MOTION FOR
15 himself and all others similarly situated,   CLASS CERTIFICATION**

16                 Plaintiffs,                  Date:  April 12, 2007
                                                Time:  2:30 PM
17        v.                                    Judge: Hon. Marilyn Hall Patel

18 TARGET CORPORATION,

19                 Defendant.

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 06-01802 MHP
sf-2280434

1  This matter came for hearing on April 12, 2007, on Plaintiffs' Motion for Class
2  Certification. Based on the Court's review of the pleadings and papers filed in connection with
3  this matter, the argument of counsel, the Court finds that the requirements for certifying the
4  proposed classes under Federal Rule of Civil Procedure 23 have not been met.
5      IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Class Certification is DENIED.
6
7  IT IS SO ORDERED.
8
9  Dated: _____, 2007
10                                               The Honorable Marilyn Hall Patel
                                              United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 06-01802 MHP
sf-2280434

1