HAROLD J. McELHINNY (CA SBN 66781)
MATTHEW I. KREEGER (CA SBN 153793)
KRISTINA PASZEK (CA SBN 226351)
HMcElhinny@mofo.com
MKreeger@mofo.com
KPaszek@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.   C06-01802 MHP <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR BIFURCATION OF ISSUES AT TRIAL** <br><br> Date:   April 12, 2007 <br> Time:   2:30 PM <br> Judge:   Hon. Marilyn Hall Patel |

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR BIFURCATION OF ISSUES AT TRIAL
CASE NO. 06-01802 MHP
sf-2281116

1    This matter came for hearing on April 12, 2007, on Plaintiffs' Motion for Bifurcation of
2  Issues at Trial.  Based on the Court's review of the pleadings and papers filed in connection with
3  this matter, the argument of counsel, and good cause appearing,
4    IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Bifurcation of Issues at Trial is
5  DENIED WITHOUT PREJUDICE.

7  IT IS SO ORDERED.

9  Dated: _____, 2007

    The Honorable Marilyn Hall Patel
    United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR BIFURCATION OF ISSUES AT TRIAL
CASE NO. 06-01802 MHP
sf-2281116

1