1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5
   JOSHUA KONECKY (California Bar No. 182897)
6  RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
8  Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
9  TTY:         (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700            Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                         Syracuse, NY 13244-2130
12 Telephone:   (410) 962-1030                 Telephone:   (315) 443-9703
   Fax:         (410) 385-0869                 Fax:         (315) 443-9725

13

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO SHORTEN TIME AND REQUEST FOR RELIEF FROM BRIEFING SCHEDULE**<br><br>Hearing Date: April 12, 2007<br>Time: 2:30 PM<br>Judge: The Hon. Marilyn Hall Patel |
|---|---|---|

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
Plaintiffs' Statement of Non-Opposition to Defendant's Motion to Shorten Time and Request for Relief From Briefing Schedule                        1

dockets.Justla.com

Having read Defendant's motion for summary judgment and supporting papers, Plaintiffs do not oppose Defendant's request that the Court hear Defendant's motion, on shortened time, on April 12, 2007. However, given that Plaintiffs will be busy working on their reply papers in support of their pending motions for class certification and bifurcation, and given the substantial overlap of issues among the various motions, Plaintiffs respectfully ask the Court to allow Plaintiffs an additional week to file their opposition to Defendant's motion for summary judgment. Plaintiffs propose the following briefing/hearing schedule for the pending motions in this case:

| Date | Event |
| --- | --- |
| March 29, 2007 | Plaintiffs' Opposition to Summary Judgment Due |
| March 29, 2007 | Plaintiffs' Reply in Support of Class Certification and Bifurcation Due |
| April 5, 2007 | Defendant's Reply in Support of Summary Judgment Due |
| April 12, 2007, 2:30pm | Hearing on Motions for Class Certification, Bifurcation, and Summary Judgment |

Defendant has indicated to Plaintiffs that it does not oppose Plaintiffs' request to the Court to set the briefing schedule as set forth above.

This proposed schedule would coordinate the filing of Plaintiffs' reply in support of their motions for class certification and bifurcation with the filing of Plaintiffs' opposition to Defendant's motion for summary judgment. This proposed schedule would not prejudice Defendant, who would still have one week to respond to Plaintiffs' opposition to their summary judgment motion. Plaintiffs recognize, however, that this proposed schedule would allow the Court only 7 days between receiving Defendant's reply in support of its summary judgment motion and the hearing on that motion, rather than the standard 14 days.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Plaintiffs' Statement of Non-Opposition to Defendant's Motion to Shorten Time and Request for Relief from Briefing Schedule

1

Plaintiffs respectfully ask the Court to adopt the briefing/hearing schedule above, but in any event, do not oppose Defendant's current motion to shorten time. Plaintiffs do not ask the Court to change the briefing schedule in any way that would change the April 12, 2007 hearing date for the pending motions.

DATED: March 13, 2007

Respectfully submitted,
DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP
PETER BLANCK, J.D., Ph.D.

By: _____
Roger Heller
Attorney for Plaintiff

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Plaintiffs' Statement of Non-Opposition to Defendant's Motion to Shorten Time and Request for Relief from Briefing Schedule

2