1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8   NATIONAL FEDERATION OF THE BLIND,          No. C 06-01802 MHP

9            Plaintiff(s),                **CLERK'S NOTICE**
                                          **(Rescheduling Hearings)**
10      v.

11   TARGET CORPORATION,

12            Defendant(s).
     _____/

13

14        The parties are notified that the hearings of the motion(s) in this matter currently on calendar

15   for April 12, 2007 and April 16, 2007, are  hereby RESCHEDULED to **May 1, 2007, at 2:00 p.m.**

16   Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the

17   orginal hearing date remains in effect.

18

19                                        Richard W. Wieking
                                          Clerk, U.S. District Court
20

21

22   Dated:  March 22, 2007              Anthony Bowser, Deputy Clerk to the
                                          Honorable Marilyn Hall Patel
23                                             (415) 522-3140

24

25

26

27

28

**United States District Court**
**For the Northern District of California**