LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:  (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Fax:  (415) 421-7105
TTY:  (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:  (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:  (315) 443-9703
Fax:  (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROGER HELLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: April 16, 2007<br>Time: 2:00 PM<br>Judge: The Hon. Marilyn Hall Patel |

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
Declaration of Roger Heller in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment   1

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

I, Roger Heller, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am a Senior Staff Attorney at Disability Rights Advocates and one of the attorneys representing Plaintiffs in this case.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Todd J. Nemoir, taken in this case on January 10, 2007.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Patricia Ann Perry, taken in this case on January 9, 2007.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Bruce F. Sexton, taken in this case on May 23, 2006.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Bruce F. Sexton in Support of Plaintiffs' Motion for Preliminary Injunction in this case, filed May 8, 2006.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Reply Declaration of Bruce F. Sexton in Support of Plaintiffs' Motion for Preliminary Injunction in this case, filed July 10, 2006.

8. Attached hereto as **Exhibit F** is a true and correct copy of information concerning the number of visitors to Target.com, retrieved from www.comscore.com, including true and correct copies of the following web pages, as of March 21, 2007:

- http://www.comscore.com/press/release.asp?press=1246
- http://www.comscore.com/press/release.asp?press=1214
- http://www.comscore.com/press/release.asp?press=1177
- http://www.comscore.com/press/release.asp?press=1152
- http://www.comscore.com/press/release.asp?press=1063
- http://www.comscore.com/press/release.asp?press=1030

9. Attached hereto as **Exhibit G** are true and correct copies of the following web pages, as of March 21, 2007.:

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Roger Heller in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

1

- http://www.target.com
- http://www.target.com/gp/flex/sign-in.html

10.  Attached hereto as **Exhibit H** is a true and correct copy of the Expert Declaration of Dr. James W. Thatcher in Support of Plaintiffs' Motion for Preliminary Injunction in this case, filed May 8, 2006.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 22 day of March, 2007, at Berkeley, California.

_____
ROGER HELLER

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Roger Heller in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

2