# EXHIBIT B

Dockets.Justia.com

Page 26

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

10:02  to that website?
10:02  A. Yes.
10:02  Q. And what is your understanding?
10:02  A. My understanding is that if there are
10:02  no ALT tags, that the readers cannot read the
10:02  web page.
10:02  Q. Is it your understanding that there
10:02  have to be no ALT tags or just that there have
10:02  to be some images without ALT tags or there
10:02  would just have to be a certain percentages
10:02  without ALT tags, or do you have any
10:02  understanding of the extent to which -- the lack
10:02  of the number or percentage of images without
10:02  ALT tags there would need to be in order for
10:02  this site to be inaccessible?
10:02  MR. McDOWELL: Objection, incomplete
10:03  hypothetical.
10:03  THE WITNESS: I'm not understanding
10:03  exactly what you're asking.
10:03  BY MR. KONECKY:
10:03  Q. Well, you had said before if I'm
10:03  remembering correctly that you understood if
10:03  there was no ALT tags, that the screen reader
10:03  could not access or the person using the screen

Page 27

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

10:03  reader could not access the website.
10:03  And I'm wondering if what you meant
10:03  by that was that there had to be no ALT tags at
10:03  all, or whether you understood that there are
10:03  situations in which even if there are some ALT
10:03  tags, that if there are not ALT tags on certain
10:03  images, whether text or picture, that the result
10:03  would still be a website which is inaccessible
10:03  with somebody with a disability?
10:03  A. I'm not familiar enough with ALT tags
10:03  to answer that question.
10:03  Q. Okay. In your discussion with
10:04  respect to ALT tags that you had with Mr.
10:04  Nitschke, what about cost did you address?
10:04  A. Target currently has -- at the time
10:04  had no ability to add ALT tags on the Amazon
10:04  platform, so Amazon needed to make changes for
10:04  Target to do that.
10:04  Q. Did you discuss any costs that would
10:04  be associated with those changes?
10:04  A. We discussed the fact that we needed
10:04  to get the costs from Amazon.
10:04  Q. And did you ever get the costs from
10:04  Amazon?

Page 28

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

10:04  A. Yes.
10:04  Q. And how much were the costs that you
10:04  got from Amazon?
10:05  A. I do not remember the exact costs.
10:05  Q. Do you remember a range, an estimate?
10:05  A. For the ALT tag piece?
10:05  Q. Yes.
10:05  A. No, I do not.
10:05  Q. Do you remember a range or an
10:05  estimate of the costs that Amazon told you it
10:05  would need to make accessibility changes -- the
10:05  accessibility changes that were being
10:05  contemplated in 2006 at least to its platform?
10:05
10:05
10:05  Q. And what did that include?
10:05  A. I can't answer everything that it
10:05  included.
10:05  Q. And are these costs that were being
10:05  charged to Target or partially charged to
10:05  Target, or something else?
10:05  A. Charged to Target.
10:05  Q. All of the costs?
10:06  A. (Witness indicating).

Page 29

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

10:06  THE COURT REPORTER: I'm sorry.
10:06  Your answer?
10:06  MR. McDOWELL: Go ahead and answer.
10:06  THE WITNESS: Yes.
10:06  BY MR. KONECKY:
10:06  Q. And has Target paid for these yet?
10:06  A. Some of them, yes.
10:06  Q. Some of them.
10:06  What's the payment schedule?
10:06
10:06
10:06
10:06  Q. And has that represented to Target
10:06  any kind of undue financial burden?
10:06  A. What do you mean by that?
10:06  Q. I mean is it something which was ever
10:06  discussed -- let me start again.
10:06  Is the amount of money paid to
10:06  provide access upgrades to Target.com ever been
10:07  an amount which Target has thought it could not
10:07  afford?
10:07  MR. McDOWELL: Objection, lacks
10:07  foundation.
10:07  THE WITNESS: I -- I can't really

Page 62

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:03   2  referring to?
11:03   3      A.  The business functions are anything
11:03   4  from the buyers who want functionality on the
11:03   5  website to site marketing who may need
11:03   6  functionality on the website, to the fulfillment
11:03   7  team who may need functionality on the back-end
11:03   8  to fulfill their business needs.
11:03   9      Q.  Which buyers are you referring to?
11:03  10      A.  Target.com buyers.
11:03  11      Q.  And what is site marketing?
11:03  12      A.  Target.com site marketing.  That is
11:04  13  the team that determines how the pages are laid
11:04  14  out as far as what merchandise is displayed and
11:04  15  promoted.
11:04  16      Q.  How many Target.com buyers are there?
11:04  17      A.  I don't have an exact count.
11:04  18      Q.  Approximately?
11:04  19      A.  Oh, I would say that there are
11:05  20  approximately fifty.
11:05  21      Q.  And do any of those also buy products
11:05  22  that are going to be displayed in any of the
11:05  23  retail stores?
11:05  24      A.  No, they do not.
11:05  25      Q.  Do they have any interaction with the
```

Page 63

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:05   2  retail stores, whether discussions or
11:05   3  coordination of any kind?
11:05   4      A.  Yes, they do.
11:05   5      Q.  And can you describe that
11:05   6  interaction?
11:05   7      A.  The Target.com buyers, an easy way to
11:05   8  visualize it is the Target.com buyers go to the
11:05   9  Target buyers similar to going to a vendor and
11:06  10  looking at all of the merchandise that they are
11:06  11  going to be displaying in a Target store and
11:06  12  picking and choosing what will go on to
11:06  13  Target.com from the Target merchandise (witness
11:06  14  indicating).
11:06  15      Q.  When you say Target.com buyers go to
11:06  16  the Target buyers, you're speaking of that
11:06  17  second group of Target buyers are the buyers for
11:06  18  the Target retail stores?
11:06  19      A.  Correct.
11:06  20      Q.  Do the Target.com buyers go anywhere
11:06  21  else to pick what will be on Target.com?
11:07  22      A.  Yes, they do.
11:07  23      Q.  Okay.  And where else do they go?
11:07  24      A.  All over the world.
11:07  25      Q.  Does all over the world include
```

Page 64

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:07   2  anything else related to Target, or are you
11:07   3  talking about other products or other places?
11:07   4      A.  To other vendors, whether they'd be
11:07   5  vendors who are already doing business with
11:07   6  Target but it's different product, or whether
11:07   7  it's vendors who don't do business with Target
11:07   8  retail stores at all (witness indicating).
11:07   9      Q.  What percentage of the vendors on
11:07  10  that -- that sell product on Target.com don't do
11:07  11  any business at all with the Target retail
11:07  12  stores?
11:07  13      A.  I can't answer that question.
11:07  14      Q.  Do you know if it's a small amount,
11:07  15  large amount?
11:08  16      A.  Larger than smaller.
11:08  17      Q.  Well, let me try to make it more
11:08  18  precise.
11:08  19          Would you say that more than ten
11:08  20  percent of vendors on Target.com have absolutely
11:08  21  no interaction with the Target retail stores?
11:08  22      A.  Yes.
11:08  23      Q.  Twenty percent?
11:08  24      A.  Yes.
11:08  25      Q.  Thirty percent?
```

Page 65

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:08   2      A.  At that point, I don't want to guess.
11:08   3      Q.  Somewhere between twenty and thirty
11:08   4  percent of vendors selling product on Target.com
11:08   5  do not sell product on -- in the Target retail
11:08   6  stores.
11:08   7          Is that approximation correct?
11:08   8      A.  No.  It is definitely twenty.  It
11:08   9  could be fifty.  I can't give you an answer on
11:08  10  the twenty to thirty percent approximation.
11:09  11      Q.  Could it be more than fifty?
11:09  12      A.  I doubt that.
11:09  13      Q.  Are my -- am I correct that
11:09  14  approximately fifty percent of the merchandise
11:09  15  sold on Target.com is also sold in the Target
11:09  16  retail stores?
11:09  17      A.  About forty-five percent.
11:09  18      Q.  About forty-five percent.  And then
11:09  19  in addition to that forty-five percent, am I
11:09  20  correct that there is some additional amount of
11:09  21  product which is not sold at the same time in
11:09  22  the Target retail store but which comes from a
11:09  23  vendor who is doing business with Target retail
11:09  24  stores?
11:10  25      A.  Will you repeat that one more time?
```

### Page 66

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:10   2    Q.  Sure.
11:10   3        MR. KONECKY:  Can you read that back?
11:10   4        * * *
11:10   5        (Whereupon, the reporter read back
11:10   6        the requested portion of the record.)
11:10   7        * * *
11:10   8        THE WITNESS:  Yes.
11:10   9   BY MR. KONECKY:
11:10  10    Q.  All right.  Then you say at the last
11:10  11   sentence of paragraph two, "My duties also
11:10  12   include serving as a liaison between Target.com
11:10  13   and the representatives who staff Target.com's
11:10  14   1-800 number."
11:10  15        Which particular representatives are
11:10  16   you talking about?
11:11  17    A.  The corporate Amazon managers who are
11:11  18   responsible for Target.com's 1-800 number at
11:11  19   Amazon.
11:11  20    Q.  Do you ever communicate with the
11:11  21   actual people who are handling the calls on the
11:11  22   1-800 number?
11:11  23    A.  I do not.
11:11  24    Q.  Is that something you have ever done?
11:11  25    A.  I have not.
```

### Page 67

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:11   2    Q.  How many managers have you acted as a
11:11   3   liaison with, managers of the corporate Amazon
11:11   4   managers involved with the 1-800?
11:11   5        How many are there?
11:12   6    A.  We deal with three.
11:12   7    Q.  And what are their names?
11:12   8    A.  Hugo Munday I believe is his name.
11:12   9   Kim -- just know her by Kim.  Other -- my other
11:12  10   team members could answer that on her last name.
11:12  11   And then David Tarnosky.
11:12  12    Q.  And where are they located?
11:12  13    A.  Seattle, Washington.
11:12  14    Q.  Is that physically where the call
11:12  15   center is located?
11:12  16    A.  No.
11:12  17    Q.  Where is the call center located?
11:12  18    A.  There is more than one call center.
11:12  19    Q.  How many are there?
11:12  20    A.  I believe there are three.
11:12  21    Q.  Where are the three call centers
11:12  22   located?
11:12  23    A.  Norfolk -- I'm trying to remember my
11:12  24   calendar.  I can't remember the other two.  I
11:13  25   would need to check on where those are.
```

### Page 68

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:13   2    Q.  Do all have the same eight hundred
11:13   3   number associated with them?
11:13   4    A.  Yes.
11:13   5    Q.  Do you know how many representatives
11:13   6   are in each call center that are actually
11:13   7   handling the phones?
11:13   8    A.  I do not.
11:13   9    Q.  Do you have a range?
11:13  10    A.  I do not.
11:13  11    Q.  Do you know how many total
11:13  12   representatives are staffing phones for calls
11:13  13   related to Target.com?
11:13  14    A.  I do not.
11:13  15    Q.  Do you know whether it's more or less
11:14  16   than ten?
11:14  17    A.  More.
11:14  18    Q.  More or less than twenty?
11:14  19    A.  Depends on the volume of the calls
11:14  20   and the time of the year.
11:14  21    Q.  And to clarify, when you say either
11:14  22   ten or twenty, or whatever number it is, are you
11:14  23   talking about total number of employees or total
11:14  24   number that are staffing at a given time?
11:14  25    A.  Staffing at a given time.
```

### Page 69

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:14   2    Q.  Okay.  What's the -- when you combine
11:14   3   the three call centers at the busiest time of
11:14   4   year, what would be the most people that would
11:14   5   be staffing?
11:14   6    A.  I don't know.
11:14   7    Q.  Do you know whether it would be more
11:14   8   than twenty?
11:14   9    A.  I'm assuming, but I don't know.
11:15  10    Q.  You don't?
11:15  11        Would you be guessing to say it's
11:15  12   more than twenty?
11:15  13    A.  I would be guessing.
11:15  14    Q.  Would you be guessing to say it's
11:15  15   more than ten?
11:15  16    A.  I would be guessing but it's -- I
11:15  17   would hope that that's a fairly intelligent
11:15  18   guess.
11:15  19    Q.  What is it based on?
11:15  20    A.  Contacts per -- we call it CPU,
11:15  21   Contacts Per Unit.
11:15  22    Q.  CPU is the number -- the number of
11:15  23   CPU is the number of calls taken per one of the
11:15  24   three units?
11:15  25    A.  No.
```

Page 70

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

| Time | Line | Text |
|---|---|---|
| 11:15 | 2 | Q. Okay. What is it then? |
| 11:15 | 3 | A. The number of calls taken per unit |
| 11:15 | 4 | sold. |
| 11:15 | 5 | Q. Oh. Is there any way of tracking the |
| 11:16 | 6 | number of calls taken that do not result in a |
| 11:16 | 7 | sale? |
| 11:16 | 8 | A. No. |
| 11:16 | 9 | Q. That's not something that Target or |
| 11:16 | 10 | Amazon to your knowledge tracks? |
| 11:16 | 11 | Am I correct? |
| 11:16 | 12 | A. All of the contacts -- contacts per |
| 11:16 | 13 | unit is just a way of measuring how many |
| 11:16 | 14 | contacts come in. It doesn't mean that every |
| 11:16 | 15 | contact that comes in is to place an order. It |
| 11:16 | 16 | could be questions on: Where is my order? My |
| 11:16 | 17 | order came in damaged, et cetera. |
| 11:17 | 18 | Q. Do you know what the budget is for |
| 11:17 | 19 | the 1-800 number? |
| 11:17 | 20 | A. No, I do not. |
| 11:17 | 21 | Q. When I say the 1-800 number, I mean |
| 11:17 | 22 | that function? |
| 11:17 | 23 | A. Yes. |
| 11:17 | 24 | Q. You don't know one way or the other |
| 11:17 | 25 | what's -- |

Page 71

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

| Time | Line | Text |
|---|---|---|
| 11:17 | 2 | A. I would need to check. |
| 11:17 | 3 | Q. Okay. Do you have any estimate? |
| 11:17 | 4 | A. I do not. |
| 11:17 | 5 | Q. Okay. Paragraph three says, |
| 11:17 | 6 | "Target.com was created in 1999." |
| 11:17 | 7 | When you say Target.com, are you |
| 11:17 | 8 | referring to the division of Target Corporation |
| 11:18 | 9 | or the website or something else? |
| 11:18 | 10 | A. The website. |
| 11:18 | 11 | Q. Okay. So the -- am I correct that |
| 11:18 | 12 | the website was launched in 1999? |
| 11:18 | 13 | A. Yes, you are. |
| 11:18 | 14 | Q. Okay. When did the division of |
| 11:18 | 15 | Target Corporation called Target.com get formed? |
| 11:18 | 16 | A. I believe it was in 2000. |
| 11:18 | 17 | Q. Who was responsible for creating the |
| 11:18 | 18 | website Target.com? |
| 11:18 | 19 | A. Clarify. |
| 11:18 | 20 | Q. Who created it? |
| 11:18 | 21 | A. Target. |
| 11:18 | 22 | Q. Target Corporation? |
| 11:18 | 23 | A. Yes. |
| 11:18 | 24 | Q. And do you know why? |
| 11:19 | 25 | A. Industry trend. |

Page 72

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

| Time | Line | Text |
|---|---|---|
| 11:19 | 2 | Q. Are there certain goals or benefits |
| 11:19 | 3 | that were trying to be achieved by following |
| 11:19 | 4 | this industry trend? |
| 11:19 | 5 | A. It was set up in 1999 as a test to |
| 11:19 | 6 | see if the guest wanted to interact with |
| 11:19 | 7 | Target.com on the Internet or not. |
| 11:19 | 8 | Q. And was it determined that guests as |
| 11:19 | 9 | a general matter did want to do that? |
| 11:19 | 10 | A. Yes. |
| 11:19 | 11 | Q. Why? |
| 11:19 | 12 | Has Target figured out why guests |
| 11:19 | 13 | want to interact with Target.com? |
| 11:19 | 14 | MR. McDOWELL: Objection, lacks |
| 11:19 | 15 | foundation. |
| 11:19 | 16 | THE WITNESS: I -- |
| 11:19 | 17 | BY MR. KONECKY: |
| 11:19 | 18 | Q. Has Target reached any conclusion or |
| 11:19 | 19 | understanding of why guests interact with |
| 11:20 | 20 | Target.com? |
| 11:20 | 21 | MR. McDOWELL: Same objection. |
| 11:20 | 22 | THE WITNESS: I can't answer that |
| 11:20 | 23 | question. |
| 11:20 | 24 | BY MR. KONECKY: |
| 11:20 | 25 | Q. Do you know whether Target.com is |

Page 73

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

| Time | Line | Text |
|---|---|---|
| 11:20 | 2 | responsible for increasing Target Corporation's |
| 11:20 | 3 | overall profits? |
| 11:20 | 4 | |
| 11:20 | 5 | |
| 11:20 | 6 | |
| 11:20 | 7 | |
| 11:20 | 8 | |
| 11:21 | 9 | |
| 11:21 | 10 | |
| 11:21 | 11 | |
| 11:21 | 12 | - REDACTED - |
| 11:21 | 13 | |
| 11:21 | 14 | |
| 11:21 | 15 | |
| 11:21 | 16 | |
| 11:21 | 17 | |
| 11:21 | 18 | |
| 11:21 | 19 | |
| 11:22 | 20 | |
| 11:22 | 21 | |
| 11:22 | 22 | |
| 11:22 | 23 | |
| 11:22 | 24 | |
| 11:22 | 25 | |

Page 74

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

| Time | Line | |
|---|---|---|
| 11:22 | 2 | |
| 11:22 | 3 | |
| 11:22 | 4 | |
| 11:23 | 5 | |
| 11:23 | 6 | |
| 11:23 | 7 | |
| 11:23 | 8 | |
| 11:23 | 9 | |
| 11:23 | 10 | |
| 11:23 | 11 | |
| 11:23 | 12 | |
| 11:23 | 13 | |
| 11:23 | 14 | |
| 11:23 | 15 | — REDACTED — |
| 11:23 | 16 | |
| 11:23 | 17 | |
| 11:23 | 18 | |
| 11:23 | 19 | |
| 11:23 | 20 | |
| 11:23 | 21 | |
| 11:23 | 22 | |
| 11:23 | 23 | |
| 11:23 | 24 | |
| 11:23 | 25 | |

Page 75

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:23  2
11:23  3
11:24  4        Can we take a break in about five
11:24  5   minutes?
11:24  6       Q.   Yeah. We can take a break now if you
11:24  7   want.
11:24  8       A.   That would be great.
11:24  9            * * *
11:24 10       (Whereupon, a short recess was taken.)
11:29 11            * * *
11:29 12   BY MR. KONECKY:
11:29 13       Q.   Is there any coordination in
11:29 14   marketing whether it's site marketing or this
11:29 15   interactive marketing department between
11:29 16   marketing that has to do with Target.com and
11:29 17   marketing that has to do with the retail stores?
11:29 18       A.   What do you mean by coordination?
11:29 19       Q.   Well, is there any way in which the
11:30 20   people who do marketing -- well, let me start.
11:30 21            Is there any overlap in the
11:30 22   personnel, the marketing personnel for people
11:30 23   who do marketing in -- relative to Target.com
11:30 24   and marketing relative to the retail stores?
11:30 25       A.   No, they're separate.

Page 76

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:30  2       Q.   Okay. Is there any coordination or
11:30  3   communication between the two departments?
11:30  4       A.   Yes, there is.
11:30  5       Q.   And can you describe what that is?
11:30  6       A.   Insuring that our brand is
11:30  7   represented on both sites.
11:30  8       Q.   What do you mean insuring that your
11:30  9   brand is represented on both sites?
11:30 10       A.   For example, this holiday season,
11:30 11   Tord was the designer that was used in the
11:30 12   Target.com stores. That was also used on -- I'm
11:31 13   sorry, the Target retail stores. That was also
11:31 14   used on Target.com, so some of the graphics are
11:31 15   the same so that -- is that the type of
11:31 16   coordination that you're asking about?
11:31 17       Q.   So one example of coordination
11:31 18   between the retail stores and Target.com with
11:31 19   respect to marketing is how the products that
11:31 20   are sold in both locations are represented, is
11:31 21   that correct?
11:31 22       A.   No. This isn't the products. This
11:31 23   is the design theme --
11:31 24       Q.   Okay.
11:31 25       A.   -- that is the signing in the store

Page 77

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:31  2   had snow flakes, et cetera. The website had
11:31  3   snow flakes, et cetera, the same type of design.
11:31  4       Q.   All right. So coordinating between
11:32  5   design themes and the marketing is one
11:32  6   coordination between marketing at Target.com and
11:32  7   marketing at the Target stores?
11:32  8       A.   Correct.
11:32  9       Q.   Any others?
11:32 10       A.   The weekly advertisements that is
11:32 11   available in the circular for the Target retail
11:32 12   stores is also available on Target.com.
11:32 13       Q.   When access Target.com to obtain or
11:32 14   information regarding the weekly advertising or
11:32 15   weekly specials that are available in the Target
11:32 16   retail stores?
11:33 17       A.   The weekly -- the weekly paper
11:33 18   circular, what we call the circular is available
11:33 19   on Target.com.
11:33 20       Q.   And that circular pertains to the
11:33 21   retail stores?
11:33 22       A.   Correct.
11:33 23       Q.   And what's in the circular?
11:33 24       A.   Products that are sold via the retail
11:33 25   stores, as well as services that are in the

### Page 78

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:33   2  retail stores.
11:33   3     Q.  Does it -- does the circular include
11:33   4  prices for the products?
11:33   5     A.  Yes, it does.
11:33   6     Q.  Descriptions of the products?
11:33   7     A.  Short descriptions.
11:33   8     Q.  And I'm talking in both cases about
11:33   9  products that are actually being sold in the
11:33  10  retail stores?
11:33  11     A.  Correct.
11:33  12     Q.  And this information can be found on
11:33  13  Target.com?
11:33  14     A.  Correct.
11:33  15     Q.  And you said there was information
11:34  16  about services.
11:34  17         What were you referring to?
11:34  18     A.  If we have a pharmacy in the store.
11:34  19  If we have a photo lab in the store.
11:34  20     Q.  What other services?
11:34  21     A.  Those are the two that come to mind
11:34  22  that are put into the circular.
11:34  23     Q.  What information would the circular
11:34  24  have about the pharmacy?
11:34  25     A.  To refill your prescription or to get
```

### Page 79

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:34   2  your prescription filled at a Target store.
11:34   3     Q.  Okay.  So you can use the Target.com
11:34   4  website to refill a prescription that you will
11:34   5  ultimately pick up at the Target retail store?
11:34   6     A.  That is not what the weekly ad says.
11:34   7     Q.  Okay.  Let me -- I'm moving subjects.
11:34   8         Am I correct though, aside from the
11:35   9  weekly ad, that you can get on -- one can get on
11:35  10  the Target.com website and on the website use
11:35  11  the website to fill a prescription that you will
11:35  12  then pick up in the retail store?
11:35  13     A.  You cannot fill all prescriptions and
11:35  14  have it picked up in the website or in the
11:35  15  store.  Sorry.
11:35  16     Q.  Excuse me?
11:35  17     A.  You cannot fill all prescriptions and
11:35  18  have them picked up in the store.
11:35  19     Q.  Okay.
11:35  20     A.  You can only refill a prescription
11:35  21  and have it picked up in the store.
11:35  22     Q.  Okay.  Okay.  So one can go to the
11:35  23  Target.com website, use that website to initiate
11:35  24  a refill of a prescription, and then ultimately
11:35  25  pick up the refilled prescription at the Target
```

### Page 80

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:35   2  store?
11:35   3     A.  Correct.
11:35   4     Q.  And can you also use the website to
11:35   5  determine the nearest pharmacy located to your
11:35   6  zip code?
11:35   7     A.  You can use the Target store to
11:36   8  locate the store closest, and then it will tell
11:36   9  you if there's a pharmacy, yes.
11:36  10     Q.  Okay.  I'm looking at my notes
11:36  11  regarding a deposition of Greg Bodner --
11:36  12     A.  Uh-huh.
11:36  13     Q.  -- from last year --
11:36  14     A.  Okay.
11:36  15     Q.  -- 2006.
11:36  16         As I recall, he testified in addition
11:36  17  that there's a function called the prescription
11:36  18  transfer functionality.
11:36  19         Are you familiar with that?
11:36  20     A.  Yes, I am.
11:36  21     Q.  Okay.  And what is that?
11:37  22     A.  That is nothing more than an
11:37  23  interface that allows one store to fax another
11:37  24  to transfer a prescription.  So it is not a
11:37  25  systematic transfer.  It is a manual transfer.
```

### Page 81

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
11:37   2  So a guest goes on, and says: I want to
11:37   3  transfer a prescription from A store to B store.
11:37   4     Q.  A guest goes on Target.com?
11:37   5     A.  Correct.
11:37   6     Q.  Okay.
11:37   7     A.  And store B calls store A and does
11:37   8  the transfer via phone or via fax, so it's a --
11:37   9  it looks like it's being done on the Internet,
11:37  10  but it's really being done on the back-end via
11:37  11  fax or phone.
11:38  12     Q.  Okay.
11:38  13     A.  Does that make sense?
11:38  14     Q.  I think so.
11:38  15         And then after the back-end
11:38  16  coordination between store B and Target store --
11:38  17     A.  Uh-huh.
11:38  18     Q.  -- occurs, the person -- the customer
11:38  19  can then go into the Target retail store and
11:38  20  pick up the filled prescription?
11:38  21     A.  Correct.
11:38  22     Q.  Okay.  And this can be initiated, the
11:38  23  process can be initiated by the Target customer
11:38  24  on Target.com without going into the store
11:38  25  itself, is that right?
```

Page 82

```
            1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:38       2       A.  That's right, as if they called the
11:38       3    1-800 number.
11:38       4       Q.  Okay.  What information about the
11:38       5    pharmacy is provided in the weekly circular that
11:38       6    we were talking about before?
11:39       7       A.  The weekly circular will say one of
11:39       8    two things: Fill your prescription here for
11:39       9    convenience.  Obviously, I'm paraphrasing.
11:39      10       Q.  When you say here, you mean in
11:39      11    this --
11:39      12       A.  In the store --
11:39      13       Q.  -- particular store?
11:39      14       A.  Uh-huh.
11:39      15       Q.  Target store?
11:39      16       A.  Correct.
11:39      17       Q.  Okay.
11:39      18       A.  Or sometimes we have a coupon for ten
11:39      19    dollars off for a new prescription that can only
11:39      20    be used in the Target store.
11:39      21       Q.  Okay.  And that coupon that can only
11:39      22    be used in the Target store can be accessed via
11:39      23    Target.com?
11:39      24       A.  No.  You can see the coupon on the
11:39      25    website, but you cannot print that coupon.
```

Page 83

```
            1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:39       2       Q.  Okay.  You can learn that the coupon
11:39       3    exists and find out information about the coupon
11:39       4    on Target.com, is that right?
11:39       5       A.  You can learn that it exists.
11:39       6       Q.  Okay.  And how much it's for --
11:39       7       A.  Correct.
11:39       8       Q.  -- and what it will allow you to do
11:40       9    in the retail store?
11:40      10       A.  Correct.
11:40      11       Q.  Okay.  And the particular coupon that
11:40      12    you're referring to here is one relative to a
11:40      13    pharmacy product?
11:40      14       A.  Correct.
11:40      15       Q.  Okay.  Are there other coupons that
11:40      16    are available on Target.com?
11:40      17       A.  Yes.
11:40      18       Q.  Okay.  What coupons are those?
11:40      19       A.  Grocery.
11:40      20       Q.  Grocery coupons.
11:40      21           And the grocery coupons that are
11:40      22    available on Target.com, can you actually print
11:40      23    them out?
11:40      24       A.  Yes.
11:40      25       Q.  And then can you bring them to the
```

Page 84

```
            1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:40       2    store and use them?
11:40       3       A.  Yes.
11:40       4       Q.  Okay.  And you made a reference also
11:40       5    to the weekly advertising about the photo lab in
11:40       6    the store.  Let me rephrase that.
11:40       7           I think you made a reference that the
11:40       8    weekly advertising we were talking about that
11:40       9    was available on Target.com might also include
11:41      10    information about the service of the photo lab
11:41      11    in store?
11:41      12       A.  Correct.
11:41      13       Q.  Do I have that right so far?
11:41      14       A.  Correct.
11:41      15       Q.  All right.  What information might be
11:41      16    provided with respect -- in the weekly
11:41      17    advertising with respect to the photo lab in the
11:41      18    store?
11:41      19       A.  The cost of prints.
11:41      20       Q.  Anything else?
11:41      21       A.  Not that I'm aware of.
11:41      22       Q.  These are prints that would be picked
11:41      23    up in the retail store?
11:41      24       A.  Correct.
11:41      25       Q.  And can you also use Target.com to
```

Page 85

```
            1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:42       2    order digital prints online that would then be
11:42       3    picked up in the retail store?
11:42       4       A.  You can use Target.com to access
11:42       5    Yahoo to complete that transaction.
11:42       6       Q.  That transaction for photo prints
11:42       7    that would be picked up at the Target retail
11:42       8    store, correct?
11:42       9       A.  Correct.
11:42      10       Q.  Am I correct that you can pick up
11:42      11    those prints in as little as one hour from the
11:42      12    time you initiate the order online?
11:42      13       A.  We hope.
11:42      14       Q.  That's the expectation?
11:42      15       A.  That is the expectation.
11:42      16       Q.  Am I also correct that if you
11:43      17    purchase an order on Target.com -- purchase a
11:43      18    product on Target.com, that there will be some
11:43      19    products that you can, if you don't want it,
11:43      20    return at the physical retail store?
11:43      21       A.  Some products, yes.
11:43      22       Q.  Do those products include products
11:43      23    that you can only buy on Target.com as --
11:43      24       A.  Some -- sorry.
11:43      25       Q.  Some.
```

22 (Pages 82 to 85)

Page 86

```
                 1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:43   2         And does it also include products
11:43   3    that you can buy both on Target.com as well as
11:43   4    in the Target retail store?
11:43   5         A.   Yes.
11:43   6         Q.   But in either case, there are some
11:43   7    products which you can purchase on Target.com,
11:43   8    and then either return them or exchange them in
11:44   9    a Target retail store, is that correct?
11:44  10         A.   Yes.  That's correct.
11:44  11         Q.   And Target.com has a store locator
11:44  12   function?
11:44  13         A.   Yes.
11:44  14         Q.   How does that work?
11:44  15         A.   The guest inputs their zip code --
11:44  16   zip code, and we give back a list of stores
11:44  17   within that area.
11:44  18         Q.   A list of the physical retail stores?
11:44  19         A.   Physical retail stores.
11:44  20         Q.   Can a guest also find out information
11:44  21   about particular sales or products that might be
11:44  22   available in his or her zip code or regional
11:45  23   area by inputting that information into the
11:45  24   website?
11:45  25         A.   They can find out about the circular
```

Page 87

```
                 1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:45   2    prices and product within their area.  That's
11:45   3    the circular that is printed in the paper.
11:45   4         Q.   Okay.  So their -- the Target -- the
11:45   5    circulars that are applicable to Target retail
11:45   6    stores --
11:45   7         A.   Correct.
11:45   8         Q.   -- in any given week might have
11:45   9    different information depending on the geography
11:45  10   of the particular retail store?
11:45  11         A.   Can you rephrase that?
11:45  12              I just want to make sure I
11:45  13   understand.
11:45  14         Q.   Yeah.  It's a little convoluted.
11:45  15              There's not just -- there are
11:45  16   different circulars for different geographic
11:46  17   regions in any given day, is that right?
11:46  18         A.   In any given week.
11:46  19         Q.   In any given week?
11:46  20         A.   Yes.
11:46  21         Q.   Okay.  There's one circular per week?
11:46  22         A.   Correct.
11:46  23         Q.   For all of Target across the country,
11:46  24   there's a new circular each week?
11:46  25         A.   Correct.
```

Page 88

```
                 1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:46   2         Q.   And it changes on the same day each
11:46   3    week?
11:46   4         A.   Sunday..
11:46   5         Q.   Sunday.  But there are different
11:46   6    versions of the circular perhaps with different
11:46   7    products or different prices depending upon your
11:46   8    geographic region?
11:46   9         A.   Correct, that are printed.
11:46  10         Q.   That are printed?
11:46  11         A.   And then are also available online.
11:46  12         Q.   So if you go online to Target.com and
11:46  13   print in your zip code, you can then obtain
11:46  14   information about the circular particular to
11:46  15   your geographic region, is that correct?
11:46  16         A.   Correct.
11:46  17         Q.   And then that circular contains
11:46  18   information pertaining to the retail stores in
11:46  19   that geographic region?
11:47  20         A.   Correct.
11:47  21         Q.   Target.com also has baby and wedding
11:47  22   registries?
11:47  23         A.   Yes.
11:47  24         Q.   And for those, there's an online
11:47  25   component as well as an in-store component, is
```

Page 89

```
                 1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:47   2    that correct?
11:47   3         A.   Correct.
11:47   4         Q.   And you can create a registry online
11:47   5    that then would be reflected in the store on the
11:47   6    registry that's kept in the store, is that
11:47   7    right?
11:47   8         A.   Yes, it is reflected.
11:47   9         Q.   And you can create a registry online
11:47  10   or make the purchases from the registry online
11:48  11   which then people can come to the retail store
11:48  12   and buy the products that you have put on your
11:48  13   registry, is that correct?
11:48  14              MR. McDOWELL:  Objection, vague and
11:48  15   ambiguous.
11:48  16              THE WITNESS:  Restate.
11:48  17   BY MR. KONECKY:
11:48  18         Q.   Why don't you explain to me how it
11:48  19   works?
11:48  20              MR. McDOWELL:  Objection, vague and
11:48  21   ambiguous.
11:48  22              What works?
11:48  23   BY MR. KONECKY:
11:48  24         Q.   How does the in-store and online
11:48  25   components of the baby and wedding registries
```

23 (Pages 86 to 89)

## Page 90

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:48  2  work at Target?
11:48  3  A. What components of them?
11:48  4  Q. Well, all right. I'll try to break
11:48  5  it down.
11:48  6  A. Okay.
11:48  7  Q. We've already established you can
11:48  8  create a registry online, and then that registry
11:48  9  will be reflected at the retail store?
11:48  10  A. Correct.
11:48  11  Q. Okay. And people can view that
11:48  12  registry at a kiosk in the retail store?
11:48  13  A. Correct.
11:48  14  Q. And people can go to the retail store
11:48  15  and buy what you've put on the registry when you
11:49  16  made the registry online, is that right?
11:49  17  A. Not everything.
11:49  18  Q. Not everything.
11:49  19  Some things?
11:49  20  A. Some things.
11:49  21  Q. Okay. Which particular things can
11:49  22  you not go to the store to purchase that might
11:49  23  be on a registry that you made online?
11:49  24  A. You cannot purchase anything in store
11:49  25  that is only available online. However, you can

## Page 91

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:49  2  put those items on to your registry online.
11:49  3  Q. So for any -- let me break it up.
11:49  4  So online for the baby and wedding
11:49  5  registries, you can put on that registry items
11:49  6  that are available in the retail store?
11:49  7  A. Yes.
11:49  8  Q. And even though you've put the item
11:49  9  on your registry online and paid for it online,
11:50  10  they can actually be purchased or picked up at
11:50  11  the store?
11:50  12  MR. McDOWELL: Objection, vague and
11:50  13  ambiguous.
11:50  14  BY MR. KONECKY:
11:50  15  Q. Let me -- I mixed two things up.
11:50  16  Even though you set the registry up
11:50  17  online they can actually -- the products, at
11:50  18  least those that are available in the retail
11:50  19  store, can be picked up or purchased in the
11:50  20  retail store, is that correct?
11:50  21  A. When you say picked up, what do you
11:50  22  mean by picked up?
11:50  23  Q. Can they be purchased in the retail
11:50  24  store?
11:50  25  A. Yes, but all products that are in

## Page 92

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:50  2  store cannot be put on to your registry online
11:50  3  because they're not available online.
11:50  4  Toilet paper, for example, we don't
11:50  5  sell online, so you would never be able to when
11:50  6  you're online put toilet paper on to your
11:50  7  registry.
11:51  8  Q. Okay. For those products that are
11:51  9  both sold online as well as in the retail store,
11:51  10  am I correct that you can put those items on the
11:51  11  registry, whether it's a baby or wedding
11:51  12  registry online, and then they can be -- the
11:51  13  registry will be seen at the store, and the
11:51  14  product can be purchased at the store, is that
11:51  15  correct?
11:51  16  A. That is correct.
11:51  17  Q. Okay. And am I correct that that
11:51  18  would represent approximately forty-five percent
11:51  19  of the product, or is that number different if
11:51  20  you're just talking about what would be
11:51  21  available for registry?
11:51  22  A. That number is different when you
11:51  23  start talking about registry.
11:51  24  Q. Do you know what that number might
11:51  25  be?

## Page 93

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:51  2  A. I do not.
11:52  3  Q. Target has its own credit card, too,
11:52  4  right?
11:52  5  A. Correct.
11:52  6  Q. And that credit card can be applied
11:52  7  for online?
11:52  8  A. Yes.
11:52  9  Q. And it can be then used at the Target
11:52  10  retail stores?
11:52  11  A. Yes.
11:52  12  Q. And you can use it to get ten percent
11:52  13  off shopping days at Target stores?
11:52  14  A. At Target stores, yes.
11:52  15  Q. Also, at -- for getting prescriptions
11:52  16  filled at the Target stores?
11:52  17  You can use the credit card you got
11:52  18  online to get a ten percent off shopping day for
11:52  19  getting prescriptions filled at the Target
11:52  20  store?
11:52  21  A. I'm sorry. I'm not -- I might be
11:52  22  thinking into your question, so I want to make
11:52  23  sure I understand what you're saying.
11:52  24  Q. Okay. Can you use the credit card,
11:53  25  the Target credit card which you applied for

Page 94

```
           1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:53      2    online in order to purchase prescriptions at the
11:53      3    pharmacies at the Target stores?
11:53      4        A.   Yes, you can.
11:53      5        Q.   Okay.  And can you also get discounts
11:53      6    at the retail stores for using your credit card
11:53      7    that you got online?
11:53      8             MR. McDOWELL:  Objection, lacks
11:53      9    foundation.
11:53     10             THE WITNESS:  I don't understand what
11:53     11    -- I don't understand what you mean with that.
11:53     12    BY MR. KONECKY:
11:53     13        Q.   Well, am I using -- the term a ten
11:53     14    percent off shopping day, is that familiar?
11:53     15        A.   Yes, it is.
11:53     16        Q.   Okay.  What is that?
11:53     17        A.   When you spend a certain amount on
11:53     18    your credit card, you get ten percent off or
11:53     19    when you are a new credit cards guest, you get
11:54     20    ten percent off of a shopping day at Target
11:54     21    stores.
11:54     22        Q.   All right.  So when you -- when you
11:54     23    apply for and get a Target credit card online
11:54     24    and you become a new customer that way, you can
11:54     25    get ten percent off your visit -- what you --
```

Page 95

```
           1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:54      2    from what you purchase at your visit to the
11:54      3    retail store?
11:54      4        A.   Yes.
11:54      5        Q.   And that includes purchases you might
11:54      6    make at the pharmacy in the retail store?
11:54      7        A.   Yes.
11:55      8        Q.   Okay.  Back to this issue about
11:55      9    forty-five percent of the products on Target.com
11:55     10    -- were sold on Target.com are also sold in the
11:55     11    Target retail stores?
11:55     12        A.   Correct.
11:55     13        Q.   Does the website distinguish between
11:55     14    which products are only available on the website
11:55     15    as opposed to available both in the store and on
11:55     16    the website?
11:55     17        A.   Yes, we do.
11:55     18        Q.   Okay.  How does -- how do you do that
11:55     19    for the customer?
11:55     20        A.   There is a message that says
11:55     21    available on the website only, or it says
11:55     22    available on the website and in Target stores.
11:55     23        Q.   Okay.  So it provides the information
11:55     24    so somebody can browse for the products on the
11:56     25    website and then after determining what they
```

Page 96

```
           1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:56      2    want, figure out if it's available in the store,
11:56      3    and then go to the store to purchase it?
11:56      4        A.   (Witness indicating).
11:56      5             Depends on what their intention is.
11:56      6        Q.   Well, does it allow for somebody to
11:56      7    do what I just described?
11:56      8        A.   Yes.
11:56      9        Q.   Regardless of intention?
11:56     10        A.   Correct.
11:56     11        Q.   Does Target.com ever provide
11:56     12    information about products that or services that
11:56     13    might be offered in a store, but you can't
11:56     14    purchase on the website itself?
11:57     15        A.   Yes.
11:57     16        Q.   What types of products or services
11:57     17    would fall into that category?
11:57     18        A.   Portrait studios, pharmacy, grocery.
11:57     19    Those are the three I can think of off the top
11:57     20    of my head.
11:57     21        Q.   You talked about the pharmacy and the
11:57     22    grocery.
11:57     23             What about the portrait studio?
11:57     24             How does that work?
11:57     25        A.   You can find out if there's a
```

Page 97

```
           1    PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
11:57      2    portrait studio in the store that you are
11:57      3    closest to.
11:57      4        Q.   You can use the website to find that
11:57      5    out?
11:57      6        A.   Correct.
11:57      7        Q.   And what is a portrait studio at a
11:57      8    Target retail store?
11:58      9        A.   We have a handful of portrait studios
11:58     10    where a guest can go in and have their portrait
11:58     11    taken or their child's portrait taken which is
11:58     12    different than a photo lab where you bring in
11:58     13    your roll of film if you will.
11:58     14        Q.   If I'm looking -- strike that.
11:58     15             I take it there are pages on
11:58     16    Target.com which provide information about
11:58     17    products that are not available in a Target
11:58     18    retail store, is that correct?
11:58     19        A.   I'm sorry.  Say that again?
11:58     20             MR. KONECKY:  Can you read it back?
11:58     21                       * * *
11:58     22             (Whereupon, the reporter read back
11:58     23             the requested portion of the record.)
11:59     24                       * * *
11:59     25             THE WITNESS:  Yes.
```

## Page 98

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

11:59 BY MR. KONECKY:
11:59 Q. And do those pages also contain information about products that are available in the store as well as on line?
11:59 MR. McDOWELL: Objection, vague and ambiguous.
11:59 THE WITNESS: I don't understand what you mean.
11:59 BY MR. KONECKY:
11:59 Q. Okay. For example, if I'm looking at a Target.com website page --
11:59 A. Correct.
11:59 Q. -- and it has the -- it has some product on there, and it also has a note on there informing the user of the website that that particular product is not available in a retail store --
12:00 A. Correct.
12:00 Q. -- might that same page that I am viewing also show me a product or service that is available in a retail store?
12:00 A. It's plausible.
12:00 Q. Does that actually happen?
12:00 MR. McDOWELL: Objection, vague and

## Page 99

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

12:00 ambiguous.
12:00 THE WITNESS: I'm not understanding what --
12:00 BY MR. KONECKY:
12:00 Q. Well, do you know whether or not there are Target.com pages which contain information both about, on the one hand, products and services that are not available in the Target retail store, but on the other hand also information about products or services that are available in the retail store so you can view both on the same page?
12:01 Do you know whether that occurs?
12:01 MR. McDOWELL: Objection, vague and ambiguous.
12:01 THE WITNESS: For instance, if you search for a product, let's say cameras, you will see cameras that are available in Target stores and that are available and on the website and web only.
12:01 BY MR. KONECKY:
12:01 Q. All right. So you would see that on the same page of the website?
12:01 A. You see the items on the same page,

## Page 100

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

12:01 yes.
12:01 Q. Okay. And would that be applicable for other types of products, not just cameras?
12:01 A. Yes.
12:01 Q. Okay. Are there any particular type of products that what you described would not be applicable?
12:01 A. Products that we -- and categories that we do not carry in store.
12:02 Q. Okay. Other than products or categories that you do not carry in the store, are there any types of products or services that you would have a separate page for -- let me start that again.
12:02 You gave the example of cameras in which you could do a search, go to -- come up with a web page, and on that web page there would be both cameras available in the store, as well as cameras that are only available online.
12:02 A. Uh-huh.
12:02 Q. Okay. What other products would the same thing occur for at Target?
12:03 A. Any categories that are carried both on Target.com and Target.

## Page 101

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

12:03 Q. And which categories would they be that you can recall?
12:03 You don't have to give an exhaustive list but just what you recall.
12:03 A. Toys, furniture are two examples.
12:03 Q. What about clothes?
12:03 A. Clothing is mainly a store product that is carried online as well.
12:03 Q. What percentage of the clothing that is carried online is also available in the store?
12:03 A. I would be guessing. However, I can tell you that it's far above the forty-five percent that was listed.
12:04 Q. Are we talking somewhere above eighty percent?
12:04 A. Likely, yes.
12:04 Q. How about ninety percent?
12:04 A. I -- at that point, you're asking me to guess.
12:04 Q. All right. Toys, furniture, clothing, cameras.
12:04 Any other types of products you can think of now -- it doesn't have to be an

Page 138

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

- REDACTED -

Page 139

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

13:51  2   Q.  Okay.  Do you know if that's more or
13:52  3   less than the budget for marketing on Target.com
13:52  4   or marketing related to Target.com?
13:52  5       A.  As I had said before, I do not know.
13:52  6       Q.  How do you get to the 1-800 -- how
13:52  7   does one learn about the 1-800 number?
13:52  8           MR. McDOWELL:  Objection,
13:52  9   speculation.
13:52 10   BY MR. KONECKY:
13:53 11       Q.  How if in any way has it been -- has
13:53 12   the 1-800 number and/or Target.com been designed
13:53 13   so that people would find out about the 1-800
13:53 14   number?
13:53 15           MR. McDOWELL:  Objection, vague and
13:53 16   ambiguous.
13:53 17           THE WITNESS:  Can you explain to me
13:53 18   what you mean by how would one find out?
13:53 19   BY MR. KONECKY:
13:53 20       Q.  Well, how does -- how are users or
13:53 21   potential users of Target.com informed of the
13:53 22   eight hundred number if at all?
13:53 23       A.  There are two ways.  On -- if they
13:53 24   purchase an item, they will find the eight
13:53 25   hundred number on the packing slip.  If they

Page 140

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

13:53  2   want to contact us, they can hit the link that
13:54  3   says contact us, and the 1-800 number is on that
13:54  4   page.
13:54  5       Q.  Has that always been the case in
13:54  6   terms of getting to the 1-800 number on the
13:54  7   Target website in terms of its location?
13:54  8       A.  No, it has not.
13:54  9       Q.  And how was -- when did that become
13:54 10   the case that you just had to click on the
13:54 11   contact us link on the home page to get taken to
13:54 12   the 1-800 number?
13:54 13       A.  Spring 2006 I believe is when that
13:54 14   was changed.
13:54 15       Q.  And how did it used to be before
13:54 16   then?
13:55 17       A.  A guest would click into the help
13:55 18   section, and then there were -- I can't bring
13:55 19   you directly through the path, but there were a
13:55 20   couple more links for them to get to the eight
13:55 21   hundred number, but the eight hundred number was
13:55 22   always available on the site.
13:55 23       Q.  How many links from the home page to
13:55 24   the eight hundred number did there used to be
13:55 25   prior to spring of 2006?

Page 141

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

13:55  2       How many steps would somebody have to
13:55  3   take?
13:55  4       A.  Again, I can't bring you through
13:55  5   those steps.  I'm not sure.
13:55  6       Q.  Are you sure of any of those steps?
13:55  7       A.  I'm sure you had to click help.
13:55  8   Where from help, I can't tell you how many
13:55  9   clicks.
13:55 10       Q.  But there were several?
13:56 11       A.  I can't answer if it was one, a
13:56 12   couple or several.
13:56 13       Q.  Why was this changed in the spring of
13:56 14   2006?
13:56 15       A.  Based on our guest survey
13:56 16   information.  Our guest told us that they wanted
13:56 17   the eight hundred number more accessible.
13:56 18       Q.  Anything more specific that was said
13:56 19   in the guest survey information?
13:56 20       A.  That the guest does not want to have
13:56 21   to click several times to get to the eight
13:56 22   hundred number.
13:56 23       Q.  Did any of the guests survey --
13:56 24   strike that.
13:56 25       Did any of the guest surveys express

36 (Pages 138 to 141)

## Page 142

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
13:57   2   or indicate that it was difficult to find the
13:57   3   1-800 number?
13:57   4       A.  Yes.
13:57   5       Q.  Did any indicate that it had been
13:57   6   frustrating to try to find the 1-800 number?
13:57   7       A.  Yes.
13:57   8       Q.  Did any indicate they simply could
13:57   9   not find it?
13:57  10       A.  I can't answer that question.
13:57  11       Q.  Because you don't remember or you
13:57  12   don't recall or something else?
13:57  13       A.  Because that was not one of the
13:57  14   comments that was relayed to me for the reason
13:57  15   we changed.
13:57  16       Q.  Who made the comments to you?
13:57  17       A.  Corinne Thomson.
13:58  18       Q.  Was this a particular guest survey
13:58  19   that was issued at a particular time, or was it
13:58  20   more of a general guest survey or something
13:58  21   else?
13:58  22       A.  General guest survey.
13:58  23       Q.  Can you describe for me how the guest
13:58  24   surveys are created and distributed with respect
13:58  25   to Target.com?
```

## Page 143

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
13:58   2       A.  So there are two ways.
13:58   3           The first is based on contacts that
13:58   4   we get from either e-mail or phone and what the
13:58   5   guest tells us based on that.
13:58   6           The second way is when the guest is
13:58   7   on the website.  We randomly choose guests to
13:59   8   take surveys.
13:59   9       Q.  How many surveys per year do you do
13:59  10   on a random basis for Target.com?
13:59  11       A.  I can't answer that specifically.
13:59  12   I'd need to check.
13:59  13       Q.  Do you have an approximation?
13:59  14           Are we talking one?
13:59  15           Are we talking twenty, a hundred?
13:59  16       A.  More than a hundred.
13:59  17       Q.  And what percentage of the site
13:59  18   visitors will receive a random guest survey
13:59  19   approximately?
13:59  20       A.  I would need to check on that number.
13:59  21       Q.  Do you have an approximate range?
13:59  22       A.  Less than five.
13:59  23       Q.  How many questions do the guest
14:00  24   surveys have on them?
14:00  25       A.  It's dependent upon where the guest
```

## Page 144

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
14:00   2   gets the survey.
14:00   3       Q.  You mean where on the site, or where
14:00   4   geographically or something else?
14:00   5       A.  Where on the site.
14:00   6       Q.  And what's the range in terms of
14:00   7   number of questions?
14:00   8       A.  Ten to fifteen.
14:00   9       Q.  What are the subjects that are
14:00  10   covered in the random surveys?
14:00  11       A.  Why did you visit the site?  Did you
14:01  12   find what you were looking for?  Did you use
14:01  13   search?  If so, was it helpful?  Did you
14:01  14   purchase a product, et cetera.
14:01  15           So we have -- depending on how you
14:01  16   got the survey is how -- the questions that
14:01  17   you'll get.
14:01  18       Q.  Have any of the -- have there ever
14:01  19   been questions on any of the surveys directed at
14:01  20   experiences of people using screen access
14:01  21   software or screen readers?
14:01  22       A.  Not that I'm aware of.
14:01  23       Q.  Are you aware of Target ever doing
14:01  24   any kind of survey to -- to determine or assess
14:01  25   or inquire about any experience in particular to
```

## Page 145

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
14:02   2   an individual who relies on screen reader or
14:02   3   screen access software to surf the Internet?
14:02   4           MR. McDOWELL:  Objection, beyond the
14:02   5   scope.
14:02   6           THE WITNESS:  So can you repeat the
14:02   7   question or rephrase it differently?
14:02   8   BY MR. KONECKY:
14:02   9       Q.  Sure.  Are you aware of any surveys
14:02  10   that have been conducted with respect to
14:02  11   Target.com to investigate or inquire about the
14:02  12   experience of somebody using screen readers or
14:02  13   screen access software while on Target.com?
14:02  14           MR. McDOWELL:  Same objection.
14:02  15           THE WITNESS:  Can you break that
14:02  16   down?
14:02  17   BY MR. KONECKY:
14:02  18       Q.  Yeah.  Are you aware of any surveys
14:02  19   that have been done relative to Target.com that
14:02  20   address the experiences of somebody using screen
14:02  21   access software?
14:02  22       A.  Not that I'm aware of.
14:03  23       Q.  When I say screen access software,
14:03  24   I'm including screen readers or other assistive
14:03  25   devices that are used by people with vision
```

Page 146

1   PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
14:03   2   disabilities.
14:03   3       Do you understand that?
14:03   4   A.  Yes.
14:03   5   Q.  And your answer is the same?
14:03   6   A.  My answer is the same.
14:03   7   Q.  Okay. The guest surveys that are
14:03   8   done in response to particular contacts by a
14:03   9   guest, if I phrased that correctly, how often
14:03   10  does that occur?
14:03   11  A.  I'm not sure what you're asking.
14:03   12  Q.  You said there were two types of
14:03   13  guest surveys. One was the random selection,
14:03   14  and the other was -- what was the other based
14:03   15  on?
14:03   16  A.  So I probably spoke out of context.
14:03   17  There is the survey information that we take,
14:04   18  and then there is contact information that we
14:04   19  take, and the contact information is why the
14:04   20  guest contacted us. So there's not an actual
14:04   21  survey done --
14:04   22  Q.  Okay.
14:04   23  A.  -- based on that contact.
14:04   24      Does that make --
14:04   25  Q.  Gotcha.

Page 147

1   PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
14:04   2   A.  Okay.
14:04   3   Q.  And did you find out about the
14:04   4   difficulties in finding the 1-800 number from
14:04   5   contact information or from guest survey?
14:04   6   A.  Yes, both.
14:04   7   Q.  Both?
14:04   8   A.  Uh-huh.
14:04   9   Q.  Which did you -- was there an order
14:04   10  in terms if you found out about one -- about it
14:04   11  through one first, and then did follow-up or --
14:04   12  A.  No.
14:04   13  Q.  No. They were coming both ways?
14:04   14  A.  Came both ways.
14:04   15  Q.  Okay. Seemed to be a common problem,
14:04   16  is that right?
14:04   17  A.  Yes.
14:05   18      MR. McDOWELL: Why don't we take a
14:05   19  short break here?
14:05   20      It looks like a good point.
14:05   21      MR. KONECKY: Sure. Fine.
14:05   22      * * *
14:05   23      (Whereupon, a short recess was taken.)
14:14   24      * * *
14:14   25  BY MR. KONECKY:

Page 148

1   PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
14:14   2
14:14   3
14:14   4
14:14   5
14:14   6
14:14   7
14:14   8
14:14   9
14:14   10
14:14   11
14:14   12
14:15   13
14:15   14
14:15   15
14:15   16      -REDACTED-
14:15   17
14:15   18
14:15   19
14:15   20
14:15   21
14:15   22
14:15   23
14:15   24
14:15   25

Page 149

1   PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
14:16   2
14:16   3
14:16   4
14:16   5
14:16   6
14:16   7
14:16   8
14:16   9
14:16   10
14:16   11
14:16   12
14:16   13
14:16   14
14:16   15
14:16   16
14:16   17
14:17   18
14:17   19
14:17   20
14:17   21
14:17   22
14:17   23
14:17   24
14:17   25

## Page 174

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

14:54  2   A.  Correct.
14:54  3   Q.  You don't have to do that if you're
14:54  4   shopping online, right?
14:54  5   A.  Correct.
14:54  6   Q.  Okay. So, for example, if you're
14:54  7   shopping for underwear and you need to do it
14:54  8   through a 1-800 number, you need to talk to
14:55  9   another person about your preferences, your
14:55  10  sizes, and the like, correct?
14:55  11  A.  Depends on the guest.
14:55  12  Q.  Well, you need to communicate -- if
14:55  13  what you're looking for is something that fits
14:55  14  you, you're going to need to communicate -- or
14:55  15  something that fits you and something that you
14:55  16  want, you're going to need to communicate your
14:55  17  taste and your size as a general matter, isn't
14:55  18  that right?
14:55  19  A.  Yes.
14:55  20  Q.  Okay. And that's not something
14:55  21  you're going to have to communicate or deal with
14:55  22  another person about if you're shopping online,
14:55  23  right?
14:55  24  A.  Correct.
14:55  25  Q.  Okay. So that's one way at least

## Page 175

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

14:55  2   that the two experiences are different, right?
14:55  3   A.  Uh-huh.
14:55  4       THE COURT REPORTER: Yes?
14:55  5       THE WITNESS: Yes.
14:55  6   BY MR. KONECKY:
14:55  7   Q.  Okay. Would you agree that -- that
14:56  8   shopping online as a general matter provides the
14:56  9   guest with more flexibility in terms of the way
14:56  10  in which they're going to browse and the amount
14:56  11  of time that they're going to spend browsing or
14:56  12  the amount of breaks that they're going to spend
14:56  13  during the process than calling the eight
14:56  14  hundred number and seeking assistance that way?
14:56  15      MR. McDOWELL: Objection, incomplete
14:56  16  hypothetical.
14:56  17      THE WITNESS: It depends on the
14:56  18  guest.
14:56  19  BY MR. KONECKY:
14:56  20  Q.  Well, as a general matter, am I
14:57  21  correct that it would not be the expectation of
14:57  22  Target that a guest who calls in to the eight
14:57  23  hundred number would ask for some assistance,
14:57  24  and then keep the operator on the line for any
14:57  25  given amount of time while they check out

## Page 176

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

14:57  2   something else that has nothing to do with the
14:57  3   call, and then come back to the operator some
14:57  4   minutes later?
14:57  5       That's not the way these calls work,
14:57  6   is it?
14:57  7   A.  I can't really answer that question.
14:57  8   Q.  I mean I'm not -- why can't you
14:57  9   answer that question?
14:57  10  A.  You're asking me to speculate on what
14:57  11  the guest is trying to do.
14:57  12  Q.  No. I'm asking you to tell me about
14:57  13  what the eight hundred number is set up to
14:58  14  accomplish, all right?
14:58  15      I mean presumably Target has a set of
14:58  16  objectives and conceptions about the eight
14:58  17  hundred number when it decided to launch that
14:58  18  particular process or service, right?
14:58  19  A.  Correct.
14:58  20  Q.  Okay. And those were a general set
14:58  21  of expectations that were not based on any
14:58  22  particular individual guest's idiosyncrasies,
14:58  23  right?
14:58  24  A.  Correct.
14:58  25  Q.  All right. Now, in terms of just

## Page 177

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

14:58  2   looking at the expectations from Target --
14:58  3   A.  Uh-huh.
14:58  4   Q.  -- am I correct as a general matter
14:58  5   that Target does not view the eight hundred
14:58  6   call-in number as something in which the
14:58  7   operator would be expected to have a call with
14:59  8   the customer in which the customer was taking
14:59  9   breaks during the call to do other things
14:59  10  unrelated to the questions or information that
14:59  11  was being sought during the call?
14:59  12  A.  That would be an assumption, yes.
14:59  13      THE COURT REPORTER: I'm sorry.
14:59  14      Your answer?
14:59  15      THE WITNESS: That would be an
14:59  16  assumption, yes.
14:59  17  BY MR. KONECKY:
14:59  18  Q.  An assumption you would generally
14:59  19  agree with?
14:59  20  A.  Yes.
14:59  21  Q.  Okay. Now, when somebody browses
14:59  22  using Target.com, there's no constraints on
14:59  23  them, at least by Target or Target's
14:59  24  expectations in terms of when they take a break
14:59  25  from their browsing, when they do something

Page 178

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
14:59   2   also, check a message on the phone, go get a
15:00   3   snack or whatever, are there?
15:00   4       A.  No.
15:00   5       Q.  Okay.  That's another way in which
15:00   6   the experience on the website is different from
15:00   7   the experience using the 1-800 number as a
15:00   8   general matter, correct?
15:00   9       A.  As a general matter.
15:00  10       Q.  Okay.  And would you agree that as a
15:00  11   general matter, using a website to browse for
15:00  12   products or shop for products is more flexible
15:00  13   for the user or presents a more flexible
15:00  14   experience than calling into a customer service
15:00  15   1-800 number?
15:00  16           MR. McDOWELL:  Objection, incomplete
15:00  17   hypothetical.
15:00  18           THE WITNESS:  It depends on the
15:00  19   guest.
15:00  20   BY MR. KONECKY:
15:00  21       Q.  That's something you can't generalize
15:01  22   about?
15:01  23       A.  I can't generalize what's going to be
15:01  24   more flexible for you, and what's going to be
15:01  25   more flexible for me.
```

Page 179

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
15:01   2       Q.  But in terms of your -- I mean Target
15:01   3   has identified a guest profile, right?
15:01   4       A.  Yes.
15:01   5       Q.  Okay.  And that's a single guest
15:01   6   profile despite the fact that there are many
15:01   7   different individuals that visit Target, right?
15:01   8       A.  There's a single generalized guest
15:01   9   profile, but we don't just key into that one
15:01  10   guest, and don't meet any needs of any of the
15:01  11   other guests.
15:01  12       Q.  Well, let's just take the single
15:01  13   generalized guest profile that Target has.
15:01  14           Am I correct that when applied to
15:01  15   that guest profile, the experience of shopping
15:01  16   on Target.com, just as a general matter, more
15:02  17   flexible than the experience of calling into the
15:02  18   1-800 number?
15:02  19       A.  I can't answer that question.
15:02  20       Q.  Because you don't know?
15:02  21       A.  Because you're asking me to agree
15:02  22   with what you're saying, and I don't agree with
15:02  23   what you're saying.
15:02  24       Q.  Do you regard the 1-800 number as
15:02  25   providing equal access to the products and
```

Page 180

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
15:02   2   services offered on Target.com as the access
15:02   3   provided -- strike that.
15:02   4           Let me say that again.
15:02   5           Do you regard the alternative of a
15:03   6   1-800 number to Target.com as providing equal
15:03   7   access to an individual with a vision disability
15:03   8   who may not be able to fully access Target.com?
15:03   9           MR. McDOWELL:  Objection, incomplete
15:03  10   hypothetical.
15:03  11           THE WITNESS:  Can you restate the
15:03  12   question?
15:03  13   BY MR. KONECKY:
15:03  14       Q.  Well, in paragraph seven of your
15:03  15   declaration, you talk about the 1-800 number as
15:03  16   being an alternate means to assist guests, okay?
15:03  17           And my question is whether it is an
15:03  18   equal means when compared to the 1-800 number or
15:03  19   something else?
15:03  20       A.  It's an alternative means.
15:04  21       Q.  Can you testify whether or not -- can
15:04  22   you testify that it isn't -- that the 1-800
15:04  23   number provides an equal or an equivalent means
15:04  24   of access as the Target.com website?
15:04  25       A.  I can't --
```

Page 181

PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07

```
15:04   2           MR. McDOWELL:  Objection, vague and
15:04   3   ambiguous.
15:04   4           THE WITNESS:  I can't answer that
15:04   5   question.
15:04   6           MR. McDOWELL:  Let's take a break.
15:04   7           MR. KONECKY:  Okay.
15:04   8                * * *
15:04   9           (Whereupon, a short recess was taken.)
15:13  10                * * *
15:13  11   BY MR. KONECKY:
15:14  12       Q.  Has Target or anybody else on behalf
15:14  13   of Target conducted any interviews of
15:14  14   individuals to determine how effective the eight
15:14  15   hundred call-in number process is?
15:14  16       A.  I'm sorry.  Repeat the question.
15:14  17                * * *
15:14  18           (Whereupon, the reporter read back
15:14  19           the requested portion of the record.)
15:14  20                * * *
15:14  21           THE WITNESS:  Not interviews.  There
15:15  22   have not been any interviews --
        23           THE COURT REPORTER:  I'm sorry.
        24           There what?
        25           THE WITNESS:  There have not been any
```

Page 186

1  PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
15:20  2  equivalent access to somebody with -- who as a
15:20  3  result of a disability could not fully access
15:20  4  Target.com themselves?
15:20  5      A.  I can't answer that question.
15:20  6      Q.  Because you don't know or because you
15:20  7  don't understand the question?
15:20  8      A.  Because I don't understand the
15:20  9  question. You can do anything -- the guest is
15:20  10 able to do -- to place an order, to browse the
15:20  11 website, to search on the 1-800 number as they
15:21  12 are on the website. If they're having a problem
15:21  13 on the website or they don't want to go through
15:21  14 the website, they can call the 1-800 number.
15:21  15     Q.  Okay. Well, but if somebody is going
15:21  16 to search with the 1-800 number, they have to
15:21  17 rely on the operator to conduct the search for
15:21  18 them, right?
15:21  19     A.  Correct.
15:21  20     Q.  They can't do it independently,
15:21  21 right?
15:21  22     A.  Correct.
15:21  23     Q.  And there are different ways to
15:21  24 search a website, right?
15:21  25     A.  I don't understand what you mean by

Page 187

1  PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
15:21  2  the question.
15:21  3      Q.  Well, there's different ways to
15:21  4  peruse through a website?
15:21  5          It's not a linear process
15:21  6  necessarily, is that correct?
15:21  7      A.  It depends on the guest.
15:21  8      Q.  Well, is -- is perusing -- does
15:21  9  perusing Target.com need to be a linear process?
15:21  10     A.  It depends on the guest.
15:21  11     Q.  Is it designed to be a linear
15:21  12 process, or is it designed so that people can
15:22  13 move through the site in different ways to get
15:22  14 to wherever they may end up?
15:22  15     A.  The site is designed to work as the
15:22  16 guest wants it to work. If the guest wants it
15:22  17 to work in a linear fashion -- I guess I should
15:22  18 ask you: What do you mean by a linear process?
15:22  19     Q.  Well, how -- what do you mean the
15:22  20 guest is designed -- the site is designed to
15:22  21 work -- whatever you said?
15:22  22         Forget linear or not. You were
15:22  23 describing the way the site was designed. I'm
15:22  24 just interested in that.
15:22  25     A.  If a guest wants to search on a

Page 188

1  PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
15:22  2  keyword, the guest can search on a keyword to
15:22  3  get to that product. If the guest wants to go
15:22  4  to a category, the guest can go to a category.
15:22  5  If the guest wants to just browse, the guest can
15:22  6  browse. It depends on how the guest shops just
15:22  7  as it does in the store.
15:23  8      Q.  And there are many different ways the
15:23  9  guest can do it, is that right?
15:23  10     A.  Correct.
15:23  11     Q.  Okay. And the experience of browsing
15:23  12 or surfing Target.com is qualitatively
15:23  13 different, would you not agree, than the
15:23  14 experience of calling the 1-800 number to ask
15:23  15 for assistance?
15:23  16         MR. McDOWELL: Objection, vague and
15:23  17 ambiguous.
15:23  18         THE WITNESS: It depends on the
15:23  19 guest. The guest can actually have a better
15:23  20 experience on the 1-800 number than they can on
15:23  21 the website.
15:23  22         My grandmother cannot get through the
15:23  23 website the way I can get through the website.
15:23  24 So for her, it's a better experience for her to
15:23  25 call the 1-800 number.

Page 189

1  PATRICIA ANN PERRY - CONFIDENTIAL - 1.10.07
15:23  2  BY MR. KONECKY:
15:23  3      Q.  All right. We'll come back to better
15:23  4  or worse. That's not quite my question.
15:24  5          My question is whether it is a
15:24  6  different experience, whether or not browsing or
15:24  7  navigating through Target.com is qualitatively a
15:24  8  different experience than calling into the 1-800
15:24  9  number to have questions answered?
15:24  10         MR. McDOWELL: Objection, vague and
15:24  11 ambiguous as to qualitatively different.
15:24  12         THE WITNESS: What do you mean by
15:24  13 qualitatively different?
15:24  14 BY MR. KONECKY:
15:24  15     Q.  What is it about the word
15:24  16 qualitatively different that you don't
15:24  17 understand?
15:24  18     A.  What does qualitative mean in this
15:24  19 sense?
15:24  20         Can I measure it?
15:24  21     Q.  Well, maybe you can't. I don't know.
15:24  22         Are there ways in which the
15:24  23 experience of using Target.com to browse or shop
15:25  24 for product is different from using the 1-800
15:25  25 number, and you can't even measure those

48 (Pages 186 to 189)