# EXHIBIT G

Dockets.Justia.com



All Products [Go]          Sign In | New (

# Sign in or create a Target.com account.

## Returning Guests

If you have an account with Target.com, please sign in.

I want to sign in with my:

(●) Target.com account.

(○) Amazon.com account. (Learn more)

Your e-mail address:

[                    ]

Your password:

[                    ]

[ ▶▶         Sign In ]

> Forgot your password?
> Has your e-mail address changed since your last order?
> Having trouble signing in? You can use our unsecured standard server.

## New Guests

If you don't have an account with Target.com, please create one.

[ ▶▶         Create a New Accoun[t] ]

You don't need a credit card to create an account. Payment information isn't required until you make a purchase.

Your shopping experience is safe with us. Read the Target.com Safe Shopping Guarantee.

Redeeming an e-GiftCard or promotional code? You'll be asked to enter it on the Review and Purchase page.

Having difficulties? We're here to help. E-mail us or call (800) 591-3869.



Apply for a card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes
Target Business Card

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directo
My Account
See All

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

© 2007 Target.com. All rights
The Bullseye Design and Bullseye Dog are trademarks of Target Br
Powered by Am



 All Products  [GO]

Sign In | New (







New This Week

Electronics Sale >

Furniture + Patio Furniture >

Spring Break >

Weekly Ad >

Save 10% in stores + online when you get a REDcard.™ Apply now >

hello goodbuy
spring break    relaxed styles
Free shipping on warm-weather fashions for the whole family. *Free shipping

Shop Target.com

Hoppy Easter >
Red Hot Shop >
Home >
▸ Patio + Garden
▸ Kitchen
▸ Appliances
▸ Dining
▸ Home Décor
▸ Rugs
▸ Window Coverings
▸ Slipcovers
▸ Pets
▸ Health
▸ See All

Furniture >
▸ Bedroom
▸ Living Room
▸ Kitchen + Dining
▸ See All

This week only, **free shipping** when you spend $50 on*:

| Women > | Men > | Girls > | Boys > |
|---|---|---|---|
| ▸ Clothing | ▸ Clothing | ▸ Clothing | ▸ Clothing |
| ▸ Swim Shop | ▸ Swimsuits | ▸ Swim | ▸ Swim |
| ▸ Shoes | ▸ T-Shirts | ▸ Shirts + Polos | ▸ T-Shirts |
| ▸ Juniors | ▸ Shorts | ▸ Dresses | ▸ Shorts |
| ▸ Handbags + Accessories | ▸ Shoes + Accessories | ▸ Shoes | ▸ Shoes |

*Free shipping

**Bed + Bath >**
- Fashion Bedding + Accessories
- Bed in a Bag
- Bath
- See All

**Women >**
- Clothing
- Outerwear
- Shoes
- Jewelry
- See All

**Men >**
- Clothing
- Shoes + Accessories
- See All

**Baby >**
- Baby Furniture
- Baby Bedding
- Baby Gear
- See All

**Kids >**
- Kids' Room
- Girls' Clothing
- Boys' Clothing
- See All

**Sports >**
- Exercise + Fitness
- Camping
- Bikes
- See All

**Toys >**
- Girls' Toys
- Boys' Toys
- Shop by Age
- See All

## Furniture. Save 15% when you spend $125 on new looks. See offer


**Living Room Furniture >**
Living Room Chairs
End Tables
Coffee Tables
Leather Furniture


**Bedroom Furniture >**
Beds
Headboards
Dressers
Nightstands


**Dining Furniture**
5-piece Dining Sets
Wood Dining Chairs
Wood Tables
Buffets + Servers

## Home. Save 15% when you spend $125 on cozy touches. See offer


**Bed + Bath >**
Bed in a Bag
Bedding Collections
Sheets
Bath


**Home Décor >**
Rugs
Window Coverings
Slipcovers
Wall Decor


**Lighting**
Bestsellers
Table Lamps
Floor Lamps
Accent Lamps

## Baby. Save 10-20% on select essentials. Sale ends


**Nursery >**
- Baby Furniture
- Cribs Bestsellers
- Baby Bedding
- Toy Chests
- Storage
- See All >


**Baby Gear >**
- Strollers
- Feeding
- Diapering
- Health + Safety
- See All >


**Infant Clothing**
- Girls' Layette
- Boys' Layette
- Neutral Layette
- Layette Sets
- See All >


### $3 Million in Change Each and Every Week
See how you're helping >


**Electronics**
- TVs
- MP3 players
- Digital Cameras
- Home Office
- Video Games
- See All

**Entertainment**
- Movies
- Music
- Books
- See All

**Gift Finder**

**Party Supplies**

**See All Departments**

**Clearance**

**E-mail Exclusives.**
Get news and special offers from Target.
Sign up now



**In the Spotlight**

**SuperTarget**
- 30-Minute-Meal Recipes
- Ready-to-Serve Food
- Grocery Coupons + Specials
- SuperTarget
- Exclusive Brands

**Store Services**
- Pharmacy
- Target Photo Center
- Target REDcard
- Optical
- Portrait Studio
- Target Clinic

**Community**
- Target House
- Take Charge of Education
- For Teachers
- Community
- Get Involved

**Designers**
- Isaac Mizrahi
- Thomas O'Brien Vintage Modern
- Rachel Ashwell
- Sean Conway
- Amy Coe
- Michael Graves
- Victoria Hagan
- Liz Lange
- Mossimo
- Sonia Kashuk
- GO International

**Spotlight Sites**
- Red Hot Shop
- Target Health
- Target Beauty
- Target Pets
- Up2d8

**Entertainment Site**
- Get Into the Game
- Bookmarked
- Cinema Red
- Target Music
- Target Racing
- Ready. Sit. Read!



anyone.
anywhere.
anytime.
Give a GiftCard


Apply for a card

| | | | | |
|---|---|---|---|---|
| Find a Store | Club Wedd Registry | About Target | Track an Order |
| Weekly Ad | Target Baby Registry | Careers | Return an Item |
| SuperTarget | Target Photo | News | Contact Us |
| SuperTarget Coupons | Pharmacy | Investors | Shipping |
| See All | Optical | Community | Shopping Directo |
| | Portrait Studio | Diversity | My Account |
| | Super Target Recipes | Affiliates | See All |
| | Target Business Card | Team Member Services | |

© 2007 Target.com. All rights
Privacy + Security | Terms + Conditions    The Bullseye Design and Bullseye Dog are trademarks of Target Br
California Privacy Rights | About This Site    Powered by Am