LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:             (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:             (415) 421-7105
TTY:             (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:             (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No. C-06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL BROME IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: April 16, 2007<br>Time:             2:00 PM<br>Judge:           The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

I, Daniel Brome, declare as follows:

1.    The facts in this declaration are based upon my personal knowledge.  If called to testify, I could testify competently to the facts described in this declaration.  I am a paralegal at Disability Rights Advocates, counsel for the Plaintiffs in this case.

2.    On March 22, 2007, I searched on Target.com for "stainless steel microwave."  Attached hereto as **Exhibit A** is a true and correct copy of the results (http://www.target.com/gp/search.html/602-1297417-7567810?field-keywords=stainless+steel+microwave&url=index%3Dtarget&ref=sr_bx_1_1&x=0&y=0).  Within the search results, two of four microwaves were labeled "also in stores."  For both of these choices, there was a link titled "Find it at a Target store."  By clicking on the link for the first microwave listed, I was able to see a brief description of the item, the average rating, and the option to "Find it at a Target store."  Attached hereto as **Exhibit B** is a true and correct copy of this page (http://www.target.com/gp/detail.html/sr=1-1/qid=1174597151/ref=sr_1_1/602-1297417-7567810?ie=UTF8&asin=B000M9B11G).  By clicking on "Find it at a Target store," I was brought to a page where I could enter my city or zip code and see a list of ten Target stores; their distance from me; their address, phone number, and hours; and whether or not the microwave was available in that store.  Attached hereto as **Exhibit C** is a true and correct copy of this page.

3.    By clicking on "Weekly Ad" on Target.com's homepage, I was brought to a page where I could enter my city or zip code and browse 241 products currently on sale in my area.  Attached hereto as **Exhibit D** is a true and correct copy of the webpage listing the sale items in the "Home" category in my area. (http://weeklyad.target.com/target/Default.aspx?action=browsecategoryl1&storeid=2395111&cattreeid=604124).  By clicking on a picture/item on that page, I was able to view a larger image and extended description of the item, and was able to add it to my "in-store shopping list."  Attached hereto as **Exhibit E** is a true and correct copy of the description page for "Topper Memory Foam" (http://weeklyad.target.com/target/Default.aspx?action=detail&storeid=2395111&rapid=0&pagenumber=0&listingid=-

*National Federation of the Blind, et al. v. Target Corporation* Case No.: C-06-01802 MHP
Declaration of Daniel Brome

1

1  2093656984&offerid=&ref=%2ftarget%2fDefault.aspx%3faction%3dbrowseshoppinglist%26sto

2  reid%3d2395111).  I was then able to print out "my in-store shopping list," which showed items

3  that I selected, their sale prices, and the addresses and phone numbers of two local Target stores.

4  Attached hereto as **Exhibit F** is a true and correct copy of my "in-store shopping list"

5  (http://weeklyad.target.com/target/Default.aspx?action=browseshoppinglist&storeid=2395111&s

6  hoppinglist=y).

7

8       I declare under penalty of perjury under the laws of the State of California that the

9  forgoing is true and correct.

10  Executed this 22nd day of March, 2007, at Berkeley, California

11

12

13  _Daniel Brome_

14

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A



 All Products

Sign In | New Guest?

Save 10% in stores + online when you get a REDcard." Apply now ▸ 

## search results

### Narrow your results

All search results (4)
Kitchen + Housewares (4)
Appliances (4)
Off to College (4)
Gift Finder (1)
Home (1)
Music (2)

We found **6** matches for "stainless steel microwave" at Target

**Don't see what you're looking for?**
**Search Target.com for information related to "stainless steel microwave"**

**4 matches for "stainless steel microwave"**



**Emerson .9 cu. ft. 900-Watt Microwave - Stainless Steel/ Black**

Usually ships within 1 to 2 days.

List Price: $64.99
Our Price: $49.99
You Save: $15.00 (23%)

also in stores

sale

[+ ADD TO CART]
OR
[FIND IT AT A TARGET STORE]

---



**LG Stainless Steel Combination Microwave Toaster**

Usually ships within 1 to 2 days.

Our Price: $139.99

[+ ADD TO CART]

---



**Emerson 900-Watt Microwave - Stainless Steel/ Red**

Usually ships within 1 to 2 days.

also in stores

sale

List Price: $64.99
Our Price: $49.99
You Save: $15.00 (23%)

[+ ADD TO CART]
OR
[FIND IT AT A TARGET STORE]

---



**Panasonic 1250-Watt Countertop Microwave with Sensor Cook - Stainless Steel (NNP794SF)**

Usually ships within 1 to 2 business days.

Our Price: $189.99

[+ ADD TO CART]

---

[SEE ALL MATCHES]   **4 product matches in our Target store**

## Books, Music, Videos + DVDs brought to you by amazon.com

**MUSIC brought to you by Amazon.com: No items match "stainless steel microwave"**
**These results are for "stanley steel"**



**Varese Sarabande 25th Anniversary Celebration**
**Audio CD**
~ Angelo Badalamenti

Usually ships within 24 hours.

List Price: $19.98
Our Price: $16.99
You Save: $2.99 (15%)

[+ ADD TO CART]

[SEE ALL MATCHES]   **2 product matches in our Music store**

**Big, RED 10% Off**
Save in stores and online with a REDcard.

▸ Learn More and Apply



anyone.
anywhere.
anytime.
Give a GiftCard ✦



Apply for a card

| | | | |
|---|---|---|---|
| Find a Store | Club Wedd Registry | About Target | Track an Order |
| Weekly Ad | Target Baby Registry | Careers | Return an Item |
| SuperTarget | Target Photo | News | Contact Us |
| SuperTarget Coupons | Pharmacy | Investors | Shipping |
| See All | Optical | Community | Shopping Directory |
| | Portrait Studio | Diversity | My Account |
| | Super Target Recipes | Affiliates | See All |
| | Target Business Card | Team Member Services | |

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

# EXHIBIT B



 All Products [GO]

Sign In | New C

 Save 10% in stores + online when you get a REDcard.™ Apply now ▸ 

## Browse Similar Items

Microwaves

Black Kitchen

Stainless Steel + Gray Kitchen

Bestsellers

Black Appliances

New Arrivals

Stainless Steel Appliances

Bestsellers

Microwaves

Emerson

Emerson

Microwaves + Refrigerators

Appliances Weekly Ad 3.18

Kitchen Weekly Ad 3.18

Weekly Ad 3.18

## Recently Viewed Items



Emerson 900-Watt Microwave - Stainless Steel/ Red

sale
Our Price: **$49.99**
also in stores



**Emerson .9 cu. ft. 900-W Microwave - Stainless Steel/ Black**

sale
**$49.99**
List price: $64.99
You Save: **$15.00 (23%)**

also in stores

**Quantity:** 1

⊕ **ADD TO CART**

OR

Sign-in for 1-Click

⊕ ADD TO CLUB WEDD

⊕ ADD TO TARGET BABY

⊕ ADD TO WISH LIST

**Find it at a Target store**

◉ VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★
**Availability :**
Usually ships within 1 to 2 days.

This item is available online and in stores.

Prices and availability may vary by location.



| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Rugged construction for reliability
- Beautiful design looks good anywhere
- Easy to clean touch pads
- 13.5Hx21.5Wx16.5D"

**Better Together**

Buy this Emerson .9 cu. ft. 900-Watt Microwave - Stainless Steel/ Black with Igloo Stainle: Steel Mini Refrigerator today!

 

**Emerson .9 cu. ft. 900-Watt Microwave - Stainless Steel/ Black**
Our Price: **$49.99**

**Igloo Stainless Steel Mini Refrigerator**
Our Price: **$149.99**

Total List Price: $214.98
**Buy Together Today:**
**$199.98**

BUY BOTH NOW

**Guests Who Bought This Item also Bought**

   

**Igloo Stainless Steel Mini Refrigerator**

Our Price: **$149.99**

**Black & Decker 2-Slice Toaster - Black (T3550)**

Our Price: **$19.99**
also in stores

**Danby 4.3-cu. ft. Stainless Steel Refrigerator - DCR412BLS**

Our Price: **$169.99**

**Oster Metallic El Can Opener - 31**

Our Price: **$14.9**
also in stores

**Guest Reviews**

**Write an online review** and share your thoughts with other guests.     See all Re

3 of 3 people found the following review helpful:

☆☆☆☆ **THEY AR NUTS!!!**, March 13, 2007
Reviewer: **Safty first "K. Temple"** (Philadelphia, PA) - See all my reviews

I DON'T KNOW WHAT THESE PEOPLE BROUGHT. BUT MINE IS A DREAM. IT GETS IT JUS
RIGHT TO A TEE. IT EVEN HAS A BABY MILK. IT IS NEVER TO HOT FOR THE BABY. DINN
PLATE GET EVERY THING JUST RIGHT. THERE ARE TRICK TO USING IT BUT THAT MEANS
THE... read complete review

Was this review helpful to you?    

2 of 3 people found the following review helpful:

☆ **Crap**, March 12, 2007
Reviewer: **jack** - See all my reviews

Just like all the other reviews this microwave is junk. Just stopped working after 2 month

Was this review helpful to you?    


Apply for a card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes
Target Business Card

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directo
My Account
See All

© 2007 Target.com. All rights
The Bullseye Design and Bullseye Dog are trademarks of Target Br
Powered by Am

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

EXHIBIT C


CLOSE ⊗

Find it at a Target store

🖶 PRINT THIS PAGE

**Emerson .9 cu. ft. 900-Watt Microwave - Stainless Steel/ Black**
ASIN: B000M9B11G      DPCI: 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
Prices and availability may vary by location.

**Below are the nearest Target stores and current item availability information.**

## Search Results for "94110"

CHANGE LOCATION

Sort by:  Distance  

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|
| 6.01 miles | **Colma**<br>5001 Junipero Serra Blvd, Colma, CA 94014<br>Phone: (650) 992-8433<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 6.37 miles | **Daly City Serramonte**<br>133 Serramonte Ctr, Daly City, CA 94015<br>Phone: (650) 755-2393<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 8.00 miles | **Tanforan**<br>1150 El Camino Real, San Bruno, CA 94066<br>Phone: (650) 827-0171<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 11.04 miles | **Albany**<br>1057 Eastshore Hwy, Albany, CA 94710<br>Phone: (510) 982-0512<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 13.04 miles | **El Cerrito**<br>11450 San Pablo Ave, El Cerrito, CA 94530<br>Phone: (510) 237-6400<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 15.11 miles | **San Mateo Fashion Island**<br>2220 Bridgepointe Pkwy, San Mateo, CA 94404<br>Phone: (650) 341-0734<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |
| 16.14 miles | **San Leandro Bayfair**<br>15555 E 14th St Ste 400, San Leandro, CA 94578<br>Phone: (510) 276-2699<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm; | Available |

**17.15 miles**   **Hayward North**

VIEW MAP + DETAILS

19661 Hesperian Blvd, Hayward, CA 94541
Phone: (510) 731-0001                              **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm;

**17.37 miles**   **Pinole**

VIEW MAP + DETAILS

1400 Fitzgerald Dr, Pinole, CA 94564
Phone: (510) 222-0558                              **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm;

**21.55 miles**   **Hayward**

VIEW MAP + DETAILS

2499 Whipple Rd, Hayward, CA 94544
Phone: (510) 471-9166                              **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm;

**NOTE:** The inventory information provided is only an approximate indication of an item's
in-stock status. Because item quantities are constantly changing, we cannot guarantee an
item's availability at a particular store.

# EXHIBIT D



 All Products [GO]

Shop All Depar

your location: **San Francisco, CA 941**

# Target Weekly Ad  Broadband | **Dial-Up**

MY IN-STORE SHOPPING

HOME | THIS WEEK'S AD | VIEW BY CATEGORY    Search Weekly Ac

## Home

PAGE 1 of 5   nex


All Products (241)
Candy (6)
Electronics (24)
Entertainment (80)
Fashion (18)
Garden Place (9)
GiftCard offers (5)
Home (32)
  Bath
  Bed
  Furniture
  Home Decor
  Kitchen
  Lighting
  Storage
  Vacuums
  Window Coverings
Hot Buys (8)
Menswear (5)
Snacks & Essentials (48)
Sporting Goods (9)
Womenswear (10)



bath  bed

**$9 EACH**
FIELDCREST® BATH TOWEL

 

  

**$49**
FIELDCREST® CLASSIC TWIN DUVET

**$29⁹⁹** *ANYSIZE*
HOME 800 THREAD COUNT

**$14⁹⁹** *ANYSIZE*
HOME JERSEY KNIT SHEET SE

  

**39⁹⁹** *TOPPER*
MEMORY FOAM

**$19 ANY SIZE**
NICK & NORA™ SHEET SET

**$24 TWIN SHEET SET**
SIMPLY SHABBY CHIC™ KIDS BEDDING


**Save 10% Upon** Credit Approval

Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directo
My Account
See All

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

© 2007 Target.com. All rights
The Bullseye Design and Bullseye Dog are trademarks of Target Br

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.

# EXHIBIT E



In store this week:  March 18–24, 2007



**description**

MEMORY FOAM
**SALE $39.99 TOPPER**

Twin 1 1/2" thick mattress topper
conforms to your shape.
• All other Memory Foam 1 1/2" toppers
also on sale.

**items**
MEMORY FOAM twin 1 1/2" thick
mattress topper

 $39.99

All other Memory Foam 1 1/2" toppers
also on sale

# EXHIBIT F

Case 3:06-cv-01802-MHP　　　Document 106　　　Filed 03/26/2007　　　Page 20 of 20


close



print list

In-store this week.  March 18–24, 2007

MY IN-STORE SHOPPING LIST


**EASTER EGG HUNTING**
**2 for $9**


**Babel DVD**
**$14.99**


**Sidney Poitier - The Measure of a Man: A Spiritual Autobiography**
**$11.96**


**MEMORY FOAM**
**SALE $39.99 TOPPER**

Target Stores in
Your Area:

**Target**
5001 Junipero Serra Blvd
Colma, CA
650-992-8433

**Target**
133 Serramonte Ctr
Daly City, CA
650-755-2393