1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:  (510) 665-8644
4  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
5
   JOSHUA KONECKY (California Bar No. 182897)
6  RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:  (415) 421-7100
   Fax:        (415) 421-7105
9  TTY:        (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700              Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                           Syracuse, NY 13244-2130
12 Telephone:  (410) 962-1030                    Telephone:  (315) 443-9703
   Fax:        (410) 385-0869                    Fax:        (315) 443-9725

13
14

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF 19  THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, 20  and BRUCE F. SEXTON, on behalf of himself and all others similarly situated, 21 22                Plaintiffs, 23  v. 24  TARGET CORPORATION 25                Defendant. | Case No.: C 06-01802 MHP  **CLASS ACTION**  **DECLARATION OF BRUCE F. SEXTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**  Hearing Date: April 16, 2007 Time: 2:00 PM Judge: The Hon. Marilyn Hall Patel |

26
27
28

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
Declaration of Bruce F. Sexton in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment 1

dockets.Justia.com

I, Bruce F. Sexton, Jr., declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. As I stated in an earlier declaration in this case, I often use the product listings and descriptions on retail stores' websites in order to research products, compare prices, and make decisions about purchasing goods in the stores' physical locations. As I also stated in an earlier declaration in this case, I have shopped at Target's retail stores for several years. On numerous occasions, I have attempted to access Target.com to research products that are available at Target's retail stores, compare the prices of goods at Target's retail stores with the prices of Target's competitors, and to make decisions about purchasing goods at Target's retail stores. However, because of various accessibility barriers on Target.com, I have not been able to use Target.com for these purposes.

3. My primary goal in this case has been to ensure that Target.com becomes and remains fully and equally accessible to people who are blind and visually impaired.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 20 day of March, 2007, at Berkeley, California.

_____
BRUCE F. SEXTON, JR.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Bruce F. Sexton in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

1