1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:  (510) 665-8644
4  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
5
   JOSHUA KONECKY (California Bar No. 182897)
6  RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:  (415) 421-7100
   Fax:        (415) 421-7105
9  TTY:        (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700              Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                           Syracuse, NY 13244-2130
12 Telephone:  (410) 962-1030                    Telephone:  (315) 443-9703
   Fax:        (410) 385-0869                    Fax:        (315) 443-9725

13

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP |
|---|---|---|
| 19 | | **CLASS ACTION** |
| 20 | | **DECLARATION OF ANNE TAYLOR IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| 21 | | |
| 22 | Plaintiffs, | Hearing Date: May 1, 2007 |
| 23 | v. | Time: 2:00 PM<br>Judge: The Hon. Marilyn Hall Patel |
| 24 | TARGET CORPORATION | |
| 25 | Defendant. | |

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

I, Anne Taylor, declare as follows:

1.    The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2.    I am the Director of Access Technology for the National Federation of the Blind. In that position I (a) run technology training seminars for rehabilitation professionals and consumers; (b) configure and maintain state-of-the-art access technology and test emerging software; (c) evaluate access technology software and hardware and provide feedback to manufacturers and guidance to consumers; (d) provide technical assistance on the accessibility of GPS systems, voting machines, ATMs, computer systems and other consumer technologies via the NFB Technology Answer Line; and (e) provide technical support to the staff of the National Center for the Blind, and direct the progress of the Accessible Home Initiative Consumer Electronics Accessibility project.

3.    Through my work, I am familiar with the use of screen access software by the blind and visually-impaired community to access the internet and perform other computer functions. As I stated in an earlier declaration in this case, it is apparent to me that the use by the blind of screen access software has become widespread. For example, according to Freedom Scientific, the manufacturer of JAWS, there are more than 100,000 people using JAWS screen access software alone, in addition to people using other screen access software brands. This information can be found at http://www.freedomscientific.com/fs_about/history.asp. In addition, a 2001 article estimated that there were 1.5 million visually-impaired computer users, and 200,000 internet users with a "severe limitation in seeing." Gerber, Elaine and Kirchner, Corrine, <u>Who's Surfing? Internet Access and Computer Use by Visually Impaired Youth and Adults</u>, Journal of Visual Impairment & Blindness, 95 (3), 176-181 (2001). This article is available on the AFB website. In all, a conservative estimate for the number of blind and visually-impaired people in the United States who use screen access software to access the internet would be 100,000 people.

4.    Close to 10% of the blind and visually-impaired people living in the United States reside in California. Given that, a conservative estimate for the number of blind and visually-impaired

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anne Taylor

1

people in California who use screen access software to access the internet would be 10,000 people.

5. I understand, from reading data maintained on www.comscore.com, that Target.com receives tens of millions of visitors each month. I have no reason to believe that blind and visually-impaired people who use screen access software to access the internet would be less likely than sighted people to visit Target.com if it were fully and equally accessible. If anything, based on my knowledge about internet use by people who are blind and visually impaired, I would expect that blind and visually-impaired people who use screen access software to access the internet would be more likely than sighted people to visit Target.com if it were fully and equally accessible.

6. Based on the above, I would say that a conservative estimate for the number of blind and visually-impaired people in the United States who screen access software to access the internet, and who would visit Target.com if it were fully and equally accessible, would be in the thousands. The actual number may be much higher. I would say that a conservative estimate for the number of blind and visually-impaired people in California who use screen access software to access the internet, and who would visit Target.com if it were fully and equally accessible, would be in the hundreds. Again, the actual number may be much higher.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 27th day of March, 2007, at Baltimore, Maryland.



ANNE TAYLOR

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anne Taylor

2