1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | NATIONAL FEDERATION OF THE BLIND,         | Case No.   C 06-01802 MHP
   | the NATIONAL FEDERATION OF THE
14 | BLIND OF CALIFORNIA, on behalf of their   | **DECLARATION OF MATTHEW I.
   | members, and Bruce F. Sexton, on behalf of | KREEGER IN SUPPORT OF
15 | himself and all others similarly situated, | TARGET CORPORATION'S
   |                                            | REPLY MEMORANDUM IN
16 |                 Plaintiffs,                | SUPPORT OF ITS MOTION FOR
   |                                            | SUMMARY JUDGMENT**
17 |        v.                                  |
   |                                            | Date:  May 1, 2007
18 | TARGET CORPORATION,                        | Time:  2:00 PM
   |                                            | Judge: Hon. Marilyn Hall Patel
19 |                 Defendant.

20

21     I, Matthew I. Kreeger, declare and state as follows:

22     1.    I am a partner in the law firm of Morrison & Foerster LLP, counsel of record

23 for Defendant Target Corporation ("Target") in the above-entitled case. I am duly admitted

24 to practice before all courts of the State of California. I have personal knowledge of the facts

25 set forth in this declaration and, if called as a witness, could and would competently testify to

26 the matters set forth herein.

27

28

DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT                                              1
CASE NO. C 06-01802 MHP
sf-2293417

1    2.    Attached hereto as Exhibit A is a true and correct copy of the Declaration of Trish Perry, dated June 12, 2006, filed in Support of Target Corporation's Opposition to Plaintiffs' Motion for Preliminary Injunction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this second day of April, 2007, at San Francisco, California.

                               /s/ Matthew I. Kreeger
                                    Matthew I. Kreeger

DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01802 MHP
sf-2293417

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF TARGET'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01802 MHP
sf-2293417

1