1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    NATIONAL FEDERATION OF THE BLIND,          No. C 06-01802 MHP

9              Plaintiff(s),                    **CLERK'S NOTICE**
                                                **(Rescheduling Hearing)**
10      v.

11   TARGET CORPORATION,

12              Defendant(s).
     _____/

13

14         Upon further review of the proposed motions, the parties are notified that the hearing of

15   plaintiffs' motion(s) for class certification  in this matter currently on calendar for May 1, 2006, is

16   hereby RESCHEDULED back to the original hearing date of April 12, 2007,  at 2:00 p.m.

17   Defendants' motion for summary judgment shall remain as scheduled for May 1, 2006, at 2:00 p.m.

18   Please note that **only** the hearing date is being rescheduled; the briefing schedule pursuant to the

19   orginal hearing date remains in effect.

20

21                                             Richard W. Wieking
                                               Clerk, U.S. District Court
22

23

24   Dated:  April 3, 2007                     Anthony Bowser, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
25                                                     (415) 522-3140

26

27

28

**United States District Court**
For the Northern District of California