| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | KRISTINA PASZEK (CA SBN 226351) |
| | HMcElhinny@mofo.com |
| 3 | MKreeger@mofo.com |
| | KPaszek@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.   C 06-01802 MHP |
| | **[PROPOSED] ORDER GRANTING TARGET CORPORATION'S MOTION TO STRIKE** |
| Plaintiffs, | Date:   April 12, 2007 |
| v. | Time:   2:00 PM |
| TARGET CORPORATION, | Judge:   Hon. Marilyn Hall Patel |
| Defendant. | |

TARGET'S [PROPOSED] ORDER GRANTING MOTION TO STRIKE
CASE NO. C 06-01802 MHP
sf-2297072

1  Based on the Court's review of the pleadings and papers filed in connection with this
2  matter, the argument of counsel, and good cause appearing,
3  IT IS HEREBY ORDERED THAT Target Corporations's Motion to Strike, filed on
4  April 5, 2007, is GRANTED.  Paragraphs 5 and 6 of the Declaration of Anne Taylor in
5  Support of Plaintiffs' Reply in Support of Motion for Class Certification, dated and filed
6  March 29, 2007, are hereby STRICKEN.

9  IT IS SO ORDERED.

11  Dated: _____, 2007
         _____
12                                          The Honorable Marilyn Hall Patel
                                            United States District Court Judge