1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5

6  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
9  TTY:         (415) 421-1655
   Email: rbrill@schneiderwallace.com
10

   DANIEL F. GOLDSTEIN (*pro hac vice*)           PETER BLANCK (*pro hac vice*)
11 BROWN, GOLDSTEIN & LEVY, LLP                   900 S. Crouse Ave.
   120 E. Baltimore St., Suite 1700               Crouse-Hinds Hall, Suite 300
12 Baltimore, MD 21202                            Syracuse, NY 13244-2130
   Telephone:   (410) 962-1030                    Telephone:   (315) 443-9703
13 Fax:         (410) 385-0869                    Fax:         (315) 443-9725

14

15                    UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17

18

19  NATIONAL FEDERATION OF THE              Case No.: C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
20  THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
    their members and all others similarly situated,
21  and BRUCE F. SEXTON, on behalf of himself  **NOTICE OF APPEARANCE**
    and all others similarly situated,
22
              Plaintiffs,
23
    v.
24
    TARGET CORPORATION
25
              Defendant.
26

27

28

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
NOTICE OF APPEARANCE

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

Dockets.Justia.com

1  PLEASE TAKE NOTICE that attorney Rachel E. Brill of the law firm of Schneider &
2  Wallace, located at 180 Montgomery Street, Suite 2000, San Francisco, California 94014
3  hereby appears as additional attorney of record, together with the other attorneys of record, on
4  behalf of the Plaintiffs and the putative class, in *National Federation of the Blind, et al. v.*
5  *Target Corporation*, Case No. C 06-01802 MHP.
6      Rachel E. Brill respectfully requests that copies of all papers in the above-captioned
7  action be served upon her.

                                    Respectfully submitted,

Dated: April 10, 2007                      **SCHNEIDER & WALLACE**

                                       By:_____/s/_____
                                            Rachel E. Brill
                                            Counsel for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation.*
Case No.: C 06-01802 MHP
NOTICE OF APPEARANCE