## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 12, 2007

Case No.   C 06-1802  MHP                Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf:  Laurence Paradis, Joshua Konecky, Daniel Goldstein, Roger Hellar
            Dft: Harold McElhinny, Kristina Parker

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)   Plaintiffs' Motion for Class Certification/Bifurcation

2)   Defendant's Motion to Strike

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Simultaneous briefing re issues raised within two weeks (twenty page limit); Matter deemed submitted; Court to issue order.