1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    NATIONAL FEDERATION OF THE BLIND,        No. C 06-01802 MHP

9              Plaintiff(s),                  **CLERK'S NOTICE**

10      v.

11   TARGET CORPORATION,

12              Defendant(s).
     _____/

13

14        Counsel are hereby notified that hearing on the motions for summary judgment, currently on

15   calendar for May 1, 2007, is VACATED, and shall be re-noticed by further notice of court, pursuant

16   to additional  briefing requirements imposed by this court's Memorandum & Order [119].

17

18                                           Richard W. Wieking
                                             Clerk, U.S. District Court
19

20

21   Dated:  April 26, 2007                  _____
                                             Anthony Bowser, Deputy Clerk to the
22                                           Honorable Marilyn Hall Patel
                                                      (415) 522-3140
23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*