1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
   TTY:         (510) 665-8716
5
   JOSHUA KONECKY (California Bar No. 182897)
6  RACHEL BRILL (California Bar No. 233294)
   SCHNEIDER & WALLACE
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone:   (415) 421-7100
   Fax:         (415) 421-7105
9  TTY:         (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700            Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                         Syracuse, NY 13244-2130
12 Telephone:   (410) 962-1030                 Telephone:   (315) 443-9703
   Fax:         (410) 385-0869                 Fax:         (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DR. JAMES W. THATCHER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING STATE LAW CLAIMS**<br><br>Hearing Date: May 1, 2007<br>Time: 2:00 PM<br>Judge: The Hon. Marilyn Hall Patel |

I, James W. Thatcher, declare as follows:

1. The facts in this declaration are based on my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I have been asked by Plaintiffs' counsel to provide a brief summary of the development of screen access technology and web accessibility guidelines, with a particular focus on the four basic accessibility elements that were missing from target.com when I evaluated the website in 2005.

3. As described in my earlier declarations in this case, I have been deeply involved with both the development of screen access technology and issues related to internet and computer access for the blind for many years.

4. The first screen access technology was developed in approximately 1978, even before the development of the PC. The first commercially-sold screen access technology for the PC appeared on the market during the early 1980s. In the late 1980s, graphics and images began to appear on computer screens in addition to text. By the early 1990s, screen access technology that allowed blind users to interact with graphics and images was commercially available and widely used.

5. By the mid 1990s, as the internet became more developed and more popular, the World Wide Web Consortium (W3C) began to develop guidelines for website accessibility. The first version of the Web Content Accessibility Guidelines (WCAG) was finalized in May 1999. Around the same time, the U.S. Access Board was developing website accessibility standards pursuant to Section 508 of the Rehabilitation Act. Those standards were also finalized in 1999.

6. The original WCAG guidelines and Section 508 standards were very similar. Both required the four basic accessibility elements that were the focus of my expert testimony earlier in this case; namely, text equivalents for images, labeling for forms, techniques for in-page page navigation, and keyboard access.

7. As documented in my earlier expert report and declaration in this case, when I evaluated the accessibility of target.com in 2005, I found that the website was riddled with accessibility problems, and that it failed miserably with respect to the four basic accessibility elements described above. The technologies required to implement the four

---

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of James W. Thatcher

1

1. basic accessibility elements were available and well known by 1999, when I understand Target launched target.com. By 2005, the relevant guidelines and standards (both WCAG and Section 508) had been in place for several years, and the technologies required to implement the four basic accessibility elements had long been available and were widely used.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2007.

*James Thatcher* (signature)

JAMES THATCHER

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of James W. Thatcher

2