| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | KRISTINA PASZEK (CA SBN 226351) |
| | HMcElhinny@mofo.com |
| 3 | MKreeger@mofo.com |
| | KPaszek@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.   C 06-01802 MHP <br><br> **DECLARATION OF KRISTINA PASZEK IN SUPPORT OF TARGET CORPORATION'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge:   Hon. Marilyn Hall Patel |

I, Kristina Paszek, declare and state as follows:

1. I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Target Corporation ("Target") in the above-entitled case. I am duly admitted to practice before all state courts and federal district courts in the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the relevant pages of the transcript of the hearing that took place in this matter on April 12, 2007.

1     3.      Attached hereto as Exhibit B is a true and correct copy of *Celano v. Marriott Int'l, Inc.*, No. C 05-4004 PJH, 2007 WL 1149113 (N.D. Cal. Apr. 18, 2007).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this twenty-sixth day of April, 2007, at San Francisco, California.

                                                                                                  /s/ Kristina Paszek
                                                                                                    Kristina Paszek

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KRISTINA PASZEK IN SUPPORT OF TARGET'S SUPPLEMENTAL BRIEF
CASE NO. C 06-01802 MHP
sf-2312555

1