LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:   (315) 443-9703
Fax:         (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, and BRUCE F. SEXTON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No. C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**ERRATA SHEET TO CORRECT PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING STATE LAW CLAIMS**<br><br>Hearing Date:<br>Time:<br>Judge: The Hon. Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

Dockets.Justia.com

Plaintiffs' Supplemental Brief Regarding State Law Claims, filed April 26, 2007 (the "Brief"), contained two unintentional errors. Plaintiffs hereby request leave to file this errata sheet to correct those errors:

1. On page 2, line 4 of the Brief, Plaintiffs mistakenly referenced "existing business codes." That sentence should have instead referenced "existing building codes."

2. On page 7, line 8, Plaintiffs mistakenly included an extra word ("a"). The parenthetical beginning on that line should read: (holding that website is "plainly a 'business establishment'" covered by the Act)

Respectfully submitted,

Dated: May 2, 2007

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP
PETER BLANCK, J.D., Ph.D.

By: /s/ Roger Heller
Roger Heller
Attorney for Plaintiff

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Errata Sheet to Correct Plaintiffs' Supplemental Brief Regarding State Law Claims

1