# EXHIBIT 18

Dockets.Justia.com

1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:    (510) 665-8644
4  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716

5  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
6  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
7  San Francisco, CA  94104
   Telephone:    (415) 421-7100
8  Fax:          (415) 421-7105
   TTY:          (415) 421-1655
9

10 DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP               900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700           Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                        Syracuse, NY 13244-2130
12 Telephone:    (410) 962-1030               Telephone:    (315) 443-9703
   Fax:          (410) 385-0869               Fax:          (315) 443-9725
13

14

15                     **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18

19 NATIONAL FEDERATION OF THE              Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
20 THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
21 of himself and all others similarly situated,   **SUPPLEMENTAL DECLARATION OF**
                                           **STEVE JACOBSON IN SUPPORT OF**
22                                         **PLAINTIFFS' MOTION FOR CLASS**
                   Plaintiffs,             **CERTIFICATION**
23
   v.
24
   TARGET CORPORATION,
25           Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Steve Jacobson, declare as follows:

2  1.       The facts in this declaration are based upon my personal knowledge.   If called to testify,

3  I could testify competently to the facts described in this declaration.

4  2.       Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5  case.  I am submitting this supplemental declaration to explain how I use retailers' websites, and

6  would like to use Target.com if it were accessible, to enhance my in-store shopping experiences.

7  3.       I am 56 years old.

8  4.       I have been blind since birth.

9  5.       I reside in Edina, Minnesota.

10  6.       I have been a member of the National Federation of the Blind since 1972.

11  7.       As a resident of the Twin Cities area of Minnesota, my family frequently shops at Target

12  stores.  I have shopped at multiple Target stores throughout the Twin Cities area for close to 20

13  years.  I typically visit a Target store at least once per month, and my family shops at Target

14  stores on a weekly basis.

15  8.       I have come to depend on Target for quality products and low prices, and generally prefer

16  to shop at Target stores over other discount retail stores.

17  9.       I regularly shop at Target stores and other physical retail stores.  Though shopping at a

18  physical store can be a hassle for anyone, one of the ways that I know to make the experience

19  better and faster is to gather information on a store's website, if I can access it, before going into

20  the store.  By researching the products that are available at a store online, I can go into the store

21  with a starting point and need to ask far fewer questions.  I can even go to the store with a list of

22  the products that I know the store carries and that I want.  More often than not, if I can access

23  the information that I need from a store's website, I can just go into the store, quickly get what

24  I'm looking for, and leave.

25  10.      Using a store's website before going into the store also allows me to shop more self-

26  sufficiently.  If I know what I want when I walk into the store, I don't have to rely very much on

27  anyone at the store to help me shop.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Steve Jacobson in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

11.     For example, I have visited the websites of Best Buy, Radio Shack and other stores that
sell electronics to check out the details and prices of products that they sell at their stores and to
comparison shop.  Based on that research, I have at times gone into the stores and made a
purchase.

12.     With the help of a reader that my family hires on occasion, I have in fact used Target.com
to see what products are available at Target stores before actually going to the store.  That has
made shopping at Target stores easier and quicker for my family.

13.     I have tried to use Target.com independently with a screen reader many times and have
been very frustrated with the inaccessibility of the website.  Some of my attempts to use
Target.com and the barriers that I encountered on the website are described in my earlier
declaration in this case.

14.     I have tried to use Target.com independently with a screen reader to see what products
are available at Target's stores and to get information about those products in the same way that I
use other retailers' websites.  While I have been able to access some information about products
that are available at the stores, I have had difficulty effectively using Target.com to gather
information before going to the stores, both because there has been information on Target.com
that I have been unable to access at all and because I have had no idea about whether the
information I could access was complete.  As a result, I have not been able to utilize Target.com
nearly as effectively as I can other retailers' websites to make in-store shopping easier and more
effective.

15.     If Target.com were accessible, and I could reliably and independently access information
there about the products that are available at Target stores, I would use the website to be better
prepared and more efficient when I go to Target stores.   Considering how often I shop at Target
stores, that would really help a lot.

16.     I understand that sighted customers can download coupons on Target.com for savings at
Target stores.  If those coupons were accessible to me on Target.com, I would be interested in
downloading them and using them when I shop at Target stores.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Supplemental Declaration of Steve Jacobson in Support of Plaintiffs' Motion for Class Certification

2

1

2    I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct.

4

5    Executed this 17 day of May, 2007, at Edina, Minnesota.

6

7                                    STEVE JACOBSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Supplemental Declaration of Steve Jacobson in Support of Plaintiffs' Motion for Class Certification

3

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# EXHIBIT A

1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:     (510) 665-8644
5  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716
6
7  TODD M. SCHNEIDER (California Bar No. 158253)
   tschneider@schneiderwallace.com
8  JOSHUA KONECKY (California Bar No. 182897)
   jkonecky@schneiderwallace.com
   SCHNEIDER & WALLACE
9  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
10 Telephone:     (415) 421-7100
   Fax:           (415) 421-7105
11 TTY:           (415) 421-1655

12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:     (410) 962-1030
15 Fax:           (410) 385-0869

16

17                  **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN FRANCISCO DIVISION**

20 NATIONAL FEDERATION OF THE          Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
21 THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
22 of himself and all others similarly situated,   **DECLARATION OF STEVE JACOBSON
                                              IN SUPPORT OF PLAINTIFFS' MOTION
23                 Plaintiffs,               FOR PRELIMINARY INJUNCTION**

24 v.                                        Hearing Date: June 12, 2006
                                            Time:          2:00 p.m.
25 TARGET CORPORATION,                      Judge:         The Honorable Marilyn Hall
                                                           Patel
26                 Defendant.

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

Case 3:06-cv-01802-MHP    Document 20    Filed 05/08/2006    Page 2 of 4

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1  I, Steve Jacobson, declare as follows:

2  1.    The facts in this declaration are based upon my personal knowledge.   If called to testify,

3  I could testify competently to the facts described in this declaration.

**Background**

5  2.    I am 55 years old.

6  3.    I have been blind since birth.

7  4.    I reside in Edina, Minnesota.

8  5.    I have been a member of the National Federation of the Blind since 1972.

**Internet Use**

10  6.    For thirty years, I have been employed in the computer field as a programmer and a

11  Systems Analyst on IBM mainframe computers and I have some experience with Teradata

12  hardware and databases as well.

13  7.    Since the personal computer came into common use over twenty years ago, I have been

14  using one in conjunction with screen reading software used by blind people to access computers,

15  both on the job and at home.

16  8.    I have been actively browsing the internet with screen access software for more than ten

17  years.

18  9.    I use the internet for a variety of functions and activities in my life, including: performing

19  job functions, purchasing groceries, purchasing music and compact discs, and gathering

20  information.

21  10.    I consider myself a fairly sophisticated user of computers and the internet.

22  11.    I often shop online rather than go to a physical store because I find it significantly easier

23  to do so.  Particularly for items like groceries, shopping online allows me to read product

24  information like labels that I would not be able to read in a store without assistance.

25  12.    Using my screen reader to access the internet has significantly improved my own view of

26  my independence to conduct personal business without the help of others.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Steve Jacobson in support of Plaintiffs' Motion for Preliminary Injunction**

1

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

### Experience with Target Retail Stores

13.    As a resident of the Twin cities area of Minnesota, my family frequently shops at Target stores. I have come to count on Target for quality products and low prices. In addition, the Target Corporation is regarded as a good corporate citizen of our state. As a regular Target shopper who is also blind, I have also been very interested in using the Target web site because of the ability to more easily browse and compare products and the convenience of having them delivered. My family has purchased some merchandise through the Target web site with the help of a sighted person.

### Harms Experienced Because of the Inaccessibility of Target.com

14.    I would like to shop at Target.com because traveling to the physical retail location necessitates a significant expense of time, energy, and money. It also means that I must depend on others to provide direction and product information. Unlike my experience in the store, I can access price, color, and other product information autonomously from accessible websites.

15.    I have attempted unsuccessfully on numerous occasions to access Target.com with my screen reader.

16.    Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text that has prevented me from continuing to navigate through the site.

17.    In my experience, the Target web site contains a number of links and images that do not have labels that could clearly identify what they do, making access to the site nearly impossible.

18.    My screen reader often shows a frame with an indication that the server is not found, even though the remainder of the page loads correctly. This information does not appear on the computer screen, as reported by sighted members of my household. I have never seen this behavior before as an experienced computer user.

19.    There is yet another problem that is of the highest significance. On February 8, 2006, after searching for products and adding them to my cart, I proceeded to checkout using the "Proceed to Checkout" link. Once the next window appeared, though, I seem not to be able to

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Steve Jacobson in support of Plaintiffs' Motion for Preliminary Injunction**

2

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1  progress further. The proceed to Checkout link remains on the screen, and it seemed logical that

2  accessing that link again would result in going on to the next step, but nothing happened. Again,

3  with the help of my daughter who has some vision, I discovered there is another button which is

4  labeled "Continue to checkout" that must be "clicked" to move on. My screen reader provides a

5  number of tools that lets me explore a web page. This second button did not appear in any form

6  when I looked for it with my screen reader. A screen reader can even read the text that is near

7  the mouse pointer, but even when my daughter placed the mouse pointer on the button, the

8  screen reader would not read the associated text or even identify that an unlabeled button was

9  present. I found no way of clicking on this button without having someone with vision

10  positioning the mouse pointer on it.

11  20.    I have been told that there are many useful store-related features on the Target.com

12  website, including weekly advertisements, an online pharmacy, and photo printing, which I

13  would like to use.

14  21.    I have found the entire process of attempting to access Target.com to be extremely

15  frustrating and aggravating.

16  22.    If Target.com were an accessible website I would frequently visit the website and make

17  purchases at the website. I prefer Target to many other discount stores because of the quality of

18  the products they carry.

19  23.    My inability to use Target.com either causes me to lose the option of shopping at Target,

20  or forces me to rely on others.

21

22        I declare under penalty of perjury under the laws of the United States of America that the

23        forgoing is true and correct.

24

25        Executed this April day of 25, 2006, at Edina, Minnesota.

26

27                                                        STEVE JACOBSON

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Steve Jacobson in support of Plaintiffs' Motion for Preliminary Injunction**

3

EXHIBIT 19

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:    (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:    (415) 421-7100
Fax:    (415) 421-7105
TTY:    (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:    (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:    (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BERNADETTE JACOBS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   I, Bernadette Jacobs, declare as follows:

2   1.          The facts in this declaration are based upon my personal knowledge.   If called to

3   testify, I could testify competently to the facts described in this declaration.

4   2.          My name is Bernadette Jacobs.

5   3.          I live in Gwynn Oaks, Maryland.

6   4.          I am a former receptionist.

7   5.          I have been a member of the National Federation of the Blind since 1976.

8   6.          I am legally blind and use screen-access software to access the Internet.

9   7.          I use the Internet to shop all the time and, from time to time, look up product

10  information and availability online before going to the store.  I have visited websites for my

11  favorite clothing store, Catherine's, and Circuit City, before shopping at those stores.  Going to

12  the website beforehand gives me a clear sense of what products the stores have that I might want

13  to buy and what the current prices are.

14  8.          I shop at Target about once a month.  There is a Target in Columbia, Maryland that is

15  across the street from my church.  Sometimes, after church, I go to Target to buy clothes for my

16  son or to purchase gifts.

17  9.          This past March, I tried to access Target's gift registry but eventually gave up out of

18  frustration.  On that occasion, some friends who were adopting a child from India had registered

19  at Target for children's clothes and items.  I planned to select a gift from Target's online registry

20  and pick up the item from the store after church.  (My friends were leaving for India in two days

21  and there was no time to order online.)  When I got to Target's website, I was not able to access

22  the registry.  So, instead, I tried to search for infant and toddler sleepers on Target.com at large,

23  knowing that was an item my friends had requested.  I made my way to what I thought was the

24  correct web page.  I wanted to do a search by age group because my friends needed clothes for a

25  12 month old and my husband, who is sighted, told me you can search for clothing by age on

26  Target's website.  No matter what I did, however, I could not figure out how to search by age

27  group and I could not access any product information.  As I arrowed up and down the page,

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Bernadette Jacobs in Support of Plaintiff's Motion for Class Certification**                                  1

1  nothing was readable. After a long time of getting nowhere, I became so exasperated that I

2  decided not to get a gift at all. I ended up giving a gift card that my husband had picked up from

3  Safeway. Since that experience, I have not returned to Target.com.

4  10.    If Target.com's gift registry were accessible, I would use it frequently. Because I am

5  a member of a large church, I often receive invitations for weddings and baby showers from

6  fellow church members, many of whom register for gifts at Target. It would be a great

7  convenience for me to be able to select gifts from Target's online registry then purchase the gift

8  from the store after church.

9  11.    I declare under penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct.

11

12  Executed this 23rd day of May, 2007, at Baltimore, Md.

13

14                                                          BERNADETTE JACOBS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Bernadette Jacobs in Support of Plaintiff's Motion for Class Certification                2

EXHIBIT 20

1   LAURENCE W. PARADIS (California Bar No. 122336)
    ROGER N. HELLER (California Bar No. 215348)
    DISABILITY RIGHTS ADVOCATES
2   2001 Center Street, Third Floor
    Berkeley, California 94704
3   Telephone:    (510) 665-8644
    Facsimile:    (510) 665-8511
4   TTY:          (510) 665-8716

5   JOSHUA KONECKY (California Bar No. 182897)
    RACHEL BRILL (California Bar No. 233294)
6   SCHNEIDER & WALLACE
7   180 Montgomery Street, Suite 2000
    San Francisco, CA  94104
8   Telephone:    (415) 421-7100
    Fax:          (415) 421-7105
9   TTY:          (415) 421-1655

10  DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
    BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11  120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
12  Baltimore, MD 21202                          Syracuse, NY 13244-2130
    Telephone:    (410) 962-1030                 Telephone:    (315) 443-9703
13  Fax:          (410) 385-0869                 Fax:          (315) 443-9725

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19  NATIONAL FEDERATION OF THE            Case No.:  C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
20  THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
    their members, and Bruce F. Sexton, on behalf
21  of himself and all others similarly situated,   **SUPPLEMENTAL DECLARATION OF**
                                          **ERIC CLEGG IN SUPPORT OF**
22                Plaintiffs,             **PLAINTIFFS' MOTION FOR CLASS**
                                          **CERTIFICATION**
23
    v.
24
    TARGET CORPORATION,
25                Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Eric Clegg, declare as follows:

2  1.    The facts in this declaration are based upon my personal knowledge.  If called to testify,

3  I could testify competently to the facts described in this declaration.

4  2.    Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5  case. I am submitting this supplemental declaration to expand upon how I use retailers'

6  websites, and would like to use Target.com, to enhance my in-store shopping experiences.

7  3.    My name is Eric Clegg. I was born May 20, 1947.

8  4.    I was born visually impaired. I have been totally blind for twenty years.

9  5.    My primary residence is in Sacramento, California.

10  6.    I work for the Department of Rehabilitation as a Braille production specialist.

11  7.    I have been a member of the National Federation of the Blind since 1973.

12  8.    I shop at Target for household necessities and general merchandise. I like Target

13  products. The Target store that I visit most frequently is in Sacramento.  In the past year, I have

14  been to Target stores approximately two times.  I would go to Target stores more often, however,

15  if I were able to use Target.com to look up information about the products that are available at

16  the store.

17  9.    I often use retailers' websites to preview information about the goods that are available in

18  their stores.  That way, I can decide if it makes sense for me to go to the store and, if so, I have a

19  better idea of what I want when I get to the store.  I can also compare prices at several stores

20  online and figure out which store to go.  This process is particularly useful for big ticket items

21  because I want to research the choices thoroughly, and will usually purchase those items in a

22  physical store so that I can make sure that I can access and operate the relevant features.

23  10.    Recently, I wanted to buy speakers for my stereo system.  I went to Magnolia's website

24  to look at what speakers were offered in their stores.  I researched details about the speakers

25  offered in their stores and the prices of the speakers offered in their stores.  After that, I went

26  down to the local Magnolia store and bought speakers based on my research.  Buying the

27  speakers online was not really an option, because I wanted the speakers right away.  Using the

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Supplemental Declaration of Eric Clegg in Support of Plaintiffs' Motion for Class Certification**

1  Magnolia website in this way allowed me to shop more efficiently and effectively. I have used

2  other retailers' websites in similar ways, and have found it to be a very useful approach to

3  shopping.

4  11.     I have tried to use Target.com on multiple occasions, but have experienced great

5  difficulties trying to access product information and other information and features on the

6  website. My difficulties accessing Target.com are described in my earlier declaration.

7  12.     If Target.com were accessible, I would like to use Target.com, like I use other retailers'

8  websites, to preview the goods that are available in Target stores. If I could use Target.com in

9  that way, I would have an easier time shopping at Target stores and would likely visit Target

10  stores more often because I could shop there more efficiently and with a greater amount of

11  independence. I may also be able to avoid unnecessary trips to Target stores, since my research

12  on Target.com could let me know if Target doesn't carry a product that I am looking for instead

13  of me having to go all the way to the store to find that out.

14

15  I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17

18  Executed this 22 day of May, 2007, at Sacramento, CA.

19

20                                        ERIC CLEGG

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Supplemental Declaration of Eric Clegg in Support of Plaintiffs' Motion for Class Certification**

2

1   LAURENCE W. PARADIS (California Bar No. 122336)
    lparadis@dralegal.org
2   ROGER HELLER (California Bar No. 215348)
    rheller@dralegal.org
3   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
4   Berkeley, California 94704
    Telephone:    (510) 665-8644
5   Facsimile:    (510) 665-8511
    TTY:          (510) 665-8716

6   TODD M. SCHNEIDER (California Bar No. 158253)
    tschneider@schneiderwallace.com
7   JOSHUA KONECKY (California Bar No. 182897)
    jkonecky@schneiderwallace.com
8   SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
9   San Francisco, CA 94104
    Telephone:    (415) 421-7100
10  Fax:          (415) 421-7105
    TTY:          (415) 421-1655

11

12  DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
    dfg@browngold.com                           900 S. Crouse Avenue
13  BROWN, GOLDSTEIN & LEVY, LLP                Crouse-Hinds, Suite 300
    120 E. Baltimore St., Suite 1700            Syracuse, NY 13244-2130
14  Baltimore, MD 21202                         Telephone:    (315) 443-9703
    Telephone:    (410) 962-1030                Fax:          (315) 443-9725
15  Fax:          (410) 385-0869

16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20  NATIONAL FEDERATION OF THE            Case No.: C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
21  THE BLIND OF CALIFORNIA, on behalf of  CLASS ACTION
    their members, and Bruce F. Sexton, on behalf
22  of himself and all others similarly situated,  DECLARATION OF ERIC CLEGG IN
                                           SUPPORT OF PLAINTIFFS' MOTION
23                                         FOR CLASS CERTIFICATION

24              Plaintiffs,

25  v.

26  TARGET CORPORATION,
                Defendant.
27

28

*(left margin vertical text)* DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Eric Clegg, declare as follows:

2  1.    The facts in this declaration are based upon my personal knowledge.  If called to testify,

3  I could testify competently to the facts described in this declaration.

4

5                                    **Background**

6  2.    My name is Eric Clegg. I was born May 20, 1947.

7  3.    I was born visually impaired. I have been totally blind for twenty years.

8  4.    My primary residence is in Sacramento, California.

9  5.    I work for the Department of Rehabilitation as a Braille production specialist.

10  6.    I have been a member of the National Federation of the Blind since 1973.

11

12                              **Computer and Internet Use**

13  7.    I am a proficient user of computers. I can use most programs and access most web sites. I

14  have used computers since 1979.

15  8.    I have accessed the Internet since 1995. I use the Internet to e-mail, shop, and research

16  information.

17  9.    I have used both JAWS and Window Eyes screen-reading software since 1995. Screen-

18  reading software has been a quantum leap for my independence. I would have much more

19  trouble banking, shopping, and doing other essential tasks without such programs.

20  10.    Generally, proper coding of web pages allows me to access content on these sites. I can

21  readily access the web pages of companies such as Google, Tower Records, Wells Fargo,

22  Safeway, Trader Joe's, Albertsons, and Food To You. Target.com is one of the least accessible

23  web pages I have used. The vast majority of web pages I have come across have been more

24  accessible than Target.com.

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Eric Clegg in Support of Plaintiff's Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

## Experience with Target Retail Stores

11.     I shop at Target for household necessities and general merchandise. I like Target products.

## Harms Experienced Because of the Inaccessibility of Target.com

12.     I want to shop at Target.com because I think the site might have good sales and coupons.

13.     I would prefer to shop at Target.com rather than a physical Target store. It takes me about 30-40 minutes to commute to a physical store. Secondly, I would like to use online stores to preview available items before I go into physical stores. I also use them to search for bargains.

14.     I have accessed Target.com two or three times within the last three months. During these visits, I searched for items and attempted to check out. My attempts were unsuccessful. During my visit in September 2006, I spent twenty minutes on the web site.

15.     Inexplicable code and garbled text prevented me from navigating the site. Target.com contained links and images without labels indicating what they were or what they did. My screen-reading software would say "image image" or "graphic graphic," but it could not find a description of the item.

16.     Target.com had unlabelled forms that required me to input information.

17.     Target.com did not have headings so I could skim the contents of the web page.

18.     I could not find the "Continue to Checkout" button with either screen-reader or keyboard commands. I had no indication that it was on the page since JAWS could not locate this button with its button-finding command.

19.     Target did not treat me the same as it treats sighted people because I could not complete a transaction.

20.     The lack of access on Target.com compromised my independence and forced me to rely on others for some of my shopping needs.

21.     My hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Eric Clegg in Support of Plaintiff's Motion for Class Certification

2

1     I declare under penalty of perjury under the laws of the United States of America that the

2     forgoing is true and correct.

3     Executed this December day of __7__, 2006, at Sacramento, CA.

4

5

6                                                          ERIC CLEGG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Eric Clegg in Support of Plaintiff's Motion for Class Certification**

3

# EXHIBIT 21

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF MICHELLE BRUNS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Michelle Bruns, declare as follows:

1.    The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

2.    Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this case.  I am submitting this supplemental declaration to expand upon how I use retailers' websites, and would like to use Target.com, to enhance my in-store shopping experiences.

3.    My name is Michelle Bruns, and I am 30 years old.

4.    I have been legally blind since 1994.

5.    I am the Assistant Director of Programs for the Society for the Blind, a non-profit organization in Sacramento, California.

6.    My primary residence is in Sacramento, California.

7.    Target is the closest retail store to my home.  Like my friends and family, I prefer to shop at Target.  Target products are high quality and affordable, and they meet my basic needs nicely.

8.    I frequently visit Target stores in the Sacramento area, including stores in the Natomas and West Sacramento areas.  I tend to visit Target stores at least once a month.

9.    I often use retailers' websites, when they are accessible, to check out the products that are available at their stores.  For example, I have used the websites of Walmart, Gap, Old Navy and Cicruit City to see what products are available at their stores and to check the prices of products at their stores.  Based on the information I get from the websites, I sometimes will go in and make a purchase at the stores.

10.    I find that retailers' websites, when accessible, can be very helpful to me even when I am ultimately shopping at a physical store instead of online.  It is much easier for me to go to the website, see what is available and at what price, and then go to the store knowing exactly what I want.  This is especially so because I am legally blind and, if I go to the store alone, have to rely on customer service workers to help me shop.  If I know exactly what I want when I walk into the store, I can simply ask a worker to show me that item, instead of spending lots of time trying to work with the worker to help me figure out what I need.  Using retailers' websites to figure

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Michelle Bruns in Support of Plaintiffs' Motion for Class Certification**

1

1   out what I want before I go to the store saves me a lot of time when I shop at the stores.

2   11.     Checking retailers' websites, I can also figure out whether it's worth my time to go the

3   store at all.  I sometimes go to a retailer's website looking for information about a particular

4   product and, if it appears that they don't have that product at the store or I don't like the price

5   they are charging for the product at the store, I decide not to go to the store at all.  Using

6   retailers' websites in that way has saved me a lot of time and effort.

7   12.     I have tried to use Target.com many times.  The extensive barriers that I experienced

8   trying to access Target.com made it difficult for me to get information from the website, and are

9   described in detail in my previous declaration in this case.

10  13.     If Target.com were accessible, I would want to use Target.com to check out the products

11  that are available at Target stores in the same way that I use websites for stores like Walmart and

12  the Gap.  Given how much I shop at Target stores, that would make my life easier.

13  14.     As I described in my earlier declaration, some of my friends have set up baby and gift

14  registries at Target.  Because of access barriers on Target.com, I have not been able to make

15  purchases from those registries online or even view online what products my friends have

16  registered for.  While I would like the option to do both, if I could do the latter, that would at

17  least make things easier for me when I go to Target stores to make registry purchases.

18  15.     I have used the photo development services at Target stores.  I understand that sighted

19  visitors can upload images and order prints and photo discs on Target.com, and then pick up their

20  prints and discs at the store, saving them time.  If Target.com were accessible, I would want the

21  option to use Target.com for those purposes.  That would save me time.

22

23      I declare under penalty of perjury under the laws of the United States of America that the

24      foregoing is true and correct.

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.:  C 06-01802 MHP**
**Supplemental Declaration of Michelle Bruns in Support of Plaintiffs' Motion for Class Certification**

2

1

2    Executed this _18_ day of May, 2007, at Sacramento, California.

3                                            *Michelle Bruns*

4                                   _____
                                      MICHELLE BRUNS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Supplemental Declaration of Michelle Bruns in Support of Plaintiffs' Motion for Class Certification**

3

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:    (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:    (415) 421-7105
TTY:    (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:    (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:    (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHELLE BRUNS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   I, Michelle Bruns, declare as follows:

2   1.       The facts in this declaration are based upon my personal knowledge.   If called to testify,

3   I could testify competently to the facts described in this declaration.

4

5                                 **Background**

6   2.       My name is Michelle Bruns, and I am 29 years old.

7   3.       I have been legally blind since 1994.

8   4.       I am the Assistant Director of Programs for the Society for the Blind, a non-profit

9   organization in Sacramento, California. Apart from my work with the Society, I have a private

10  practice in psychotherapy.

11  5.       My primary residence is in Sacramento, California.

12

13                         **Computer and Internet Use**

14  6.       I have used computers for roughly twenty years, and I believe that I am a proficient user.

15  7.       Since 1995, I have used the Internet to keep in touch with friends, conduct research, shop,

16  take care of my banking needs, read the news, among other activities.

17  8.       I have used JAWS screen-reading software for ten years. Screen-reading software is the

18  key to my independence, both in terms of my personal and professional capacities. I depend on it

19  to carry out essential tasks in my life.

20  9.       When web pages are properly coded, I can access them. I regularly use the web pages of

21  Google, MSN, CNN, The Gap, and Old Navy. When comparing Target's web page to others, I

22  believe that Target.com was one of the worst.

23

24                         **Experience with Target Retail Stores**

25  10.      Target is the closest retail store to my home. Like my friends and family, I prefer to shop

26  at Target.  Target products are high quality and affordable, and they meet my basic needs nicely.

27

28  *National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Michelle Bruns in Support of Plaintiff's Motion for Class Certification**

1

11.     I must use a local bus to reach the nearby Target store. Otherwise, I must ask my friends or family to drive me to the store.

### Harms Experienced Because of the Inaccessibility of Target.com

12.     Since I am blind, I like to enjoy the benefits that accompany online shopping. I prefer to use the web page of a store to get a sense of available products before I visit the store's physical location.

13.     As such, I would like to use Target.com because I want to get a better sense of what products are available before I spend the time to go to the physical store. Moreover, when I use search engines to comparison shop products by price, I believe Target.com often provides the best price.

14.     I have attempted to use the Target web page about ten times. At first, I spent roughly ninety minutes trying to decipher the site. The last time I visited the site was in approximately June 2006. Though I am a competent Internet user, I found using the site to be frustrating.

15.     I found that Target.com home page lacked labels so that I could not decipher what objects were on the page.

16.     After attempting to delve deeper into the page, I found that that web sites had long lists of categories without any usable links. Since the lists were not hyperlinked, I found that I could not navigate the page any further. For instance, I was able to notice the categories of products, such as those for Men, Women, or Gifts. However, once I get past those categories, I was unable to navigate the page. I was unable to access product information or proceed to checkout.

17.     My friends have used Target.com to coordinate their baby showers and gift registries. I was disappointed to discover that I could not purchase gifts for these events due to the inaccessibility of Target.com.

18.     I believe that Target.com treated me differently than it treated sighted people because I was unable to take advantage of its features.

19.     My experiences with Target.com made me feel frustrated and annoyed.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Michelle Bruns in Support of Plaintiff's Motion for Class Certification

2

20.     The lack of access to Target.com compromised my independence and forced me to rely on others for specific aspects of my shopping needs.

21.     My hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of _____, 2006, at Sacramento, California.

_____
Michelle Bruns

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Michelle Bruns in Support of Plaintiff's Motion for Class Certification

3

EXHIBIT 22

1   LAURENCE W. PARADIS (California Bar No. 122336)
    ROGER N. HELLER (California Bar No. 215348)
2   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
3   Berkeley, California 94704
    Telephone:    (510) 665-8644
4   Facsimile:    (510) 665-8511
    TTY:    (510) 665-8716

5   JOSHUA KONECKY (California Bar No. 182897)
    RACHEL BRILL (California Bar No. 233294)
6   SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
7   San Francisco, CA 94104
    Telephone:    (415) 421-7100
8   Fax:    (415) 421-7105
    TTY:    (415) 421-1655
9

10  DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
    BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11  120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
    Baltimore, MD 21202                           Syracuse, NY 13244-2130
12  Telephone:    (410) 962-1030                  Telephone:    (315) 443-9703
    Fax:    (410) 385-0869                        Fax:    (315) 443-9725
13

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19  NATIONAL FEDERATION OF THE          Case No.: C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
20  THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
    their members, and Bruce F. Sexton, on behalf
21  of himself and all others similarly situated,   **SUPPLEMENTAL DECLARATION OF**
                                                    **SHANNON DILLON IN SUPPORT OF**
22                                                  **PLAINTIFFS' MOTION FOR CLASS**
            Plaintiffs,                              **CERTIFICATION**
23

24  v.

25  TARGET CORPORATION,
            Defendant.
26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Shannon Dillon, declare as follows:

2  1.      The facts in this declaration are based upon my personal knowledge.  If called to testify,

3  I could testify competently to the facts described in this declaration.

4  2.      Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5  case.  I am submitting this supplemental declaration to explain in more detail how I utilize the

6  websites of retailers to make shopping in their stores more efficient and effective, and how I

7  would like to use Target.com to make shopping at Target stores more efficient and effective.

8  3.      I am 34 years old, and I am totally blind due to retinoblastoma.

9  4.      I am an attorney with the California Department of Corrections and Rehabilitation.

10  5.      My primary residence is in Albany, California.

11  6.      I have been a member of the National Federation of the Blind since 1990.

12  7.      I have been shopping at Target's stores for over 20 years, and have shopped at several

13  stores in the Sacramento area and Bay Area.  Most of my recent visits have been to the Target

14  store in El Cerrito, California.  I am a regular Target shopper.  I estimate that I've been to a

15  Target store between 10 and 20 times during the past year.

16  8.      I like to shop at Target because I believe their products are affordable and of good

17  quality.

18  9.      I do a considerable amount of my shopping at physical retail stores.  As with everyone,

19  shopping can be a challenge and a hassle for me.  To make my life easier, I have learned to use

20  stores' websites to make the process of shopping more efficient.  Specifically, before going to a

21  store to shop, I will often visit the store's website to research information about the products that

22  they sell in the store.  I look at the website to see what products are sold in the store, review

23  product descriptions, and get product details and specifications.  I do this very often and find that

24  it can be a tremendous help.  Among other things, it makes it much easier for me when I get to

25  the store and saves me a lot of time that I would otherwise have to spend in the store.  Since I

26  have done all of the research online, I can ask for the specific products I want when I walk in the

27  store, instead of having to walk around the aisles endlessly with a customer service

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Shannon Dillon in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   representative and asking them to read me the information on the packages, which often won't be

2   as detailed and helpful as the product descriptions online anyway.  It also allows me to avoid

3   having to struggle to communicate extensively with a customer service representative, who are

4   often difficult to communicate with and are sometimes hard to find in the store.  Also,

5   researching online the products that a store carries can sometimes save me a trip to the store—if I

6   find that a store doesn't have what I'm looking for, then I won't waste my time going there.

7   10.      I regularly use stores' websites, when they are accessible, for these purposes.  Among

8   others, I have recently used the websites of Nordstrom, Macy's and Old Navy to research

9   information about the products that are sold in those stores before going into those stores to shop.

10  11.      I have visited Target.com on multiple occasions, but have found it extremely difficult to

11  navigate and access information from the website because of various accessibility barriers on the

12  website.  My difficult experiences trying to access Target.com are described in my earlier

13  declaration in this case.

14  12.      Given how often I shop at Target, I would want to use Target.com to make shopping at

15  Target stores easier and more efficient for me.  If Target.com were accessible, I would use the

16  website to research information about products that are sold at Target stores so that I can get the

17  same benefits that I get from using other stores' websites.  This would save me considerable

18  time, allow me to be a more self-sufficient shopper, and generally make my life easier.

19

20          I declare under penalty of perjury under the laws of the United States of America that the

21      foregoing is true and correct.

22

23      Executed this _____ day of May, 2007, at Albany, California.

24

25                                          _____
                                            SHANNON DILLON

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Shannon Dillon in Support of Plaintiffs' Motion for Class Certification**

2

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  representative and asking them to read me the information on the packages, which often won't be
2  as detailed and helpful as the product descriptions online anyway.  It also allows me to avoid
3  having to struggle to communicate extensively with a customer service representative, who are
4  often difficult to communicate with and are sometimes hard to find in the store.  Also,
5  researching online the products that a store carries can sometimes save me a trip to the store—if I
6  find that a store doesn't have what I'm looking for, then I won't waste my time going there.
7  10.      I regularly use stores' websites, when they are accessible, for these purposes.  Among
8  others, I have recently used the websites of Nordstrom, Macy's and Old Navy to research
9  information about the products that are sold in those stores before going into those stores to shop.
10  11.      I have visited Target.com on multiple occasions, but have found it extremely difficult to
11  navigate and access information from the website because of various accessibility barriers on the
12  website.  My difficult experiences trying to access Target.com are described in my earlier
13  declaration in this case.
14  12.      Given how often I shop at Target, I would want to use Target.com to make shopping at
15  Target stores easier and more efficient for me.  If Target.com were accessible, I would use the
16  website to research information about products that are sold at Target stores so that I can get the
17  same benefits that I get from using other stores' websites.  This would save me considerable
18  time, allow me to be a more self-sufficient shopper, and generally make my life easier.
19
20      I declare under penalty of perjury under the laws of the United States of America that the
21      foregoing is true and correct.
22
23      Executed this 23 day of May, 2007, at Albany, California.
24                                            _____
25                                            SHANNON DILLON
26
27
28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Supplemental Declaration of Shannon Dillon in Support of Plaintiffs' Motion for Class Certification
                                                                    2

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:    (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:    (415) 421-7105
TTY:    (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:    (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:    (315) 443-9725

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHANNON DILLON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

I, Shannon Dillon, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.    If called to testify, I could testify competently to the facts described in this declaration.

### Background

2.      My name is Shannon Dillon. I am 33 years old, and I am totally blind due to retinoblastoma.

3.      I am an attorney with the California Department of Corrections and Rehabilitation.

4.      My primary residence is in Albany, California.

5.      I have been a member of the National Federation of the Blind since 1990.

### Computer and Internet Use

6.      I started using computers in 1988 when I was in high school. I am a proficient computer user with extensive Internet experience. Previously, I taught Internet accessibility to other blind individuals. I did this as an independent contractor and as an employee for several different bay area companies and organizations, including the Society for the Blind in Sacramento.

7.      I have accessed the Internet for at least ten years. Since Internet use is essential in law school, I have used the Internet frequently since 1997, the year I started law school. I use the Internet for legal research, job hunting, grocery shopping, and reading news, among other things.

8.      I have used JAWS screen-reading software for at least ten years. Screen-reading software makes me independent since it allows me to do my job, shop for groceries and Christmas gifts, and even write birthday cards, among other essential tasks. Before I used screen-reading software, I needed another person to read the computer screen for me as well as input information on my behalf.

9.      When graphics are labeled, I find navigating web pages to be possible and even efficient. I can readily use the web pages of Macy's, Nordstrom, Gap, and Victoria's Secret. Compared to other web pages, Target has been terrible to navigate.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Shannon Dillon in Support of Plaintiff's Motion for Class Certification

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

### Experience with Target Retail Stores

10.    I like to shop at Target because I believe their products are affordable and of good quality. My friends and family like to shop at Target stores as well.

### Harms Experienced Because of the Inaccessibility of Target.com

11.    I find it inconvenient to travel to a physical Target store. I tend to buy a lot of products, and as a result, I must take a taxi or must have someone drive me to and from the store. It takes 25 minutes to commute back home, and taxi rides can be expensive. Moreover, taxi services often involve long waits and can be unreliable.

12.    I find shopping online to be faster and more convenient than shopping in a physical store. Firstly, I do not have to worry about transportation to the store. I have limited time due to full time work and the commute to my job. Secondly, I sometimes feel as if customer service personnel perceive the time that they spend helping me as wasted. I do not enjoy feeling as if I am bothering them when I am trying to compare several different products. Finally, I find that the product descriptions can be better online. As a result, I can use Target.com in order to preview products that I can then ask for and purchase when I go to a physical Target store.

13.    I have used Target.com at least three times. These visits occurred over the last several years; the last instance was in April 2006. Since then, I have actively avoided the web page because of its inaccessibility.

14.    Despite my Internet proficiency, I found the site difficult to navigate because of inexplicable code and garbled text. The hyperlinks on the page were often random numbers or letters so that I was unable to determine where they led.

15.    I had great difficulty using the forms and fields on Target.com. I needed to switch computer modes in order to determine what information went into which field. On other web pages, this task is done quite easily and readily.

16.    During my first experience with the site, I exhausted four strategies of site navigation and was still unable to purchase products. For half an hour, I attempted to "check out" using all the

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Shannon Dillon in Support of Plaintiff's Motion for Class Certification

2

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  Internet access strategies that I used to teach to students. I even called and asked other friends for

2  suggestions, but my attempts failed.

3  17.   I was unable to use the "Continue to Checkout" button. I tried to click on this button in

4  four different ways with my JAWS cursor and my Braille display, but I was unable to click on

5  the button and purchase products. First, I tried to press Enter on this button. Second, I routed

6  JAWS to the check-out button in an attempt to double-click on it with my Braille display. Third,

7  I used the JAWS cursor and attempted to double-click with the slash on the number pad. Fourth,

8  I went to my home laptop computer and attempted to use the mouse button in conjunction with

9  the JAWS cursor. All my attempts and efforts failed.

10  18.   When my friend used Target.com to set up her wedding registry, I avoided using the site

11  because I believed that I would be unable to purchase gifts through it.

12  19.   In another instance, I was trying to buy a garbage bin with a lid to prevent my dog from

13  eating rubbish. Making this purchase at a store is problematic for me because, as a blind person, I

14  would have trouble carrying such a product home. However, I was prevented from this purchase

15  on Target.com since I could not click on the check-out button.

16  20.   Target.com made me feel frustrated and disgusted. When I desire a specific product, I

17  find it very frustrating to find it and not be able to buy it.

18  21.   Target.com did not treat me the same as a sighted individual. I feel that the web site did

19  not allow me to perform simple tasks that any sighted person can perform.

20  22.   The lack of access on Target.com compromised my independence and forced me to rely

21  on others. I have to call someone else to check out, and I cannot get good descriptions of

22  products. More importantly, if I get another person to help me use Target.com, I must reveal

23  personal information, such as my address and credit card number, to them.

24  23.   My hope is that Target will make and keep its website fully and easily accessible for the

25  blind so that I can shop the website just as sighted people do.

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Shannon Dillon in Support of Plaintiff's Motion for Class Certification

3

1   I declare under penalty of perjury under the laws of the United States of America that the

2   forgoing is true and correct.

3

4   Executed this January day of _____, 2007, at Albany, California.

5

6                                                   _____
                                                            SHANNON DILLON
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Shannon Dillon in Support of Plaintiff's Motion for Class Certification

4

1

2

3      \\server\Cases\NFB.Target\Pleadings\Class_Certification_Declarations\B_Dillon.doc

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8544



1/8/07

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Shannon Dillon in Support of Plaintiff's Motion for Class Certification**

1

EXHIBIT 23

1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:     (510) 665-8644
4  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716

5  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
6  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
7  San Francisco, CA 94104
   Telephone:     (415) 421-7100
8  Fax:           (415) 421-7105
   TTY:           (415) 421-1655
9

10 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                          Syracuse, NY 13244-2130
12 Telephone:     (410) 962-1030                Telephone:     (315) 443-9703
   Fax:           (410) 385-0869                Fax:           (315) 443-9725
13

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP **CLASS ACTION** **SUPPLEMENTAL DECLARATION OF TIM ELDER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 22                    Plaintiffs, | |
| 23  v. | |
| 24  TARGET CORPORATION, | |
| 25           Defendant. | |

26

27

28

*(left margin, vertical text)* DISABILITY RIGHTS ADVOCATES  2001 CENTER STREET, THIRD FLOOR  BERKELEY, CALIFORNIA 94704-1204  510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Tim Elder, declare as follows:

2    1.      The facts in this declaration are based upon my personal knowledge.   If called to testify,

3    I could testify competently to the facts described in this declaration.

4    2.      Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5    case.  I am submitting this supplemental declaration to further explain how I use retailers'

6    websites, and would like to use Target.com if it were accessible, to make shopping in the stores

7    more effective and efficient.

8    3.      I am 27 years old.

9    4.      I reside in San Francisco, California.

10   5.      I have been legally blind since 2004.

11   6.      I have visited several Target stores in the Bay Area, including stores in the Palo

12   Alto/Menlo Park area and in Livermore.  I have been shopping at Target stores for many years,

13   and have historically visited Target stores several times a year.

14   7.      Though shopping online has many advantages, there are many times where I need or

15   choose to do my shopping in-person at a physical store.  Sometimes, for example, I need a

16   product immediately and so can't wait for it to be delivered.  Sometimes, for example, I may

17   want to get my hands on a product before making the final decision to buy it.

18   8.      One of the ways that I make shopping at physical stores easier and more efficient is by

19   using a store's website, as long as it is accessible, to get information about what's at the store

20   before I go to the store.  I can use stores' websites to compare prices and product availability

21   among several stores and get extensive information about the products that are sold in the stores,

22   including some information that I can't get, or may have difficulty getting, in person because I

23   am blind.  This process allows me to identify the right store to go to, without having to

24   physically visit several stores to figure out where to buy what I want, and it saves me

25   considerable time once I get to the store because I know what I want when I get to the store.

26   9.      For example, when I shop for appliances, I find it useful to get price and other product

27   information online, comparison shop among several stores to get the best deal, and check stores'

28

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Supplemental Declaration of Tim Elder in Support of Plaintiffs' Motion for Class Certification

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    websites for availability.  Having done that research at my convenience on my computer, I can

2    choose the single best store to visit and can get in and out of that store quickly with the product

3    that I want, without having to rely too much on assistance from anybody.

4    10.    I have attempted on numerous occasions to access Target.com with my screen reader, but

5    have found it extremely difficult, and at times impossible, to access information on the website.

6    My difficulties trying to access Target.com are described in my earlier declaration in this case.

7    11.    If Target.com were accessible, I would like to use the website to get information about

8    the goods and services that are offered at Target stores.  That would allow me to shop more

9    efficiently and independently at Target stores when I go there.  It would also allow me to

10   compare the prices and product selection at Target stores with other stores, and help me decide

11   whether or not to buy particular products at Target stores.

12   12.    As described in my earlier declaration in this case, I was not able to access the wedding

13   registry page on Target.com when my friends were registered at Target.  By contrast, I have been

14   able to access the online registry pages on other retailers' websites.  For example, on the

15   occasion that I was not able to access Target.com's wedding registry page, I visited Bed Bath &

16   Beyond's website because my friends were registered there as well.  I was able to access the

17   registry page on Bed Bath & Beyond's website with no problem, and made a purchase for my

18   friends on Bed Bath & Beyond's website.

19   13.    I understand that visitors to Target.com can access coupons for savings on goods and

20   services offered at Target stores.  I would like to be able to access and use the coupons there as

21   sighted visitors can, and would do so if Target.com were accessible.

22

23       I declare under penalty of perjury under the laws of the United States of America that the

24       foregoing is true and correct.

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Tim Elder in Support of Plaintiffs' Motion for Class Certification**

2

05/22/2007 11:43 1

PAGE 02

Executed this 22 day of May, 2007, at San Francisco, California.

_____
TIM ELDER

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Supplemental Declaration of Tim Elder In Support of Plaintiffs' Motion for Class Certification

3

# EXHIBIT A

1  LAURENCE W. PARADIS (California Bar No. 122336)
   lparadis@dralegal.org
2  MAZEN M. BASRAWI (California Bar No. 235475)
   mbasrawi@dralegal.org
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
4  Berkeley, California 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
6
7  TODD M. SCHNEIDER (California Bar No. 158253)
   tschneider@schneiderwallace.com
8  JOSHUA KONECKY (California Bar No. 182897)
   jkonecky@schneiderwallace.com
9  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
10 San Francisco, CA 94104
   Telephone:    (415) 421-7100
11 Fax:          (415) 421-7105
   TTY:          (415) 421-1655
12 DANIEL F. GOLDSTEIN (*pro hac vice*)
   dfg@browngold.com
13 BROWN, GOLDSTEIN & LEVY, LLP
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Fax:          (410) 385-0869
16
                 **UNITED STATES DISTRICT COURT**
17
                 **NORTHERN DISTRICT OF CALIFORNIA**
18
                 **SAN FRANCISCO DIVISION**
19
20 NATIONAL FEDERATION OF THE          Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
21 THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
22 of himself and all others similarly situated,   **DECLARATION OF TIM ELDER IN**
                                          **SUPPORT OF PLAINTIFFS' MOTION**
23          Plaintiffs,                   **FOR PRELIMINARY INJUNCTION**

24 v.                                     Hearing Date: June 12, 2006
                                          Time:      2:00 p.m.
25 TARGET CORPORATION,                    Judge:     The Honorable Marilyn Hall
                                                     Patel
26          Defendant.

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1  I, Tim Elder, declare as follows:

2  1.      The facts in this declaration are based upon my personal knowledge.   If called to testify,

3  I could testify competently to the facts described in this declaration.

4  **Background**

5  2.      I am 26 years old.

6  3.      I reside in Palo Alto, California.

7  4.      I have been legally blind since 2004.

8  **Internet Use**

9  5.      I have used the screen reading software "JAWS" to access computers and, especially, the

10  internet for at least six months.

11  6.      I use the internet every day for a variety of functions and activities in my daily life,

12  including: email, shopping for groceries and other products, maintaining my own website,

13  browsing and reference, and search functions.

14  7.      I shop online rather than go to a physical store because I find it significantly easier to do

15  so.  To go to a physical store, I must arrange a ride with a friend or family member or use public

16  transportation, which often does not get me within close enough proximity to a store to make

17  such a trip worth the trouble.

18  8.      In addition, when I shop online I can read product labels, descriptions, and price

19  information that I would not be able to read at a physical place without assistance.

20  9.      Using my screen reader to access the internet has significantly improved my own view of

21  my independence to conduct personal business without the help of others.

22  **Harms Experienced Because of the Inaccessibility of Target.com**

23  10.      I would like to shop at Target.com because traveling to the physical retail location

24  necessitates a significant expense of time, energy, and money.

25  11.      I have attempted on numerous occasions to access Target.com with my screen reader.

26  12.      I have found it extremely difficult, and at times impossible, to browse for and purchase

27  products on Target.com using my screen reader.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.:  C 06-01802 MHP**
**Declaration of Tim Elder in support of Plaintiffs' Motion for Preliminary Injunction**

1

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

13. Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text. I have attempted to purchase items at Target.com, but I was unable to complete a purchase using my screen access software.

14. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and a wedding registry, which I would use if they were accessible.

15. Friends of mine were registered at Target's wedding registry, but I could not access the wedding registry page on Target.com and so I went to a different website to purchase a gift for them.

16. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

17. If Target.com were an accessible website I would visit the website and make purchases at the website.

18. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this April day of 25, 2006, at Palo Alto, California.

_____
TIM ELDER

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Tim Elder in support of Plaintiffs' Motion for Preliminary Injunction

2

EXHIBIT 24

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:          (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:          (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHARON MANEKI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Sharon Maneki, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.  If called to testify, I could testify competently to the facts described in this declaration.

2.      I am 60 years old and I live in Columbia, Maryland.

3.      I have been blind since birth.

4.      I have been a member of the National Federation of the Blind for approximately 30 years.

5.      I use a screen reader to access the internet, among other computer programs.  I have been using a screen reader to access the internet since approximately 2000.

6.      I visit Target retail stores regularly.  I have been shopping at Target stores for several years, and I generally visit a Target store every one or two months.  The Target stores that I visit most frequently are one in Columbia, Maryland and one in Ellicott City, Maryland.

7.      I often shop at physical retail stores.  I sometimes will go to a store's website and review information about the products that they sell in the store, including price information and product details.  That saves me a lot of time when I go to the store because I already know what I want, from looking at the website, when I get there.  It also means that I can largely avoid having to rely on someone that works at the store to help me shop in the store, which can be very time consuming and makes me feel very dependent.

8.      I was recently looking to buy pots.  I thought that they might carry the pots that I wanted at Bed Bath & Beyond.  I went to the Bed Bath & Beyond website to see if they in fact carried the pots that I was looking for.  It turned out that they did not carry those pots, and so I did not go to the Bed Bath & Beyond store to buy pots.  My visit to Bed Bath & Beyond's website saved me a trip to the store.

9.      I have tried to access Target.com approximately four or five times.  I have found Target.com to be extremely difficult to navigate using a screen reader.  In fact, in my attempts to access Target.com, I was not able to get very far on the website at all.  Target.com was poor compared to other retailers' websites in terms of accessibility.

10.     If Target.com were accessible, I would want to preview products that are at Target stores

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Sharon Maneki in Support of Plaintiffs' Motion for Class Certification**

1

1  on the website, so that I could shop more quickly and independently at Target stores.

2  11.    If Target.com were accessible, I would like to be able to access the coupons that I

3  understand are on Target.com.  I would like to be able to review the coupons and use them to get

4  discounts at Target stores.

5

6    I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing is true and correct.

8

9  Executed this 19th day of May, 2007, at Columbia, Md.

10

11                                   SHARRON MANEKI

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Sharon Maneki in Support of Plaintiffs' Motion for Class Certification**

2

EXHIBIT 25

1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:    (510) 665-8644
   Facsimile:    (510) 665-8511
4  TTY:          (510) 665-8716

5  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
6  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
7  San Francisco, CA 94104
   Telephone:    (415) 421-7100
8  Fax:          (415) 421-7105
   TTY:          (415) 421-1655
9

10 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                          Syracuse, NY 13244-2130
12 Telephone:    (410) 962-1030                 Telephone:    (315) 443-9703
13 Fax:          (410) 385-0869                 Fax:          (315) 443-9725

14

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19 NATIONAL FEDERATION OF THE              Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
20 THE BLIND OF CALIFORNIA, on behalf of    **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
21 of himself and all others similarly situated,   **SUPPLEMENTAL DECLARATION OF**
                                            **OLGA PETERKIN IN SUPPORT OF**
22               Plaintiffs,                **PLAINTIFFS' MOTION FOR CLASS**
                                            **CERTIFICATION**
23
   v.
24
   TARGET CORPORATION,
25               Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Olga Peterkin, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.    If called to testify,

3    I could testify competently to the facts described in this declaration.

4    2.    Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5    case.  I am submitting this supplemental declaration to explain how I use retailers' websites, and

6    would like to use Target.com, to make shopping at the stores easier.

7    3.    My name is Olga Peterkin, and I was born March 16, 1964.

8    4.    Due to glaucoma, I have been legally blind since birth.

9    5.    I am a full-time mother. I work part-time for the Helping Hands program, which assists

10    developmentally disabled adults.

11    6.    My primary residence is in Orange, California.

12    7.    I have been a member of the Orange County chapter of the National Federation of the

13    Blind since August 2006.

14    8.    I like purchasing particular products, such as soaps, shampoos, vitamins, over-the-counter

15    medicines, and other household products, at Target retail stores. I believe Target products are

16    affordable.  My family and friends use Target stores.

17    9.    I shop at Target stores very often, at least two times per month.  I primarily shop at two

18    Target stores, one in Fullerton, California and one in Orange, California.  I have been shopping

19    at Target stores for many years.

20    10.    I like to use stores' websites, when they are accessible, to get an idea of the products

21    available in the store so that I can use my time more efficiently when I visit the store.

22    Researching product information and prices online before going to the store allows me to get in

23    and out of the store much more quickly, and allows me to shop more independently, since I don't

24    have to depend on anyone in the store to read me product descriptions and prices or walk around

25    with me to help me shop.

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Olga Peterkin in Support of Plaintiffs' Motion for Class Certification**

1

11.     I have attempted to access Target.com, but have found the website to be largely inaccessible.  My frustrating experiences trying to access Target.com are described in my earlier declaration.

12.     I would like to be able to use Target.com to preview products that I can purchase at physical Target stores.  That would allow me to shop Target's retail store more efficiently.  Given how often I shop at Target stores, being able to use Target.com to preview products available at the store would mean a significant time savings for me, and would allow me to shop with a greater degree of independence.  I understand that Target.com allows visitors to preview products that are available at Target stores.  If it were accessible, I would use Target.com for that purpose.

13.     I understand that Target posts coupons on Target.com that allow shoppers to get discounts on products at Target stores.  I would like to have the opportunity to read and download coupons from the website for use at the stores, and would like to use this feature if it were accessible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24 day of May, 2007, at Orange, California.

Olga Peterkin
OLGA PETERKIN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Supplemental Declaration of Olga Peterkin in Support of Plaintiffs' Motion for Class Certification**

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215348)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:         (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:         (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF OLGA PETERKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Olga Peterkin, declare as follows:

2    1.      The facts in this declaration are based upon my personal knowledge.   If called to testify,

3    I could testify competently to the facts described in this declaration.

4

5                                **Background**

6    2.      My name is Olga Peterkin, and I was born March 16, 1964.

7    3.      Due to glaucoma, I have been legally blind since birth.

8    4.      I am a full-time mother. I work part-time for the Helping Hands program, which assists

9    developmentally disabled adults.

10   5.      My primary residence is in Orange, California.

11   6.      I have been a member of the Orange County chapter of the National Federation of the

12   Blind since September 2006.

13

14                          **Computer and Internet Use**

15   7.      I have used computers since 1998. I believe I am a proficient computer user since I can

16   use most software programs I need as well as access most web pages.

17   8.      I have used the Internet since 2000. The Internet allows me to communicate via e-mail,

18   research home-schooling resources for my children, browse products I want to buy, organize my

19   finances with online banking, surf web sites for fun, among other tasks.

20   9.      I have used JAWS screen-reading software since 1998. Screen-reading software makes

21   me a much more independent person.

22   10.     When web pages are properly coded, I can access them. I regularly use the web pages of

23   MSN, XM radio, Google, CitiBank, and Washington Mutual. The majority of web sites I have

24   used are much more accessible than Target.com.

25

26                      **Experience with Target Retail Stores**

27   11.     I like purchasing particular products, such as soaps, shampoos, vitamins, over-the-counter

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   medicines, and other household products, at Target retail stores. I believe Target products are

2   affordable. My family and friends use Target stores.

3

4   **Harms Experienced Because of the Inaccessibility of Target.com**

5   12.    I like to use online stores to get an idea of available products so that I can use my time

6   more efficiently when I visit physical stores. I have previously sought out information regarding

7   vitamins, books, and clocks in this manner.

8   13.    Similarly, access to Target.com would allow me to preview products I can purchase at

9   physical Target stores. It would also allow me to have big items shipped to me directly. These

10  features are of particular importance to me since I am a blind individual.

11  14.    It is somewhat inconvenient for me to travel to a physical Target store. I do not always

12  have someone willing to drive me. Using the public bus, it takes about forty minutes to commute

13  each way to Target. Due to my disability, it is difficult for me to carry products I purchase back

14  with me.

15  15.    I attempted to use Target.com twice. The last instance was in November 2005. I spent at

16  least one hour trying to navigate the site and purchase products. I refrained from revisiting the

17  site due to its inaccessibility.

18  16.    I found inexplicable code and garbled text prevented me from fully navigating

19  Target.com.

20  17.    Target.com contained links and images without labels about what they were or what they

21  did. Since I had to click on images to get to where I wanted to go, I found the site to be difficult

22  to use.

23  18.    Target.com did not have headings so that I could skim the page at hand.

24  19.    I found that the Continue to Checkout button required mouse clicks so as to be

25  inaccessible. I could not place my JAWS cursor on a location where I could click the button.

26  Hence, I was unable to proceed with my purchase.

27  20.    I would like to access wedding and baby shower registries on Target.com.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification

2

21.    Using Target.com made me frustrated and angry. I felt that Target did not care that blind people like me were struggling to use its web page.

22.    The lack of access on Target.com compromised my independence and forced me to rely on others to shop.

23.    My hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of ⎯⎯⎯ , 2006, at Orange, California.

OLGA PETERKIN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Olga Peterkin in Support of Plaintiff's Motion for Class Certification**

3

# EXHIBIT 26

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KEN METZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Ken Metz, declare as follows:

1.     The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

2.     I am submitting this declaration to explain how I use retailers' websites, and would like to use Target.com if it were accessible, to enhance my in-store shopping experiences.

3.     I am 61 years old.

4.     I have been blind since birth.

5.     I reside in San Gabriel, California.

6.     I am the director of the Davidson Program for Independence, an instructional program for newly blind adults, at Junior Blind of America.

7.     I have been shopping at Target stores for about four years.  Until recently, my wife and I shopped at the Target store in Los Angeles on La Cienega Blvd.  We recently moved, and now will shop at the Target in Alhambra.

8.     I shop at Target stores about once a month.  I like Target because they have a wide selection of items at reasonable prices.

9.     The internet is an integral part of shopping for me—I probably use retail websites three or four times every week.  The internet has made me substantially more independent, because I have to ask for assistance much less often.  For example, my wife and I like to look up menus before going out to eat, which makes dining much easier.  When I shop in stores, I can come equipped with information about what products I want.

10.     Sometimes I purchase items online, but there are many times when I prefer to physically check out items before purchasing them.  Although I will order canned foods delivered, I will only buy produce or meat in person.  Likewise, there are many non-food items that I prefer to actually inspect.

11.     I regularly use Costco.com and Walmart.com to view and compare products before going into those stores.  I also frequently use the YellowPages, Washington Mutual Bank, and MTA websites.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Ken Metz in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

12.    I have tried to use Target.com on multiple occasions.  I found the site very difficult to use.  Target.com was much more graphic-intensive than other websites I regularly use; and many of the images had no alt-text.  Because of all the graphics, it took me a very long time to find what I was looking for; and I didn't know whether I had missed information along the way. When (or if) I finally found a product, the visual nature of the pages made the descriptions less useful to me.

13.    If Target.com were accessible, I would like to be able to use it to compare items and to view prices and product descriptions more easily and independently.  This would make shopping in the stores easier and more efficient.

14.    I would also like to be able to print coupons from Target.com to take to the stores.  Like everyone else, I prefer to save money.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of May, 2007, at San Gabriel, California.

_____
KEN METZ

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: **C 06-01802 MHP**
**Declaration of Ken Metz in Support of Plaintiffs' Motion for Class Certification**

2