EXHIBIT 27

Dockets.Justia.com

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:      (510) 665-8644
Facsimile:      (510) 665-8511
TTY:            (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:      (415) 421-7100
Fax:            (415) 421-7105
TTY:            (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:      (410) 962-1030
Fax:            (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:      (315) 443-9703
Fax:            (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF KEN VOLONTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Ken Volonte, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

2.      Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this case.  I am submitting this supplemental declaration to explain in more detail how I utilize the websites of retailers to make shopping in their stores more efficient and effective, and how I would like to use Target.com to make shopping at Target stores more efficient and effective.

3.      I am 55 years old.

4.      I have been legally blind since birth due to a congenital disease.

5.      I reside in Stockton, California.

6.      I have been a member of the National Federation of the Blind for 35 years.

7.      I have been a member of the National Federation of the Blind of California for 35 years.

8.      I visit the closest Target store in Stockton approximately three or four times per year.  I have been shopping at Target stores for many years.

9.      I regularly visit physical retail stores of all kinds to shop and make purchases.  If a store has an accessible website, I sometimes will research on the website the products that are available at the store, so that I know what store to go to and what to ask for when I get there.  I have found that doing so allows me to spend less time in stores and more time doing the things that I'd rather be doing.  I have used this method in shopping, for example, for appliances and electronics.

10.      For some items, like electronics, I need to be able to get my hands on an item, so that I know whether I can access its features, before I can make the decision to purchase it.  So for that kind of item, for example, I will often look up information online about the choices available in a particular store, and then go down to the store to check out the most promising choice or choices in person, and then maybe make a purchase.  Looking up the information online saves me time in the store because I know exactly which products I need to check out when I walk in the store.

11.      For example, I was recently in the market for a new receiver for my stereo.  I went to

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Supplemental Declaration of Ken Volonte in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  Circuit City's website to check out the receivers that they had at their stores. I found a receiver

2  that I wanted, went to the Circuit City store to check it out in person, and bought it.

3  12.    I have tried to access Target.com on numerous occasions, but have found the website to

4  be largely inaccessible. My difficulties trying to access Target.com are described in my previous

5  declaration in this case.

6  13.    If Target.com were accessible, I would like to use the website to get information about

7  the products that are available at Target stores so I can shop Target stores more efficiently and

8  effectively.

9  14.    I understand that Target posts weekly advertisements on Target.com for goods and

10  services that are on sale at the stores. I would like to access those ads on Target.com if the

11  website was accessible.

12  15.    I understand that Target customers can order prescription refills on Target.com and then

13  pick up the refills at a Target store. I currently use the pharmacy services at Walgreens. I am

14  able to use the Walgreens website to order prescription refills and then pick up the refills at a

15  physical Walgreens store. I find this to be a major benefit of using Walgreens for my pharmacy

16  needs. I wish that I had the option to use Target's pharmacy services, but unless I can access

17  Target's online pharmacy services, Target's pharmacy services, overall, are inferior to

18  Walgreens' pharmacy services and not an attractive option.

19

20     I declare under penalty of perjury under the laws of the United States of America that the

21     foregoing is true and correct.

22

23     Executed this _____ day of May, 2007, at Stockton, California.

24

25                                                _____

26                                                KEN VOLONTE

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.: C 06-01802 MHP**
**Supplemental Declaration of Ken Volonte in Support of Plaintiffs' Motion for Class Certification**

2

1  Circuit City's website to check out the receivers that they had at their stores. I found a receiver

2  that I wanted, went to the Circuit City store to check it out in person, and bought it.

3  12.    I have tried to access Target.com on numerous occasions, but have found the website to

4  be largely inaccessible. My difficulties trying to access Target.com are described in my previous

5  declaration in this case.

6  13.    If Target.com were accessible, I would like to use the website to get information about

7  the products that are available at Target stores so I can shop Target stores more efficiently and

8  effectively.

9  14.    I understand that Target posts weekly advertisements on Target.com for goods and

10  services that are on sale at the stores. I would like to access those ads on Target.com if the

11  website was accessible.

12  15.    I understand that Target customers can order prescription refills on Target.com and then

13  pick up the refills at a Target store. I currently use the pharmacy services at Walgreens. I am

14  able to use the Walgreens website to order prescription refills and then pick up the refills at a

15  physical Walgreens store. I find this to be a major benefit of using Walgreens for my pharmacy

16  needs. I wish that I had the option to use Target's pharmacy services, but unless I can access

17  Target's online pharmacy services, Target's pharmacy services, overall, are inferior to

18  Walgreens' pharmacy services and not an attractive option.

19

20      I declare under penalty of perjury under the laws of the United States of America that the

21      foregoing is true and correct.

22

23      Executed this 17 day of May, 2007, at Stockton, California.

24

25      
        KEN VOLONTE

26

27

28

National Federation of the Blind, et al. v. Target Corporation, et al.
Case No.: C 06-01802 MHP
Supplemental Declaration of Ken Volonte in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:    (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:    (415) 421-7100
Fax:    (415) 421-7105
TTY:    (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:    (410) 385-0869

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KEN VOLONTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:    2:00 p.m.<br>Judge:    The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1   I, Ken Volonte, declare as follows:

2   1.      The facts in this declaration are based upon my personal knowledge.   If called to testify,

3   I could testify competently to the facts described in this declaration.

4   ### Background

5   2.      I am 55 years old.

6   3.      I have been legally blind since birth due to a congenital disease.

7   4.      I reside in Stockton, California.

8   5.      I have been a member of the National Federation of the Blind for 35 years.

9   6.      I have been a member of the National Federation of the Blind of California for 35 years.

10   ### Internet Use

11   7.      I have used the screen reading software "JAWS" to access computers and, especially, the

12   internet for eight months.  Before that, I used a DOS computer that could not access the internet.

13   8.      I decided to switch to a Windows-based computer in order to take advantage of all the

14   internet has to offer, including newsgroups, shopping, and email.

15   9.      I use the internet every day for a variety of functions and activities in my daily life.

16   10.      I prefer to shop online rather than going to a physical store mostly because I like to avoid

17   crowds, especially around the holiday season.

18   11.      Using my screen reader to access the internet has significantly improved my own view of

19   my independence to conduct personal business without the help of others.

20   ### Experience with Target Retail Stores

21   12.      I have shopped at a Target store that is near my home.

22   ### Harms Experienced Because of the Inaccessibility of Target.com

23   13.      I have attempted on numerous occasions to access Target.com with my screen reader.

24   14.      I have found it extremely difficult, and at times impossible, to browse for products on

25   Target.com using my screen reader.

26   15.      Upon accessing Target.com on several occasions, I have become frustrated with

27   inexplicable code and garbled text that has prevented me from continuing to navigate through the

28   site.

---

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction**

1

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

16. If Target.com were accessible to my screen reader, I would use it to shop frequently. I like Target's selection of products and their prices.

17. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and an online pharmacy, which I would like to use if the website were accessible.

18. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

19. Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to purchase items on different websites instead of going to the Target retail store near me.

20. Target.com's inaccessibility makes me feel as though Target does not care about me as a customer or my patronage of their stores and website because I am blind.

21. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this April day of _____, 2006, at Stockton, California.

_____
KEN VOLONTE

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction

2

16. If Target.com were accessible to my screen reader, I would use it to shop frequently. I like Target's selection of products and their prices.

17. I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements and an online pharmacy, which I would like to use if the website were accessible.

18. I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

19. Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to purchase items on different websites instead of going to the Target retail store near me.

20. Target.com's inaccessibility makes me feel as though Target does not care about me as a customer or my patronage of their stores and website because I am blind.

21. My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this April day of 1�8 , 2006, at Stockton, California.

_____
KEN VOLONTE

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Ken Volonte in support of Plaintiffs' Motion for Preliminary Injunction

2

EXHIBIT 28

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:             (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Fax:             (415) 421-7105
TTY:             (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:             (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:             (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF ANN TAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

1  I, Anne Taylor, declare as follows:

2  1.        The facts in this declaration are based upon my personal knowledge.   If called to

3  testify, I could testify competently to the facts described in this declaration.

4  2.        My name is Anne Taylor.

5  3.        I live in Catonsville, Maryland.

6  4.        I am the Director of Access Technology for the National Federation of the Blind.

7  5.        I have been a member of the National Federation of the Blind since 1990.

8  6.        I am legally blind and use screen-access software to access the Internet.

9  7.        I often consult store websites before shopping at the physical store.  Typically, I look

10  for prices, product information and specifications, and product / customer reviews on the website

11  before deciding to buy an item from the store.  I visit the websites for stores such as Wal-Mart,

12  Hecht's (now Macy's), Safeway, and music stores.

13  8.        Going to a store's website before buying products from the physical store has a

14  number of benefits.  First, I can get a comprehensive overview of the product area I am

15  interested in.  I can also find detailed information about the products without having to rely on a

16  store clerk's description.  Sometimes I can find out from the website whether my local store

17  carries the item I want to buy.  At the very least, by visiting the website in advance, I can easily

18  determine which products I want to buy, note the item numbers, and even call the store to ask

19  them to hold the items for me. Then, all I need to do is walk into the store and pay.  Since I often

20  take a cab to get to the store, using store websites before I go shopping saves me both time and

21  money.

22  9.        I shop at Target stores at least six times per year.  There are nearby Target stores in

23  Columbia, Ellicott City, and Glen Burnie, Maryland.  I have been shopping at Target stores for

24  over six years.

25  10.       I shop at Target because I find Target's products are generally of better quality than

26  Wal-Mart's.  I also like to shop at Target because its stores appear to be clean and well-

27  organized.  I buy clothes, electronics and household products at Target.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Anne Taylor in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

11.     In the past, I have tried to use Target's website to find product information with extensive difficulty and frustration. For example, at Christmastime last year, I wanted to buy a Star Trek: The Next Generation box-DVD set for my husband, who is a big Start Trek fan. At the time, I was planning to go to a Target store to purchase household products. I went to Target's website to find out whether Target sold the DVD set, thinking that if it did I would pick up the gift while at the Target store. Using Target's website proved to be a significantly cumbersome and nearly impossible task. I had difficulty navigating the page and could not find what I was looking for. After a while, I gave up and went to Wal-Mart.com where I found and purchased the DVD set I was looking for.

12.     On another occasion, I tried to access Target's gift registry to buy a present for a friend's wedding. Again, it was overwhelmingly difficult to get to the registry and find the items. I could not navigate through the online registry easily or find information about the gifts. So, I asked my friend who was getting married to find a product she wanted from another website and paid for it with my credit card.

13.     Because I have experienced so much difficulty when attempting to use Target's website, I shop more frequently at Wal-Mart stores. Although I prefer Target's products and stores to Wal-Mart's, Wal-Mart's website is far easier and faster for me to use.

14.     If Target's website were accessible, I would use it to find product and sale information, as well as gift registry items, before going to Target stores. I would also shop at Target more frequently than I currently do.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Anne Taylor in Support of Plaintiffs' Motion for Class Certification

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2007, at Baltimore, MD,

_____
ANNE TAYLOR

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Anne Taylor in Support of Plaintiffs' Motion for Class Certification

3

# EXHIBIT 29

1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:    (510) 665-8644
   Facsimile:    (510) 665-8511
4  TTY:          (510) 665-8716

5  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
6  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
7  San Francisco, CA  94104
   Telephone:    (415) 421-7100
8  Fax:          (415) 421-7105
9  TTY:          (415) 421-1655

10 DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP                 900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700            Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                         Syracuse, NY 13244-2130
12 Telephone:    (410) 962-1030                Telephone:    (315) 443-9703
13 Fax:          (410) 385-0869                Fax:          (315) 443-9725

14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18

19 NATIONAL FEDERATION OF THE            Case No.:  C 06-01802 MHP
   BLIND, the NATIONAL FEDERATION OF
20 THE BLIND OF CALIFORNIA, on behalf of  **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
21 of himself and all others similarly situated,   **SUPPLEMENTAL DECLARATION OF**
                                        **MARIA MORAIS IN SUPPORT OF**
22                Plaintiffs,           **PLAINTIFFS' MOTION FOR CLASS**
                                        **CERTIFICATION**
23
   v.
24
   TARGET CORPORATION,
25       Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  I, Maria Morais, declare as follows:

2  1.      The facts in this declaration are based upon my personal knowledge. If called to testify, I

3  could testify competently to the facts described in this declaration.

4  2.      Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5  case. I am submitting this supplemental declaration to expand upon how I use retailers'

6  websites, and would like to use Target.com, to enhance my in-store shopping experience.

7  3.      My name is Maria Ernestina Morais. I was born February 1, 1966.

8  4.      I have no functional vision. I was born with low vision, but I have lost my sight due to a

9  progressive eye condition. I have been legally blind since I was ten years old.

10  5.      I am a homemaker.

11  6.      I reside in Ruston, Louisiana.

12  7.      I have been a member of the National Federation of the Blind since 1986.

13  8.      I shop at Target stores. I like their merchandise. I think they have a nice variety of high

14  quality products which are available at affordable prices. I shop at the Target store closest to my

15  house, which is about 30 miles away, in Monroe, Louisiana. I have been to that Target store

16  approximately 4 or 5 times in the past year. In all, I've been shopping at Target stores for about

17  13 or 14 years.

18  9.      Though I generally prefer to shop online when I can, there are lots of times when I make

19  purchases in physical retail stores, including Walmart and many other stores. I often visit

20  retailers' websites to get information about the products that they sell at their stores. That way, I

21  know what products I can expect to find when I get to the store and what I can expect to pay for

22  them. With that information, I know what questions to ask when I get to the store and can get

23  out of the store more quickly. Also, if I learn from the website that the store doesn't have a

24  product that I'm looking for or they have it at a price that I'm not happy with, I can avoid the

25  hassle of going to the store for nothing. I use Walmart.com for these purposes fairly often. I

26  also use Loews.com and other retailers' websites for these purposes regularly.

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Supplemental Declaration of Maria Morais in Support of Plaintiffs' Motion for Class Certification

10.     Recently, I have been looking to buy a play house for my kids. I visited Toys 'R Us to check what they had available and their prices, and decided not to buy it there. I then visited Walmart.com, to check what they had available at their stores. I then went to a Walmart store to check out their options in person. I am still in the process of shopping for the play house.

11.     I have attempted to use Target.com, but have found it difficult to access information on the website. My attempts and frustrations trying to access the website are described in my earlier declaration. If it were accessible, I would like to use Target.com in the same way that I use Walmart.com and other retailers' websites—to get information about products available at the store before I go to the store.

12.     Being able to use Target.com to get information about products available at the store would allow me to shop more efficiently at Target stores, as I am able to do at Walmart and the stores of other retailers that have accessible websites. I would be able to know exactly what I want when I get there and could just ask someone to get the product that I want. Also, in the case of Target, because the closest store is pretty far away from my home, and getting to and from there can be a hassle and an expense, it would be particularly helpful to know what is available at the store and at what price before deciding whether or not it makes sense to go to the store at all.

13.     As described in my earlier declaration in this case, I tried but was unable to use Target.com's baby registry services because the website was not accessible. One of my friends registered with Target, but I could not see what she registered for or buy a gift for her on Target.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _23_ day of May, 2007, at Ruston, Louisiana.

Maria Morais

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Supplemental Declaration of Maria Morais in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
ROGER HELLER (California Bar No. 215483)
rheller@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Crouse-Hinds, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION OF
THE BLIND OF CALIFORNIA, on behalf of
their members, and Bruce F. Sexton, on behalf
of himself and all others similarly situated,

                    Plaintiffs,

v.

TARGET CORPORATION,
                    Defendant.

Case No.: C 06-01802 MHP

CLASS ACTION

DECLARATION OF MARIA MORAIS IN
SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Maria Morais, declare as follows:

2    1.      The facts in this declaration are based upon my personal knowledge. If called to testify, I

3    could testify competently to the facts described in this declaration.

4

5                                    **Background**

6    2.      My name is Maria Ernestina Morais. I was born February 1, 1966.

7    3.      I have no functional vision. I was born with low vision, but I have lost my sight due a

8    progressive eye condition. I have been legally blind since I was ten years old.

9    4.      I am a homemaker.

10    5.      I reside in Ruston, Louisiana.

11    6.      I have been a member of the National Federation of the Blind since 1986.

12

13                             **Computer and Internet Use**

14    7.      I have used computers since 1988, and I would say I am an average computer user.

15    8.      I have accessed the Internet since 2000. I use it everyday. I use it to purchase products

16    online, send and receive e-mail, research information (such as how to fix my house), keep up

17    with the news, among other tasks.

18    9.      I have used JAWS screen-reading software since 1993. Screen-reading software has

19    enabled me to access information that I could not otherwise obtain without it. Before I used

20    JAWS, I used other screen-reading software.

21    10.      When web sites are properly coded, I can use them. I regularly use the web sites of

22    Google, my local newspaper, and Lowes. I believe the vast majority of web pages are more

23    accessible than that of Target.

24

25                          **Experience with Target Retail Stores**

26    11.      I shop at Target stores. I like their merchandise. I think they have a nice variety of high

27    quality products which are available at affordable prices. We do not have a Target store in my

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification
                                                                                      1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  town. My friends and family shop at Target stores in other locations.

2

3            **Harms Experienced Because of the Inaccessibility of Target.com**

4  12.    I prefer to shop in online stores for household appliances because transportation no

5  longer becomes an issue and descriptions for these products are reliable and accurate. I also like

6  to use online stores to get a preview of products available in the physical store.

7  13.    I would like to shop at Target.com because we do not have a local Target store. Since my

8  husband and I are both blind, it is very inconvenient for me to travel to a physical Target store. I

9  would have to travel 60-70 miles round trip if I wanted to purchase their products. Moreover,

10  there is no public transportation, and I would need to hire a driver. I estimate this would cost

11  roughly $30. This expense discourages me from visiting Target. Despite these difficulties, if

12  Target.com were easily accessible, I would definitely use it in connection with my future visits to

13  Target's retail stores. Secondly, many people I know have had their baby shower registries

14  through Target.com, and I would like to purchase gifts through the site.

15  14.    I used Target.com twice in June 2006. I spent only 10 minutes on the site because I

16  essentially found the site totally inaccessible.

17  15.    When I first visited the site, I found that I could not access the Baby Shower registry on

18  Target.com. I could only see the "Target" name on the page, but I could not get any other

19  information by which to navigate the page.

20  16.    Target.com had links and images without labels as to what they were or what they did.

21  17.    It did not properly use headings so that I could skim the contents of its web pages.

22  18.    I was unable to find products as well as find or use the button Continue to Checkout.

23  19.    A few weeks ago, I heard about a talking crayon toy for my children, a product which

24  was available on Target.com. To purchase the product, I resorted to giving my personal

25  information, including my credit card information, to a friend so that she could process the order

26  for me.

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification

2

1    20.    Target.com does not treat me the same as a sighted individual. My experience on the

2    page has made me feel as if Target does not want my business. It is annoying and frustrating to

3    find that an entire web site is inaccessible to me.

4    21.    Lack of access on Target.com compromised my independence and forced me to rely on

5    others.

6    22.    It is my hope is that Target will make and keep its website fully and easily accessible for

7    the blind so that I can shop the website just as sighted people do.

8

9    I declare under penalty of perjury under the laws of the United States of America that the

10   forgoing is true and correct.

11

12   Executed this December day of ⎸�臼, 2006, at Ruston, Louisiana.

13

14                                              _____
                                                 MARIA MORAIS
15

16

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Maria Morais in Support of Plaintiff's Motion for Class Certification

3

EXHIBIT 30

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:     (315) 443-9703
Fax:           (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT CROWLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

I, Robert Crowley, do hereby declare that:

1.      I am over eighteen years of age and am competent to make this Declaration.

2.      I reside in Windsor, New York.

3.      I have previously executed a declaration in this case, a true and correct copy of which is attached hereto as Exhibit A.

4.      I use the Internet to compare and learn about prices before I go shopping at the physical store.  About twice a month, I visit websites of stores such as Wal-Mart, K-Mart, and Dick's Sporting Goods, before going to their physical locations to shop.  I use the websites to find out which store offers the best price for the products I want to buy and to find out what products are on sale.

5.      It is faster and easier for me to look up price and sale information on a store's website before I go into the store.  Doing so saves me the time of relying on a store clerk or friend to tell me the same information at the store.  Plus, I like finding the information independently.

6.      I go shopping at the Target store in Binghamton, New York, about four times a year.  I enjoy going on outings to Binghamton in the summer months when the weather is pleasant and shop at Target and other stores while I am there.

7.      I have tried to use Target's website in the past but was unsuccessful because the website was not accessible to me.  My experiences trying to access Target.com are described in my previous declaration in this case.

8.      If Target's website were accessible, I would use the website to find sale information and compare prices before I shop at Target stores, as I routinely do when I shop at stores that have accessible websites.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.:  C 06-01802 MHP**
**Declaration of Robert Crowley in Support of Plaintiffs' Motion for Class Certification**

2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1

2      I declare under penalty of perjury that the foregoing is true and correct.

3      Executed this ____ day of May, 2007, at Windsor, New York.

4

5                                              ROBERT CROWLEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *National Federation of the Blind, et al. v. Target Corporation, et al.*
      **Case No.: C 06-01802 MHP**
      **Declaration of Robert Crowley in Support of Plaintiffs' Motion for Class Certification**

2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of May, 2007, at Windsor, New York.

_Robert Crowley_
ROBERT CROWLEY

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Robert Crowley in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT A

1   LAURENCE W. PARADIS (California Bar No. 122336)
    lparadis@dralegal.org
2   ROGER HELLER (California Bar No. 215348)
    rheller@dralegal.org
3   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
4   Berkeley, California 94704
    Telephone:    (510) 665-8644
5   Facsimile:    (510) 665-8511
    TTY:          (510) 665-8716
6
    TODD M. SCHNEIDER (California Bar No. 158253)
7   tschneider@schneiderwallace.com
    JOSHUA KONECKY (California Bar No. 182897)
8   jkonecky@schneiderwallace.com
    SCHNEIDER & WALLACE
9   180 Montgomery Street, Suite 2000
    San Francisco, CA  94104
10  Telephone:    (415) 421-7100
    Fax:          (415) 421-7105
11  TTY:          (415) 421-1655

12  DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
    dfg@browngold.com                           900 S. Crouse Avenue
13  BROWN, GOLDSTEIN & LEVY, LLP                Crouse-Hinds, Suite 300
    120 E. Baltimore St., Suite 1700            Syracuse, NY 13244-2130
14  Baltimore, MD 21202                         Telephone:    (315) 443-9703
    Telephone:    (410) 962-1030               Fax:          (315) 443-9725
15  Fax:          (410) 385-0869

16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20  NATIONAL FEDERATION OF THE          Case No.:  C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
21  THE BLIND OF CALIFORNIA, on behalf of    CLASS ACTION
    their members, and Bruce F. Sexton, on behalf
22  of himself and all others similarly situated,   DECLARATION OF ROBERT
                                                     CROWLEY IN SUPPORT OF
23                                                   PLAINTIFFS' MOTION FOR CLASS
                                                     CERTIFICATION
24              Plaintiffs,

25  v.

26  TARGET CORPORATION,
                Defendant.
27

28

*[left margin vertical text]* DISABILITY RIGHTS ADVOCATES  2001 CENTER STREET, THIRD FLOOR  BERKELEY, CALIFORNIA 94704-1204  510.665.8644

I, Robert Crowley, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

### Background

2.      My name is Robert Edward Crowley, Jr. I was born June 30, 1958.

3.      Due to vascular inclusion, I have been legally blind since October 2002.

4.      I decided to go back to school, and I am currently a student of political science.

5.      I reside in Windsor, New York.

6.      I have been a member of the National Federation of the Blind for the past year.

### Computer and Internet Use

7.      I am a proficient computer user. I have used computers for at least one decade.

8.      I have used the Internet for nine years. I currently use it for shopping, banking, academic research, among other activities.

9.      I have used JAWS 7.0 screen-reading software for two and a half years. Screen-reading software has made me much more independent because I can perform important functions in my life with it that I could not do without it. After I become blind but before I had JAWS, I avoided computers and thus I did not shop, bank, or do research online.

10.      If web sites are properly coded, I can use them. I regularly use the web pages of my college, MSN, Walmart, and Bank of America. Target's web page is not as accessible as other web pages I use. The majority of pages I have come across are more accessible than Target.com.

### Experience with Target Retail Stores

11.      I have a strong interest in purchasing Target products. Since I live in a rural area, Target is one of the closer stores as it is about twenty miles from where I live. My friends, family, and I shop at Target, and I like that their stores are spacious so that I do not walk into items as often.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Robert Crowley in Support of Plaintiff's Motion for Class Certification

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  Their products are of good quality, and their prices are competitive.

2  ### Harms Experienced Because of the Inaccessibility of Target.com

3  12.    I prefer to shop online so that I can carefully compare prices for products I want to buy. I
4  believe Target.com provides coupons and sales, and I would like access to these benefits.
5  However, if Target.com were easily accessible, I would also definitely use it in connection with
6  my future visits to Target's retail stores.

7  13.    It is inconvenient for me to travel to the physical Target stores. I cannot drive myself, and
8  there are no cabs or buses where I live. I have to wait for a friend's schedule to match my own.
9  Once I find someone, it takes about thirty minutes to travel there and thirty minutes to travel
10  back.

11  14.    I have attempted to use Target.com a half a dozen times between October 2004 and
12  August 2006. The last time I tried to access the site, I spent about thirty minutes doing so.

13  15.    The last time I visited the site, in August 2006, I tried to purchase golf balls. I searched
14  for roughly thirty minutes, but I was unable to find these items on the site. This made me feel
15  frustrated and stupid because I am confident a sighted person could find similar products with
16  ease.

17  16.    Inexplicable code and garbled text prevented me from navigating the site. I could not
18  make out what information the page was presenting or how to navigate it.

19  17.    Target.com had links and images without labels indicating what they were or what they
20  did. Sometimes the site listed twenty some odd links of random sayings and letters, and these
21  links lacked substantive description.

22  18.    Target.com did not use headings in a way that allowed me to skim the contents of the
23  web page.

24  19.    I could not find or use the button Continue to Checkout.

25  20.    I felt that Target.com did not treat me the same as it treats a sighted individual.

26  21.    Lack of access to Target.com compromised my independence and forced me to rely on
27  others. If I cannot access it, then I need someone else to help me or purchase products for me.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Robert Crowley in Support of Plaintiff's Motion for Class Certification

2

22. It is my hope is that Target will make and keep its website fully and easily accessible for the blind so that I can shop the website just as sighted people do.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this December day of __18__, 2006, at Windsor, New York.

*Robert Crowley*
ROBERT CROWLEY

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
Declaration of Robert Crowley in Support of Plaintiff's Motion for Class Certification

3

EXHIBIT 31

1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:    (510) 665-8644
   Facsimile:    (510) 665-8511
4  TTY:          (510) 665-8716

5  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL BRILL (California Bar No. 233294)
6  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
7  San Francisco, CA 94104
   Telephone:    (415) 421-7100
8  Fax:          (415) 421-7105
   TTY:          (415) 421-1655
9

10 DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
   BROWN, GOLDSTEIN & LEVY, LLP               900 S. Crouse Ave.
11 120 E. Baltimore St., Suite 1700           Crouse-Hinds Hall, Suite 300
   Baltimore, MD 21202                        Syracuse, NY 13244-2130
12 Telephone:    (410) 962-1030               Telephone:    (315) 443-9703
   Fax:          (410) 385-0869               Fax:          (315) 443-9725
13

14

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 | NATIONAL FEDERATION OF THE | Case No.: C 06-01802 MHP |
   BLIND, the NATIONAL FEDERATION OF
20 THE BLIND OF CALIFORNIA, on behalf of      **CLASS ACTION**
   their members, and Bruce F. Sexton, on behalf
21 of himself and all others similarly situated,   **DECLARATION OF DENISE BROWN IN**
                                                **SUPPORT OF PLAINTIFFS' MOTION**
22                                              **FOR CLASS CERTIFICATION**
                   Plaintiffs,
23
   v.
24
   TARGET CORPORATION,
25              Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

I, Denice Brown, declare as follows:

1.      The facts in this declaration are based upon my personal knowledge.   If called to testify, I could testify competently to the facts described in this declaration.

2.      My name is Denice Brown.

3.      I live in Philadelphi, Pa.

4.      I am a retired schoolteacher.

5.      I have been a member of the National Federation of the Blind since 2001.

6.      I have been blind for 17 years.

7.      I use two kinds of screen access software to access the Internet, JAWS and Magic, which is screen enlargement software supplemented by text to speech; in other words Magic functions like JAWS but has the additional component of enlarging images.

8.      I go online at least weekly looking for specific items offered at stores convenient to my home to find out if the item is in stock and at what price.  In that connection, I go to the websites for Wal-mart, Macy's, Kmart and Footlocker.  I can find out what selection will be available to me at the store and what my color choices will be, what sales are going on and what the prices are.  This enables me to plan my shopping.  I rely principally on public transportation to get to stores or, on occasion, a sighted friend my also be planning to shop.  Under either circumstance, I want to know what I will find before I go shopping.

9.      Over the last five years, I have shopped at a Target store in South Philadelphia on occasion, perhaps as often as four times a year.   The store is a bit of a drive, but I like Target because it has very good discounts.

10.     I have tried twice to go to target.com to see what was offered in the stores.  Once was about three months ago when I was hoping to see if Target had some DVDs I wanted to buy.  I used JAWS, but was unsuccessful in being able to successfully navigate the site.  I have not experienced similar difficulties on any of the sites listed above in paragraph 8.  The second time, I was looking for a bookcase.  I used Magic and was again unsuccessful.  Both aspects of Magic were a problem—seizing the image to enlarge it and to give me text about what was on the

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Denice Brown in Support of Plaintiffs' Motion for Class Certification**

1

1  screen.  I do not remember if I also tried JAWS on the second occasion.  Ultimately, I had a

2  sighted friend order the bookcase from target.com and ship it to my home, for which I

3  reimbursed her.

4  11.      If target.com were accessible I would certainly buy more at the store, especially if the

5  price was cheaper than other stores whose websites I visit in anticipation of shopping.  For

6  example, I would look to see what DVDs and CDs were offered in the store because I know that

7  Target's prices on these items are cheap.

8       I declare under penalty of perjury under the laws of the United States of America that the

9       foregoing is true and correct.

10

11     Executed this _____ day of May, 2007, at Philadelphia, Pa..

12

13                                        _____

                                          DENICE BROWN

14

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Denice Brown in Support of Plaintiffs' Motion for Class Certification**

2

1   screen. I do not remember if I also tried JAWS on the second occasion. Ultimately, I had a

2   sighted friend order the bookcase from target.com and ship it to my home, for which I

3   reimbursed her.

4   11.     If target.com were accessible I would certainly buy more at the store, especially if the

5   price was cheaper than other stores whose websites I visit in anticipation of shopping. For

6   example, I would look to see what DVDs and CDs were offered in the store because I know that

7   Target's prices on these items are cheap.

8        I declare under penalty of perjury under the laws of the United States of America that the

9        foregoing is true and correct.

10

11   Executed this 18th day of May, 2007, at Philadelphia, Pa..

12

13                                    _Denise Brown_
                                      DENICE BROWN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Denice Brown in Support of Plaintiffs' Motion for Class Certification**                    2

EXHIBIT 32

1   LAURENCE W. PARADIS (California Bar No. 122336)
    ROGER N. HELLER (California Bar No. 215348)
2   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
3   Berkeley, California 94704
    Telephone:    (510) 665-8644
    Facsimile:    (510) 665-8511
4   TTY:          (510) 665-8716

5   JOSHUA KONECKY (California Bar No. 182897)
    RACHEL BRILL (California Bar No. 233294)
6   SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
7   San Francisco, CA 94104
    Telephone:    (415) 421-7100
8   Fax:          (415) 421-7105
    TTY:          (415) 421-1655
9

10  DANIEL F. GOLDSTEIN (*pro hac vice*)      PETER BLANCK (*pro hac vice*)
    BROWN, GOLDSTEIN & LEVY, LLP              900 S. Crouse Ave.
11  120 E. Baltimore St., Suite 1700         Crouse-Hinds Hall, Suite 300
    Baltimore, MD 21202                      Syracuse, NY 13244-2130
12  Telephone:    (410) 962-1030             Telephone:    (315) 443-9703
    Fax:          (410) 385-0869             Fax:          (315) 443-9725
13

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17               **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, | Case No.: C 06-01802 MHP **CLASS ACTION** **DECLARATION OF MISTY BRANDON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 22                    Plaintiffs, | |
| 23  v. | |
| 24  TARGET CORPORATION, | |
| 25               Defendant. | |

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Misty Brandon, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.    If called to testify,

3    I could testify competently to the facts described in this declaration.

4    2.    My name is Misty Brandon. I was born on June 26, 1974.

5    3.    I lost my sight in 2005 due to keratoconus.

6    4.    My primary residence is in San Diego, California.

7    5.    I am college student and a mother.

8    6.    I have been a member of the National Federation of the Blind for approximately three

9    months.

10    7.    I am legally blind.  I use a screen-reading program called Zoom Text to access the

11    internet.  Zoom Text includes an "audio enhancer" – it reads the information contained on

12    websites aloud, including image descriptions ("alt tags"), hyperlinks, and descriptions of fields

13    where I am asked to enter my personal information.  To navigate websites, I primarily rely on

14    toggling between links and fields, and Zoom Text informs me where my cursor has landed

15    within a website.

16    8.    I always use the internet prior to shopping at physical stores.  Because I am blind, it is

17    much easier to look around on a store's website before I go to visit the actual store.  That way, I

18    get a sense of what is available and what the prices will be like.  The only time I go to a store

19    without checking out the website beforehand is when I am going shopping for produce.

20    9.    I regularly visit store websites such as Wal-Mart, Target, and Bed Bath & Beyond.  I do

21    this to check prices and availability.  Since I lost my sight, I rely on someone else to get me to

22    the stores, and if I get to the store and they don't have the item in stock for me to purchase, I

23    have wasted both my own time and the time of whoever is driving me.  On the other hand, if I

24    visit the store's website beforehand, I can figure out if the trip would be worthwhile.

25    10.    There are three Target stores near my house in San Diego, CA, and I shop at all three.  I

26    have been shopping at Target since they opened, when I was still a small child.  I go to Target at

27    least twice if not three times per month to buy household products and children's clothing.

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Misty Brandon in Support of Plaintiff's Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1  Target has everything under one roof, which is very convenient for me.

2  11.    Before I leave to visit a Target store, it is my usual practice to make sure that the store

3  has the items I want to purchase.  This is particularly important for higher-end items.  I did this

4  as recently as one week ago.  It is usually very difficult to get this information from Target's

5  website, because Zoom Text has trouble viewing Target's website.  For instance, when I do a

6  general search for an item on Target's website, the information that come back is usually

7  garbled, and cannot be read by Zoom Text.  When that happens, I have to call in my husband or

8  daughter to tell me what is on my screen.

9  12.    I have tried to use Target's gift registry feature on several occasions, perhaps once every

10  two or three months, depending on who is getting married and who is having a baby.  On these

11  occasions, I have found it impossible to maneuver through the registry, and have had to ask

12  someone else for help, such as my husband or my teenage daughter (both of whom are sighted).

13  It is important to me to be as independent as possible, and I would prefer not to depend on my

14  sighted friends and family members to complete simple tasks such as reviewing a gift registry.

15  13.    If Target's website were accessible, I would definitely use the coupons available on the

16  site – as a college student and the mother of two children, I appreciate the opportunity to save my

17  family money.  Prior to this lawsuit, I did not even know that Target offered coupons through its

18  website; my screen-access software was unable to perceive this option.

19

20      I declare under penalty of perjury under the laws of the United States of America that the

21      forgoing is true and correct.

22

23      Executed this _____ day of May, 2007, at San Diego, CA.

24

25      _____

        MISTY BRANDON

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Misty Brandon in Support of Plaintiff's Motion for Class Certification**

2

1    Target has everything under one roof, which is very convenient for me.

2    11.    Before I leave to visit a Target store, it is my usual practice to make sure that the store

3    has the items I want to purchase. This is particularly important for higher-end items. I did this

4    as recently as one week ago. It is usually very difficult to get this information from Target's

5    website, because Zoom Text has trouble reading Target's website. For instance, when I do a

6    general search for an item on Target's website, the information that comes back is usually

7    garbled, and cannot be read by Zoom Text. When that happens, I have to call in my husband or

8    daughter to tell me what is on my screen.

9    12.    I have tried to use Target's gift registry feature on several occasions, perhaps once every

10   two or three months, depending on who is getting married and who is having a baby. On these

11   occasions, I have found it impossible to maneuver through the registry, and have had to ask

12   someone else for help, such as my husband or my teenage daughter (both of whom are sighted).

13   It is important to me to be as independent as possible, and I would prefer not to depend on my

14   sighted friends and family members to complete simple tasks such as reviewing a gift registry.

15   13.    If Target's website were accessible, I would definitely use the coupons available on the

16   site – as a college student and the mother of two children, I appreciate the opportunity to save my

17   family money. Prior to this lawsuit, I did not even know that Target offered coupons through its

18   website; my screen-access software was unable to perceive this option.

19

20        I declare under penalty of perjury under the laws of the United States of America that the

21        forgoing is true and correct.

22        Executed this *23* day of May, 2007, at San Diego, CA.

23

24

25                                    MISTY BRANDON

26

27

28   *National Federation of the Blind, et al. v. Target Corporation, et al.*
     Case No.: C 06-01802 MHP
     Declaration of Misty Brandon in Support of Plaintiff's Motion for Class Certification              2

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

EXHIBIT 33

1   LAURENCE W. PARADIS (California Bar No. 122336)
    ROGER N. HELLER (California Bar No. 215348)
2   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
3   Berkeley, California 94704
    Telephone:    (510) 665-8644
4   Facsimile:    (510) 665-8511
    TTY:          (510) 665-8716

5   JOSHUA KONECKY (California Bar No. 182897)
    RACHEL BRILL (California Bar No. 233294)
6   SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
7   San Francisco, CA 94104
    Telephone:    (415) 421-7100
8   Fax:          (415) 421-7105
    TTY:          (415) 421-1655
9

10  DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
    BROWN, GOLDSTEIN & LEVY, LLP                900 S. Crouse Ave.
11  120 E. Baltimore St., Suite 1700            Crouse-Hinds Hall, Suite 300
    Baltimore, MD 21202                         Syracuse, NY 13244-2130
12  Telephone:    (410) 962-1030                Telephone:    (315) 443-9703
    Fax:          (410) 385-0869                Fax:          (315) 443-9725
13

14

15                  **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19  NATIONAL FEDERATION OF THE              Case No.:  C 06-01802 MHP
    BLIND, the NATIONAL FEDERATION OF
20  THE BLIND OF CALIFORNIA, on behalf of   **CLASS ACTION**
    their members, and Bruce F. Sexton, on behalf
21  of himself and all others similarly situated,   **DECLARATION OF JEFF RIOS IN**
                                            **SUPPORT OF PLAINTIFFS' MOTION**
22                  Plaintiffs,             **FOR CLASS CERTIFICATION**

23  v.

24  TARGET CORPORATION,
25                  Defendant.

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1    I, Jeff Rios, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.    If called to testify,

3    I could testify competently to the facts described in this declaration.

4    2.    I am submitting this declaration to explain how I use retailers' websites, and would like

5    to use Target.com if it were accessible, to enhance my in-store shopping experiences.

6    3.    I am 43 years old.

7    4.    I am legally blind.  Because I am blind, I use a screen reader, JAWS 8.0, to access the

8    internet.

9    5.    I reside in Oakley, California.

10    6.    I shop at Target frequently, probably once or twice per month.  The closest Target to me

11    is in Antioch, CA.  I like shopping at Target because I can get just about everything I need (other

12    than groceries) there.  Additionally, products at Target are reasonably priced, especially when

13    there are sales.

14    7.    When I shop, I don't like to browse.  I like to know what I'm looking for, and not spend

15    any extra time in stores.  I have found that one very effective way for me to save time in stores is

16    to figure out what I want using the store's website, and then print a list.  I often print a list of

17    groceries I want from safeway.com and take it with me to shop for groceries at Safeway.

18    Particularly for large stores, like Safeway or Target, I would rather know what I need and not

19    have to wander around a huge building.

20    8.    I also like to be able to print sale information and coupons before going to a store.  If I

21    don't know that a product is on sale, I will not go to the store to purchase it; and it's not

22    acceptable for me to have to go to the store and ask to find out what's on sale.  If target.com

23    were accessible, I would be able to find coupons from home, and know if there was something

24    on sale that I would like to buy in the store.

25    9.    I prefer to make purchases in person rather than online.  I like to examine things

26    physically before I buy them.  This way I know I'm getting what I want, and I won't buy

27    something I'll wind up returning.

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Jeff Rios in Support of Plaintiffs' Motion for Class Certification**

1

10.      I visited target.com earlier this year with the goal of printing coupons and finding sale information.  The site was very complicated.  There were too many steps before getting to the content I was looking for.  The site was so convoluted that I gave up and did not find the coupons I was looking for.  I had to jump through endless hoops to find specific pages.  There were unlabeled images and meaningless links that made navigation very difficult.

11.      If target.com was accessible, I would like to browse the site for products to buy in the store.  I would like to be able to make a shopping list to take to Target and say "here's what I want."

12.      If target.com was accessible, I would like to be able to check the frequent sales and coupons.  I really enjoy getting a good deal, especially on something I need anyway.  I would like to know that I was getting the best deal on the products I buy from Target, and not paying full price for items that sighted customers know are on sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24 day of May, 2007, at Berkeley California.

_____

JEFF RIOS

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
510.665.8644

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Declaration of Jeff Rios in Support of Plaintiffs' Motion for Class Certification**

2

EXHIBIT 34

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)          PETER BLANCK (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP                  900 S. Crouse Ave.
120 E. Baltimore St., Suite 1700             Crouse-Hinds Hall, Suite 300
Baltimore, MD 21202                          Syracuse, NY 13244-2130
Telephone:    (410) 962-1030                 Telephone:    (315) 443-9703
Fax:          (410) 385-0869                 Fax:          (315) 443-9725

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT STIGILE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

1   I, Robert Stigile, declare as follows:

2   1.      The facts in this declaration are based upon my personal knowledge.  If called to testify,

3   I could testify competently to the facts described in this declaration.

4   2.      Attached hereto as **Exhibit A** is a true and correct copy of my earlier declaration in this

5   case. I submit this supplemental declaration to explain how I use retailers' websites, and would

6   like to use Target.com if it were accessible, to enhance my in-store shopping experiences.

7   3.      I frequently go to the websites for Circuit City, Costco, Best Buy and Wal-mart before

8   shopping at those stores.  I want to know if items are in stock at the stores convenient to me,

9   details about the items, and the prices.  One recent example is that I went to Wal-mart.com and

10  looked at the specs and pricing of a "talking microwave," which I ultimately decided not to buy.

11  4.      I have shopped at Target stores.  The nearest one is 6 miles a way and I have gone there

12  by taxi with my wife who is also blind.  One thing that would be appealing about Target if the

13  website was accessible is the convenience of a store offering a broad range of products in one

14  place.  Thus, instead of going to five stores for five items, we could get all five in one place, and

15  seemingly, at low prices.  Not having to take a cab to multiple stores would save us both time

16  and money.  Unlike Costco we would not have to pay a membership fee.  If the site were

17  accessible I would definitely be interested in the coupons and specials as these could save us

18  even more money.

19

20  I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

22

23      Executed this 24 day of May, 2007, at Reseda, California.

24

25                                                      ROBERT STIGILE

26

27

28

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.: C 06-01802 MHP
**Supplemental Declaration of Robert Stigile in Support of Plaintiffs' Motion for Class Certification**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

# EXHIBIT A

LAURENCE W. PARADIS (California Bar No. 122336)
lparadis@dralegal.org
MAZEN M. BASRAWI (California Bar No. 235475)
mbasrawi@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

TODD M. SCHNEIDER (California Bar No. 158253)
tschneider@schneiderwallace.com
JOSHUA KONECKY (California Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:     (415) 421-7100
Fax:           (415) 421-7105
TTY:           (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:     (410) 962-1030
Fax:           (410) 385-0869

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.:  C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT STIGILE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 12, 2006<br>Time:          2:00 p.m.<br>Judge:         The Honorable Marilyn Hall Patel |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
510.665.8644

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

1    I, Robert Stigile, declare as follows:

2    1.    The facts in this declaration are based upon my personal knowledge.    If called to testify,

3    I could testify competently to the facts described in this declaration.

4                                    **Background**

5    2.    I am 39 years old.

6    3.    I have been legally blind for 20 years.

7    4.    I reside in Reseda, California.

8    5.    I have been a member of the National Federation of the Blind since 1988.

9    6.    I have been a member of the National Federation of the Blind of California since 1988.

10                                    **Internet Use**

11    7.    I have used the screen reading software "JAWS" to access computers and, especially, the

12    internet since 1994.

13    8.    I use the internet every day for a variety of functions and activities in my daily life,

14    including: browsing, online shopping, information and news gathering, and email.

15    9.    In the past, I have also utilized the internet for work.  For nine years, part of my job was

16    to teach children how to use the internet.

17    10.    I periodically shop online rather than going to a physical store because it is difficult to get

18    taxis or take the bus, especially if I want to purchase a large amount of goods, and I find it much

19    easier to complete purchases online.

20    11.    Using my screen reader to access the internet has significantly improved my own view of

21    my independence to conduct personal business without the help of others.

22                        **Experience with Target Retail Stores**

23    12.    I have shopped at a Target store that is between five and 10 miles from my home.

24    13.    For me, shopping at Target's physical location near my home requires finding a relative

25    to drive me there, calling a taxi, or taking a bus.  If I take a taxi, I must then call and wait for

26    another taxi in order to return home.  If I take a bus, I must then walk a significant distance

27    through a shopping mall, and must return to the bus stop carrying everything I purchased at the

28    store.  This situation is common, and for that reason I much prefer to shop online.

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.:  C 06-01802 MHP**
**Declaration of Robert Stigile in support of Plaintiffs' Motion for Preliminary Injunction**

1

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

## Harms Experienced Because of the Inaccessibility of Target.com

14.    I would like to shop at Target.com because traveling to the physical retail location necessitates a significant expense of time, energy, and money.

15.    I have attempted on numerous occasions to access Target.com with my screen reader.

16.    I have found it extremely difficult, and at times impossible, to browse for products on Target.com using my screen reader.

17.    Upon accessing Target.com on several occasions, I have become frustrated with inexplicable code and garbled text that has prevented me from continuing to navigate through the site.

18.    I have been told that there are many useful store-related features on the Target.com website, including weekly advertisements, which I would like to use.

19.    I attempted to purchase a barbecue and compact discs from Target.com, but I found that completing the purchase was impossible.

20.    I have found the entire process of attempting to access Target.com to be extremely frustrating and aggravating.

21.    Because the problems I have encountered on Target.com when using my screen reader have prevented me from making purchases, I have decided to avoid their website as well as their physical locations and I have instead shopped elsewhere.

22.    My inability to use Target.com thwarts my independence and forces me to rely on others unnecessarily.


I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this April day of _____, 2006, at Reseda, California.



_____
ROBERT STIGILE

*National Federation of the Blind, et al. v. Target Corporation, et al.*
Case No.:  C 06-01802 MHP
**Declaration of Robert Stigile in support of Plaintiffs' Motion for Preliminary Injunction**

2

United States of America that the

forgoing is true and correct.

Executed this April day of _____, 2006, at Reseda,
California.

_____ Robert

april 24 2006 stiglie