# EXHIBIT A

## Paszek, Kristina

| | |
|---|---|
| **From:** | Paszek, Kristina |
| **Sent:** | Wednesday, May 23, 2007 8:02 PM |
| **To:** | 'Roger Heller' |
| **Cc:** | Larry Paradis; Daniel F. Goldstein; Kreeger, Matthew I. |
| **Subject:** | NFB v. Target |

Dear Roger,

I am writing to follow up on the phone conversation that you and I had this morning. Target plans to file on Tuesday a motion seeking: (1) leave to depose the putative class members whose declarations are filed in response to the Court's order of April 25; (2) for an order that those depositions do not count against the twenty-deposition limit; and (3) leave to file, after those depositions have been taken, a supplemental brief on the issue of class certification. Please let us know by Friday whether Plaintiffs will oppose such a motion.

Regards,
Kristina

Kristina Paszek
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
tel: 415 268 7334
fax: 415 268 7522
kpaszek@mofo.com

1