# EXHIBIT C

## Paszek, Kristina

**From:** Paszek, Kristina
**Sent:** Friday, May 25, 2007 10:39 AM
**To:** Roger Norton Heller Esq. (rheller@dralegal.org)
**Cc:** 'Larry Paradis'; 'Daniel F. Goldstein'; Kreeger, Matthew I.
**Subject:** NFB v. Target

Dear Roger,

We received your letter yesterday in which you asked for a "specific proposal" regarding Target's request for depositions and supplemental briefing on the issue of class certification. Target proposes a schedule in which it has 45 days to depose those whose declarations are being submitted in response to the Court's order of April 25, followed by fourteen days in which to prepare and file a supplemental brief, followed by fourteen days for Plaintiffs to prepare and file a responsive supplemental brief. Because this additional round of evidentiary submissions was unforeseen, Target further proposes that these depositions should not count against the twenty-deposition limit.

Please let us know today whether Plaintiffs will oppose such a motion.

Regards,
Kristina

Kristina Paszek
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
tel: 415 268 7334
fax: 415 268 7522
kpaszek@mofo.com