1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 NATIONAL FEDERATION OF THE BLIND,        Case No.   C06-01802 MHP
   the NATIONAL FEDERATION OF THE
14 BLIND OF CALIFORNIA, on behalf of their   **[PROPOSED] ORDER GRANTING
   members, and Bruce F. Sexton, on behalf of TARGET CORPORATION'S
15 himself and all others similarly situated, ADMINISTRATIVE MOTION
                                              REQUESTING A BRIEFING
16                  Plaintiffs,               SCHEDULE AND FURTHER
                                              DEPOSITIONS**
17       v.
                                              Judge:   Hon. Marilyn Hall Patel
18 TARGET CORPORATION,

19                  Defendant.

20

[PROPOSED] ORDER GRANTING TARGET'S ADMIN. MOT. FOR BRIEFING SCHED. AND FURTHER DEPOSITIONS
CASE NO. 06-01802 MHP
sf-2328632

1  Based on the Court's review of the pleadings and papers filed in connection with Target's
2  Administrative Motion Requesting a Briefing Schedule and Further Depositions, and good cause
3  appearing, it is hereby ORDERED that Target's motion is GRANTED.  Plaintiffs shall produce
4  any declarant whose declaration was filed in this action on May 25, 2007, for deposition at a
5  mutually convenient time between now and forty-five (45) days from the entry of this Order.
6  Any depositions taken pursuant to this Order shall not count against the previously ordered limit
7  of twenty (20) depositions per side.  By _____, 2007, fourteen (14) days after the forty-five
8  (45) day period for depositions is complete, Target shall file a supplemental brief on the issue of
9  class certification.  Plaintiffs may file a responsive supplemental brief within fourteen (14) days
10 after Target's supplemental brief is filed.

12 IT IS SO ORDERED.

14 Dated: _____, 2007

The Honorable Marilyn Hall Patel
United States District Court Judge