# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: May 31, 2007

Case No.   C 06-1802  MHP          Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf:  Laurence Paradis, Roger Hellar
            Dft: Harold McElhinny, Kristina Paszek

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini

## PROCEEDINGS

1)   Telephonic Hearing re Defendant's Admin Motion for Depositions and Briefing;

2)   

## ORDERED AFTER HEARING:

Counsel submit after further discussion of proposed motion; Depositions (not more than ten) of declarants to be completed not later than 7/1/2007;
Defendant's supplemental briefing to be filed not later than 7/16/2007;
Plaintiffs' supplemental briefing to be filed not later than 7/25/2007;
Further hearing set for 2:00 pm on 7/31/2007,