UNITED STATES DISTRICT COURT

Northern District of California

National Federation of the Blind., et al.,

CASE NO. C 06-01802 MHP

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

Target Corporation, et al.,

Defendant(s).

Mehgan Sidhu Capek , an active member in good standing of the bar of
U.S. District Court for the District of Maryland   whose business address and telephone number
(particular court to which applicant is admitted)

is

Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Ste. 1700
Baltimore, Maryland 21202 (410-962-1030)                                                          ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs                                           .

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/15/07

_____
United States District Judge