1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8    NATIONAL FEDERATION OF THE BLIND,          No. C 06-01802 MHP

9              Plaintiff(s),                    **CLERK'S NOTICE**
                                                **(Rescheduling Hearing)**
10      v.

11   TARGET CORPORATION,

12             Defendant(s).
     _____/

13

14

15         The parties are notified that the hearing of defendant Target's motion for Summary Judgment

16   in this matter shall be heard on **July 31, 2007, at 2:00 p.m.**, concurrently with further hearing on

17   plaintiffs' motion for class certification.  Please note that only the hearing date is being rescheduled;

18   the briefing schedule pursuant to the orginal hearing date remains in effect.

19

20

21                                              Richard W. Wieking
                                                Clerk, U.S. District Court
22

23

24   Dated:  June 19, 2007                      Anthony Bowser, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel
25                                                   (415) 522-3140

26

27

28

United States District Court
For the Northern District of California