```
 1  HAROLD J. McELHINNY (CA SBN 66781)
    MATTHEW I. KREEGER (CA SBN 153793)
 2  KRISTINA PASZEK (CA SBN 226351)
    HMcElhinny@mofo.com
 3  MKreeger@mofo.com
    KPaszek@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
 6  Facsimile: (415) 268-7522

 7  Attorneys for Defendant
    TARGET CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | Case No.   C06-01802 MHP<br><br>**DECLARATION OF PATRICIA PERRY IN SUPPORT OF TARGET CORPORATION'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:　July 31, 2007<br>Time:　2:00 PM<br>Judge:　Hon. Marilyn Hall Patel |

DECLARATION OF TRISH PERRY
C06-01802 MHP
sf-2352033

## DECLARATION OF PATRICIA PERRY

I, Patricia Perry, have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify under oath to the following:

1. I am a Senior Group Manager in Merchandising for Target Corporation. I have held this position since February 2007. Before becoming Senior Group Manager in Merchandising, I served as Group Manager for Business Operations for Target.com.

2. As Senior Group Manager in Merchandising, I am responsible for representing Target Corporation in process and systems development.

3. Of the items available for sale from Target's retail stores, a very large percentage is not offered at Target.com. For example, Target.com does not sell the low-dollar staple items carried at Target's retail stores, such as paper towels, toilet paper, or other items that do not fit the Target.com business strategy.

4. With the exception of the few clothing items sometimes included in weekly advertisements, it is not currently possible for guests to determine whether particular items of clothing featured on Target.com are currently available in Target stores.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 13, 2007, at Minneapolis, Minnesota.

_____
Patricia Perry