1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**DECLARATION OF KRISTINA PASZEK IN SUPPORT OF TARGET CORPORATION'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   July 31, 2007<br>Time:   2:00 PM<br>Judge:  Hon. Marilyn Hall Patel |

Paszek Decl. in Supp. of Target's Supp. Brief in Opp. to Plaintiffs' Mot. for Class Certification
case no. C 06-01802 MHP
sf-2352812

I, Kristina Paszek, declare and state as follows:

1. I am an attorney in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Target Corporation ("Target") in the above-entitled case. I am duly admitted to practice before all courts of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the deposition of Bernadette Jacobs taken in this matter on June 19, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the deposition of Tim Elder taken in this matter on June 25, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition of Kenneth Metz taken in this matter on June 19, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of the deposition of Olga Peterkin taken in this matter on June 19, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the deposition of Steven Jacobson taken in this matter on June 18, 2007.

7. Attached hereto as Exhibit F is a true and correct copy of the deposition of Steven Booth taken in this matter on June 21, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of the deposition of Ronald Hildeshima taken in this matter on June 25, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of the deposition of Charlotte Czarnecki taken in this matter on June 18, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of the deposition of Daniel Frye taken in this matter on June 18, 2007.

11. Attached hereto as Exhibit J is a true and correct copy of the deposition of Sharon Maneki taken in this matter on June 21, 2007.

PASZEK DECL. IN SUPP. OF TARGET'S SUPP. BRIEF IN OPP. TO PLAINTIFFS' MOT. FOR CLASS CERTIFICATION
CASE NO. C 06-01802 MHP
sf-2352812

1

1    12.    Attached hereto as Exhibit K is a true and correct copy of a posting from
2 http://www.nfbnet.org/pipermail/electronics-talk/2007-May/003265.html, as it appeared on
3 July 13, 2007.

4    13.    Attached hereto as Exhibit L is a true and correct copy of a posting from
5 http://www.nfbnet.org/pipermail/electronics-talk/2007-May/003284.html, as it appeared on
6 July 13, 2007.

7    14.    Attached hereto as Exhibit M is a true and correct copy of the declaration of
8 Dawn Wilkinson, dated June 9, 2006, originally filed in opposition to Plaintiffs' motion for a
9 preliminary injunction.

10    15.    Attached hereto as Exhibit N is a true and correct copy of the declaration of
11 Dave Wilkinson, dated June 10, 2006, originally filed in opposition to Plaintiffs' motion for a
12 preliminary injunction.

13    16.    Attached hereto as Exhibit O is a true and correct copy of the declaration of
14 Suzanne Tritten, dated June 10, 2006, originally filed in opposition to Plaintiffs' motion for a
15 preliminary injunction.

16    17.    Attached hereto as Exhibit P is a true and correct copy of the declaration of
17 Polk, dated June 9, 2006, originally filed in opposition to Plaintiffs' motion for a preliminary
18 injunction.

19    18.    Attached hereto as Exhibit Q is a true and correct copy of an email to James
20 Gashel from Chris Danielson dated December 2, 2006 (Bates numbered NFB 0007).

21    19.    Attached hereto as Exhibit R is a true and correct copy of a posting from
22 http://www.nfbnet.org/pipermail/electronics-talk/2007-May/003266.html, as it appeared on
23 July 13, 2007.

24    20.    Attached hereto as Exhibit S is a true and correct copy of a posting from
25 http://www.nfbnet.org/pipermail/gui-talk/2006-April/017280.html, as it appeared on July 13,
26 2007.

27
28

PASZEK DECL. IN SUPP. OF TARGET'S SUPP. BRIEF IN OPP. TO PLAINTIFFS' MOT. FOR CLASS CERTIFICATION    2
CASE NO. C 06-01802 MHP
sf-2352812

1     21.    Attached hereto as Exhibit T is a true and correct copy of a posting from http://www.nfbnet.org/pipermail/electronics-talk/2007-May/003269.html, as it appeared on July 13, 2007.

    22.    Attached hereto as Exhibit U is a true and correct copy of a posting from http://www.nfbnet.org/pipermail/nfb-web/2006-April/001625.html, as it appeared on July 13, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of July, 2007, at San Francisco, California.

                                          By: /s/ Kristina Paszek
                                                  Kristina Paszek