```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   NATIONAL FEDERATION OF THE BLIND;
     THE NATIONAL FEDERATION OF THE BLIND
 5   OF CALIFORNIA, on behalf of their
     members; and BRUCE F. SEXTON, on
 6   behalf of himself and all others
     similarly situated,
 7
 8            Plaintiffs,
 9   vs.                              No. C 06-01802 MHP
10
11   TARGET CORPORATION,
12            Defendant.
13   _____/
14
15                  DEPOSITION OF
16                    TIM ELDER
17                 June 25, 2007
18                    Volume II
19
20   Reported by:
     KELLI COMBS
21   CSR No. 7705
                    SHARI MOSS & ASSOCIATES
22               Certified Shorthand Reporters
                    877 Cowan Road, Suite A
23              Burlingame, California  94010
                         (415) 402-0004
24                       (650) 692-8900
                     FAX (650) 692-8909
25
```

SHARI MOSS & ASSOCIATES          (415) 402-0004
571f323a-4319-4cc7-89ee-69c1752066f6
Dockets.Justia.com

## Page 60

```
1              INDEX
2                          Page Number
3   EXAMINATION BY MS. PASZEK         62
4
5         ---oOo---
6
7            EXHIBITS
8   Defendant's              Page
9      (None marked.)
```

## Page 61

1    BE IT REMEMBERED that, pursuant to the laws
2  governing the taking and use of depositions and on
3  Monday, June 25, 2007, commencing at the hour of 1:30
4  p.m., at the Law Offices of Morrison & Foerster, 425
5  Market Street, 33rd Floor, San Francisco, California,
6  before me, KELLI COMBS, a Certified Shorthand Reporter
7  of the State of California, personally appeared
8         TIM ELDER
9  called as a witness by the Defendant, who, being by me
10 first duly sworn, was examined and testified as is
11 hereinafter set forth.
12        ---oOo---
13    KRISTINA PASZEK, Attorney at Law, of the
14 Law Offices of MORRISON & FOERSTER, 425 Market Street,
15 San Francisco, California, was present on behalf of the
16 Defendant.
17
18    CAMILLA L. ROBERSON, Attorney at Law, of the
19 Law Offices of SCHNEIDER & WALLACE, 180 Montgomery
20 Street, Suite 2000, San Francisco, California, was
21 present on behalf of the Plaintiffs.
22
23        ---oOo---

## Page 62

1         TIM ELDER,
2  having been first duly sworn, testified as follows:
3
4            EXAMINATION
5  BY MS. PASZEK:
6     Q  Great. So my name Kristina Paszek. I
7  represent Target in this matter.
8         You have been deposed before in this case; is
9  that right?
10    A  That is correct.
11    Q  Were you deposed on any other occasions or is
12 that your only deposition in the past?
13    A  That is the only deposition I've ever given
14 for this case or any other.
15    Q  Okay. Great.
16        Well, I know you have some experience, but
17 I'll recap the basic format. I'm going to ask you
18 questions, you're answering them, and meanwhile the
19 court reporter here is taking it all down. So it's best
20 if we try not to speak over each other so that she can
21 get everything we say.
22        And if you have any questions, I'd like to ask
23 that -- if I pose a question that's unclear to you, I'd
24 like to ask that you ask me to clarify so that the
25 record can be clear.

## Page 63

1         Is that okay?
2     A  Uh-huh.
3     Q  Great.
4         And if you ever want a break, just feel free
5  to ask, and we can take a break, as well. I'd just ask
6  that if there is a question pending, will you answer
7  that question before we take a break? Does that sound
8  good?
9     A  Sounds good.
10    Q  Great. Okay.
11        What did you do to prepare for this
12 deposition?
13    A  I spoke with my attorney and I reviewed my
14 declaration.
15    Q  Okay.
16        Did you review any other documents?
17    A  I reviewed the past declaration, the first
18 one.
19    Q  Okay.
20        I believe you filed two declarations in this
21 case, one back in I think it was May of last year, and
22 another more recent one?
23    A  I reviewed both the declarations that I filed
24 in this case.
25    Q  Okay.

**Page 64**

1   And no other documents?
2   A   No.
3   Q   Okay.
4       And about how long did you speak with your
5   attorney?
6   A   I would estimate 30 minutes, one hour.
7   Q   Okay.
8       So I believe one of your declarations says you
9   have been legally blind since 2004; is that right?
10  A   Yes, that's correct.
11  Q   And what definition of legally blind are you
12  using for those purposes?
13  A   The definition that is used legally, I guess.
14  The doctor gave me a note and a prescription or whatever
15  they give to prove that you are legally blind. You're
16  entitled to school accommodations, entitled to Social
17  Security benefits, so on and so forth.
18  Q   So you have had a condition that's worsened
19  over time in terms of your eyesight; is that correct?
20  A   That is correct.
21  Q   And then during this doctor's visit that you
22  referred to in 2004, that's when you sort of crossed the
23  line to legally blind, is that kind of an accurate way
24  of putting it?
25  A   Well, I could have been legally blind prior to

**Page 65**

1   that, but I didn't actually go to a doctor and get an
2   official diagnosis officially saying I'm legally blind
3   until that 2004 year.
4   Q   Okay. Got it.
5   A   I have been legally blind before.
6   Q   Got it. All right.
7       And about how long have you been surfing the
8   Internet for?
9   A   Well, I've been surfing the Internet probably
10  since 1996 both as a person accessing the material
11  through my eyes and as a person using screen reader
12  technology.
13  Q   Okay.
14      And about how long have you been using screen
15  reader technology?
16  A   I've used various forms of screen reader
17  technology probably since 2004. The most current
18  technology that I use is called JAWS, and that's what
19  I've most recently been using.
20  Q   Which version of JAWS are you now using?
21  A   I use different versions of JAWS, depending on
22  what computer I'm using. Sometimes I use the latest
23  version, 8.0 or 8.1 or whatever it is now.
24  Q   Uh-huh.
25  A   And I have used other versions going back to

**Page 66**

1   6.1, I believe.
2   Q   Okay.
3       And are there other -- is there other screen
4   reader software you use besides JAWS?
5   A   There is other screen reader technology that I
6   use besides JAWS, although I don't really use any of it
7   to access the Internet.
8   Q   Why not?
9   A   Well, I have an Apple Macintosh that I use for
10  studio recording, and it has a built-in screen reader.
11  But I like to keep that computer virus-free and clean,
12  so I don't access the Internet through that computer.
13  Q   Okay.
14      And besides the screen reader software on the
15  Apple, the Macintosh you use for studio recording, is
16  there other screen reader software that you use besides
17  that, and besides JAWS?
18  A   Do you mean for accessing the Internet or in
19  general?
20  Q   For accessing the Internet.
21  A   For accessing the Internet I primarily use
22  JAWS. I don't think I have ever used another screen
23  reader application to try and access the Internet.
24  Q   Okay.
25      Which Internet browser do you use?

**Page 67**

1   A   The main Internet browser that I use is
2   Internet Explorer.
3   Q   What about others?
4   A   I may have very rarely used Netscape.
5   Q   Okay.
6       Any others?
7   A   None that I can recall.
8   Q   Okay.
9       I think the last time you were deposed, I
10  think you said you were planning on starting law school.
11  Has that happened?
12  A   Yeah, I actually just finished my first year
13  at UC Hastings.
14  Q   Congratulations.
15  A   Thank you. I'm glad it's over.
16  Q   A lot of people think that way about their
17  first year of law school.
18      MS. ROBERSON: Until they get to the second.
19  BY MS. PASZEK:
20  Q   And what are you --
21      How are you spending your summer?
22  A   I have a summer internship at a small firm
23  here in San Francisco.
24  Q   Which firm is that?
25  A   That is Schneider & Wallace.

SHARI MOSS & ASSOCIATES    (415) 402-0004
571f323a-4319-4cc7-89ee-69c1752066f6

```
 1   Q  About how often would you say you go to Target
 2  retail stores?
 3   A  A couple of times a year, although since this
 4  lawsuit I have decided not to spend my money at Target,
 5  so I haven't been since this suit has come about.
 6   Q  Okay.
 7      And so you haven't been -- since the suit has
 8  come about -- so in over a year?
 9   A  I do not believe I've been to Target in the
10  past year.
11   Q  Okay.
12      When you shopped at Target's actual stores,
13  what items did you buy there?
14   A  That's a tough question to answer. If my
15  memory is correct, I bought some clothes. I may have
16  shopped for some larger items like entertainment center
17  type stuff, or I think I bought a VHS tape -- you know,
18  the big VHS tape storage units.
19   Q  Okay.
20      So when you said "entertainment center," do
21  you mean like electronic components or furniture or...
22   A  I think it was -- it was like a piece of an
23  entertainment center that you would store media in,
24  maybe a CD holder or a VHS tape holder.
25   Q  Okay.
```
Page 68

```
 1      Any other items that you remember shopping for
 2  at Target stores?
 3   A  I can't remember anything off the top of my
 4  head.
 5   Q  Even just categories of things like, for
 6  example, did you shop for food?
 7   A  I may have bought some junk food stuff there,
 8  you know, Red Vines or something. Maybe some sort of a
 9  movie or CD.
10   Q  Okay.
11   A  Just depended what I needed to buy. I may
12  have bought other stuff.
13   Q  Okay.
14      What would you say the first time you went to
15  a Target store was?
16   A  Well, I suppose I was very young. My family
17  has been to Target, you know, on many occasions.
18   Q  Okay.
19      I think your declaration said you had been
20  shopping at Target stores for many years. I just wanted
21  a sense of something more specific than "many."
22   A  Uh-huh.
23   Q  But you said --
24   A  Well, I'm 27, and so probably for at least 20
25  years.
```
Page 69

```
 1   Q  Okay.
 2   A  Well, if you didn't count the year that I have
 3  sort of been boycotting the store for the past year.
 4   Q  Right. Okay.
 5      About how many times would you say you have
 6  tried to access Target.com?
 7   A  On what occasion? Could you clarify?
 8   Q  Total.
 9   A  If my memory is correct, I'd say I tried
10  accessing it at least two or three times.
11   Q  Okay.
12      Did you ever access it to try to purchase
13  things off the website directly?
14   A  I did access Target.com to try and purchase
15  something.
16   Q  What about did you ever try to access
17  Target.com in order to obtain product information or
18  other information prior to visiting a Target store?
19   A  I may have attempted to try and gain
20  information. It's really kind of hard to say because I
21  was often frustrated with the inaccessibility of the
22  site, so I didn't really get that far.
23   Q  Okay. What about -- okay.
24      So we -- I'm just going to try to walk through
25  the specific occasions.
```
Page 70

```
 1      You said you have gone two or three times.
 2  Are those --
 3      Have you gone to Target.com since you were
 4  last deposed in this case?
 5   A  I may have visited the site to check on the
 6  accessibility of it. I had heard rumors that the
 7  Target.com website was being changed in order to make it
 8  more accessible. I was curious what changes were being
 9  made.
10   Q  You say you may have. You don't remember if
11  you did or did not?
12   A  I'm pretty sure I actually went on the site to
13  see what had changed.
14   Q  And do you recall what you noticed at the
15  time?
16   A  I don't really recall because the site is
17  rather large, and I didn't really want to spend a lot of
18  time investigating to see if every aspect of it was now
19  available.
20   Q  So did you try --
21      So you didn't try since you were last deposed
22  to purchase anything from Target.com?
23   A  No, no, I refuse to purchase anything from
24  Target until, you know, they are not discriminating
25  against people or making their website accessible.
```
Page 71

**Page 72**

Q And you didn't try to pre-shop, so to speak, or obtain information before going to a store because of the boycott, as well?

A That's correct.

Q Okay.

So in conjunction with your visits to Target stores back when you were able to use your vision more to access the Internet, did you use the website, the Target.com website on any of those occasions to pre-shop before going to a Target store?

A I don't think so because that would have been -- that probably would have been prior to 2004. I don't remember actually doing that prior to 2004.

Q Okay.

Do you remember doing that since 2004?

A I may have used the site to access some sort of information before going to the store.

Q But you don't remember a specific occasion?

A Yeah, I do that quite frequently with a lot of different stores, so I don't really keep track of which ones I do and do not do it on. It's very likely that I probably could have done that.

Q But you said you have only been to the website two or three times; is that right?

A I have only been on -- I've only tried to

**Page 73**

purchase something on the website about two or three times, or those two or three times. I may have actually looked at the site for information prior to that, but...

Q So whether you were trying to purchase something or just look at the site or look for information, irregardless of what you were trying to do, about how many times do you think you tried to access the Target.com website?

A I really wouldn't be able to say. That would be a bit of a guess, I think.

Q Well, like fewer than ten?

A I'd estimate that it probably was fewer than ten. I would probably remember doing it more than ten times.

Q So your estimate is fewer than ten times? You think more than five times?

A Maybe. Maybe.

Q Okay.

You spoke in your last deposition about trying to access the wedding registry.

A Uh-huh.

Q When you had difficulties with that, did you ever try buying gifts for your friends from Target off the registry at Target stores?

A I did not because the Bed Bath & Beyond site

**Page 74**

worked, and so on that particular occasion it was just easier to get it online through Bed Bath & Beyond's website.

Q There were no other occasions where you tried to access the Target.com wedding registry?

A You mean through the website?

Q Correct.

A I believe that was the only time I tried to access a wedding registry on the Target.com website.

Q How about at the stores, have you ever tried to get wedding registry information at Target stores at all?

A No, because I wouldn't really be able to access the information in the store.

Q Why do you say that if you have never tried?

A Well, I would feel that I was putting a fairly large burden on the store person because I would have to ask them to read the list and read what was still available, and then I'd have to ask them to go find it off the shelf. And generally I find that it's much more convenient for myself and other people to look at the information online or access the information online before I do anything.

Q Okay.

What about the baby registry, have you ever

**Page 75**

tried to use the baby registry on Target.com?

A I don't think so.

Q Okay.

Have you tried to --

When you were having difficulties using the wedding registry, did you try calling Target's 800 number?

A I don't remember if I did or did not. I know that I was probably pretty frustrated at that point just because I had already spent a considerable amount of time on the site in trying to get it to work. So if I remember correctly, I was just so annoyed that I decided to just leave the site entirely.

Q Did you ever try calling the 800 number for help using the Target.com website on other occasions?

A I don't think I have because if you're -- if you're already on a page ready to check out or make a purchase or you're in some location, to go and find the 1-800 number on the site would require you to leave where you are and go to some other place on the page. And if it's an inaccessible or badly, poorly designed page, then once you get somewhere, you don't really want to go and leave your destination to try and find help.

Q Okay.

Have you ever tried to access the coupons on

**Page 76**

1 Target.com?
2   A  I don't think I have ever specifically tried
3 to access the coupons.
4   Q  Okay.
5      How did you find out about this litigation?
6   A  I am on a number of LISTSERVs, and I had heard
7 that Target.com was potentially being sued for not
8 making their website accessible. When I heard that some
9 settlement or mediation negotiations had taken place and
10 Target.com was asked to make their website accessible
11 but they refused, I decided that I wanted to be a part
12 of that suit.
13   Q  Okay.
14      And so did you respond to a request to provide
15 testimony or a declaration at that time?
16   A  I actually think I proactively contacted the
17 law firm or whoever was doing the suit at that time and
18 requested that I be a part of the suit.
19   Q  Okay.
20      What about filing your supplemental
21 declaration, what led you to do that?
22   A  I believe the attorneys from the Disability
23 Rights Advocates asked for a declaration.
24   Q  So they contacted you and asked you to file
25 another declaration?

**Page 77**

1   A  I believe so. I believe they wanted me to
2 clarify the second one or something along those lines.
3   Q  So they told you what sort of clarification
4 was --
5      MS. ROBERSON: At this point I'm going to
6 object because he is -- this is getting into
7 attorney/client.
8      MS. PASZEK: Okay.
9 BY MS. PASZEK:
10   Q  So you had mentioned before that you had heard
11 some rumors that Target.com had improved recently; is
12 that right?
13   A  Yeah, I had heard rumors.
14   Q  Who did you hear those rumors from?
15   A  I heard those rumors from members of the blind
16 community.
17   Q  And how did you hear those rumors? People you
18 spoke with or was it on a LISTSERV or what kind of form?
19   A  It was probably through a LISTSERV. It could
20 have also been through word of mouth and in person.
21   Q  Do you recall speaking with people in person
22 about this?
23   A  I don't remember speaking with someone
24 specific, but the blind community is pretty tightknit,
25 and the issue with the website is pretty atrocious, and

**Page 78**

1 so it's a topic of conversation when the disabled
2 community comes together, or at least the blind disabled
3 community.
4   Q  So what -- more specifically, what did the --
5 what were people saying?
6   A  I had heard that Target.com was attempting to
7 make the website more accessible. I had heard that they
8 were attempting to make the checkout button actually
9 work. And that's about as specific as I can remember
10 anyone saying anything.
11   Q  Did anyone you heard from say that they were
12 able to check out?
13   A  I don't believe anyone saying that they
14 actually checked out.
15   Q  Were there --
16      Did you hear anything else about other changes
17 or improvements that were being made to the site besides
18 the checkout feature?
19      MS. ROBERSON: Objection; overbroad.
20      THE WITNESS: I had heard people say that they
21 were making improvements to accessibility, but I didn't
22 really hear anything super specific.
23 BY MS. PASZEK:
24   Q  Except for with respect to the checkout
25 feature?

**Page 79**

1   A  Yeah, that's the only specific thing that I
2 can recall people saying.
3      MS. PASZEK: Okay. I think I'm ready for a
4 break if that's --
5      MS. ROBERSON: Wow. Sure.
6          (Recess taken at 1:56 p.m.
7          resumed at 2:09 p.m.)
8 BY MS. PASZEK:
9   Q  Okay.
10     I think when you were last deposed, you were
11 living in Palo Alto. Do you still live there?
12   A  No, I currently live in San Francisco.
13   Q  Okay.
14     And when is the last time that you tried to
15 access Target.com, would you say?
16   A  I don't remember. I mean, I -- I may have
17 looked around on it after I heard improvements were
18 being made, but there was no intention to buy anything.
19   Q  Right, but I'm just trying to pin down when
20 that was timewise.
21   A  It would have been after my last deposition.
22   Q  Was it within the last six months, do you
23 think?
24   A  I don't think it was within the last six
25 months.

```
 1   Q   Okay.
 2       And you said you have checked out the website
 3   since you were last deposed, and you said not with the
 4   intention of buying anything and not with the intention
 5   of obtaining product information, but just to see what
 6   the site was like; is that correct?
 7   A   Yes.
 8   Q   And about how many times did you try to do
 9   that since you were last deposed?
10   A   Oh, just once.
11   Q   Just once.
12       Can you remember a specific instance in which
13   you tried to use Target.com to pre-shop or obtain
14   information about goods and services available at the
15   stores?
16   A   I don't remember a situation where I was able
17   to get past the frustrating design of the web page so
18   that I could actually get to information that would have
19   helped.
20   Q   But, I mean, did you ever -- did you ever go
21   to the website with the intention of obtaining that kind
22   of information is my question.
23   A   It's possible. I mean, if, for example, when
24   my friend registered, if there was a fairly large item
25   on the registry that would have been expensive to ship,
```
Page 80

```
 1   I may have wanted to go to the store and pick it up
 2   instead of having it shipped, or depending on the date,
 3   if the shipping wouldn't arrive at a certain time, I may
 4   have wanted to go to the store. But I never got that
 5   far because the registry didn't work. I think I was
 6   actually trying to order it, so...
 7   Q   Well, what about besides the wedding registry
 8   instance, was there ever an occasion where you said, you
 9   know, "I'm planning on going to the store. Let me go to
10   the website and see if I can get information about
11   something before I go"?
12   A   Well, after the wedding registry incident,
13   that's when I realized that this website really is a
14   problem, it's inaccessible, and so I never attempted to
15   purchase anything after that. I was quite offended that
16   Target wasn't being sensitive and catering to me as a
17   shopper, and so I, you know, decided to go other places
18   that would have accessible websites.
19   Q   But your difficulty with the wedding registry
20   was -- did you get to the point where you were trying to
21   check out?
22   A   I believe I did get to some sort of a checkout
23   phase or something. It's difficult to say because the
24   website sometimes is hard to figure out where exactly
25   you are. But from, as best as I can say, it appeared
```
Page 81

```
 1   that I was actually in some sort of a checkout phase and
 2   just wasn't able to check out.
 3   Q   So was it -- I'm just trying to understand.
 4   Was it that you were upset at Target because you had
 5   this experience, and therefore, you didn't try to use
 6   the website to obtain information before going to the
 7   store, or was it more that due to your experience
 8   attempting to use the website with the registry, you
 9   thought you would not be able to access the information
10   that you were seeking?
11       MS. ROBERSON: Objection; compound.
12       THE WITNESS: Can you just --
13   BY MS. PASZEK:
14   Q   I'm trying to understand.
15       You said you are boycotting Target right now,
16   so I'm trying to understand, you had this experience
17   trying to -- unsuccessful experience trying to use the
18   wedding registry, and you said that based on that, you
19   weren't going to try to use the website again in order
20   to, you know, for the purpose of pre-shopping.
21       So my question is: Was that because of this
22   sort of boycott sentiment that you were frustrated with
23   Target or -- and didn't want to patronize them, or was
24   it because you didn't think you would be able to find
25   the information you wanted on the website?
```
Page 82

```
 1   A   Well, it's both. I mean, I'm boycotting the
 2   site because the information isn't available or the
 3   checkout doesn't work. And if the information was
 4   available, then there wouldn't have been a problem and I
 5   would have looked for the information. But, I mean, it
 6   wasn't available, and so...
 7   Q   Do you remember what sort of information --
 8       Is there particular information that you were
 9   seeking on any occasion about a particular product?
10   A   It would depend on the product.
11   Q   I'm not asking vaguely. I'm asking
12   specifically, did you ever go to the website to try and
13   obtain information about, you know, shoes or clothes or,
14   you know, TVs, or was there any specific instance when
15   that happened?
16   A   I don't recall a specific instance where I can
17   say that I purchased a specific item or went to look for
18   specific information about a specific item with the
19   intent to go purchase it at the store.
20   Q   Okay.
21       So I think the last time you were deposed, you
22   mentioned trying to buy the wedding gift for your
23   friends and also trying to buy cooking items.
24       Are there other products that you remember
25   trying to purchase on the website?
```
Page 83

**Page 84**

1  A  I don't recall. It's been a while since I've
2  shopped, so it's difficult to remember. I purchase a
3  lot of stuff online or in the stores, and so it's very
4  difficult to keep track of everything that I buy and
5  where I buy it from.
6  Q  Okay.
7     If Target.com were to become more accessible,
8  would you still boycott it based on your past
9  experiences?
10  A  No. If Target, you know, made amends for the
11  way that they have treated the blind community and made
12  improvements to their site, I would definitely shop at
13  their store.
14     MS. PASZEK: I'm going to take another quick
15  break to see if there is anything else I missed.
16     (Recess taken at 2:17 p.m.
17     resumed at 2:24 p.m.)
18  BY MS. PASZEK:
19  Q  So when you checked out Target's website since
20  your last deposition, did you notice any changes?
21  A  I don't remember any changes. It was sort of
22  a brief visit just to see if I could notice anything
23  different. But I was distracted by other stuff and
24  time, you know, started going by. So I really didn't
25  get to spend as much time as would have been necessary

**Page 85**

1  to see what kind of changes had been made.
2  Q  Okay.
3     So your efforts to use Target.com that you
4  have testified about before for purchasing cookware,
5  cooking items, and the wedding gift for your friends,
6  you were able to find the items that you were looking
7  for on the site on those occasions, correct?
8  A  I --
9  Q  I'm talking about before checkout.
10  A  I believe I must have been able to find
11  something in some way. I can't be 100 percent confident
12  that what I found made it into the shopping cart and was
13  actually checking out, but yeah, I seem to remember
14  being able to locate certain items.
15  Q  So, for example, you were able to locate the
16  prices of the items?
17  A  I don't remember exactly what I was able to
18  locate and what I was not able to locate on the specific
19  item.
20  Q  But enough that you knew it was what you
21  wanted for purposes of trying to put it in the cart?
22  A  Yeah, there must have been some sort of
23  identification information available on an item, if I
24  remember finding it.
25  Q  Do you remember what you were trying to buy

**Page 86**

1  your friends for the wedding?
2  A  I don't remember what I was trying to buy
3  them. Probably something on their list, maybe something
4  on the cheaper end of their list.
5  Q  So you were able to access the items on the
6  list and their prices?
7  A  I think so.
8  Q  Okay.
9     And with respect to the other items you were
10  trying to buy, I think it was described as cooking items
11  before. Do you remember more specifically what those
12  items were?
13  A  I remember wanting to get a wok. I like to
14  cook Indian food every once in a while, and I wanted to
15  purchase a wok at the same time as doing the wedding
16  registry, if my memory serves me correctly.
17  Q  Okay.
18     Were you able to determine if Target.com
19  carried woks?
20  A  I don't remember. If I -- I remember I've
21  actually purchased a wok, so I know I bought it from a
22  site other than Target. So I can't remember if the wok
23  that I saw on the website was at the Bed Bath & Beyond
24  store or if it was at the Target store or if it was at a
25  third website separate.

**Page 87**

1  Q  Okay.
2     But is it fair to say that the problems you
3  experienced when you were trying to purchase those items
4  was mainly during the checkout process?
5  A  I would say that the biggest problem was a
6  problem with the checkout button. I found there were
7  certain annoying things, like things not being labeled
8  very well or just a general -- just a general difficulty
9  in trying to navigate around the site. But I remember
10  that sort of the main thing being the checkout button.
11     MS. PASZEK: Okay. All right. I think that
12  covers everything I have. So we're all set for now.
13  Thanks very much for coming over here.
14     THE WITNESS: No problem.
15     MS. ROBERSON: My God. That's impressive.
16     MS. PASZEK: What's that?
17     MS. ROBERSON: Only been an hour, if that.
18     THE REPORTER: Did you want a copy of this?
19     MS. ROBERSON: Yes, please.
20
21     (Deposition session concluded at 2:30 p.m.)
22
23
24
25

```
 9   I, TIM ELDER, do hereby declare under penalty of perjury
10   that I have read the foregoing transcript; that I have
11   made any corrections as appear noted, in ink, initialed
12   by me; that my testimony as contained herein, as
13   corrected, is true and correct.
14        EXECUTED this_____day of_____, 2007, at
15   _____,_____.
16   (city)      (State)


21        TIM ELDER
```

Page 88

```
 1   STATE OF CALIFORNIA   )
                          ):ss
 2   COUNTY OF SAN FRANCISCO )
 3
 4        I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before me
 7   at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that the verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed my
18   name.
19
20        Dated:_____
21
22
23
24
25        KELLI COMBS, CSR NO. 7705
```

Page 89

9 (Pages 88 to 89)

SHARI MOSS & ASSOCIATES

(415) 402-0004

571f323a-4319-4cc7-89ee-69c1752066f6