```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA


NATIONAL FEDERATION OF THE      )
BLIND, the NATIONAL FEDERATION  )
OF THE BLIND OF CALIFORNIA, on  )
behalf of their members, and    )
BRUCE F. SEXTON, on behalf of   )
himself and all others          )
similarly situated,             )
                                )
            Plaintiffs,          )
                                )
    vs.                         )   Case No. C 06-01802 MHP
                                )
TARGET CORPORATION,             )
                                )
            Defendant.          )
_____)


                         Deposition of
                         KENNETH METZ
                         June 19, 2007



Reported by
Victoria L. Hunt
CSR 4181

             SHARI MOSS & ASSOCIATES
           Certified Shorthand Reporters
              877 Cowan Road, Suite A
         Burlingame, California 94010-1204
                   (415) 402-0004
                   (650) 692-8900
                 Fax: (415) 402-0005
```

```
                    I N D E X
                                               Page

    EXAMINATION BY MS. PASZEK                     4



                    E X H I B I T S
                        (None)
```

Page 2

```
 1      BE IT REMEMBERED that, pursuant to the laws
 2  governing the taking and use of depositions, and on
 3  June 19, 2007, commencing at 6:42 p.m. thereof, at the
 4  Sheraton Hotel, 900 South Disneyland Drive, Anaheim,
 5  California, before me, VICTORIA L. HUNT, a Certified
 6  Shorthand Reporter in the State of California, personally
 7  appeared
 8          KENNETH METZ,
 9  called as a witness by the defendant, who, being by me
10  first duly sworn, was examined and testified as is
11  hereinafter set forth.
12      SCHNEIDER & WALLACE, 180 Montgomery Street, Suite
13  2000, San Francisco, California 94104, represented by
14  RACHEL BRILL, Attorney at Law, appeared as counsel on
15  behalf of Plaintiffs.
16      MORRISON & FOERSTER, LLP, 425 Market Street, San
17  Francisco, California 94105-2482, represented by KRISTINA
18  PASZEK, Attorney at Law, appeared as counsel on behalf of
19  Defendant.
```

Page 3

```
 1           KENNETH METZ,
 2  having been first duly sworn, testified as follows:
 3
 4                  EXAMINATION
 5  BY MS. PASZEK:
 6      Q   My name is Kristina Paszek.
 7      A   Hi there.
 8      Q   I'm the attorney representing Target in this
 9  case.
10          Is this the first time you've had your deposition
11  taken?
12      A   No.
13      Q   How many times have you been deposed before?
14      A   One other time.
15      Q   And how long ago was that?
16      A   1998.
17      Q   And was that another litigation matter?
18      A   It was a personal matter with the City of
19  Anaheim, so nothing to do with any of this.
20      Q   So you are somewhat familiar with the procedures
21  here, but I'll refresh them anyway.
22          Basically, I'm just going to ask you a series of
23  questions and you are going to answer them. And in the
24  meantime, the court reporter here is taking it all down.
25  So we should try to be careful not to talk at the same
```

Page 4

```
 1  time so that the record will be clear.
 2          And if any questions I ask are unclear to you,
 3  please ask me to clarify and I will do so.
 4          And if you need to take a break ever, just, you
 5  know, let me know and we can do that. I just ask if there
 6  are any pending questions that you answer those before we
 7  take a break. And I guess that's basically how it works.
 8          So is there any reason why you would be unable to
 9  testify fully and truthfully today?
10      A   No.
11      Q   Good.
12          Can you please state your name for the record.
13      A   Ken -- legally Kenneth -- Metz, M- as in Michael
14  -E-T-Z as in zebra.
15      Q   Good.
16          So about how long have you been using a personal
17  computer, Mr. Metz?
18      A   22 years.
19      Q   Okay. And you use screen reader software?
20      A   Yes.
21      Q   What kind of screen reader software do you use?
22      A   It's called JAWS, Job Access for Windows with
23  Speech.
24      Q   Is there other screen reader software that you
25  use?
```

Page 5

**Page 6**

1   A  Not that I use.
2   Q  Okay. And how long have you been using a
3 computer to access the internet?
4   A  About ten years.
5   Q  About how much time would you say you spend in an
6 average week on-line?
7   A  Eight to ten hours.
8   Q  What do you use the internet for?
9   A  I use it to look at various stores that have --
10 where I might be looking for items to purchase.
11       I also look at certain areas for -- to get some
12 information on different types of disabilities.
13       I also go on websites that have various types of
14 special adaptive equipment for the blind or visually
15 impaired.
16       And I go on other websites to take a look at some
17 of the guide dog schools.
18   Q  Okay. What about purchasing items on-line?
19   A  I have done that.
20   Q  Can you tell me a bit about what you do for work?
21   A  I work as a director of a program for blind
22 adults for -- I should say adults who are blind or
23 visually impaired who most of the time have most recently
24 lost their vision within the last one to five years. And
25 it's a residential training center that we have to teach

**Page 7**

1 them all the new skills, including Braille, independent
2 living skills, orientation of mobility -- that's how to
3 get around with a white cane -- and adaptive computers.
4   Q  How long have you had that job?
5   A  Six years, five-and-a-half years.
6   Q  How long have you been at that particular
7 organization?
8   A  That same time.
9   Q  The same time?
10   A  Five-and-a-half years.
11   Q  What did you do for work before that?
12   A  I had three other careers sort of. The first one
13 started with what used to be known as Pacific Telephone
14 and Telegraph to Pacific Bell to SBC and then to AT & T,
15 which is really where it was. And I worked there for 20
16 years, 1971. I retired in the end of 1990 when I was
17 there 20-and-a-half years.
18   Q  What did you do for them?
19   A  I started out working as a specialized operator.
20 Then I worked on their PBX system. Then I ended up
21 working as a clerk typist in their EEO, Equal Employment
22 Opportunity, Affirmative Action office and ended up
23 working in space planning and furniture planning for new
24 employment offices for the company and finished my last 11
25 years working on benefits and health plans, savings plans,

**Page 8**

1 401K and life insurance.
2   Q  Okay. That sounds like you were busy.
3   A  Well, it worked out well.
4       And after that I took an early retirement that
5 they offered. And obviously, I didn't retire. I went
6 back to school for a year and a half and worked as a
7 travel agent in Walnut Creek, California for four years.
8 Then moved back down here, worked as a rehabilitation
9 counselor for the California State Department of
10 Rehabilitation. And with that job I ended up finally
11 coming to my current job.
12   Q  Okay. You touched on it a bit, but can you tell
13 me more about your educational background?
14   A  I went to college and started out in community
15 college, which we used to know as junior college in those
16 days. 1964. I went to U.C.L.A. for a year and then
17 finished my last year, year and a half up at San Francisco
18 State.
19       I had a major in speech and a minor in
20 broadcasting.
21   Q  Now with your current job do you assist blind
22 adults with shopping or with --
23   A  We have instructors that actually teach adaptive
24 computers to the folks. Once in awhile we will get into
25 discussions on it, the student and myself, but it's really

**Page 9**

1 the computer instructors. Each core area, the computer,
2 the Braille orientation, mobility, independent living
3 skills, each has its own specialist or specialists.
4   Q  So there's other colleagues of yours who --
5   A  Yes.
6   Q  And they would, for example, teach folks how to
7 use --
8   A  Yes. I'm the director of the program. So
9 therefore, yeah, it's our whole staff.
10   Q  And are you a member of the National Federation
11 of the Blind?
12   A  No, I'm not.
13   Q  Any reason why you haven't become one?
14   A  No. I just know a lot of people that are and so
15 we, you know, we all sort of share ideas and thoughts.
16   Q  How did you first find out about this lawsuit?
17   A  I heard about it from some of the membership.
18 And I also read about it in a couple of the magazines and
19 lots of e-mails, some of the list serves that I'm on. And
20 so that's how I heard about that initially.
21   Q  What made you -- What led you to file a
22 declaration in this litigation?
23   A  What led me to file is that I think everyone
24 deserves an equal opportunity to have access, and I
25 thought this was just one more jump that we need to make

### Page 10

1 one of these years to get to full access.
2    Q  I'm not sure you are aware of this but there were
3 several rounds of people filing declarations in this. Is
4 there a reason why you did it later rather than sooner?
5    A  No. I just heard about it later. And so I
6 decided to -- I had made a couple of calls and talked to
7 people. And they said, well, we would still like to have
8 as many people as possible involved in this just because
9 it does involve advocacy, and that's one of the things
10 that I do a lot of.
11    Q  So about how often do you go to Target physical
12 retail stores?
13    A  I'd say on the average of once every month to
14 month and a half.
15    Q  And what items do you buy there?
16    A  I've bought coffee makers. I've bought stainless
17 steel flatware. I've bought some pots and pans. I've
18 bought a deep fryer there. And my wife and I basically go
19 there to do shopping both for items that we may need at
20 home as well -- As a matter of fact, we bought our vacuum
21 there, too.
22    Q  I'm sorry?
23    A  I said we bought our vacuum cleaner there, too.
24 But we do that as well as when we have friends that are
25 going to be getting married or baby showers and things

### Page 11

1 like that, then we look for gifts for those things as
2 well.
3    Q  Have you ever tried to use the gift registries at
4 Target Dot Com?
5    A  Yes, tried.
6    Q  Can you tell me about that? When was it?
7    A  I believe it was probably about eight months ago.
8 And I know I went to look in the registry but I really had
9 difficulty trying to figure out what the items were and to
10 actually get into the meat of the website so that I could
11 make some decisions on what I wanted.
12    Q  So what prompted you to try to use the gift
13 registry? Did you know people who are registered for
14 gifts on it?
15    A  Yes. It was for a wedding, and that's why I did
16 that.
17    Q  Whose wedding was it?
18    A  Honestly, I'm trying to remember. I've been to
19 about four of them and I can't recall exactly which
20 person.
21    Q  And so did you -- Have you ever tried to buy
22 something from the Target gift registries at a Target
23 store?
24    A  At the store itself?
25    Q  Yeah.

### Page 12

1    A  Yes, I did. Going to the store was different
2 because I had one of their sales customer service people
3 helping.
4    Q  Was that for the same wedding?
5    A  Yes.
6    Q  And were you ultimately able to purchase an item
7 off the registry at the store?
8    A  Yes.
9    Q  Have you had difficulty shopping at the Target
10 retail stores themselves, the physical stores?
11    A  No.
12    Q  And you said sometimes you ask clerks to assist
13 you there?
14    A  Yes. Customer service folks there, they are very
15 nice.
16    Q  And they have helped you locate items?
17    A  Yes.
18    Q  So apart from the one incident where we just
19 described where you tried to use the gift registry, I'd
20 like to walk through and ask you about your other attempts
21 to use the website.
22        When was the first time you tried to access
23 Target Dot Com?
24    A  I'm guessing about three years ago.
25    Q  And what were you trying to do?

### Page 13

1    A  That's a long time ago. I'm sure I was looking
2 for some home appliance. I always like to look for
3 kitchen gadgets. So I must have been looking for a home
4 appliance.
5    Q  Do you remember if you were trying to -- Did you
6 visit the site with the intention of purchasing something
7 on-line?
8    A  Yes.
9    Q  As opposed to getting it at the store itself?
10    A  Yes.
11    Q  And tell me about your experience.
12    A  Well, the problems I have found to be consistent
13 in that time are the fact that I could actually go and do
14 a search and find the list of items I want but then had
15 difficulty trying to look at each one and getting an
16 explanation of the item.
17        I think -- I'm trying to recall now. There might
18 have been one that I was just going to buy but then when I
19 went to their checkout, again it was very difficult and I
20 really had difficulty and finally got frustrated with it
21 and got out of it and called the store and checked with
22 them instead, and then had to go down there.
23        I use it because I'm trying to really avoid, you
24 know, at times going to the store, especially around
25 holiday times and stuff. I try to avoid that and would

### Page 14

1  rather do things on-line.
2  Q   Okay.  So when you say you had difficulty with
3  checkout, can you be more specific about what your
4  problems were?
5  A   I couldn't get to the final area of trying to
6  input the information that it was requesting.  There were
7  too many graphics.  At least my screen reader always says
8  graphic, graphic.  And I could not get to the actual area
9  where I had to input the, like, credit card number and
10 address and things of that sort.
11 Q   And so you said you called the store and
12 ultimately went there and --
13 A   Yes.
14 Q   -- and got what you were looking for?
15 A   Um-hum.
16 Q   What about the -- So to back up, you called the
17 store and you asked them whether they had the particular
18 item you were seeking?
19 A   Yes.
20 Q   And they said yes and you went there and got it?
21 A   Yes.
22 Q   So what about your next experience using or
23 trying to use Target Dot Com?
24 A   I mean, any time I looked for things it was a
25 similar experience.  So it wasn't really any different.

### Page 15

1  Even when my wife and I purchased a vacuum -- I think it
2  was probably a year, year and a half ago -- it was the
3  same thing.  I went back into it but couldn't get
4  descriptions, and so again had to -- actually, I contacted
5  the store and asked them if they carried specific name
6  brands.  When they said yes, then we went down there and
7  looked at those.
8  Q   And when you say contacted, do you mean by phone?
9  A   By phone.
10 Q   Okay.  And on those occasions were you still able
11 to get the information you wanted by phone?
12 A   Yes.
13 Q   And were you able to purchase items ultimately?
14 A   Yes.
15 Q   Okay.  About how -- When was the most recent time
16 that you tried accessing Target Dot Com?
17 A   Actually, it was either a month or two ago.  Two
18 months ago.  I was looking for portable air conditioners.
19 We had moved out here into a warmer area.  Or maybe hot
20 area sometimes out in San Gabriel Valley.  And so I at
21 least wanted -- the place we rented does not have air
22 conditioning.  And I wanted to look for the portable air
23 conditioners.
24     I saw the ones they had.  I think they had --
25 they had several listed.  And again, although they had

### Page 16

1  links to go into them, I made that attempt and could not
2  find where the description was.
3  Q   So when you say description, were you able to
4  find the price of the item?
5  A   I saw the price but I could not find out if it
6  was -- if it had the window unit included with it or any
7  of that.  So it didn't give me the information about the
8  unit itself.
9  Q   So you found the name, say the brand and price,
10 but not a description about the features?
11 A   Correct.  That way I wouldn't know if it had a
12 humidifier or dehumidifier or anything with it, or things
13 of that sort that were important to what we were looking
14 for.
15 Q   And did you intend at that time to make a
16 purchase, to purchase the air conditioner on-line, or did
17 you still plan to go to the store?
18 A   No, I wasn't going to plan to go to the store for
19 that.  That would have been too heavy to take with us on a
20 bus or a para-transit.
21 Q   So what did you ultimately do in terms of buying
22 the air conditioning unit?
23 A   I went to another website.
24 Q   Which website?
25 A   Costco.

### Page 17

1  Q   And did you purchase the item on-line?
2  A   I did.  Even when we moved, I purchased boxes,
3  the moving boxes, from Costco, because I was able to get
4  the number of boxes and their descriptions, the sizes of
5  the boxes.  It met our needs at that time.
6  Q   Did you have any problems with the Costco
7  website?
8  A   No.
9  Q   So on this occasion when you were back on the
10 Target site looking for the portable air conditioning
11 unit, did you try to proceed to check out at that time?
12 A   No, because I wasn't going to even try to
13 purchase it unless I knew what the description was.
14 Q   So in terms of the information you were
15 seeking -- you mentioned whether the window unit was
16 included -- were there any other specific units or
17 features that were important to you?
18 A   Features that I was looking at included the
19 fact -- portability I could tell because it said portable,
20 so that part I knew, but I had to know if it had the full
21 window attachment with the hose attached.  I wanted to
22 know the number of square feet it would cover by the
23 number of B.T.U.'s.  And I also wanted to get the
24 dimensions.  And those were the things I had difficulty
25 obtaining, as well as what the warranty was and a few

**Page 18**

1  other things.
2  Q  I'll let you finish.
3  A  That's all. It was just the warranty and a few
4  other things. So that's when I finally decided no, I
5  wanted to get more information. And that wasn't something
6  I wanted to carry home.
7  Q  Did you try calling Target to find out that
8  information?
9  A  No, not at that time.
10 Q  Were you able to find out all that information,
11 either the square feet, the B.T.U.'s and whether the
12 window unit was included, on the Costco site?
13 A  Yes.
14 Q  Was the unit you ultimately bought from the
15 Costco site one of the units you -- was that the same
16 brand that you were looking at at Target?
17 A  No.
18 Q  No?
19 A  On-line with Costco I was able to find a coupon
20 that they had just for on-line and I was able to take
21 advantage of a lower price, actually.
22 Q  Okay. How often do you use coupons, would you
23 say?
24 A  Not very often. And I don't just because my wife
25 and I are both blind and it's just too hard. Two reasons.

**Page 19**

1  It's hard to really keep the ones you get in the mail
2  straight. And they are too tiny to have to tear off,
3  which means that you have to pay for a reader to go
4  through all that stuff. So it ends up costing more than
5  what the coupon would save.
6      And the ones that you print out on-line are very
7  difficult to do in many instances. And it really just
8  depends on what I'm purchasing at the time whether or not
9  there is a coupon available.
10 Q  Right.
11     Have you tried to access the coupons, any
12 coupons, on Target Dot Com?
13 A  No.
14 Q  You mentioned that one time you tried to buy
15 something off the gift registry at Target Dot Com. Were
16 there other times you tried to use the Target gift
17 registries?
18 A  There could have been. I've known four or five
19 people that were registered either for, you know, for
20 babies, for weddings. My sister-in-law was one and also
21 my brother-in-law. So it was my wife's sister and
22 brother. They both got married within the last couple of
23 years. And so I tried it that time to see what I could
24 find, and I could not get through the registry.
25 Q  Did you try to use the registries at the store on

**Page 20**

1  those occasions?
2  A  I did at the store.
3  Q  And were you successful in doing that?
4  A  Successful in the fact that the customer service
5  person printed it out and then went down the list of
6  things with me.
7  Q  And did you ultimately buy gifts there?
8  A  I did.
9  Q  Okay. So we talked about -- we talked about a
10 few -- we went through in detail a few of the occasions
11 when you tried to do things on Target Dot Com. About how
12 many times in totality would you say that you tried to
13 either purchase something or find out information or get
14 something off the registry or anything from Target Dot
15 Com?
16 A  I think I probably looked in there 10 to 15
17 times.
18 Q  And that's between, I think you said --
19 A  Within the last three years.
20 Q  And most recently a month or two ago?
21 A  Um-hum.
22 Q  Were you ever able to complete an on-line
23 purchase from Target Dot Com?
24 A  No.
25 Q  Were you ever able to use Target Dot Com to --

**Page 21**

1  Were you ever successful in your efforts to use Target Dot
2  Com to find out information about items that you planned
3  to buy at the store?
4  A  Not to date, no.
5  Q  I mean setting aside the detailed description and
6  stuff but, for example, whether they carried an item or
7  the price.
8  A  Yeah, I've done that, but then I had to go to the
9  store to actually get certain items. And I had to also
10 make sure that those items were not just specifically --
11 They have some items that are specifically for on-line
12 purchase. So I'd always have to call the store to make
13 sure that that wasn't just an on-line purchase but that
14 they actually had it in the store.
15 Q  Right.
16     So you mentioned pots and pans, kitchen
17 appliances, vacuum cleaner, flatware. Are there any other
18 items that you've tried to purchase either at the store or
19 tried to purchase off of Target Dot Com that you remember?
20 A  I really can't say because a lot of times if I
21 think of something, I'll just look to do comparison
22 shopping. I can't really tell you which on-line stores I
23 looked at.
24 Q  So we've talked about using the Target Dot Com
25 website to make purchases directly and also to find out

## Page 22

1  information about items, and then the registries. Are
2  there any other reasons why you've tried to access Target
3  Dot Com?
4  A  No.
5     Let me take that back. I'll say yes, and that
6  was just to find the location of a store.
7  Q  And were you able to find that information?
8  A  Yes, that I could do.
9  Q  Do you remember when that was about?
10 A  Probably within the last month or two when I
11 looked at the air conditioner, because we had just moved
12 out to the San Gabriel area, so I wanted to see what the
13 closest store was.
14 Q  Okay. So you mentioned in your declaration, you
15 talked about how sometimes you've ordered food items
16 on-line.
17 A  Yes.
18 Q  Do you buy food items at Target?
19 A  No.
20 Q  Have you tried to look for food items on Target
21 Dot Com?
22 A  No. They don't really have any. They have more
23 snack stuff, which sounds good. No, I haven't done that.
24    MS. PASZEK: I think I want to take a break.
25    MS. BRILL: Okay.

## Page 23

1     THE WITNESS: Because I'm fine.
2     (Brief recess taken)
3  BY MS. PASZEK:
4  Q  So when was the last time you tried to use the
5  checkout function on Target Dot Com?
6  A  Six to eight months ago.
7  Q  And do you remember what you were trying to buy
8  then?
9  A  I was looking at a coffee pot, coffee maker.
10 Q  And can you tell me about the problems you
11 encountered on that occasion?
12 A  Well, first of all, I didn't get the description,
13 but I always trusted Mr. Coffee so I decided to do that.
14 I could at least tell the price. And then when I added
15 that to the shopping cart, I had a problem. I could find
16 checkout and then I got lost after that, because it
17 wanted, you know -- What normally happens is you get --
18 they ask for a name and address and credit card and the
19 billing address and shipping address and stuff like that.
20 I couldn't find all those things on this.
21 Q  And this was using JAWS?
22 A  Yes.
23 Q  What version of JAWS do you use?
24 A  Seven point one, I think it is.
25 Q  And were you using that version for all of your

## Page 24

1  attempts to access Target Dot Com?
2  A  Within the past year year and a half. Prior to
3  that it was JAWS six point something. But, you know, they
4  came out later -- they come up with different versions as
5  they add new features.
6  Q  Have you spoken to other people who use screen
7  reader software about their experiences with Target Dot
8  Com?
9  A  Yes, I've talked to -- to a couple of our
10 computer instructors. I've spoken to some friends of mine
11 who are sort of computer -- in other words, who say they
12 just leave it alone, because even with all their
13 experience -- I have one friend that used to work at a
14 help desk for one of the internet companies and so he
15 knows the stuff and even he had trouble navigating around
16 the graphics.
17 Q  Do you know when these folks were trying to use
18 the website?
19 A  No. I just asked a general question.
20 Q  What do you like about shopping at Target?
21 A  The store I happen to like because, first of all,
22 of course, we are looking for a bargain if we can do it,
23 but, to be honest, when I have gone in, the sales folks
24 have been very helpful.
25    The phone, they have been helpful, although you

## Page 25

1  are on hold for 108 years, I think. But when they do
2  answer, they are really helpful.
3     I'm kidding about the 108 years. It might be 108
4  minutes. I'm not sure.
5  Q  I have in your declaration that you are only 61.
6     MS. BRILL: Unless he wanted to change that.
7     THE WITNESS: But the folks that have helped both
8  my wife and myself -- and both of us are totally blind.
9  So when we have gone in there, they really have just been
10 great.
11    And it's sort of funny because there are times
12 when my wife has gone in by herself and they send a guy to
13 help her. And she'll just look at them and say, "I don't
14 think you want to help me buy bras and stuff, so I need a
15 female customer service person."
16    And they are very accommodating. I'm sure the
17 guy wants to get away, too.
18    So there have been funny experiences there, but
19 overall, getting back on track, they really have been very
20 helpful as far as the personnel goes.
21    MS. PASZEK: Okay. I think that about covers it
22 for me. So thank you very much for coming out. We
23 appreciate all the time you spent on para-transit to get
24 here.
25    (Whereupon, deposition concluded at 7:18 p.m.)

```
 1
 2
 3
 4
 5
 6
 7
 8        I declare under penalty of perjury that the
 9   foregoing transcript of my deposition testimony is true
10   and correct.
11        Executed at _____,
12   California, this _____ day of _____, 2007.
13
14
15        _____
16             Kenneth Metz
17
18
19
20
21
22
23
24
25
                                                    Page 26
```