National Federation of the Blind et al v. Target Corporation Doc. 140 Att. 11
[Electronics-talk] Fw: NFB seeks persons who can help in their suit against Target Page 1 of 2
Case 3:06-cv-01802-MHP     Document 140-12     Filed 07/16/2007     Page 1 of 2

# [Electronics-talk] Fw: NFB seeks persons who can help in their suit against Target

**Scott Greenblatt** scottgreenblatt at earthlink.net
*Thu May 3 16:18:47 CDT 2007*

- Previous message: [Electronics-talk] A google approach to 411 (free)
- Next message: [Electronics-talk] Fw: NFB seeks persons who can help in their suitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
> From: Daniel F. Goldstein [mailto:dfg at browngold.com]
>
> My name is Daniel Goldstein. Many of you know that I have been
> representing the National Federation of the Blind for over 20 years. We
> are currently in a lawsuit against Target Corporation and the judge has
> recently raised questions about the blind's use of Target's web site in
> connection with shopping at Target stores (as opposed to shopping
> online) and we have 30 days to submit affidavits from blind people that
> answers her questions.
>
> So if you would answer yes to any of the questions below, we need to
> talk to you. If you know anyone who would answer yes to any of the
> questions below, please tell us who they are and how to get in touch
> with them. If you are a state or chapter president, please get the word
> out on this to your members.
>
> 1. Do you ever use the internet to find out what store has the item you
> want or the price you want before you go out to buy it?
>
> 2. Do you shop at Target stores? If you do, would you like to be able to
> use Target's web site to know what products are at the store at what
> prices or would you like to use the web site for store coupons or for
> services like pharmacy refills?
>
> 3. Have you ever tried to use Target's web site for such purposes and
> found it inaccessible?
>
> 4. If you don't fit this description, do you know someone who does?
>
> If you are such a person, the NFB needs your help in the lawsuit against
> Target right now. Please contact Mehgan Capek at
>
> Brown, Goldstein & Levy
> (410) 962-1030
> You can call her collect, or you can send her an e-mail at
> msc at browngold.com.
>
> Thank you for your help in this important matter.
>
> Daniel F. Goldstein
> Brown, Goldstein & Levy, LLP
> 120 E. Baltimore St., Suite 1700
> Baltimore, MD 21202
```

```
> (410)962-1030
> (410)385-0869 (fax)
> 443-923-1314 (direct dial)
> dfq at browngold.com
> www.browngold.com
>
>
>
> Check out the TABI resource web page at:
> http://acorange.home.comcast.net/TABI/
>
> (be sure and make suggestions)
>
> --^------------------------------------------------------------
> This email was sent to: scottgreenblatt at earthlink.net
>
> EASY UNSUBSCRIBE click here: http://topica.com/u/?b1dl5v.bQuxu8.c2NvdHRn
> Or send an email to: TABI-unsubscribe at topica.com
>
> For Topica's complete suite of email marketing solutions visit:
> http://www.topica.com/?p=TEXFOOTER
> --^------------------------------------------------------------
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Free Edition.
> Version: 7.5.467 / Virus Database: 269.6.2/785 - Release Date: 5/2/2007
> 2:16 PM
>
>
```

- Previous message: [Electronics-talk] A google approach to 411 (free)
- Next message: [Electronics-talk] Fw: NFB seeks persons who can help in their suitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the Electronics-talk mailing list