# [Electronics-talk] Fw: NFB seeks personswhocanhelpintheirsuitagainst Target

**Mazen** jazenmazen at yahoo.com
*Mon May 7 13:55:43 CDT 2007*

- Previous message: [Electronics-talk] Fw: NFB seeks persons whocanhelpintheirsuitagainst Target
- Next message: [Electronics-talk] Fw: NFB seekspersonswhocanhelpintheirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
Hi list,

I am a blind attorney who worked on the Target and Amazon cases.

To clarify, Target's website contained thousands of unidentifiable active
links  (over 180 such links on their homepage alone), no HTML headings
unlabeled form fields, and the infamous  non-functioning checkout button
prior to the NFB's filing of its law suit.

The question of web accessibility comes down to ease of use, not simply
whether it is possible to make a purchase. Amazon and other retailers spend
billions trying to figure out how to make a website appealing and user
friendly to the  sighted public. If it takes significantly more time and
effort for a blind user to use that same website then there is a
discrimination problem based on the inaccessibility of the sight. This is
especially troublesome given that accessibility is fairly simple and
inexpensive to provide if it is built into the architecture of the site.
It's equivalent to a new building whose front entrance doesn't have a ramp
but  is supposed to be accessible because there is a wheelchair entrance in
the back, which takes a half hour to get to.

  M~



-----Original Message-----
From: Ray Foret Jr. [mailto:rforetjr at bellsouth.net]
Sent: Thursday, May 03, 2007 10:29 PM
To: Discussion of accessible electronics and appliances
Subject: Re: [Electronics-talk] Fw: NFB seeks
personswhocanhelpintheirsuitagainst Target

Fair enough.  Mind you, I was not meaning to imply that the NFB was is
acting in a disingenuous fashion in suing Target.  It's just I was a little
unclear about a few things.  Mind you, that target page sure looks a mess.
A novice would have one scream after another trying to get around that thing
for sure.  AS far as Amazon goes, way back in 2002 when I took two or more
hours to place my first two orders, the pages were a good deal less
cluttered than they are nowadays.  Why?  Simple.  They want to make you buy
more and more before you finally hit the "checkout" button.  A couple of
Christmases ago or so, I noticed that Amazon did something to their account
log on page which made it impossible to fill in the form fields.  This
lasted only a month or so before they corrected it.  Therefore, I'd say
```

that, in the final analysis, it's a good thing the NFB is working to help
Amazon; so as to prevent this sort of thing again.

Sincerely yours,
The Constantly Barefooted,
Ray
Home phone and fax:
(985)853-0139
E-mail:
rforetjr at bellsouth.net
Skype Name:
barefootedray
Blog:
www.raysworld.blogs.com
Podcast .rss Feed:
http://feeds.feedburner.com/worldofray

God bless President George W. Bush!
God bless our troops!
and God bless America
----- Original Message -----
From: "Mike Freeman" <k7uij at panix.com>
To: "Discussion of accessible electronics and appliances"
<electronics-talk at nfbnet.org>
Sent: Thursday, May 03, 2007 10:28 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons
whocanhelpintheirsuitagainst Target


Ray:

I understand that the inaccessibility of the Target site occurs
*precisely* when one is trying to check out.

Amazon's site is, broadly-speaking, accessible in the sense that a blind
person can use it. However, many people find it awkward to use (one must
know enough about the site to search for certain phrases within the page to
get to the links one wants in timely fashion) and many graphical links do
not have "alt-text" to indicate what they are to a screen-reader.

Again, we are entering upon a complex realm wherein knowledge of one's
screen-reader and the actual layout of the page interacts with the ability
or lack thereof for a screen-reader to get the requisite information from
the page (no matter how ignorant or savvy the user is).
There is no definitive answer.

But, as I say, since NFB is working with Amazon, I suspect that the site
will become much clearer, if not less cluttered, over time. And we must see
how the Target business goes. I, too, was able to navigate thru Target's
site as you did. But, like you, I did not proceed to checkout.
And it is apparently there that one encounters the rub. Curtis Chong once
told me that he heard of some who claimed they proceeded clear thru Target
checkout but he was never able to verify the reports and he *was* able to
verify some of the problems with the Target site.

HTH!

Mike Freeman

   ----- Original Message -----

From: Ray Foret Jr.
To: Discussion of accessible electronics and appliances
Sent: Thursday, May 03, 2007 6:05 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons who canhelpintheirsuitagainst Target

Who ever said Amazon is not accessible must be having issues learning to use
their screen reader.  My second day online, (July 22nd 2002) I made my first
two purchases over at the regular Amazon site.  Now, of course, because I
really didn't know what I was doing, it took me just over two and a half
ours; but, I did it.  As for the NFB announcement that we're working with
Amazon, I must confess it took me quite by surprise.  As for the Target web
site, I just went there and looked up AT&T and found some cordless phones.
I was able to add one to my shopping cart; but, I chose not to go through
the process of building an account and buying the phone.  I just spent
$206.00 on Omnipage Pro 15 so I decided to not order the phone.  Some say
that Target's site is not accessible while others maintain it is.  Who's to
be believed?  Now, I grant you, the target pages do seem to have a fair bit
of clutter on them, but, I'd like to know more about why this site seems to
be non accessible.  I'm not suggesting that the NFB is acting fraudulently,
But, I am just curious. Are some of the same people who claim target's site
is inaccessible the same people who claim Amazon is inaccessible?  The
answer might be interesting.

Sincerely yours,
The Constantly Barefooted,
Ray
Home phone and fax:
(985)853-0139
E-mail:
rforetjr at bellsouth.net
Skype Name:
barefootedray
Blog:
www.raysworld.blogs.com
Podcast .rss Feed:
http://feeds.feedburner.com/worldofray

God bless President George W. Bush!
God bless our troops!
and God bless America
----- Original Message -----
From: "Charlie Richardson" <charlieofalbany at hotmail.com>
To: "Discussion of accessible electronics and appliances"
<electronics-talk at nfbnet.org>

```
Sent: Thursday, May 03, 2007 6:35 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can
helpintheirsuitagainst Target


Someone told me Amazon.com is not accessible and that they have a
alternative site.  I don't think the alternative site is kept up to
date and
I don't have a problem using the main site.  Is it truly inaccessible
just
because someone can't use it or would it be that no one can use it.


There's so many places to shop on the internet that I don't understand
why
one has to be a target.

----- Original Message -----
From: "Jan Bailey" <jb021951 at charter.net>
To: "Discussion of accessible electronics and appliances"
<electronics-talk at nfbnet.org>
Sent: Thursday, May 03, 2007 6:38 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can help
intheirsuitagainst Target


> It's not a matter of learning how.  You can't check out if you use a
> screen
> reader, so to me it's not learning how, it's making it accessible.
>
> Jan
>
> ----- Original Message -----
> From: "Eric" <sseric at insight.rr.com>
> To: "'Discussion of accessible electronics and appliances'"
> <electronics-talk at nfbnet.org>
> Sent: Thursday, May 03, 2007 5:31 PM
> Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can help
in
> theirsuitagainst Target
>
>
>>I guess they don't want to hear from those of us who can and do use
the
>>web
>> site.
>>
>> Does it have to be accessible to every one to be accessible at all.
>> Isn't
>> that dumbing us all down.
>>
>> Like NFB's position in so many things, shouldn't it be, if you
can't use
>> it, learn how.
>>
>>
>>
>> -----Original Message-----
>> From: electronics-talk-bounces at nfbnet.org
>> [mailto:electronics-talk-bounces at nfbnet.org] On Behalf Of Scott
```

```
>> Greenblatt
>> Sent: Thursday, May 03, 2007 5:19 PM
>> To: Electronics-talk at nfbnet.org
>> Subject: [Electronics-talk] Fw: NFB seeks persons who can help in their
>> suitagainst Target
>>
>>
>>
>>> From: Daniel F. Goldstein [mailto:dfg at browngold.com]
>>>
>>> My name is Daniel Goldstein. Many of you know that I have been
>>> representing the National Federation of the Blind for over 20 years. We
>>> are currently in a lawsuit against Target Corporation and the judge has
>>> recently raised questions about the blind's use of Target's web site in
>>> connection with shopping at Target stores (as opposed to shopping
>>> online) and we have 30 days to submit affidavits from blind people that
>>> answers her questions.
>>>
>>> So if you would answer yes to any of the questions below, we need to
>>> talk to you. If you know anyone who would answer yes to any of the
>>> questions below, please tell us who they are and how to get in touch
>>> with them. If you are a state or chapter president, please get the word
>>> out on this to your members.
>>>
>>> 1. Do you ever use the internet to find out what store has the item you
>>> want or the price you want before you go out to buy it?
>>>
>>> 2. Do you shop at Target stores? If you do, would you like to be able to
>>> use Target's web site to know what products are at the store at what
>>> prices or would you like to use the web site for store coupons or for
>>> services like pharmacy refills?
>>>
>>> 3. Have you ever tried to use Target's web site for such purposes and
>>> found it inaccessible?
>>>
>>> 4. If you don't fit this description, do you know someone who does?
>>>
>>> If you are such a person, the NFB needs your help in the lawsuit against
>>> Target right now. Please contact Mehgan Capek at
>>>
>>> Brown, Goldstein & Levy
>>> (410) 962-1030
>>> You can call her collect, or you can send her an e-mail at
>>> msc at browngold.com.
>>>
```

```
>>> Thank you for your help in this important matter.
>>>
>>> Daniel F. Goldstein
>>> Brown, Goldstein & Levy, LLP
>>> 120 E. Baltimore St., Suite 1700
>>> Baltimore, MD 21202
>>> (410)962-1030
>>> (410)385-0869 (fax)
>>> 443-923-1314 (direct dial)
>>> dfg at browngold.com
>>> www.browngold.com
>>>
>>>
>>>
>>> Check out the TABI resource web page at:
>>> http://acorange.home.comcast.net/TABI/
>>>
>>> (be sure and make suggestions)
>>>
>>> --^------------------------------------------------------------
>>> This email was sent to: scottgreenblatt at earthlink.net
>>>
>>> EASY UNSUBSCRIBE click here: http://topica.com/u/?b1dl5v.bQuxu8.c2NvdHRn
>>> Or send an email to: TABI-unsubscribe at topica.com
>>>
>>> For Topica's complete suite of email marketing solutions visit:
>>> http://www.topica.com/?p=TEXFOOTER
>>> --^------------------------------------------------------------
>>>
>>>
>>>
>>> --
>>> No virus found in this incoming message.
>>> Checked by AVG Free Edition.
>>> Version: 7.5.467 / Virus Database: 269.6.2/785 - Release Date:
5/2/2007
>>> 2:16 PM
>>>
>>>
>>
>> _____
>> Electronics-talk mailing list
>> Electronics-talk at nfbnet.org
>> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>>
>>
>> _____
>> Electronics-talk mailing list
>> Electronics-talk at nfbnet.org
>> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>>
>
> _____
> Electronics-talk mailing list
> Electronics-talk at nfbnet.org
> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>

_____
Electronics-talk mailing list
```

```
Electronics-talk at nfbnet.org
http://www.nfbnet.org/mailman/listinfo/electronics-talk


Electronics-talk mailing list
Electronics-talk at nfbnet.org
http://www.nfbnet.org/mailman/listinfo/electronics-talk
```

------------------------------------------------------------------------
----

```
Electronics-talk mailing list
Electronics-talk at nfbnet.org
http://www.nfbnet.org/mailman/listinfo/electronics-talk
```

- Previous message: [Electronics-talk] Fw: NFB seeks persons whocanhelpintheirsuitagainst Target
- Next message: [Electronics-talk] Fw: NFB seekspersonswhocanhelpintheirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the Electronics-talk mailing list