Case 3:06-cv-01802-MHP   Document 34   Filed 06/13/2006   Page 1 of 3

| | |
|---|---|
| 1 | ROBERT A. NAEVE (CA SBN 106095) |
|   | RNaeve@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 19900 MacArthur Blvd. |
| 3 | Irvine, California 92612-2445 |
|   | Telephone: (949) 251-7500 |
| 4 | Facsimile: (949) 251-0900 |
| 5 | DAVID F. MCDOWELL (CA SBN 125806) |
|   | SARVENAZ BAHAR (CA SBN 171556) |
| 6 | MICHAEL J. BOSTROM (CA SBN 211778) |
|   | DMcDowell@mofo.com |
| 7 | SBahar@mofo.com |
|   | MBostrom@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street, Suite 3500 |
| 9 | Los Angeles, California 90013-1024 |
|   | Telephone: (213) 892-5200 |
| 10 | Facsimile: (213) 892-5454 |
| 11 | STUART C. PLUNKETT (CA SBN 187971) |
|   | SPlunkett@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 13 | San Francisco, CA 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 14 | Facsimile: (415) 268-7522 |
| 15 | Attorneys for Defendant |
|   | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No.   C06-01802 MHP <br><br> **DECLARATION OF SUZANNE TRITTEN IN SUPPORT OF TARGET CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  July 24, 2006 <br> Time:  2:00 p.m. <br> Judge: The Honorable Marilyn Hall Patel |

DECLARATION OF SUZANNE TRITTEN
CASE NO. 06-01802 MHP
la-863137

# DECLARATION OF SUZANNE TRITTEN

I, Suzanne Tritten, have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify under oath to the following:

1. I am 41 years old. I live in Oklahoma City, Oklahoma. I have been blind since birth.

2. I am an Assistive Technology consultant, a computer trainer, and a Braille translator. I provide these services to sight-impaired and sighted individuals. I also provide my services to businesses. I have been providing these services for 8 years. In general, Assistive Technology refers to computer hardware and software that assists sight-impaired individuals access and use computers. Examples of assistive technology include computer integrated Braille displays, scanning software, note takers and screen readers, such as JAWS For Windows ("JAWS"), or WindowEyes. A screen reader is a software product that audibly reads the contents of computer screens using a speech synthesizer.

3. I have been using computers since 1997, and various forms of Assistive Technology, including JAWS For Windows, since 1997. I began using JAWS 2.0 on a Windows 95 operating system. I currently use JAWS 7.0. My current computer is a Toshiba Satellite 390 laptop computer with a Windows XP operating system. I believe I have a good practical and working knowledge of both computers and Assistive Technology. In my experience, an average JAWS user can usually navigate most websites.

4. On or about May 13, 2006, I accessed Target.com with the intention of navigating the web site and purchasing merchandise. This was the first time I ever visited Target.com. I spent a little more than two hours on Target.com exploring the various functions and features on the website. Because this was my first visit to Target.com, I did run into some initial confusion. For example, when I logged onto the Target.com home page, a number of meaningless links appeared at the top of the page. After some brief exploration, however, I found numerous meaningful links on the page. Once I realized that the page was displaying identifiable content, I bypassed the initial problem, and was then able to navigate the various links on the site, and search for specific products.

DECLARATION OF SUZANNE TRITTEN
CASE NO. 06-01802 MHP
la-863137

1

5. Specifically, I found a list of departments from the Target.com home page, and looked through the various links to search for kitchen dishtowels. I found a link that said "shop by room." I accessed the link, went to the "kitchen" section, and entered a search for "dishtowels." The results page listed nine different categories relating to dishtowels. Included were a number of different color, style and set options for me to choose from.

6. I also used the Target.com "Gift Finder" feature, which listed "Gifts By Occasion." I looked for a "Mothers Day Gifts" category. I did not find one, but I did find a set of Mission Bell chimes for myself. While I initially had trouble with some of the forms during the checkout phase, I found that I was able to complete them by switching between JAWS "forms mode" and normal mode. I was then able to purchase the Mission Bell chimes.

7. I also found a 1-800 telephone number I could call if I had problems. I do not usually like to use 1-800 numbers, and I did not call the 1-800 number Target.com offered, but it was there if I felt I needed to use it.

8. I thought using Target.com was fun. I enjoyed browsing the products sold on Target.com, and playing around with the "Gift Finder" feature. It was not difficult to access or navigate the site. I was able to access different departments, review products, and find out all sorts of details on product availability and return options. I usually have to do some groping around the first time I visit a new website, but I did not have many difficulties at all on Target.com. I believe Target.com is usable by sight-impaired individuals who have a basic to intermediate competency with screen reader Assistive Technology like JAWS. I would use Target.com again, and would recommend it to both my sighted and sight-impaired friends.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of June 2006, at Oklahoma City, Oklahoma.

Suzanne Tritten

DECLARATION OF SUZANNE TRITTEN (Case No. 06-01802 MHP)

2