National Federation of the Blind et al v. Target Corporation                                                   Doc. 140 Att. 18
[Electronics-talk] Fw: NFB seeks persons who can help in their suitagainst Target            Page 1 of 3
            Case 3:06-cv-01802-MHP     Document 140-19     Filed 07/16/2007     Page 1 of 3

# [Electronics-talk] Fw: NFB seeks persons who can help in their suitagainst Target

Eric sseric at insight.rr.com
*Thu May 3 17:31:12 CDT 2007*

- Previous message: [Electronics-talk] Fw: NFB seeks persons who can help in their suit against Target
- Next message: [Electronics-talk] Fw: NFB seeks persons who can help in theirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
I guess they don't want to hear from those of us who can and do use the web
site.

Does it have to be accessible to every one to be accessible at all.  Isn't
that dumbing us all down.

Like NFB's position in so many things, shouldn't it be, if you can't use
it, learn how.




-----Original Message-----
From: electronics-talk-bounces at nfbnet.org
[mailto:electronics-talk-bounces at nfbnet.org] On Behalf Of Scott Greenblatt
Sent: Thursday, May 03, 2007 5:19 PM
To: Electronics-talk at nfbnet.org
Subject: [Electronics-talk] Fw: NFB seeks persons who can help in their
suitagainst Target



> From: Daniel F. Goldstein [mailto:dfg at browngold.com]
>
> My name is Daniel Goldstein. Many of you know that I have been
> representing the National Federation of the Blind for over 20 years. We
> are currently in a lawsuit against Target Corporation and the judge has
> recently raised questions about the blind's use of Target's web site in
> connection with shopping at Target stores (as opposed to shopping
> online) and we have 30 days to submit affidavits from blind people that
> answers her questions.
>
> So if you would answer yes to any of the questions below, we need to
> talk to you. If you know anyone who would answer yes to any of the
> questions below, please tell us who they are and how to get in touch
> with them. If you are a state or chapter president, please get the word
> out on this to your members.
>
> 1. Do you ever use the internet to find out what store has the item you
> want or the price you want before you go out to buy it?
>
> 2. Do you shop at Target stores? If you do, would you like to be able to
> use Target's web site to know what products are at the store at what
```

> prices or would you like to use the web site for store coupons or for
> services like pharmacy refills?
>
> 3. Have you ever tried to use Target's web site for such purposes and
> found it inaccessible?
>
> 4. If you don't fit this description, do you know someone who does?
>
> If you are such a person, the NFB needs your help in the lawsuit against
> Target right now. Please contact Mehgan Capek at
>
> Brown, Goldstein & Levy
> (410) 962-1030
> You can call her collect, or you can send her an e-mail at
> msc at browngold.com.
>
> Thank you for your help in this important matter.
>
> Daniel F. Goldstein
> Brown, Goldstein & Levy, LLP
> 120 E. Baltimore St., Suite 1700
> Baltimore, MD 21202
> (410)962-1030
> (410)385-0869 (fax)
> 443-923-1314 (direct dial)
> dfg at browngold.com
> www.browngold.com
>
>
>
> Check out the TABI resource web page at:
> http://acorange.home.comcast.net/TABI/
>
> (be sure and make suggestions)
>
> --^----------------------------------------------------------------
> This email was sent to: scottgreenblatt at earthlink.net
>
> EASY UNSUBSCRIBE click here: http://topica.com/u/?b1dl5v.bQuxu8.c2NvdHRn
> Or send an email to: TABI-unsubscribe at topica.com
>
> For Topica's complete suite of email marketing solutions visit:
> http://www.topica.com/?p=TEXFOOTER
> --^----------------------------------------------------------------
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Free Edition.
> Version: 7.5.467 / Virus Database: 269.6.2/785 - Release Date: 5/2/2007
> 2:16 PM
>
>

---

Electronics-talk mailing list
Electronics-talk at nfbnet.org
http://www.nfbnet.org/mailman/listinfo/electronics-talk

- Previous message: [Electronics-talk] Fw: NFB seeks persons who can help in their suit against Target
- Next message: [Electronics-talk] Fw: NFB seeks persons who can help in theirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the Electronics-talk mailing list