National Federation of the Blind et al v. Target Corporation    Doc. 140 Att. 19
[gui-talk] Assisting with Target Lawsuit Easier Than Ever    Page 1 of 2
Case 3:06-cv-01802-MHP    Document 140-20    Filed 07/16/2007    Page 1 of 2

# [gui-talk] Assisting with Target Lawsuit Easier Than Ever

**Dane Trethowan** grtdane at iprimus.com.au
*Fri Apr 14 03:47:51 CDT 2006*

- Previous message: [gui-talk] Assisting with Target Lawsuit Easier Than Ever
- Next message: [gui-talk] Assisting with Target Lawsuit Easier Than Ever
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
Right! well I've had a look at this site using Safari, which parts
are people having problems accessing? It all looks straight forward
to me.


On 14/04/2006, at 1:35 PM, David Andrews wrote:

> Dan Frye has asked me to post the following:  it is important.
>
> David Andrews
>
>
> As part of the Federation's legal action against Target's web
> operations, we are in need of blind people to examine the website
> target.com, and offer their
> assessment, particularly as it relates to any access problems
> experienced, as soon as possible. Initially, I thought that the
> officials at Disability Rights
> Advocates wanted people to draft their own declarations. As it
> turns out, however, they only want people to review the site, and
> then call and verbally
> articulate your experiences to them. They will then draft your
> statement for you to review and sign. If any of you have not done
> this, please take the
> time to review the website, and call the law clerk assigned to this
> case at Disability Rights Advocates, our partner in prosecuting
> this action.
>
> Please contact, as soon as possible:
>
> Brett Kaufman
> Law Clerk
> Disability Rights Advocates
> 510-665-8644
> bkaufman at dralegal.org
>
> Finally, please simply let me know when you've made contact with
> representatives at Disability Rights Advocates so that I can track
> the number of people
> that have been referred to them and who have actually filed a
> statement. We need at least 30 people to make statements, and if
> you will keep me informed,
> I'll be best able to monitor our progress.
```

```
>
> Thank you. Please contact me if you have any questions.
>
> Daniel B. Frye
> Manager of Affiliate Action Advocacy and Training
> National Federation of the Blind
> Department of Affiliate Action
> 1800 Johnson Street
> Baltimore, Maryland 21230
> Telephone: (410) 659-9314 Ext. 2208
> Cell: (410) 241-7006
> Fax: (410) 659-6893
> E-Mail: dfrye at nfb.org
> Web Address:
> www.nfb.org
> "
> Voice of the Nation's Blind"
>
> _____
> gui-talk mailing list
> gui-talk at nfbnet.org
> http://www.nfbnet.org/mailman/listinfo/gui-talk
```

- Previous message: [gui-talk] Assisting with Target Lawsuit Easier Than Ever
- Next message: [gui-talk] Assisting with Target Lawsuit Easier Than Ever
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the gui-talk mailing list