National Federation of the Blind et al v. Target Corporation  Doc. 140 Att. 20
[Electronics-talk] Fw: NFB seeks persons who can helpintheirsuitagainst Target   Page 1 of 4
Case 3:06-cv-01802-MHP   Document 140-21   Filed 07/16/2007   Page 1 of 4

# [Electronics-talk] Fw: NFB seeks persons who can helpintheirsuitagainst Target

**Ray Foret Jr.** rforetjr at bellsouth.net
*Thu May 3 20:05:46 CDT 2007*

- Previous message: [Electronics-talk] Fw: NFB seeks persons who can help intheirsuitagainst Target
- Next message: [Electronics-talk] Fw: NFB seeks persons who canhelpintheirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
Who ever said Amazon is not accessible must be having issues learning to use
their screen reader.  My second day online, (July 22nd 2002) I made my first
two purchases over at the regular Amazon site.  Now, of course, because I
really didn't know what I was doing, it took me just over two and a half
ours; but, I did it.  As for the NFB announcement that we're working with
Amazon, I must confess it took me quite by surprise.  As for the Target web
site, I just went there and looked up AT&T and found some cordless phones.
I was able to add one to my shopping cart; but, I chose not to go through
the process of building an account and buying the phone.  I just spent
$206.00 on Omnipage Pro 15 so I decided to not order the phone.  Some say
that Target's site is not accessible while others maintain it is.  Who's to
be believed?  Now, I grant you, the target pages do seem to have a fair bit
of clutter on them, but, I'd like to know more about why this site seems to
be non accessible.  I'm not suggesting that the NFB is acting fraudulently,
But, I am just curious.  Are some of the same people who claim target's site
is inaccessible the same people who claim Amazon is inaccessible?  The
answer might be interesting.

Sincerely yours,
The Constantly Barefooted,
Ray
Home phone and fax:
(985)853-0139
E-mail:
rforetjr at bellsouth.net
Skype Name:
barefootedray
Blog:
www.raysworld.blogs.com
Podcast .rss Feed:
http://feeds.feedburner.com/worldofray

God bless President George W. Bush!
God bless our troops!
and God bless America
----- Original Message -----
From: "Charlie Richardson" <charlieofalbany at hotmail.com>
To: "Discussion of accessible electronics and appliances"
<electronics-talk at nfbnet.org>
Sent: Thursday, May 03, 2007 6:35 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can
helpintheirsuitagainst Target
```

Someone told me Amazon.com is not accessible and that they have a
alternative site. I don't think the alternative site is kept up to date and
I don't have a problem using the main site. Is it truly inaccessible just
because someone can't use it or would it be that no one can use it.

There's so many places to shop on the internet that I don't understand why
one has to be a target.

----- Original Message -----
From: "Jan Bailey" <jb021951 at charter.net>
To: "Discussion of accessible electronics and appliances"
<electronics-talk at nfbnet.org>
Sent: Thursday, May 03, 2007 6:38 PM
Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can help
intheirsuitagainst Target


> It's not a matter of learning how. You can't check out if you use a
> screen
> reader, so to me it's not learning how, it's making it accessible.
>
> Jan
>
> ----- Original Message -----
> From: "Eric" <sseric at insight.rr.com>
> To: "'Discussion of accessible electronics and appliances'"
> <electronics-talk at nfbnet.org>
> Sent: Thursday, May 03, 2007 5:31 PM
> Subject: Re: [Electronics-talk] Fw: NFB seeks persons who can help in
> theirsuitagainst Target
>
>
>>I guess they don't want to hear from those of us who can and do use the
>>web
>> site.
>>
>> Does it have to be accessible to every one to be accessible at all.
>> Isn't
>> that dumbing us all down.
>>
>> Like NFB's position in so many things, shouldn't it be, if you can't use
>> it, learn how.
>>
>>
>>
>> -----Original Message-----
>> From: electronics-talk-bounces at nfbnet.org
>> [mailto:electronics-talk-bounces at nfbnet.org] On Behalf Of Scott
>> Greenblatt
>> Sent: Thursday, May 03, 2007 5:19 PM
>> To: Electronics-talk at nfbnet.org
>> Subject: [Electronics-talk] Fw: NFB seeks persons who can help in their
>> suitagainst Target
>>
>>
>>
>>> From: Daniel F. Goldstein [mailto:dfg at browngold.com]

```
>>>
>>> My name is Daniel Goldstein. Many of you know that I have been
>>> representing the National Federation of the Blind for over 20 years. We
>>> are currently in a lawsuit against Target Corporation and the judge has
>>> recently raised questions about the blind's use of Target's web site in
>>> connection with shopping at Target stores (as opposed to shopping
>>> online) and we have 30 days to submit affidavits from blind people that
>>> answers her questions.
>>>
>>> So if you would answer yes to any of the questions below, we need to
>>> talk to you. If you know anyone who would answer yes to any of the
>>> questions below, please tell us who they are and how to get in touch
>>> with them. If you are a state or chapter president, please get the word
>>> out on this to your members.
>>>
>>> 1. Do you ever use the internet to find out what store has the item you
>>> want or the price you want before you go out to buy it?
>>>
>>> 2. Do you shop at Target stores? If you do, would you like to be able to
>>> use Target's web site to know what products are at the store at what
>>> prices or would you like to use the web site for store coupons or for
>>> services like pharmacy refills?
>>>
>>> 3. Have you ever tried to use Target's web site for such purposes and
>>> found it inaccessible?
>>>
>>> 4. If you don't fit this description, do you know someone who does?
>>>
>>> If you are such a person, the NFB needs your help in the lawsuit against
>>> Target right now. Please contact Mehgan Capek at
>>>
>>> Brown, Goldstein & Levy
>>> (410) 962-1030
>>> You can call her collect, or you can send her an e-mail at
>>> msc at browngold.com.
>>>
>>> Thank you for your help in this important matter.
>>>
>>> Daniel F. Goldstein
>>> Brown, Goldstein & Levy, LLP
>>> 120 E. Baltimore St., Suite 1700
>>> Baltimore, MD 21202
>>> (410)962-1030
>>> (410)385-0869 (fax)
>>> 443-923-1314 (direct dial)
>>> dfg at browngold.com
>>> www.browngold.com
>>>
>>>
>>>
>>> Check out the TABI resource web page at:
>>> http://acorange.home.comcast.net/TABI/
>>>
>>> (be sure and make suggestions)
>>>
>>> --^----------------------------------------------------------------
>>> This email was sent to: scottgreenblatt at earthlink.net
>>>
>>> EASY UNSUBSCRIBE click here: http://topica.com/u/?b1dl5v.bQuxu8.c2NvdHRn
>>> Or send an email to: TABI-unsubscribe at topica.com
```

Case 3:06-cv-01802-MHP    Document 140-21    Filed 07/16/2007    Page 4 of 4

```
>>>
>>> For Topica's complete suite of email marketing solutions visit:
>>> http://www.topica.com/?p=TEXFOOTER
>>> --^--------------------------------------------------------------
>>>
>>>
>>>
>>> --
>>> No virus found in this incoming message.
>>> Checked by AVG Free Edition.
>>> Version: 7.5.467 / Virus Database: 269.6.2/785 - Release Date: 5/2/2007
>>> 2:16 PM
>>>
>>>
>>
>> _____
>> Electronics-talk mailing list
>> Electronics-talk at nfbnet.org
>> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>>
>> _____
>> Electronics-talk mailing list
>> Electronics-talk at nfbnet.org
>> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>>
>
> _____
> Electronics-talk mailing list
> Electronics-talk at nfbnet.org
> http://www.nfbnet.org/mailman/listinfo/electronics-talk
>
```

---

Electronics-talk mailing list
Electronics-talk at nfbnet.org
http://www.nfbnet.org/mailman/listinfo/electronics-talk

---

- Previous message: [Electronics-talk] Fw: NFB seeks persons who can help intheirsuitagainst Target
- Next message: [Electronics-talk] Fw: NFB seeks persons who canhelpintheirsuitagainst Target
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

More information about the Electronics-talk mailing list