National Federation of the Blind et al v. Target Corporation                                    Doc. 140 Att. 21
[Nfb-web] Assisting with Target Lawsuit Easier Than Ever                    Page 1 of 3
Case 3:06-cv-01802-MHP     Document 140-22     Filed 07/16/2007     Page 1 of 3

# [Nfb-web] Assisting with Target Lawsuit Easier Than Ever

**Charlie Richardson** crichardson at nfbny.org
*Fri Apr 14 16:35:05 CDT 2006*

- Previous message: [Nfb-web] Assisting with Target Lawsuit Easier Than Ever
- Next message: [Nfb-web] Assisting with Target Lawsuit Easier Than Ever
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
I looked at Target.com and have seen a lot worse.  I actually can get
around.

Try signing up for a bank account with ING Direct and then logging on.  I
had an account with them, but they put this graphic pin pad on the screen
making it impossible for me to log in on my own.

So, I moved to Emmigrant bank.

I do understand that security is an issue and that this pin pad will stop
key logging programs from getting people's information, but at the cost of
customers?

----- Original Message -----
From: "David Andrews" <dandrews at visi.com>
To: <blindtlk at nfbnet.org>; <nfb-talk at nfbnet.org>; <nfb-announce at nfbnet.org>
<gui-talk at nfbnet.org>; <blindkid at nfbnet.org>; <blindlaw at nfbnet.org>;
<diabetes-talk at nfbnet.org>; <faith-talk at nfbnet.org>; <humanser at nfbnet.org>;
<musictlk at nfbnet.org>; <nabentre at nfbnet.org>; <nabop at nfbnet.org>;
<nagdu at nfbnet.org>; <napub at nfbnet.org>; <nfbcs at nfbnet.org>;
<nfbpnotk at nfbnet.org>; <nobe-l at nfbnet.org>; <nosb at nfbnet.org>;
<stylist at nfbnet.org>; <travelandtourism at nfbnet.org>; <vendtalk at nfbnet.org>;
<ag-eq at nfbnet.org>; <blparent at nfbnet.org>; <jobs at nfbnet.org>;
<nfb-db at nfbnet.org>; <nfb-editors at nfbnet.org>; <nfb-fundraising at nfbnet.org>
<nfbj at nfbnet.org>; <nfb-web at nfbnet.org>; <4alabama at nfbnet.org>;
<greater-baltimore at nfbnet.org>; <il-talk at nfbnet.org>; <mt-blind at nfbnet.org>
<nfbc-info at nfbnet.org>; <nfb-idaho at nfbnet.org>; <nfbmi-talk at nfbnet.org>;
<nfb-river-city at nfbnet.org>; <nfbmo at nfbnet.org>; <nfbofnc at nfbnet.org>;
<nfbwatlk at nfbnet.org>; <nfb-reno-l at nfbnet.org>; <nabs-l at nfbnet.org>;
<arizona-students at nfbnet.org>; <cabs-talk at nfbnet.org>;
<ccb-alumni at nfbnet.org>; <iabs-talk at nfbnet.org>; <la-students at nfbnet.org>;
<mabs at nfbnet.org>; <mi-abs at nfbnet.org>; <nebraska-students at nfbnet.org>;
<oabs at nfbnet.org>; <mn-abs at nfbnet.org>; <blindexplorers at nfbnet.org>;
<caps at nfbnet.org>; <gama-summit at nfbnet.org>; <mn-mentors at nfbnet.org>;
<nabs-presidents at nfbnet.org>; <ncbys at nfbnet.org>; <new-horizons at nfbnet.org>
<nfb-bdc at nfbnet.org>; <nfb-imagination-fund at nfbnet.org>;
<nfb-newsline-sponsors at nfbnet.org>; <nlbct at nfbnet.org>;
<nopbc-board at nfbnet.org>; <rocketon at nfbnet.org>; <tops-2005 at nfbnet.org>;
<aebteam at nfbnet.org>; ;
;
;
;
<artbeyondsightmuseums at nfbnet.org>; <blindmath at nfbnet.org>;
```

<dtb-talk at nfbnet.org>; <reader-ambassadors at nfbnet.org>;
<reader-pioneers at nfbnet.org>; <mn-abs at nfbnet.org>
Sent: Thursday, April 13, 2006 11:35 PM
Subject: [Nfb-web] Assisting with Target Lawsuit Easier Than Ever

> Dan Frye has asked me to post the following:  it is important.
>
> David Andrews
>
>
> As part of the Federation's legal action against Target's web operations,
> we are in need of blind people to examine the website target.com, and
> offer their
> assessment, particularly as it relates to any access problems experienced,
> as soon as possible. Initially, I thought that the officials at Disability
> Rights
> Advocates wanted people to draft their own declarations. As it turns out,
> however, they only want people to review the site, and then call and
> verbally
> articulate your experiences to them. They will then draft your statement
> for you to review and sign. If any of you have not done this, please take
> the
> time to review the website, and call the law clerk assigned to this case
> at Disability Rights Advocates, our partner in prosecuting this action.
>
> Please contact, as soon as possible:
>
> Brett Kaufman
> Law Clerk
> Disability Rights Advocates
> 510-665-8644
> bkaufman at dralegal.org
>
> Finally, please simply let me know when you've made contact with
> representatives at Disability Rights Advocates so that I can track the
> number of people
> that have been referred to them and who have actually filed a statement.
> We need at least 30 people to make statements, and if you will keep me
> informed,
> I'll be best able to monitor our progress.
>
> Thank you. Please contact me if you have any questions.
>
> Daniel B. Frye
> Manager of Affiliate Action Advocacy and Training
> National Federation of the Blind
> Department of Affiliate Action
> 1800 Johnson Street
> Baltimore, Maryland 21230
> Telephone: (410) 659-9314 Ext. 2208
> Cell: (410) 241-7006
> Fax: (410) 659-6893
> E-Mail: dfrye at nfb.org
> Web Address:
> www.nfb.org
> "
> Voice of the Nation's Blind"
>
> _____

```
> Nfb-web mailing list
> Nfb-web at nfbnet.org
> http://www.nfbnet.org/mailman/listinfo/nfb-web
>
>
```

---

- Previous message: [Nfb-web] Assisting with Target Lawsuit Easier Than Ever
- Next message: [Nfb-web] Assisting with Target Lawsuit Easier Than Ever
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

More information about the Nfb-web mailing list