# EXHIBIT 1

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Ave.
Crouse-Hinds Hall, Suite 300
Syracuse, NY 13244-2130
Telephone:   (315) 443-9703
Fax:         (315) 443-9725

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendants. | Case No.: C 06-01802 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF DENISE M. ALTOBELLI IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of Denise Altobelli in support of Plaintiffs' Supplemental Brief in Support of Motion for Class Certification

I, Denise M. Altobelli, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am the Senior Paralegal at the law firm of Brown, Goldstein & Levy, LLP.

3. I graduated from University of Maryland, College Park, with a Bachelor of Arts Degree in 1986 and a Doctor of Jurisprudence from the University of Baltimore School of Law in 1989.

4. I am a member of the bar of Pennsylvania. Since 1996 I have worked as a paralegal at Brown, Goldstein & Levy, LLP.

5. In searching the target.com website, on Thursday, July 19, 2007, I found information on at least 427 products that are identified as being available in the stores. To determine this, I searched the target.com website using the term "stores." Of the 1069 items, 427 were identified as available in the Target stores. (Ex. A)

6. For each item labeled as available in stores was a link that allowed me to determine if the item is available at a Target store near a particular zip code or address. (Ex. B)

7. On target.com, shoppers can learn about the brands, price, size, color, specifications, composition and dimensions of products sold at Target stores. (Ex. C)

8. Where appropriate, for products sold at Target stores and found on target.com, shoppers can sort by brand, product or price. In addition, they can search for features, such as all digital cameras with image stabilization or a certain number of pixels. (Ex. D)

9. Target.com also provides shoppers with multiple ways to search for gifts based on your knowledge of the recipient before going to the store. For example, if you want to purchase a toy for a 4-year-old boy, you can go to toys and then select the appropriate age and gender. The website will then suggest appropriate items. (Ex. E) If you are searching for a gift and have no idea what to purchase, target.com has a "gift finder" that offers searches based on event, like a graduation or housewarming, or characteristic of the recipient, like teen girl or grandparent, or the type of item you are looking for, like "Gadgets" or "Guy Stuff", and then allows you to refine

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

---

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of Denise Altobelli in support of Plaintiffs' Supplemental Brief in Support of Motion for Class Certification

1

your search further by amount you want to spend, age group, gender or whether the item is a "best seller." (Ex. F)

10. If a shopper is looking for a gift for someone registered on the Target registries, like Club Wedd or the Baby registry, they can easily review the list of items desired and determine which items are available at their local store. (Ex. G.)

11. Target.com frequently offers a greater selection than its competitors. For example, on costco.com, there are only 84 items identified in a search for "digital camera," compared to 285 items found on target.com, many of which are identified as being sold at Target stores. (Exs. D & H) On Costco.com, a shopper can similarly search by price and brand but the results are not as clearly refined on target.com when including additional features like "stabilization", "waterproof" or "megapixels" on a digital camera. When the term "stabilization" was added to a "digital camera" search, Costco.com identified six items, only two of which were digital cameras (both Hello Kitty brand) and three digital camera binoculars. (Ex. I) When searching for "waterproof" and "digital camera" on the Costco site, only one item was found, a helmet camera. (Ex. J) A search for "megapixel" and "digital camera" on Costco.com produced no results. (Id.)

12. On target.com a search using the terms "stabilization" and "digital camera" produced 100 items. (Ex. K) For a search of "waterproof" and "digital camera" on target.com, eight items were identified. (Ex. L) A search for "megapixel" and "digital camera" resulted in 166 items. (Ex. M) All of the searches identified items that are sold at Target stores.

13. Target.com also allows for comparison shopping before a shopper goes to the store. It allows shoppers to identify items and features they may find desirable as well as compare prices. A search for a 2 slice toaster revealed a Hamilton Beach, chrome toaster for $29.99 on target.com. (Ex. C) This toaster is available on both the website and in their stores. The same toaster on Nextag.com showed seven vendors selling the same toaster but at prices ranging from $29.99 to $66.75. (Ex. N) This comparison showed the price on target.com (and in the Target stores) was the lowest price available.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.: C 06-01802 MHP
Declaration of Denise Altobelli in support of Plaintiffs' Supplemental Brief in Support of Motion for Class Certification

2

14.    Target.com also features a weekly ad that allows shoppers to find current deals at their local Target stores. (Ex. O)  Shoppers can browse the ads page by page, as one would browse a newspaper insert (Ex. P), or search the deals by categories, such as "back to school" or "men's casual attire."  (Ex. Q)  Target.com's weekly ads also offer an "in-store shopping list," in which shoppers can place the sale items they wish to purchase at their local store. (Exs. R & S)   The list of items can then be printed to take along to the store, or e-mailed to friends or family.

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

*National Federation of the Blind, et al. v. Target Corporation*
Case No.:  C 06-01802 MHP
Declaration of Denise Altobelli in support of Plaintiffs' Supplemental Brief in Support of Motion for Class Certification

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2007, at Baltimore, Maryland.

_____
DENISE M. ALTOBELLI