# EXHIBIT A

Dockets.Justia.com



Target Search Results: stores

Page 1 of 7

All Products GO

Sign In | New Guest?

Open a REDcard℠ credit account and start helping your favorite school. Apply now ▸

Narrow your results

- All search results (1071)
- Home (395)
- Home Décor (332)
- Furniture (209)
- Patio + Garden (140)
- Storage + Organization (125)
- Clearance (122)
- Kitchen + Housewares (96)
- College 07 (92)
- Baby (60)
- Bedding (56)
- Toys (47)
- Design for All (42)
- Gift Finder (34)
- Kids (33)
- Electronics (13)
- Sports (10)
- Shop This Room 7.15 - Home (1)
- Music (7)
- DVD (3)
- Video (1)

search results

We found **1082** matches for "stores" at Target

**Your keyword matches related to "stores"**

**Target Store Locator**

**Don't see what you're looking for?**
**Search Target.com for information related to "stores"**

**1069 matches for "stores"**

**Pyrex Clear Glass 17-pc. Bake and Store Set**
Usually ships within 1 to 2 days.
free shipping with minimum purchase
**Our Price: $49.99**
also in stores
+ ADD TO CART
OR
FIND IT AT A TARGET STORE

**Clear EZ-Store Jumbo 25-pc. Storage Set - Blue Lids**
Usually ships within 1 to 2 days.
free shipping with minimum purchase
**Our Price: $24.99**
+ ADD TO CART

http://www.target.com/gp/search.html/602-9427279-9158201?field-keywords=stores&url=index%3Dtarget&ref=sr_bx_1_1

7/19/2007

Big, RED 10% Off

Save in stores and online with a REDcard℠

▸ Learn More and Apply

anyone.
anywhere.
anytime.
Give a GiftCard

| | Product | Price | |
|---|---|---|---|
| | Barbie Store It All Case<br>Usually ships within 1 to 2 days. | Our Price: $19.99<br>also in stores | + ADD TO CART<br>OR<br>FIND IT AT A TARGET STORE |
| | Lipper International 8-Canister See & Store on L-Stand - Black<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $14.99<br>15% off select home orders over $125 | + ADD TO CART |
| | See-and-Store 9-Canister Wall Board - Black<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $14.99<br>15% off select home orders over $125 | + ADD TO CART |
|    | Elegan by Rubbermaid Store and Show Bowl Trio<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $19.99 | + ADD TO CART |
| | Rival Fold-n-Store Griddle - GRF405<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $49.99 | + ADD TO CART |

| Product | Price | |
|---|---|---|
| Lipper International 5-Canister See & Store on L-Stand - Red<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: **$11.99**<br>15% off select home orders over $125 | + ADD TO CART |
| EZ-Store 49-pc. Storage Set - Green/ Orange/ Yellow Lids<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: **$19.99** | + ADD TO CART |
| Kidkraft Cottage Step N' Store<br>Usually ships within 3 to 5 days.<br>15% off select home orders over $125 | Our Price: **$36.99** | + ADD TO CART |
| Elegan by Rubbermaid Store and Show Minis Set<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: **$9.99** | + ADD TO CART |
| Lipper International 5-Canister See & Store on Wall Strip - White<br>Usually ships within 1 to 2 days. | Our Price: **$9.99**<br>15% off select home orders over $125 | + ADD TO CART |

free shipping with minimum purchase

**Play and Store Pirate's Big Box**

Usually ships within 1 to 2 days.

**Our Price: $19.99**

+ ADD TO CART

**Lipper International 5-Canister See & Store on Wall Strip Board - Red**

Usually ships within 1 to 2 days.

free shipping with minimum purchase

**Our Price: $9.99**

15% off select home orders over $125

+ ADD TO CART

**Step2 Fold and Store Slide**

Usually ships within 3 to 5 days.

**Our Price: $49.99**

+ ADD TO CART

**Lipper International 8-Canister See & Store on L-Stand - Red**

Usually ships within 1 to 2 days.

free shipping with minimum purchase

**Our Price: $14.99**

15% off select home orders over $125

+ ADD TO CART

**Lipper International 8-Canister See & Store on L-Stand - White**

Usually ships within 1 to 2 days.

**Our Price: $14.99**

15% off select home orders over $125

+ ADD TO CART

free shipping with minimum purchase

| | | | |
|---|---|---|---|
| | Lipper International 5-Canister See & Store on Wall Strip- Black<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $9.99<br>15% off select home orders over $125 | + ADD TO CART |
| | Play and Store Dinosaur Big Box<br>Usually ships within 1 to 2 days. | Our Price: $17.99 | + ADD TO CART |
| | Lipper International 9-Canister See & Store on Wall Board - Red<br>Usually ships within 1 to 2 days.<br>free shipping with minimum purchase | Our Price: $14.99<br>15% off select home orders over $125 | + ADD TO CART |

SEE ALL MATCHES 1069 product matches in our Target store

**Books, Music, Videos + DVDs** brought to you by amazon.com

**MUSIC brought to you by Amazon.com: 7 matches for "stores"**

| | | | |
|---|---|---|---|
| no picture available | Remembrance Audio CD<br>~ Greg George<br>Usually ships within 4 to 6 weeks. | Our Price: $7.49 | + ADD TO CART |

Target Search Results: stores

Page 6 of 7

SEE ALL MATCHES [7 product matches in our Music store]

DVD brought to you by Amazon.com: 3 matches for "stores"

**Superbook Bible Stores, Vol. 2**
**DVD**
~ CBN

Usually ships within 24 hours.

**Our Price: $9.99**

+ ADD TO CART

SEE ALL MATCHES [3 product matches in our DVD store]

VIDEO brought to you by Amazon.com: 1 match for "stores"

no picture available

**Modern Marvels: Hardware Stores**
**VHS Tape**
~ Larayne Decoeur

Usually ships within 24 hours.

**List Price:** ~~$24.95~~
**Our Price: $23.70**
**You Save: $1.25 (5%)**

+ ADD TO CART

SEE ALL MATCHES [1 product match in our Video store]

Save 10% Upon Credit Approval ▸

Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.

http://www.target.com/gp/search.html/602-9427279-9158201?field-keywords=stores&url=index%3Dtarget&ref=sr_bx_1_1 7/19/2007

Target Search Results: stores Page 7 of 7

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

http://www.target.com/gp/search.html/602-9427279-9158201?field-keywords=stores&url=index%3Dtarget&ref=sr_bx_1_1 7/19/2007