# EXHIBIT B

Dockets.Justia.com

CLOSE

# Find it at a Target store

 PRINT THIS PAGE

 **Pyrex Clear Glass 17-pc. Bake and Store Set**
ASIN: B000I820SO    DPCI: 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
Prices and availability may vary by location.

Below are the nearest Target stores and current item availability information.

## Search Results for "21202"

 CHANGE LOCATION

Sort by: Distance  GO

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|
| 6.86 miles  | **Towson**<br>1238 Putty Hill Ave, Towson, MD 21286<br>Phone: (410) 823-4423<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 7.40 miles  | **Glen Burnie North**<br>6717 Ritchie Hwy, Glen Burnie, MD 21061<br>Phone: (410) 487-0038<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 8.96 miles  | **Middle River**<br>1330 Martin Blvd, Middle River, MD 21220<br>Phone: (410) 406-9081<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Limited Availability |
| 8.96 miles  | **Pikesville**<br>1737 Reisterstown Rd, Pikesville, MD 21208<br>Phone: (410) 486-4141<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 9.94 miles  | **White Marsh**<br>5230 Campbell Blvd, Baltimore, MD 21236<br>Phone: (410) 933-9632<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 11.46 miles | **Timonium**<br>9901 York Rd, Cockeysville, MD 21030<br>Phone: (410) 683-4985<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Limited Availability |
| 11.50 miles | **Glen Burnie**<br>7951 Nolpark Ct, Glen Burnie, MD 21061<br>Phone: (410) 969-2257<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to | Out Of Stock |

|  |  |  |
|---|---|---|
| **11.79 miles** <br> VIEW MAP + DETAILS | **Ellicott City** <br> 4390 Montgomery Rd, Ellicott City, MD 21043 <br> Phone: (410) 203-1700 <br> Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **13.10 miles** <br> VIEW MAP + DETAILS | **Columbia** <br> 6111 Dobbin Rd, Columbia, MD 21045 <br> Phone: (410) 290-1123 <br> Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Available** |
| **13.85 miles** <br> VIEW MAP + DETAILS | **Owings Mills** <br> 11200 Reisterstown Rd, Owings Mills, MD 21117 <br> Phone: (410) 654-9800 <br> Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Available** |

**NOTE:** The inventory information provided is only an approximate indication of an item's in-stock status. Because item quantities are constantly changing, we cannot guarantee an item's availability at a particular store.