# EXHIBIT C



Sign In | New Guest?

**Open a REDcard™ credit account and start helping your favorite school.** Apply now ▶

All Products [Go]

### Browse Similar Items

Toasters
Hamilton Beach
CW Toasters + Toaster Ovens
Hamilton Beach
Toasters + Toaster Ovens
All Appliances
All College 07
All Kitchen

### Recently Viewed Items



free shipping with minimum purchase
Oster 2-Slice Toaster
Our Price: **$24.99**





free shipping with minimum purchase

**Hamilton Beach 2-Slice Chrome Toaster**

**$29.99**
also in stores

Quantity: 1   [ADD TO CART]

OR

Sign-in for 1-Click

☐ ADD TO CLUB WEDD
☐ ADD TO TARGET BABY
☐ ADD TO WISH LIST

OR

[Find it at a Target store]

 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★☆☆
Availability :
Usually ships within 1 to 2 days.
This item is available online and in stores.

Prices and availability may vary by location.
When you spend $50 or more in select categories get free standard shipping. Offer available online only. Discount applied at Checkout.

Target : Hamilton Beach 2-Slice Chrome Toaster                                             Page 2 of 4

See offer details.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Toasts frozen and fresh bread and bagels
- Includes auto toast boost and auto shutoff functions
- Comes with a front slide-out crumb tray
- Stainless steel
- 9Hx8.2Wx13D"

free shipping with minimum purchase
Hello Kitty Toaster - KT5211

Our Price: **$19.99**



Oster 2-Slice Toaster – Stainless Steel

temporary price cut
Our Price: **$24.99**
also in stores



free shipping with minimum purchase
Hamilton Beach 4-slice Toaster

Our Price: **$42.99**



## Better Together

Buy this Hamilton Beach 2-Slice Chrome Toaster with T-FAL AVANTE SANDWICH & WAFFLE MAKER today!

Hamilton Beach 2-Slice Chrome Toaster
Our Price: **$29.99**

T-FAL AVANTE SANDWICH & WAFFLE MAKER
Our Price: **$29.99**

Total List Price: $59.98
Buy Together Today: **$59.98**

BUY BOTH NOW

## Guests Who Bought This Item Also Bought



T-FAL AVANTE SANDWICH & WAFFLE MAKER

Our Price: **$29.99**
also in stores



Hamilton Beach 6-qt. Programmable Slow Cooker - 33966

Our Price: **$49.99**
also in stores



Black & Decker 10-Speed Blender - Black (BL10475BM)

Our Price: **$29.99**
also in stores



Black & Decker 10-Cup Food Processor - Stainless Steel

Our Price: **$49.99**
also in stores

## Guest Reviews

Write an online review and share your thoughts with other guests.

4 of 4 people found the following review helpful:

★★★★★ **Easy to use, low maintenance, great price,** June 3, 2007
Reviewer: **SoccerDad "KC"** (Portland, OR, USA) - See all my reviews

I loved my previous toaster and was sad to have to replace it, however, this 2-Slice Toaster from Hamilton Beach works even better. It's got great functionality and I never have to hit the toast button twice - it always comes out the way I'd... read complete review

Was this review helpful to you? YES NO

3 of 46 people found the following review helpful:

★ **Not made in America,** April 11, 2007
Reviewer: **Genevieve Gwiazda "Gen G."** (Baltimore, MD United States) - See all my reviews

I try to purchase items that are made in u.s.a. I went to Target specifically to purchase this item because the website said it was made in u.s.a. When I picked up the box it said it was made in china. I did not buy it. I would not recommend... read complete review

Was this review helpful to you? YES NO

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Manage My Account
Card Benefits
Target Business Card

Save 10% Upon Credit Approval ▲

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

CLOSE 

# Find it at a Target store

🖨 PRINT THIS PAGE



**Hamilton Beach 2-Slice Chrome Toaster**
ASIN: B000JL3P4S   DPCI: 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
Prices and availability may vary by location.

Below are the nearest Target stores and current item availability information.

**Search Results** for "Baltimore, MD"    CHANGE LOCATION

Sort by: Distance 

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|
| 6.90 miles  | **Glen Burnie North**<br>6717 Ritchie Hwy, Glen Burnie, MD 21061<br>Phone: (410) 487-0038<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 7.36 miles  | **Towson**<br>1238 Putty Hill Ave, Towson, MD 21286<br>Phone: (410) 823-4423<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 9.19 miles  | **Middle River**<br>1330 Martin Blvd, Middle River, MD 21220<br>Phone: (410) 406-9081<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 9.24 miles  | **Pikesville**<br>1737 Reisterstown Rd, Pikesville, MD 21208<br>Phone: (410) 486-4141<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 10.29 miles  | **White Marsh**<br>5230 Campbell Blvd, Baltimore, MD 21236<br>Phone: (410) 933-9632<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Available |
| 10.99 miles  | **Glen Burnie**<br>7951 Nolpark Ct, Glen Burnie, MD 21061<br>Phone: (410) 969-2257<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | Limited Availability |
| 11.58 miles | **Ellicott City**<br>4390 Montgomery Rd, Ellicott City, MD 21043<br>Phone: (410) 203-1700<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to | Available |

10:00pm; Su: 8:00am to 9:00pm.

**11.95 miles** **Timonium**
9901 York Rd, Cockeysville, MD 21030    Available
Phone: (410) 683-4985
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**12.77 miles** **Columbia**
6111 Dobbin Rd, Columbia, MD 21045    Available
Phone: (410) 290-1123
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**14.13 miles** **Owings Mills**
11200 Reisterstown Rd, Owings Mills, MD 21117    Available
Phone: (410) 654-9800
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**NOTE:** The inventory information provided is only an approximate indication of an item's in-stock status. Because item quantities are constantly changing, we cannot guarantee an item's availability at a particular store.

