# EXHIBIT D






| | | |
|---|---|---|
| | 2 days. | |
| | Samsung 7.2MP Digital Camera - Black 4380084 | Our Price: **$129.99** also in stores |
| | Usually ships within 1 to 2 days. | |
| | FinePix A610 Digital Camera - 4380084 | Our Price: **$129.99** also in stores |
| | Item arriving in 2 to 6 weeks. Order now. | |
| | Samsung 6.0MP Digital Camera Bundle - S630 | Our Price: **$129.99** |
| | Usually ships within 1 to 2 business days. | |
| | Samsung 7.2MP Digital Camera - Silver | Our Price: **$129.99** |
| | Usually ships within 1 to 2 days. | |
| | Nikon 5.1MP Digital Camera Bundle - Silver (L10) | Our Price: **$139.99** |
| | Usually ships within 1 to 2 business days. | |
| | | Our Price: **$139.99** |

Home (21)
Sports (20)
Toys (20)
Gift Finder (13)
Luggage (10)
Kids (8)
Home Décor (3)
Women (2)
Men (1)
Beauty (1)
College 07 (1)
DVD (1)
Books (142)

**Big, RED 10% Off**
Save in stores and online with a REDcard.
▸ Learn More and Apply

Give a GiftCard :-
anyone.
anywhere.
anytime.

Target Search Results: Target Search Results: "digital camera"   Page 3 of 5



**Canon PowerShot 5.0 MP Digital Camera - Silver (A460)**
Usually ships within 1 to 2 business days.
Our Price: $149.99
also in stores
[+ ADD TO CART]

**Nikon Coolpix Digital Camera L11 - Blue**
Usually ships within 1 to 2 days.
List Price: $179.99
Our Price: $149.99
You Save: $30.00 (17%)
sale
[+ ADD TO CART] or [FIND IT AT A TARGET STORE]

**Polaroid 6MP Digital Camera - Lavender (635L)**
Usually ships within 1 to 2 days.
Our Price: $149.99
also in stores
[+ ADD TO CART]

**Nikon Coolpix Digital Camera L11 - Brown**
Usually ships within 1 to 2 days.
Our Price: $149.99
also in stores
[+ ADD TO CART] or [FIND IT AT A TARGET STORE]

**Nikon Coolpix L11 Digital Camera - Titanium**
Usually ships within 1 to 2 days.
Our Price: $149.99
also in stores
[+ ADD TO CART] or [FIND IT AT A TARGET STORE]

**Olympus 7.1MP Digital Camera - FE-210**
Usually ships within 1 to 2 days.
Our Price: $149.99

http://www.target.com/gp/search.html/602-9427279-9158201?ie=UTF8&index=target&field-browse=1038576&rank=price&ref... 7/19/2007



| Product | Price | Availability |
|---|---|---|
| Sigma 55-200mm F4-5.6 DC High-Performance Telephoto Zoom Lens for Nikon Digital Cameras | Our Price: $149.99 | Item arriving in 2 to 6 weeks. Order now. |
| Canon 7.1MP Digital Camera - A550 | Our Price: $149.99 also in stores | Usually ships within 1 to 2 days. |
| MAGPIX SX3 3.1MP Digital Camera Binoculars | Our Price: $149.99 | Item arriving in 2 to 6 weeks. Order now. |
| Panasonic 7.2MP Digital Camera - Silver | Our Price: $149.99 | Usually ships within 1 to 2 days. |
| Transcend 8GB Ultra-Speed 120x CompactFlash Card - Green (TS8GCF120) | Our Price: $159.99 | Usually ships within 1 to 2 days. |
| FinePix A800 Digital Camera - 43800085 | Our Price: $169.95 | Usually ships within 1 to |



2 days.

Page **6** of 15

6 7 8 9 10 11 ... 14 15

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Manage My Account
Card Benefits
Target Business Card

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**