# EXHIBIT E



Sign In | New Guest?

All Products [GO]

Open a REDcard™ credit account and start helping your favorite school. Apply now ▶

Target : Toys : Shop by Age : **4-5 Years**

**Riding Toys**
Battery Powered
Foot to Floor
Pedal
Rockers + Teeter-Totters
Tricycles
Wagons + Accessories
See All >

**Pretend Play**
Kitchens + Play Food
Playhouses
Play Tents + Tunnels
Tools + Workshops
Dress Up
Hero Playsuits
Puppets

**Play Sets**
Bath
Horse
Animal
Boys' Play Sets
Girls' Play Sets
See All >

**Time to Play!**
Unique Toy Boutique

**Dolls + Accessories**
Interactive Dolls



Shop by Age – 4 to 5 Years.
Create a precious playroom for busy little ones.

Shop by Age. Find toys that are all the rage.

Baby | 2-3 Years | 4-5 Years | 6-7 Years | 8-9 Years | 10-12 Years | 13-15 Years

Shop by Interest. Make a little playtime magic.



**For Girls**
- Dolls, Horses + Puppets
- Princess + Fantasy Kingdom
- Dress Up + Little Helpers
- Creative Activities
- Kitchens



**For Boys**
- Dinosaurs
- Cars, Trucks + Trains
- Knights, Castles + Pirates
- Construction + Tools
- Train Tables

Baby Dolls
Baby Doll Accessories
Dollhouses
Barbie
Cabbage Patch Kids
Groovy Girls
My Little Pony
Our Generation
See All >

**Stuffed Animals**

**Learning Toys**
Hooked on Phonics
LeapFrog ClickStart
Little Touch Books
My First LeapPad
Leapster + L-Max
Leapster TV
V.Smile +
V.Smile Pocket
Reading, Writing + Language
Math
Musical Instruments
I Can Play Guitar
See All >

**Creative Activities**
Drawing + Coloring
Easels, Desks + Boards
Painting
See All >

**Games + Puzzles**
Activity Games
Board Games
Puzzles
See All >

**Building + Construction**
LEGO
Lincoln Logs
Mega Bloks
See All >

**Action Figures**
Star Wars

## Terrific Toys. Bring out the wow factor.




**Girls' Top Toys**
- Bestsellers
- New Arrivals
- Award-Winning

**Boys' Top Toys**
- Bestsellers
- New Arrivals
- Award-Winning

**Parents Favorites**
- Parents' Favorites for Girls
- Parents' Favorites for Boys

## Fan favorites. Find top names for playtime.




**Girls' Favorite Characters**
- Barbie
- Disney Princess
- Dora the Explorer
- The Little Mermaid
- See All >

**Boys' Favorite Characters**
- Thomas the Tank Engine
- Bob the Builder
- Disney Cars
- Superman
- See All >

**Top Toy Brands**
- Little Tikes
- Fisher-Price
- LeapFrog
- Step 2
- See All >

## Shop by Price. The best bets for every stage.



UNDER $15
- Girls
- Boys

UNDER $25
- Girls
- Boys

UNDER $50
- Girls
- Boys

UNDER $75
- Girls
- Boys

## Top Learning Toys. Education and fun, all in one.



V-Smile



Leapster TV



I Can Play Piano

## Riding Toys. It's their turn to take the wheel.



Radio Flyer Ultimate Family Wagon

new
**$129.99**

See All Riding Toys ▶



Dora the Explorer Jeep Wrangler

**$229.99**



All-Terrain Steel and Wood Wagon

**$129.99**

## Animated Dolls. Meet their new best friends.

  

Superheroes
Military + Battle
See All >

**Vehicles + Radio Control**
Vehicles
Radio Control
See All >

**Outdoor Games + Activities**
Inflatable Bouncers
Kids' Bikes
Kick Scooters
Sand Activities
Swing Sets + Gyms
Tire Swings
See All >

**Kids' Sports for Ages 4-5**

**Girls' Sports for Ages 4-5**

**Favorite Characters**
Bob the Builder
Care Bears
Disney Cars
Disney Princess
Dora the Explorer
Go Diego Go
Hello Kitty
Jay Jay the Jet Plane
SpongeBob SquarePants
The Little Mermaid
Thomas the Tank Engine
Toy Story
See All >

**Shop by Brand**
Fisher-Price
Hasbro
K'NEX
LeapFrog
LEGO
Little Tikes
Mega Bloks

Target : Toys : Shop by Age : 4-5 Years

Playmobil
Radio Flyer
See All >

**More to Explore**

Kids' Furniture
Kids' Room
Toy Storage

Baby Alive - Caucasian

$49.99
also in stores

See All Animated Dolls ▶

Fisher-Price Dora the Explorer Knows Your Name

$38.89
also in stores

Amazing Allysen Doll

$99.99



Go to Birthday Central ▶

anyone.
anywhere.
anytime.
Give a GiftCard :-

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

Save 10% Upon
Credit Approval ▶

Manage My Account
Card Benefits
Target Business Card

Target Business Card

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com