# EXHIBIT F



Target : **Gift Finder**

**Gifts for Grads**

**Free Shipping When You Spend $50 on Women's Clothing, Shoes, Handbags + Accessories**
Free shipping details >

**Wedding + Anniversary Gifts**

**Gifts for Any Occasion**
Wedding + Anniversary
Housewarming
Baby Shower
See All >

**Gifts for Her**
Trendy Fashion
Spa + Relaxation
Home Decorating
See All >

**Gifts for Him**
Gadgets
MP3s + Music
Guy Stuff
See All >

**Gifts for Friends +**

All Products [Go]

Open a REDcard™ credit account and start helping your favorite school.   Apply now ▶

Sign In | New Guest?



Gift Finder

How do you want to shop?

Shop by Recipient    Shop by Occasion

Target : Gift Finder

**Family**
Family
Female Friends
Grandparents
See All >

**Gifts for Teen Girls**
MP3s + Music
Beauty
Fashion + Trends
See All >

**Gifts for Teen Boys**
MP3s + Music
Top Electronics
Video Games
See All >

**Gifts for Girls**
Ages 2-3
Ages 4-5
Ages 6-7
Ages 8-9
Ages 10+

**Gifts for Boys**
Ages 2-3
Ages 4-5
Ages 6-7
Ages 8-9
Ages 10+

**Gifts for Baby**
Play Baby
Go Baby
See All >

**More Gifts + Ideas**
Gourmet Food +
Gift Baskets

**Specialty Gifts**
Gadgets + Gizmos
Humor
Inspirational
Trendy for Him
Trendy for Her
Unique for Him
Unique for Her

**Shop by Price.** Presents that will make everyone smile.

Under $15
- Her
- Him
- Teen Girls
- Teen Boys
- Baby

Under $25
- Her
- Him
- Teen Girls
- Teen Boys
- Baby

Under $50
- Her
- Him
- Teen Girls
- Teen Boys
- Baby

**Shop by Age.** From tadpoles to teenyboppers.



Girls: 2-3 Years, 4-5 Years, 6-7 Years, 8-9 Years, 10+ Years

Boys: 2-3 Years, 4-5 Years, 6-7 Years, 8-9 Years, 10+ Years

**Wedding Gifts.** They'll fall in love all over again.

**Bridal Shower Gifts**

Casual Home 6-pc. Towel Set - Brown Linen
$24.99
free shipping with minimum purchase
See All Bridal Shower Gifts ▲

**Attendant Gifts for Her**

Wine Lover's Journal
~~$7.99~~
15% off select home orders over $125
Add to Cart to see low price.
also in stores
free shipping with minimum purchase
See All Attendant Gifts for Her ▲

**Practical Anniversary Gifts**



Plantronics 590A Bluetooth Stereo Headset
$129.99
See All Practical Anniversary Gifts ▲

Target : Gift Finder

Spa Gifts
See All >

**Fresh Flowers**

**Party Planning**

**Big, RED 10% Off**
Save in stores and online with a REDcard.℠
▸ Learn More and Apply



anyone.
anywhere.
anytime.
Give a GiftCard :-



## Baby Gifts. Because 9 months is too long to go without a gift.

**Baby Shower**



Evenflo Wild Thing Deluxe ExerSaucer
**$39.99**
See All Baby Shower ▸

**Pregnancy**

Pregnant Paper Dolls
**$11.99**
See All Pregnancy ▸

**Dream Baby**

Graco imonitor Digital Baby Monitor - 2 Recievers
**$89.99**
See All Dream Baby ▸

## Friends + Family. Think of them as your personal VIPs.

**Couples**



free shipping with minimum purchase
Riedel Vivant Decanter

15% off select home orders over $125
**$19.99**
also in stores

See All Couples ▸

**Family Gifts**



Blokus
**$29.99**

See All Family Gifts ▸

**Female Friend**



free shipping with minimum purchase
High Fragrance Box Candle - Orange Clove
**$9.99**
also in stores

See All Female Friend ▸



**Party Planning.** Give them something to celebrate with.







free shipping with minimum purchase
**Dessert Excuses Plates - Set of 4**
$19.99

**Inflatable Palm Tree Coolers Set of 2**
$25.99

free shipping with minimum purchase
**Tonight/Not Tonight Velvet Pillow**
$15.99

See All Party Planning ▲

Target : Gift Finder

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Save 10% Upon
Credit Approval ▶

Manage My Account
Card Benefits
Target Business Card

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
California Privacy Rights | About This Site

Target : Gift Finder

Page 6 of 6

http://www.target.com/gp/browse.html/ref=nav_t_spc_13_0/602-9427279-9158201?ie=UTF8&node=3112881

7/19/2007





Case 3:06-cv-01802-MHP   Document 141-8   Filed 07/25/2007   Page 9 of 10

15% off select home orders over $125

**TravelWrap Travel Pack**

guest ratings: ★★★★★

**$24.99**

Usually ships within 1 to 2 days.

[+ ADD TO CART]

**Stellar Ghiradelli**

guest ratings: ★★★★★

**$22.99**

Usually ships within 3 to 5 days.

[+ ADD TO CART]

**Huckleberry Raspberry Puree**

**$17.99**

Usually ships within 3 to 5 days.

[+ ADD TO CART]



Save 10% Upon Credit Approval ▶

Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site