# EXHIBIT G

Dockets.Justia.com

Target : Target Baby



All Products [ Go ]

Sign In | New Guest?

Target : Target Baby : **Registry List**

baby | registry

## Target Baby
Create a Registry
Benefits of Registering

## My Registry
Manage My Registry Info
Add Items to My Registry
Jumpstart My Registry
Top Registry Items
Baby Buying Guides +
Checklists

## find a gift registry
* Required Field

(•) Mother  ( ) Father

**First Name***

_____
(at least 2 letters)

**Last Name***

_____
(at least 2 letters)

Welcome, to THERESA SANCHEZ and CHRISTOPHER MUNOZ's Target Baby Registry. (Sign in to view your Target Baby Registry.)

THERESA SANCHEZ and CHRISTOPHER MUNOZ's TARGET BABY REGISTRY
Baby Name: CHRISTAIN
Baby Gender: Male
Expected Arrival Date: August 20, 2007

[ Print Registry List ]    [ Find a Target Store Near You ]

Online pricing may not apply in stores. Online prices are subject to change and are valid for the date of printing only. Target cannot guarantee availability of all items at all times. Items, colors, sizes, promotions and pricing may vary by store.

Registry #: 011001979001566

Sort by:  Product Category  [ Go ]

BABY NURSERY: 5 items

1-50 of 76 | 1 2

| DESCRIPTION | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE |
|---|---|---|---|---|---|
| Winsor Convertible 4-in-1 Crib - Pine | 1 | 0 | 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 | $349.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| Usually ships | | | | | |

Location State:
Unknown
(optional)

Expected Arrival Date:
Unknown
(optional)

**Search**

within 5 to 7 days.

15% off select home
orders over $125

**Target Baby Catalog ▶**

Rocker/ Ottoman Set - Natural

Usually ships within 24 hours.

15% off select home
orders over $125

$199.99
also in stores

**+ ADD TO CART**

**FIND IT AT A TARGET STORE**

| | WANT IT | GOT IT | ITEM # | PRICE | |
|---|---|---|---|---|---|
| | 1 | 0 | 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 | | |
| AVAILABLE IN-STORE | BLANKET CIRCO FLNNEL SPORT 4PK, CIRCO, PALE DESERT | 1 | 0 | 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 | $6.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | BLANKET CIRCO PLUSH/FLCE SPORT, CIRCO, CHINO TAN, INFANT | 1 | 0 | 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 | $11.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | BLANKET JUST1YR SOFT DOT GREEN, JUST ONE YEA, MONOTONE | 1 | 0 | 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 | $12.99 | AVAILABLE IN-STORE |

BABY FEEDING: 6 items

| | DESCRIPTION | WANT IT | GOT IT | ITEM # | PRICE | |
|---|---|---|---|---|---|---|
| AVAILABLE IN-STORE | FEEDING ACC MUNCHKIN BOTTLE BRUSH, MUNCHKIN | 3 | 0 | 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 | $3.74 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | PACIFIER PLAYTEX NB ORTHO SILIC, PLAYTEX | 1 | 0 | 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 | $3.99 | AVAILABLE IN-STORE |

**giftreminders**
remember
that
**important
date.**

undecided?

Get a Target GiftCard ▶

**Create a Reminder ▶**

**Big, RED 10% Off**

Save in stores and online
with a REDcard℠

▸ Learn More and Apply

| | | | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE |
|---|---|---|---|---|---|---|---|
| | AVAILABLE IN-STORE | BIB CIRCO 1PK BLU HEAVEN, CIRCO | 1 | 0 | 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 | $1.99 | AVAILABLE IN-STORE |
| | AVAILABLE IN-STORE | BIB CIRCO 1PK BLU LOVE EMB, CIRCO | 1 | 0 | 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 | $2.99 | AVAILABLE IN-STORE |
| | AVAILABLE IN-STORE | BIB CIRCO 1PK BLU LOVE, CIRCO | 1 | 0 | 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 | $1.99 | AVAILABLE IN-STORE |
| | AVAILABLE IN-STORE | BIB GRBR 3PK BLU BUGS, GERBER | 1 | 0 | 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 | $6.99 | AVAILABLE IN-STORE |

**BABY BATHING/HEALTH: 12 items**

| | DESCRIPTION | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE |
|---|---|---|---|---|---|---|
| | Summer Infant Mommies Melodies Gund Bear — Item arriving in 2 to 6 weeks. Order now. | 1 | 0 | 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 | $19.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | The First Years American Red Cross 8-pc. Grooming Kit — Usually ships within 1 to 2 days. | 1 | 0 | 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 | $14.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | The First Years/American Red Cross On-the-Go First Aid Kit — Item arriving in 2 to 6 weeks. Order now. | 1 | 0 | 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 | $14.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | The First Years American Red Cross Cool Mist Humidifier | 1 | 0 | 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 | $29.99 also in stores | + ADD TO CART |

FIND IT AT A
TARGET STORE

Usually ships
within 1 to 2 days.

| DESCRIPTION | WANT IT | GOT IT | ITEM # | PRICE | |
|---|---|---|---|---|---|
| WASHCLOTH JUST1YR ASSTD BLUE 6PK, JUST ONE YEA, BLUE | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| BIB JUST1YR SPLSH SPLSH BL, JUST ONE YEA, BLUE | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| ASPIRATOR TFY ARC NASAL HOSP-STY, AMERICAN RED | 1 | 0 | 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 | $1.99 | AVAILABLE IN-STORE |
| KIT TFY ARC COLD CARE ESSE, AMERICAN RED | 1 | 0 | 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 | $3.99 | AVAILABLE IN-STORE |
| MITTS TFY ARC NO-SCRATCH MIT, AMERICAN RED | 1 | 0 | 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 | $3.99 | AVAILABLE IN-STORE |
| NAIL CLIPPER TFY ARC DELUXE NAIL, AMERICAN RED | 1 | 0 | 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 | $2.49 | AVAILABLE IN-STORE |
| KIT TFY ARC ORAL CARE KIT, AMERICAN RED | 1 | 0 | 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 | $6.99 | AVAILABLE IN-STORE |
| BATH BRUSH TFY ARC ALL-IN-ONE, AMERICAN RED | 1 | 0 | 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 | $4.99 | AVAILABLE IN-STORE |

BABY CHANGING: 9 items

Target : Target Baby

Page 5 of 9



| | | | | | |
|---|---|---|---|---|---|
| Infantino SlingRider - Black Toile<br>Usually ships within 1 to 2 days. | 1 | 0 | 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 | $29.99<br>also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| The First Years American Red Cross Instant Ear Thermometer<br>Usually ships within 1 to 2 days. | 1 | 0 | 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 | $29.99<br>also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| Dr. Brown's Regular 4-oz. Bottles - 3-pk.<br>Usually ships within 1 to 2 days. | 3 | 0 | 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 | $12.49<br>also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| Playtex Nurser Designer Starter 3-pk. - 4-oz.<br>Usually ships within 1 to 2 days. | 3 | 0 | 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 | $10.99<br>also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| PAMPERS 40CT SWDLR NWBN JUMBO, PAMPERS, 40 | 6 | 0 | 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 | | AVAILABLE IN-STORE |
| HUGGIES 208CT SHEA BUTTER REFL, HUGGIES, 208 | 3 | 0 | 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 | | AVAILABLE IN-STORE |
| JOHNSONS BATHTIME GIFT SET, J & J, SET | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| JOHNSONS MOISTURE CARE GIFT SET, J & J, SET | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| JOHNSONS | | | | | |

Target : Target Baby



| DESCRIPTION | | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE IN-STORE |
|---|---|---|---|---|---|---|
| | GOODNIGHT GIFT SET, J & J, SET | 1 | 0 | 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 | | AVAILABLE IN-STORE |

**BABY ON THE GO: 2 items**

| DESCRIPTION | | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE |
|---|---|---|---|---|---|---|
| | Munchkin Bath Toy Turtle Scoop | 1 | 0 | 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 | $12.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | Item arriving in 2 to 6 weeks. Order now. | | | | | |
| | Infantino Funny Farmer Shop 'n Play | 1 | 0 | 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 | $19.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | Item arriving in 2 to 6 weeks. Order now. | | | | | |

**BABY APPAREL: 16 items**

| DESCRIPTION | | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE |
|---|---|---|---|---|---|---|
| | Carter's MULTIPK SNP JUST1YR SNP BLU 2PK S | 1 | 0 | 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 | $9.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | Usually ships within 1 to 2 days. | | | | | |
| | Newborn Boys' Classic Pooh™ Plaid Baseball Hat | 1 | 0 | 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 | $6.99 also in stores | + ADD TO CART / FIND IT AT A TARGET STORE |
| | Usually ships within 24 hours. | | | | | |

free shipping with minimum purchase

new

| | | WANT IT | GOT IT | ITEM # | PRICE | AVAILABLE IN-STORE |
|---|---|---|---|---|---|---|
| AVAILABLE IN-STORE | PANT JUST1YR BLU/GRN 2PK S, | 2 | 0 | 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 | $8.99 | AVAILABLE IN-STORE |

Target : Target Baby

| | | | | |
|---|---|---|---|---|
| AVAILABLE IN-STORE | GOWN JUST1YR WATCH GO BL NB, JUST ONE YEA, BLUE, NEWBORN | JUST ONE YEA, BLUE, SMALL | 1 | 0 | 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 | $6.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | LAYETTE SET BOJ SET BLU 6PC P-NB, JUST ONE YEA, BLUE, NEWBORN | | 1 | 0 | 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 | $19.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | ROMPER JUST1YR W/CAP BLU P-NB, JUST ONE YEA, BLUE, NEWBORN | | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | BODYSUIT SET BOJ BDYSUIT SET BLU NB, JUST ONE YEA, BLUE, NEWBORN | | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | SLIPPER JUST1YR BLUE 0-6M, JUST ONE YEA, BLUE, 0-6 MONTHS | | 1 | 0 | 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 | $5.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | HAT JUST1YR HAT BABY BLUE, JUST ONE YEA, BABY BLUE | | 1 | 0 | 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 | $4.99 | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | RATTLE TOES JUST1YR 0-6M BLUE BLUE, JUST ONE YEA, BLUE | | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| AVAILABLE IN-STORE | NBB JOY LAYT BLUE PUP LOVE 3PC, JUST ONE YEA, CLOUD NINE | | 1 | 0 | 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 | $16.99 | AVAILABLE IN-STORE |

NBB JOY PW

Target : Target Baby

Page 8 of 9

| DESCRIPTION | | QUANTITY | | | | |
|---|---|---|---|---|---|---|
| BLUE WORK ZONE SET NB, JUST ONE YEA, CORK, NEWBORN | AVAILABLE IN-STORE | 1 | 0 | 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 | $8.99 | AVAILABLE IN-STORE |
| NBB JOY PW RED ROOKIE JUMPSUIT NB, JUST ONE YEA, APPLE RED, NEWBORN | AVAILABLE IN-STORE | 1 | 0 | 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 | $8.99 | AVAILABLE IN-STORE |
| NBB CL POOH HOODIE SET BLUE, CLASSIC POOH, BOY BLUE | AVAILABLE IN-STORE | 2 | 0 | 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 | | AVAILABLE IN-STORE |
| NBB CL POOH SHORTALL SOLID GREEN, CLASSIC POOH, FOG | AVAILABLE IN-STORE | 1 | 0 | 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 | | AVAILABLE IN-STORE |
| NBU CL POOH 3PC HOODIE SET CREAM, CLASSIC POOH, CREAM | AVAILABLE IN-STORE | 1 | 0 | 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 | | AVAILABLE IN-STORE |

TARGET GIFTCARDS

| DESCRIPTION | PRICE | QUANTITY | |
|---|---|---|---|
| Baby Bottle GiftCard | $10.00 | Quantity: 1 | AVAILABLE ONLINE |

**+ ADD TO CART**

1-50 of 76 | 1 2

**Print Registry List**    **Find a Target Store Near You**

Find a Store          Club Wed Registry          About Target          Track an Order



Target : Target Baby

Save 10% Upon
Credit Approval ▸

Manage My Account
Card Benefits
Target Business Card

weekly Ad
SuperTarget
SuperTarget Coupons
See All

Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site**