# EXHIBIT H

Costco search results for "digital cameras"

**COSTCO.COM**

CHECK OUT | SHOPPING LIST | ORDER BY ITEM # | CART | ORDER STATUS | MY ACCOUNT | HELP | LOCATIONS

What's New | Appliances | Auto | Baby | Beauty | Bed & Bath | Books/CDs/DVDs | Computers | Decor | Electronics | Fashion | Floral | Food & Wine
Funeral | Furniture | Gifts & Tickets | Hardware | Health | Housewares | Instruments | Jewelry | Office | Outdoor | Pet | Sports | Toys & Games | View All

SHOP   SERVICES   PHARMACY   PHOTO CENTER   TRAVEL   REBATES   MEMBERSHIP

LOGIN    Search  "digital camera" and s in All    GO    SHOP FOR BUSINESS PRODUCTS    ○ commercial delivery   zip code   GO
                                                                                   ○ residential delivery

◀ home | search for "digital cameras"

## search results for "digital cameras"

**quick links**
* Electronics > Cameras & Camcorders
* Electronics > New Items & Limited Time Offers > Cameras & Camcorders

**featured items**

Canon
SD850 IS 8MP 2.5"
4x Optical 16x...
$379.99

Canon 30D 8.2MP 2.5"
5 Frames per Second
18-55mm...
$1,249.99

$279.99 After $60 Off
Kodak C763 7.1MP 2.5"
3x...
$279.99

Canon SD1000 7.1MP
2.5"
3x Optical 12x Total
&....
$244.99    view all

1-16 of 84 results    sort by:  best match                          1 2 3 4 5 6 »

**Refine By:**

**Categories**
Search
  What's New
  Computers
  Electronics
  Hardware
  Sports
  Toys & Games

**Brand**
ATP
Bushnell
Canon
Casio
D-Link
Duracell
EdgeTech
Famous Trails
Fuji
Hello Kitty®
Kingston
Kodak
Nikon
Olympus
Oregon Scientific
Panasonic
Q-See
SanDisk

Page 2 of 3

Costco search results for "digital cameras"

| Sony |
| Swann |
| More... |
| Price |
| less than $100 |
| $100 - $1,000 |
| $1,000 - $10,000 |


Sony W90 8.1MP 2.5"
3x Optical 6x Total
Image...
$274.99


Kodak V1003 10MP 2.5"
3x Optical 12x Total
Image...
$229.99


$279.99 After $60 Off
Kodak C763 7.1MP 2.5"
3x...
$279.99


Canon 30D 8.2MP 2.5"
5 Frames per Second
18-55mm...
$1,249.99


$100 Off
Nikon D200 10.2MP 2.5"
5 Frames Per...
$1,799.99


Casio Z75 7.2MP 2.6"
W
3x Optical 12x Total
&...
$199.99


Panasonic TZ3K 7.2MP 3"
10x Optical 40x...
$319.99

Waterproof Action
Sports Helmet Camera
w/ 2GB Memory...
$119.99


Fuji A900 9MP 2.5"
4x Optical 30.4x Total
& Bonus...
$199.99


Canon SD1000 7.1MP 2.5"
3x Optical 12x Total
&...
$244.99


$50 Off
Panasonic
Mini DV Camcorder
$249.99




Canon
ZR850 MiniDV
Camcorder
$299.99

Costco search results for "digital cameras"



Canon S3 IS 6.0MP 2.0"
12x Optical 48x Total Image...
$329.99



Canon DC230 DVD Camcorder
$399.97



Canon DC50 DVD Camcorder
$679.99



Panasonic 3CCD Mini-DV Camcorder
$699.99

1 2 3 4 5 6 »  view all

CUSTOMER SERVICE | ORDER STATUS | REBATES | CREDIT CARDS | COSTCO CONNECTION MAGAZINE

Website copyright ©1998-2007 Costco Wholesale Corporation. All rights reserved.
Privacy Statement, Terms and Conditions, Investor Relations, Employment Opportunities