# EXHIBIT I

Case 3:06-cv-01802-MHP   Document 141-11   Filed 07/25/2007   Page 1 of 3

Costco search results for ""digital camera" and stabilization"                                             Page 1 of 2



| What's New | Appliances | Auto | Baby | Beauty | Bed & Bath | Books/CDs/DVDs | Computers | Decor | Electronics | Fashion | Floral | Food & Wine |
| Funeral | Furniture | Gifts & Tickets | Hardware | Health | Housewares | Instruments | Jewelry | Office | Outdoor | Pet | Sports | Toys & Games | View All |

CHECK OUT | SHOPPING LIST | ORDER BY ITEM # | CART | ORDER STATUS | MY ACCOUNT | HELP | LOCATIONS
SHOP   SERVICES   PHARMACY   PHOTO CENTER   TRAVEL   REBATES   MEMBERSHIP

LOGIN   Search [       ] in [All ▾] GO

○ commercial delivery
○ residential delivery    [zip code] GO

SHOP FOR BUSINESS PRODUCTS

▼ home | search for ""digital camera" and stabilization"

## search results for ""digital camera" and stabilization"

**Refine By:**

**Categories**
**Search**
  Electronics
  Sports
  Toys & Games

**Brand**
  Bushnell
  Famous Trails
  Hello Kitty®
  Nikon

**Price**
  less than $100
  $100 - $1,000
  $1,000 - $10,000

featured items



Nikon 70-200mm AF-S VR Zoom-Nikkor f/2.8 IF-ED...
$1,699.99

Hello Kitty® Ultra Thin 3.2MP Digital Camera
$79.99

Hello Kitty® VGA Digital Camera
$39.99

Famous Trails 4 in 1 Digital Camera Binoculars, Color...
$134.99

1-6 of 6 results    sort by: best match

Hello Kitty® VGA Digital Camera
$39.99

Bushnell ImageView™ Digital Camera Binocs $20 Off...



Hello Kitty® Ultra Thin 3.2MP Digital Camera
$79.99



Famous Trails Digital Camera Binocular with SD Card...

Costco search results for ""digital camera" and stabilization"    Page 2 of 2

$69.99    $84.99



Famous Trails 4 in 1 Digital Camera Binoculars, Color... $134.99

Nikon 70-200mm AF-S VR Zoom-Nikkor f/2.8 IF-ED... $1,699.99

**CUSTOMER SERVICE | ORDER STATUS | REBATES | CREDIT CARDS | COSTCO CONNECTION MAGAZINE**

Website copyright ©1998-2007 Costco Wholesale Corporation. All rights reserved.
Privacy Statement, Terms and Conditions, Investor Relations, Employment Opportunities