# EXHIBIT J



| CHECK OUT | SHOPPING LIST | ORDER BY ITEM # | CART | ORDER STATUS | MY ACCOUNT |

SHOP  SERVICES  PHARMACY  PHOTO CENTER  TRAVEL  REBAT

| What's New | Appliances | Auto | Baby | Beauty | Bed & Bath | Books/CDs/DVDs | Computers | Decor | Electronics | Fashion | Flo
| Funeral | Furniture | Gifts & Tickets | Hardware | Health | Housewares | Instruments | Jewelry | Office | Outdoor | Pet | Sports | Toys &

LOGIN | Search [    ] in All [ GO ] SHOP FOR BUSINESS PRODUCTS
○ commercial delivery
○ residential delivery

◄ home | search for "waterproof, digital camera"

# search results for "waterproof, digital camera"

| Refine By: | quick links |
|---|---|
| Categories | • Electronics > Cameras & Camcorders |
| Search | • Electronics > New Items & Limited Time Offers > Cameras & Camcorders |

**1-1 of 1 results**



Waterproof Action Sports Helmet Camera w/ 2GB Memory...
$119.99

CUSTOMER SERVICE | ORDER STATUS | REBATES | CREDIT CARDS | COSTCO CONNECTION MAGAZINE

Website copyright ©1998-2007 Costco Wholesale Corporation. All rights reserved.
Privacy Statement, Terms and Conditions, Investor Relations, Employment Opportunities



CHECK OUT | SHOPPING LIST | ORDER BY ITEM # | CART | ORDER STATUS | MY ACCOUNT |

SHOP  SERVICES  PHARMACY  PHOTO CENTER  TRAVEL  REBAT

What's New | Appliances | Auto | Baby | Beauty | Bed & Bath | Books/CDs/DVDs | Computers | Decor | Electronics | Fashion | Flo
Funeral | Furniture | Gifts & Tickets | Hardware | Health | Housewares | Instruments | Jewelry | Office | Outdoor | Pet | Sports | Toys &

LOGIN  Search [        ] in All [   ] GO   SHOP FOR BUSINESS PRODUCTS   ⦿ commercial delivery   ○ residential delivery

◂ home | search for "megapixel, "digital camera""

# search results for "Megapixel, "digital camera""

**Refine By:**

**Categories**
- What's New
- Appliances
- Auto
- Baby
- Beauty
- Bed & Bath
- Books/CDs/DVDs
- Computers
- Decor
- Electronics
- Fashion
- Floral
- Food & Wine
- Funeral
- Furniture
- Gifts & Tickets
- Hardware
- Health
- Housewares
- Instruments
- Jewelry
- Office
- Outdoor
- Pet
- Sports
- Toys & Games
- View All

We were unable to match "Megapixel, "digital camera"" with any product currently a costco.com.

**If you are searching for products available in our warehouse:**

Costco.com offers merchandise which complements our warehouse product selecti most items available on our web site are unique to costco.com.

**quick links**

- order status
- customer service
- warehouse locator
- contact us

CUSTOMER SERVICE | ORDER STATUS | REBATES | CREDIT CARDS | COSTCO CONNECTION MAGAZINE
Website copyright ©1998-2007 Costco Wholesale Corporation. All rights reserved.
Privacy Statement, Terms and Conditions, Investor Relations, Employment Opportunities