# EXHIBIT K




Target Search Results: Electronics Search Results: stabilization



$100-$199.99 (27)
$200-$499.99 (68)
$500-$999.99 (3)

Gift Finder (2)
DVD (4)
Books (395)

**Big, RED 10% Off**
Save in stores and online with a REDcard℠
+ Learn More and Apply

anyone.
anywhere.
anytime.
Give a GiftCard :-

| Product | Availability | Price |
|---|---|---|
| | Usually ships within 1 to 2 days. | sale |
| Samsung 7.2MP Digital Camera - Silver | Usually ships within 1 to 2 days. | Our Price: **$129.99** |
| Canon 7.1MP Digital Camera - SD1000 | Usually ships within 1 to 2 days. | Our Price: ~~$299.99~~  Add to Cart to see low price. also in stores |
| Casio 7.2MP Camera - Blue (EX-Z75BE) | Usually ships within 1 to 2 days. | Our Price: ~~$229.99~~  Add to Cart to see low price. sale |
| Canon PowerShot SD800 IS 7.1MP Digital Elph Camera | Usually ships within 1 to 2 days. | Our Price: **$349.99** |
| Samsung 6.0MP Digital Camera - Black | Usually ships within 1 to 2 days. | Our Price: **$99.95** |
| | | Our Price: **$299.99** |





| Product | Price | Availability |
|---|---|---|
| Nikon Coolpix L11 Digital Camera - Titanium | | also in stores; Usually ships within 1 to 2 days. |
| Panasonic 6.0MP Digital Camera | Our Price: $229.99 | Usually ships within 1 to 2 days. |
| FinePix S700 Digital Camera - Black (43877040) | Our Price: $249.99 | Item arriving in 2 to 6 weeks. Order now. |
| FinePix A900 Digital Camera - 43800030 | Our Price: $199.99 | Usually ships within 1 to 2 days. |
| Nikon Coolpix L12 Digital Camera | Our Price: $179.95 | Usually ships within 1 to 2 days. |
| Olympus 7.1MP Digital Camera - FE-230 | Our Price: $199.99 | also in stores; Usually ships within 1 to 2 days. |

Target Search Results: Electronics Search Results: stabilization

Page 5 of 5

Page **1** of 5

« ‹ 1 2 3 4 5 › »



Save 10% Upon Credit Approval *

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Manage My Account
Card Benefits
Target Business Card

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Directory
My Account
See All

**Privacy + Security** | **Terms + Conditions**
**California Privacy Rights** | **About This Site**

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com