# EXHIBIT L



All Products   Sign In | New

Open a REDcard credit account and start helping your favorite school.   Apply

**Narrow your results**

All search results (8)
**Electronics (8)**
By Product
Digital Cameras + Camcorders (8)
Electronics Brands (2)

By Brand
Fuji (1)

By Price
$0-$24.99 (6)
$50-$99.99 (1)
$100-$199.99 (1)

Sports (4)
Toys (2)
Luggage (1)



Big, RED 10% Off
Save in stores and online with a REDcard.
▸ Learn More and Apply

### search results

**ELECTRONICS: 8 matches for ""digital Camera" and "waterproof""**

SORT BY:
BRAND | PRODUCT | PRICE

**Vivitar ViviCam Underwater Digital Camera - 6200W**
Our Price: $179.99
RED HOT SHOP
Item arriving in 2 to 6 weeks. Order now.
+ ADD TO


**Reusable Preloaded Waterproof 35mm Camera**
Our Price: $15.99
Usually ships within 1 to 2 days.
+ ADD TO


**GoPro Digital Hero Camera - GDH20**
Our Price: $79.99
Usually ships within 1 to 2 days.
+ ADD TO


**GoPro Hero 35mm Wrist-Mounted Camera**
Our Price: $14.99
Usually ships within 1 to 2 days.
+ ADD TO


**Fuji Quicksnap 35mm Waterproof Camera**
Our Price: $8.49
stores only
FIND IT AT TARGET ST

**Airhead Waterproof Camera Case**
Our Price: $9.99
Usually ships within 5 to 7
+ ADD TO





days.
15% off select home orders over $125



**Reusable Preloaded Waterproof 35mm Camera with Flash – Dark Gray**

Our Price: $19.99

Item arriving in 2 to 6 weeks. Order now.



**Reusable Preloaded Waterproof 35mm Snorkeling Camera**

Our Price: $12.99

Item arriving in 2 to 6 weeks. Order now.



Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Direc
My Account
See All

© 2007 Target.com. All righ
The Bullseye Design and Bullseye Dog are trademarks of Target I
Powered by A

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site