# EXHIBIT M



All Products [GO]   Sign In | New

Open a REDcard℠ credit account and start helping your favorite school.  Apply

**Narrow your results**

All search results (166)
Electronics (166)
Toys (6)
Gift Finder (5)
Sports (2)
Women (1)
Kids (1)
Beauty (1)
College 07 (1)
DVD (5)

**Big, RED 10% Off**
Save in stores and online with a REDcard℠
▸ Learn More and Apply



anyone.
anywhere.
anytime.
Give a GiftCard ▸



## search results

We found **171** matches for ""megapixel" and "digital camera"" at Target
Don't see what you're looking for?
Search Target.com for information related to ""megapixel" and "digital camera"

**166 matches for ""megapixel" and "digital camera""**

| | | |
|---|---|---|
|  | **Argus 2.1MP Digital Camera 8 MB Memory - Silver**<br>Usually ships within 1 to 2 business days. | List Price: $39.99<br>Our Price: $37.99<br>You Save: $2.00 (5%)<br>sale |
|  | **Casio 7.2MP Digital Camera - Pink (EX-Z75PK)**<br>Usually ships within 1 to 2 days. | Our Price: $229.99<br>Add to Cart to see low price.<br>sale |
|  | **Argus 5.0 MP Digital Camera - Glossy Black**<br>Usually ships within 1 to 2 business days. | Our Price: $69.99 |
|  | **Samsung 6.0MP Digital Camera - Silver**<br>Usually ships within 1 to 2 days. | Our Price: $99.95 |
|  | **Argus 3.2MP Digital Camera with 16MB Memory - Silver**<br>Usually ships within 1 to 2 business days. | List Price: $49.99<br>Our Price: $44.99<br>You Save: $5.00 (10%)<br>sale |
| | **Argus 3.2MP Digital Camera with Tripod & Charger** | List Price: $74.99<br>Our Price: $69.99<br>You Save: $5.00 (7%) |



| | | |
|---|---|---|
| | Usually ships within 1 to 2 business days. | sale |
| | **Polaroid 6MP Digital Camera - Lavender (635L)**<br><br>Usually ships within 1 to 2 days. | List Price: $179.99<br>Our Price: $149.99<br>You Save: $30.00 (17%)<br>sale |
| | **FinePix A820 Digital Camera - 43877010**<br><br>Item arriving in 2 to 6 weeks. Order now. | Our Price: $179.99<br>also in stores |
| | **Samsung 7.2MP Digital Camera - Silver**<br><br>Usually ships within 1 to 2 days. | Our Price: $129.99 |
| | **Olympus 7.1MP Digital Camera - FE-230**<br><br>Usually ships within 1 to 2 days. | Our Price: $199.99<br>also in stores |
| | **Argus Digital Camera 2 MB Internal Memory - Silver**<br><br>Usually ships within 1 to 2 business days. | Our Price: $10.99 |
| | **Vivitar ViviCam Underwater Digital Camera - 6200W**<br><br>Item arriving in 2 to 6 weeks. Order now. | Our Price: $179.99<br>RED HOT SHOP |
| | **Casio Exilim EX- Z75 Digital Camera**<br><br>Usually ships within 1 to 2 days. | Our Price: $199.99<br>also in stores |
| | **Argus 2.0" LCD Digital Camera** | List Price: $79.99<br>Our Price: $74.99<br>You Save: $5.00 (6%) |



| | | |
|---|---|---|
| | Usually ships within 1 to 2 business days. | sale |
| | **Samsung 6.0MP Digital Camera - Black**<br>Usually ships within 1 to 2 days. | Our Price: $99.95 |
| | **Casio 7.2MP Digital Camera - Black (EX-Z75BK)**<br>Usually ships within 1 to 2 days. | Our Price: $229.99<br>Add to Cart to see low price.<br>sale |
| | **Olympus 7.1MP Digital Camera - FE-210**<br>Usually ships within 1 to 2 days. | Our Price: $149.99<br>also in stores |
| | **Canon 7.1MP Digital Camera - A550**<br>Usually ships within 1 to 2 days. | Our Price: $149.99<br>also in stores |
| | **Kodak EasyShare V803 Zoom Digital Camera - Lavender**<br>Usually ships within 1 to 2 days. | Our Price: $199.99<br>also in stores |
| | **Kodak Easyshare V803 Zoom Digital Camera**<br>Usually ships within 1 to 2 days. | Our Price: $199.99<br>also in stores |

SEE ALL MATCHES        **166 product matches in our Target store**

**Books, Music, Videos + DVDs** brought to you by amazon.com

DVD brought to you by Amazon.com: No items match ""megapixel" and "digital camera""
These results are for "digital camera"

| Introduction to the | Our Price: $24.95 |
|---|---|



**NIKON D70/D70s Digital SLR DVD**
~ Blue Crane Digital

Usually ships within 24 hours.



**SEE ALL MATCHES**    **5 product matches in our DVD store**



Save 10% Upon Credit Approval ▸

Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping
Shopping Direc
My Account
See All

© 2007 Target.com. All righ
The Bullseye Design and Bullseye Dog are trademarks of Target I
Powered by A

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site