# EXHIBIT N

# Hamilton Beach HAM BCH 2 Slice Chrome Toaster NEW Bagel Toash Tech

1. The Hamilton Beach Classic Chrome Extra Wide Slot Toaster has expert performance with smart function buttons and shade selector. The extra wide slots are perfect for bagels. This toaster has an auto shut off safety feature and easy clean crumb tray for no hassle toasting.

Part #: **22559**

Sellers Found: 7

Available Since: Jun 2, 2003

Lowest Price: $29.99

http://www.nextag.com

## Compare Prices

| Seller | Seller Ratings | Description | Price | +Tax & Shipping |
|---|---|---|---|---|
| Drugstore.com | ★★★☆☆ 18 Seller Reviews | In Stock | $32.99 Buy at Seller | TruePrice |
| AbesOfMaine | ★★★★☆ 2421 Seller Reviews | In Stock | Best Value* $29.99 Buy at Seller | |
| AbsoluteHome | ★★★★☆ 20 Seller Reviews | In Stock | $33.60 Buy at Seller | |
| ikitchen.com | ★★★★☆ 429 Seller Reviews | In Stock | $34.99 Buy at Seller | |
| ChefsCorner | ★★★★★ 5 Seller Reviews | In Stock | $66.75 Buy at Seller | |
| amazon.com. Marketplace | ★★★★★ 6 Seller Reviews | In Stock | $32.74 Buy at Seller | |
| amazon.com Marketplace | ★★★☆☆ 4 Seller Reviews | In Stock | $33.03 Buy at Seller | |

**To calculate TruePrice,** including exact Tax and Shipping, enter your zip code below.

Enter Zip Code: [ ] Go

*The Best Value designator is given to the lowest price for an item in new condition from a highly rated NexTag seller. To be highly rated, a NexTag Seller must have at least 10 reviews and an average of four or more stars.

The NexTag shopping search engine has prices from name brand stores all over the web. Compare prices for computers, electronics, books, CDs, movies, office products and video games. Become a seller yourself today!

http://www.nextag.com/Hamilton-Beach-HAM-BCH-57431784/prices-html

Hamilton Beach HAM BCH 2 SLICE CHROME TOASTER NEW BAGEL TOASH TECH: Compare Prices, View Price Hist... Page 2 of 3

Hamilt...
Part #: 2...
Sellers F...
Available...
Lowest F...
+ Add to S...

The Ham... buttons a... feature a...

About **NexTag** | Help | Terms of Use | Privacy Policy | **Sign In** | Shopping List | Advertise at **NexTag** | Sell at **NexTag** | For Lenders

© 1999-2007, **NexTag**, Inc. - International: UK | France | Germany

NexTag.com makes commercially reasonable efforts to ensure the accuracy of product and pricing information displayed on our site. We encourage users to conduct their own research prior to purchasing from the stores listed here. We do not make any guarantees that any information is correct. NexTag.com cannot be held liable for any actions taken based on the product and pricing information provided and NexTag shall not be held responsible for any loss or damage resulting from any business conducted with any company listed at NexTag. Please refer to our Terms of Use for complete details. To report a pricing error, click here.

Last updated: July 19, 2007 08:48 1056664327 v1x23 ndenc2700600 adenc2700600