# EXHIBIT O


