# EXHIBIT P







| | | | | |
|---|---|---|---|---|
| Manage My Account | Find a Store | Club Wedd Registry | About Target | Track an Order |
| Card Benefits | Weekly Ad | Target Baby Registry | Careers | Return an Item |
| Target Business Card | SuperTarget | Target Photo | News | Contact Us |
| | SuperTarget Coupons | Pharmacy | Investors | Shipping |
| | See All | Optical | Community | Shopping Directory |
| | | Portrait Studio | Diversity | My Account |
| | | Super Target Recipes | Affiliates | See All |
| | | | Team Member Services | |

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

Powered by proprietary services of ShopLocal, LLC.
By continuing past this page and/or using this site, you agree to abide by the Terms of Use
for this site, which prohibit commercial use of any information on this site.