# EXHIBIT R

Dockets.Justia.com


