| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| 2 | MATTHEW I. KREEGER (CA SBN 153793)<br>KRISTINA PASZEK (CA SBN 226351) |
| 3 | HMcElhinny@mofo.com<br>MKreeger@mofo.com |
| 4 | KPaszek@mofo.com<br>MORRISON & FOERSTER LLP |
| 5 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 6 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendant |
| 8 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>                  Plaintiffs,<br><br>       v.<br><br>TARGET CORPORATION,<br><br>                  Defendant. | Case No.   C 06-01802 MHP<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date:  July 31, 2007<br>Time:  2:00 PM<br>Judge: Hon. Marilyn Hall Patel |

STATEMENT OF RECENT DECISION
CASE NO. C 06-01802 MHP
sf-2364184

Pursuant to Civil Local Rule 7-3(d), Target Corporation submits as Exhibit A the following recent decision regarding the Unruh Act: *Belton v. Comcast Cable Holdings, LLC*, 151 Cal. App. 4th 1224, 1237-39 (2007). While Target's supplemental brief regarding Plaintiffs' state law claims was due on April 26, 2007, the foregoing decision did not issue until June 8, 2007.

Dated: July 30, 2007

HAROLD J. McELHINNY
MATTHEW I. KREEGER
KRISTINA PASZEK
MORRISON & FOERSTER LLP

By: /s/ Kristina Paszek
    Kristina Paszek

    Attorneys for Defendant
    TARGET CORPORATION