National Federation of the Blind et al v. Target Corporation
Case 3:06-cv-01802-MHP   Document 143   Filed 07/30/2007   Page 1 of 2
Doc. 143

LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Fax:         (415) 421-7105
TTY:         (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:   (410) 962-1030
Fax:         (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone:   (315) 443-9703
Fax:         (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
(510) 665-8644

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | Case No.: C 06-01802 MHP<br><br>**CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date:  July 31, 2007<br>Time:  2:00 p.m.<br>Judge: Honorable Marilyn H. Patel |

1  Pursuant to Civil Local Rule 7-3(d), Plaintiffs submit as Exhibit A the following recent
2  decision regarding the Unruh Act: *Sisemore v. Master Financial, Inc.*, 151 Cal.App.4th 1386
3  (2007). While Plaintiffs' supplemental brief regarding state law claims was due on April 26,
4  2007, the foregoing decision did not issue until June 12, 2007.

DATED: July 30, 2007

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP
PETER BLANCK, J.D., Ph.D.

By:    /s/ Roger Heller
       Roger Heller
       Attorneys for Plaintiff

*National Federation of the Blind, et al. v. Target Corporation, et al.*
**Case No.:  C 06-01802 MHP**
**STATEMENT OF RECENT DECISION**

1