# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 31, 2007

Case No.   C 06-1802  MHP                Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf:  Laurence Paradis, Roger Hellar, Joshua Konecky, Daniel Goldstein
            Dft: Harold McElhinny, Kristina Paszek

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

## PROCEEDINGS

1)  Further Hearing re Plaintiffs' Class Certification Motions

2)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motion(s) deemed submitted; Court to issue order.