HAROLD J. McELHINNY (CA SBN 66781)
MATTHEW I. KREEGER (CA SBN 153793)
KRISTINA PASZEK (CA SBN 226351)
HMcElhinny@mofo.com
MKreeger@mofo.com
KPaszek@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**TARGET CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. Marilyn Hall Patel |

TARGET'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
CASE NO. C 06-01802 MHP
sf-2392480

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendant Target Corporation moves for leave to file the Statement of Recent Decision attached as Exhibit A.

On September 18, 2007, the California Court of Appeals issued a ruling, *Urhausen v. Longs Drug Stores California, Inc.*, No. A113937, --- Cal. Rptr. 3d ---, 2007 WL 2702927 (Cal. Ct. App. Sept. 18, 2007), regarding the Disabled Persons Act, Cal. Civ. Code § 54 et seq. The ruling is relevant to two motions pending in the instant litigation: Plaintiffs' motion for class certification and Defendant's motion for summary judgment. Because the hearing regarding these motions has already occurred, Civil Local Rule 7-3(d) does not authorize the filing of a statement of recent decision absent leave of Court.

Target respectfully urges the Court to grant it leave to file the attached Statement of Recent Decision because consideration of the *Urhausen* ruling will assist the Court in ruling on the class certification and summary judgment motions. The *Urhausen* ruling sheds light on pertinent issues of California law, including the injury and standing requirements under the Disabled Persons Act and what it means to be "denied full and equal access" under that statute.

Dated: September 21, 2007    HAROLD J. McELHINNY
MATTHEW I. KREEGER
KRISTINA PASZEK
MORRISON & FOERSTER LLP


By: /s/ Kristina Paszek
    Kristina Paszek

    Attorneys for Defendant
    TARGET CORPORATION