HAROLD J. McELHINNY (CA SBN 66781)
MATTHEW I. KREEGER (CA SBN 153793)
KRISTINA PASZEK (CA SBN 226351)
HMcElhinny@mofo.com
MKreeger@mofo.com
KPaszek@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**DECLARATION OF KRISTINA PASZEK IN SUPPORT OF TARGET CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. Marilyn Hall Patel |

I, Kristina Paszek, declare and state as follows:

1.  I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Target Corporation in the above-entitled case. I am duly admitted to practice before all state courts and federal district courts in the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2.  On September 20 and September 21, 2007, I conferred with counsel for Plaintiffs regarding Target's intention to file an administrative motion seeking leave to file a statement of recent decision. Although Plaintiffs' counsel stated that Plaintiffs would not oppose this motion, we were unable to reach an agreement regarding the phrasing of a stipulation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 21st day of September, 2007, at San Francisco, California.

                                          /s/ Kristina Paszek
                                            Kristina Paszek