| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | KRISTINA PASZEK (CA SBN 226351) |
| | HMcElhinny@mofo.com |
| 3 | MKreeger@mofo.com |
| | KPaszek@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendant |
| | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.  C06-01802 MHP<br><br>**[PROPOSED] ORDER GRANTING TARGET CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:  Hon. Marilyn Hall Patel |

[PROPOSED] ORDER GRANTING TARGET'S ADMIN. MOT. FOR LEAVE TO FILE STMT. OF RECENT DECISION
CASE NO. 06-01802 MHP
sf-2392541

1  Based on the Court's review of the pleadings and papers filed in connection with Target
2  Corporation's Administrative Motion for Leave to File Statement of Recent Decision, and good
3  cause appearing, it is hereby ORDERED that the motion is GRANTED.  The Statement of Recent
4  Decision, which includes a copy of the ruling *Urhausen v. Longs Drug Stores California, Inc.*,
5  No. A113937, --- Cal. Rptr. 3d ---, 2007 WL 2702927 (Cal. Ct. App. Sept. 18, 2007), and was
6  electronically filed as Exhibit A to Target's motion on September 21, 2007, is hereby deemed
7  FILED.

9  IT IS SO ORDERED.

11  Dated: _____, 2007

    _____
    The Honorable Marilyn Hall Patel
    United States District Court Judge

[PROPOSED] ORDER GRANTING TARGET'S ADMIN. MOT. FOR LEAVE TO FILE STMT. OF RECENT DECISION
CASE NO. 06-01802 MHP
sf-2392541

1