1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | NATIONAL FEDERATION OF THE BLIND, | Case No.   C06-01802 MHP
   | the NATIONAL FEDERATION OF THE    |
14 | BLIND OF CALIFORNIA, on behalf of their | [PROPOSED] ORDER GRANTING
   | members, and Bruce F. Sexton, on behalf of | TARGET CORPORATION'S
15 | himself and all others similarly situated, | ADMINISTRATIVE MOTION FOR
   |                                   | LEAVE TO FILE STATEMENT OF
16 |              Plaintiffs,          | RECENT DECISION
   |                                   |
17 |      v.                           | Judge:   Hon. Marilyn Hall Patel
   |                                   |
18 | TARGET CORPORATION,               |
   |                                   |
19 |              Defendant.           |

[PROPOSED] ORDER GRANTING TARGET'S ADMIN. MOT. FOR LEAVE TO FILE STMT. OF RECENT DECISION
CASE NO. 06-01802 MHP
sf-2392541

Based on the Court's review of the pleadings and papers filed in connection with Target Corporation's Administrative Motion for Leave to File Statement of Recent Decision, and good cause appearing, it is hereby ORDERED that the motion is GRANTED. The Statement of Recent Decision, which includes a copy of the ruling *Urhausen v. Longs Drug Stores California, Inc.*, No. A113937, --- Cal. Rptr. 3d ---, 2007 WL 2702927 (Cal. Ct. App. Sept. 18, 2007), and was electronically filed as Exhibit A to Target's motion on September 21, 2007, is hereby deemed FILED.

IT IS SO ORDERED.

Dated: 10/19_____, 2007  _____
                                                                                    Marilyn H. Patel
                                                                                    Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING TARGET'S ADMIN. MOT. FOR LEAVE TO FILE STMT. OF RECENT DECISION
CASE NO. 06-01802 MHP
sf-2392541

1