1  HAROLD J. McELHINNY (CA SBN 66781)
   MATTHEW I. KREEGER (CA SBN 153793)
2  KRISTINA PASZEK (CA SBN 226351)
   HMcElhinny@mofo.com
3  MKreeger@mofo.com
   KPaszek@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**[PROPOSED] ORDER GRANTING TARGET CORPORATION'S MOTION TO STRIKE THE SECOND AMENDED COMPLAINT AND DISMISS PLAINTIFFS' CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT**<br><br>Date:   January 7, 2008<br>Time:   2:00 PM<br>Judge:  Hon. Marilyn Hall Patel |

[PROPOSED] ORDER GRANTING TARGET'S MOTION TO STRIKE THE SECOND AMENDED COMPLAINT AND
DISMISS PLAINTIFFS' ADA CLAIMS
CASE NO. C 06-01802 MHP
sf-2425588

Dockets.Justia.com

1  Based on the Court's review of the pleadings and papers filed in connection with this
2  matter, the argument of counsel, and good cause appearing,
3  IT IS HEREBY ORDERED THAT Target Corporation's motion to strike the Second
4  Amended Complaint and dismiss plaintiffs' claims under the Americans with Disabilities
5  Act, filed on November 19, 2007, is GRANTED.  The Second Amended Complaint, filed on
6  November 1, 2007, is hereby STRICKEN.  In addition plaintiffs' claims under the Americans
7  with Disabilities Act are hereby DISMISSED.

10  IT IS SO ORDERED.

12  Dated: _____     _____
13                              The Honorable Marilyn Hall Patel
                                United States District Court Judge