```
 1  HAROLD J. McELHINNY (CA SBN 66781)
    MATTHEW I. KREEGER (CA SBN 153793)
 2  KRISTINA PASZEK (CA SBN 226351)
    HMcElhinny@mofo.com
 3  MKreeger@mofo.com
    KPaszek@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
 6  Facsimile: (415) 268-7522

 7  Attorneys for Defendant
    TARGET CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members, and Bruce F. Sexton, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.   C 06-01802 MHP<br><br>**CERTIFICATE OF SERVICE OF TARGET CORPORATION'S MOTION TO STRIKE THE SECOND AMENDED COMPLAINT AND DISMISS PLAINTIFFS' CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT**<br><br>Date:   January 7, 2008<br>Time:   2:00 PM<br>Judge:   Hon. Marilyn Hall Patel |

CERTIFICATE OF SERVICE
CASE NO. C 06-01802 MHP
sf-2223595

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 19, 2007, I served a copy of:

**TARGET CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE THE SECOND AMENDED COMPLAINT AND DISMISS PLAINTIFFS' CLAIMS UNDER THE AMERICAN WITH DISABILITIES ACT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**[PROPOSED] ORDER GRANTING TARGET CORPORATION'S MOTION TO STRIKE THE SECOND AMENDED COMPLAINT AND DISMISS PLAINTIFFS' CLAIMS UNDER THE AMERICAN WITH DISABILITIES ACT**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 415.268.7522 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

CERTIFICATE OF SERVICE
CASE NO. C 06-01802 MHP
sf-2223595

|   |   |
|---|---|
| 1 |  |
| 2 |  |

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Laurence W. Paradis
Roger Heller
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704

Phone: 510.665.8644
Fax: 510.665.8511

Email: LParadis@dralegal.org
Email: MBasrawi@dralegal.org
Email: RHeller@dralegal.org

Daniel F. Goldstein
BROWN GOLDSTEIN & LEVY LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

Phone: 410.962.1030
Fax: 410.385.0869

Email: dfg@browngold.com

CERTIFICATE OF SERVICE
CASE NO. C 06-01802 MHP
sf-2223595

2

Todd M. Schneider
Joshua Konecky
Camilla Roberson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Phone: 415.421.7100
Fax: 415.421.7105

Email: TSchneider@schneiderwallace.com
Email: JKonecky@schneiderwallace.com
Email: CRoberson@schneiderwallace.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 19th day of November, 2007.

| Brenda Fuller | *Brenda Fuller* |
|---|---|
| (typed) | (signature) |