United States District Court
For the Northern District of California

1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                           NORTHERN DISTRICT OF CALIFORNIA
7
8     NATIONAL FEDERATION OF THE BLIND,          No. C 06-01802 MHP
9              Plaintiff(s),                     **CLERK'S NOTICE**
                                                 **(Scheduling Status Conference)**
10       v.
11    TARGET CORPORATION,
12             Defendant(s).
      _____/
13
14
15         The parties are hereby notified that a status conference in this matter will be held December
16    10, 2007 at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate
17    Avenue, 18th Floor, San Francisco, California.
18
19                                              Richard W. Wieking
                                                Clerk, U.S. District Court
20
21
22    Dated:  November 29, 2007                 Anthony Bowser, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel
23                                                     (415) 522-3140
24
25
26
27
28