# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: December 10, 2007

Case No.   C 06-1802  MHP          Judge: MARILYN H. PATEL

Title: NATIONAL FEDERATION OF THE BLIND et al -v- TARGET CORPORATION

Attorneys:  Plf:  Roger Hellar, Joshua Konecky
            Dft: Matthew Kreiger, Kristina Paszek

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)  Status Conference

2)  

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court addresses defendant's motion to strike second amended complaint, currently on calendar for 1/7/2008;

Counsel submits after further discussion of proposed class notice; Statute of limitations set at 2 years; Opt-out period of sixty (60) days; Class notice to be posted by 12/21/2007;

Counsel submits after further discussion of discovery issues;