1  LAURENCE W. PARADIS (California Bar No. 122336)
   ROGER N. HELLER (California Bar No. 215348)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
4  Telephone:  (510) 665-8644
   Facsimile:  (510) 665-8511
5  TTY:        (510) 665-8716

6  JOSHUA KONECKY (California Bar No. 182897)
   RACHEL E. BRILL (California Bar No. 233294)
7  SCHNEIDER & WALLACE
8  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
9  Telephone:  (415) 421-7100
   Fax:        (415) 421-7105
10 TTY:        (415) 421-1655

11
   DANIEL F. GOLDSTEIN (*pro hac vice*)        PETER BLANCK (*pro hac vice*)
12 BROWN, GOLDSTEIN & LEVY, LLP                900 S. Crouse Avenue
   120 E. Baltimore St., Suite 1700            Syracuse, NY 13244-2130
13 Baltimore, MD 21202                         Telephone:  (315) 443-9703
   Telephone:  (410) 962-1030                  Fax:        (315) 443-9725
14 Fax:        (410) 385-0869

15 Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND and the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members; and BRUCE F. SEXTON, JIM MARKS, and MELISSA WILLIAMSON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION AND DOES ONE-TEN,<br><br>Defendants. | Case No. C-06-01802 MHP<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES**<br><br>Date: None Set<br>Time: None Set<br>Judge: Hon. Marilyn Hall Patel |

SCHNEIDER & WALLACE

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES
*NFB, et al. v. Target Corporation*, Case No. C 06-01802 MHP

1

dockets.Justia.com

Plaintiffs file this Motion for Administrative Relief to correct what may be two ministerial errors in the Civil Pretrial Minutes, filed December 11, 2007 (Doc 161), regarding the status conference held on December 10, 2007. Pursuant to Civil Local Rule 7-11(a), Defendant has stipulated to this motion.

First, the Minutes suggest that the Court ordered a two-year statute of limitations period for this case. However, counsel for the parties understood that the Court did not reach any final decision on the statute of limitations period. Rather, after a brief discussion of the issue as well as the possible different analyses that could apply to the different causes of action, the Court deferred a ruling on the statute of limitations and directed the parties to modify the class notice to state: "All Legally Blind Individuals Who Have Attempted to Access Target.com Since February 7, 2003, may have a claim as described below."

Additionally, the Civil Pretrial Minutes state that the class notice is to be posted by December 21, 2007. However, counsel understood that this deadline was for filing the final version of the proposed class notice with the Court. It is counsels' understanding that, after this filing, the Court will then review the notice and, assuming the Court does not have further changes, will approve it for posting by a date promptly thereafter.

Accordingly, Plaintiffs respectfully request that the Civil Pretrial Minutes be modified accordingly. Defendant has stipulated to this motion.

Date: December 12, 2007

DISABILITY RIGHTS ADVOCATES
SCHNEIDER & WALLACE
BROWN, GOLDSTEIN & LEVY, LLP

_____
Roger Heller
Class Counsel

SCHNEIDER & WALLACE

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES
NFB, et al. v. Target Corporation, Case No. C 06-01802 MHP
2