LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL E. BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Fax: (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone: (315) 443-9703
Fax: (315) 443-9725

Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND and the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members; and BRUCE F. SEXTON, JIM MARKS, and MELISSA WILLIAMSON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION AND DOES ONE-TEN,<br><br>Defendants. | Case No. C-06-01802 MHP<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES**<br><br>Date: None Set<br>Time: None Set<br>Judge: Hon. Marilyn Hall Patel |

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES
*NFB, et al. v. Target Corporation*, Case No. C 06-01802 MHP

Dockets.Justia.com

Plaintiffs' Motion for Administrative Relief for Correction of Civil Pretrial Minutes was filed on December 12, 2007. Defendant has stipulated to the motion. This Court having reviewed and considered the motion, and good cause appearing, hereby ORDERS the following:

1. The Civil Pretrial Minutes filed in this case on December 11, 2007, regarding the status conference held on December 10, 2007, is hereby amended to reflect that:

    a. The Court did not reach any final decision on the statute of limitations period at the status conference. Rather, after a brief discussion of the issue as well as the possible different analyses that could apply to the different causes of action, the Court deferred a ruling on the statute of limitations and directed the parties to modify the class notice to state: "All Legally Blind Individuals Who Have Attempted to Access Target.com Since February 7, 2003, may have a claim as described below."; and

    b. The Court did not set December 21, 2007 as the deadline for class notice in this case to be posted. Rather, the Court set December 21, 2007 as the deadline for the filing of the final version of the proposed class notice with the Court. After this filing, the Court will then review the notice and, assuming the Court does not have further changes, will approve it for posting.

IT IS SO ORDERED.

Dated: _____, 2007     _____
    HONORABLE MARILYN H. PATEL
    United States District Court Judge

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR CORRECTION OF CIVIL PRETRIAL MINUTES
*NFB, et al. v. Target Corporation*, Case No. C 06-01802 MHP