

2001 Center Street, Third Floor
Berkeley, CA 94704-1204
Phone (510) 665-8644
Fax (510) 665-8511
TTY (510) 665-8716
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Aldeman
*Orrick, Herrington & Sutcliffe*
Leslie Aoyama
*Nordstrom*
Shelley Bergum
*California Communications Access Foundation*
Peter Blanck
*Burton Blatt Institute*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Laurence Paradis
*Disability Rights Advocates*
Walter Park
*Access Consultant*
Anne E. Schneider
*LD Access Foundation, Inc.*
Todd Schneider
*Schneider & Wallace*
Michael P. Stanley
*Legal Consultant*
Liane Chie Yasumoto
*Culture! Disability! Talent!*

**ATTORNEYS AND FELLOWS**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Jennifer Weiser Bezoza
*Senior Staff Attorney*
Roger Heller
*Senior Staff Attorney*
Kevin Knestrick
*Staff Attorney*
Mary-Lee Kimber
*Staff Attorney*
Kasey Corbit
*DRA Attorney-Fellow*
Stephanie Biedermann
*Arthur Liman Fellow*
Claire-Therese Luceno
*Cotchett/DRA Fellow*
Julia Pinover
*David Boies / LD Access Fellow*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

December 21, 2007

**Via Electronic Service and Overnight Mail**

The Honorable Marilyn Hall Patel
Northern District of California
United States Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

     RE:   *NFB v. Target*, Case No. C-06-01802 MHP

Dear Judge Patel:

    Pursuant to the Court's order at the status conference held in this case on December 10, 2007, the parties met and conferred regarding the form of notice to the class, and have agreed upon the notice attached hereto as Exhibit A. Plaintiffs have retained RG2 Claims Administration, LLP as third-party notice administrator. Defendant has agreed to this selection.

    Further, attached hereto as Exhibit B is Plaintiffs' proposed distribution list for the notice. Plaintiffs' plan for distribution is to use best efforts to send the notice by email (to those recipients whose email addresses are available) or U.S. Mail to the recipients on the distribution list attached hereto as Exhibit B, with a request that the recipients post the notice for public review. Notice will be sent out within approximately 5 days of when the case website, www.NFBtargetlawsuit.com, is up and running. Plaintiffs request that the Court allow Plaintiffs until February 1, 2008 to have the website up and running.

    Plaintiffs will instruct the third-party notice administrator to insert a date certain for the opt-out deadline in the notice of 70 days from when notice is emailed/mailed to the recipients (60 days, plus 10 days for recipients to post the notice).

    Plaintiffs will monitor the distribution/posting process, and will take prompt action to notify the parties and/or the Court of any irregularities or concerns.

Sincerely,

Roger Heller
Class Counsel