**EXHIBIT B**

Dockets.Justia.com

Disability Rights Education and Defense Fund
2212 Sixth Street
Berkeley, CA 94710
Info@dredf.org

Disabled in Action of Metropolitan New York
P.O. Box 30954
Port Authority Station
New York, NY 10011

Disabled Rights Action Committee
3565 S. West Temple, Suite 16
Salt Lake City, UT 84115
dracslc@earthlink.net

Disabled in Action Pennsylvania
125 South 9th Street, Suite 700
Philadelphia, PA 19107
dia@disabledinactionpa.org

Disabled Americans Have Rights Too
616 SW 152nd St.
Burien, VA 98166
dahrt@dahrt.org

Disability Rights Council of Greater
Washington
11 Dupont Circle NW
Washington, DC 20036
info@equalrightscenter.org

Disability Rights Legal Center
919 Albany St.
Los Angeles, CA 90015
John.longoria@lls.edu
drlc@lls.edu

Colorado Cross Disability Coalition
655 Broadway
Suite 775
Denver, CO 80203
Info@ccdconline.org

Leah Lust, SILC Chair
1502 Cumberland Ridge Road
Cullman, AL 35055
EMAIL: leah.patterson-lust@crmchospital.com

Karen Coffey , SILC Liaison
Department of Rehabilitation
2129 East South Blvd.
Montgomery, AL 36116
FAX: (334) 613-3542
EMAIL: none

IL Resources of Greater Birmingham, Inc
(Branch)
Dan Kessler
120 Plaza Circle, Suite C; P.O. Box 542
Alabaster, AL 35007
EMAIL: alabasterilc@bellsouth.net

IL Resources of Greater Birmingham, Inc.
Dan Kessler
206 13th Street, South
Birmingham, AL 35233
EMAIL: bilc@bellsouth.net

IL Resources of Greater Birmingham, Inc
(Branch)
Dan Kessler
1201 Catherine Street, NM
Cullman, AL 35055
EMAIL: ilcwalker@bellsouth.net

IL Resources of Greater Birmingham, Inc
(Branch)
Dan Kessler
300 Birmingham Avenue, P.O. Box 434
Jasper, AL 35502
EMAIL: ilcwalker@bellsouth.net

Independent Living Center Mobile
Michael Davis
5304-B Overlook Road
Mobile, AL 36618
EMAIL: michaeld@ilcmobile.org

Montgomery Independent Living Center
(Satellite)
Scott Renner
600 South Court Street
Montgomery, AL 36104
EMAIL: mcil@bellsouth.net

Jim Beck, SILC Chair
1057 West Fireweed Lane, Suite 206
Anchorage, AK 99503
EMAIL: JBeck@accessalaska.org

Patrick Reinhart, SILC Executive Director
1057 West Fireweed Lane, Suite 206
Anchorage, AK 99503
EMAIL: preinhart.silc@gci.net

Access Alaska, Inc.
Jim Beck
121 West Fireweed Lane, Suite 105
Anchorage, AK 99503
EMAIL: info@accessalaska.org

Access Alaska (Satellite)
Jim Beck
526 Gaffney Road Suite 100
Fairbanks, AK 99709
EMAIL: info@accessalaska.org

Kenai Peninsula IL Center
Joyanna Geisler
P.O. Box 2474
Homer, AK 99603
EMAIL: ilc@xyz.net

SE Alaska ILC (SAIL)
Joan Herbage O'Keefe
3225 Hospital Drive, Suite 300
Juneau, AK 99801
EMAIL: jokeefe@sailinc.org

SAIL (Satellite)
Joan Herbage O'Keefe
605 Dock Street, Suite 105
Ketchikan, AK 99901
EMAIL: ketchikan@sailinc.org

Arctic Access, Inc.
Roger Wright
P.O. Box 930
Kotcebue, AK 99752
EMAIL: rkw_jr.@yahoo.com

Seward ILC
Joyanna Geisler
P.O. Box 3523
Seward, AK 99664
Email: ilc@xyc.net

SAIL (Satellite)
Joan Herbage O'Keefe
514 Lake Street, Suite C
Sitka, AK 99835
EMAIL: sitka@sailinc.org

Central Peninsula (Satellite)
Joyanna Geisler
47255 Princeton Avenue, Suite 1
Soldotna, AK 99669
Email: susan@peninsulailc.org

Access Alaska, Inc. (Satellite)
Dana Spinney
897 Commercial Avenue
Wasilla, AK 99687
EMAIL: infoMatSu@accessalaska.org

Peter Kolone, SILC Chair
c/o Pete Galea'i
DVR Department HR
Pago Pago, American Samoa 96799

Independent Living Program
Pete Galea'i
Box 3492
Pago Pago, AS 96799
EMAIL: voc.rehab@samoatelco.com

Samoa CIL
Alosina Ana Tupuola
P.O. Box 4561
Pago Pago, AS 96799
EMAIL: anatupula@hotmail.com

Donna Powers, SILC Chair
2400 North Central, Suite 105
Phoenix, AZ 85004
EMAIL: silctonyd@qwest.net

Tony DiRienzi, Executive Director
2400 North Central, Suite 105
Phoenix, AZ 85004
EMAIL: silctonyd@qwest.net

CyberCil of Arizona
Judy Benshoof
900 South Idaho Road, Suite 57
Apache Junction, AZ 85219
EMAIL: jlbenshoof@cybercilofarizona.org

ABIL (Satellite)
Phil Pangrazio
2150 South Country Club Drive, Suite 10
Mesa, AZ 85210
Email: azbridge@abil.org

Arizona Bridge to Independent Living (ABIL)
Phil Pangrazio
1229 East Washington Street
Phoenix, AZ 85034
EMAIL: azbridge@abil.org

ABIL(Satellite)
Phil Pangrazio
4136 North 75th Avenue, Suite 111
Phoenix, AZ 85033
EMAIL: azbridge@abil.org

ABIL(Satellite)
Phil Pangrazio
2345 East Thomas Road, Suite 310A
Phoenix, AZ 85016
EMAIL: azbridge@abil.org

New Horizons Independent Living Center
Liz Toone
8085 East Manley Drive
Prescott Valley, AZ 86314
EMAIL: nhilc@cableone.net

Cochise*Ability* (Satellite-DIRECT)
Kim March-Force
333 West Wilcox Drive, Suite 109
Sierra Vista, AZ 85635
EMAIL: kim@cochiseability.org

Assist! to Independence
Mike Blatchford
P.O. Box 4133
Tuba City, AZ 86045
EMAIL: assist01@frontiernet.net

DIRECT Center for Independence, Inc.
Ann Meyer
1023 North Tyndall Avenue
Tucson, AZ 85719
EMAIL: directilc@earthlink.net

Services Maximizing IL & Empowerment
(SMILE)
Kathryn Robins
1929 South Arizona Avenue, Suite 12
Yuma, AZ 85364
EMAIL: Director@smile-az.org

David Wilder, SILC Chair
1600 K Street, Suite 100
Sacramento, CA 95814
EMAIL: kadwilder@msn.com

Loretta Moore, SILC Vice-Chair
1600 K Street, Suite 100
Sacramento, CA 95814
EMAIL: lmoore@sdcb.org

California Foundation for Independent Living
Centers
1029 J Street, Suite 120
Sacramento California 95814
Teresa Favuzzi, Executive Director
cfilc@cfilc.org

IL Resource Contra Costa County (ILRCCC)
(Satellite)
Eli Gelardin
310 West Tenth Street, Unit 4
Antioch, CA 94509
EMAIL: info@ilrcoco-sol.org

Placer Independent Resource Services, Inc.
(PIRS)
Susan Miller
11768 Atwood Road, Suite 29
Auburn, CA 95603
EMAIL: tmiller@pirs.org

ILC of Kern County (ILCKC)
Louis Lopez
1631 30th Street
Bakersfield, CA 93301
EMAIL: lou@ilcofkerncounty.org

Community Access Center (CAC) (Satellite)
Laurie Hoirup
550 East Sixth Street
Beaumont, CA 92223
EMAIL: pmgr1@ilcac.org

Center for Independence of the Disabled
(CID)
Kent Mickelson
875 O'Neill Avenue
Belmont, CA 94002
EMAIL: kentm@cidbelmont.org

Center for Independent Living (CIL)
Jan Garrett
2539 Telegraph Avenue
Berkeley, CA 94704
EMAIL: jgarrett@cilberkeley.org

Rolling Start, Inc. (RSI) (Satellite)
Frances Bates
914 North Main Street
Bishop, CA 93514
EMAIL: dan.rs@verizon.net

Central Coast CIL (CCCIL) (Satellite)
Elsa Quezada
1395 41st Avenue, Suite B
Capitola, CA 95010
EMAIL: cccilcap@cccil.org

IL Services of Northern California (ILSNC)
Evan LeVang
1161 East Avenue
Chico, CA 95926
EMAIL: info@ilsnc.org

Independent Living Center (ILC)--East San
Gabriel Valley
Lee Nattress
109 Spring Street; P.O. Box 549
Claremont, CA 91711
EMAIL: kari@ilc-clar.org

IL Resource Contra Costa County (ILRCCC)
Eli Gelardin
3200 Clayton Road
Concord, CA 94519
EMAIL: info@ilrcoco-sol.org

Center for Independence (CID) (Satellite)
Kent Mickelson
355 Gellert Blvd., Suite 256
Daly City, CA 94015
EMAIL: cidcrew@aol.com

Southern California Community
Rehabilitation Services (SCRS)
Tim Whittier
7830 Quill Drive, Suite D
Downey, CA 90242
EMAIL: executivedirector@scrs-ilc.org

Access 2 Independence (Satellite)
Louis Frick
584 Main Street, Suite C
El Centro, CA 92243
EMAIL: lvizcarra@a21sd.org

TriCounty Independent Living, Inc. (TILI)
Chris Jones
955 Myrtle Avenue
Eureka, CA 95503
EMAIL: chrisjones@tilinet.org

IL Resource Center (Branch)
Eli Gelardin
1545 Webster Street, Suite C
Fairfield, CA 94533
EMAIL: info@ilrcoco-sol.org

Community Resources for IL (CRIL) (Branch)
Sheri Burns
39155 Liberty Street, Suite A100
Fremont, CA 94538
EMAIL: info@cril-online.org

Center for Independent Living
Bob Hand
3008 North Fresno Street
Fresno, CA 93703
EMAIL: b_hand@cil-fresno.org

Dayle McIntosh Center
Doloris Kollmer
13272 Garden Grove Blvd.
Garden Grove, CA 92843
EMAIL: dkollmer@daylemc.org

Silicon Valley ILC (SVILC) (Satellite)
Cheryl Cairns
7800 Arroyo Circle, Suite A
Gilroy, CA 95020
EMAIL: francesm@svilc.org

FREED Center for Independent Living
Ana Acton
900 East Main Street, Suite 201
Grass Valley, CA 95945
EMAIL: ana@freed.org

Community Resources for IL (CRIL)
Sheri Burns
439 A Street
Hayward, CA 94541
EMAIL: info@cril-online.org

Central Coast CIL (CCCIL) (Satellite)
Elsa Quezada
1111 San Felipe Road, Suite 107
Hollister, CA 95023
EMAIL: cccil@cccil.org

Community Access Center (CAC) (Branch)
Paul Van Doren
81-730 Highway 111, Suite 2
Indio, CA 92201
EMAIL: pmgr2@ilcac.org

Dayle McIntosh (Satellite)
Dolores Kollmer
24012 Calle de la Plata, Suite 210
Laguna Niguel, CA 92653
EMAIL: dkollemer@daylemc.org

ILC of Southern California (ILCSC)
(Satellite)
Norma Vescovo
1505 West Avenue J; Suite 102
Lancaster, CA 93534
EMAIL: ilcsclanc@ilcsc.org

Community Resources for IL (CRIL) (Branch)
Sheri Burns
3311 Pacific Avenue
Livermore, CA 94550
EMAIL: info@cril-online.org

Disabled Resources Center, Inc. (DRC).
Dolores Nason
2750 East Spring Street, Suite 100
Long Beach, CA 90806
EMAIL: d.nason@drcinc.org

Communities Actively Living Independent
and Free (CALIF)
Lilibeth Navarro
634 South Spring Street, Suite 2
Los Angeles, CA 90014
EMAIL: lnavarro@calif-ilc.org

Community Rehabilitation Services, Inc. (CRS)
Eric Vasquez
4716 Cesar East Chavez Avenue
Los Angeles, CA 90022
EMAIL: crsvc1@covad.net

Westside Center for Independent Living (WCIL)
Aliza Barzilay
12901 Venice Blvd.
Los Angeles, CA 90066
EMAIL: wcil@wcil.org

Westside CIL (Satellite)
Aliza Barzilay
11201 LaCienaga Blvd.
Los Angeles, CA 90045
EMAIL: wcil@wcil.org

CIL (Satellite)
Executive Director
1225 Gill Avenue
Madera, CA 93637
FAX: (559) 673-3230

F.R.E.E.D. (Satellite)
Claudiah Hidek
508 J Street
Marysville, CA 95901
EMAIL: claudiah@freed.org

CIL (Satellite)
Karen Pendleton
710 West 118th Street, Suite 11
Merced, CA 95340
EMAIL: k_pendleton@cil-fresno.org

Disability Resources Agency for IL (DRAIL)
Fred Dickenson
221 McHenry Avenue
Modesto, CA 95354
EMAIL: fred@drail.org

Community Resources for Independence (CRI) (Satellite)
Sandy Hobart
1040 Main Street, Suite 208
Napa, CA 94559
EMAIL: crinapa@sonic.net

ILC of Southern CA (Satellite)
Norma Vescovo
23560 Lyons Avenue, Suite 201
Newhall, CA 91321
FAX: (661) 290-2556

Center for IL (Satellite)
Jan Garrett
1470 Fruitvale Avenue
Oakland, CA 94601
EMAIL: info@cilberkeley.org

Center for IL East Oakland (Satellite)
Jan Garrett
7200 Bancroft Avenue, Suite 9A
Oakland, CA 94605
EMAIL: cwood@cilberkeley.org

Center for IL Oakland (Satellite)
Jan Garrett
610 16th Street, Suite 419
Oakland, CA 94612
EMAIL:ddavis@cilberkeley.org

Community Access Center (CAC) (Satellite)
Paul Van Doren
371 Wilkerson Avenue, Suite L
Perris, CA 92570
Email: spmgr@ilcac.org

Independent Living Services of Northern CA (Satellite)
Evan LeVang
1411 Yuba Street
Redding, CA 96001
EMAIL: evan.levang@ilsnc.org

IL Resource Contra Costa County (ILRCCC)
Eli Gelardin
101 Broadway, Building #2A
Richmond, CA 94806
EMAIL: info@ilrcoco-sol.org

Community Access Center (CAC)
Paul Van Doren
6848 Magnolia Center Avenue, Suite 150
Riverside, CA 92506
EMAIL: execdir@ilcac.org

Resources For IL (RIL)
Frances Gracechild
420 I Street, Suite 3
Sacramento, CA 95814
EMAIL: francesg@ril-sacramento.org

Central Coast CIL (CCCIL)
Elsa Quezada
234 Capitol Street, Suite A/B
Salinas, CA 93901
EMAIL: cccil@cccil.org

Rolling Start, Inc. (RSI)
Frances Bates
570 West Fourth Street, Suite 103
San Bernardino, CA 92401
EMAIL: Fran.ed@verizon.net

Access 2 Independence
Louis Frick
1295 University Avenue, Suite 10
San Diego, CA 92103
EMAIL: louisf@accesscentersd.org

IL Resource Center San Francisco (ILRCSF)
Herb Levine
649 Mission Street, 3rd Floor
San Francisco, CA 94105
EMAIL: info@ilrcsf.org

Community Rehab Services (CRS) (Satellite)
Eric Vasquez
844 East Mission Road, Suite A & B
San Gabriel, CA 91776
EMAIL: mplascencia1@covad.net

Silicon Valley Independent Living Center
(SVILC)
Cheryl Cairns
2306 Zanker Road
San Jose, CA 95131
EMAIL: shirleyh@svilc.org

IL Resource Center (ILRC) (Satellite)
Josephine Black
1150 Laurel Lane, Suite 184; P.O. Box 4310
San Luis Obispo, CA 93401
EMAIL: jblack@ilrc-trico.org

Marin CIL
Executive Director
710 Fourth Street
San Rafael, CA 94901
FAX: (415) 459-7047

IL Resource Center, Inc. (ILRC)
Josephine Black
423 West Victoria Street
Santa Barbara, CA 93101
EMAIL: jblack@ilrc-trico.org

IL Resource Center (ILRC) (Satellite)
Josephine Black
327 East Plaza Drive, Suite 3A
Santa Maria, CA 93454
EMAIL: jblack@ilrc-trico.org

Community Resources for Independence
(CRI)
Adam Brown
980 Hopper Road
Santa Rosa, CA 95403
EMAIL: cri@cri-dove.org

Mother Lode ILC (DRAIL Satellite)
Barry Smith
67 Linoberg Street, Suite A
Sonora, CA 95370
EMAIL: barry@drail.org

DRAIL (Satellite)
Jeff Vierra
4555 Precissi Lane, Suite 2
Stockton, CA 95207
EMAIL: jeff@drail.org

Community Resources for Independence
(CRI) (Satellite)
Sandy Hobart
415 Talmage Road, Suite B
Ukiah, CA 95482
EMAIL: criukiah@cri-dove.org

ILC of Southern California, Inc. (ILCSC)
Norma Vescovo
14407 Gilmore Street, Suite 101
Van Nuys, CA 91401
EMAIL: ILCSC@ilcsc.org

IL Resource Center(ILRC) (Satellite)
Josephine Black
1802 Eastman Avenue, Suite 112
Ventura, CA 93003
EMAIL: jblack@ilrc-trico.org

Rolling Start (Satellite)
Fran Bates
15400 Chalome Road, Suite B
Victorville, CA 92392
FAX: (760) 241-8787

CIL (Satellite)
Renee Ezelle
2606 Valley Oakes Drive
Visalia, CA 93292
EMAIL: r_ezelle@cil-fresno.org

Access 2 Independence (Satellite)
Louis Frick
209 East Broadway
Vista, CA 92054
EMAIL: louisf@accesscentersd.org

Central Coast CIL (Satellite)
Elsa Quezada
521 Main Street, Suite Y
Watsonville, CA 95076
EMAIL: cccilcap@cccil.org

Independent Living Center (ILC) (Satellite)
Lee Nattress
1520 West Cameron Avenue, Suite 160
West Covina, CA 91791
EMAIL: kari@ilc-clar.org

Faith Gross, SILC Chair
455 Sherman Street, Suite 130
EMAIL: fgross@thelegalcenter.org

Patricia Yeager, SILC Executive Director
5600 West Third Street, #9DD
Greeley, CO 80634
EMAIL: patricia.yeager@gmail.com

Center for Disabilities (Branch)
Gale Schlegel
1016 West Avenue, Suite 6
Alamosa, CO 81101
EMAIL: ilcalamosa@yahoo.com

Disability CIL (Satellite)
Jane Schiele
1646 Elmira Street
Aurora, CO 80010
EMAIL: schielejane@yahoo.com

Center for People with Disabilities
David Bolin
1675 Range Street
Boulder, CO 80301
EMAIL: info@cpwd-ilc.org

Colorado Springs Independence Center
Vicki Skoog
21 East Las Animas
Colorado Springs, CO 80903
EMAIL: vickicsic@aol.com

Southwest Center for Independence
Maxine Carton
P.O. Box 640
Cortez, CO 81321
EMAIL: swcidur@frontier.net

Independent Life Center, Inc.
Evelyn Tileston
P.O. Box 612
Craig, CO 81626
EMAIL: info@indlife.org

Atlantis Community, Inc.
Tim Thorton and Terrance Turner
201 South Cherokee Street
Denver, CO 80223
EMAIL: adaptbabs@earthlink.org

Disability CIL
Carol Reynolds
4821 East 38th Avenue, Suite C
Denver, CO 80207
EMAIL: crlrynlds@aol.com

Southwest Center for Independence
Isabel Viana
835 East Second Avenue, Suite 200
Durango, CO 81301
EMAIL: director@swcidur.org

Disabled Resource Services
Nancy Jackson
424 Pine, Suite 101
Ft. Collins, CO 80524
EMAIL: drs@jymis.com

Center for Independence
Linda Taylor
740 Gunnison Avenue
Grand Junction, CO 81501
EMAIL: info@cfigj.org

Connections for IL
Beth Danielson
1024 Ninth Avenue, Suite E
Greeley, CO 80631
EMAIL: beth@connectionsil.com

Center for People with Disabilities (Branch)
David Bolin
615 Main Street
Longmont, CO 80501
EMAIL: david@cpwd-ilc.org

Disabled Resource Services (Satellite)
Don Maroney
620 East Eisenhower Blvd.
Loveland, CO 80537
EMAIL: drs@jymis.com

Center for People with Disabilities
Larry Williams
1304 Berkley Avenue
Pueblo, CO 81003
EMAIL: ilcpueblo@yahoo.com

Tom Connors, SILC Chair
340 Twin Lakes Road
North Brandford, CT 06471
EMAIL: tomconnors3@comcast.net

Thomas Condon, SILC Executive Director
151 New Park Avenue, Suite 132 & 134
Hartford, CT 06106
EMAIL: thom.condon@gmail.com

Debbie Melaragno, SILC Administrative
Assistant
151 New Park Avenue, Suite 132 & 134
Hartford, CT 06106
EMAIL: debmel@optonline.net

Connecticut Association of Centers for
Independent Living (CACIL)
151 New Park Avenue - Box 18
Hartford, CT 06106
EMAIL: Gwaterhouse@cacil.net

Independence Unlimited, Inc.
Candace Low
151 New Park Avenue, Suite D
Hartford, CT 06106
EMAIL: clowindunl@aol.com

Independence Northwest, Inc.
Eileen Healey
1183 New Haven Road, Suite 200
Naugatuck, CT 06770
EMAIL: indnw@aol.com

Disabilities Network of Eastern Connecticut,
Inc.
Catherine Ferry
238 West Town Street
Norwich, CT 06360
EMAIL: dnec@snet.net

Center for Independent Living SC (Satellite)
Dana Canevari
26 Palmer's Hill Road
Stamford, CT 06902
FAX: (203) 353-1423
EMAIL: none

Disability Resource Center of Fairfield
County, Inc.
Anthony LaCava
80 Ferry Blvd., Suite 210
Stratford, CT 06615
EMAIL: info@drcfc.org

Center for Disability Rights
Marc Gallucci
764 Campbell Avenue, Suite A
West Haven, CT 06516
EMAIL: cdr7077@aol.com

Christine Trincia, SILC Chair
12 East Aldine Drive
Hockession, DE 19707
EMAIL: chris.trincia@verizon.net

Griff Campbell, SILC Staff
Division of Vocational Rehabilitation
P.O. Box 9969
Wilmington, DE 19809
EMAIL: griff.campbell@state.de.us

Independent Resources, Inc. (Satellite)
Pat Boyd
31038 Country Gardens Blvd., Suite D-4
Dagsboro, DE 19939
EMAIL:
lhenderson@independentresources.org

Independent Resources, Inc. (Satellite)
Larry Henderson
32 West Loockerman Street, Suite 104
Dover, DE 19904
EMAIL:
lhenderson@independentresources.org

Freedom CIL
Raetta McCall
400 North Broad Street
Middletown, DE 19709
EMAIL: rmccall@fcilde.org

Independent Resources, Inc.
Larry Henderson
6 Denny Road, Suite 101
Wilmington, DE 19809
EMAIL: PFarrare@independentresources.org

Darnise Bush, SILC Chair
810 First Street, Northeast, Suite 10025
Washington, DC 20002
EMAIL: dcsilc@msn.com

Dennis Butler, SILC Vice-Chair
4121 Jennifer Street, NW
Washington, DC 20015
EMAIL: native.locality@verizon.net

District of Columbia Center for Independent
Living
Richard Simms
1400 Florida Avenue Northeast, Suite 3A
Washington, DC 20002
EMAIL: richard@dccil.org

District of Columbia Center for Independent Living (Satellite)
Cathy Fleming
2443 Good Hope Road, Southeast
Washington, DC 20020
EMAIL: 33cfleming@comcast.net

Chip Wilson, SILC Chair
1018 Thomasville Road, Suite 100A
Tallahassee, FL 32303
EMAIL: cilj@cilj.com

Molly Gosline, SILC Executive Director
1018 Thomasville Road, Suite 100A
Tallahassee, FL 32303
EMAIL: MG@polaris.net

Florida Association of Centers for Independent Living (FACIL)
325 John Knox Road, Suite D107
Tallahassee, FL 32303
EMAIL: facilmartina@alltel.net

Space Coast CIL
Larry Fowler
803 North Fiske Blvd., Suite B
Cocoa, FL 32922
EMAIL: sccil@bellsouth.net

disAbility Solutions
Julie Shaw
119 South Palmetto Avenue, Suite 180
Daytona Beach, FL 32114
EMAIL: julieshaw@cfl.rr.com

Center for Independent Living of Broward
Karen Dickerhoof
4800 North State Road 7; Building F, Suite 102
Fort Lauderdale, FL 33319
EMAIL: cilb@cilbroward.org

CIL of Southwest Florida, Inc.
Linda Hendricks
2830 Winkler Avenue, Suite 201
Fort Myers, FL 33916
EMAIL: lhendricks@cilfl.org

CILO (Branch) -One Stop Career Center
Executive Director
2415 South 29th Street
Fort Pierce, FL 34981

CIL of North Central Florida (CILNCF)
William Kennedy
222 Southwest 36th Terrace
Gainesville, FL 32607
EMAIL: admin@cilncf.org

Caring and Sharing (Branch)
Michael Cook
5730 Shore Blvd.
Gulfport, FL 33707
EMAIL: cascil@cascil.org

Caring and Sharing (Branch)
Michael Cook
2435 U.S. 19 North, Suite 300
Holiday, FL 34691
EMAIL: cascil@cascil.org

Independent Living Resource Center of North East Florida (CILJ)
Matt Motko
2709 Art Museum Drive
Jacksonville, FL 32207
EMAIL: cilj@cilj.com

CIL of the Florida Keys
Brenda Pierce
103400 Overseas Highway, Suite 243A
Key Largo, FL 33036
EMAIL: cilkeys@cilkeys.org

CIL of Florida Keys-Key West (Branch)
Brenda Pierce
2027 Flagler Avenue, Suite 4
Key West, FL 33040
EMAIL: cilkeys@cilkeys.org

CIL in Central Florida (Branch)
Lenore Rosencrans
111 North Eastside Drive
Lakeland, FL 33801
EMAIL: lrosecrans@cilorlando.org

Caring & Sharing CIL, Inc.
Michael Cook
12552 Belcher Road South
Largo, FL 33773
EMAIL: cascil@cascil.org

CIL of North Central Florida (Branch)
Cathy Jackson
3774 West Gulf Two Lake Highway
Lecanto, FL 34461
EMAIL: jackson@cilncf.org

CILJ (Branch)
Executive Director
418 8th Street, South
MacClenny, FL 32063

CIL of South Florida, Inc.
Kelly Greene
6660 Biscayne Blvd.
Miami, FL 33138
EMAIL: kelly@soflacil.org

CIL of North Central Florida (Branch)
Carol Terrillion
3445 Northeast 24th Street
Ocala, FL 34470
EMAIL: carol@cilncf.org

CILO (Branch) -One Stop Career Center
Executive Director
209 Southwest Park Street
Okeechobee, FL 34974
EMAIL: msnyder@tcjobs.org

CILJ (Branch)
Executive Director
1845 Town Center Blvd.
Orange Park, FL 32003

Disability Resource Center (DRC)
Robert Cox
625 Highway 231, Suite 10B
Panama City, FL 32405

CIL of North West Florida
Frank Cherry
3600 North Pace Blvd.
Pensacola, FL 32505
EMAIL: cilnwf@cilnwf.org

CIL of Southwest Florida (Branch)
Linda Hendricks
4300 Kings Highway, Suite 402
Port Charlotte, FL 33980
EMAIL: lhendricks@cilfl.org

CILO (Branch) -One Stop Career Center
Executive Director
1030 Royal Plam Beach Blvd.
Royal Palm Beach, FL 33411
FAX: (561) 798-7997

Suncoast CIL (SCIL)
Keith Kitchens
2989 Fruitville Road
Sarasota, FL 34237
EMAIL: keith@scil4u.com

SCIL (Branch)
Executive Director
6915 15th Street, East, Unit 207
Sarasota, FL 34243
(941) 758-9750

CILO (Branch) -One Stop Career Center
Executive Director
900 SE Central Parkway
Stuart, FL 34994
FAX: (772) 283-5041

Ability1st
Judith Barrett
1823 Buford Court
Tallahassee, FL 32308
EMAIL: judithbarrett@ability1st.info

Self Reliance, Inc.
Joseph DiDomenico
8901 North Armenia Avenue
Tampa, FL 33604
EMAIL: jdido@self-reliance.org

Coalition for Independent Living Options
(CILO)
Shelley Gottsagen
6800 Forest Hill Blvd.
West Palm Beach, FL 33413
EMAIL: cilo2000@bellsouth.net

CIL in Central Florida, Inc.
Elizabeth Howe
720 North Denning Drive
Winter Park, FL 32789
EMAIL: info@cilorlando.org

Anil Lewis, SILC Chair
315 West Ponce De Leon Avenue
Atlanta, GA 30030
EMAIL: atlanta@nfbga.org

Patricia Puckett, SILC Executive Director
755 Commerce Drive, Suite 415
Decatur, GA 30030
EMAIL: ppuckett@silcga.org

Multiple Choices CIL
Peggy Garrett
999 Gaines School Road
Athens, GA 30605
EMAIL: info@multiplechoices.org

Walton Options for IL, Inc.
Tiffany Johnston
948 Walton Way
Augusta, GA 30901
EMAIL: tjohnston@waltonoptions.org

Bainbridge Advocacy Individual Network
(BAIN), Inc.
Virginia Harris
316 West Shotwell Street; P.O. Box 1674--
31718
Bainbridge, GA 39818
EMAIL: bain@surfsouth.com

disABILITY Link
Rebecca Ramage-Tuttle
755 Commerce Drive, Suite 415
Decatur, GA 30030
EMAIL: rrtuttle@disabilitylink.org

Disability Resource Center
Bob McGarry
470-A Woods Mill Road
Gainesville, GA 30501
EMAIL:
bob.mcgarry@disabilityresourcecenter.org

Disability Connections
Jerilyn Leverett
170 College Street
Macon, GA 31201
EMAIL: kilby8494@aol.com

disABILITY LINK NW
Donna Baxley
411 Broad Street
Rome, GA 30161
EMAIL: dbaxley@disabilitylink.org

Living Independence for Everyone (LIFE),
Inc.
Frances Todd
17 Travis Street
Savannah, GA 31406
EMAIL: ftodd@lifecil.com

Daniel Cobb, SILC Chair
426 Chalan San Antonio Road, Suite 205
Tamuning, Guam 96929
EMAIL: cilgdc@teleguam.net

Center for Independent Living of Guam
Daniel Cobb
426 Chalan San Antonio Road, Suite 205
Tamuning, Guam 96929
EMAIL: cilgdc@teleguam.net

Dara Fukuhara, SILC Chair
841 Bishop Street, Suite 201
Honolulu, HI 96813
EMAIL: silc@hisilc.org

Sheryl Nelson, SILC Executive Director
841 Bishop Street, Suite 201
Honolulu, HI 96813
EMAIL: silchi@lava.net

Hawaii CIL
Executive Director
P.O. Box 865
Haaula, HI 96717

CIL--East Hawaii (Satellite)
Laura Tobosa
400 Hualani Street, Suite 16D
Hilo, HI 96820
EMAIL: cileh@interpac.net

Hawaii Centers for Independent Living
Patricia Lockwood
414 Kuwili Street, Suite 102
Honolulu, HI 96817
EMAIL: patl@pacificil.org

CIL--West Hawaii
Merle Martin
P.O. Box 2197; 81-6627 Mamalahoa Hwy,
Suite B-5
Kealakekua, HI 96750
EMAIL: cilwh@ilhawaii.net

Kauai CIL (Satellite)
Humberto Blanco
P.O. Box 3529; 4340 Nawiliwili Road
Lihue, HI 96766
EMAIL: kcil@aloha.net

Maui CIL (Satellite)
Pat Lockwood
220 Imi Kala Street, Suite 103
Wailuku, HI 96793
EMAIL: mcilogg@gte.net

Todd DeVries, SILC Chair
350 North Ninth Street; P.O. Box 83720
Boise, ID 83720-9601
EMAIL: silc@silc.state.id.us

Angela Lindig, SILC Vice-Chair
350 North Ninth Street; P.O. Box 83720
Boise, ID 83720-9601
FAX: (208) 334-3803

Kelly Buckland, SILC Executive Director
350 North Ninth Street; P.O. Box 83720
Boise, ID 83720-9601
EMAIL: Kelly.Buckland@silc.idaho.gov

LIFE (Satellite)
Lucy Navo
P.O. Box 86
Blackfoot, ID 83221
EMAIL: lucyn@idlife.org

Living Independence Network Corp. (LINC)
Roger Howard
2500 Kootenai
Boise, ID 83705
EMAIL: info@lincidaho.org

LIFE (Satellite)
Sandra Dressel
2311 Park Avenue, Suite 7
Burley, ID 83318
EMAIL: sandrad@idlife.org

LINC (Satellite)
Lenora Barney
2922 East Cleveland Blvd., Suite 800
Caldwell, ID 83605
EMAIL: hcaldwell@lincidaho.org

Disability Action Center NW (Satellite)
Amy Dreps
1323 Sherman Avenue, Suite 7
Coeur D'Alene, ID 83814
EMAIL: cda@dacnw.org

LIFE (Satellite)
Wendy Parker
P.O. Box 4185
Fort Hall, ID 83203
EMAIL: wparker@if.rmci.net

LIFE (Satellite)
Diane Nielsen
2110 Rollandet Avenue
Idaho Falls, ID 83402
EMAIL: eici@ida.net

Disability Action Center NW, Inc.
Mark Leeper
307 19th Street, Suite A-1
Lewiston, ID 83501
EMAIL: lewiston@dacnw.org

Disability Action Center NW, Inc.
Mark Leeper
124 East Third Street
Moscow, ID 83843
EMAIL: dac@dacnw.org

Living Independently for Everyone (LIFE),
Inc.
Dean Nielson
640 Pershing Avenue, Suite 7
Pocatello, ID 83205
EMAIL: dean@idacomm.net

LINC (Satellite)
Melva Heinrich
132 Main Avenue South
Twin Falls, ID 83301
EMAIL: mheinrich@lincidaho.org

Christie Gilson, SILC Chair
510 East Monroe Street, Third Floor
Springfield, IL 62701
EMAIL: silc@silcofillinois.org

Gerard Broeker, SILC Executive Director
510 East Monroe Street, Third Floor
Springfield, IL 62701
EMAIL: gerard@silcofillinois.org

The Illinois Network of Centers for
Independent Living (INCIL)
1 West Old State Capitol Plaza, Suite 501
Springfield, IL 62701
EMAIL: annford@incil.org

Impact CIL
Cathy Contarino
2735 East Broadway
Alton, IL 62002
EMAIL: staff@impactcil.org

FITE CIL (Satellite)
Marcia Savage
105 East Galena Blvd., Fifth Floor
Aurora, IL 60605
EMAIL: msavage@fitecil.org

LINC, Inc.
Erica Skogebo Edwards
120 East A Street
Belleville, IL 62220
EMAIL: info@lincinc.org

RAMP (Satellite)
Julie Bosma
530 South State Street, Suite 103
Belvidere, IL 61008
EMAIL: jjacky@rampcil.org

Living Independence for Everyone CIL dba
LIFE CIL
Gail Kear
2201 Eastland Drive, Suite 1
Bloomington, IL 61704
EMAIL: lifecil@lifecil.org

Options CIL
Kathy Petersen
22 Heritage Drive, Suite 107
Bourbonais, IL 60914
EMAIL: optionscil@optionscil.com

Southern Illinois CIL
Bonnie Vaughn
2135 West Ramada Lane
Carbondale, IL 62901
EMAIL: sicilccc@neonds1.com

Soyland Access to IL (Satellite)
Jeri Wooters
757 Windsor Road
Charleston, IL 61920
EMAIL: triplec@consolidated.net

Access Living
Marca Bristo
115 West Chicago
Chicago, IL 60710
EMAIL: generalinfo@accessliving.org

Soyland Access to Independent Living (SAIL)
Jeri Wooters
2449 Federal Drive
Decatur, IL 62526
EMAIL: sail@decatursail.com

RAMP (Satellite)
Gracie Warren
1022 West Lincoln Highway
DeKalb, IL 60115
EMAIL: gwarren@rampcil.org

FITE CIL (Fighting for Independence
Together by Empowering People with
Disabilities)
Marcia Savage
730 West Chicago Street
Elgin, IL 60123
EMAIL: msavage@fitecil.org

Progress CIL
Diane Coleman
7521 Madison Street
Forest Park, IL 60130
EMAIL: info@progresscil.org

RAMP (Satellite)
Julie Bosma
773 West Lincoln Blvd.
Freeport, IL 61032
EMAIL: jneiman@rampcil.org

Stone-Hayes CIL
Catherine Holland
39 North Prairie Street
Galesburg, IL 61401
EMAIL: info@stone-hayes.org

DuPage CIL
Gregg Newberry
739 Roosevelt Road, Suite 109, Building 8
Glen Ellyn, IL 60137
EMAIL: DuPagecil@aol.com

Jacksonville Area CIL
Becky McGinnis
220 West Main
Havana, IL 62644
FAX: (309) 543-6711

Jacksonville Area CIL
Becky McGinnis
60 East Central Park Plaza
Jacksonville, IL 62650
EMAIL: info@jacil.org

Will-Grundy CIL
Pam Heavens
2415 West Jefferson Street
Joliet, IL 60435
EMAIL: pamwgcil@sbcglobal.net

Illinois Valley CIL
Donna Joerger
18 Gunia Drive
LaSalle, IL 61301
EMAIL: ivcil@ivcil.com

Opportunities for Access (OFA CIL)
Michael 'Spud' Egbert
4206 Williamson Place, Suite 3
Mt. Vernon, IL 62864
EMAIL: spud@ofacil.org

Lake County CIL
Kelli Brooks
377 North Seymour Avenue
Mundelein, IL 60060
EMAIL: kelli@lccil.org

Progress Center South (Satellite)
Diane Coleman
400 Forest Blvd.
Park Forest, IL 60466
EMAIL: info@progresscil.org

Advocates for Access
Melody Reynolds
4450 North Prospect, Suite C8
Peoria Heights, IL 61616
EMAIL: mreynolds@advocatesforaccess.com

Life Center for Independent Living
Dana Craig
741 West Washington, Suite 3
Pontiac, IL 61764
EMAIL: dana@lifecil.org

West Central Illinois CIL
Glenda Farkas
300 Maine Street, Suite 104; P.O. Box 1065
Quincy, IL 62301
EMAIL: wcicil@adams.net

LINC, Inc.-Monroe Randolph Center (Branch)
Violette Nast
1514 South Main Street, Suite 4
Red Bud, IL 62278
FAX: (618) 282-2740

NorthWestern Illinois CIL
Kathy Fischer
229 First Avenue, Suite 2
Rock Falls, IL 61071
EMAIL: kathy@nicil.com

Illinois/Iowa CIL
Liz Sherwin
P.O. Box 6156
Rock Island, IL 61204
EMAIL: iicil@iicil.com

Regional Access & Mobilization Project (RAMP)
Julie Bosma
202 Market Street
Rockford, IL 61107
EMAIL: rampcil@rampcil.org

Soyland Access to IL (Satellite)
Jeri Wooters
1810 West South Third; P.O. Box 650
Shelbyville, IL 62565
EMAIL: sailsel@consolidated.net

Springfield CIL
Pete Roberts
330 South Grand Avenue, West
Springfield, IL 62704
EMAIL: scil@scil.org

Soyland Access to IL (Satellite)
Jeri Wooters
1102 West Jackson
Sullivan, IL 61951
EMAIL: sulsail@wireless111.com

PACE, Inc.
Nancy McClellan-Hickey
1317 East Florida, Suite 27
Urbana, IL 61801
EMAIL: nmch@pacecil.org

Options CIL (Satellite)
Kathy Petersen
130 Laird Lane, Suite 103
Watseka, IL 60970
EMAIL: donna.crouch@optionscil.com

Nancy Young, SILC Liaison
IN-DARS/Vocational Rehabilitation Services
402 West Washington, Room W453
Indianapolis, IN 46204
EMAIL: nyoung@fssa.state.in.us

Southern Indiana CIL (SICIL)
Albert Tolbert
651 X Street
Bedford, IN 47421
EMAIL: sicildir@msn.com

Ruben CIL
Emma Sullivan
4522 Indianapolis Blvd., Suite 3
East Chicago, IN 46312
FAX: (219) 397-6496

League for the Blind & Disabled
David Nelson
5821 South Anthony Blvd.
Fort Wayne, IN 46816
EMAIL: the.league@verizon.net

Indianapolis Resource CIL, Inc. (IRCIL)
Melissa Madill
1426 West 29th Street, Suite 207
Indianapolis, IN 46208
EMAIL: ircil@ircil.org

Everybody Counts
Teresa Torres
9111 Broadway, Suite A
Merrillville, IN 46410
EMAIL: ecounts@netnitco.net

Future Choices ILC
Beth Quarles
309 North High Street
Muncie, IN 47305
EMAIL: futurechoicesinc@aol.com

The Independent Center
Tom Cooney
1818 West Main Street
Richmond, IN 47374
EMAIL: tomc@ilcein.org

The Wabash Independent Living & Learning
Center, Inc. (WILL)
Teresa Mager
4312 South Seventh Street
Terre Haute, IN 47802
EMAIL: info@thewillcenter.org

ATTIC
Patricia Stewart
1721 Washington Avenue
Vincennes, IN 47591
EMAIL: inattic1@aol.com

Liz O'Hara, SILC Chair
300 East Locust, Suite 330
Des Moines, IA 50309
EMAIL: dawn@iowasilc.org

Dawn Francis, SILC Executive Director
300 East Locust, Suite 330
Des Moines, IA 50309
EMAIL: dawn@iowasilc.org

Iowa State Association for Independent Living
(ISAIL)
524 4th St.
Des Moines, Ia. 50309
EMAIL: execdirector@iicil.com

Evert Conner Rights and Resources CIL
(Satellite)
Executive Director
3108 Ridgemore Drive, Southeast
Cedar Rapids, IA 52403
EMAIL: empoweria@mchsi.com

League of Human Dignity, Inc. (Satellite)
Carrie England
1520 Avenue M
Council Bluffs, IA 51501
EMAIL:
cengland@leagueofhumandignity.com

Central Iowa Center for Independent Living (CICIL)
Robert Jeppesen
655 Walnut Street, Suite 131
Des Moines, IA 50309
EMAIL: cicil@iowacil.com

Evert Conner Rights & Resources CIL
Executive Director
730 South Dubuque Street
Iowa City, IA 52240
EMAIL: info@ownersvoices.com

South Central Iowa CIL
Angie Fiscella
117-First Avenue West
Oskaloosa, IA 52577
EMAIL: angela.fiscella@mahaska.org

Illinois/Iowa (Serving Iowa)
Elizabeth Sherwin
P.O. Box 6156
Rock Island, IL 61204
EMAIL: iicil@iicil.com

Three Rivers CIL
Doug Moravek
520 Nebraska Street, Suite 324
Sioux City, IA 51101
EMAIL: information@trilc.org

Blackhawk CIL
Executive Director
312 Jefferson Street
Waterloo, IA 50701
EMAIL: director@blackhawkcenter.org

Chris Owens, SILC Chair
Prairie IL Resource Center
17 South Main Street
Hutchinson, KS 67501
EMAIL: cowens@pilr.org

Shannon Jones, SILC Executive Director
700 SW Jackson, Suite 212
Topeka, KS 66603
EMAIL: info@pilr.org

Kansas Association of Centers for
Independent Living (KACIL)
214 SW Sixth Street, Suite A
Topeka, KS 66604
EMAIL: jennifers@kacil.org

RCIL, Inc. (Satellite)
Chad Wilkins
411 South Summit; P.O. Box 926
Arkansas City, KS 67005
EMAIL: chad@rcilinc.org

ILC of Northeast Kansas, Inc.
Ken Gifford
521 Commercial Street, Suite C
Atchison, KS 66002
EMAIL: ilcnek@sbcglobal.net

Independent Connection (Satellite)
Executive Director
501 West Seventh
Beloit, KS 67420
EMAIL: occk@occk.com

RCIL, Inc. (Satellite)
Chad Wilkins
410 Cumberland
Burlington, KS 66839
EMAIL: chad@rcilinc.org

SKIL (Satellite)
Shari Coatney
222 West Main, Suite D
Chanute, KS 66720
EMAIL: skilchanute@skilonline.com

Three Rivers ILC (Satellite)
Audrey Schremmer-Philip
308 Court Street; P.O. Box 33
Clay Center, KS 67432
EMAIL: reception@threeriversinc.org

RCIL, Inc. (Satellite)
Chad Wilkins
811 Maple
Coffeyville, KS 67337
EMAIL: chad@rcilinc.org

LINK (Satellite)
Brian Atwell
505 G North Franklin Avenue
Colby, KS 67701
EMAIL: brianatwell@eaglecom.net

SKIL (Satellite)
Shari Coatney
125 East Maple Street, P.O. Box 645
Columbus, KS 66725
EMAIL: skilcolumbus@skilonline.com

Independent Connection (Satellite)
Executive Director
1502 Lincoln Street
Concordia, KS 66901

CIL for SW Kansas (Satellite)
Troy Horton
2601 Central Avenue
Dodge City, KS 67801
EMAIL: thorton@cilswks.org

RCIL, Inc. (Satellite)
Chad Wilkins
615 1/2 North Main
El Dorado, KS 67042
EMAIL: chad@rcilinc.org

RCIL, Inc. (Satellite)
Chad Wilkins
625 Merchant, Room 238
Emporia, KS 66801
EMAIL: chad@rcilinc.org

SKIL (Satellite)
Shari Coatney
623 Monroe; P.O. Box 448
Fredonia, KS 66736
EMAIL: skilfredonia@skilonline.com

CIL for Southwest Kansas
Troy Horton
1802 East Spruce Street; P.O. Box 2090
Garden City, KS 67846
EMAIL: thorton@cilswks.org

LINK, Inc. (Satellite)
Brian Atwell
1105 Main Street, Suite D
Great Bend, KS 67530
EMAIL: brianatwell@eaglecom.net

LINK, Inc.
Brian Atwell
2401 East 13th Street
Hays, KS 67601
EMAIL: brianatwell@eaglecom.net

SKIL (Satellite)
Shari Coatney
1011-A Centennial Blvd.; P.O. Box 366
Hays, KS 67601
EMAIL: skilhays@skilonline.com

ILC of Northeast Kansas (Satellite)
Ken Gifford
116 North Sixth--P.O. Box 14
Hiawatha, KS 66434
EMAIL: ilcnek@sbcglobal.net

LINK (Satellite)
Brian Atwell
415 North Pomeroy Street
Hill City, KS 67642
EMAIL: brianatwell@eaglecom.net

ILC of Northeast Kansas (Satellite)
Ken Gifford
1 East Ninth-P.O. Box 1392
Hutchinson, KS 67504
EMAIL: ilcnek@sbcglobal.net

Prairie IL Resource Center
Chris Owens
17 South Main
Hutchinson, KS 67501
EMAIL:info@pilr.org

SKIL (Satellite)
Shari Coatney
1475 South Tenth; P.O. Box 944
Independence, KS 67301
EMAIL: skilindy@skilonline.com

RCIL, Inc. (Satellite)
Chad Wilkins
602 South State Street; P.O. Box 602
Iola, KS 66749
EMAIL: chad@rcilinc.org

Coalition For Independence, Inc.
Clark Byron
4911 State Avenue
Kansas City, KS 66102
EMAIL: cbyron@cfi-kc.org

Independence, Inc.
Tanya Dorf
2001 Haskell Avenue
Lawrence, KS 66046
EMAIL: tdorf@independenceinc.org

CIL of SW Kansas (Satellite)
Troy Horton
1023 North Kansas Avenue, Suite 2
Liberal, KS 67901
EMAIL: thorton@cilswks.org

Three Rivers, Inc. (Satellite)
Audrey Schremmer-Phillip
200 Southwind Place, Suite 103
Manhattan, KS 66502
EMAIL: reception@threeriversinc.org

Three Rivers, Inc. (Satellite)
Audrey Schremmer-Phillip
11400 158th Road; P.O. Box 174
Mayetta, KS 66509
EMAIL: reception@threeriversinc.org

The Whole Person (Satellite)
Evelyn Harden
P.O. Box 117
Nortonville, KS 66606
EMAIL: ksdirector@thewholeperson.org

Resource Center for Independent Living, Inc.
(RCIL)
Chad Wilkins
1137 Laing; P.O. Box 257
Osage City, KS 66523
EMAIL: chad@rcilinc.org

LINK (Satellite)
Brian Atwell
118 West Main, Suite 3
Osborne, KS 67473
EMAIL: brianatwell@eaglecom.net

RCIL (Satellite)
Chad Wilkins
1302 South Main, Suite 8
Ottawa, KS 66067
EMAIL: chad@rcilinc.org

Southeast Kansas IL Resource Center, Inc.
Shari Coatney
1801 Main; P.O. Box 957
Parsons, KS 67357
EMAIL: sharic@skilonline.com

SKIL (Satellite)
Shari Coatney
104 West Sixth; P.O. Box 1706
Pittsburgh, KS 66762
EMAIL: skilpittsburg@skilonline.com

The Whole Person (Satellite)
Evelyn Harden
7301 Mission Road, Suite 135
Prairie Village, KS 66208
EMAIL: ksdirector@thewholeperson.org

Prairie IL Resource Center (Satellite)
Chris Owens
802 South Main; P.O. Box 8588
Pratt, KS 67124
EMAIL: info@pilr.org

Independent Connection
Sheila Nelson-Stout
1710 West Schilling Road
Salina, KS 67402
EMAIL: occk@occk.com

Three Rivers ILC (Satellite)
Audrey Schremmer-Philip
416 Main Street
Seneca, KS 66538
EMAIL: reception@threeriversinc.org

RCIL, Inc. (Satellite)
Chad Wilkins
10200 West 75th, Suite 100
Shawnee Mission, KS 66204
EMAIL: chad@rcilinc.org

The Whole Person (Satellite)
Evelyn Harden
1381 Greenwood Drive
Tonganoxie, KS 66086
EMAIL: ksdirector@thewholeperson.org

RCIL, Inc. (Satellite)
Chad Wilkins
517B Southwest 37th Street
Topeka, KS 66611
EMAIL: chad@rcilinc.org

Three Rivers ILC (Satellite)
Audrey Schremmer-Philip
P.O. Box 4152
Topeka, KS 66604
EMAIL: reception@threeriversinc.org

Topeka IL Resource Center, Inc.
Mike Oxford
501 Southwest Jackson, Suite 100
Topeka, KS 66603
EMAIL: tilrc@tilrc.org

Three Rivers IL Center
Audrey Schremmer-Philip
408 Lincoln, P.O. Box 408
Wamego, KS 66547
EMAIL: reception@threeriversinc.org

Independent Living Resource Center, Inc.
Judy Weigel
3033 West Second Street, North
Wichita, KS 67203
EMAIL: jweigel@ilrcks.org

Topeka ILRC (Satellite)
Executive Director
201 North St. Francis
Wichita, KS 67218
FAX: (316) 681-3470

ILC of Northeast Kansas (Satellite)
Ken Gifford
400 North Woodlawn Street, Suite 24
Wichita, KS 67208
EMAIL: ilcnek@sbcglobal.net

SKIL (Satellite)
Shari Coatney
119 West Butler; P.O. Box 129
Yates Center, KS 66783
EMAIL: skillyc@skilonline.com

Martina Netherton, SILC Chair
7984 New LaGrange Road
Louisville, KY 40222
EMAIL: mnetherton@cedarlake.org

Sarah Richardson, SILC Liaison
Department of Vocational Rehabilitation
209 St. Clair Street
Frankfort, KY 40601
EMAIL: SarahF.Richardson@ky.gov

BEST Center for Independent Living, Inc.
Sharli Powell Rogers
624 Eastwood Avenue
Bowling Green, KY 42103
EMAIL: Bestcil@bestcil.org

The Disabilities Coalition of Northern
Kentucky
Kitt Heeg
525 West Fifth Street, Suite 210
Covington, KY 41011
EMAIL: dcnky@fuse.net

The Center for IL Options (Satellite)
Lin Laing
3031 Dixie Highway, Suite 103
Edgewood, KY 41017
EMAIL: ciloky@cilo.net

Pathfinders for Independent Living, Inc.
Sandra Goodwyn
105 East Mound Street
Harlan, KY 40831
EMAIL: pathfinders@harlanonline.net

Independence Place, Inc.
Pamela Roark-Glisson
836 Euclid Avenue, Suite 101
Lexington, KY 40502
EMAIL: info@independenceplaceky.org

Center for Accessible Living
Jan Day
305 West Broadway, Suite 200
Louisville, KY 40202
EMAIL: jday@calky.org

Center for Accessible Living (Satellite)
Jeanne Gallimore
1051 North 16th Street, Suite C
Murray, KY 42071
EMAIL: jgallimore@calky.org

Diane Mirvis, SILC Chair
150 North Third Street, Suite 129
Baton Rouge, LA 70802
EMAIL: dmirvis@advocacyla.org

Robert J. Wilson, SILC Coordinator
150 North Third Street, Suite 129
Baton Rouge, LA 70802
(225) 219-7552 or (800) 579-5611
EMAIL: robert.wilson@la.gov

New Horizons (Satellite)
Gale Dean
3400 Jackson Street, Suite A
Alexandria, LA 71301
FAX: (318) 484-3640

Resources for Independent Living (Satellite)
Yavonka Archaga
11931 Industriplex Blvd., Suite 200
Baton Rouge, LA 70809
EMAIL: contact@noril.org

Southwest LA Independence Center (Satellite)
Mitch Granger
850 Kaliste Saloom Road, Suite 118
Lafayette, LA 70506
EMAIL: mitch@slic-la.org

Southwest LA Independence Center, Inc.
Mitch Granger
1202 Kirkman, Suite C
Lake Charles, LA 70601
EMAIL: mitch@slic-la.org

Southwest LA Independence Center, Inc.
(Satellite)
Mitch Granger
1104 South Third Street
Leesville, LA 71446
EMAIL: mitch@slic-la.org

Resources for Independent Living
Yavonka Archaga
3616 South I-10 Service Road West, Suite 111
Metairie, LA 70001
EMAIL: contact@noril.org

New Horizons (Satellite)
Gale Dean
2406 Ferrand, Suite 18
Monroe, LA 71201
EMAIL: dholloway@nhilc.org

New Horizons, Inc.
Gale Dean
8508 Line Avenue, Suite D
Shreveport, LA 71106
EMAIL: nhilc@nhilc.org

Steve Hoad, SILC Chair
126 Western Avenue, PMB #200
Augusta, ME 04330
EMAIL: mainesilc6@hotmail.com

Alpha One (Satellite)
Dennis Fitzgibbons
1048 Union Street, Suite 2
Bangor ME 04401
EMAIL: dfitzgibbons@alphaonenow.com

Alpha One
Dennis Fitzgibbons
127 Main Street
South Portland, ME 04106
EMAIL: dfitzgibbons@alphaonenow.com

Jamey George, SILC Chair
1560 Opossumtown Pike
Frederick, MD 21702
EMAIL: jameygeorge@thefreedomcenter-md.org

Kimball Gray, SILC Executive Director
8605 Cameron Street, Suite 510
Silver Spring, MD 20910
EMAIL: kimball@marylandsilc.org

Making Choices for Independent Living, Inc.
Andrea Buonincontro
3011 Montebello Terrace
Baltimore, MD 21214
EMAIL: mcil@mcil-md.org

Eastern Shore CIL (ESCIL)
Shirley Tarbox
9 Sunburst Center
Cambridge, MD 21613
EMAIL: esciled@escil.org

Southern MD Center for Independent Living, Inc.
Birgit Wilhelm
30265 Charlotte Hall Road; P.O. Box 657
Charlotte Hall, MD 20622
EMAIL: cflife@comcast.net

Resources for Independence, Inc.
Lori Magruder
708 Fayette Street
Cumberland, MD 21502
EMAIL: jmichaels@rficil.org

The Freedom Center
Jamey George
1560 Opposumtown Pike, Unit A-20
Frederick, MD 21702
EMAIL: jameygeorge@thefreedomcenter-md.org

Independence Now, Inc.
Nancy Diehl
6811 Kenilworth Avenue, Suite 504
Riverdale, MD 20737
EMAIL: info@InNow.org

Independence Now, Inc. (Satellite)
Tonya Gilchrist
1400 Spring Street, Suite 400
Silver Spring, MD 20910
EMAIL: info@InNow.org

Nancy Rumbolt-Trzcinski, SILC Chair
280 Irving Street
Framingham, MA 01702
EMAIL: info@masilc.org

Steve Higgins, SILC Coordinator
280 Irving Street
Framingham, MA 01702
EMAIL: steveh@masilc.org

Stavros Center for Independent Living, Inc.
James Kruidenier
210 Old Farm Road
Amherst, MA 01002
EMAIL: info@stavros.org

Boston Center for Independent Living
Bill Henning
60 Temple Place, Fifth Floor
Boston, MA 02111
EMAIL: info@bostoncil.org

Independence Associates, Inc. (Satellite)
Constance Gallant
141 Main Street, First Floor
Brockton, MA 02301
EMAIL: indassoc@iacil.org

Multi-Cultural ILC of Boston
Tony Williams
110 Claybourne Street
Dorchester, MA 02124
EMAIL: williams@milcb.org

Southeast Center for Independent Living
Lisa Pitta
Merrill Building - 66 Troy Street, Suite 3
Fall River, MA 02720
EMAIL: scil@secil.org

Center for Living & Working, Inc. (Branch)
Executive Director
76 Summer Street
Fitchburg, MA 01420
EMAIL: centerlw@centerlw.org

Metro West Center for Independent Living
Paul Spooner
280 Irving Street
Framingham, MA 01702
EMAIL: pspooner@mwcil.org

ILC North Shore & Cape Ann (Branch)
Mary Margaret Moore
5 Pleasant Street
Gloucester, MA 01930
EMAIL: mmmoore@ilcnsca.org

Stavros CIL (Branch)
James Kruidenier
55 Federal Street, Suite 210
Greenfield, MA 01301
EMAIL: info@stavros.org

Cape Organization for Rights of the Disabled
(CORD)
Coreen Brinckerhoff
1019 Iyanough Road, Suite 4
Hyannis, MA 02601
EMAIL: cordinfo@cilcapecod.org

Northeast ILP, Inc.
Karen Bureau
20 Ballard Road
Lawrence, MA 01843
EMAIL: info@nilp.org

Center for Living & Working, Inc. (Branch)
Executive Director
100 Medway Drive
Milford, MA 01570
EMAIL: centerlw@centerlw.org

ADLib, Inc.
Joseph Castellani
215 North Street
Pittsfield, MA 01201
EMAIL: jcastellani@adlibcil.org

ILC of the North Shore & Cape Ann, Inc.
Mary Margaret Moore
27 Congress Street, Suite 107
Salem, MA 01970
EMAIL: information@ilcnsca.org

Stavros (Branch)
James Kruidenier
262 Cottage Street
Springfield, Ma 01104
EMAIL: Ebrancewicz@Stavros.org

Center for Living & Working, Inc. (Branch)
Jack Siciliano
484 Main Street, Suite 345
Worcester, MA 01608
EMAIL: centerlw@centerlw.org

Charis Auston, SILC Chair
417 Seymour Street, Suite 10
Lansing, MI 48933
EMAIL: valarie@misilc.org

Valarie Barnum-Yarger, SILC Executive
Director
417 Seymour Street, Suite 10
Lansing, MI 48933
EMAIL: valarie@misilc.org

Disability Network/Michigan (Michigan
Association of CILs)
1476 Haslett Road
Haslett, MI 48840
EMAIL: Karen@dnmichigan.org OR
tai@dnmichigan.org

Ann Arbor Center for Independent Living
James Magyar
2568 Packard, Georgetown Mall
Ann Arbor, MI 48104
EMAIL: cilstaff@aacil.org

Blue Water CIL (Satellite)
Angela Hoff
P.O. Box 29
Bad Axe, MI 48413
EMAIL: huron@bwcil.org

Disability Resource Center of Southwest
Michigan (Satellite)
Joel Cooper
200 Michigan Avenue West, Room B
Battle Creek, MI 49017
EMAIL: jcooper@drccil.org

Community Connections of Southwest
Michigan
Kathy Ellis
133 East Napier
Benton Harbor, MI 49022
EMAIL: kellis@miconnect.org

Blue Water CIL (Satellite)
Angela Hoff
1184 Cleaver Road, Suite 100
Caro, MI 48723
EMAIL: tuscola@bwcil.org

Metropolitan Detroit CIL
Richard Sides
5555 Conner, Suite 2075
Detoit, MI 48213
EMAIL: rick@bwcil.org

Disability Network
Mike Zelley
3600 South Dort Highway, Suite 54
Flint, MI 48507
EMAIL: tdn@disnetwork.org

Disability Advocates of Kent County
David Bulkowski
3600 Camelot Drive, Southeast
Grand Rapids, MI 49546
EMAIL: contact@disabilityadvocates.us

Disablity Network / Lakeshore CIL
Ruth Stegeman
426 Century Lane
Holland, MI 49423
EMAIL: ruth@dnlakeshore.org

disAbility Connections
Monica Moser
409 Linden Avenue
Jackson, MI 49203
EMAIL: monicas@disabilityconnect.org

Disability Resource Center of Southwest
Michigan
Joel Cooper
517 East Crosstown Parkway
Kalamazoo, MI 49001
EMAIL: jcooper@drccil.org

Capital Area Center for Independent Living
Ellen Weaver
1048 Pierpont Drive, Suite 9-10
Lansing, MI 48911
EMAIL: eweaver@cacil.org

Blue Water CIL (Satellite)
Angela Hoff
392 West Nepessing Street
Lapeer, MI 48446
EMAIL: lapeer@bwcil.org

Superior Alliance for IL (SAIL)
Amy Maes
129 West Baraga, Suite H
Marquette, MI 49855
EMAIL: amaes@upsail.com

Disability Nework of Mid-Michigan
Sara Kristal-Brandon
1160 James Savage, Suite C
Midland, MI 48640
EMAIL: info@dnmm.org

Ann Arbor CIL--Monroe (Satellite)
Linda Maier
40 North Roessler Street
Monroe, MI 48162
EMAIL: lmaier@aacil.org

Disability Connection
Susan Cloutier-Myers
1871 Peck
Muskegon, MI 49441
EMAIL: lynnen@dcilmi.org

Blue Water Center for Independent Living
Angela Hoff
310 Water Street
Port Huron, MI 48060
EMAIL: angela@bwcil.org

Blue Water CIL (Satellite)
Angela Hoff
103 East Sanilac, Suite 3
Sandusky, MI 48471
EMAIL: sanilac@bwcil.org

Disability Network / Oakland and Macomb
CIL
Kellie Boyd
16645 15 Mile Road
Sterling Heights, MI 48034
EMAIL:info@dnom.org

Disability Network / Northern Michigan
Alliance for IL
Jim Moore
333 East State Street
Traverse City, MI 49684
EMAIL: jimmoore@chartermi.net

Roberta Cich, SILC Chair
130 West Faribault Street
Duluth, MN 55803
EMAIL: roberta@accessnorth.net

Bradley Westerlund
MN Dept. of Employment & Economic
Development
Rehabilitation Services Branch
332 Minnesota Street, Suite E200--First
National Bank Bldg.
St. Paul, MN 55101
EMAIL: brad.westerlund@state.mn.us

Minnesota Association of CILs (MACIL)
519 Second Street North
St. Cloud, MN 56303
EMAIL: carar@independentlifestyles.org

Accessnorth CIL of Northeastern MN
(Branch)
Kim Tyler
105 Fourth Street, NW
Aitkin, MN 56431
EMAIL: parson@accessnorth.net

OPTIONS (Satellite)
Gordie Haug
123 South Main Street, Suite B
Crookston, MN 56716
EMAIL: options3@rrv.net

Accessnorth CIL of Northeastern MN
(Branch)
Kim Tyler
118 East Superior Street, Suite 100
Duluth, MN 55802
EMAIL: roberta@accessnorth.net

Options Interstate Resource CIL (also serves North Dakota)
Randy Sorensen
318 Third Street, Northwest
East Grand Forks, MN 56721
EMAIL: options@myoptions.info

SMILES (Branch Office)
Alan Augustin
820 Winnebago Avenue, Suite 1
Fairmont, MN 56031
EMAIL: smiles@smilescil.org

FREEDOM Resource CIL (Branch)
Nate Aalgaard
125 West Lincoln, Suite 17
Fergus Falls, MN 56537
EMAIL: freedom@freedomrc.org

Accessnorth CIL of Northeastern MN (CILNM)
Kim Tyler
2104 Sixth Avenue East
Hibbing, MN 55746
EMAIL: kim@accessnorth.net

Southern Minnesota IL Enterprises and Services (SMILES)
Alan Augustin
709 South Front Street
Mankato, MN 56001
EMAIL: smiles@smilescil.org

Southwestern Center for Independent Living
Steven Thovson
109 South Fifth, Suite 700
Marshall, MN 56258
EMAIL: swcil@swcil.com

SMILES (Branch Office)
Alan Augustin
1618 South Broadway
New Ulm, MN 56073
EMAIL: smiles@smilescil.org

Southeastern Minnesota CIL, Inc. (Satellite)
Executive Director
217 Plum Street, Suite 120
Red Wing, MN 55066
EMAIL: semcil.uhhc@semcil.org

Southeastern Minnesota CIL
Vicki Dalle Molle
2720 North Broadway
Rochester, MN 55906
EMAIL: semcil.uhhc@semcil.org

OPTIONS (Satellite)
Donna Westlund
216 Center Street, West
Roseau, MN 56751
EMAIL: optionsroseau@wiktel.com

Independent Lifestyles, Inc.
Cara Ruff
519 Second Street, North
St. Cloud, MN 56303
EMAIL: carar@independentlifestyles.org

Metropolitan CIL
David Hancox
1600 University Avenue West, Suite 16
St. Paul, MN 55104
EMAIL: mcil@mcil-mn.org

OPTIONS (Satellite)
Jessie Smith
213 LaBree Avenue, North, Suite 202
Thief River Falls, MN 56701
EMAIL: trfoptions@wiktel.com

SMILES (Branch Office)
Alan Augustin
505 South State Street, Suite 6
Waseca, MN 56093
EMAIL: smiles@smilescil.org

Southeastern MN CIL (Satellite)
Executive Director
1790 West Broadway
Winona, MN 55987
EMAIL: semcil@semcil.org

Walter Blalock, SILC Chair
170 Belaire Drive
Pearl, MS 39208
EMAIL: wblalock@integrity.com

Shelia Browning, SILC Liaison
Department Rehabilitation Services
1281 Highway 51 North
Madison, MS 39042
EMAIL: sheliabrowning@mdrs.state.ms.us

LIFE of South Mississippi
Terri Redding
188-C Main Street
Biloxi, MS 39530
EMAIL: tr_biloxi@yahoo.com

LIFE of North Mississippi
Gracie Morlino
502A West Park Avenue
Greenwood, MS 38917
EMAIL: life699@bellsouth.net

LIFE of South Mississippi
Susan Hanks
710 Katie Avenue
Hattiesburg, MS 39401
EMAIL: lifehatt@comcast.net

Living Independence For Everyone (LIFE) of
Mississippi
Christy Dunaway
1304 Vine Street
Jackson, MS 39202
EMAIL: lifeofms@aol.com

LIFE of Central Mississippi
Christy Dunaway
P.O. Box 545
McComb, MS 39648
EMAIL: lifemcc@telepak.net

LIFE Central MS
Sharon Burt
2440 North Hills Street, Suite 103C
Meridian, MS 39305
EMAIL: sburt9@netdoor.com

Oxford Center for Independent Living
Judy Pettit
1914 East University Center
Oxford, MS 38655
EMAIL: lifenor@dixie-net.com

LIFE of North Mississippi
Michael Sullivan
1051 Cliff Gookin Blvd.
Tupelo, MS 38801
EMAIL: lifetup@netdoor.com

Walter Blalock, SILC Chair
170 Belaire Drive
Pearl, MS 39208
EMAIL: wblalock@integrity.com

Shelia Browning, SILC Liaison
Department Rehabilitation Services
1281 Highway 51 North
Madison, MS 39042
EMAIL: sheliabrowning@mdrs.state.ms.us

LIFE of South Mississippi
Terri Redding
188-C Main Street
Biloxi, MS 39530
EMAIL: tr_biloxi@yahoo.com

LIFE of North Mississippi
Gracie Morlino
502A West Park Avenue
Greenwood, MS 38917
EMAIL: life699@bellsouth.net

LIFE of South Mississippi
Susan Hanks
710 Katie Avenue
Hattiesburg, MS 39401
EMAIL: lifehatt@comcast.net

Living Independence For Everyone (LIFE) of
Mississippi
Christy Dunaway
1304 Vine Street
Jackson, MS 39202
EMAIL: lifeofms@aol.com

LIFE of Central Mississippi
Christy Dunaway
P.O. Box 545
McComb, MS 39648
EMAIL: lifemcc@telepak.net

LIFE Central MS
Sharon Burt
2440 North Hills Street, Suite 103C
Meridian, MS 39305
EMAIL: sburt9@netdoor.com

Oxford Center for Independent Living
Judy Pettit
1914 East University Center
Oxford, MS 38655
EMAIL: lifenor@dixie-net.com

LIFE of North Mississippi
Michael Sullivan
1051 Cliff Gookin Blvd.
Tupelo, MS 38801
EMAIL: lifetup@netdoor.com

Carol Lambert, SILC Chair
P.O. Box 2
Broadus, MT 59317
EMAIL: norm@rangeweb.net

Mike Hermanson, SILC Liaison
MT Dept. of Public Health & Human Services
111 North Sanders; P.O. Box 4210
Helena, MT 59604
EMAIL:EMAIL: MHermanson@mt.gov

LIFTT (Satellite)
Mark Small
P.O. Box 1146
Ashland, MT 59003
EMAIL: marksmall@rangeweb.net

Living Independently for Today & Tomorrow,
Inc. (LIFTT)
Dave Swanson
914 Wyoming Avenue
Billings, MT 59101
EMAIL: daves@liftt.org

North Central IL Services, Inc. (NCILS)
Tom Osborn
1120 25th Avenue, NE
Black Eagle, MT 59414
EMAIL: ncils.osborn@sofast.net

Montana Independent Living Project (Branch)
Amy Caliendo
626 Ferguson Avenue, Suite 1, Office C
Bozeman, MT 59718
EMAIL: acaliendo@milp.us

Montana Independent Living Project (Branch)
Melissa Ann Hansen
1941 Harrison Avenue
Butte, MT 59701
EMAIL: milpmelissa@qwest.net

LIFTT (Satellite)
Dave Swanson
POB 1146
Crow Agency, MT 59022
EMAIL: daves@liftt.org

North Central IL Services (Branch)
Colleen Forrester
P.O. Box 229; 334 West Court
Glasgow, MT 59230
EMAIL: ncils2@nemontel.net

LIFTT (Branch)
Kathie Bach
218 West Bell, Suite 202; P.O. Box 621
Glendrive, MT 59330
EMAIL: liftt@midrivers.com

Summit ILC (Branch)
Joanne Perkins
316 North Third Street, Suite 113
Hamilton, MT 59840
EMAIL: jperkins@summitilc.org

Montana IL Project (MILP)
Bob Maffit
1820 11th Avenue
Helena, MT 59601
EMAIL: bmaffit@milp.us

Summit ILC (Satellite)
Flo Kiewel
275 Corporate Avenue, Suite 901
Kalispell, MT 59901
EMAIL: kalispell@summitilc.org

LIFTT (Satellite)
Virginia Thibault
2200 Box Elder, Box 3
Miles City, MT 59301
EMAIL: liftt2@mail.midrivers.com

Summit ILC, Inc.
Mike Mayer
700 Southwest Higgins Avenue, Suite 101
Missoula, MT 59803
EMAIL: mmayer@summitilc.org

North Central IL Services (Branch)
Debra Mason
P.O. Box 53
Poplar, MT 59255
EMAIL: ncils3@nemontel.net

Summit Lake County Office (Satellite)
Leon Grant
111 Second Avenue, Southwest
Ronan, MT 59864
EMAIL: lgrant@summitilc.org

Della Johnston, SILC Chair
215 Centennial Mall South, Suite 210
Lincoln, NE 68508
EMAIL: nesilc@alltel.net

Kathy Hoell, SILC Executive Director
215 Centennial Mall South, Suite 210
Lincoln, NE 68508
EMAIL: khoell@cox.net

CIL of Central Nebraska, Inc. (CILNE)
Ray Norris
3204 College Street
Grand Island, NE 68803
EMAIL: ray.norris@cilne.org

League of Human Dignity, Inc.
Mike Schafer
1701 P Street
Lincoln, NE 68508
EMAIL: info@leagueofhumandignity.com

League of Human Dignity ILC (Satellite)
Lind Carey
400 Elm Street
Norfolk, NE 68701
EMAIL: Ninfo@leagueofhumandignity.com

CIL of Central Nebraska, Inc (Satellite)
Irene Britt and Shannon Peterson
P.O. Box 1026
North Platte, NE 69103
EMAIL: ibritt@kdsi.net |or |
speterson@kdsi.net

League of Human Dignity ILC (Satellite)
Bob Gomez
5513 Center Street
Omaha, NE 68106
EMAIL: oinfo@leagueofhumandignity.com

League of Human Dignity ILC (Satellite)
Executive Director
17 East 21 Street
Scottsbluff, NE 69361
EMAIL: sinfo@leagueofhumandignity.com

Panhandle IL Services
Carolyn Foged
P.O. Box 2454
Scottsbluff, NE 69363
EMAIL: pils@allophone.com

Mary Evilsizer, SILC Chair
6039 Eldora, Suite H-8
Las Vegas, NV 89146
EMAIL: sncilnv@aol.com

Todd Butterworth, SILC Liaison
H & R
3656 Research Way, Suite 32
Carson City, NV 89706
EMAIL: tbutterworth@dhhs.nv.gov

Northern Nevada CIL (Satellite)
Corrie Herrera
1250 Lamoille Highway, Suite 944
Elko, NV 89801
EMAIL: elkonncil2@citlink.net

Rural CIL
Dee Dee Foremaster
1895 Long Street
Carson City, NV 89702
EMAIL: fearlessforemaster@earthlink.net

Northern Nevada CIL (Satellite)
Lisa Erquiaga
1919 Grimes Street, Suite B
Fallon, NV 89406
EMAIL: nncilf@cccomm.net

Southern Nevada CIL
Mary Evilsizer
6039 Eldora, Suite H-6
Las Vegas, NV 89146
EMAIL: sncilnv@aol.com

Southern Nevada CIL (Branch)
Mary Evilsizer
3100 East Lake Mead Blvd., Suite 4A
North Las Vegas, NV 89030
EMAIL: sncilnv@aol.com

Northern Nevada CIL
Lisa Erquiaga
999 Pyramid Way
Sparks, NV 89431
EMAIL: nncil7@sbcglobal.net

Dorine Pelletier , SILC Chair
57 Regional Drive
Concord, NH 03301
FAX: (603) 271-2837

Paula Ninivaggi , NH SILC
57 Regional Drive
Concord, NH 03301
EMAIL: paula.ninivaggi@nh.gov

Granite State IL (GSIL)
Clyde Terry
21 Chenell Drive
Concord, NH  03301
EMAIL: clyde.terry@gsil.org

Granite State IL (Satellite)
Clyde Terry
84 Iron Works Road
Concord, NH 03301-2295
FAX: (603) 228-5614

Granite State IL (Satellite)
Clyde Terry
P.O. Box 895
Franconia, NH  03580
EMAIL: colleen.ives@gsil.org

Granite State IL (Satellite)
Clyde Terry
267 Main Street, Suite 400
Littleton, NH 03561
FAX: (603) 444-3128

Granite State IL (Satellite)
Clyde Terry
Emerald Court
100 Emerald Street, Suite B
Keene, NH 03431
FAX: (603) 357-2775

Granite State IL (Satellite)
Clyde Terry
50 Bridge Street
Manchester, NH 03101-1630
FAX: (603) 647-0665

Granite State IL (Satellite)
Clyde Terry
23 Factory Street
Nashua, NH 03060
FAX: (603) 883-5134

Norm Smith, SILC Chair
223 Hutchinson Road
Robbinsville, NJ 08691
EMAIL: projectfreedom1@aol.com

Mary Neary, SILC IL Program Manager
Division of Vocational Rehabilitation Services
P.O. Box 398
Trenton, NJ 08625
EMAIL: mary.neary@dol.state.nj.us

New Jersey Association
c/o Progressive CIL
1262 Whitehorse-Hamilton Square Road,
Suite 102, Building A
Hamilton, NJ 08690
FAX: (609) 581-4555

Total Living Center, Inc.
Julia Bonelli
707 White Horse Pike, Suite B-8
Absecon, NJ 08201
EMAIL: info@tlcenter.org

Total Living Center, Inc. (Satellite)
Carolyn Silvestro
1333 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401
EMAIL: totalctr@bellatlantic.net

Resources for Independent Living, Inc.
Lisa Killion-Smith
351 High Street, Suite 103
Burlington, NJ 08016
EMAIL: lsmith@rilnj.org

Camden City Independent Living Center
Veda Smith
2600 Mount Ephraim Avenue, Suite 413
Camden, NJ 08104
EMAIL: vedasmithcilc@aol.com

Tri-County ILC, Inc. (Satellite)
Pamela Elliott
211 South Main Street, Suite 302A
Cape May Court House, NJ 08210
EMAIL: tcilc@aol.com

DIAL, Inc. - Center for Independent Living
John Petix
66 Mt. Prospect Avenue, Building C
Clifton, NJ 07013
EMAIL: info@dial-cil.org

DAWN CIL, Inc.
Carmela Slivinski
30 Broad Street, Suite 5
Denville, NJ 07834
EMAIL: info@dawncil.org

Alliance for Disabled In Action, Inc.
Ethan Ellis
629 Amboy Avenue, First Floor
Edison, NJ 08837
EMAIL: adacil@adacil.org

Progressive CIL (Satellite)
Scott Elliot
4 Walter Foran Blvd., Suite 410
Flemington, NJ 08822
EMAIL: info@pcil.org

Heightened Independence & Progress (HIP)
Eileen Goff
131 Main Street, Suite 120
Hackensack, NJ 07601
EMAIL: ber@hipcil.org

Progressive CIL
Scott Elliot
1262 Whitehorse-Hamilton Square Road,
Suite 102, Building A
Hamilton, NJ 08690
EMAIL: info@pcil.org

Heightened Independence & Progress (HIP)
(Satellite)
Eileen Goff
26 Journal Square, Suite 602
Jersey City, NJ 07306
EMAIL: hud@hipcil.org

MOCEANS Center for Independent Living
Joanne Jones
279 Broadway, Suite 201
Long Branch, NJ 07740
EMAIL: moceans@moceanscil.org

Tri-County ILC, Inc.
Pamela Elliott
120 North High Street, Suite 12
Millville, NJ 08332
EMAIL: info@tricountycil.org

DIAL (Satellite)
John Petix
124 Halsey Street
Newark, NJ
FAX:(973) 648-3902

CIL for Mercer & Hunterdon County
Norman Smith
223 Hutchinson Road
Robbinsville, NJ 08691
EMAIL: projectfreedom1@aol.com

CIL of South Jersey, Inc.
Hazel Lee-Briggs
1150 Delsea Drive, Suite 1
Westville, NJ 08093
EMAIL: CILSJ@aol.com

Vince Montano, SILC Chair
P.O. Box 7577
Albuquerque, NM 87194
EMAIL:
vincentmontano@theabilitycenter.org

Independent Living Resource Center (ILRC)
Gil Yildiz
4401 Lomas Blvd., Suite B
Albuquerque, NM 87110
EMAIL: gilyildiz@ilrcnm.org

Independent Living Resource Center Satellite
(ILRC)
Michael Murphy
700 First Street, Suite 772 or P.O. Box 553
Alamogordo, NM 88310
EMAIL: gilyildiz@ilrcnm.org

San Juan Center for Independence
Patricia Ziegler
3535 East 30th Street, Suite 101
Farmington, NM 87402
EMAIL: sjci@fisi.net

San Juan Center for Independence (Satellite)
Elroy Ahasteen
Rio West Mall 200
Gallup, NM 87301
EMAIL: eahasteen@sjci.org

Ability Center
Vince Montano
715 East Idaho, Bldg. 3, Suite E
Las Cruces, NM 88001
EMAIL: freedom@theabilitycenter.org

New Vistas (Satellite)
Ronald Garcia
P.O. Box 2625
Las Vegas, NM 87701
EMAIL: rgarcia@newvistas.org

Independent Living Resource Center
Satellite(ILRC)
Gil Yildiz
1208 Route 66, Suite E; P.O. Box 697
Moriarty, NM 87035
EMAIL: gilyildiz@ilrcnm.org

CHOICES Center for Independent Living
Lori Chamberlin
200 East Fourth Street, Suite 200
Roswell, NM 88201
EMAIL: lorechamberlin@yahoo.com

New Vistas
Ron Garcia
1205 Parkway Drive, Suite A
Santa Fe, NM 87505
EMAIL: rgarcia@newvistas.org

Independent Living Resource Center Satellite
(ILRC)
Gil Yildiz
120 Plaza; P.O. Box 765
Socorro, NM 87801
EMAIL:gilyildiz@ilrcnm.org

Doug Hovey, SILC Chair
Independent Living, Inc.
5 Washington Terrace
Newburgh, NY 12550
EMAIL: dhovey@myindependentliving.org

Brad Williams, SILC Executive Director
111 Washington Avenue, Suite 101
Albany, NY 12210
EMAIL: nysilc@nysilc.org

New York Association on Independent Living
One Commerce Plaza
99 Washington Avenue, Suite 806A
Albany, NY 12210
EMAIL: ilny@ilny.org

Capital District Center for Independence, Inc.
Laurel Lei Kelley
875 Central Avenue, South 4
Albany, NY 12206
EMAIL: info@cdciweb.com

Resource CIL (Satellite)
Ramon Rodriguez
2540 Riverfront Center
Amsterdam, NY 12010
EMAIL: rcil@link.net

Queens Independent Living Center
David Arocho
2335 Broadway, Suite 2
Astoria, NY 11106
EMAIL: arocho@qilc.org

Options for Independence
Tracy Murphy
75 Genesee Street
Auburn, NY 13021
EMAIL: opforind@aol.com

Southern Adirondack ILC (Satellite)
Karen Thayer
418 Geyser Road Country Club Plaza
Ballston Spa, NY 12020
EMAIL: sail@sail-center.org

Genesee Region IL, Inc.
Ann Bell
61 Swan Street
Batavia, NY 14020
(585) 343-4524
EMAIL: grilc@iinc.com

Access to Independence and Mobility
Executive Director
117 East Steuben Street
Bath, NY 14810

Southern Tier Independence Center
Maria Dibble
24 Prospect Avenue, Fifth Floor
Binghamton, NY 13901
EMAIL: stic@stic-cil.org

Bronx Independent Living Services (BILS)
Susan Attzs-Mendoza
3525 Decatur Avenue
Bronx, NY 10467
EMAIL: llwilliams@bils.org

Queens Independent Living Center Inc.
Lewis Rivera
1484 Williams Bridge Rd.
Bronx, NY 10462
FAX: (718) 828-0731

Brooklyn Center for Independence of the
Disabled
Zainab Jama
2044 Ocean Avenue, Suite B-3
Brooklyn, NY 11230
EMAIL: advocate@bcid.org

Western NY Independent Living Project
(WNYILP)
Douglas Usiak
3108 Main Street
Buffalo, NY 14214
EMAIL: djusiak@wnyilp.org

Putnam IL Services (Satellite)
Margaret Valenzuela
1961 Route 6
Carmel, NY 10512
EMAIL: mvalenzuela@putnamils.org

Access to Independence (Satellite)
Executive Director
Lower Cincinnatus
Cincinnatus, NY 13040
EMAIL: access@odyssey.net

SILO, Inc.
Edward Ahern
3680 Route 112, Suite 4
Coram, NY 11727
EMAIL: eahern@suffolkilc.org

Access to Independence & Mobility (AIM)
Diane DeMuth
271 East First Street
Corning, NY 14830
EMAIL: corning@aimcil.com

Access to Independence, Inc.
Mary Ewing
26 North Main Street
Cortland, NY 13045
EMAIL: maryew@odyssey.net

AIM (Satellite)
Diane DeMuth
650 Baldwin Avenue, Suite 125-7
Elmira, NY 14901
EMAIL: eaimoffice@aimcil.com

SILO (Satellite)
Edward Ahern
140 Fell Court, Suite 116
Hauppauge, NY 11788
EMAIL: eahern@suffolkilc.org

Resource CIL (RCIL-Satellite)
Burt Danovitz
401 East German Street, Suite 208
Herkimer, NY 13350
EMAIL: rcil@rcil.com

Independent Living Center of the Hudson
Valley (Satellite)
Jacquline Bachman
802 Columbia Street
Hudson, NY 12534
EMAIL: jbachman@ilchv.org

Finger Lakes Independence Center
Lenore Schwager
215 First Street
Ithaca, NY 14850
EMAIL: flic@clarityconnect.com

Queens ILC (Satellite)
Lilan Modu
140-40 Queens Blvd.
Jamaica, NY 11435
EMAIL: modu@qilc.org

Southwestern Independent Living Center
Marie Carrubba
843 North Main Street
Jamestown, NY 14701
EMAIL: info@ilc-jamestown-ny.org

Resource Center for Accessible Living, Inc.
Susan Hoger
592 Ulster Avenue
Kingston, NY 12401
EMAIL: rcal@hvc.rr.com

Long Island Center for Independent Living
Patricia Moore
3601 Hempstead Turnpike, Suite 208
Levittown, NY 11756
EMAIL: licil@aol.com

Northern Regional CIL (Satellite)
Aileen Martin
7396 Turin Road
Lowville, NY 13367
EMAIL: aileeng@nrcil.net

Massena Independent Living Center, Inc.
Jeff Reifensnyder
41 Pearl Street
Malone, NY 12953
EMAIL: mindepli@twcny.rr.com

Massena Independent Living Center
Jeff Reifensnyder
156 Center Street
Massena, NY 13662
EMAIL: milc@northnet.org

Action Toward Independence (ATI), Inc.
Rachel Bartlow-Pappas
130 Dolson Avenue, Suite 35
Middletown, NY 10940
EMAIL: ati@warwick.net

Action Toward Independence (Satellite)
Rachel Bartlow-Pappas
33 Lakewood Avenue
Monticello, NY 12701
EMAIL: ati@in4web.com

Rockland Independent Living Center
Lorraine Jackson-Ordia
75 West Route 59, Suite 2130
Nanuet, NY 10954
EMAIL: lorraine.jackson@rilc.org

Center for Independence of the Disabled in
New York, Inc. (CIDNY)
Susan Dooha
841 Broadway, Suite 301
New York, NY 10003
EMAIL: info@cidny.org

Harlem Independent Living Center
Christina Curry
289 St. Nicholas Avenue, Lower Level
New York, NY 10027
EMAIL: yadmin@hilc.org

Independent Living, Inc.
Doug Hovey
5 Washington Terrace
Newburgh, NY 12550
EMAIL: krivera@myindependentliving.org

Niagara Frontier CIL, Inc.
Ronald Clark
P.O. Box 88
Niagara Falls, NY 14304
EMAIL: info@nfcil.org

Massena Independent Living Center, Inc.
Jeff Reifensnyder
223 Madison Ave.
Ogdensburg, NY 13669
FAX: (315) 393-7133

Directions in Independent Living
Lenny Liguori
512 West State Street
Olean, NY 14760
EMAIL: oleanilc@yahoo.com

Catskill Center for Independence
Chris Zachmeyer
P.O. Box 1274
Oneonta, NY 13820
EMAIL: ccfi@ccfi.us

ARISE (Satellite)
Sabine Ingerson
253 East Tenth Street
Oswego, NY 13126
EMAIL: advocate@ariseinc.org

North Country Center for Independence
Andrew Pulrang
102 Sharron Avenue
Plattsburgh, NY 12901
EMAIL: andrew@ncci-online.com

Taconic Resources for Independence
Cynthia Fiore
82 Washington Street, Suite 214
Poughkeepsie, NY 12601
EMAIL: trionline@taconicresources.net

Southern Adirondack ILC
Karen Thayer
71 Glenwood Avenue
Queensbury, NY 12804
EMAIL: sail@sail-center.org

Tri-Lakes Center for Independence (Satellite)
Lauren LeFebvre
867 State Route 86; P.O. Box 280
Ray Brook, NY 12977
EMAIL: info@tlcil.org

Center for Disability Rights
Bruce Darling
497 State Street
Rochester, NY 14608
EMAIL: bdarling@rochester.cdr.org

Regional Center for Independent Living
Bruce Darling
497 State Street
Rochester, NY 14608
EMAIL: rcil@rcil.org

Staten Island CIL, Inc.
Dorothy Doran
470 Castleton Avenue
Staten Island, NY 10301
EMAIL: dorothy.doran@verizon.net

ARISE, Inc.
Tom McKeown
635 James Street
Syracuse, NY 13203
EMAIL: advocate@ariseinc.org

ILC of the Hudson Valley, Inc.
Denise Figueroa
49 Fourth Street
Troy, NY 12180
EMAIL: admin@ilchv.org

Resource Center for Independent Living
Burt Danovitz
P.O. Box 210
Utica, NY 13503
EMAIL: rcil@rcil.com

Northern Regional CIL, Inc.
Aileen Martin
210 Court Street, Suite 107
Watertown, NY 13601
EMAIL: michaelg@nrcil.net

Finger Lakes ILC (Schyler Office)
Executive Director
210 12th Street
Watkins Glen, NY 14891
EMAIL: flic@onlineimage.com

Westchester Independent Living Center
Joe Bravo
200 Hamilton Avenue
White Plains, NY 10601
EMAIL: JBravo297@aol.com

Westchester Disabled on the Move
Melvyn Tanzman
984 North Broadway, Suite L-1
Yonkers, NY 10701
EMAIL: info@wdom.org

Jean Wolff-Rossi, SILC Chair
209 Tanglewood Drive
Louisburg, NC 27549
EMAIL: jean.wolff.rossi@gmail.com

Michael Martin, SILC Vice-Chair
208 Eller Cove Road
Weaverville, NC 28787
EMAIL: michaelzod@yahoo.com

Western Alliance CIL
Barbara Davis
30 London Road
Asheville, NC 28803
EMAIL: bdavis@pathwayscil.org

Disability Rights & Resources
Julia Sain
5801 Executive Center Drive, Suite 101
Charlotte, NC 28212
EMAIL: juliasain@disability-rights.org

Joy A. Shabazz CIL
Aaron Shabazz
235 North Green Street
Greensboro, NC 27401
EMAIL: tap99@bellsouth.net

Alliance of Disability Advocates
Rene Cummins
P.O. Box 12988
Raleigh, NC 27605
EMAIL: alliance@alliancecil.org

Pathways for the Future, Inc.
Barbara Davis
525 Mineral Springs Drive
Sylva, NC 28779
EMAIL: bdavis@pathwayscil.org

Adaptables, Inc.
Executive Director
3650 Patterson Avenue, Suite B
Winston Salem, NC 27105
EMAIL: theadaptables@theadaptables.com

Michelle Barth, SILC President
3677 West Princeton Avenue
Bismarck, ND 58504
EMAIL: Barth_21@hotmail.com

Cheryl Wescott, SILC Liaison
Vocational Rehabilitation
1237 West Divide Avenue, Suite 1B
Bismarck, ND 58501
EMAIL: sowesc@nd.gov

Dakota Center for Independent Living, Inc.
Royce Schultze
3111 East Broadway Avenue
Bismarck, ND 58501
EMAIL: dcil@dakotacil.org

OPTIONS (Satellite)
Rebel Sapa
P.O. Box 761
Cavalier, ND 58220
EMAIL: options3@polarcomm.com

Dakota CIL (Satellite)
Wendy Sundheim
40 First Avenue, West, Park Square Mall,
Suite 203
Dickinson, ND 58601
EMAIL: dcil@ndsupernet.com

OPTIONS Interstate Resource CIL (also
serves North Dakota)
Randy Sorensen
318 Third Street, Northwest
East Grand Forks, MN 56721
EMAIL: options@myoptions.info

FREEDOM Resource CIL, Inc. (also serves
Minnesota)
Nate Aalgaard
2701 Ninth Avenue South
Fargo, ND 58103
EMAIL: freedom@freedomrc.org

FREEDOM Resource CIL (Branch-also
serves North Dakota)
Keri Stenstrom
125 West Lincoln, Suite 17
Fergus Falls, MN 56537
EMAIL: freedom@freedomrc.org

FREEDOM Resource CIL, Inc. (Satellite)
Andrea Nelson
Jamestown Mall, Suite 208A
Jamestown, ND 58401
EMAIL: freedom@freedomrc.org

Independence, Inc.
Steven Repnow
300 Third Avenue Southwest, Suite F
Minot, ND 58701-4308
EMAIL: agency@independencecil.org

Jerry McVicar, SILC Chair
% Office of Vocational Rehabilitation, Office
of the Governor
P.O. Box 501521; Navy Hill, Building N2
Saipain, MP 96950
EMAIL: jerrymcvicara@hotmail.com

Margarita Olopai-Taitano
% Office of Vocational Rehabilitation, Office
of the Governor
P.O. Box 501521; Navy Hill, Building N2
Saipain, MP 96950
EMAIL: voc.rehab@saipan.com

CIL for Living Independently in the CNMI
Lydia Igitol
PMB 914; P.O. Box 10001
Saipan, MP 96950
EMAIL: clicnmi2005@yahoo.com

CIL for Living Independently in the CNMI
Bud White
P.O. Box 5525
Saipan, MP 96950
EMAIL: bud@whitecoconut.com

Dr. Mary 'Eileen' Buban, SILC Chair
670 Morrison Road, Suite 200
Gahanna, OH 43230
EMAIL: mebuban@ohiosilc.org

Brenda Curtiss, SILC Executive Director
670 Morrison Road, Suite 200
Gahanna, OH 43230
EMAIL: bcurtiss@ohiosilc.org

Tri-County ILC, Inc.
Rose Juriga
680 East Market Street, Suite 205
Akron, OH 44304
EMAIL: rjuriga@ohio.net

Center for Independent Living Options
(CILO)
Lin Laing
632 Vine Street, Suite 305
Cincinnati, OH 45202
EMAIL: cilo@cilo.net

Linking Employment, Abilities & Potential
(LEAP)
Melanie Hogan
1468 West 25th Street
Cleveland, OH 44113
EMAIL: mhogan@leapinfo.org

Services for Independent Living (SIL)
Linda Hildebrand
25100 Euclid Avenue, Suite 105
Cleveland, OH 44117
EMAIL: sil@sil-oh.org

Mid-Ohio Board for IL Environment, Inc.
(MOBILE)
Beverly Rackett
690 South High Street
Columbus, OH 43206
EMAIL: bev@mobileonline.org

Access Center for Independent Living, Inc.
Alan Cochrun
35 South Jefferson Street
Dayton, OH 45402
EMAIL: alan@acils.com

Ability Center of Defiance (Branch)
Kristina Noe
1935 East Second Street, Suite C
EMAIL: knoe@abilitycenter.org

LEAP CIL- (Branch)
Elsie Danevich
2100 North Ridge Road
Elyria, OH 44035
EMAIL: edanevich@leapinfo.org

Southeastern Ohio CIL
Pamela Patula
418 South Broad Street
Lancaster, OH 43130
EMAIL: socil@sbcglobal.net

ILC of North Central Ohio
Jonnie Fisher
1 Marion Avenue, Suite 115C
Mansfield, OH 44903
EMAIL: jonnie.fisher@yahoo.com

Society for Equal Access ILC, Inc.
Dianne Renicker
1458 Fifth Street, NW
New Philadelphia, OH 44663
EMAIL: ilc@tusco.net

Ability Center of Ottawa County (Satellite)
Jennifer Kirby
400 West Third Street
Port Clinton, OH 43452
EMAIL: jkirby@abilitycenter.org

Ability Center of Greater Toledo
Tim Harrington
5605 Monroe Street
Sylvania, OH 43560
EMAIL: tharrington@abilitycenter.org

Western Reserve Independent Living Center
Pam Davies
1400 Tod Avenue NW, Suite L-900
Warren, OH 44485
EMAIL: info@wrilc.org

Michelle Wilson, SILC Chair
University of Oklahoma/NCDET
3200 Marshall Avenue, Suite 201
Norman, OK 73072
EMAIL: oksilc@ou.edu

SILC Executive Director
University of Oklahoma/NCDET
3200 Marshall Avenue, Suite 201
Norman, OK 73072
EMAIL: oksilc@ou.edu

Oklahoma Assocation of Center for IL
Progressive Independence, Inc.
121 North Porter Road
Norman, OK 73071
EMAIL: jlhughes@progind.org

Green Country IL Resource Center
Vicki Haws
4100 SE Adams Road, Suite C-105
Bartlesville, OK 74006
EMAIL: vhaws@cableone.net

Sandra Beasley ILC
Frieda Kliewer
705 South Oakwood Road
Enid, OK 73703
EMAIL: fkliewer@sbilc.com

Oklahomans for Independent Living
Mike Ward
601 East Carl Albert Parkway
McAlester, OK 74501
EMAIL: r-mike-ward@sbcglobal.net

Progressive Independence, Inc.
Jeff Hughes
121 North Porter Road
Norman, OK 73071
EMAIL: jlhughes@progind.org

Ability Resources
Carla Lawson
823 South Detroit, Suite 110
Tulsa, OK 74021
EMAIL: clawson@ability-resources.org

Jan Campbell, SILC Chair
500 Summer Street, NE, Suite E-87
Salem, OR 97301
EMAIL: jcampbell@ci.portland.or.us or
oregon.silc@state.or.us

Tina Treasure, SILC Executive Director
500 Summer Street, NE, Suite E-87
Salem, OR 97301
EMAIL: tina.m.treasure@state.or.us

Oregon Association of Centers for
Independent Living (AOCIL)
P.O. Box 9425
Bend, OR 97708
EMAIL: glenrvc@coril.org

Central Oregon Resources for IL (CORIL)
Glenn Van Cise
20436 Clay Pigeon Court; P.O. Box 9425
Bend 97708
Bend, OR 97702
EMAIL: coril@coril.org

South Coast IL Services (SCILS)
Elaine Lortscher
16399 Lower Harbor Road; P.O. Box 2338
Brookings, OR 97415
EMAIL: scils06@yahoo.com

Lane Independent Living Alliance (LILA)
Jon West
99 West Tenth Avenue, Suite 117; P.O. Box
12106 Eugene 97440
Eugene, OR 97401
EMAIL: lila@lilaoregon.org

HASL Independent Abilities Center
Randy Samuelson
305 Northeast E Street
Grants Pass, OR 97523
EMAIL: hasl1@qwest.net

SPOKES Unlimited
Wendy Howard
415 Main Street
Klamath Falls, OR 97601
EMAIL: info@spokesunlimited.org

Progressive Options
Mary Cone
657 SW Coast Highway
Newport, OR 97365
EMAIL: progop541@yahoo.com

Eastern Oregon CIL (EOCIL)
Kirt Toombs
1021 Southwest Fifth Avenue
Ontario, OR 97914
EMAIL: eocil@eocil.org

Eastern Oregon CIL (EOCIL Satellite)
Kirt Toombs
17 Southwest Frazer, Suite 325
Pendleton, OR 97801
EMAIL: eocil@eocil.org

Independent Living Resources, Inc. (ILR)
Barry Quamme
2410 Southeast 11th Avenue
Portland, OR 97214
EMAIL: ilrpdx@qwest.net

Umpqua Valley disAbilities Network
(UVDN)
Executive Director
419 Northeast Winchester Street; P.O. Box
507
Roseburg, OR 97470
EMAIL: uvdn@uvdn.org

John Tague, Jr., SILC Chair
2 North Second Street, Suite 100
Harrisburg, PA 17101
EMAIL: jtaguejr@aol.com

Corey Rowley, Executive Director
2 North Second Street, Suite 100
Harrisburg, PA 17101
EMAIL: clrowley@pasilc.org

Pennsylvania Council on Independent Living
101 South Second Street, Suite 4
Harrisburg, PA 17101
EMAIL: borstein@pcil.net

Lehigh Valley Center for Independent Living
Amy Beck
435 Allentown Drive
Allentown, PA 18109
EMAIL: amybeck@lvcil.org

Liberty Resources (Satellite)
Thomas Earle
919 South Ninth Street
Allentown, PA 18103
EMAIL: LRinc@libertyresources.org

CIL of South Central Pennsylvania
Susan Estep
1603 Ninth Avenue
Altoona, PA 16602
EMAIL: cilscpa@cilscpa.org

CIL of Central Pennsylvania
Theotis Braddy
207 House Avenue, Suite 107
Camp Hill, PA 17011
EMAIL: office@cilcp.org

Community Resources for Independence
Executive Director
1200 Eastwood Drive
Clarion, PA 16214
FAX: (814) 297-7161

Community Resources for Independence
(CRI), Inc.
Timothy Finegan
2222 Filmore Avenue
Erie, PA 16506
EMAIL: info@crinet.org

Three Rivers CIL (Satellite)
Stan Holbrook
3800 West 12th Street
Erie, PA 16505
EMAIL: erieoffice@trcil.org

Voices for Independence
Shona Eakin
1107 Payne Avenue
Erie, PA 16503
EMAIL: seakin@voicesforindependence.org

Anthracite Region CIL
Denise Corcoran
8 West Broad Street, Suite 228
Hazleton, PA 18201
EMAIL: dcorcoran@anthracitecil.org

Community Resource Independence (Satellite)
Timothy Finegan
3875 East State Street, Suite B
Hermitage, PA 16148
FAX: (724) 347-4121

Disability Empowerment Center
Jerry Wright
313 West Liberty Street, Suite 107
Lancaster, PA 17603
EMAIL: dec.cil@verizon.net

CIL of Bucks County
Elizabeth Hensil
One Oxford Valley, Suite 318
Langhorne, PA 19047
EMAIL: eahensil@verizon.net

Community Resource Independence (Satellite)
Timothy Finegan
434 Market Street, Suite 201
Lewisburg, PA 17837
FAX: (570) 524-9236

Three Rivers CIL (Satellite)
Stan Holbrook
1429 New Butler Road, Suite 1
New Castle, PA 16101
FAX: (724) 657-8404

Disability Options Network
Chris Lloyd
101 South Mercer Street, Suite 102
New Castle, PA 16101
EMAIL: don05@adelphia.net

Freedom Valley Disability Enablement, Inc.
Ann Cope
3607 Chapel Road
Newtown Square, PA19073
EMAIL: facopefvdc@msn.com

Community Resource Independence (Satellite)
Timothy Finegan
300 Hospital Drive, Suite 109-115
North Warren, PA 16365
FAX: (814) 723-5474

Community Resources for Independence
Executive Director
255 Elm Street, Suite 1
Oil City, PA 16301
FAX: (814) 676-2897

Liberty Resources, Inc.
Thomas Earl
714 Market Street, Suite 100
Philadelphia, PA 19106
EMAIL: LRInc@ex.libertyresources.org

Three Rivers Center for Independent Living
Stan Holbrook
900 Rebecca Avenue
Pittsburgh, PA 15221
EMAIL: sholbrook@trcil.org

Abilities in Motion
Ralph Trainer
416 Blair Avenue
Reading, PA 19601
EMAIL: aimed@abilitiesinmotion.org

Northeast Pennsylvania CIL
Daniel Loftus
431 Wyoming Avenue, Lower Level, IBEW
Scranton, PA 18503
EMAIL: dloftus_601@msn.com

Life & Independence for Today
Robert Mecca
503 Arch Street Extension
St. Marys, PA 15857
EMAIL: lift@liftcil.org

Tri-County Patriots for IL (Satellite)
Kathleen Kleinman
108 West Main Street, Suite B
Uniontown, PA 15401
EMAIL: behanna@tripil.com

Community Resources for Independence
Executive Director
300 Hospital Drive, Stone Bldg.
Warren, PA 16365
EMAIL: none

Tri-County Patriots for Independent Living
Kathleen Kleinmann
69 East Beau Street
Washington, PA 15301
EMAIL: kathleen@tripil.com

Three Rivers CIL (Satellite)
Stan Holbrook
150 West Beau Street, Suite 217
Washington, PA 15301
Email: washoffice@trcil.org

CIL of North Central Pennsylvania
George Morton
210 Market Street, Suite A
Williamsport, PA 17701
EMAIL: office@cilncp.org

Center for IL Opportunities
Hillary Hasson
150 Roosevelt Avenue, Suite 300
York, PA 17401
EMAIL: hhillary@verizon.net

Marya Berryos, SILC Chair
P.O. Box 70344--Personal Mail Box 170
San Juan, PR 00936
FAX: (787) 763-7085

Amarilys De Llovio, SILC Executive Director
P.O. Box 70344--Personal Mail Box 170
San Juan, PR 00936
EMAIL: cevi@ahora.net

Centro de Vida Independiente
Maria Mercedes LaTorre
Apartado 191681
Hato Rey, PR 00919
EMAIL: vra@vrapr.gov

Centro Ponceno de Vida Independiente
Carmen Morales
P.O. Box 331903
Ponce, PR 00733
EMAIL: clmm250@hotmail.com

Movimiento Alcance Vida Independiente
(Movement to Reach an Independent Life)
Rose Esteves
P.O. Box 25277
San Juan, PR 00928
EMAIL: mavi01@prtc.net

Sharon Kimbriel, SILC Chair
93 Gooding Avenue, Suite 3
Bristol, RI 02809
EMAIL: skimbriell@cox.net

Camille Pansa, SILC Executive Director
93 Gooding Avenue, Suite 3
Bristol, RI 02809
EMAIL: cpansa@risilc.org

PARI Independent Living Center
Leo Canuel
500 Prospect Street
Pawtucket, RI 02860
EMAIL: lcanuel@pari-ilc.org

Ocean State CIL (OSCIL)
Lorna Ricci
1944 Warwick Avenue
Warwick, RI 02889
EMAIL: lricci@oscil.org

Will Fore, SILC Chair
810 Dutch Square Blvd., Suite 214
Columbia, SC 29210
EMAIL: wfore5051@aol.com

Maris Burton, SILC Executive Director
810 Dutch Square Blvd., Suite 214
Columbia, SC 29210
EMAIL: scilcdir@aol.com

Disability Action Center, Inc.
Stephen Maglione
1115 Belleview Avenue
Columbia, SC 29201
EMAIL: amayne@dacsc.org

Disability Action Center, Inc. (Satellite)
Stephen Maglione
712 Laurens Road
Greenville, SC 29607
EMAIL: amayne@dacsc.org

Disability Solutions
Scottie O'Neal
963-A West Carolina Avenue
Hartsville, SC 29550
EMail: disabilitysol1@aol.com

Walton Options for Independent Living, South
Carolina
Tiffany Johnston
325 Georgia Avenue
North Augusta, SC 29841
EMAIL: tjohnston@waltonoptions.org

Disability Resource Center
Gilbert Smith
7944 Dorchester Road, Suite 5
North Charleston, SC 29418
Email: gsmith@drcilc.org

Tom Kober, SILC Chair
46004 Timber Road
Vermillion, SD 57068
EMAIL: tkober@c-s-d.org

Shelley Pfaff, SILC Executive Secretary
221 South Central Avenue
Pierre, SD 57501
EMAIL: shellyp@sd-ccd.org

Opportunities for IL
Gary Wald
1200 South Main Street, Suite A
Aberdeen, SD 57401
EMAIL: gary.oil@midconetwork.com

Opportunities for Independent Living
(Branch)
Gary Wald
1371 Dakota Avenue South, Suite 203
Huron, SD 57350
EMAIL: gary.oil@midconetwork.com

Prairie Freedom CIL (Satellite)
Matt Cain
411 Southeast Tenth Street, Suite 102
Madison, SD 57042
EMAIL: p-f-c@pfcil.org

Prairie Freedom CIL (Satellite)
Matt Cain
417 North Main Street, Suite 101; P.O. Box
1001
Mitchell, SD 57301
EMAIL: p-f-c@pfcil.org

Western Resources for disABLED
Independence (Branch)
Ann Van Loan
455 South Pierre Street
Pierre, SD 57501
EMAIL: dorthy@wrdi.org

Western Resources for disABLED
Independence
Ann Van Loan
405 East Omaha, Suite D
Rapid City, SD 57701
EMAIL: ann@wrdi.org

Prairie Freedom CIL
Matt Cain
4107 South Carnegie Circle
Sioux Falls, SD 57106
EMAIL: p-f-c@pfcil.org

Western Resources for disABLED
Independence (Satellite)
Ann Van Loan
712 Fifth Street, Suite 2
Spearfish, SD 57783
EMAIL: toni@wrdi.org

Opportunities for IL (Branch)
Gary Wald
312 Ninth Avenue, Southeast, Suite C
Watertown, SD 57201
EMAIL: gary.oil@midconetwork.com

Native American Advocacy Project
Marla Bull Bear
P.O. Box 527; 208 East Second Street
Winner, SD 57580
EMAIL: admin@sdnaap.org

Prairie Freedom CIL of Yankton (Satellite)
Matt Cain
413 West 15th, Suite 106
Yankton, SD 57078
EMAIL: p-f-c@pfcil.org

Michael Seay, SILC Chair
240 Great Circle Road, Suite 333
Nashville, TN 37228
FAX: (615) 255-2495

Tennessee Disability Coalition
480 Craighead Street, Suite 200
Nashville, TN 37204
coalition@tndisability.org

Tri-State Resource and Advocacy Corp.
Mark Woolfal
5708 Uptain Road, Suite 350
Chattanooga, TN 37411
EMAIL: 4trac@bellsouth.net

Jackson Center for Independent Living
Glen Barr
1981 Hollywood Drive, Suite 200
Jackson, TN 38305
EMAIL: jcil05-06@yahoo.com

Disability Resource Center
Lillian Burch
900 East Hill Avenue, Suite 120
Knoxville, TN 37915
EMAIL: drc@drctn.org

Memphis Center for Independent Living
Deborah Cunningham
1633 Madison Avenue
Memphis, TN 38104
EMAIL: mcil@mcil.org

CIL of Middle Tennessee
Tom Hopton
955 Woodland Street
Nashville, TN 37206
EMAIL: cilmt@tndisability.org

TARP Center for Independent Living, Inc.
Bob Leonard
1016 Tyson Avenue, Unit A
Paris, TN 38242
EMAIL: tarpcil@charterinternet.com

Paula Margeson, SILC Chair
P.O. Box 9879
Austin, TX 78766
EMAIL: pmargeson@verizon.net

Regina Blye, SILC Executive Director
5555 North Lamar, Suite K-103
Austin, TX 78751
EMAIL: texsilc@texas.net

Texas Association of Centers for Independent
Living (TACIL, Inc.)
4902 34th Street, Suite 5
Lubbock, TX 79410
EMAIL: wilmacrain@yahoo.com

Panhandle ILC (PILC)
Carl McMillen
1118 South Taylor Street
Amarillo, TX 79101
EMAIL: advocacy@nts-online.net

Coalition for Barrier Free Living/Brazoria
County CIL (Satellite)
Sandra Bookman
1100 D East Mulberry
Angleton, TX 77515
EMAIL: bccil@neosoft.com

Austin Resource CIL
Ronald Rocha
825 East Rundberg Lane, Suite A-1
Austin, TX 78753
EMAIL: arcil@arcil.com

Resource, Information, Support &
Empowerment (RISE)
Cheryl Bass
755 South 11th Street, Suite 101
Beaumont, TX 77701
EMAIL: cherylbass@risecil.org

Heart of Central Texas ILC
Peggy Cosner
2180 North Main Street; P.O. Box 636
Belton, TX 76513
EMAIL: pcosner@hoctilc.org

Coastal Bend CIL
Judy Telge
1537 Seventh Street
Corpus Christi, TX 78404
EMAIL: judyt@acicbcil.org

Crockett Resource CIL (CRCIL)
Cynthia Cook
1020 Loop 304 East
Crockett, TX 75835
EMAIL: crcil@consolidated.net

Rehabilitation, Education & Advocacy for
Citizens with Handicaps Resource (REACH)
CIL
Charlotte Stewart
8625 King George Drive, Suite 210
Dallas, TX 75235
EMAIL: reachdallas@reachcils.org

REACH (Satellite)
Charlotte Stewart
405 South Elm, Suite 405
Denton, TX 76201
EMAIL: reachden@reachcils.org

Volar Center for Independent Living
Luis Enrique Chew
8929 Viscount, Suite 101
El Paso, TX 79925
EMAIL: volar@volarcil.org

REACH Resource Center-Fort Worth
Charlotte Stewart
1205 Lake Street
Fort Worth, TX 76102
EMAIL: reachftw@reachcils.org

VAIL (Satellite)
Woody Johnston
1824 West Jefferson, Suite B
Harlingen, TX 78550
EMAIL: wjohnston@valleyassociation.org

Coalition for Barrier Free Living/Houston CIL
Sandra Bookman
6201 Bonhomme Road, Suite 150 S
Houston, TX 77036
EMAIL: hcil@neosoft.com

Lifetime Independence for Everyone
(LIFE)/RUN CIL
Michelle Crain
4902 34th Street, Suite 5
Lubbock, TX 79410
EMAIL: wilmacrain@yahoo.com

Valley Association CIL (VAIL)
Woodie Johnston
3012 North McColl Road, Suite B
McAllen , TX 78501
EMAIL: wjohnston@valleyassociation.org

A.B.L.E. Center for Independent Living
Marilyn Hancock
3641 Dixie Blvd.
Odessa, TX 79761
EMAIL: info@ablecenterpb.org

CRCIL-Palestine Resource Center (Satellite)
Cynthia Cook
421 Avenue A
Palestine, TX 75801
EMAIL: prcil@earthlink.net

Austin Resource Center (Satellite)
Ronald Rocha
525 Round Rock West, Suite A-120
Round Rock, TX 78681
EMAIL: roundrock@arcil.com

San Antonio IL Services (SAILS)
Kitty Brietzke
1028 South Alamo
San Antonio, TX 78210
EMAIL: kbrietzke@sailstx.org

Austin Resource Center (Satellite)
Ronald Rocha
618 South Guadalupe Street, Suite 103
San Marcos, TX 78666
EMAIL: sanmarcos@arcil.com

Coalition for Barrier Free Living/Fort Bend
CIL (Satellite)
Sandra Bookman
12946 Dairy Ashford Road, Suite 110
Sugarland, TX 77478
EMAIL: fbcil@neosoft.com

East Texas CIL
Sarah Wilson
4713 Troup Highway
Tyler, TX 75703
EMAIL: etcil@etcil.org

Heart of Central Texas ILC (Satellite)
Peggy Cosner
1905 Washington Avenue
Waco, TX 76701
EMAIL: pcosner@hoctilc.org

Bill Young, SILC Director
1800 South West Temple, Suite 204
Salt Lake City, UT 84115
EMAIL: byoung@usilc.org

Association of Independent Living Centers in
Utah (AILU)
P.O. Box 448
Morgan, UT 84050
EMAIL: uilc@xmission.org;
cclerico@optionsind.org

OPTIONS for Independence (Branch)
Kris Nelson
862 South Main Street, Suite 9
Brigham City, UT 84302
EMAIL: krisn@brigham.net

Red Rock Center for Independence (Satellite)
Doreen Christenson
P.O. Box 531
Fillmore, UT 84631
EMAIL: doreen@rrci.org

OPTIONS for Independence
Cheryl Atwood
1095 North Main
Logan, UT 84341
EMAIL: catwood@optionsind.org

Active Re-Entry (Satellite)
Joey Allred
P.O. Box 122
Moab, UT 84532
EMAIL: active@arecil.org

Tri-County ILC of Utah
Andy Curry
2726 Washington Blvd.; P.O. Box 428  Ogden
84402
Ogden, UT 84401
EMAIL: andy@tri-county-ilc.com

Active Re-Entry
Nancy Bentley
10 South Fairgrounds Road
Price, UT 84501
EMAIL: active@arecil.org

Central Utah ILC
Sandra Curcio
491 North Freedom Blvd.
Provo, UT 84601
EMAIL: sandra@cucil.org

Utah Independent Living Center, Inc.
Debra Mair
3445 South Main Street
Salt Lake City, UT 84115
EMAIL: uilc@xmission.com

Red Rock Center for Independence (Out-
Station)
Garry Owens
515 West 300 North, Suite A
St. George, UT 84770
EMAIL: rrci@rrci.org

Utah ILC (Branch)
Angie Slater
33 South Main Street
Tooele, UT 84074
EMAIL: uilc@trilobyte.com

Active Re-Entry (Satellite)
Joan James
Box 580
Vernal, UT 84078
EMAIL: active@easilink.com

Harriet Hall, SILC Chair
95 Pine Grove Cemetery Road
Newport, VT 05855
EMAIL: greenharriet@yahoo.com

Lynne Goodson, SILC Executive Director
P.O. Box 311
Waterbury, VT 05676
EMAIL: vtsilc@aol.com

Vermont CIL (Satellite)
Deborah Lisi-Baker
324 Main Street
Bennington, VT 05201
EMAIL: vcil@vcil.org

Vermont CIL (Satellite)
Deborah Lisi-Baker
28 Vernon Street, Suite 401
Brattleboro, VT 05301
EMAIL: vcil@vcil.org

Vermont CIL
Deborah Lisi-Baker
11 East State Street
Montpelier, VT 05602
EMAIL: vcil@vcil.org

Vermont CIL (Satellite)
Deborah Lisi-Baker
145 Pine Haven Shores Road, Suite 1137
Shelburne, VT 05482
EMAIL: vcil@vcil.org

Marcia DuBois, Acting SILC Chair
Valley Association for IL
205 B South Liberty Street
Harrisonburg, VA 22801
EMAIL: vail@govail.org

Richard Kriner, SILC Staff
8004 Franklin Farms Drive
Richmond, VA 23229
EMAIL: richard.kriner@drs.virginia.gov

Virginia Association of CILs
1502-B Williamson Road, Northeast
Roanoke, VA 24012
Karen Michalski-Karney, President

Appalachian Independence Center
Greg Morrell
230 Charwood Drive
Abingdon, VA 24210
EMAIL: gmorrell@naxs.net

ENDependence Center of Northern Virginia
David Burds
3100 Clarendon Blvd.
Arlington, VA 22201
EMAIL: info@ecnv.org

Appalacian Independence Center(Satellite)
Gregg Morrell
800 Randall Street Expressway; P.O. Box
16744
Bristol, VA 24209
EMAIL: aicadmin@ntelos.net

Resources for Independent Living, Inc.
(Satellite)
Sandra Wagener
7501-B Atkins Road
Charles City, VA 23030
EMAIL: woodsonf@cavtel.net

Independence Resource Center
Thomas Vandever
815 Cherry Avenue
Charlottesville, VA 22903
EMAIL: tvandever@ntelos.net

New River Valley (BRILC Satellite)
Ned Bane
215 Roanoke Street
Christiansburg, VA
(540) 381-8829

Piedmont ILC
Clarence Dickerson
1045 Main Street
Danville, VA 24540
EMAIL: pilc@gamewood.com

Junction CIL (Satellite)
Dennis Horton
P.O. Box 408; 4907 Boone Trail Road
Duffield, VA 24244
EMAIL: jcil1@junctioncenter.org

Eastern Shore CIL
Althea Pittman
4364 Lankford Highway, Suite A
Exmore, VA 23350
EMAIL: altheapittman@yahoo.com

disAbility Resource Center
Debe Fults
409 Progress Street
Fredericksburg, VA 22401
EMAIL: drc@cildrc.org

Appalacian Independence Center(Satellite)
Gregg Morrell
104 Rex Lane
Galax, VA 24333
EMAIL: aicadmin@ntelos.net

Clinch IL Services
Betty Bevins
1139C Plaza Drive; P.O. Box 2741
Grundy, VA 24614
EMAIL: cils@vzavenue.net

Insight Enterprises, Inc. Peninsula CIL
Ralph Shelman
2021 A Cunningham Drive, Suite 2
Hampton, VA 23666
EMAIL: iepcil@iepcil.org

Valley Associates for Independent Living
Marcia Dubois
205-B South Liberty Street
Harrisonburg, VA 22801
EMAIL: vail@govail.org

VAIL (Branch)
Marcia Dubois
25 Northridge Lane Suite 6
Lexington, VA 24450
EMAIL: vail@govail.org

Blue Ridge ILC (Satellite)
Wayne Anderson
P.O. Box 7, Room 631
Low Moor, VA 24457
FAX: (540) 862-0252

Lynchburg Area CIL
Phil Theisen
500 Alleghany Avenue, Suite 520
Lynchburg, VA 24501
EMAIL: lacil@lacil.org

Independence Empowerment Center
Mary Lopez
9001 Diggs Road, Suite 103
Manasses, VA 20110
EMAIL: info@ieccil.org

Resources for Independent Living, Inc.
(Satellite)
Sandra Wagener
7284-A Hanover Green Drive
Mechanicsville, VA 23111
EMAIL: woodsonf@cavtel.net

ENDependence Center, Inc.
Steve Johnson
6300 East Virginia Beach Blvd.
Norfolk, VA 23502
EMAIL: ecinorf@endependence.org

Junction CIL
Dennis Horton
147 Plaza Road, Suite 229; P.O. Box 1210
Norton, VA 24273
EMAIL: jcil1@junctioncenter.org

Resources for Independent Living, Inc. (Satellite)
Sandra Wagener
1845-A Fort Mahone Road
Petersburg, VA 23805
EMAIL: woodsonf@cavtel.net

Resources for Independent Living, Inc.
Sandra Wagener
4009 Fitzhugh Avenue, Suite 100
Richmond, VA 23230
EMAIL: woodsonf@cavtel.net

Resources for Independent Living, Inc. (Satellite)
Sandra Wagener
7333 Whitepine Road
Richmond, VA 23237
EMAIL: woodsonf@cavtel.net

Blue Ridge Independent Living Center
Karen Michalski-Karney
1502-B Williamson Road, Northeast
Roanoke, VA 24012
EMAIL: kmichalski@brilc.org

Access Independence
Donald Price
403B South Loudoun Street
Winchester, VA 22601
EMAIL: askai@accessindependence.org

Appalacian Independence Center(Satellite)
Greg Morrell
P.O. Box 1073
Wytheville, VA 24382
EMAIL: aicadmin@ntelos.net

Dawn O'Bryan, SILC Chair
P.O. Box 4840
Kingshill, VI 00851
EMAIL: silc1256@yahoo.com

David Rauschenberger, SILC Executive Director
P.O. Box 4840
Kingshill, VI 00851
EMAIL: silc1256@yahoo.com

Virgin Islands Association for IL
Felicia Brownlow
P.O. Box 3305
Charlotte Amalie, St. Thomas, VI 00803
EMAIL: vialfab@viaccess.net

Independent Living Center
Felicia Brownlow
9027 Peter's Rest
Christiansted, VI 00820
(340) 719-1256

Shelley Hawkins, SILC Chair
P.O. Box 45343
Olympia, WA 98504
EMAIL: honanrw@dshs.wa.gov

Robert Honan, SILC Executive Director
P.O. Box 45343
Olympia, WA 98504
EMAIL: honanrw@dshs.wa.gov

Central Washington Disability Resources
Von Elison
422 North Pine Street
Ellensburg, WA 98926
EMAIL: marianne@cwdrinfo.org

disAbility Resource CONNECTION
Charles Lane
607 SE Everett Mall Way, Suite 6C
Everett, WA 98208
EMAIL: drcservices@drconline.net

Center for Independence
Executive Director
10828 Gravelly Lake Drive Southwest, Suite 112
Lakewood, WA 98499
EMAIL: board@centerforindependence.org

disAbility Resources of South West
Washington
Jim Baker
1339 Commerce Street, Suite 303
Longview, WA 98632
EMAIL: disabilityresources@darsw.com

Alliance of People with disAbilities
Robert Blumenfeld
16315 Northeast 87th Street, Suite B-3
Redmond, WA 98052
EMAIL: info@disabilitypride.org

Alliance of People with disAbilities-Seattle
Jeanette Murphy
4649 Sunnyside Avenue North, Suite 100
Seattle, WA 98103
EMAIL: info@disabilitypride.org

Coalition of Responsible Disabled (CORD)
Linda McClain
612 North Maple Street
Spokane, WA 99201
EMAIL: contact@cordwa.info

disAbility Resources of Southwest
Washington
Jim Baker
5501 Northeast 109th Court, Suite N
Vancouver, WA 98662
EMAIL: disabilityresources@darsw.com

Jan Derry, SILC Chair
737 Powell Avenue
Morgantown, WV 26505
EMAIL: jderry@nwvcil.org

Ann Meadows, SILC Executive Director
P.O. Box 625
Institute, WV 25112
EMAIL: ann.meadows@wvsilc.org

Mountain State CIL (Satellite)
Kevin Maynus
329 Prince Street
Beckley, WV 25801
EMAIL: mtstcil@mtstcil.org

Appalachian Center for Independent Living,
Inc. (Satellite)
Larry Paxton
4710 Chimney Drive, Suite C
Charleston, WV 25302
EMAIL: acil@westco.net

Northern West Virginia CIL (Elkins Branch
Office)
Inetta Fluharty
1109 US Route 33 East
Elkins, WV 26241
EMAIL: assist@sunnyelkins.com

Mountain State Centers for Independent
Living
Anne Weeks
821 Fourth Avenue
Huntington, WV 25701
EMAIL: mtstcil@mtstcil.org

Northern West Virginia CIL (NWVCIL)
Jan Derry
601-3 East Brockway Avenue, Suite A & B
Morgantown, WV 26501
EMAIL: nwvcil@nwvcil.org

Northern West Virginia CIL (NWVCIL-
Branch Office)
Deana Poling-Lopez
P.O. Box 545
Romney, WV 26757
EMAIL: veryfrazzled@citlink.net

Mountain State CIL (Satellite)
Brenda Goodfellow
P.O. Box 31
Sistersville, WV 26155
EMAIL: mtstcil@mtstcil.org

Appalachian CIL (Satellite)
Bonnie Greathouse
811 Madison Avenue, Suite 106
Spencer, WV 25276
EMAIL: bonnieacil@yahoo.com

Kathie Knoble Iverson, SILC Chair
Independent Living Council of Wisconsin
(ILCW)
4439 Mormon Coulee Road
La Crosse, WI 54601
EMAIL: ilcw@ilcw.org

Mike Bachhuber, SILC Executive Director
Independent Living Council of Wisconsin
(ILCW)
201 West Washington Avenue, Suite 110
Madison, WI 53703
EMAIL: director@ilcw.org

Wisconsin Coalition of Independent Living
Centers (WCILC)
201 West Washington Avenue, Suite 110
Madison, WI 53703
(608) 444-3842
EMAIL: moryan@charter.net

Options for Independent Living, Inc.
(Satellite)
Tom Diedrick
820 West College Avenue
Appleton, WI 54914
EMAIL: info@optionsil.com

North Country Independent Living (Branch)
John Nousaine
422 West Third Street, Suite B114
Ashland, WI 54806
EMAIL: ncilstew@charterinternet.com

Society's Assets (Satellite)
Bruce Nelson
615 East Geneva Street
Elkhorn, WI 53121
EMAIL: bruce.nelsen@sai-inc.org

IndependenceFirst (Satellite)
Lee Schulz
885 Badger Circle
Grafton, WI 53024
EMAIL: lee@independencefirst.org

Options for Independent Living, Inc.
Tom Diedrick
555 Country Club Road; P.O. Box 11967
Green Bay, WI 54307
EMAIL: tomd@optionsil.org

Society's Assets, Inc. (Satellite)
Bruce Nelson
5727 Sixth Avenue
Kenosha, WI 53140
EMAIL: bruce.nelsen@sai-inc.org

Independent Living Resources, Inc.
Kathie Knoble-Iverson
4439 Mormon Coulee Road
La Crosse, WI 54601
EMAIL: advocacy@ilresources.org

Access to Independence, Inc.
Bob Unkel
2345 Atwood Avenue
Madison, WI 53704
EMAIL: info@accesstoind.org

CIL for Western Wisconsin, Inc. (CILWW)
Tim Sheehan
2920 Schneider Avenue East
Menomonie, WI 54751
EMAIL: cilww@cilww.com

IndependenceFIRST
Lee Schulz
600 West Virginia Street
Milwaukee, WI 53204
EMAIL: kavery@independencefirst.org

Society's Assets, Inc.
Bruce Nelsen
5200 Washington Avenue, Suite 225
Racine, WI 53406
EMAIL: info@sai-inc.org

Midstate Independent Living Consultants
(Satellite)
Jennifer Fasula
203 Schieck Plaza; P.O. Box 369
Rhinelander, WI 54501
EMAIL: jfasula@milc-inc.org

CILWW (Satellite)
Tim Sheehan
113 North Main Street
Rice Lake, WI 54868
EMAIL: info@cilww.com

IL Resources (Satellite)
Rochelle Bishop
149 East Mill Street, Suite A
Richland Center, WI 53581
EMAIL: advocacy@ilresources.org

Midstate Independent Living Consultants, Inc.
Jennifer Fasula
3262 Church Street, Suite 1
Stevens Point, WI 54481
EMAIL: milc@milc-inc.org

North Country Independent Living
John Nousaine
2231 Catlin Avenue
Superior, WI 54880
EMAIL: ncil@superior-nfp.org

IndependenceFirst (Outreach)
Lee Schulz
121 Wisconsin Street
Waukesha, WI 53186
EMAIL: lee@independencefirst.org

IndependenceFirst (Outreach)
Executive Director
735 South Main Street
West Bend, WI 53095
EMAIL: lee@independencefirst.org

William Marsh, SILC Chair
8420 Quartz Circle
Evansville, WY 82636
EMAIL: wyobill38@sdwinc.com

Ed Heimer, SILC Secretary
1301 Rumsey Avenue
Cody, WY 82414
EMAIL: eheime@state.wy.us

Wyoming Independent Living Rehabilitation,
Inc.
Kenneth Hoff
305 West First Street
Casper, WY 82601
EMAIL: dpotter@trib.org

Wyoming IL Rehabilitation, Inc. (Branch)
Kenneth Hoff
1616 East 11th Stree
Cheyenne, WY 82001
EMAIL: krissmith@vcn.com

Wyoming Services for IL
Carol Fontaine
1156 South Second Street
Lander, WY 82520
EMAIL: wsil@wyoming.com

Wyoming IL Rehabilitation, Inc. (Branch)
Kenneth Hoff
214 South Third
Laramie, WY 82070
EMAIL: kuribe@vcn.com

Wyoming Services for IL (Satellite)
Carol Fontaine
P.O. Box 765
Powell, WY 82435
EMAIL: wsil@wyoming.com

Wyoming IL Rehabilitation, Inc. (Branch)
Kenneth Hoff
511 North 12th East
Riverton, WY 82501
EMAIL: mcountryman@vcn.com

Wyoming Services for IL (Satellite)
Carol Fontaine
P.O. Box 1791
Rock Springs, WY 82902
EMAIL: wsil@wyoming.com

Wyoming Services for IL (Satellite)
Carol Fontaine
P.O. Box 457
Thayne, WY 82901
EMAIL: wsil@wyoming.com

Ellen Gillespie, Ph.D., Executive Director
Alabama Disabilities Advocacy Program
(ADAP)
The University of Alabama
526 Martha Parham West
P.O. Box 870395
Tuscaloosa, AL 35487-0395
E-mail: ADAP@adap.ua.edu

Rachel Hughes, Coordinator
Department of Rehabilitation Services
2129 East South Boulevard
Montgomery, AL 36116
E-mail: rachel.hughes@rehab.alabama.gov

Dave Fleurant, Executive Director
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK 99503
E-mail: akpa@dlcak.org

Pam Stratton, Director
ASIST, Inc.
2900 Boniface Parkway, Suite 100
Anchorage, AK 99504-3195
E-mail: akcap@alaska.com

Pita Tauanu'u, Director
Office of Protection and Advocacy for the
Disabled
P.O. Box 3937
Pago Pago, AS 96799
E-mail: p_tauanuu@yahoo.com

Hellene F. Stanley, Assistant to the Director
Office of Protection and Advocacy for the
Disabled
P.O. Box 3937
Pago Pago, AS 96799

Jami Snyder, Executive Director
Governor's Council on Developmental
Disabilities
3839 N. 3rd Street, Suite 306
Phoenix, AZ 85012
(602) 277-4986
E-mail: jsnyder@azdes.gov

Leslie Cohen, Executive Director
Arizona Center for Disability Law
100 N. Stone Avenue, Suite 305
Tucson, AZ 85701
E-mail: lcohen@acdl.com

Nan Ellen East, Executive Director
Disability Rights Center
1100 N. University, Suite 201
Little Rock, AR 72207
E-mail: panda@arkdisabilityrights.org

Eddie Miller, CAP Director
Disability Rights Center
1100 N. University, Suite 201
Little Rock, AR 72207
E-mail: panda@arkdisabilityrights.org

Catherine Blakemore, Executive Director
Protection and Advocacy, Inc.
100 Howe Avenue, Suite 185N
Sacramento, CA 95825-8219
E-mail: legalmail@pai-ca.org

Sheila Conlon Mentkowski, Chief
Client Assistance Program
Department of Rehabilitation
2000 Evergreen Street, 1st Floor
Sacramento, CA 95815
E-mail: smentkow@rehab.cahwnet.gov

Mary Anne Harvey, Executive Director
The Legal Center for People with Disabilities
and Older People
455 Sherman Street, Suite 130
Denver, CO 80203
E-mail: tlcmail@thelegalcenter.org

James McGaughey, Executive Director
Office of Protection and Advocacy for
Persons with Disabilities
60 B Weston Street
Hartford, CT 06120-1551
E-mail: OPA-Information@po.state.ct.us

Brian Hartman, Program Director
Disabilities Law Program
Community Service Building
100 W. 10th Street, Suite 801
Wilmington, DE 19801

Melissa Shahan, Director
Client Assistance Program, United Cerebral
Palsy, Inc.
254 E. Camden-Wyoming Avenue
Camden, DE 19934
E-mail: capucp@magpage.com

Jane Brown, Executive Director
University Legal Services: Protection and
Advocacy
220 I Street, N.E., Suite 130
Washington, DC 20002
E-mail: jbrown@uls-dc.org

Joseph Cooney, Program Director
Client Assistance Program
University Legal Services: Protection and
Advocacy
Washington, DC 20002

Gary J. Weston, Executive Director
Advocacy Center for Persons with Disabilities
2671 Executive Center Circle West, Suite 100
Tallahassee, FL 32301-5092
E-mail: info@advocacycenter.org

Ruby Moore, Executive Director
The Georgia Advocacy Office
150 E. Ponce de Leon Avenue, Suite 430
Decatur, GA 30030
E-mail: info@thegao.org

Georgia Client Assistance Program
123 N. McDonough Street
Decatur, GA 30030

GLSC Disability Law Center
113 Bradley Place
Hagatña, GU 96910
E-mail: glsc@netpci.com

Gary Smith, President
Hawaii Disability Rights Center
900 Fort Street Mall, Suite 1040
Honolulu, HI 96813
E-mail: info@HawaiiDisabilityRights.org

James Baugh, Executive Director
Comprehensive Advocacy, (Co-Ad, Inc.)
Idaho's Protection and Advocacy System
4477 Emerald Street, Suite B-100
Boise, ID 83706-2066
E-mail: coadinc@cableone.net

Zena Naiditch, CEO/President
Equip for Equality, Inc.
20 N. Michigan, Suite 300
Chicago, IL 60602
E-mail: contactus@equipforequality.org

Cathy Meadows, Manager
Illinois Client Assistance Program
100 N. First Street, 1st Floor West
Springfield, IL 62702-5197
E-mail: cathy.meadows@illinois.gov

Thomas Gallagher, Executive Director
Indiana Protection and Advocacy Services
4701 N. Keystone Avenue, Suite 222
Indianapolis, IN 46205
E-mail: info@ipas.in.gov

Sylvia Piper, Executive Director
Iowa Protection and Advocacy Services, Inc.
950 Office Park Road, Suite 221
West Des Moines, IA 50265
E-mail: info@ipna.org

Jackie Witterman, Consultant
Department of Human Rights
Division of Persons with Disability
Client Assistance Program
Capitol Complex, Lucas Building
Des Moines, IA 50319
E-mail: jackie.witterman@iowa.gov

Rocky Nichols, Executive Director
Disability Rights Center of Kansas
635 SW Harrison, Suite 100
Topeka, KS 66603
E-mail: info@drckansas.org

Rocky Nichols, Executive Director
Disability Rights Center of Kansas
Client Assistance Program
635 SW Harrison, Suite 100
Topeka, KS 66603
E-mail: info@drckansas.org

Maureen Fitzgerald, Director
Protection and Advocacy
100 Fair Oaks Lane, Third Floor
Frankfort, KY 40601
E-mail Web Form:
www.kypa.net/contact/question.html

Gerry Gordon-Brown, Director
Client Assistance Program
209 St. Clair, 5th Floor
Frankfort, KY 40601
E-mail: Gerry.Gordon-Brown@ky.gov

Stephanie Patrick, Director of Outreach &
Training
The Advocacy Center
1010 Common Street, Suite 2600
New Orleans, LA 70112
E-mail: spatrick@advocacyla.org
E-mail: advocacycenter@advocacyla.org

Diane Mirvis, Director
Client Assistance Program
The Advocacy Center
2620 Centenary Boulevard, Suite 248
Shreveport, LA 71104
E-mail: dmirvis@advocacyla.org

Kimberly A. Moody, Executive Director
Disability Rights Center
24 Stone Street
P.O. Box 2007
Augusta, ME 04338-2007
E-mail: advocate@drcme.org

Stephen Beam, Program Director
C.A.R.E.S., Inc
47 Water Street, Suite 104
Hallowell, ME 04347
E-mail: steve.beam@caresinc.org

Virginia Knowlton, Director
Maryland Disability Law Center
1800 N. Charles, Suite 400
Baltimore, MD 21201

Beth Lash, Director
Division of Rehabilitation Services
2301 Argonne Drive
Baltimore, MD 21218
E-mail: cap@dors.state.md.us

Stanley J. Eichner, Executive Director
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
E-mail: mail@dlc-ma.org

Barbara Lybarger, Director
Client Assistance Program
Massachusetts Office on Disability
One Ashburton Place, Room 1305
Boston, MA 02108
E-mail barbara.lybarger@state.ma.us

Elmer Cerano, Executive Director
Michigan Protection and Advocacy Service, Inc.
4095 Legacy Parkway, Suite 500
Lansing, MI 48911-4263
E-mail: ecerano@mpas.org

Manuela Kress-Shull, Ph.D., CRC, LPC
Director of Employment Advocacy
Client Assistance Program
Michigan Protection and Advocacy Service, Inc.
4095 Legacy Parkway, Suite 500
Lansing, MI 48911-4263
E-mail: mkress@mpas.org

Pamela Hoopes, Legal Director
Minnesota Disability Law Center
430 First Avenue, North, Suite 300
Minneapolis, MN 55401-1780
E-mail: phoopes@midmnlegal.org

Rebecca Floyd, Executive Director
Mississippi Protection and Advocacy System
5305 Executive Place
Jackson, MS 39206
E-mail: info@mspas.com

Presley Posey, Director
Client Assistance Program
Mississippi Society for Disabilities
500 G.E. Woodrow Wilson Drive
P.O. Box 4958
Jackson, MS 39296-4958
E-mail: pposey8803@aol.com

Shawn de Loyola, Executive Director
Missouri Protection and Advocacy Services
925 S. Country Club Drive
Jefferson City, MO 65109
E-mail: mopasjc@earthlink.com

Bernadette Franks Ongoy, Executive Director
Montana Advocacy Program
P.O. Box 1681
Helena, MT 59624
E-mail: advocate@mtadv.org

Bernadette Franks-Ongoy, CAP Director
Montana Advocacy Program
P.O. Box 1681
Helena, MT 59624
E-mail: advocate@mtadv.org

Timothy Shaw, CEO
Nebraska Advocacy Services, Inc.
134 South 13th Street, Suite 600
Lincoln, NE 68508
E-mail: info@nebraskaadvocacyservices.org

Victoria Rasmussen, CAP Director
Nebraska Department of Education
301 Centennial Mall South
P.O. Box 94987
Lincoln, NE 68509-4987
E-mail: victoria.rasmussen@cap.ne.gov

Jack Mayes, Executive Director
Nevada Disability Advocacy and Law Center
6039 Eldora Avenue, Suite C - Box 3
Las Vegas, NV 89146
E-mail: ndalc@ndalclv.org

Robin Hall-Walker, Director
Client Assistance Program
Department of Employment, Training and Rehabilitation
Rehabilitation Division, Rehabilitation Administration
2800 E. St. Louis Avenue
Las Vegas, NV 89104
E-mail: detrcap@nvdetr.org

Richard Cohen, Executive Director
Disabilities Rights Center, Inc.
18 Low Avenue
Concord, NH 03301
E-mail: advocacy@drcnh.org
Web: www.drcnh.org

Bill Hagy, Ombudsman
Client Assistance Program (CAP)
Governor's Commission on Disability
57 Regional Drive
Concord, NH 03301-8518
E-mail: bill.hagy@nh.gov

Sarah W. Mitchell, Executive Director
New Jersey Protection and Advocacy, Inc.
210 S. Broad Street, 3rd Floor
Trenton, NJ 08608
E-mail: advocate@njpanda.org

James Jackson, Executive Director
Protection and Advocacy System, Inc.
1720 Louisiana Boulevard, N.E., Suite 204
Albuquerque, NM 87110
E-mail: info@nmpanda.org

Marcel Chaine, Director
Division of Protection and Advocacy Program
Administration
401 State Street
Schenectady, NY 12305-2397
E-mail: marcel.chaine@cqcapd.state.ny.us

Lisa Rosano-Kaczkowski, CAP Director
401 State Street
Schenectady, NY 12305-2397
E-mail: lisa.rosano@cqcapd.state.ny.us

Adele Foschia, Executive Director
Disability Rights North Carolina
2626 Glenwood Avenue
Raleigh, NC 27608
E-mail: afoschia@disabilityrightsnc.org

Kathy Brack, Director
Client Assistance Program
2806 Mail Service Center
Raleigh, NC 27699-2806
E-mail: Kathy.Brack@ncmail.net

Teresa Larsen, Executive Director
North Dakota Protection and Advocacy
Project
400 E. Boulevard Avenue, Suite 409
Bismarck, ND 58501
E-mail: panda@nd.gov

North Dakota Client Assistance Program
1237 W. Divide Avenue, Suite 3
Bismarck, ND 58501-1208
E-mail: cap@nd.gov

Juanita S. Malone, Executive Director
Northern Marianas Protection and Advocacy
Systems, Inc.
P.O. Box 503529 CK
Saipan, MP 96950
E-mail: nmpasi@pticom.com

Juanita S. Malone, Executive Director
Client Assistance Program
Northern Marianas Protection and Advocacy
Systems, Inc.
P.O. Box 503529 CK
Saipan, MP 96950
E-mail: nmpasi@pticom.com

Michael Kirkman, Executive Director
Ohio Legal Rights Service
50 W. Broad Street, Suite 1400
Columbus, OH 43215-5923
E-mail: WebMaster@olrs.state.oh.us

Michael Kirkman, Executive Director
Ohio Legal Rights Service
50 W. Broad Street, Suite 1400
Columbus, OH 43215-5923
E-mail: WebMaster@olrs.state.oh.us

Kayla A. Bower, J.D., Executive Director
Oklahoma Disability Law Center, Inc
2915 Classen Boulevard
300 Cameron Building
Oklahoma City, OK 73106
E-mail: kayla@okdlc.org

Marilyn Burr, Director
Client Assistance Program
Office of Disability Concerns
2401 N.W. 23rd, Suite 90
Oklahoma City, OK 73107

Robert Joondeph, Executive Director
Oregon Advocacy Center
620 S.W. 5th Avenue, Suite 500
Portland, OR 97204-1428
E-mail: welcome@oradvocacy.org

Eilene Shane, CEO
Pennsylvania Protection and Advocacy Inc.
1414 N. Cameron Street, Suite C
Harrisburg, PA 17103
E-mail: ppa@ppainc.org

Stephen Pennington, Statewide Director
Pennsylvania Client Assistance Program
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103
E-mail: info@equalemployment.org

Jose R. Ocasio, Esq., Ombudsman
Office of the Ombudsman for Persons with
Disabilities
P.O. Box 41309
San Juan, PR 00940-1309
E-mail: jrocasio@oppi.gobierno.pr

Maria Rosa, Coordinator
Office of the Ombudsman for Persons with
Disabilities
P.O. Box 41309
San Juan, PR 00940-1309
E-mail: mrosa@oppi.gobierno.pr

Raymond L Bandusky, Executive Director
Rhode Island Disability Law Center
349 Eddy Street
Providence, RI 02903
E-mail: rbandusky@ridlc.org

Gloria M. Prevost, Executive Director
Protection and Advocacy for People with
Disabilities, Inc.
3710 Landmark Drive, Suite 208
Columbia, SC 29204
E-mail: info@protectionandadvocacy-sc.org

Larry Barker, Ph.D., Director
Office of the Governor
Client Assistance Program
1205 Pendelton Street, Room 447
Columbia, SC 29201
E-mail: lbarker@oepp.sc.gov

Robert J. Kean, Executive Director
South Dakota Advocacy Services
221 S. Central Avenue
Pierre, SD 57501
E-mail: sdas@sdadvocacy.com

Shirley Shea, Executive Director
Disability Law & Advocacy Center of
Tennessee (DLAC)
2416 21st Avenue South, Suite 100
Nashville, TN 37212
E-mail: shirleys@dlactn.org
E-mail: gethelp@dlactn.org

Mary Faithfull, Executive Director
Advocacy, Inc.
7800 Shoal Creek Boulevard, Suite 171-E
Austin, TX 78757
E-mail: infoai@advocacyinc.org
Web: www.advocacyinc.org

Jeff Tate
Advocacy, Inc.
7800 Shoal Creek Boulevard, Suite 171-E
Austin, TX 78757
E-mail: jtate@advocacyinc.org

Disability Law Center
205 North 400 West
Salt Lake City, UT 84103
E-mail: info@disabilitylawcenter.org

Nancy Breiden, Director
Disability Law Project
57 N. Main Street
Rutland, VT 05701
E-mail: nbreiden@vtlegalaid.org

Ed Paquin, Executive Director
Vermont Protection and Advocacy, Inc.
141 Main Street, Suite 7
Montpelier, VT 05602
E-mail: info@vtpa.org

Amelia Headley-LaMont, Executive Director
Virgin Islands Advocacy, Inc.
63 Cane Carlton
Fredericksted, St. Croix, VI 00840
E-mail: info@drcvi.org

V. Colleen Miller, Director
Virginia Office for Protection and Advocacy
(VOPA)
1910 Byrd Avenue, Suite 5
Richmond, VA 23230

Mark Stroh, Executive Director
Washington Protection and Advocacy System
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
E-mail: wpas@wpas-rights.org

Jerry Johnsen, Director
Client Assistance Program
2531 Rainier Avenue South
Seattle, WA 98144
E-mail: caprogram@qwest.net

Clarice Hausch, Director
West Virginia Advocates
1207 Quarrier Street, 4th Floor
Charleston, WV 25301
E-mail: WVAinfo@wvadvocates.org

Susan Given, Program Director
Client Assistance Program
West Virginia Advocates
1207 Quarrier Street, 4th Floor
Charleston, WV 25301
E-mail: WVAinfo@wvadvocates.org

Lynn Breedlove, Executive Director
Disability Rights Wisconsin
131 W. Wilson Street, Suite 700
Madison, WI 53703
E-mail: lynnb@drwi.org

Linda Vegoe, Director
Client Assistance Program
Department of Agriculture
Trade and Consumer Protection
2811 Agriculture Drive
P.O. Box 8911
Madison, WI 53708-8911
E-mail: linda.vegoe@datcp.state.wi.us

Jeanne Thobro, Executive Director
Protection and Advocacy System, Inc.
320 W. 25th Street
Cheyenne, WY 82001
E-mail: wypanda@vcn.com

Lee Beidleman, Advocate
Client Assistance Program
Protection and Advocacy System, Inc.
320 W. 25th Street, 2nd Floor
Cheyenne, WY 82001
E-mail: wypanda@vcn.com

Chris Gray
American Council of the Blind
1155 15th St. NW
Suite 1004
Washington, DC 20005
Chruistopher_gray@symantec.com

Frank Kurt Cylke
National Library Services for the Blind and
Physically Handicapped
Library of Congress
1291 Taylor St., NW
Washington, DC 20542
fcyl@loc.gov

Sharon Sacks
Association for Education and Rehabilitation
for the Blind and Visually Impaired
500 Walnut Ave.
Fremont, CA 94536
szsacks@aol.com

Susan Spungin
American Foundation for the Blind
11 Penn Plaza, Suite 300
New York, NY 10001
spungin@afb.net

Tom Miller
Blinded Veterans Association
477 H Street, NW
Washington, DC 20001
tommiller@hotmail.com

Tuck Tinsley
American Printing House for the Blind
1839 Frankfort Ave.
Louisville, KY 40206
ttinsley@aph.org

Lawrence Campbell
Overbrook School for the Blind
6333 Malvern Ave.
Philadelphia, PA 19151
larry@obs.org

Loyd Coppenger
Lutheran Braille Workers, Inc.
P.O. Box 5000
Yucaipa, CA 92399
lbw@lbwinc.org

Dawn Turco
Hadley School for the Blind
700 Elm St.
Winnetka, IL 60093
info@hadley-school.org

John Kelly
Recording for the Blind and Dyslexic
20 Roszel Road
Princeton, NJ 08540
media@rfbd.org

Karla Storrer
Blind Children's Fund
311 West Broadway
Suite 1
Mt. Pleasant, MI 48858
bcf@blindchildrensfund.org

Kathy Spahn
Helen Keller International
352 Park Avenue South
Suite 1200
New York, NY 10010
Info@hki.org

Joe Sullivan
Duxbury Systems, Inc.
270 Littleton Road, Unit 6
Westford, MA 0188
joe@duxsys.com

Freedom Scientific Blind/Low Vision Group
11800 31st Court North
St. Petersburg, FL 33716
dianeb@hj.com

Marvin Sandler
Independent Living Aids, Inc.
200 Robbins Lane
Jericho, NY 11753
marvin@independentliving.com

Steven Rothstein
Perkins School for the Blind
175 North Beacon Street
Watertown, MA 02472
Steven.rothstein@perkins.org

National Industries for the Blind
1310 Braddock Place
Alexandria, VA 22314

National Council of State Agencies for the
Blind
4733 Bethesda Ave., Suite 330
Bethesda, MD 20814

Gene Lozano
California Council of the Blind
578 B. Street
Hayward, CA 94541
lozanoe@csus.edu

LightHouse for the Blind
214 Van Ness Avenue
San Francisco, CA 94102
jcarlson@lighthouse-sf.org