LAURENCE W. PARADIS (California Bar No. 122336)
ROGER N. HELLER (California Bar No. 215348)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:  (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
RACHEL E. BRILL (California Bar No. 233294)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Fax:  (415) 421-7105
TTY:  (415) 421-1655

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:  (410) 385-0869

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone:  (315) 443-9703
Fax:  (315) 443-9725

Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND and the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members; and BRUCE F. SEXTON, JIM MARKS, and MELISSA WILLIAMSON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION AND DOES ONE-TEN,<br><br>Defendants. | Case No. C-06-01802 MHP<br><br>**CLASS ACTION**<br><br>[Proposed] **ORDER APPROVING FORM OF NOTICE AND NOTICE DISTRIBUTION PLAN**<br><br>Date: None Set<br>Time: None Set<br>Judge: Hon. Marilyn Hall Patel |

[PROPOSED] ORDER APPROVING FORM OF NOTICE AND NOTICE DISTRIBUTION PLAN
*NFB, et al. v. Target Corporation*, Case No. C 06-01802 MHP

Dockets.Justia.com

By letter dated and filed December 21, 2007:

- Plaintiffs submitted a proposed form of notice to the class. The parties have agreed on this form of notice.
- Plaintiffs indicated that they have retained RG2 Claims Administration, LLP as third-party notice administrator. Defendant has agreed to this selection.
- Plaintiffs submitted a proposed distribution list for the notice and described their plan for distribution.

This Court having reviewed and considered the above, and good cause appearing, hereby ORDERS the following:

1. The form of notice attached as Exhibit A to Plaintiffs' December 21, 2007 letter, which the parties agreed to, is approved.
2. The Court approves of RG2 Claims Administration, LLP as third-party notice administrator.
3. The third-party notice administrator shall maintain a record of all class members who opt out, and provide a report to the Court and parties of such within 30 days of the conclusion of the opt-out period.
4. The Court approves of Plaintiffs' proposed distribution list, attached as Exhibit B to Plaintiffs' December 21, 2007 letter, and distribution plan, including:
   a. Plaintiffs shall have until February 15, 2008 to have the case website, www.NFBtargetlawsuit.com, up and running.
   b. The third-party notice administrator shall insert in the notice a date certain for the opt-out deadline of 70 days from when notice is mailed/emailed.

IT IS SO ORDERED.

Dated: January 24, 2008

HONORABLE MA[...]
United States Distri[...]

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHNEIDER & WALLACE

[PROPOSED] ORDER APPROVING FORM OF NOTICE AND NOTICE DISTRIBUTION PLAN
*NFB, et al. v. Target Corporation*, Case No. C 06-01802 MHP