

2001 Center Street, Third Floor
Berkeley, CA 94704-1204
Phone (510) 665-8644
Fax (510) 665-8511
TTY (510) 665-8716
www.dralegal.org

BOARD OF DIRECTORS
William F. Alderman
*Orrick, Herrington & Sutcliffe*
Leslie Aoyama
*Nordstrom*
Shelley Bergum
*California Communications Access Foundation*
Peter Blanck
*Burton Blatt Institute*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Laurence Paradis
*Disability Rights Advocates*
Walter Park
*Access Consultant*
Anne E. Schneider
*LD Access Foundation, Inc.*
Todd Schneider
*Schneider & Wallace*
Michael P. Stanley
*Legal Consultant*
Liane Chie Yasumoto
*Culture! Disability! Talent!*

ATTORNEYS AND FELLOWS
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Jennifer Weiser Bezoza
*Senior Staff Attorney*
Roger Heller
*Senior Staff Attorney*
Kevin Knestrick
*Staff Attorney*
Mary-Lee Kimber
*Staff Attorney*
Kasey Corbit
*DRA Attorney-Fellow*
Stephanie Biedermann
*Arthur Liman Fellow*
Claire-Therese Luceno
*Cotchett/DRA Fellow*
Julia Pinover
*David Boies / LD Access Fellow*

ADVISORY BOARD
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

February 6, 2008

**Via Electronic Service and U.S. Mail**

The Honorable Marilyn Hall Patel
Northern District of California
United States Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

   RE: *NFB v. Target*, Case No. C-06-01802 MHP

Dear Judge Patel:

  By Order dated January 24, 2008, Your Honor approved the proposed form of notice to the class in the above-referenced case. Plaintiffs are preparing to distribute the notice shortly, and hereby respectfully request that the Court formally execute the final notice that will actually be distributed to the class. Defendant does not oppose the entry of this formal order.

  A copy of the final notice is attached hereto. Please note that the only changes that have been made to the form of notice that the Court previously approved is that the appropriate opt-out deadline and contact information for the opt-out administrator have now been inserted.

Sincerely,

Roger Heller
Class Counsel

# NOTICE OF CLASS ACTION LAWSUIT

ALL LEGALLY BLIND INDIVIDUALS WHO HAVE ATTEMPTED TO ACCESS TARGET.COM SINCE FEBRUARY 7, 2003 MAY HAVE A CLAIM AS DESCRIBED BELOW:

A lawsuit has been brought against Target Corporation ("Target") concerning the Target.com website. In the lawsuit, Plaintiffs allege that Target.com has, during the period of time covered by the lawsuit, failed to contain features needed by blind customers who use screen access software to access websites. Plaintiffs allege that U.S. and California law require websites such as Target.com to be accessible to the blind. Target disputes this and alleges that it has not violated any federal or state laws relating to its website.

The lawsuit, *National Federation of the Blind v. Target Corp.* (Case No. 06-01802 MHP), is proceeding as a class action in the United States District Court for the Northern District of California before Judge Marilyn Hall Patel. The Court has certified the following two classes: (1) a nationwide class for claims under the Americans with Disabilities Act ("ADA"); and (2) a California class for claims under two California state civil rights laws – the Unruh Civil Rights Act and the Disabled Persons Act.

Plaintiffs allege that during the time period covered by the case, Target failed to make its website accessible to the blind by, among other things:

    1. Failing to provide labels for pictures and other images that can be read by screen access software (these labels are called "alt tags" by web designers);
    2. Failing to ensure that all functions can be performed with a keyboard and not just a mouse;
    3. Failing to ensure that forms for website visitors to fill-out on-line are labeled in ways the screen access software can recognize;
    4. Failing to include marked headings within each page that can be recognized by screen access software so that blind people can easily navigate the site.

Target contends that it has taken steps to make its goods and services accessible to the blind and visually impaired, and Target disputes Plaintiffs' allegations that the website was inaccessible.

Plaintiffs in the lawsuit are seeking injunctive relief under federal and California law requiring Target to make and keep its website fully accessible to the blind. The federal ADA does not provide a damage remedy for cases such as this lawsuit. The California statutes, however, do provide for damage remedies including statutory minimum damages in the amount of $4,000 per offense (Unruh Act) or $1,000 per offense (Disabled Persons Act). The California statutes also allow for the award of actual damages instead of the statutory minimum damages, as well as punitive damages in appropriate cases for the purpose of punishing a defendant. Plaintiffs in this case are only seeking the statutory minimum damages for each member of the California class.

If you are a legally blind individual in the United States who has attempted to access Target.com since February 7, 2003 and as a result of access barriers on the website have been denied access to the enjoyment of goods and services offered in Target stores, then you may have a claim as part of the nationwide ADA class. As such, you have the following options:

1. You may choose to do nothing in which case you will be bound by future orders and rulings in this lawsuit regarding access to Target.com;
2. You may seek to intervene in the case directly on your own behalf or through an attorney that you hire to represent you.

If you are a legally blind individual in California who has attempted to access Target.com since February 7, 2003 and have experienced access barriers on the website, you may have a claim as part of the California class. As such, you may choose one of the two options listed above, or you may choose to opt out of the damages portion of the case. If you choose to opt out, you will not be awarded any statutory damages from this lawsuit. However, if you opt-out you will preserve any rights you would otherwise have to sue Target for damages.

If you wish to opt out of the damages portion of the case, you must either:

1. Visit **www.NFBtargetlawsuit.com** and follow the instructions for completing and submitting an online Opt-Out Form; or

2. Send a completed Opt-Out Form or other written request to opt-out of the damages portion of the case to the Opt-Out Administrator at: RG2 Claims Administration, LLC P.O. Box 59479, Philadelphia, PA. 19102-9479. You may call the Opt-Out Administrator at 1 (866)742-4955 to obtain an Opt-Out Form or to request assistance in completing and submitting an Opt-Out Form.

All requests to opt-out submitted by mail must be postmarked by May 2, 2008 to be effective. All requests to opt-out made through **www.NFBtargetlawsuit.com** or otherwise must be received by the Opt-Out Administrator by May 2, 2008 to be effective.

The Court has appointed the following attorneys to represent the nationwide and California classes:

**Laurence W. Paradis**
**Roger Heller**
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, CA 94704
Phone: (510) 665-8644
Fax: (510) 665-8511
rheller@dralegal.org

**Joshua Konecky**
**Rachel Brill**
Schneider & Wallace
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 421-7100
Fax: (415) 421-7105
rbrill@schneiderwallace.com

**Daniel F. Goldstein**
**Mehgan Sidhu**
Brown Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Phone: (410) 962-1030
Fax: (410) 385-0869
ms@browngold.com

You may contact class counsel for more information about this lawsuit. You may also find out information about this lawsuit, including information about the opt-out procedures, by visiting **www.NFBtargetlawsuit.com**.

You may also consult the documents in the public file of this lawsuit, which is available from the United States District Court, Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA. 94102. Please call the Clerk's Office at (415) 522-2000 for information regarding hours and procedures for reviewing the public file. Please do not contact Judge Patel directly.

It is so ordered.

Dated: _____, 2008

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE