| | |
|---|---|
| LAURENCE W. PARADIS (California Bar No. 122336)<br>ROGER N. HELLER (California Bar No. 215348)<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, Third Floor<br>Berkeley, California 94704<br>Telephone: (510) 665-8644<br>Facsimile: (510) 665-8511<br>TTY: (510) 665-8716<br><br>JOSHUA KONECKY (California Bar No. 182897)<br>RACHEL BRILL (California Bar No. 233294)<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 421-7100<br>Fax: (415) 421-7105<br>TTY: (415) 421-1655<br><br>DANIEL F. GOLDSTEIN (*pro hac vice*)<br>dfg@browngold.com<br>BROWN, GOLDSTEIN & LEVY, LLP<br>120 E. Baltimore St., Suite 1700<br>Baltimore, MD 21202<br>Telephone: (410) 962-1030<br>Fax: (410) 385-0869<br><br>PETER BLANCK (*pro hac vice*)<br>900 S. Crouse Avenue<br>Syracuse, NY 13244-2130<br>Telephone: (315) 443-9703<br>Fax: (315) 443-9725<br><br>Attorneys for Plaintiffs | HAROLD J. McELHINNY (CA SBN 66781)<br>MATTHEW I. KREEGER (CA SBN 153793)<br>KRISTINA PASZEK (CA SBN 226351)<br>HMcElhinny@mofof.com<br>KPaszek@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Attorneys for Defendant<br>TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, the NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, on behalf of their members and all others similarly situated, BRUCE F. SEXTON, on behalf of himself and all others similarly situated, MELISSA WILLIAMSON, on behalf of herself and all other similarly situated, and JAMES P. MARKS, on behalf of himself and all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　Defendant. | Case No.   C06-01802 MHP<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER**<br>\* AS AMENDED BY COURT<br>Date:　TBD<br>Time:　TBD<br><br>Judge:　Hon. Marilyn Hall Patel |

1     WHEREAS, the Court's current case management Order, dated October 23, 2006
2 [Docket No. 70], limited discovery to class certification issues and set certain limits on written
3 discovery and depositions;

4     WHEREAS, the Court has now certified a nationwide class and a statewide class with
5 respect to Plaintiffs' federal and state law causes of actions, respectively, in this case;

6     WHEREAS, the Court has bifurcated the trial in this case into two phases, whereby Phase
7 One will address Defendant's liability and injunctive relief, and Phase Two, if there is a finding
8 of liability in Phase One, would address damages;

9     WHEREAS, the parties have met and conferred regarding a schedule for Phase One of
10 this case going forward, and have agreed to jointly propose to the Court the schedule for Phase
11 One set forth below;

12     The undersigned parties, by and through their counsel, herby stipulate to and request that:

13   1.   The Court adopt the following schedule for Phase One:

14       a.  Non-expert merits discovery is open and shall close on September 3, 2008.
15       b.  The deadline for simultaneous expert disclosure shall be October 1, 2008.
16       c.  The deadline for simultaneous rebuttal expert disclosure shall be October 29,
17          2008.
18       d.  Expert discovery shall close on November 26, 2008.
19       e.  The deadline for filing dispositive motions shall be January 5, 2009.
20       f.  Trial shall be scheduled to begin on March 3, 2009 or the soonest date
21          thereafter that is convenient for the Court. *

22   2.   The discovery limits set forth in the Court's case management Order dated October
23       23, 2006 (Docket No. 70) shall apply, except that each party reserves the right to
24       seek leave of Court to exceed these limits on good cause shown. Neither the
25       depositions taken by the parties to date nor Defendant's anticipated depositions of

\* Pretrial Conference set for 2/18/2009 at 2:30 p.m., will all pretrial submissions to be filed ten days prior to the conference.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Stipulation and [Proposed] Case Management Order
CASE NO. C06-01802 MHP

1

the recently-added class representatives Marks and Williamson shall count towards the limit of 20 depositions per side.

SO STIPULATED.

DATED: February 20, 2008

_____
Kristina Paszek
Attorney for Defendant

DATED: 2-20, 2008

_____
Larry Paradis
Attorney for Plaintiffs

### ~~(Proposed)~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/22, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and [Proposed] Case Management Order
CASE NO. C06-01802 MHP

2