1  LAURENCE W. PARADIS (CA Bar No. 122336)
   JULIA M. PINOVER (CA Bar No. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California 94704
   Telephone:   (510) 665-8644
4  Facsimile:   (510) 665-8511
5  TTY:         (510) 665-8716

PETER BLANCK (*pro hac vice*)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone:  (315) 443-9703
Fax:         (315) 443-9725

6  JOSHUA KONECKY (CA Bar No. 182897)
   CAMILLA ROBERSON (CA Bar No. 248296)
7  SCHNEIDER WALLACE
   COTTRELL BRAYTON KONECKY LLP
8  180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Telephone:   (415) 421-7100
10 Fax:         (415) 421-7105
   TTY:         (415) 421-1655
11 *Class Counsel for Plaintiffs.*

DANIEL F. GOLDSTEIN (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:      (410) 962-1030
Fax:             (410) 385-0869

12 MATTHEW KREEGER (CA Bar No.153793)
   KRISTINA PASZEK (CA Bar No. 226351)
13 MORRISON & FOERSTER
   425 Market Street
14 San Francisco, CA 94105
   Phone:       (415) 268-7000
15 Fax:         (415) 268-7522
   *Counsel for Defendant.*
16

17 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

18
19 NATIONAL FEDERATION OF THE
   BLIND, the NATIONAL FEDERATION OF
   THE BLIND OF CALIFORNIA, on behalf of
20 their members, Bruce F. Sexton, Jr., on behalf
   of himself and all others similarly situated,
21 Melissa Williamson on behalf of herself and
   all others similarly situated,  and James P.
22 Marks on behalf of himself and all others
23 similarly situated,

24        Plaintiffs,

25 v.

26 TARGET CORPORATION,

27        Defendant.

28

Case No.: C 06-01802 MHP

**CLASS ACTION**

(~~PROPOSED~~) **ORDER GRANTING**
**PRELIMINARY APPROVAL OF CLASS**
**SETTLEMENT; CONDITIONALLY**
**CERTIFYING SETTLEMENT CLASSES;**
**DIRECTING ISSUANCE OF**
**SETTLEMENT NOTICE; AND**
**SCHEDULING HEARING ON FINAL**
**APPROVAL**

Hearing Date:
Time:
Judge:         The Honorable Marilyn Hall
               Patel

sf-2567320

1  WHEREAS, the above-captioned action is pending before this Court and has previously

2  been certified as a class action pursuant to FRCP 23(a) and (b)(2);

3  WHEREAS, notice to the class has previously been issued per order of the Court and an

4  opportunity to opt out of the damages claims in the case has been afforded members of the

5  damages subclass;

6
7  WHEREAS, the parties have filed with the Court a proposed Class Settlement Agreement

8  and Release (the "Agreement"); and

9  WHEREAS, the parties have applied to this Court through a joint motion for an order (1)

10  certifying two classes for settlement purposes only, (2) granting preliminarily approval of the

11  Agreement resolving all claims in the above-captioned matter, (3) directing notice to the

12  settlement classes, and  (4) setting a fairness hearing; and

13  WHEREAS the Court has read and considered the Agreement and the Exhibits thereto,

14  the Joint Motion, and all of the supporting documents; and good cause appearing:

15  NOW, THEREFORE, IT IS HEREBY ORDERED:

16
17  1.  This Order incorporates by reference the definitions in the Agreement and all terms

18      defined therein shall have the same meaning in this Order as set forth in the

19      Agreement.

20  2.  The Joint Motion for Preliminary Approval of the settlement is granted.  All pending

21      pretrial deadlines and conferences and the trial date in this matter are hereby vacated.

22      It appears to the Court on a preliminary basis that the Agreement is fair, adequate and

23      reasonable.

24  3.  The Court hereby conditionally certifies pursuant to FRCP 23(a) and (b)(2) a class,

25      for settlement purposes only, for plaintiffs' injunctive and declaratory relief claims

26      under the Americans With Disabilities Act ("ADA") and California Civil Code

27      Sections 51 et. seq. and 54 et. seq.

28

*National Federation of the Blind, et al. v. Target Corporation*     Case No.:  C 06-01802 MHP
(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement
Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval
sf-2567320                                                                                              1

4. The Court hereby conditionally certifies pursuant to FRCP 23(a) and (b)(3) a class, for settlement purposes only. for plaintiffs' damages claims under California Civil Code Sections 51 et. seq. and 54 et. seq.

5. Certification of the settlement classes shall be solely for settlement purposes and without prejudice to the parties in the event that the Agreement is not finally approved by this Court or otherwise does not take effect. Certification of the settlement classes shall be vacated and shall have no effect in the event that the Agreement is not finally approved by this Court or otherwise does not take effect.

6. The Court hereby appoints and designates Named Plaintiffs National Federation of the Blind; National Federation of the Blind of California; Melissa Williamson and James Marks as representatives of the settlement class for plaintiffs' claims under the ADA;

7. The Court hereby appoints and designates Named Plaintiffs National Federation of the Blind; National Federation of the Blind of California; and Bruce Sexton, Jr. as representatives of the settlement class for plaintiffs' injunctive and declaratory relief claims under California Civil Code Sections 51 et. seq. and 54 et. seq.

8. The Court hereby appoints and designates Named Plaintiff Bruce Sexton, Jr. as representative of the settlement class for plaintiffs' damages claims under California Civil Code Sections 51 et. seq. and 54 et. seq.

9. The Court hereby appoints and designates the named plaintiffs' attorneys of record as class counsel for the settlement classes.

10. The full length notice attached as Ex. 1 to the Joint Motion ("Notice") and the claims notice attached as Ex. 2 to the Joint Motion ("Claims Notice") are hereby approved as to form. These notices shall be distributed as follows:

*National Federation of the Blind, et al. v. Target Corporation*    Case No.: C 06-01802 MHP
(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval
sf-2567320

2

a. By no later than *October 10*, 2008, the full length Notice shall be emailed or mailed by class counsel to the recipients listed in Ex. A to the Declaration of Laurence Paradis In Support of Joint Motion for Preliminary Approval of Settlement Agreement ("Paradis Declaration") with a request that the recipients post the notice for public review for a period of forty-five (45) days. Mailed copies of the Notice shall be sent by first class mail.

b. By no later than *October 10* 2008, the full length Notice in print and in an accessible electronic format on CD shall be mailed by First Class mail  by class counsel to any individuals that class counsel know are members of the damages settlement class.

c. By no later than *October 17*, 2008, the supplemental notice of the claims process attached as Ex. 2 to the Joint Motion ("Claims Notice") shall be emailed or mailed by class counsel to the recipients listed in Ex. B to the Paradis Declaration with a request that the recipients post the notice for public review for a period of ninety (90) days. Mailed copies of the Claims Notice shall be sent by First Class mail.

d. Starting no later than *October 10* 2008 and continuing until Final Approval of the Agreement, the full length Notice and the Claims Notice shall be posted on the following website:  www.NFBtargetlawsuit.com ("Settlement Website") in a format accessible to people using screen readers.

11. The Court finds that the distribution of the notices as set forth above meets the requirements of due process, the requirements of Rules 23(c)(2) and 23(e) of the Federal Rules of Civil Procedure, is the best practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto. On a date five (5) court days before the final fairness hearing described below, class counsel shall

*National Federation of the Blind, et al. v. Target Corporation*     Case No.:  C 06-01802 MHP     3
(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement
Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval
sf-2567320

1    file a sworn statement evidencing compliance with the notice provisions of this

2    Order.

3    12. A hearing (the "Fairness Hearing") shall be held before this Court

4    on *January 26*, at *2:00* p.m. in the United States District Court for the Northern

5    District of California, located at the Federal Building, 450 Golden Gate Avenue, 18th

6    Floor, Courtroom 15, San Francisco, California to determine whether the Agreement

7    shall be granted final approval, and to address any related matters including class

8
9    counsel's motion for an award of reasonable attorneys fees and costs.

10   13. Members of the settlement classes may register their objections to the settlement by

11   mailing written objections to the Court, Class Counsel, and Counsel for Target. Such

12   objections and copies of any papers and briefs in support of an objector's position

13   must include a statement verifying that the objector is a member of the proposed

14   settlement class or classes. Objections and accompanying verification must be

15   received no later than *December 9, 2008.* Members of the Settlement Classes who

16   also wish to appear at the Fairness Hearing and object to the settlement in person

17   must so state at the time they file their written objections. Any settlement class

18   member who does not make his or her objection in the manner provided for in this Order

19
20   shall be deemed to have waived such objection.

21   14. The Fairness Hearing may, from time to time and without further notice to settlement

22   class members (except those who have filed timely and valid objections), be

23   continued or adjourned by the Court. The Court reserves the right to adjourn or

24   continue all other dates provided for in the Agreement without further notice to

25   settlement class members.

26
27   15. Members of the Settlement Classes may not opt out of the settlement of the injunctive

28   and declaratory relief claims. Members of the damages subclass may opt out of the

*National Federation of the Blind, et al. v. Target Corporation* Case No.: C 06-01802 MHP     4
(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement
Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval
sf-2567320

damages portion of the Agreement by visiting the Settlement Website and following the instructions on that website for completing and submitting an online Opt-Out statement. Members of the damages subclass may also opt out by a completing an Opt-Out statement (which shall be available for download on the Settlement Website) or other written request to opt out of the damages portion of the case and submitting it to the Administrator identified in Paragraph 18, below. In order to be effective, all requests to opt out submitted by mail must be received by *December 9, 2008* ll requests to opt out made through **www.NFBtargetlawsuit.com** or otherwise must be received by the Administrator by *December 9, 2008* to be effective. Those individuals who previously opted out of the damages claims in this case will be treated as having opted out of the damages portion of the Agreement.

16. Any member of the settlement classes who does not opt out in the manner provided by the Agreement will be bound by the Final Judgment dismissing the Action with prejudice.

17. If more than 300 members of the damages settlement subclass opt out, Target may exercise its right under Section 12.4 of the Agreement to terminate the Agreement. Target's counsel will notify class counsel and the Court promptly if such termination occurs. If such termination occurs, all subsequent deadlines and hearings set forth in this order will be vacated, the parties will request a status conference, and the litigation will continue.

18. RG2 Claims Administration, Inc. ("RG2" and/or "Administrator") is hereby appointed as administrator for opt-out submissions and administrator of damage claims under the Agreement. The parties and RG2 will administer damages claims as provided for under the Agreement. RG2 shall maintain the Settlement Website and shall keep a written record of any individuals who opt out of the damages portion of

*National Federation of the Blind, et al. v. Target Corporation*     Case No.:  C 06-01802 MHP     5
**(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement
Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval**
sf-2567320

the Agreement pursuant to section 12.5 of the Agreement.  RG2 shall serve copies of any Opt-Out statements it receives on Class Counsel and Target's counsel not later that three (3) business days after receipt thereof and shall file the Opt-Out statements with the Clerk of the Court not later than ten (10) business days prior to the date set for the Final Approval hearing.

19. All responses to objections shall be filed with the Court and served by mail on the Parties' Counsel and on any objectors no later than ten (10) Court days before the Fairness Hearing.

20. Class Counsel shall file and serve on Target's counsel by *November 12* their motion for an award of reasonable attorneys' fees and costs.  If Target opposes the requested amount, Target shall file its opposition to the motion by *December 19, 2008*  Class Counsel may then file their reply by *December 24, 2008*.  The Court will rule on the motion for fees and costs at the Fairness Hearing.

21. In the event the Agreement does not become effective in accordance with the terms of the Agreement, or the Agreement is not finally approved, or is terminated, cancelled or fails to become effective for any reason, this Order shall be rendered null and void and shall be vacated.  The parties shall revert to their respective positions prior to entering into the Agreement and shall request that the Court set a status conference.

22. Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Agreement.

IT IS SO ORDERED.

Dated: *September 24, 2008*

MARILYN HALL PATEL
Judge of the United States District Court
Northern District of California

*National Federation of the Blind, et al. v. Target Corporation*     Case No.:  C 06-01802 MHP
**(Proposed) Order Granting Preliminary Approval of Class Settlement; Conditionally Certifying Settlement
Classes; Directing Issuance of Settlement Notice; and Scheduling Hearing on Final Approval**
sf-2567320

6