LAURENCE W. PARADIS (California Bar No. 122336)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

JOSHUA KONECKY (California Bar No. 182897)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

DANIEL F. GOLDSTEIN (pro hac vice)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:    (410) 962-1030
Fax:          (410) 385-0869

PETER BLANCK (pro hac vice)
900 S. Crouse Avenue
Syracuse, NY 13244-2130
Telephone:    (315) 443-9703
Fax:          (315) 443-9725

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

NATIONAL FEDERATION OF THE
BLIND, the NATIONAL FEDERATION OF
THE BLIND OF CALIFORNIA, on behalf of
their members, Bruce F. Sexton, on behalf of
himself and all others similarly situated,
Melissa Williamson on behalf of herself and
all others similarly situated, and James P.
Marks on behalf of himself and all others
similarly situated,

       Plaintiffs,

v.

TARGET CORPORATION,

       Defendant.

Case No.: C 06-01802 MHP

**CLASS ACTION**

**DECLARATION OF RICHARD M.
PEARL IN SUPPORT OF PLAINTIFFS'
MOTION FOR REASONABLE
ATTORNEYS' FEES AND COSTS**

Date:  January 26, 2009
Time:  2:00 pm
Judge: Honorable Marilyn H. Patel

//

//

I, Richard M. Pearl, declare:

1. I am a member in good standing of the California State Bar. This declaration is submitted in support of that motion.

2. Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley. After graduation, I spent fourteen years in federally funded legal services programs before going into private practice in 1982. From 1977 to 1982, I was Director of Litigation for California Rural Legal Assistance, Inc., a statewide legal services program with more than fifty attorneys. Since April 1987, I have been a sole practitioner in the San Francisco Bay Area. Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, and 2008. A copy of my Resume is attached hereto as Exhibit A.

3. Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees. I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues. I am the author of *California Attorney Fee Awards, 2d Ed.* (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 Supplements; the 2008 Supplement is currently in manuscript form. This treatise has been cited by the California appellate courts on more than 30 occasions. I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's *California Attorney's Fees Award Practice*. In addition, I authored a federal manual on attorneys' fees entitled *Attorneys' Fees: A Legal Services Practice Manual*, published by the Legal Services Corporation. I also co-authored the chapter on

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

"Attorney Fees" in Volume 2 of CEB's *Wrongful Employment Termination Practice, 2d Ed.* (1997).

4.      More than 90% of my practice is devoted to issues involving court-awarded attorney's fees.  I have been counsel in over 140 attorneys' fee applications in state and federal courts, primarily representing other attorneys.  I also have briefed and argued more than 40 appeals, at least 25 of which have involved attorneys' fees issues.  In the past nine years, I have successfully handled four cases in the California Supreme Court involving court-awarded attorneys' fees: 1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; 2) *Ketchum v. Moses* (2001) 24 Cal.4th 1122, which held, *inter alia*, that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's  contrary ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); 3) *Flannery v. Prentice* (2001) 26 Cal.4th 572, which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and 4) *Graham v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court.  I also successfully represented the plaintiffs in a previous attorneys' fee decision in the Supreme Court, *Maria P. v. Riles* (1987) 43 Cal.3d 1281.  I also have handled several Ninth Circuit attorneys' fees matters, including *Davis v. City & County of San Francisco,* 976 F.2d 1536 (9th Cir. 1992), *Mangold v. CPUC,* 67 F.3d 1470 (9th Cir. 1995), *Velez v. Wynne*, 2007 U.S.App.LEXIS 2194 (9th Cir. 2007), and most recently, *Camacho v. Bridgeport Financial, Inc.,* 523 F.3d 973 (9th Cir. 2008).  *See* Exhibit A.

//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

5.      I have been retained as an expert witness on attorneys' fee issues on at least 25 occasions, on behalf of both fee claimants and those opposing fee applications.  On at least 10 occasions, I have been qualified as an expert on attorneys' fees in judicial proceedings and arbitrations.  I also have served as an arbitrator and mediator of attorney fee issues.

6.      The 2008 rate for my services is $550 per hour, which is the rate I charge new market-rate paying clients for my services; I currently have several commercial clients paying that rate, and many other clients committed to paying that rate upon receipt of their fee awards.  My hourly rates have been paid by numerous clients and found reasonable by numerous courts.  My 2008 hourly rate of $550 per hour was found reasonable in *Camacho v. Bridgeport Financial, Inc.,* N.D. Cal.No. C-04-00478 CRB, Order filed August 25, 2008.  My 2007 rate of $535 per hour was found reasonable in five different cases: *Graham v. DaimlerChrysler,* Los Angeles County Superior Court No. BC215624, Fee Order filed December 10, 2007; *Moore v. Bank of America,* 2008 U.S.Dist.LEXIS 904 (S.D.Cal. 2008); *Denenberg v. CalTrans,* San Diego County Superior Court No. GIC 836582, Fee Order filed January 11, 2008; *Naidu v. California Public Utilities Commission,* San Francisco Superior Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007; and *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007. Both my 2006 rate of $525 per hour and my 2005 rate of $495 per hour were found reasonable by United States District Judge Thelton Henderson in *Coles et al. v. City of Oakland et al.,* N.D.Cal No. C03-2961 THE, Order Granting in Part and Denying in Part Plaintiff's Motions for Attorney's Fees and Costs, filed January 4, 2007.

//

**THE HOURLY RATES REQUESTED ARE REASONABLE**

7.     I am frequently called upon to opine about the reasonableness of attorneys' fees, and my declarations on that issue have been cited favorably by numerous courts.  I am aware of the hourly rates being charged by Plaintiffs' attorneys in this case, their experience and expertise, and the work they performed.  I have reviewed the billing rates claimed by Plaintiffs' counsel in this case.  The attorneys at Disability Rights Advocates ("DRA") are seeking compensation at 2008 rates from $745 to $285 for attorneys who graduated from law school from 1961 to 2007.  The attorneys at Brown, Goldstein & Levy ("BG&L") are seeking compensation at 2008 rates from $700 to $400 for attorneys who graduated from law school from 1974 to 2004.  The attorneys at Schneider Wallace Cottrell Brayton and Konecky LLP ("Schneider Wallace") are seeking compensation at 2008 rates from $500 to $425 for attorneys who graduated from law school from 1995 to 2003.  The rates being sought by Plaintiffs' counsel here are eminently reasonable in light of the information I have gathered as an attorneys' fees specialist.

8.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  This familiarity has been obtained in several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

9.     The information I have gathered, set out below, shows that the hourly rates Plaintiffs' counsel are claiming in this case are well within the range of non-contingent rates charged by California attorneys of equivalent experience, skill, and expertise for comparable services, as shown by the following facts regarding the non-contingent rates charged by attorneys for comparable services:

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS                    Page 5 of 30
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

a.      <u>Rates found reasonable in other cases.</u>  Plaintiffs' counsel's rates are within the range of the following rates awarded by the courts in the following cases:

2008 Rates:

(1)      *Jiminez v. Perot Systems Corporation*, U.S. District Court, Northern District of California, Case No. 08-2607 (N.D. Cal. July 28, 2008), Order Granting Plaintiff's Motion To Remand, in which Judge Maxine M. Chesney found the following 2008 hourly rates of Plaintiff's counsel Schneider Wallace reasonable in a wage and hour class action:

| Years of Experience | Rate |
|---|---|
| 13 | $500 |
| 2 | $325 |

(2)      *Armstrong v. Schwarzenegger,* U.S. District Court, Northern District of California, Case No. 94-2307 (N.D. Cal. June 27, 2008), in which Judge Claudia Wilken awarded Plaintiffs' counsel Rosen, Bien & Galvan, LLP, their full 2008 hourly rates:

| Years of Experience | Rate |
|---|---|
| 28 | $640 |
| 11 | $450 |
| 7 | $370 |
| 4 | $295 |

(3)      *Caplan v. CNA Financial Corp.*, U.S. District Court, Northern District of California, N.D Cal. No. C 06-5865 CW, Order Granting in Part Plaintiff's Motion for Attorneys' Fees and Denying Defendants' Cross-Motion for Attorneys' Fees, filed August 20, 2008, in which Judge Claudia Wilken found the following hourly rates reasonable in an individual case involving an ERISA violation:

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

| Years of Experience | Rate |
|---------------------|------|
| 20 | $575 |
| 6 | $350 |
| 4 | $330 |
| Law Clerks | $200 |

(4)     *Valdivia v. Schwarzenegger,* U.S. District Court, Eastern District of California, Case No. Civ. S-94-0671 LKK (E.D.Cal. June 30, 2008) (rates set forth in stipulation, Docket No. 1456, June 30, 2008), in which Judge Lawrence Karlton awarded Plaintiffs' counsel Rosen, Bien & Galvan, LLP, their full 2008 hourly rates.

| Years of Experience | Rate |
|---------------------|------|
| 28 | $640 |
| 11 | $450 |
| 7 | $370 |
| 4 | $295 |
| Paralegal, Summer Associates | $60-$80 |

## 2007 Rates:

(1)     *Craft v. County of San Bernadino,* U.S. District Court, Central District of California, Order Awarding Attorney's Fees and Costs, filed April 1, 2008, in which Judge Stephen G. Larson found the following hourly rates reasonable in a case involving violation of Constitutional rights:

//

//

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

| Years of Experience | Rate |
|---|---|
| 38 | $725 |
| 2 | $275 |
| Law Clerks | $200 |
| Paralegals | $110-$225 |

(2)      *Prison Legal News v. Schwarzenegger*,  U.S. District Court, Northern District of California, Order Granting in Part Plaintiff's Motion for Recovery of Fees and Establishment of a Semi-Annual Fee Process, filed April 10, 2008, in which Judge Claudia Wilken found the following hourly rates reasonable in a case involving censorship of prison publications and work on the attorneys' fee motion:

| Years of Experience | Rate |
|---|---|
| 45 | $700 |
| 6 | $340 |
| 5 | $325 |
| 4 | $295 |
| Paralegals and law clerks | $160-$170 |

(3)      *Naidu v. California Public Utilities Commission*, San Francisco Superior Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007, in which Judge Ronald E. Quidachy found, in an individual FEHA case, that $535 per hour was reasonable for the plaintiff's merits and fees attorneys, each of whom had 37 years experience. A 1.55 multiplier was applied to the merits lodestar.

(4)      *Marin v. Costco Wholesale Corp.*, Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007,

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

a wage and hour action under California Labor Code § 1194, in which Judge Bonnie Sabraw

found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 38 | $535 |
| 15 | $525 |
| 14 | $450-$455 |
| 11 | $450 |
| 10 | $350 |
| 5 | $350 |
| 3 | $295 |

## 2006 Rates

(1)     *Petroleum Sales, Inc. v. Valero Refining Co.*, (N.D. Cal. 2007) 2007 U.S.Dist.

LEXIS 70205, a commercial contract dispute, in which Judge Saundra Brown Armstrong

awarded 2006 hourly rates as follows:

| Years of Experience | Rate |
|---|---|
| 32 | $616 |
| 25 | $560 |
| 2 | $289 |
| 1 | $256 |
| Paralegals | $120 |

(2)     *Marin v. Costco Wholesale Corp.*, Alameda County Superior Court No. RG 04-

150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007,

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS

*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

a wage and hour action under California Labor Code § 1194, in which Judge Bonnie Sabraw found the following 2006 rates reasonable, plus a 1.3 lodestar multiplier:

| Years of Experience | Rate |
|---|---|
| 14 | $455 |
| 13 | $425 |
| 10 | $425 |
| 9 | $350 |
| 4 | $350 |
| 2 | $235 |

    (3)    *Coles, et al. v. City of Oakland et al.*, N.D. Cal. No. C-03-2961 TEH (Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorneys' Fees and Costs, filed January 4, 2007), a police practices action, in which the court found the following 2006 rates reasonable, plus a 1.10 multiplier on the merits and 1.05 multiplier on the fee application:

| Years of Experience | Rate |
|---|---|
| 37 | $525 |
| 15 | $420 |
| 11 | $400 |

    (4)    *Turner v. Association of American Medical Colleges*, Alameda County Superior Court No. RG04-166148 (Order Granting Motion for Attorneys' Fees and Costs, filed December 27, 2006), a disability rights action, in which the court found the following 2006 rates of DRA reasonable, plus a 1.30 multiplier:

//

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS          Page 10 of 30
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

| Years of Experience | Rate |
|---|---|
| 45 | $645 |
| 21 | $525 |
| 20 | $495 |
| 15 | $455 |
| 11 | $425 |
| 7 | $325 |
| 5 | $325 |
| 4 | $275 |
| 3 | $255 |
| 2 | $235 |
| 1 | $235 |
| Law Clerks | $125-$150 |
| Paralegals | $125 |

(5)     *Waul v. State Farm Ins. Co.*, San Francisco Superior Court No. CGC 02-412248, Award of Attorney's Fees Following Arbitration, filed June 20, 2006, a consumer protection action, in which Judge James J. McBride awarded plaintiff's counsel the following rates, plus a 1.5 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $625 |
| 9 | $375 |
| Senior Paralegal | $185 |

(6)     *Hope v. State of California Dept. of Youth Authority*, Los Angeles Superior Court No. BC258985, Order re: Award of Appellate Attorney Fees Pursuant to Government Code

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

§12965(b), filed April 21, 2006, an individual FEHA discrimination case, in which Judge Judith Chirlin found the following rates reasonable for appellate work, plus a 2.0 lodestar enhancement:

| Years of Experience | Rate |
| --- | --- |
| 32 | $750 |
| 31 | $525 |
| 26 | $475 |
| 20 | $475 |
| 7 | $250 |

(7)     *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach* (C.D. Cal. 2007) 2007 U.S.Dist.LEXIS 95610, a civil rights action challenging a local day-laborer ordinance, in which Judge Consuelo Marshall found the following hourly rates reasonable:

| Years of Experience | Rate |
| --- | --- |
| 27 | $625 |
| 14 | $600 |
| 14 | $495 |
| 9 | $400 |
| 5 | $315 |
| 4 | $300 |

### 2005 Rates

(1)     *Coles, et al. v. City of Oakland et al.*, N.D. Cal. No. C-03-2961 TEH (Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorneys' Fees and Costs, filed January 4, 2007), in which the court found the following 2005 rates reasonable, plus a 1.10 multiplier on the merits and 1.05 multiplier on the fee application:

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

| Years of Experience | Rate |
|---|---|
| 36 | $495 |
| 14 | $400 |
| 10 | $380 |

(2)    *Kotla v. Regents of Univ. of Calif.*, Alameda County Superior Court No. V 014799-8, Order Granting Attorneys' Fees and Costs filed September 14, 2005, an individual FEHA action, in which Judge Patrick Zika awarded 2005 rates as follows, plus a 1.5 lodestar enhancement:

| Years of Experience | Rate |
|---|---|
| 42 | $600 |
| 36 | $495 |
| 34 | $495 |

(3)    *Krumme v. Mercury Ins. Co.*, San Francisco Superior Court No. 313367 (Order Awarding Attorney's Fees on Appeal and Post-Appeal Pursuant to Code of Civil Procedure Section 1021.5, filed July 12, 2005), in which Judge Robert Dondero awarded plaintiff's counsel the following hourly rates:

| Years of Experience | Rate |
|---|---|
| 22-24 | $490 |
| 19 | $475 |
| 11 | $375 |
| 3 | $275 |
| Paralegal | $125 |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

(4)   *Miller v. Vicorp Restaurants*, 2006 U.S.Dist. LEXIS 2210, 10112 (N.D. Cal. 2006), in which Judge Ronald M. Whyte awarded plaintiff's counsel the following rates:

| Years of Experience | Rate |
|---|---|
| 36 | $495 |
| 29 | $450 |
| 7 | $300 |
| Paralegals | $115-$130 |

b.   <u>Rate Information from Surveys and Other Cases</u>.  I have reviewed numerous declarations and depositions filed in other cases, as well as various surveys of legal rates, including the National Law Journal's December 10, 2007 Nationwide Sampling of Law Firm Billing rates, attached hereto as Exhibit B.  These sources show the hourly rates for litigation undertaken on a non-contingent basis by the following California law firms, listed in alphabetical order:

Altshuler Berzon LLP

2007 Rates:

| Years Experience | Rate |
|---|---|
| 23 | $700 |
| 15 | 550 |
| 5 | 325 |
| Paralegals | 155-190 |

//
//
//
//
//
//
//

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

## Bingham McCutchen

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 11 | $585 |
| 19 | 580 |
| 42 | 640 |
| 7 | 485 |
| 3 | 420 |
| 3 | 380 |
| 2 | 345 |
| 3 | 345 |
| 2 | 325 |
| Paralegal | 230 |
| Litigation Specialist | 125-210 |
| Research Specialist | 140 |

## Bramson, Plutzik, Mahler & Birkahaeuser, LLP

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 31 | $550 |
| 27 | 550 |
| 28 | 495 |
| 11 | 440 |
| 9 | 380 |
| 4 | 260 |
| Paralegals | 150 |

## Brayton Purcell Franklin

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 31 | $600 |
| 11 | 450 |
| 38 | 450 |
| 5 | 350 |
| Paralegals | 125 |

## Bushnell Caplan & Fielding

### 2005 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $540 |
| 13 | 400 |

//

Chavez & Gertler

2008 Rates:

| Years Experience | Rate |
|---|---|
| **Partners** | |
| 29 | $615 |
| 25 | 595 |
| 23 | 575 |
| 27 | 575 |
| **Associates** | |
| 16 | 495 |
| 37 | 465 |
| 6 | 385 |
| 3 | 325 |
| **Paralegals** | 185 |
| **Legal Assistants** | 125 |

2006 Rates:

| Years Experience | Rate |
|---|---|
| **Partners** | |
| 25 | $535 |
| 27 | 515 |
| 16 | 495 |
| 14 | 425 |
| **Associates** | |
| 16 | 395 |
| 13 | 395 |
| **Paralegals** | 175 |
| **Legal Assistants** | 125 |

2005 Rates:

| Years Experience | Rate |
|---|---|
| **Partners** | |
| 26 | $515 |
| **Associates** | |
| 16 | 475 |
| 10 | 395 |

//
//
//
//
//
//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

Cohelan & Khoury

2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 34 | $700 |
| 34 | 650 |
| 24 | 600 |
| 21 | 500 |
| Associates | |
| 13 | 400 |
| 7 | 325 |
| 3 | 325 |
| 4 | 250 |
| Paralegals | 125 |

Cooley Godward Kronish LLP

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $470-875 (average $673) |
| Associates | 250-555 (average $403) |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $425-795 (average $539) |
| Associates | 240-585 (average $371) |

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $395-700 (average $515) |
| Associates | 215-550 (average $350) |

Coughlin Stoia Geller Rudman & Robbins, LLP

2007 Rates:

| Years Experience | Rate |
|---|---|
| 42 | $700 |
| 19 | 600 |
| 14 | 650 |
| 14 | 600 |
| 13 | 585 |
| 11 | 510 |
| 6 | 460 |
| 5 | 285 |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

Fazio & Michelleti

2008 Rates:

| Years Experience | Rate |
|---|---|
| 19 | $575 |
| 12 | 475 |

Fenwick & West

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $500-775 (average $590) |
| Associates | 245-500 (average $370) |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $465-750 (average $575) |
| Associates | 245-475 (average $355) |
| 8 | 465 |
| 7 | 450 |
| 6 | 425 |
| 5 | 400 |
| 4 | 360 |
| 3 | 320 |
| 2 | 285 |
| 1 | 245 |

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $450-725 (average $540) |
| Associates | 235-440 (average $345) |

Fulbright & Jaworski, LLP

2006 Rates:

| Years Experience | Rate |
|---|---|
| 25 | $575 |
| 9 | 440 |
| 5 | 330 |

//
//
//
//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

Gibson, Dunn & Crutcher, LLP

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 28-29 | $675 |
| 24 | 650 |
| 18 | 595 |

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 34 | $650 |
| 26 | 625 |
| Associates | |
| 9 | 475 |
| 5 | 395 |

Goldstein, Demchak, Baller, Borgen & Dardarian

2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 38 | $650 |
| 32 | 650 |
| 27 | 625 |
| 21 | 575 |
| 15 | 500 |
| 14 | 500 |
| Associates | |
| 13 | 465 |
| 6 | 430 |
| 8 | 420 |
| 7 | 395 |
| 2 | 305 |
| Law Clerks | 195 |
| Paralegals | 135-195 |

//
//
//
//
//
//
//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 37 | $600 |
| 31 | 600 |
| 26 | 575 |
| 20 | 535 |
| 14 | 460 |
| 13 | 460 |
| Associates | |
| 12 | 425 |
| 10 | 380 |
| 11 | 365 |
| 9 | 350 |
| 8 | 335 |
| 7 | 325 |
| 6 | 340 |
| Law Clerks | 285-300 |

### Howard, Rice, Nemerovski, Canady, Falk & Rabkin

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $495-775 |
| Associates | 275-485 |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $440-750 |
| Associates | 250-420 |

### Kirkland & Ellis

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 24 | $725 |
| 12 | 435 |

### Knobbe, Martens, Olson & Bear

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $340-645 |
| Associates | 215-420 |

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

### Levy, Ram & Olson

#### 2006 Rates:

| Years Experience | Rate |
|---|---|
| 24 | $590 |

#### 2005 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $490 |
| 23 | 490 |
| 12 | 375 |
| 4 | 275 |

### Lewis Feinberg

#### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 32 | $700 |
| 19 | 575 |
| 11 | 525 |
| 9 | 500 |
| Associates | |
| 4 | 330 |
| 2 | 290 |
| Law Clerks | 200 |
| Paralegal | 150 |

#### 2005 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $490 |
| 23 | 490 |
| 12 | 375 |
| 4 | 275 |

//
//
//
//
//
//
//
//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Lieff, Cabraser, Heimann & Bernstein

#### 2007 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 33 | $675 |
| 23 | 700 |
| 15 | 550 |
| 14 | 575 |
| 10 | 450 |
| Associates | |
| 6 | 390 |
| 4 | 350 |
| 4 | 340 |
| 2 | 285 |
| Law Clerks | 165-295 |
| Paralegals | 115-250 |

#### 2006 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 19 | $625 |
| 17 | 625 |
| 10 | 450 |
| Associates | |
| 10 | 400 |
| 8 | 360 |
| 4 | 340 |
| 2 | 285 |

#### 2005 Rates:

| Years of Experience | Rate |
|---|---|
| 35 | $650 |
| 22 | 575 |
| 5 | 305 |

### Loeb & Loeb

#### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $475-875 (average $606) |
| Associates | 240-500 (average $384) |

//
//
//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### Manatt, Phelps & Philips

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $520-785 (average $600) |
| Associates | 265-480 (average $395) |

### Morgan, Lewis & Bockius, LLP

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $375-800 |
| Associates | 200-550 |

### Morrison Foerster

2008 Rates:

| Years Experience | Rate |
|---|---|
| 45 | $675 |
| 36 | 725 |
| 33 | 785 |
| 14 | 650 |
| 12 | 600 |
| 9 | 560 |
| 7 | 535 |
| 5 | 485 |
| 1 | 520 |
| Paralegals | 185-230 |

2007 Rates:

| Years Experience | Rate |
|---|---|
| 44 | $675 |
| 11 | 550 |
| 8 | 520 |
| 6 | 475 |
| 3 | 250 |

### O'Melveny & Myers

2006 Rates:

| Years Experience | Rate |
|---|---|
| 28-29 | $600 or more |
| 24 | 550 or more |
| 18 | 500 or more |

//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

Paul, Hastings, Janofsky & Walker

2005 Rates:

| Years Experience | Rate |
|---|---|
| 35 | $595 |

Pillsbury Winthrop Shaw Pittman LLP

2006 Rates:

| Years Experience | Rate |
|---|---|
| 32 | $740 |
| 24 | 575 |
| 2 | 365 |
| 1 | 265 |
| Paralegals | 125-200 |

Quinn Emanuel LLP

2008 Rates:

| Years Experience | Rate |
|---|---|
| 16 | $590 |
| 11 | 590 |

Reed Smith

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $350-825 (average $558) |
| Associates | 200-510 (average $374) |

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $305-725 (average $492) |
| Associates | 170-630 (average $309) |

//
//
//
//
//
//

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS                    Page 24 of 30
*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

1

Rosen, Bien & Galvan, LLP

2

2008 Rates:

3

| Years Experience | Rate |
|---|---|
| Partners | |
| 46 | $740 |
| 28 | 640 |
| 24 | 475 |
| 10 | 450 |
| Of Counsel | |
| 25 | $460 |
| Associates | |
| 15 | $440 |
| 11 | 425 |
| 8 | 380 |
| 7 | 370 |
| 6 | 360 |
| 5 | 340 |
| 4 | 320 |
| 3 | 295 |
| Paralegals | 170-190 |
| Litigation support/Paralegal clerks | 110-160 |
| Law clerks/Students | 170 |
| Word Processing | 60 |

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 45 | $700 |
| 27 | 590 |
| 10 | 400 |
| Associates | |
| 24 | $435 |
| 23 | 400 |
| 14 | 400 |
| 10 | 390 |
| 7 | 350 |
| 6 | 340 |
| 5 | 325 |
| 4 | 295 |
| 3 | 280 |
| 2 | 260 |
| Paralegals | 160-190 |
| Litigation support/Paralegal clerks | 110-150 |
| Law clerks/Students | 160 |
| Word Processing | 60 |

//

//

//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 44 | $635 |
| 26 | 535 |
| 24 | 485 |
| 9 | 390 |
| Associates | |
| 23 | $425 |
| 16 | 395 |
| 22 | 390 |
| 13 | 385 |
| 9 | 375 |
| 6 | 330 |
| 5 | 315 |
| 4 | 285 |
| 3 | 270 |

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 43 | $625 |
| 25 | 525 |
| 23 | 475 |
| Associates | |
| 22 | 425 |
| 12 | 375 |
| 8 | 350 |
| 6 | 300 |
| 4 | 275 |
| 3 | 235 |

Rudy, Exelrod & Zieff

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 29 | $700 |
| 12 | 500 |
| Associates | |
| 10 | 400 |
| 8 | 330 |
| Law Clerk | 200 |
| Paralegal | 150 |

//

//

//

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS

*Nat'l Federation of The Blind, et al. v. Target; Case No.: C 06-01802 MHP*

2005 Rates:

| Years Experience | Rate |
|---|---|
| 37 | $575 |
| 36 | 575 |
| 27 | 575 |
| 10 | 375 |

### Schneider Wallace

2008 Rates:

| Years Experience | Rate |
|---|---|
| 17 | $550 |
| 15 | 500-550 |
| 16 | 475 |
| 4 | 350 |
| Paralegals | 125 |

2007 Rates:

| Years Experience | Rate |
|---|---|
| 16 | $525 |
| 14 | 450 |
| 12 | 450 |
| 3 | 295 |
| Paralegals | 125 |

### Sheppard, Mullin, Richter & Hampton

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $425-795 |
| Associates | 260-550 |

### Skadden, Arps, Slate, Meagher & Flom, LLP

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 13 | $556 |
| Associates | |
| 4 | 375 |
| 3 | 335 |

//

//

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

JTY RIGHTS ADVOCATES
Center Street, Third Floor
rkeley, CA 94704-1204

Sturdevant Law Firm

| Years Experience | | Rate |
|---|---|---|
| 35 | 2007 Rates: | $550 |
| 32 | 2006 Rates: | $510 |

The above non-contingent rates are drawn equally from large law firms with offices internationally and small law firms in the San Francisco Bay Area who have only one office.

10.    My research regarding attorneys' fees in California has indicated a consistent increase in fees over the last several years. For example, average partner rates at Fenwick & West increased 6.4% between 2005 and 2006. Partner rates at Rudy Exelrod & Zieff increased 15% between 2004 and 2006. Similar increases seem to have been taken by several firms in 2007 and 2008. Virtually every other firm whose rates I am aware of also increased their rates over these periods. Consistent with this market, I raised my rate in 2008 to reflect both the demand for my services and inflation in costs and legal rates; my rate is still significantly less than many attorneys with comparable experience, expertise, and skills at other firms.

11.    The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates. If any substantial part of the payment were to be deferred for any substantial period of time, for example, or if payment were to be contingent upon outcome or any other factor, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

12.    In my experience, fee awards are almost always determined based on current rates, i.e., the attorney's rate at the time a motion for fees is made, rather than the historical rate at the time the work was performed. This is a common and accepted practice to compensate attorneys for the delay in being paid.

13.    The expense and risk of public interest litigation has not diminished over the years; to the contrary, these cases are in many ways more difficult than ever. As a result, fewer and fewer

1   attorneys and firms are willing to take on such litigation, and the few who are willing to do so

2   can only continue if their fee awards reflect true market value.

3   14.     Attorneys who litigate on a wholly or partially contingent basis expect to receive

4   significantly higher effective hourly rates in cases where compensation is contingent on success,

5   particularly in hard-fought cases where the result is uncertain.  As the case law recognizes, this

6   does not result in any "windfall" or undue "bonus."  Attorneys who assume representation of

7   plaintiffs in discrimination cases on a purely contingent basis are entitled to receive fees

8   equivalent to those paid in the private market.  In the legal marketplace, a lawyer who assumes a

9   significant financial risk on behalf of a client rightfully expects that his or her compensation will

10  be significantly greater than if no risk was involved (i.e., if the client paid the bill on a monthly

11  basis), and that the greater the risk, the greater the "enhancement."  In fact, an expert economist

12  who testified in two cases in which I was involved opined that, based on a statistical risk

13  analysis, attorneys who take cases on a contingent basis should receive from three to six times

14  the market rates paid to attorneys on a non-contingent basis.  Adjusting court-awarded fees

15  upward in contingent fee cases to reflect the risk of recovering no compensation whatsoever for

16  hundreds of hours of labor simply makes them competitive in the legal marketplace, helping to

17  ensure that meritorious cases will be brought to enforce important public interest policies and

18  that clients who have meritorious claims will be more likely to obtain qualified counsel.

19          If called as a witness, I could and would competently testify from my personal

20  knowledge to the facts stated herein.

23

24  //

25  //

26  //

27

28

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704-1204

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3       Executed at Berkeley, California on _Nov. 3_____, 2008.

4

5

6                                           RICHARD M. PEARL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF RICHARD M PEARL IN SUPPORT OF
PLTFS' MOT FOR REASONABLE ATTYS' FEES AND COSTS

# Exhibit A

# RESUME OF RICHARD M. PEARL

RICHARD M. PEARL
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the
United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States
District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the
District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior
Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice
("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate
practice.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of
Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present):
Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and
issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation
practice, as described above.

RICHARD M. PEARL
Page 2

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time
May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in
> CRLA's 15 field offices; administered and supervised staff of 4-6 Regional
> Counsel; promulgated litigation policies and procedures for program; participated
> in complex civil litigation.

> Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served
> as co-counsel to CRLA field attorneys on complex projects; provided technical
> assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases;
> served as counsel on major litigation.

> Directing Attorney, Cooperative Legal Services Center (February 1974 to July
> 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services
> attorneys in small legal services offices throughout California; supervised and
> administered staff of four senior legal services attorneys and support staff.

> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff
> Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in
> Kern, King, and Tulare Counties; supervised all litigation and administered staff of
> ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program
(August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General
Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and
the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services
program located in Atlanta, Georgia.

RICHARD M. PEARL
Page 3

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Second Edition* (Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases,* (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

RICHARD M. PEARL
Page 4

## PUBLIC SERVICE

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation

## REPRESENTATIVE REPORTED CASES

*Boren v. California Department of Employment*
        (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
        (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
        (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
        (1982) 132 Cal.App.3d 961

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
        (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
        (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
        (1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
        (1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
        (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
        (2001) 26 Cal. 4th 572

*Graham v. DaimlerChrysler Corp.*
        (2004) 34 Cal. 4th 553

RICHARD M. PEARL
Page 5


*Horsford v. Board of Trustees of Univ. of Calif.*
        (2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
        (2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
        (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
        440 U.S. 951

*Lealao v. Beneficial California, Inc.*
        (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
        (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
        (N.D. Cal. 1984) 580 F.Supp. 714,
        *aff'd* (9th Cir. 1986) 792 F.2d 762

*Mangold v. California Public Utilities Commission*
        (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
        (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
        (N.D. Cal. 1976) 411 F.Supp. 5
        *aff'd* (9th Cir. 1977) 573 F.2d 555

*McSomebodies v. Burlingame Elementary School Dist.*
        (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
        (9th Cir. 1990) 897 F.2d 975

*Moore v. Bank of America*
        (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
        (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*

RICHARD M. PEARL
Page 6

(S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752, 5 Wage & Hour Cas. 2d (BNA) 1122

*Pena v. Superior Court of Kern County*
(1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
(1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
(1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
(9th Cir. 1979) 601 F.2d 1091,
*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part
and revs'd in part sub nom Davis v. City and County
of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
(S.D.Cal. 1998) 18 F.Supp.2d 1090

*Velez v. Wynne*
(9th Cir. 2007) 2007 U.S. App. LEXIS 2194

REFERENCES

RICHARD M. PEARL
Page 7

Furnished upon request.

June 2008

# Exhibit B

THE NATIONAL
# LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

©**2007 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

2007 BILLING SURVEY
## Still gaining atmosphere
Leigh Jones / Staff reporter
December 10, 2007

Attorney billing rates shot up in 2007, with approximately three-quarters of the law firms that participated in *The National Law Journal*'s annual survey boosting the amounts they charged for partner and associate services.

At the same time, the average firmwide billing rates, which included partner and associate rates, climbed by 7.7%, while the firmwide median rates rose by 7.1%, compared to the firms that reported billing data in 2006.

Despite grousing by clients about ever-higher lawyers' fees, 75.2% of the firms providing billing information this year and last charged more this year than they did in 2006. The figure represents law firms that increased the high end of the billing range charged by their partners and associates.

This year's percentage of law firms increasing their high rates fell shy of last's year's percentage of 79.3%. But the 2007 uptick, in addition to first-year associate raises to $160,000 at elite firms, did not sit well with many clients.

"There's always been frustration. Now there's anger," said Susan Hackett, general counsel for the Association of Corporate Counsel.

This year, 119 law firms responded to questions about billing rates that were included in the NLJ's 2007 survey of the nation's 250 largest law firms. The survey questions were asked of approximately 300 law firms. Last year, 139 firms answered questions about their billing rates, including 109 firms that responded this year.

Among those firms reporting average and median rates both this year and last year, the average of the average firmwide billing rate increased to $348 per hour from $321 in 2006, and the average of the median firmwide billing rate this year was $347, compared to $324 in 2006.

Two law firms reported charging clients $1,000 an hour — but one later insisted that its initial report was in error and that its actual top rates were considerably lower.

At Greenberg Traurig, the range for partners first reported was between $300 and $1,000 an hour, with a partner billing average of $490 and a median of $500. In 2006, the billing rate for partners at Greenberg Traurig ranged from $270 to $850, with an average rate of $460 and a median of $475. When asked about its rates, however, a spokeswoman for the law firm said that it should have reported its highest billing rate in 2007 at $850.

The other law firm reporting a $1,000-an-hour rate was Wilmer Cutler Pickering Hale and Dorr, where the partner billing range ran from $475 to $1,000. A spokeswoman for the firm declined to identify any partner who charged the top rate.

Only one firm among those surveyed reported a decrease both in its partner and associate fees. At Sutherland Asbill & Brennan last year, partners billed as much as $845 an hour; this year, the high end of its partner billing range fell to $715. The Atlanta firm reported the high end of its associate range at $415, compared with $530 in 2006. Again, the firm attributed the anomaly to a reporting error. A spokeswoman said that the high end of the firm's partner range actually was $890, and that the high end for the associate range was $515.

The vast majority of the law firms that answered questions about their billing practices reported increasing their partner high rates, or at least leaving them the same as last year. A full 91.7% of the 109 firms that responded in both years raised their high partner rates, and among those firms, 7% left associate high rates the same as last

year. In addition, 12% of the firms that boosted partner high rates reduced associate high rates at the same time.

The profession appeared to deepen its embrace of billing variations and alternatives. Of the 47 law firms that provided such data for this year and last, 34% increased the portion of their revenues earned through variations to their standard rates. The variations included discounts and blended rates that were relative to the firms' standard billable hour rates. Alternatives involved departures from billing by the hour, including fixed or flat fees, hybrid fees and contingency fees.

Some 31.9% of those firms reported the same portions of their revenues through variations and alternatives this year as they did in 2006, while 4.2% decreased the percentage of revenues they received through variations and alternatives.

Bruce Elvin, associate dean at Duke Law School, expects clients to increase their reliance on varied billing structures. Elvin, who teaches a course on the business and economics of law firm practice, added that smaller firms with lower overhead likely will benefit from the higher fees that big firms are charging. In addition, clients will handle more of their legal work themselves.

"As rates go up, clients assess more closely the distribution of work and who's doing it," Elvin said.

The law firm with the highest associate rate was McKee Nelson, which reported a rate on the high end of $595. Its associate range started at $375. The firm's average billing rate was $446; its mean was $455.

McKee Nelson reported fielding 224 attorneys this year, representing a 30.2% growth rate for the law firm since 2006. In 2007, it added 32 associates. But in light of the slowdown in private-equity and structured-finance work, the firm recently initiated voluntary, temporary "sabbaticals" for associates.

Those cutbacks and the reassignments of other lawyers have affected about 29 associates, said McKee Nelson partner William Nelson.

Nelson said that the attorneys performing credit-market work billed by the project, not by the hour. "Rates are not an issue for us," he said. "Our clients wouldn't hire us if they didn't think our rates for services were fair."

That logic may hold true for some rates, but not for all, said Hackett of the Association of Corporate Counsel.

"The problem isn't the $1,000-an-hour lawyer who's worth it," she said. "It's the $450-per-hour associates who aren't."

**SURVEY RESULTS:**

Nationwide Sampling of Law Firm Billing Rates

Billing Rates by Associate Class

Alternative Billing Variants

*Order the **2007 NLJ Billing Survey** from ALM Research.*

# THE NATIONAL LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

©**2007 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

---

## A nationwide sampling of law firm billing rates

December 10, 2007

*The National Law Journal asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

**A-F   G-L   M-R   S-W**

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

**Andrews Kurth (396)**
(Houston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575
Associates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $235)
Firmwide (average $212) (median $265)

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
Firmwide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $211) (median $205)
Firmwide (average $258) (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $165-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
Firmwide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)
Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)

Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
Partners $280-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

**Covington & Burling (608)**
(Washington)
Partners $510-$800
Associates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**Dickstein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $438) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**
(Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**

(Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**Edwards Angell Palmer & Dodge (564)**
(Boston)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

**Epstein Becker & Green (384)**
(New York)
Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

**Fenwick & West (223)**
(Mountain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855
(average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (209)**
(Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
(Cincinnati)
Partners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

G-L

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**

(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (172)**
(Syracuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

**Hogan & Hartson (1,092)**
(Washington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
Partners $190-$425 (average $297) (median $295)
Associates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
(Seattle)
Partners $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)
Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

**Leonard, Street and Deinard (199)**
(Minneapolis)
Partners $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

**Loeb & Loeb (280)**
(Los Angeles)
Partners $425-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

**Lord, Bissell & Brook (290)**
(Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $299) (median $300)
Firmwide (average $410) (median $415)

**Lowenstein Sandler (271)**
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

**Luce, Forward, Hamilton & Scripps (186)**
(San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

M-R

**Manatt, Phelps & Phillips (320)**
(Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (379)**
(Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (400)**
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

**McElroy, Deutsch, Mulvaney & Carpenter (238)**
(Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (224)**
(New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

**Michael Best & Friedrich (224)**
(Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

**Miles & Stockbridge (212)**
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $400) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $306) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)

Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**Moore & Van Allen (284)**
(Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

**Nexsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
Firmwide (average $456) (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

**Perkins Coie (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

**Phelps Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)
Associates $130-$205 (average $174) (median $175)
Firmwide (average $184)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $245-$435 (average $309) (median $300)
Associates $140-$300 (average $205) (median $205)
Firmwide (average $223) (median $215)

**Polsinelli Shalton Flanigan Suelthaus (316)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

**Quarles & Brady (472)**
(Milwaukee)

Partners $260-$575 (average $377) (median $375)
Associates $185-$335 (average $233) (median $235)
Firmwide (average $319) (median $325)

**Reed Smith (1,447)**
(Pittsburgh)
Partners $350-$825 (average $558) (median $525)
Associates $200-$510 (average $374) (median $350)
Firmwide (average $395) (median $385)

**Robinson & Cole (209)**
(Hartford, Conn.)
Partners $340-$575 (average $424) (median $420)
Associates $200-$325 (average $295) (median $280)
Firmwide (average $328) (median $330)

**Roetzel & Andress (221)**
(Akron, Ohio)
Partners $210-$460 (average $302) (median $300)
Associates $110-$275 (average $198) (median $200)
Firmwide (average $264) (median $260)

**Rutan & Tucker (149)**
(Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

**S-W**

**Saul Ewing (247)** (Philadelphia)
Partners $315-$750 (average $426) (median $415)
Associates $180-$485 (average $273) (median $255)
Firmwide (average $357) (median $365)

**Schnader Harrison Segal & Lewis (184)**
(Philadelphia)
Partners $240-$750
Associates $175-$385

**Schulte Roth & Zabel (461)** (New York)
Partners $650-$850 (average $724) (median $745)
Associates $235-$585 (average $435) (median $440)

**Sheppard, Mullin, Richter & Hampton (428)**
(Los Angeles)
Partners $425-$795
Associates $260-$550

**Shughart Thomson & Kilroy (172)**
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

**Shumaker, Loop & Kendrick (171)**
(Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$360 (average $221) (median $220)
Firmwide (average $289) (median $300)

**Sills Cummis Epstein & Gross (178)**
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

**Smith, Gambrell & Russell (185)** (Atlanta)
Partners $250-$575

Associates $175-$345

**Snell & Wilmer (438)** (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

**Steptoe & Johnson PLLC (180)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (352)**
(Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

**Stoel Rives (342)** (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

**Strasburger & Price (178)** (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

**Sullivan & Worcester (170)** (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

**Sutherland Asbill & Brennan (511)**
(Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

**Thacher Proffitt & Wood (310)**
(New York)
Partners $525-$785 (average $674) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $428) (median $395)

**Thompson Coburn (320)**
(St. Louis)
Partners $265-$580
Associates $170-$370

**Thompson & Knight (414)**
(Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) (median $310)
Firmwide (average $415) (median $400)

**Ulmer & Berne (174)**
(Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $212)
Firmwide (average $280)

**Vedder, Price, Kaufman & Kammholz (255)**
(Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

**Wiggin and Dana (146)**
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

**Williams Mullen (314)**
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

**Wilmer Cutler Pickering Hale and Dorr (1,051)**
(Washington)
Partners $475-$1,000
Associates $215-$495

**Winstead (306)**
(Dallas)
Partners $345-$620
Associates $180-$360

**Winston & Strawn (912)**
(Chicago)
Partners $400-$845 (average $608
capital partner/$515 income partner) (median $640 capital partner/$585
income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

**Womble Carlyle Sandridge & Rice (510)**
(Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)